UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARVEL WORLDWIDE, INC.,
MARVEL CHARACTERS, INC. and
MVL RIGHTS, LLC,

                     Plaintiffs,        Civil Action No.

    -against-                             CORPORATE
                                           DISCLOSURE STATEMENT

LISA R. KIRBY, BARBARA J. KIRBY,
NEAL L. KIRBY and SUSAN N. KIRBY,

                     Defendants.

------------------------------------------------------------X



RECEIVED
JAN - 8 2010
U.S.D.C. S.D.N.Y.
CASHIERS

        Plaintiffs Marvel Worldwide, Inc., Marvel Characters, Inc. and MVL Rights, LLC, by their attorneys, Weil, Gotshal & Manges LLP and Paul, Hastings, Janofsky & Walker LLP, hereby identify the following corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

        1.      Plaintiffs are each indirectly wholly owned by The Walt Disney Company, the shares of which are publicly traded.

Dated:  New York, New York
           January 8, 2009

WEIL, GOTSHAL & MANGES LLP

By: _____
      James W. Quinn
      R. Bruce Rich
      Randi W. Singer
767 5th Avenue
New York, NY 10153
(212) 310-8000

PAUL, HASTINGS, JANOFSKY
        & WALKER LLP

By: _____
      David Fleischer
      Jodi A. Kleinick
75 East 55th Street
New York, NY 10022
(212) 318-6000

*Attorneys for Plaintiffs*

LEGAL_US_E # 85337478.2