# EXHIBIT B

Secretary of State        Administration        Elections        **Business Programs**        Political Reform

**Business Entities (BE)**

Online Services
 - **Business Search**
 - **Disclosure Search**
 - **E-File Statements**
 - **Mail Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
 (certificates, copies &
  status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
 - **Business Resources**
 - **Tax Information**
 - **Starting A Business**
 - **International Business
   Relations Program**

**Customer Alert**
 (misleading business
  solicitations)

# Business Entity Detail

Data is updated weekly and is current as of Friday, March 05, 2010. It is not a complete or certified record of the entity.

| **Entity Name:** | THE WALT DISNEY COMPANY |
|---|---|
| **Entity Number:** | C1770422 |
| **Date Filed:** | 09/21/1995 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | DELAWARE |
| **Entity Address:** | 500 SOUTH BUENA VISTA ST |
| **Entity City, State, Zip:** | BURBANK CA 91521 |
| **Agent for Service of Process:** | MARSHA L REED |
| **Agent Address:** | 500 SOUTH BUENA VISTA ST |
| **Agent City, State, Zip:** | BURBANK CA 91521 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

 **Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2010     California Secretary of State