UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Marvel Worldwide, Inc., et al,
        Plaintiff(s),

    -against-

Lisa R. Kirby, et al.,
        Defendant(s).
---------------------------------------------------------------X

10 Civ. 141 (CM) (KNF)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/10
```

The above entitled action is referred to the Honorable Kevin N. Fox, United States Magistrate Judge for the following purpose(s):

__✓__ General Pretrial (includes ~~scheduling~~, discovery, ~~non-dispositive pretrial motions~~, ~~and settlement~~ discovery dispute

_____ Specific Non-Dispositive Motion/Dispute:*

_____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

      Purpose:_____

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

      Particular Motion:_____

      All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 3/15/10
      New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge