UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARVEL WORLDWIDE, INC., ET AL.,                :

              Plaintiffs,                               :

              -against-                                  :

KIRBY, ET AL.,                                            :

              Defendants.                             :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/10
```

ORDER
10 Civ. 141 (CM)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic conference will be held in the above-captioned action on March 22, 2010, at 3:30 p.m. The telephonic conference shall be initiated by counsel to the defendants to (212) 805-6705.

Dated: New York, New York
       March 19, 2010

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE