UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                                              :

MARVEL WORLDWIDE, INC.,                 :
MARVEL CHARACTERS, INC. and         :
MVL RIGHTS, LLC,                          :
                                                                               :
                      Plaintiffs,                 :
                                                                                :
    - against-                                      :
                                                                                :
LISA R. KIRBY, BARBARA J. KIRBY,    :
NEAL L. KIRBY and SUSAN N. KIRBY,  :
                                                                                :
                      Defendants.                :      Civil Action No. 10 Civ. 141 (CM) (KNF)
------------------------------------------------------x
                                                                                :
LISA R. KIRBY, BARBARA J. KIRBY,    :
NEAL L. KIRBY and SUSAN N. KIRBY,  :
                                                                                :
                   Counterclaim-Plaintiffs,   :
                                                                                :
    - against-                                      :
                                                                                :
MARVEL ENTERTAINMENT, INC.,        :
MARVEL WORLDWIDE, INC.,                 :
MARVEL CHARACTERS, INC., MVL       :
RIGHTS, LLC, THE WALT DISNEY        :
COMPANY and DOES 1 through 10,       :
                                                                                :
                   Counterclaim-Defendants.   :
------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Eli Bard and exhibits thereto, and all prior pleadings and proceedings heretofore had herein, Counterclaim-Defendants Marvel Worldwide, Inc., Marvel Characters, Inc., MVL Rights, LLC, The Walt Disney Company and Marvel Entertainment, Inc. will move this Court, before the Honorable Colleen McMahon, United States District Judge, United States District

Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time to be set by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Counterclaims of Counterclaim-Plaintiffs Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan N. Kirby with prejudice, and for such other and further relief as this Court may deem just and proper.

Dated: May 24, 2010

By: ___/s/ James W. Quinn___

WEIL, GOTSHAL & MANGES LLP

James W. Quinn
R. Bruce Rich
Randi W. Singer
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

PAUL, HASTINGS, JANOFSKY & WALKER LLP

Jodi A. Kleinick
75 East 55th Street
New York, NY 10022
Tel.: (212) 318-6000
Fax: (212) 319-4090

HAYNES AND BOONE, LLP

David Fleischer
1221 Avenue of the Americas, 26th floor
New York, NY 10020
(212) 659-7300

*Attorneys for Plaintiffs/Counterclaim-Defendants*