UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                     :

MARVEL WORLDWIDE, INC.,         :
MARVEL CHARACTERS, INC. and   :
MVL RIGHTS, LLC,            :

                  Plaintiffs,    :      Civil Action No. 10 Civ. 141 (CM) (KNF)

                                      :

     - against-               :

                                      :

LISA R. KIRBY, BARBARA J. KIRBY,  :
NEAL L. KIRBY and SUSAN N. KIRBY,  :

                  Defendants.   :
-----------------------------------------------------------------x
                                      :

LISA R. KIRBY, BARBARA J. KIRBY,  :
NEAL L. KIRBY and SUSAN N. KIRBY,  :

            Counterclaim-Plaintiffs,  :

                                      :

     - against-               :

                                      :

MARVEL ENTERTAINMENT, INC.,    :
MARVEL WORLDWIDE, INC.,        :
MARVEL CHARACTERS, INC., MVL   :
RIGHTS, LLC, THE WALT DISNEY   :
COMPANY and DOES 1 through 10,   :

                                      :

           Counterclaim-Defendants.  :
-----------------------------------------------------------------x

### DECLARATION OF JAMES W. QUINN IN SUPPORT OF COUNTERCLAIM-DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS

I, James W. Quinn, declare under penalty of perjury as follows:

1.      I am a partner at the law firm Weil, Gotshal & Manges LLP and am duly admitted

to practice in the State of New York and before this Court.  Together with the law firms Paul,

Hastings, Janofsky & Walker LLP and Haynes and Boone, LLP, I serve as counsel for

Counterclaim-Defendants Marvel Worldwide, Inc., Marvel Characters, Inc., MVL Rights, LLC,

The Walt Disney Company and Marvel Entertainment, Inc. in this action.

2.      Annexed hereto as Exhibit A is a true and correct copy of the Proof of Claim filed

by Rosalind Kirby in Marvel Entertainment Group Inc.'s bankruptcy proceeding on January 16,

1997.

3.      Annexed hereto as Exhibit B is a true and correct copy of the letter that I sent to

Marc Toberoff, Esq., counsel for the Defendants, on May 19, 2010.

4.      Annexed hereto as Exhibit C is a true and correct copy of the complete DVD of

the film *The Incredible Hulk.*


I declare under penalty of perjury that the foregoing facts are true and correct.  This

declaration was executed on the 21st day of June, 2010 in New York, New York.

_____
                                    James W. Quinn

2