# EXHIBIT A

| United States Bankruptcy Court<br>District of Delaware | PROOF OF CLAIM |
|---|---|

| In re (Name of Debtor against whom claim is made (check appropriate box)) | Case Numbers |
|---|---|
| Marvel Entertainment Group, Inc., ☑<br>The Asher Candy Company ☐<br>Fleer Corp. ☐<br>Frank H. Fleer Corp. ☐<br>Heroes World Distribution, Inc. ☐<br>Malibu Comics Entertainment, Inc. ☐<br>Marvel Characters Inc. ☐<br>Marvel Direct Marketing Inc. ☐<br>Skybox International Inc., ☐ | 96-2069 (HSB) -<br>96-2077 (HSB)<br><br>JAN 16 AM 8:59 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commence-ment of the case. A "request" for payment of an administrative expense may be filed under 11 U.S.C. § 503.

| | | |
|---|---|---|
| Name of Creditor<br>*(The person or other entity to whom the debtor owes money or property).*<br>ROSALIND KIRBY | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy or statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case. | |
| Name and Address Where Notices Should be Sent<br>ROSALIND KIRBY<br>2590 JAPRA CT. THOUS OAKS CA. 91362<br>Telephone No.<br>805 492 1113 | ☐ Check box if this address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| | |
|---|---|
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here ☐ replaces<br>if this claim ☐ amends    a previously filed claim, dated _____ |

1. BASIS FOR CLAIM
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☑ Other (describe briefly) *deferred retirement plan*

   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (Fill out below)
     Your social security number _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)                     (date)

2. DATE DEBT WAS INCURRED
   *Jun 22 95*

3. IF COURT JUDGMENT, DATE OBTAINED:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

   - ☐ SECURED CLAIM $ _____
     Attach evidence of perfection of security interest.
     Brief Description of Collateral:
     ☐ Real Estate   ☐ Motor Vehicle   ☐ Other (Describe)
     Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____
   - ☑ UNSECURED NONPRIORITY CLAIM $ *Undetermined*
     A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.
   - ☐ UNSECURED PRIORITY CLAIM $ _____
     Specify the priority of the claim.

   - ☐ Wages, salaries, or commissions (up to $4000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)
   - ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)
   - ☐ Up to $1,800 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
   - ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7)
   - ☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8)
   - ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) _____

5. TOTAL AMOUNT OF CLAIM
   AT TIME CASE FILED:

   $ *Undetermined* _____  $ _____  $ _____  $ *Undetermined*
   (Unsecured)          (Secured)       (Priority)          (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

| | |
|---|---|
| 6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor. | THIS SPACE IS FOR COURT USE ONLY |
| 7. SUPPORTING DOCUMENTS: <u>Attach copies of supporting documents</u>, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary. | |
| 8. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |

| Date:<br>1/13/97 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any).<br>*Rosalind Kirby - ROSALIND KIRBY* |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000.00 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYFS03...198\61898\0007\2318\PRFD0696.K30