# EXHIBIT C

[DVD: *The Incredible Hulk*, submitted separately in hard copy]