UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                                                        :

MARVEL WORLDWIDE, INC.,                  :
MARVEL CHARACTERS, INC. and        :
MVL RIGHTS, LLC,                                 :

                  Plaintiffs,                      :

   - against-                                    :

LISA R. KIRBY, BARBARA J. KIRBY,    :
NEAL L. KIRBY and SUSAN N. KIRBY,  :

                 Defendants.               :
---------------------------------------------------------x    Civil Action No. 10 Civ. 141 (CM) (KNF)
                                                                  :

LISA R. KIRBY, BARBARA J. KIRBY,    :
NEAL L. KIRBY and SUSAN N. KIRBY,  :

                Counterclaimants,           :

   - against-                                    :

MARVEL ENTERTAINMENT, INC.,      :
MARVEL WORLDWIDE, INC.,             :
MARVEL CHARACTERS, INC.,           :
MVL RIGHTS, LLC,                                 :
THE WALT DISNEY COMPANY,         :
and DOES 1 through 10,                     :

                Counterclaim-Defendants.  :
---------------------------------------------------------x

### PLAINTIFFS' AND COUNTERCLAIM-DEFENDANTS' NOTICE OF MOTION TO STRIKE DEFENDANTS' AND COUNTERCLAIM- PLAINTIFFS' JURY DEMAND

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law and accompanying Declaration of Jodi A. Kleinick dated January 27, 2011, Plaintiffs and Counterclaim-Defendants Marvel Worldwide, Inc., Marvel Characters, Inc. and MVL Rights, LLC, Marvel Entertainment, LLC (sued herein as Marvel Entertainment, Inc.) and The Walt

Disney Company hereby move the Court, before the Honorable Colleen McMahon, United States District Judge, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York for an order pursuant to Rule 39(a) of the Federal Rules of Civil Procedure striking the jury demand of Defendants/Counterclaim-Plaintiffs Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan N. Kirby.

Dated: January 28, 2011

By: /s/ Jodi A. Kleinick

WEIL, GOTSHAL & MANGES LLP
James W. Quinn
R. Bruce Rich
Randi W. Singer
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Jodi A. Kleinick
75 East 55th Street
New York, NY 10022
Tel.: (212) 318-6000
Fax: (212) 319-4090

HAYNES AND BOONE, LLP
David Fleischer
1221 Avenue of the Americas, 26th floor
New York, NY 10020
Tel: (212) 659-7300
Fax: (212) 884-9567

*Attorneys for Plaintiffs/Counterclaim-Defendants*