UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                                         :

MARVEL WORLDWIDE, INC.,                :
MARVEL CHARACTERS, INC. and    :
MVL RIGHTS, LLC,                            :
                                                                         :
              Plaintiffs,                     :
                                                                        :
  - against-                                    :
                                                                         :
LISA R. KIRBY, BARBARA J. KIRBY,    :
NEAL L. KIRBY and SUSAN N. KIRBY,  :
                                                                          :
              Defendants.                  :
------------------------------------------------------x    Civil Action No. 10 Civ. 141 (CM) (KNF)
                                                                           :
LISA R. KIRBY, BARBARA J. KIRBY,    :
NEAL L. KIRBY and SUSAN N. KIRBY,  :
                                                                          :
              Counterclaimants,        :
                                                                          :
  - against-                                    :
                                                                         :
MARVEL ENTERTAINMENT, INC.,      :
MARVEL WORLDWIDE, INC.,             :
MARVEL CHARACTERS, INC.,           :
MVL RIGHTS, LLC,                            :
THE WALT DISNEY COMPANY,         :
and DOES 1 through 10,               :
                                                                          :
              Counterclaim-Defendants.  :
------------------------------------------------------x

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law and

accompanying Local Rule 56.1 Statement of Material Facts As To Which There Is No Genuine

Issue To Be Tried and the Declarations of Randi W. Singer and Eli Bard, dated February 18,

2011, and the exhibits thereto, Plaintiffs and Counterclaim-Defendants Marvel Worldwide, Inc.,

Marvel Characters, Inc. and MVL Rights, LLC, Marvel Entertainment, LLC (sued herein as Marvel Entertainment, Inc.) and The Walt Disney Company hereby move the Court, before the Honorable Colleen McMahon, United States District Judge, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York for an order pursuant to Rule 56(c) of the Federal Rules of Civil Procedure for summary judgment as to the cause of action of Plaintiffs' complaint and as to Defendants' sole remaining counterclaim, and for such other and further relief as this Court may deem just and proper.

Dated: February 25, 2011           By:    /s/ James W. Quinn

                                                WEIL, GOTSHAL & MANGES LLP
                                                James W. Quinn
                                                R. Bruce Rich
                                                Randi W. Singer
                                                Sabrina A. Perelman
                                                767 Fifth Avenue
                                                New York, NY 10153
                                                Tel:  (212) 310-8000
                                                Fax: (212) 310-8007

                                                PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                                Jodi A. Kleinick
                                                75 East 55th Street
                                                New York, NY 10022
                                                Tel: (212) 318-6000
                                                Fax: (212) 230-7691

                                                HAYNES AND BOONE, LLP
                                                David Fleischer
                                                30 Rockefeller Plaza, 26th floor
                                                New York, NY 10112
                                                Tel: (212) 659-7300
                                                Fax: (212) 884-9567

                                                *Attorneys for Plaintiffs/Counterclaim-Defendants*