# EXHIBIT 1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF NEW YORK

3

4     MARVEL WORLDWIDE, INC.,              )

5     MARVEL CHARACTERS, INC. and          )

6     MVL RIGHTS, LLC,                     )

7                          PLAINTIFFS, )

8                                          )

9           VS.                           ) NO. 10-141-CMKF

10                                         )

11    LISA R. KIRBY, BARBARA J. KIRBY,  )

12    NEAL L. KIRBY and SUSAN N. KIRBY, )

13                          DEFENDANTS. )

14    _____)

15

16           CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

17              VIDEOTAPED DEPOSITION OF STAN LEE

18                   LOS ANGELES, CALIFORNIA

19                      MAY 13, 2010

20

21

22    REPORTED BY:

23    CHRISTY A. CANNARIATO, CSR #7954, RPR, CRR, CLR

24    JOB NO.: 30189

25

Confidential Pursuant to Protective Order

Page 150

1                  UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF NEW YORK

3

4   MARVEL WORLDWIDE, INC.,    )

    MARVEL CHARACTERS, INC.,   )

5   and MVL RIGHTS, LLC,       )

                               )

6         Plaintiffs,          )

                               )

7    vs.                       )Case No. 10-141-CMKF

                               )

8   LISA R. KIRBY, BARBARA J.  )

    KIRBY, NEAL L. KIRBY and   )

9   SUSAN N. KIRBY,            )

                               )

10        Defendants.          )

    _____)

11

12

13

14

15       CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

16                       VOLUME II

17                 DEPOSITION OF STAN LEE

18                LOS ANGELES, CALIFORNIA

19             WEDNESDAY, DECEMBER 8, 2010

20

21

22

23

    REPORTED BY:

24  Alejandria E. Kate

    CSR NO. 11897, HI 448, RPR, CLR

25  JOB NO.:  35197

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 11

1                        S. LEE

2    1930s, 1940s?

3        A.     I think it must have been 1939 or 1940,

4    somewhere around there.

5        Q.     And what was your first job responsibility at

6    Timely?

7        A.     Well, I was hired by two people, Joe Simon and

8    Jack Kirby, who were producing the comics at that time for

9    this company which was called Timely Comics.

10       Q.     And --

11       A.     And my job was to really be an assistant.  I

12   went down, and I got them their lunch sandwiches for them,

13   and I filled their -- in those days they dipped the

14   brushes in ink and used pencil sharpeners.  And I

15   sharpened the pencils.  I erased the pages after they were

16   finished.  And I did whatever an assistant or an office

17   boy would do.

18       Q.     And at that time who was running or owned

19   Timely?

20       A.     The company was owned by a man named Martin

21   Goodman.

22       Q.     And he was the publisher?

23       A.     Yes.

24       Q.     And did Timely -- is Timely a predecessor or

25   did Timely eventually become what we now know as Marvel?

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 14

1                          S. LEE

2      Q.    BY MR. QUINN:  You mentioned just a few

3  minutes ago before we took our short break that you had

4  started as, I guess, an apprentice effectively at Timely

5  Marvel around 1940.  Did there come a time that you were

6  -- you got a promotion?

7      A.    Yes.

8      Q.    Tell us about how that occurred.

9      A.    Joe Simon and Jack Kirby were really the only

10  two people there producing the comics, and for some reason

11  they left, and I was the only guy left in the department.

12  So Martin asked me if I could sort of function as the

13  editor and art director and writer until he hired someone,

14  a grown up.  And I said, Sure.  You know, when you're 18

15  years old, what do you know?  I said, Sure, I can do it.

16  And I think he forgot to hire a grownup, because I was

17  there ever since.

18      Q.    Right.  60 years later they still haven't

19  hired a grownup?

20      A.    I'm still waiting.

21      Q.    But you had grown up.

22           Now, did you have an understanding at the time

23  or did you come to have an understanding as to why Simon

24  and Kirby were let go?

25      A.    I didn't know at the time, but I have heard

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 15

1                           S. LEE

2   much later from a number of different people that it had

3   something to do with -- they were supposed to have been

4   working exclusively for Martin Goodman, and he found out

5   they had, I think, been doing some work for some other

6   company.  Something like that.

7        Q.      And he fired them, in effect?

8        A.      I guess.  Yeah.

9        Q.      Now, when you became the editor, what were

10  your job responsibilities?

11       A.      Well, I was writing a lot of the stories, and

12  I also would hire different artists to draw the stories,

13  artists, letterers, inkers, so forth.

14       Q.      And was it your responsibility to hire the

15  writers and other artists and inkers and so forth and give

16  them assignments --

17       A.      Yes.

18       Q.      -- with regard to what they were going to

19  actually be doing?

20       A.      Yes.

21              MR. TOBEROFF:  Objection.  Leading.

22       Q.      And who oversaw -- tell us a little bit how

23  that assignment process worked.

24       A.      Well, it was my job to dream up new characters

25  or to continue with the characters we had and to pick the

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 16

1                          S. LEE

2    best artists and the best writers unless I wrote something

3    my -- I had the privilege, which now that I think back, it

4    was rare, but I could either write stories myself or I

5    could hire writers.  I couldn't write everything.  And it

6    was my job to hire the artists to draw the stories.  And I

7    did that for quite a number of years.

8          Q.    And did you give instructions to the artists

9    as to how you wanted the story to go?

10         A.    Oh, yes.  That was my job as Art Director.

11         Q.    So in addition to writing, you were also the

12   Art Director?

13         A.    Yes.

14         Q.    Now, who oversaw -- whose responsibility was

15   the creative editorial aspects of the comic books that

16   were created?

17         A.    Well, the responsibility was mine, because I

18   had to answer to the publisher, Martin Goodman, and he had

19   to be happy with what I was doing.

20         Q.    Did you have the ability to not only make

21   assignments but also to edit and change things that other

22   writers or artists did in connection with the comics?

23         A.    Yeah.  That was my job.  If, for example, I

24   saw some art work, and I felt there wasn't enough action

25   on a page, or it was confusing, the reader might not know

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 17

S. LEE

1

2    what it was, or in a script if I felt there was too much

3    dialogue or too little dialogue, it was -- it was up to me

4    to make the stories as good as I could make them.

5         Q.    Now, you mentioned that you did perform

6    services not only as an editor but also as a writer.

7         A.    Mm-hmm.

8         Q.    Did you consider the services you performed as

9    a writer part of your duties as the editor or something

10   additional?

11        A.    Well, I never thought of it that way.  I was

12   the Editor.  I was the Art Director.  And I was also a

13   staff writer.

14        Q.    And how were you paid in connection with the

15   work that you did?

16        A.    How was I paid?

17        Q.    How were you paid in connection with the work

18   as Editor and as a writer?

19        A.    I received a salary which paid me as Editor

20   and Art Director, but I got paid on a freelance basis for

21   the stories that I wrote.

22        Q.    And when you say you were paid on a freelance

23   basis, how were you paid?  On what basis?

24        A.    The same as every other writer.  I was paid

25   per page, so much money per page of script.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 18

1                          S. LEE

2       Q.      There was a fixed amount of money --

3       A.      Yes.

4       Q.      -- for each page?

5       A.      Yes.

6       Q.      And was there a policy or did you have a

7   policy to pay writers and artists on that per page rate

8   whether or not the page was actually used or published?

9       A.      Oh, yes.  Even if we didn't publish -- if an

10  artist drew a 10-page story, and the artist rate was $20 a

11  page, I would put in a voucher for $200 for that artist.

12  Now, if -- and this happened rarely --- but if we decided

13  not to use that story, the artist would still keep the

14  money because he had done the work.  It wasn't his fault.

15  So -- and that's the way it was.  Everybody was paid per

16  page.

17      Q.      Now, you mentioned that you had the right to

18  edit and make changes.  Was there anyone else in addition

19  to you who had the right to edit and make changes --

20      A.      Yes.

21      Q.      -- in the work?  Who was that?

22      A.      Oh, my boss, Martin Goodman, though he really

23  didn't edit.  He would just call me into his office and

24  say:  Jeez, Stan.  I didn't think that story was good.  Do

25  a better one next time.  This book didn't sell so well.  I

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 19

1                          S. LEE

2    think you better see what's wrong.  Maybe it needs a new

3    artist or a new writer."  Things like that.  But I did the

4    actual detail work.

5         Q.     Were there times where Mr. Goodman would tell

6    you that he didn't want something to be done a certain way

7    --

8         A.     Yeah.

9         Q.     -- and you changed?

10        A.     Yes, there were.  Not that often, but yes.

11        Q.     But that was your understanding of how the

12   process worked?

13        A.     Oh, absolutely.  He was the -- he was the

14   ultimate boss.

15        Q.     And did he have the final say on what was

16   published back in the 1950s and 60s?

17        A.     Yes.  As long as he was the publisher, he did.

18        Q.     Did Mr. Goodman ever edit any of your work?

19        A.     Not too often except every so often he'd say:

20   I think you're putting in too much dialogue.  I don't

21   think the readers want to read that much.  And I always

22   disagreed with him, so I would sneak in as much dialogue

23   as I could.

24        Q.     Now, was this pretty much the practice that

25   existed at Marvel beginning when you started as Editor in

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 20

1                          S. LEE

2    the early 1940s and then up through the time that you

3    became the publisher in the late 1960s?

4              MR. TOBEROFF:  Vague and ambiguous.

5         Q.    You can answer.

6         A.    Yes.

7         Q.    And did this process of assignment and so

8    forth come to be known as the Marvel method?

9         A.    Oh, no.  No.  The Marvel method referred to

10   something else.

11        Q.    Okay.  Why don't you describe the Marvel

12   method.

13        A.    There was a time when I was writing so many

14   stories that I couldn't keep up with the artists.  I

15   couldn't feed them enough work.  And, you see, the artists

16   were freelancers.  Now, for example, if Jack was working

17   on a story, and Steve was waiting for me to give him a

18   story because he had had finished what he had been

19   doing --

20        Q.    Jack being Jack Kirby?

21        A.    Jack Kirby.

22        Q.    And Steve Ditko?

23        A.    Right.  Or it could have been any of the

24   artists.  But just using them as an example, if one of

25   them was waiting for a story while I was still finishing

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 21

```
 1                          S. LEE
 2    writing the story for the other one, I couldn't keep him
 3    waiting because he wasn't making money.  He was a
 4    freelancer.  He wasn't on salary.
 5               So I would say:  Look, Steve, I don't have
 6    time to write your script for you, but this is the idea
 7    for the story.  I'd like this fill in, and I'd like this
 8    to happen, and in the end the hero ends by doing this.
 9    You go ahead and draw it any way you want to, as long as
10    you keep to that main theme.  And I will keep finishing
11    Jack's story.  And when you finish drawing this one, I
12    will put in all the dialogue and the captions.
13               So in that way I could keep one artist working
14    while I was finishing something for another artist.  That
15    worked out so well that I began doing that with just about
16    all the artists.  I would just give them an idea for a
17    story, let them draw it any way they wanted to.  Because
18    no matter how they drew it, even if they didn't do it as
19    well as I might have wanted, I was conceited enough to
20    think I could fix it up by the way I put the dialogue and
21    the captions in.  And I'd make sense out of it even if
22    they may have made -- have done something wrong.
23               And I was able to keep a lot of artists busy
24    at the same time by using that system.  And I have never
25    given that long an explanation before.
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 22

1                              S. LEE

2        Q.      Did you end up using that system -- and when

3   did this come into play?  In the 1950s and 60s,

4   approximately?

5        A.      Probably the 50s.

6        Q.      During the time that you were the Editor?

7        A.      I was always the Editor.

8        Q.      Until the late 1960s when you became

9   publisher?

10       A.      Right.

11       Q.      And in that process, did you always maintain

12  the ability to edit and make changes or reject what the

13  other writers or artists had created?

14       A.      Oh, sure.

15       Q.      And did you do that on a regular basis?

16       A.      If something had to be rejected, sure.

17       Q.      And that would include artwork that was done

18  by, for example, Jack Kirby?

19       A.      Yeah.

20       Q.      And do you recall instances where that

21  occurred?

22       A.      It's a strange thing.  I didn't recall it --

23  recall those instances too well.  But I was talking to

24  John Romita once.  He was one of our artists.  And we were

25  talking about whether I had every rejected any pages.  And

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 23

1                          S. LEE

2   I said sometimes I can't remember.  And he said, "Stan,

3   don't you remember?  Sometimes if somebody wanted a job as

4   an inker at our place," and an inker is somebody who goes

5   over the pencil drawings with ink so that they can be

6   reproduced better at the engraver, he said, "If we wanted

7   to test an inker to see how good he'd be, we would take

8   one of the pages of Jack's that you hadn't used and ask

9   the inker to ink over them as samples."

10              And I had forgotten about that, but John

11  Romita -- we were talking about that.  It was a few years

12  ago he told me that.

13       Q.      And when you had that conversation with Mr.

14  Romita, did that refresh your recollection that you had

15  from time to time rejected pages from Jack Kirby?

16       A.      Yeah.  Actually probably less from Kirby than

17  anybody else, because he was so good.  But I had -- there

18  were times when things had to be rejected for a myriad

19  reasons.

20              (Lee Exhibit 1 marked for identification.)

21       Q.      Let me mark as Lee Exhibit 1 an affidavit,

22  it's a document entitled "Affidavit of Stan Lee," and ask

23  you to take a look at that.

24              MR. TOBEROFF:  I would like to make a standing

25  objection, if you will agree, otherwise I have to make it

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 25

1                          S. LEE

2              MR. TOBEROFF:  Thank you.

3              MR. QUINN:  I totally disagree given the fact

4     that you rejected over and over again our offer.  But in

5     any event, let's move on and save time.

6          Q.    BY MR. QUINN:  Okay.  Now, could you take a

7     look at the last page of the document entitled Affidavit

8     of Stan Lee.  It's page 8 of the affidavit.

9              And is that your signature?

10         A.    Yes.

11         Q.    And have you had an opportunity in the last

12    day or so to review this affidavit?

13         A.    I'd have to refresh my memory.

14         Q.    Go ahead and refresh your recollection again.

15         A.    That's right.

16         Q.    And having reviewed the affidavit, is there

17    anything in the affidavit as far as you know today that's

18    inaccurate or wrong?

19         A.    No, I don't think so.

20         Q.    It's all truthful?

21         A.    Mm-hmm.  Yes.

22         Q.    I'm just going to ask you a couple of

23    questions --

24         A.    Sure.

25         Q.    -- about some of the things that's in the

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 26

 1                          S. LEE

 2    affidavit.

 3              You just testified a little while ago about

 4    the process that you utilized in connection with making

 5    assignments, and so forth.  And paragraphs, I guess, 3 and

 6    4 of this affidavit also describe the same methodology.

 7              In paragraph 4 of the affidavit it reads, and

 8    I will just read it and you can follow along, it says,

 9    "Timely," that would be Marvel, "however, always

10    maintained the right to direct the storylines and the

11    right to edit any aspect of the materials I submitted for

12    publication, including the characteristics of any existing

13    or new characters I utilized in the storylines."

14              Now, would that also be true with regard to

15    other writers and other artists; --

16         A.    Wait.

17         Q.    -- that Marvel maintained the right to direct

18    the storylines --

19         A.    Oh, yes.  The artists and -- it held for the

20    artists and the writers and the letterers and the inkers

21    and the colorists and everybody.

22         Q.    And the next sentence says, "At that time it

23    was typical in the industry for comic book publishers to

24    own the rights to the materials that were created for them

25    for publication."

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 27

1                          S. LEE

2        A.      Yes.

3        Q.      And that was your understanding --

4        A.      Yes.

5        Q.      -- at that time?

6        A.      Yes.

7        Q.      And that continued through the time that you

8    stopped being the editor in the late 1960s?

9        A.      Yes.

10       Q.      So that would include the period of the 1950s

11   and 60s?

12       A.      Yes.

13       Q.      And it further goes on that -- and that would

14   apply not only to things that you created but also things

15   that were created by other writers and other artists like

16   Jack Kirby?

17       A.      Yes.  That's right.

18       Q.      And that was the understanding in the industry

19   at the time?

20       A.      That was my understanding.

21       Q.      And it goes on to say that "Timely," referring

22   to Marvel, "would own whatever rights existed to all of

23   the materials I created or co-created for publication."

24   That was your understanding?

25       A.      Yes, it was.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 28

1                          S. LEE

2          Q.      And that was your understanding not only with

3    regard to materials you created but were created by the

4    other writers and artists who were working under your

5    direction?

6          A.      Yes.

7          Q.      And do you ever recollect, going back during

8    that period of time anyone, any of the other writers or

9    artists disagreeing or telling you that they didn't --

10   they didn't agree with that?

11         A.      During this period of time?  No.

12         Q.      Now, in paragraph 11, there is a reference to

13   a Schedule A that's attached to this affidavit.  And it

14   says that, "A list of some of the characters I created or

15   co-created for Timely, Marvel, appears on Schedule A."

16              And, to the best of your knowledge, is that a

17   list of some of the characters that you either created or

18   co-created?

19         A.      Yes.

20         Q.      And looking at paragraph 13 of the affidavit,

21   it states, I will read it into the record, "For years I,"

22   being you, "received checks from Timely and its successor

23   that bore a legend acknowledging that the payment was for

24   works for hire."

25              Do you recall -- that's a true statement;

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 29

1                     S. LEE

2   right?

3        A.     Yes, it is.

4        Q.     And do you recall that that was the practice

5   at the time?

6        A.     Yes, it was.

7        Q.     And was that the practice not only with

8   respect to you but with all the writers and artists?

9        A.     Oh, yes.

10        Q.     And that would include Mr. Kirby?

11        A.     Yes.  Everybody.

12        Q.     Do you remember a woman who worked for Marvel

13   back at the time by the name of Millie Shuriff?

14        A.     There was a Millie.  I think she was in the

15   Bookkeeping Department.  I never knew her last name or I

16   don't remember it.

17               (Lee Exhibit 2 marked for identification.)

18        Q.     I'm going to mark an affidavit as Lee 2.  And

19   I'm just going to ask you an a couple questions about the

20   affidavit.  I'm going to ask you -- I'm going to point you

21   to the paragraph 7, which is on the second page of the

22   affidavit.

23               And it says that, Miss Shuriff says that "all

24   of the writing and drawing for the comic books was done on

25   a work made for hire basis."

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 30

1                          S. LEE

2              That was your understanding?

3      A.      Yes.

4      Q.      Consistent?

5              And then it says in paragraph 8, that "The

6  work for hire language was affixed to each freelancer

7  check by way of an ink stamp."

8              Is that consistent with your recollection?

9      A.      Yes.  Yes.

10     Q.      Okay.  That's all I have on that.

11             Let me go back for a second to you mentioned

12  the fact that the writers and artists during this period

13  of time were paid on a per page rate.

14     A.      That's right.

15     Q.      And were different artists and different

16  writers paid different rates?

17     A.      Oh, yes, according to how valuable we thought

18  they were.

19     Q.      And did it matter -- let's take a particular

20  artist, oh, say Jack Kirby.  Did it matter whether he --

21  was Mr. Kirby one who got a higher page rate?

22     A.      He got the highest because I considered him

23  our best artist.

24     Q.      And with regard to his page rate, he got that

25  page rate whether or not the actual drawings were

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 31

1                          S. LEE

2    ultimately published?

3        A.     Oh, yes.  Most of them.  They were practically

4    all published, and, yeah, he always -- I made sure he got

5    the highest rate.

6        Q.     Now, did it matter -- he always got -- he got

7    the highest rate, but he got the same rate, whether it was

8    for Fantastic Four or for The Hulk or for -- in other

9    words, he wasn't paid a different rate based on the

10   characters?

11       A.     As far as I can remember, he wasn't paid a

12   different rate.  I wouldn't swear to it, because there may

13   -- I don't remember ever giving him a different rate.  Let

14   me put it that way.

15       Q.     That's what I'm asking, your best

16   recollection.

17       A.     Yeah.

18       Q.     That's your best recollection?

19       A.     Right.

20       Q.     Now I'm going to ask you a few questions,

21   general questions, about kind of creation of the comic

22   book.  And perhaps nobody knows it better than you do.

23              In general terms, and let's focus on the

24   period 1950s and 60s, which is the relevant period in this

25   case.  What was -- I'd like you to tell us the role of the

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 32

1                              S. LEE

2    different contributors to a comic book, the writer, the

3    artist, penciler, the inker, the colorist, the letterer.

4    What did each guy do, or woman, if there were any?

5         A.      Well, somebody has to come up with the idea

6    for the script itself.  Then it has to be written.  So the

7    first thing that happens is you either get a script by the

8    writer, or, in my case, you'd get an outline saying what

9    the story is.

10              Then it would go to the penciler, who would

11   draw the script in pencil.

12              Then it would go to the letterer, who would

13   letter the dialogue balloons and the captions in ink over

14   the pencil drawings.

15        Q.      Mm-hmm.

16        A.      Then it would go to the inker, who would ink

17   the pencil drawings.  So now the page had the lettering

18   and the artwork done in ink so that it could go to the

19   engraver, and he could photograph it or whatever he did

20   with it.

21              Then in those days we would get back from the

22   engraver some sheets of paper, eight by ten usually, that

23   were called silver prints.  And there was a silver print

24   for each page.  And they would go to the colorist, who

25   would use some kind of aniline dye paints, and they would

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 33

                              S. LEE

1    color the pages, which were then sent back to the engraver

2    or the printer, I was never sure, but to tell that person

3    how we wanted it colored when it was printed.

4           The engraver and/or printer used those colored

5    sheets as a guide to -- so they would know how to color

6    the pages.

7       Q.    Right, actually do the printing.

8       A.    And that's -- I think that's all.  There was

9    the writer, the penciler, the letterer, the inker, the

10   colorist.  Of course we had proofreaders and sometimes we

11   would make changes.  I, as the editor, would often look

12   over a page and say, I don't like this drawing, let's fix

13   it, or, let's make this a long shot, not a close up.  Or,

14   you know, whatever I would do.

15          I didn't do that too much because it cost us

16   money, and it wasted time, so only when it had to be done.

17      Q.    Now, were all these people working in the same

18   room?

19      A.    No.

20      Q.    How did that work?

21      A.    No.  Usually the production people were -- the

22   people who made the paste ups.

23      Q.    Right.

24      A.    But very often the artists worked at home.  We

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 34

1                          S. LEE

2    did a lot of shipping things around.  We would -- I would

3    talk on the phone or in person to the artist, giving -- or

4    I would type out an outline, depending how we worked.  And

5    the artist usually went home and penciled it, bring it in

6    to me, I would approve it or not approve it, or have what

7    changes needed to be made.

8              Then I would send it to the inker.  We very

9    rarely had an inker who was really on staff.  At a

10   different address the inker would do it and ship it back

11   to me.  And if I liked it, usually it was okay, it would

12   then go to a letterer.

13             Now, often the letterers were on staff, but we

14   also had a number of letterers who worked at home.  In

15   fact, our main letterers, Sam Rosen and Artie Simick, they

16   both worked at home, so we had to ship the artwork again.

17   They would letter it, bring it back.

18             We had a colorist who worked on staff, but we

19   also had colorists who worked at home.

20             So again, it either was done on staff or we

21   shipped it.  We were always moving and shipping things

22   back and forth.

23        Q.    There was no FedEx back then.

24        A.    No FedEx.  No.  It was very difficult.  And we

25   had a small staff really in the office, usually one

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 35

1                         S. LEE

2    letterer who would make corrections on things.  And

3    sometimes one of the people also did coloring.  But mostly

4    everything was done freelance and shipped around the city.

5         Q.     Now, you mentioned all the different books

6    involved, but you mentioned first somebody had to come up

7    with the idea.

8         A.     Yeah.

9         Q.     Was that your role for the most part?

10        A.     Pretty much.  Yeah.

11        Q.     And after you would come up with the idea, how

12   would you communicate that idea to the writer, or in some

13   cases you were the writer, but a different writer or the

14   artist?

15        A.     Well, we would meet, and I would talk about

16   it, and I would usually have, well, often have something.

17   I'd write out a brief outline of what the idea was.

18        Q.     A synopsis?

19        A.     A synopsis.  Or sometimes I would just talk it

20   with the artist.  It really depended on how well I knew

21   the artist, how well we worked together, how familiar we

22   were with each other's style.

23        Q.     Now, typically who came up with the ideas for

24   stories at Marvel during the 50s and 60s?

25        A.     Well, in the 50s, in the early 50s, we were

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 36

1                     S. LEE

2  doing a lot of odd books.  And very often the writers of

3  those odd books would come up with their own, although I

4  did most of them.

5            In the 60s, the ideas for the new characters

6  originated with me because that was my responsibility.

7  And what would happen is the publisher, Martin Goodman,

8  for example, with the Fantastic Four, he called me into

9  his office one day.  And he said, "I understand that

10 National Comics," which later changed its name to DC, "but

11 I understand that National Comics has a book called The

12 Justice League.  And it's selling very well.  I want you

13 to come up with a team of superheroes.  Let's do something

14 like that."

15           So it was my responsibility to come up with

16 such a team.  And I dreamed up the Fantastic Four, and I

17 wrote a brief outline.  And at that time, you know, I gave

18 that to Jack Kirby, who did a wonderful job on it.

19           With The Hulk and the X-Men and Iron Man, I

20 couldn't -- I wanted to use Jack for everything, but I

21 couldn't because he was just one guy.  So with Iron Man I

22 gave that script to Don Heck after I came up with the

23 idea.

24           With Daredevil, I gave that to Bill Everett.

25           I think with Iron Man I still wanted Jack to

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1                          S. LEE

2    do the cover, though, for it.

3              With Spider-Man, that was kind of an

4    interesting thing.  I thought Spider-Man would be a good

5    strip, so I wanted Jack to do it.  And I gave it to him.

6    And I said, Jack, now you always draw these characters so

7    heroically, but I don't want this guy to be too

8    heroic-looking.  He's kind of a nebbishy guy.

9         Q.    Would we call him a nerd today?

10        A.    I would say so.  Yeah.

11             Anyway, Jack, who glamorizes everything, even

12   though he tried to nerd him up, the guy looked still a

13   little bit too heroic for me.  So I said:  All right,

14   forget it, Jack.  I will give it to somebody else.

15             Jack didn't care.  He had so much to do.

16        Q.    Who did you give it to?

17        A.    I gave it to Steve Ditko.  His style was

18   really more really what Spider-Man should have been.  So

19   Steve did the Spider-Man thing.  Although, again, I think

20   I had Jack sketch out a cover for it because I always had

21   a lot of confidence in Jack's covers.

22        Q.    When the covers were done, were they done

23   before or after the actual work was created?

24        A.    You know, I don't think there was a hard and

25   fast rule for that.  I really can't remember.  I think

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 38

                          S. LEE

1
2    you'd have had to have done some of the work first, so in
3    doing the cover you knew what the characters looked like.
4         Q.    And did you take particular interest in the
5    cover?
6         A.    Oh, that was my specialty.  The covers in
7    those days, the covers were the most important thing.
8    Because we didn't have fans the way we do now.  Today,
9    fans go to a book store, Did the latest Fantastic Four
10   come in yet?  In those days we sold according to how
11   attractive a book looked on the newsstand.  A kid would
12   walk in the news stand, and whatever caught his eye he'd
13   pick up.
14            So we made sure -- and this was something that
15   my publisher Martin Goodman, he was an expert in.  He
16   taught me a lot about what to do to a cover to make it
17   stand out, what kind of color schemes to use, and so
18   forth.
19            So I paid a lot of attention to covers.  They
20   were very important.
21        Q.    And you would make changes in covers?
22        A.    Oh, sure.
23        Q.    And you mentioned that you thought that Kirby
24   actually did the cover on Spider-Man.  What was -- the
25   cover that he did was based on his original drawing or was

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 39

1                           S. LEE

2    it based on what Ditko had done?

3         A.    Oh, it would have had to have been based, I

4    think, on what Ditko did because it would have to look

5    like the Spider-Man.

6         Q.    The nerdy Spider-Man?

7         A.    I would think so.  Well, as Spider-Man he

8    didn't look nerdy.  He looked nerdy as Peter Parker, yeah.

9         Q.    Fair enough.  Now, you mentioned that you

10   would have meetings from time to time, I guess, plotting

11   conferences.  Do you recall -- and let me mark as -- we'll

12   mark actually two documents, although they're related, an

13   article that was written by a man by the name of Nat

14   Freedland in the New York Herald Tribune dated January

15   9th, 1966.

16               Do you recall the article?  I'm going to show

17   you copies of it.

18               Let's mark this as Lee 3.

19               And Lee 4 --

20               (Lee Exhibit 3 marked for identification.)

21               (Lee Exhibit 4 marked for identification.)

22        A.    I hate that article.

23        Q.    I'm only going to ask you about one part of

24   it.

25               In the reprint there's a reference, and I will

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 40

1                          S. LEE

2    just read it into the record, that says that, "The

3    plotting conference at the end of this article was for

4    FF No. 55," FF would be the Fantastic Four?

5         A.      Right.

6         Q.      " -- No. 55 and issued just after the most

7    prolific period of new character creation on the series."

8              I want you to take a look at the end of this

9    article.  Either one.  Yeah, that's the one.

10             And specifically there is a paragraph that

11   begins right here, Mr. Lee (pointing), that starts.

12             Lee arrives at his plots in sort of ESP

13             sessions with the artists.  He inserts the

14             dialogue after the picture layout comes in and

15             then it goes on.  Here he is in action at a

16             weekly Friday morning summit meeting with Jack

17             "King" Kirby a veteran comic book artist, a man

18             who created many of the visions of your childhood

19             and mine.

20             Then it goes on for the next several

21   paragraphs just to describe the plotting conference.  And

22   you can just take a quick look at that.

23             I want to just ask you whether, in fact, this

24   is consistent with your recollection of how typically

25   plotting conferences would be -- would go back in this

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 41

1                         S. LEE

2   period in the 1960s.

3        A.    Well, pretty much, except this is written by

4   somebody who I don't know why but he must have taken a

5   very unfair dislike to Jack.  And it is so derogatory.

6   It's just terrible the way he pictured Jack in this

7   article.  I can't tell you how badly I felt.

8             At any rate, this is the way the conferences

9   went.  Very often Jack would say more than "mm-hmm."  You

10  know, he might contribute something or he might say,

11  "Stan, let's also do this or do that."  I mean, we had

12  conversations.

13            But aside from that, yes, we would get

14  together.  I would tell Jack the main idea that I wanted,

15  and then we would talk about it, and we'd come up with

16  something.

17       Q.    And that was fairly typical of how a plotting

18  conference would go?

19       A.    Yeah, in that sense.  Yeah.

20       Q.    Now, during the period of time that you've

21  been testifying about, did Marvel ever buy work that was

22  created by one of the writers or freelancers on spec as

23  opposed to having the material being part of an assignment

24  that you would give him?

25       A.    Not that I remember.  Excuse me.  You know,

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 42

1                          S. LEE

2    they may have made deals I don't know about.

3         Q.    I'm just asking --

4         A.    But nothing that I remember.  Right.

5         Q.    -- in your recollection --

6         A.    Right.

7         Q.    -- having been there all that period of

8    time.

9         A.    Right.

10        Q.    Now, when you would give out an assignment,

11   how did that work?  Did you give them deadlines?  How

12   did --

13        A.    Yeah.  Every strip had a deadline, because

14   these books had to go out every month.  And it was very

15   important that the deadline be met.  Because if a book was

16   late, we had already paid the printer for that press time.

17   And if the book wasn't delivered in time, we still had to

18   pay the printer.  So it was a total loss to us.  So the

19   deadlines were very important.  And the artists always

20   knew this has to be delivered by thus-and-such a date.

21        Q.    Now, in connection with the way that artists

22   and freelancers were paid, did they get paid whether or

23   not a particular book or comic was successful?

24        A.    Oh, sure.  They were paid before the book went

25   on sale.  We didn't know how successful it would be.  They

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 43

1                         S. LEE

2    were paid when they delivered the artwork.

3        Q.     Did you ever have any discussions with Mr.

4    Goodman about what his investment and his risk was in the

5    context of being the publisher?

6        A.     Yeah.  Once in a while -- I remember there was

7    one time some artists had wanted an increase in their page

8    rate, and they felt they weren't getting paid enough.  And

9    Martin was in a pretty gloomy mood that day, and he said

10   to me.

11                You know what they don't realize?  They

12               don't realize the risk that I'm taking.  Because

13               if the books don't sell, it costs -- I lose a lot

14               of money.  And I have no guarantee the books will

15               sell.  And we have periods for month after month

16               after month where I'm losing money where the

17               books don't sell.  But I don't cut their rate.  I

18               don't fire them.  I try to keep going as much as

19               possible.

20                And he gave me this whole thing from the

21   publisher's point of view.

22       Q.     And did you understand that point of view?

23       A.     Well, yeah, I could understand it from his

24   point of view.  I could understand it.  Yes.  Just to add

25   to that, he said he was the fella taking all the risk.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 44

 1                        S. LEE

 2     That's the thing that he stressed.

 3          Q.     Let me go back to the covers for a second.

 4                 Now, who typically designed the covers for the

 5     comic books?  How did that process work?

 6          A.     I usually, almost always, would say what I

 7     wanted the cover to be.  Sometimes I'd make a little

 8     thumbnail sketch.  I'm no great artist, but I would just

 9     indicate where I wanted the character.

10                 Because, as I said, we considered the covers

11     the most important part of the book.  And I was very

12     careful about the covers.  And I would say what the

13     illustration should be, where I wanted the caption, where

14     I wanted a blurb, how I wanted -- whether I wanted a

15     closeup or a long shot, whether I wanted it to be an

16     action scene or just a dramatic scene.  That I spent a lot

17     of time on that.

18          Q.     And after you'd give direction, were the

19     covers done before or after the pencils were complete?

20          A.     It didn't -- it could have been either way.

21          Q.     Either way.  And did you ever reject a cover

22     and ask him to go back and redo it?

23          A.     Oh, sure.

24          Q.     Now, you mentioned also the practice was to

25     pay writers, artists, and the others inkers, and so forth

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 45

1                    S. LEE

2   on a per page basis.  And they had different rates and so

3   forth.

4              During the period of time that you were there,

5   were writers or artists ever -- did they ever get

6   royalties from Marvel for the work they did or was it just

7   a per page?

8        A.    While I was there I don't remember any

9   royalties.

10             MR. LIEBERMAN:  Is this a good time for a

11   break?  We've been going for about an hour.

12             MR. QUINN:  I think it's a very good time.

13             THE VIDEOGRAPHER:  Off video at 10:29 a.m.

14             (Recess.)

15             THE VIDEOGRAPHER:  Back on video at 10:38 a.m.

16        Q.    BY MR. QUINN:  We were discussing a number of

17   different items generally about the process that you

18   oversaw as editor back in the 50s and 60s.  And now I want

19   to focus specifically on issues relating to Jack Kirby.

20             You're aware that this is a dispute with the

21   Kirby heirs?

22        A.    (Nods head up and down.)

23        Q.    You've got to say yes on the record.

24        A.    Yes.

25        Q.    When did you first meet Jack Kirby?

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 46

1                          S. LEE

2        A.      Well, the first day that I came to work at

3   Timely Comics, which was either '39 or '40.

4        Q.      And over the course of the years, what was

5   your relationship with Mr. Kirby?

6        A.      Well, on my part it was very cordial.  I was a

7   big fan of his from the beginning.

8        Q.      Now I'm going to focus on the period of time

9   at issue in the 50s, and late 50s and early 60s.  At what

10  point in time did Mr. Kirby come back to Marvel or Timely?

11       A.      I don't remember the year, but there was a

12  time that he left, and he did some work for DC Comics, and

13  then he came back.  Yes.

14       Q.      And by the late 1950s he had returned?

15       A.      The late 1950s -- 60s.

16       Q.      Let me rephrase the question.

17               By 1960, he was back working at Marvel, in

18  that general area?

19       A.      Maybe he left two times.  Maybe he left in the

20  50s, and that's what you're referring to.  He was back by

21  '60.

22       Q.      Right.

23       A.      That may be.  Because I know there was a time

24  later in the 60s that he left and he came back, I think.

25       Q.      Now focusing on the period when he was at

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 47

1                        S. LEE

2    Marvel in the 60s, what was Jack Kirby's role at Marvel?

3        A.      The same as it had always -- wait a minute.

4    Did you say in the 50s?

5        Q.      No, focusing on the 60s.

6        A.      As far as I know, the same as it had always

7    been.  He was our top artist, and I gave him what I

8    thought were our most important projects.

9        Q.      And what was -- what were his job

10   responsibilities as an artist?

11       A.      Well, to draw the strip as well and as excited

12   -- excitingly and grippingly as possible, and draw it in

13   such a way that the readers would want to see more, more,

14   more.

15       Q.      And who had the right to direct and supervise

16   Mr. Kirby's work?

17       A.      That was me.

18       Q.      And who had the ability to edit and control

19   Kirby's work?

20       A.      That was my job.

21       Q.      And who decided which comic books and

22   characters Kirby would draw?

23       A.      I did.

24       Q.      And who gave him those assignments?

25       A.      I did.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 48

1                         S. LEE

2        Q.    As best you can recall, did Mr. Kirby ever

3   submit work to you or to Marvel that he had done on spec?

4        A.    Not that I remember.

5        Q.    And you mentioned the situation with taking

6   him off the Spider-Man book.  In addition to that, were

7   there other instances where you did edit Kirby's work?

8        A.    Well, I edited everybody's work.  I don't

9   remember taking him off anything else.

10        Q.    Do you remember Mr. Kirby ever refusing to

11   make any of the edits or changes that you made?

12        A.    As a matter of fact, no.  Jack was really

13   great to work with.

14        Q.    To your knowledge, during this period in the

15   60s, was Kirby working only for Marvel or was he doing

16   work for other comic books?

17        A.    I thought he was working just for us.

18        Q.    Now, typically, what was the work product

19   after you had given Kirby an assignment?  What was the

20   work product that you would receive back from Kirby?

21        A.    I would receive back usually, if the book was

22   20 pages long, I'd receive back 20 beautifully drawn pages

23   in pencil which told a story.

24        Q.    And did Mr. Kirby ever suggest dialogue?

25        A.    Not orally, but what he would do, when I would

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 49

                          S. LEE
1
2    give Jack a rough idea for what the story should be, and
3    he went home and he drew it in his own way, laying it out
4    the way he thought it would be best, he would put in the
5    borders, the margins of the pages, he would put little
6    notes letting -- so I would understand what he was getting
7    at with each drawing, and he would sometimes put dialogue
8    suggestions also.
9              (Lee Exhibit 5 marked for identification.)
10        Q.    Let me show you what I'm going to mark as I
11   believe it's Lee 5, a magazine entitled "Jack Kirby
12   Collection 54."  And I just want to point you to some
13   portions of that.
14             THE REPORTER:  Do you want me to put the
15   sticker actually on it?
16             MR. QUINN:  Yeah, you can put it on.
17             MR. TOBEROFF:  Can I have a copy, please?
18             MR. QUINN:  I'm sorry.
19             MR. TOBEROFF:  Thank you.
20        Q.    BY MR. QUINN:  We tagged a particular section
21   that has a little blue tag on it.  You can open to that.
22   See the little --
23        A.    Oh, yes.
24        Q.    And it's page 59 of this exhibit.  And on the
25   top it talks about being fantastic penciling and the size.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 50

1                        S. LEE

2    It says, "What would a Lee and Kirby issue be without the

3    Fantastic Four being heavily represented?"  And then it

4    has a representation, I guess, of the penciling or the

5    drawing done by Kirby in the first instance.

6              Do you recognize the notes around the pages?

7         A.    Well, that's Jack's handwriting.  That's the

8    way he wrote them.  Yes.

9         Q.    And could you tell us, for example, in this

10   instance I see that there's a dialogue that's actually in

11   the different blocks.  Tell us who did that dialogue.  How

12   was the process done?

13        A.    Well, I wrote the dialogue and the captions,

14   but Jack would give me notes.  For example, in panel 4 of

15   that page, the next to the last panel --

16        Q.    Right.

17        A.    -- Jack wrote what he suggested the dialogue

18   might be.  "I will rule.  My years underground will end."

19   That was to let me know what he felt the fellow should be

20   doing or saying.

21              So I wrote, "My conquest will be complete.  I,

22   the Mole Man, banished from my fellow men half a life time

23   ago, will return at last as Master of the Earth."

24              Very often I would write dialogue to fill up

25   spaces.  In other words, I also indicated where the

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 51

1                              S. LEE

2     dialogue balloons and the captions should go on the

3     artwork.  And I might not have written so much if he had

4     made the face bigger, but inasmuch as there was that space

5     on the upper right-hand part of the page, I put in more

6     dialogue to sort of dress up the -- balance the panel with

7     picture and dialogue.  That was something else I had

8     mentioned but I concentrated very much on.

9              For example, in the panel above it, that panel

10    was an interesting panel, and I didn't want to -- I only

11    used three lines of caption.  I didn't want to crowd that

12    with copy.

13             And the same with the first panel.  There's so

14    much going on, that I only had a two-line caption that

15    only went part way across, because I wanted the reader to

16    enjoy looking at Jack's artwork with no interference.

17        Q.     And who was it who decided where those --

18    where the dialogue would go?

19        A.     I did.  I always made the indications for the

20    letter -- before giving my strips to a letterer, I always

21    indicated in pencil after I typed out the dialogue where

22    the dialogue should go in the panel.  And the sound

23    effects, also.

24        Q.     And this was the typical way that you would

25    work with Mr. Kirby?

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 52

1                         S. LEE

2       A.      With all the artists.  Yeah.

3       Q.      And who had the final say with regard to what

4   was going to be written in those panels?

5       A.      Well, I was the editor.  I did.

6       Q.      So just looking at some of the other panels,

7   who -- let's go to the next page up on top in the second

8   panel.

9       A.      Mm-hmm.

10      Q.      Read me what Kirby had written in.

11      A.      Let me see if I can make it out.  "As it

12  leaves his hands, the staff's power blows and rocks" --

13  something -- back."  I can't make out the word.

14      Q.      Right.  And what did you substitute for this?

15      A.      Well, I thought it was so self-explanatory,

16  and design wise I felt a big sound effect would be good.

17  So I lettered in the word "batoom" (phonetic) for the

18  letterer.  I did it in pencil so the letterer would follow

19  it, and I tried to make it part of the design of the

20  panel.

21      Q.      Was that something that you typically did?

22  Let's look at another, the next page.

23      A.      The next page?

24      Q.      I'm sorry, two pages over which would be 62.

25  I see in the third panel --

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 54

1                         S. LEE

2    compare.  Is that the same page that in Lee 6 in its final

3    version that is in --

4         A.     Oh, it seems to be.  Yes.

5         Q.     With the same dialogue that you wrote in?

6         A.     Mm-hmm.

7         Q.     So this would be -- this --

8         A.     Yeah.

9         Q.     Stan --

10        A.     This is the way it looked printed.

11        Q.     This is the way it came out to the public.

12        A.     Right.

13        Q.     That now includes the work of the inkers and

14   the colorists and all the other folks.

15        A.     And the letterer.

16        Q.     And the letterer.  Now, as part of the way you

17   worked with Mr. Kirby and the assignments you gave, did

18   you ever ask Mr. Kirby to create new characters?  Or did

19   he ever create new characters in the context of the work

20   and the assignment you gave him?

21        A.     Well, he, in the context of the work, I would

22   give him the outline for the story.  I might add, that as

23   we went on, and we had been working together for years,

24   the outlines I gave him were skimpier and skimpier.  I

25   might say something like:  In this story let's have Dr.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 55

1                            S. LEE

2    Doom kidnap Sue Storm, and the Fantastic Four has to go

3    out and rescue them.  And in the end, Dr. doom does this

4    and that.  And that might have been all I would tell him

5    for a 20-page story.

6          Q.     Dr. Doom --

7          A.     Dr. Doom being the villain.

8          Q.     The villain.

9          A.     And Jack would just put in all the details and

10   everything.  And then it was -- I enjoyed that.  It was

11   like doing a crossword puzzle.  I get the panels back, and

12   I have to put in the dialogue and make it all tie

13   together.

14                So we worked well together that way for years,

15   but, I'm sorry, I forgot what your question was.

16         Q.     No, no, no.  Whether during that period of

17   time was it part of his job to create new characters from

18   time to time?

19         A.     Oh, that's why I mentioned.

20                MR. TOBEROFF:  Assumes facts.  Go ahead.

21         Q.     Go ahead.

22         A.     That's why I mentioned that, because I might

23   give him a very skimpy outline like let Dr. Doom kidnap

24   Sue.  Now, when he drew the strip, he might introduce a

25   lot of characters that he came up with in the story.  He

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 56

1                         S. LEE

2    might have decide to have Dr. Doom send some giant robot

3    to get Sue Storm, and he would make up the robot.  Or

4    there might be some other people.  Sure, Jack would often

5    introduce a lot of new characters in the stories.

6         Q.    And that was part of what his assignment was?

7         A.    Yeah.

8         Q.    And did other artists do the same thing?

9         A.    Yes.

10        Q.    To your recollection, were there any

11   characters that Kirby had created before he was working

12   with you or anyone at Marvel that he brought to Marvel and

13   then were then published by Marvel?

14        A.    No, I don't believe so.  I don't recall any.

15   Oh, wait a minute.  Wait a minute.  Captain America, for

16   God's sake.  He and Joe Simon had created Captain America.

17        Q.    Right.

18        A.    Now, by the time in the 60s, Jack came to work

19   for us, we weren't -- there was no more Captain America.

20   We weren't publishing it because Martin Goodman thought it

21   was just a World War II character and people wouldn't be

22   interested in it anymore.

23              I always loved the character, so I decided to

24   bring it back.  And I tried to write a story where he had

25   been frozen in a glacier for years, and they found him and

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1                          S. LEE

2    he came back to life, and so forth.  And I tried to give

3    him some personality where he always felt -- he was an

4    anachronism.  He was living in our day, but yet he had the

5    values of 20 or 30 years ago.  And I tried to make him a

6    little bit interesting.

7              And Jack would draw him.  And Jack just drew

8    him so beautifully, and the stories worked out so well

9    that he became part of the Marvel superhero characters,

10   the one that I did not create.  Yeah.  And he's a great

11   character, and they'll be making movies of him soon.

12        Q.     Other than Captain America, you can't remember

13   any --

14        A.     No, I don't remember any others.

15        Q.     To your knowledge, did Mr. Kirby ever shop a

16   character around to other publishers before bringing it to

17   Marvel?

18        A.     Not that I know of.

19        Q.     Did you ever have any discussions with Mr.

20   Kirby as to who owned the rights to particular characters?

21        A.     No.  Again, not that I can recall.

22        Q.     Was it your understanding that Mr. Kirby was

23   aware of Marvel's policy that everything was work for

24   hire?

25        A.     I took it for granted.  We had never discussed

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 58

1                         S. LEE

2    it.

3                MR. TOBEROFF:  Did you hear my objection?

4                THE REPORTER:  No, I didn't.  Sorry.

5                MR. TOBEROFF:  Leading.

6                THE REPORTER:  Thank you.

7        Q.     To your knowledge, did Mr. Kirby ever try to

8    use a storyline or a character that he and you created

9    together for Marvel when he left Marvel and went to DC or

10   someplace else?

11       A.     Did he take any stories we had done and use --

12   not that I know of.

13       Q.     Now, we talked generally about how the

14   freelancers were paid.  How was Mr. Kirby paid?

15       A.     When he brought in -- like everybody else.

16   When he'd bring in his artwork, he'd hand in a voucher.

17   We had pre -- you know, pre-prepared voucher forms.  And I

18   would, of course, okay the voucher, and it would go to the

19   Bookkeeping Department.

20       Q.     Based on the number of pages?

21       A.     Yeah, so much per page.

22       Q.     To your knowledge, did Mr. Kirby ever receive

23   any royalties from Marvel?

24       A.     Did he receive royalties?

25       Q.     Royalties from Marvel.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 59

1                          S. LEE

2       A.      I don't know.

3       Q.      Now, you indicated that Kirby had left and

4  come back to Marvel at several different periods of time.

5  To your knowledge, when Mr. Kirby was working for other

6  comic book publishers, did he do some of his own writing?

7       A.      I think so.  I didn't really follow it, but I

8  think when he worked for DC that he may have written some

9  of the characters he created.  But I don't know for sure.

10      Q.      Do you know whether after he left Marvel he

11 had -- his characters had the same kind of success that

12 the characters that came about during the period of time

13 he was at Marvel?

14      A.      Well, I don't think they became as successful

15 as the Marvel heroes, no.

16      Q.      I want to focus specifically on the creation

17 of a number of the specific characters that -- we talked

18 about several, but I want to go into them in a little bit

19 more detail.

20              And let's start with the Fantastic Four.  You

21 actually referenced them earlier.  Tell me to the best you

22 can recall, how did the idea for the Fantastic Four come

23 about, and who they were, and what was the back story with

24 regard to the Fantastic Four.

25      A.      Well, as I mentioned, Martin Goodman asked me

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 60

1                          S. LEE

2   to create a group of heroes because he found out that

3   National Comics had a group that was selling well.  So I

4   went home, and I thought about it, and I -- I wanted to

5   make these different than the average comic book heroes.

6   I didn't want them to have a double -- a secret identity.

7              And I wanted to make it as realistic as

8   possible.  Instead of them living in Gotham City or

9   Metropolis, I felt I will have them live in New York City.

10  And instead of the obligatory teenager Johnny Storm

11  driving a whiz bang V8, he would drive a Chevy Corvette.

12             I wanted everything real, and I wanted their

13  relationship to be real.  Instead of a girl who didn't

14  know that the hero was really a superhero, not only did

15  she know who he was, but they were engaged to be married,

16  and she also had a superpower.

17             So, you know, things like that.  And I thought

18  I would try that.  So I wrote up a very brief synopsis

19  about that, and naturally I called Jack, because he was

20  our best artist, and I asked him if he would do it.  He

21  seemed to like the idea.  Took the synopsis, and he drew

22  the story and put in his own touches, which were

23  brilliant.

24             And it worked out beautifully.  Books sold,

25  and that was the start of the Marvel success, you might

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1                          S. LEE

2    say.

3        Q.      And tell me or tell us all your thinking in

4    the creating the four different characters, Mr. Fantastic,

5    the Invisible Woman, the Human Torch, and The Thing.

6              MR. TOBEROFF:  Assumes facts.

7        A.      I'm sorry?

8        Q.      You can answer.

9        A.      Tell you what?

10       Q.      Tell us what was your thinking with regard to

11   or the idea behind these specific four characters.

12       A.      Well, I wanted them to be a team, but I wanted

13   them to act like real people.  So they didn't always get

14   along well.  I wanted one of them to be -- we called him

15   The Thing, to be kind of a very powerful ugly guy who

16   would be pathetic because -- they all got their

17   superpowers by being in a spaceship that was hit by cosmic

18   rays.  And Mr. Fantastic got the ability to stretch his

19   limbs.  The girl Sue Storm had the ability to become

20   invisible and surround herself with the force field.  And

21   the boy Johnny Storm, her brother, was able to burst into

22   flame and fly.

23              I took that from an old Marvel book, one of

24   Timely Comics' first books called The Human Torch.  I

25   always loved that character who had been an android, a

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 62

1                        S. LEE

2    robot or something.  But I felt I'm going to give Johnny

3    Storm that power.  He can fly and burst into flame.

4              So we had a guy who can stretch, a girl who

5    could be invisible, a man who was an ugly monster.  And

6    again, to go against type, I thought I'd make the ugly

7    monster kind of a funny guy.  He's pathetic, but he's also

8    the comedy relief.  And he was always arguing and fighting

9    with The Human Torch, who was always trying to give him a

10   hot foot.  And he was always trying to grab him and

11   throttle him.

12             They all loved each other, but they never got

13   along well.  The more they fought amongst themselves, the

14   more the readers loved it.  And that was the way I

15   envisioned them.

16             (Lee Exhibit 7 marked for identification.)

17        Q.    Now I'm going to mark as Lee I believe it's 7,

18   the next exhibit.

19        A.    There's no little blue thing.

20        Q.    I'll get you there.  It's a document that's

21   actually a magazine entitled "Alter Ego, the Comic Book

22   Artist Collection."

23             And are you familiar with the Alter Ego?

24        A.    Oh, yes.  It's a well known fanzine.

25        Q.    And is a man by the name of Roy Thomas --

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 65

1                          S. LEE

2        A.     Right.

3        Q.     And then it says, Story No. 1, Introduction,

4   "Meet the Fantastic Four."

5               Is that the synopsis that you wrote back in

6   1961?

7        A.     This is the original synopsis that I wrote,

8   and I gave it to Jack.  And of course, after that we

9   discussed it, and we embellished it, and we made little

10  changes.  But this was the beginning of it.  Yeah.

11       Q.     You mentioned in your note to Mr. Thomas that

12  you hadn't saved others because you didn't think anyone

13  would ever -- did you create other synopses from time to

14  time?

15       A.     Oh, yeah.

16       Q.     In the article on the first page, and I will

17  just read it to you, it says, Mr. Thomas writes,

18  "Actually, this wasn't the first early 60s synopsis of

19  Stan's I'd seen."

20              And it says, "See later part of the article.

21  And when I had gone to work for him in July 1965, I had

22  learned that he was increasingly dispensing with written

23  synopses with Marvel artists, often working merely from

24  brief conversations in person or over the phone."

25       A.     That's right.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 67

1                           S. LEE

2           MR. TOBEROFF:  If I could just look at Stan's.

3           MR. QUINN:  I will tell you.  It's Volume 2

4    No. 2, the Summer of 1998.

5           MR. TOBEROFF:  Thanks.

6       Q.    BY MR. QUINN:  Now looking at let's turn the

7    page over to page 34.  And I'm going to read a portion of

8    the article that's quoting you.  Mr. Thomas writes, "In

9    answer to my earlier query, Stan sent a few comments along

10   with the synopsis."

11          And then he quotes you, "Incidentally, I

12   didn't discuss it with Jack first," referring to the

13   synopsis.  "I wrote it first after telling Jack it was for

14   him because I knew he was the best guy to draw it."  And

15   you go on, "PS, as you are probably aware, the biggest

16   change that was made after the synopsis was written was I

17   decided to make the thing more sympathetic than originally

18   intended."

19      A.    Right.

20      Q.    After giving -- "After seeing the way Jack

21   drew him, I felt it was too obvious for such a ugly

22   monstrous looking guy to act in a typically monstrous,

23   menacing way."

24          Do you recall sending that note to Mr. Thomas?

25      A.    Yes.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 68

1                        S. LEE

2        Q.     And what were you referring to?

3        A.     Well, I was referring to what I mentioned

4   before.  I would very often give a writer a synopsis or an

5   oral synopsis what I wanted, and then later when the story

6   was penciled, I would look at it and say, well, maybe we

7   should change this or maybe make this character a little

8   more that way.  And as I mentioned with The Thing, when I

9   saw the way he looked, I thought it would be dull.  We got

10  a guy who looks like a monster.  If he just acts like a

11  monster, a dumb monster, it would be more interesting to

12  give him a real personality.  And actually the guy -- some

13  of you were too young to know him, but I thought of Jimmy

14  Durante, an old comedian.

15       Q.     Sadly, I'm not too young to know him.

16       A.     I tried to have the thing talk a little like

17  Jimmy Durante, have that kind of an explosive personality.

18  So...

19       Q.     The article on the next page, there's several

20  numbered paragraphs.  And No. 5 talks about, and I will

21  just read it into the record:

22              Re the idea of Sue remaining permanently

23              invisible and having to wear a humanoid face mask

24              to be seen, well, Stan's note at the end of that

25              paragraph indicates that he was already

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 69

1                         S. LEE

2           rethinking that bit.  He asked Jack to talk with

3           him about it because "maybe we'll change this

4           gimmick somewhat."  Since the writer, editor, and

5           artist probably discussed this point before Jack

6           started drawing any number of other changes,

7           including the notion of starting with a

8           multi-page action sequence may have been

9           suggested, then, as well by either man.  In any

10          event, Sue gained control of her invisibility

11          almost at once.

12      A.     That's right.

13      Q.     What were you referring to there?

14      A.     Well, I think either Jack or I or both of us,

15  I don't know, must have thought at some point that she'd

16  always be invisible, and she'd have to wear a mask or

17  something so people would see her.

18      Q.     Right.

19      A.     And whether it was my idea or not, as I

20  thought about it, I thought, that's a lousy idea.  So we

21  decided to change it where she could look like a normal

22  person and make herself invisible at will or make herself

23  normal at will.

24      Q.     And who in this process had the ultimate

25  decision to decide how that was going to come about?

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1                              S. LEE

2        A.      Well, I did.  I was the editor.

3        Q.      And turning over to the next page of the

4   article, up on the actually the crossover page 37, there's

5   another document that's recreated that says, Synopsis for

6   Fantastic -- Synopsis for Fantastic Four No. 8 "Prisoners

7   of Puppetmaster."

8             Do you recognize that as another of the

9   synopses you created in connection with Fantastic Four?

10       A.      I hadn't read that for so many years, but,

11  yeah, that seems to be mine.  I didn't even know this was

12  in here.  Wow.  Yeah.  See, instead of telling him page by

13  page, I would say, Devote five pages to this, five pages

14  to that, and three pages to that.  Yeah.

15       Q.      That was typical of how you were working

16  utilizing the Marvel method?

17       A.      Yeah.  Sometimes I wouldn't even be this

18  specific.  And I wouldn't have cared if Jack devoted,

19  let's say, six pages to this and he changed that to three

20  pages.  Just so he got the idea what I had this mind.  But

21  he was good at making his own changes, and very often he'd

22  improve them.  But, yeah, this is mine.

23       Q.      Let's go to another character, The Silver

24  Surfer.

25       A.      Oh, yeah.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

                              S. LEE

1

2      Q.     Could you tell us how the Silver Surfer came

3   about?

4      A.     Right.  I wanted to have a villain called

5   Galactus.  We had so many villains who were so powerful.

6   I was looking for somebody who would be more powerful than

7   any.  So I figured somebody who is a demigod who rides

8   around in space and destroys planets.

9              I told Jack about it and told him how I wanted

10  the story to go generally.  And Jack went home, and he

11  drew it.  And he drew a wonderful version.  But when I

12  looked at the artwork, I saw there was some nutty looking

13  naked guy on a flying surfboard.

14             And I said, "Who is this?"

15             And he said -- well, I don't remember whether

16  he called him the surfer or not.  He may have called him

17  the surfer.  But he said, "I thought that anybody as

18  powerful as Galactus who could destroy planets should have

19  somebody who goes ahead of him, a herald who finds the

20  planets for him.  And I thought it would be good to have

21  that guy on a flying surfboard."

22             I said, "That's wonderful."  I loved it.  And

23  I decided to call him The Silver Surfer, which I thought

24  sounded dramatic.

25             But that was all.  He was supposed to be a

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 72

1                          S. LEE

2    herald to find Galactus his planets.  But the way Jack

3    drew him, he looked so noble and so interesting that I

4    said, "Jack, you know, we ought to really use this guy.  I

5    like him."

6                   And I tried to write his copy so that he was

7    very philosophical, and he was always commenting about the

8    state of the world and:  Don't you human beings realize

9    you live in a paradise.  Why don't you appreciate it?  Why

10   do you fight each other and hate each other?  And I had

11   him talking like that all the time.  And the college kids

12   started to love him.  And whenever I would lecture at a

13   college, and there was a question-and-answers period, it

14   was inevitably the Silver Surfer that they would talk

15   about the most.  So I was very happy with him.

16                  But that's how it happened accidentally.  I

17   mean, I had nothing -- I didn't think of him.  Jack -- it

18   was one of the characters Jack tossed into the strip.  And

19   he drew him so beautifully that I felt we have to make him

20   an important character.

21       Q.    And this is -- you talked about it before that

22   artists were expected as part of their job to populate the

23   story with characters?

24                  MR. TOBEROFF:  Misstates testimony.

25       Q.    You can answer.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 73

1                              S. LEE

2        A.      Pardon me?

3        Q.      You can answer.

4        A.      Oh.  You see, if there's a story where the

5   hero goes, let's say, to a nightclub, so I would say or

6   whoever the writer is would say the hero goes to a

7   nightclub, and he talks to this person, and then there's a

8   gun fight.  Well, when the artist draws it, the artist has

9   to draw other people in the nightclub.  So the artist is

10  always creating new characters.  I mean, the artist might

11  decide to have the character standing at the bar and draw

12  a sexy-looking bartender, a female or an interesting

13  looking bartender.

14               The artist in every strip always creates new

15  characters to flesh out the strip and to make the

16  characters living in the real world.  Sure.

17       Q.      Who is it up to?  Who had the last word as to

18  whether or not a particular character would make it into

19  the final publication?

20       A.      Well, I guess I did, and my publisher Martin,

21  who might also look at a character and say, I like him,

22  let's see more of him, although he didn't do it that

23  often.

24       Q.      Did he ever say I didn't like --

25       A.      Yeah.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 74

1                            S. LEE

2      Q.      -- a particular character?

3      A.      Yeah, mostly in Westerns.  He was big on our

4  Western books.  And sometimes he wouldn't like the way a

5  character was drawn.

6      Q.      Let's talk a little bit about the Spider-Man.

7  How did the idea for Spider-Man come about?

8      A.      Again, I was looking for -- Martin said,

9  "We're doing pretty good.  Let's get some more

10 characters."  So I was trying to think of something

11 different.  And I have always hated teenage sidekicks, so

12 I felt it would be fun to do a teenager who isn't a

13 sidekick but who is the real hero.  So that part was easy.

14          But then you had to -- the toughest thing is

15 dreaming up a superpower.  So I thought, What superpower

16 can I give him?  And it finally occurred to me, a guy who

17 could stick to walls like an insect, crawl on a wall and

18 stick to a ceiling.  I didn't recall ever having seen any

19 character like that before.  So I thought that's what I'll

20 do.  I'm going to get a teenager who can crawl on walls.

21          But then the second most important thing is a

22 title.  Titles are very -- the names of the characters are

23 very important.  So I went down the list.  Could I call

24 him Mosquito Man?  insect Man?  fly Man?  And I got to

25 Spider-Man.  It sounded dramatic.  And I remember I had

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 75

1                              S. LEE

2   read a pulp magazine when I was a kid called Spider-Man.

3   The guy didn't have a superpower.  He was just a guy who

4   went around fighting bad guys.  But I thought Spider-Man

5   sounds great.

6              And again, I went to Jack.  I think I told you

7   this before, but --

8        Q.    It's okay.

9        A.    I went to Jack and asked him to draw it, and

10  he did, but he didn't make the teenager look as wimpy or

11  as nerdy as I thought he should.  And I realize that

12  really isn't Jack's style.  Jack mostly draws glamorous

13  heroic Captain America type.  Not that he couldn't have

14  but he would have had to force himself.  So I figured I

15  will get somebody that it comes easy to.

16             And nobody, Jack nor I nor anybody, thought

17  that Spider-Man was going to be a big strip, so it didn't

18  matter.  So I said, "Forget it, Jack.  I will give it to

19  someone else."  He said okay and he went back to Fantastic

20  Four or Thor or whatever he was drawing, and I gave it to

21  Steve Ditko.  And Steve had that kind of awkward feeling.

22  It was just right for Spider-Man, so I gave it to Steve.

23  And that's what happened.

24       Q.    Now, did you discuss the idea that you had for

25  Spider-Man with Mr. Goodman?

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 77

1                          S. LEE

2          spiders.  Secondly, you can't make him a

3          teenager.  Teenagers can just be sidekicks.  And

4          finally, problems?  Don't you know what a

5          superhero is?  They don't have problems.  They're

6          superheroes.

7               So I had a feeling I hadn't hit pay dirt with

8     that one as far as Martin was concerned, but I always

9     liked the idea.  So sometime later we had a magazine we

10    were going to drop.  It was called Amazing Fantasy.

11    Strangely enough, Steve Ditko had drawn all the stories in

12    that one, now that I remember.  Anyway, it wasn't selling

13    well, and we were going to drop it.

14               Now, when you drop a magazine, nobody cares

15    what you put in the last issue because you're dropping it

16    anyway.  So just to get it out of my system, that's when I

17    asked Jack to draw it.  Then I asked Steve to draw it.

18    And we did a little, I don't know, 10- or 12-page story.

19    And we threw it in Amazing Fantasy in the last issue.  And

20    just for fun, I put him on the cover.

21               And the book sold fantastically.  So a couple

22    months later when the sales figures were in, Martin came

23    to me and he said, "Hey Stan, you remember that Spider-Man

24    idea of yours that we both liked so much?  Why don't we

25    make a series of it."

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 79

1                            S. LEE

2          MR. TOBEROFF:  Okay.

3      Q.     BY MR. QUINN:  In any event, let me go back to

4  something you testified about a little while ago when we

5  were talking about the process of where artists sometimes

6  create characters as part of the story.  And you

7  mentioned, for example, the possibility of an artist

8  creating a lady bartender.

9              Whose job or whose responsibility, if it was

10  decided that this was really an interesting character, who

11  would be the one who would make the decision to take that

12  character and make him or her a separate character for a

13  new comic?

14     A.     Well, either whoever is the Editor or the

15  Publisher.

16     Q.     So at this period of time it would be you or

17  Mr. Goodman?

18     A.     At that period it would have been me or

19  Martin.

20     Q.     So, for example, with regard to the Silver

21  Surfer, who decided to essentially take the Silver Surfer

22  and make him a separate character?

23     A.     Oh.  Me.

24     Q.     And why?

25     A.     Why?

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 80

1                          S. LEE

2        Q.      Why did you decide to do that?

3        A.      Because I just thought he was such an

4    interesting looking and such a unique character.  We had

5    never seen a guy on a flying surfboard who could travel

6    from planet to planet.

7        Q.      And it was you who gave him the name Silver

8    Surfer?

9        A.      Yes.

10       Q.      Okay.  Let's go now to the Incredible Hulk.

11   And could you tell us how The Incredible Hulk came about?

12   What was your idea for him?

13       A.      Well, same thing.  I was trying to -- it was

14   my job to come up with new characters and to expand the

15   line as much as I could.  So I was trying to think again

16   what can I do that's different.  I liked the thing very

17   much, and I thought, what if I get somebody who is a real

18   monster?  And I remembered I had always in the old movie

19   Frankenstein with Boris Karloff I had always thought that

20   that monster was the good guy because he didn't want to

21   hurt anybody, but those idiots with torches who were

22   always chasing him up and down the hills.

23       Q.      He was a misunderstood monster.

24       A.      A mis -- you said it better than I could have.

25               So I thought it would be fun to get a monster

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 81

1                        S. LEE

2   who is really good but nobody knows it, and they fight

3   him.  But then the more I thought about it, I figured it

4   could be dull after awhile just having people chasing a

5   monster.  And I remember Dr. Jekyll and Mr. Hyde.  I

6   thought, why not treat him like Jekyll and Hyde?  He's

7   really a normal man who can't help turning into a monster,

8   and it would make a very interesting story if when he

9   needs his monstrous strength the most, the poor guy turns

10  back into a normal man.  I could get a lot of story

11  complications.  So I thought that would be good.

12            I needed a name.  Years ago I remember there

13  was a comic book called The Heap, H-E-A-P.  I don't

14  remember even what he was, but I always thought that was

15  some real crazy name.  And somehow or other I thought I

16  will call him The Hulk.  It's a little like The Heap, and

17  it has that same feeling.  But I love adjectives like the

18  Fantastic Four, the Uncanny so-and-so.  So I decided I'll

19  call him The Incredible Hulk.  And that's what happened.

20      Q.      And how come The Hulk is green?

21      A.      That's a long story.  When I did the Fantastic

22  Four, we started getting a lot of fan mail.  And the fan

23  -- remember, I told you I didn't want them to have

24  costumes.  And the fan mail said, We love the book.  It's

25  great.  Oh, it's the best new thing we've seen.  But if

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 82

1                          S. LEE

2    you don't give them costumes, we'll never buy another

3    issue.  And I realize there's something unique about the

4    comic book reader.  They love -- the superhero fan.  They

5    love costumes.

6              Well, I couldn't figure out a way to give a

7    monster a costume.  I couldn't see a monster, The Hulk,

8    walking into a costume store or making one for himself.

9    So I figured I'll do the next best thing.  I'll give him a

10   different skin color.  That will always look like a

11   costume.

12             You may not know this, but originally I made

13   him gray.  I thought that a gray skin would look spooky

14   and scary and dramatic.  But when the book was published,

15   the printer apparently had a problem with the color gray.

16   On one page he was light gray.  On one page dark gray.  On

17   one page black.  On one page almost white.  I said, This

18   will never do.  So I decided on another color.  See, you

19   can do that when you're a comic book editor.  You can do

20   anything.

21             So I will change the color of his skin.  So I

22   looked around for a color that wasn't being used.  I

23   couldn't think of any green hero.  I said, I will make him

24   green.  And it turned out to be a good choice, because I

25   was able to come up with little sayings like, The Jolly

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 83

1                         S. LEE

2   Green Giant, or the Green Goliath, and so forth.  And

3   that's how it happened.  I could have thought of pink or

4   blue or any other color.

5       Q.     Now, after you came up with the character, who

6   did you ask to draw the character?

7       A.     My best guy, Jack Kirby.

8       Q.     And do you remember giving Kirby directions as

9   to what you wanted with regard to what he was to draw?

10      A.     I remember the first thing I said to him.  I

11  said, Jack, you're going to think I'm crazy, but I want

12  you to draw a sympathetic monster.  And he came up with

13  The Hulk.

14      Q.     And did you, as part of that direction, give

15  him a back story and a story line?

16      A.     Oh, yeah.  We had to figure out how The Hulk

17  would be -- how he came to be The Hulk.  So I decided he's

18  a scientist named Bruce Banner.  And I'm not very

19  scientific.  All I know are the names of things.  I don't

20  really know how they work or anything.  But I had used

21  cosmic rays for the Fantastic Four to get them their

22  powers.  So I heard the expression "gamma ray" somewhere.

23  So I said let's let Bruce Banner be subjected to a gamma

24  ray, and that turns him into The Hulk.  But it had to be

25  in a heroic way.  So I said let's get a teenage -- they're

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 84

1                              S. LEE

2    doing a test for a new kind of gamma ray bomb somewhere.

3    The military is doing that.  And some idiot teenager is

4    riding his bike past the no trespassing sign onto the test

5    area.  And Bruce Banner in his cubicle sees the kid, and

6    he runs out to save the kid, say, "Get out of here.

7    There's going to be a gamma ray explosion."

8            But Bruce Banner had a rival scientist who was

9    jealous of him, and when the scientist sees Bruce Banner

10   run out, he says, "Quick.  Start the explosion."  And the

11   gamma ray explodes, and Bruce throws himself on top of the

12   kid to save the kid, and he gets subjected to the gamma

13   ray.  That's how he becomes the Hulk, and that's how we

14   know he's really a hero at heart.

15       Q.     And in creating and then coming up with the

16   back story, did you --

17            MR. TOBEROFF:  Assumes facts not in evidence.

18       Q.     -- as The Hulk progressed, did you follow the

19   same process that you previously testified to in terms of

20   how you directed and edited The Hulk stories?

21       A.     Yeah.  Well, I told Jack essentially what I

22   told you.  And he just drew it any way, you know, the best

23   way he could.  And it turned out great.

24       Q.     Let's talk a little -- let's talk about Iron

25   Man.  Tell us about how Iron Man came about, how he was

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 85

1                         S. LEE

2   created, the back story with regard to Iron Man.

3        A.    I will try to make it shorter.  It was the

4   same type of thing.  I was looking for somebody new.  And

5   I thought -- I don't know why I thought it, somebody in a

6   suit of armor.  And what if it was iron armor.  He would

7   be so powerful.  So for some reason I have always been

8   fascinated by Howard Hughes.  I thought I would get a hero

9   like Howard Hughes.

10            He's an inventor.  He's a multimillionaire.

11   He's good looking.  He likes the women.  And but I got to

12   make something tragic about him.  And then it occurred to

13   me if he -- somehow when he got his iron armor -- it's a

14   long story -- but he gets into a fight, and he gets

15   injured in his chest.  And his heart is injured, and he

16   has to wear this little thing that runs the iron armor.

17   He has to wear that on his chest because it also keeps his

18   heart beating.  And that would make him a tragic figure as

19   well as the most powerful guy.  So I thought the readers

20   would like him even more with that little bit added to it.

21            And that was it.  Then again -- oh, but wait a

22   minute.  This one wasn't Jack.  I called Don Heck, and I

23   asked Don Heck because I think Jack was busy with

24   something else.  That must have been what it was.

25        Q.    Don Heck is another artist?

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 86

1                        S. LEE

2      A.    He's another artist that we had who was pretty

3  good.  And he drew the first Iron Man.  I think I might

4  have given the cover to Jack to do.  I don't remember who

5  did the cover.  I think it might have been Jack.

6      Q.    And in coming up with the back story, did you

7  include a love interest?

8      A.    Oh, yeah.  I forgot.  I made up a name called

9  -- a girl who worked for the millionaire.  I figured he

10  has -- I wanted him to be a playboy, so he has this

11  gorgeous assistant secretary named Pepper Pots.  And he's

12  in love with her, and she's in love with him, but he won't

13  admit he's in love with her because he figures he could

14  die any minute with his bad heart.  And he loves her too

15  much to make her a widow, and so he never admits to her

16  how he feels about her, which again is a little touch of

17  pathos for the series.

18           He also has a friend named Happy hogan, and it

19  goes on and on.

20      Q.    Now, in addition to Don Heck, did your brother

21  Larry Lieber have a role in Iron Man?

22      A.    Oh, yeah.  I came up with the idea, but when

23  the script was -- when the strip was drawn, I didn't have

24  time to put in the copy.  So I asked my brother Larry to

25  write it.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 87

1                          S. LEE

2       Q.      And this happened on other occasions where --

3       A.      Yeah.  There were times when I would ask Larry

4    to write something.  Mm-hmm.

5       Q.      Now let's talk --

6       A.      Excuse me one second.  I may have asked Larry

7    to write it in script form and then give it to Don to

8    draw.  I'm not sure.  I may have done that.

9       Q.      Let's talk next about Thor.

10      A.      Mm-hmm.

11      Q.      And how Thor was created and what was your

12   idea behind Thor.

13      A.      Same thing.  I was looking for something

14   different and bigger than anything else.  And I figured

15   what could be bigger than a god?  Well, people were pretty

16   much into the Roman and the Greek gods by then, and I

17   thought the Norse gods might be good.  And I liked the

18   sound of the name Thor and Asgaard and the Twilight of the

19   Gods' Ragnarok and all of that.

20              And Jack was very much into that, more so than

21   me.  So when I told Jack about that, he was really

22   thrilled.  And we got together, and we did Thor the same

23   way.

24      Q.      And what was the idea behind Thor?  What was

25   his deal?

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 88

1                               S. LEE

2        A.      I wanted him to be --

3                MR. TOBEROFF:  Excuse me.  Objection.  Vague

4    and ambiguous.

5        Q.      You can answer.

6        A.      I wanted him to be the son of Odin, who is the

7    King of the Gods, like Jupiter.  And I wanted him to have

8    an evil brother, Loki.  And just like the Fantastic Four

9    were always fighting Dr. Doom, and Spider-Man was usually

10   fighting the Green Goblin, I figured Loki would be the big

11   villain.  He's Thor's half brother.  He's jealous of Thor.

12   He has enchantment powers.  So in a way he's a good foe.

13   Thor has strength, but Loki is like a magician and can do

14   all kind of things.  So that seemed good to me.

15               And then Thor had a girlfriend from legend

16   called Sif, S-I-F.  And I would have her involved in the

17   stories and have jealousy.

18               And then I wanted some comedy relief, so it

19   wasn't -- I don't think it was until the strip had been

20   going for a while, but I decided there were three guys.  I

21   called them The Warriors 3 that I wanted to include, a

22   very fat guy named Volstag, The Voluminous Volstag, I

23   called him, who acts like a real hero.  "Come on, let's go

24   get them."  But when the fights start, he's cowardly and

25   always holds back.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 89

                          S. LEE

1

2            Another guy like Errol Flynn called Fandral

3    the Dashing.  And a guy like Charles Bronson in Death

4    Wish.  I think I called him Hogan the Grim.  And the three

5    of them, Fandral the Dashing, Hogan the Grim, and Volstag

6    the Voluminous I thought they could be Thor's friends, and

7    they would provide comedy relief.  And I'm happy to see

8    they're using them in the movie, I think.

9            And it was something that we both enjoyed

10   doing very much.  And Jack was wonderful with the costumes

11   that he gave them.  I mean, nobody could have drawn

12   costumes like he gave them.

13       Q.    The character Thor, how did -- what idea did

14   you have to come up to give him his powers?

15       A.    Well, he had --

16       Q.    What was the back story?

17            MR. TOBEROFF:  Assumes facts.

18       A.    Oh, yeah.  He had mainly a hammer, an

19   enchanted hammer.  The back story was I decided to make

20   him a guy here on Earth, Dr. -- I forgot his name.  But

21   whatever his name was, he was lame and he walked with a

22   cane.  And for some reason he went to Norway, and there he

23   -- I think -- the Stone-Men from Saturn or somewhere.

24   Some aliens who were stone men had landed in Norway and

25   they wanted to kill our doctor.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1                          S. LEE

2              And he rushes into a cave somewhere to hide

3    from them.  And they're coming toward him, but he sees a

4    hammer in the ground, and some kind of a sign that said --

5    I don't remember the exact wording, but, Whoever is worthy

6    would be able to lift this hammer, sort of like the King

7    Arthur legend.  And he grabs the hammer, and he's able to

8    lift it up.

9              And it seems that destiny had prepared that

10   for him over the centuries.  The minute it lifts it up, he

11   turns into The Thunder God Thor, and wielding the hammer

12   he takes care of the Stone-Men.  And then he can always

13   become Dr. Don Blake.  That was his name.  I believe Don

14   Blake.  If he hits the hammer on the ground, it turns back

15   into the cane that he always had because he was lame.  He

16   walked with a cane as Don Blake, Dr. Don Blake.

17             So he's a surgeon, who walks with a cane, but

18   when he hits the cane on the ground, he turns into the

19   mighty Thor, God of Thunder.  And that was the idea.

20        Q.    You have a lot of doctors.  Do you have any

21   lawyers in this whole process?

22        A.    Maybe next time.  Next go round.  We do have a

23   lawyer Daredevil.

24        Q.    Daredevil.  Tell me about Daredevil.

25        A.    Yeah.  Same thing.  Oh, by the way.  I think

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1                         S. LEE

2   Thor also was written by my brother.  After I came up with

3   the outline, I think Larry wrote the first script.

4               Now, let me see.  Daredevil.

5        Q.     Daredevil.  I want to hear about the lawyer.

6        A.     Again I'm trying to think of what can I do

7   that hasn't been done.  And it occurred to me --

8        Q.     Well, certainly making a lawyer a hero would

9   fall into that category.  But, in any event, go ahead.

10  Tell me about Daredevil.

11       A.     After this is over, I want him to write for

12  us.

13              I figure I will get a blind man and make him a

14  hero.  And how you do that.  So I said, what if all his

15  other senses are very acute?  What if he can hear so well

16  that he can tell if you're lying to him because he hears

17  your pulse rate speed up, your heart beat.  And he can

18  smell so well he can tell if a girl has been in a room.

19  He could smell her cologne even if it was two days ago.

20  You know, you get your balance through your ears.

21              So he's like an acrobat, like a circus

22  tightrope walker.  He can do anything any trained athlete

23  can do.  And on and on.  And I figured that's kind of

24  good.  Oh, and he has a radar sense and a sonar sense.  So

25  when he's Daredevil, nobody knows he's blind.  He is like

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 92

1                         S. LEE

2     the greatest circus acrobat.

3              However, he has a law office.  His name was

4     Murdock, Matt Murdock.  And he had a friend named Foggy

5     Nelson.  For some reason I called him Foggy.  And they

6     have a law firm called Nelson and Murdock.  And I have him

7     fighting villains who weren't too super.  He didn't fight

8     monsters or anything.  I tried to keep the strip a little

9     more realistic.  But I loved the character.

10             And Jack was busy, and Steve Ditko was busy.

11    Everybody was busy, but there's an artist named Don Heck

12    -- not Don Heck, I'm sorry -- named Bill Everett who had

13    done one of the first strips that Martin Goodman ever had

14    when he started Timely Comics.  And that was the

15    Sub-Mariner.  And Bill was still around, and I called

16    Bill, and I said, "How would you like to draw Daredevil?

17    And he said, "Oh, great."  So I gave him what I told you

18    essentially, little more because I forget who the villain

19    was in the first story.  But whatever it was, that's what

20    I told him.

21             And he drew it, and I put in the copy.  And

22    it's a shame Bill was ill or something.  I don't know.  He

23    couldn't do too many strips.  He did one or two and then

24    that was the end of it.

25        Q.    Keeping with our discussion, could you tell us

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 93

1                          S. LEE

2    about the creation of X-Men?  How did that come about?

3         A.      Again, Martin asked me for another team

4    because the Fantastic Four had been doing well.  And again

5    I wanted to try something different.  And I thought what

6    -- I could think of superpowers for them, but how do they

7    get their powers?  I have already had cosmic rays and

8    gamma rays and bitten by a radioactive spider.  What was

9    left?

10             So I took the cowardly way out.  I said I'm

11   going to just say they were born that way.  They're

12   mutants.  Now I don't have to figure out gamma rays or

13   anything.  So I decided to have a group of young mutants.

14   And I really, the more I thought about it, the more I

15   liked it.  I said, they'll go to a school.  They have to

16   keep their mutant powers secret, so it will just say a

17   School for Gifted Youngsters.  Nobody will know it means

18   mutants.

19             And we'll get a professor who gets them

20   together.  And this guy should also have mutant powers,

21   but I will make him have mental powers.  He's got a brain.

22   He can send thought waves all around, and he can send his

23   thought waves around to detect where there's a kid with

24   mutant powers, and then he'll ask that kid to enroll in

25   his school.  And again, so that he isn't too powerful, I

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 94

1                          S. LEE

2   thought I would make him in a wheelchair.  He's the

3   professor.

4       Q.     And what was his name?

5       A.     Professor Xavier.

6              And then I thought of the characters.  There

7   would be a girl who can do -- called Marvel Girl, who

8   could do crazy things, and a fella called The Beast, who

9   looks a little bit apelike.  So to go against type, I made

10  him the smartest and the most articulate of all of them.

11  And a guy named The Angel with wings, and so forth.

12             And when I went to tell the idea to Martin

13  Goodman, I said -- he loved it, but I said, "I want to

14  call it The Mutants."

15             He said, "That's a terrible name.  Nobody

16  knows what the word "mutants" means."  So I went back, and

17  I thought about it.  And I thought Professor X, Xavier.

18  And the mutants have extra powers.  For some reason I

19  thought I could call them the X-Men.  So I went back to

20  Martin.  He said, "Oh, that's a good name."  And as I

21  walked out, I thought, if nobody knows what a mutant is,

22  how were they going to know what an X-Man is?  But I had

23  my name, so I wasn't about to make waves.

24      Q.     And you gave the -- this --

25      A.     Oh, yeah, luckily --

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 95

1                          S. LEE

2      Q.      -- idea to Kirby?

3      A.      Luckily, Jack was free at the time.  And

4  again, he did a wonderful job.

5      Q.      Did you, again, with X-Men follow the same

6  pattern you testified before, using the Marvel method?

7      A.      Yeah.  I spoke to him.  I don't even think I

8  wrote anything.  I think we talked about it.  And he was

9  on absolutely the same wave length.  He saw it the way I

10  did.  So I said, "Go on and draw it."  And he did, and it

11  came out great.  And I wrote the copy, and it became one

12  of our best-selling strips.

13      Q.      Next Nick Fury.  Tell us about Nick Fury.

14      A.      Nick Fury, Agent of S.H.I.E.L.D.  There was a

15  television series called The Man from U.N.C.L.E. that I

16  used to watch and I liked it.  And I thought it would be

17  fun to get something like that as a comic book.

18              So I remembered we had done a war series

19  called Sgt. Fury and his Howling Commandos, Stories of

20  World War II.  And it was quite popular.  I don't really

21  like war stories, so after a few years of doing it I asked

22  Martin if we could drop the book so we could concentrate

23  on superheroes.  And he said okay.  But we got a lot of

24  fan mail.  The kids loved the characters.  And we kept

25  reprinting those books, and they sold as well as the

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 96

1                        S. LEE

2    originals.

3              So when I wanted to do the thing like The Man

4    from U.N.C.L.E., I thought why don't I take that popular

5    Sgt. fury that was years ago in World War II, why don't I

6    say he's older now and he's a colonel, and he's in charge

7    of this new outfit that I made up, S.H.I.E.L.D, which

8    stood for the Supreme Headquarters International Law

9    Enforcement Division.  So I took Sgt. Fury, who now has a

10   patch over one eye, and made him in charge of this group.

11             And again, there was Jack Kirby.  I said, "How

12   would you like to draw Nick Fury, Agent of S.H.I.E.L.D.

13   And it was right up Jack's alley.  He loves that kind of

14   stuff.  And he came up with all kind of weapons and

15   things.

16        Q.    And again, you had the same process of

17   overseeing and editing it?

18        A.    Yeah.  It was always the same process.

19        Q.    Let's focus on The Avengers.  How did The

20   Avengers come about?  First, tell us who The Avengers are.

21        A.    Well, they're anybody that we wanted to put in

22   the group of our own heroes.  I don't even remember who

23   they were in the first issue.  It might have been Iron

24   Man, Captain America, Thor, Daredevil.  I don't even

25   remember because we kept changing the roster each month,

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 97

1                          S. LEE

2     whoever we felt like.

3               But the idea was that they were organized by

4     -- I don't remember which of our heroes organized.  Oh,

5     they got together and decided to become a fighting team.

6     Again we wanted something like The Justice League that DC

7     had.

8          Q.     Had you discussed the idea for The Avengers

9     with Martin Goodman?

10         A.     Oh, sure.  Oh, sure.  I couldn't do any book

11    unless Martin approved of it.  And I remember Iron Man who

12    was the rich one.  I had them use Iron Man's mansion on

13    Fifth Avenue as The Avengers' headquarters, and Captain

14    America was definitely an Avenger.  Iron Man.  And

15    Spider-Man never joined them; he was a loaner.

16              But then I would have them -- the toughest

17    thing about The Avengers, they were also powerful that we

18    had to find very powerful villains for them to fight.  And

19    again, you know, Jack drew it, and it turned out to be

20    popular.  They're going to make a movie of that, too.

21         Q.     You needed to have very powerful villains to

22    make it a fair fight.

23         A.     Oh, sure.  In fact, it's always best if the

24    villain -- if it isn't a fair fight; if the villains seem

25    even more powerful, because then you wonder how will the

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 98

1                          S. LEE

2   hero ever get out of this one.

3        Q.     And who came up with the back story for The

4   Avengers?

5        A.     There really wasn't much back story.  I did,

6   but just the idea that they all get together and form a

7   group.  Because I didn't have to create new characters.

8   We had them.  I just needed an excuse for them to get

9   together.  And honestly I forget what the excuse was now.

10       Q.     Let's talk a little bit about one of my

11  favorites, Ant-Man.  Tell us a little bit about why you

12  came up with and how you came up with Ant-Man.

13            MR. TOBEROFF:  Assumes facts.

14       Q.     Who created Ant-Man?

15       A.     What could I do that was different?  I didn't

16  know of any hero that was that big (indicating).  So I

17  thought, I'll go for it.  Martin okayed it.  And I don't

18  remember if Jack did the first one or not.  Maybe he did

19  or you wouldn't be mentioning it.

20            You know, it was just -- it was not all that

21  successful.  And I later realized why it wasn't that

22  successful.  The interesting thing about a character who

23  is that big (indicating), would be to show him against a

24  lot of big things.  But somehow no matter which artist

25  drew him, they always made him look life size.  They put

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 99

S. LEE

1

2  him in the foreground.  So you didn't enjoy the contrast

3  of this little guy next to big -- you know, if they had

4  him near a cigarette in an ashtray, but they always had

5  him somehow where he didn't look like Ant-Man.

6          Anyway, I hate to give up.  So at some point I

7  changed him to Giant-Man.  He had the ability to become a

8  giant.

9      Q.    The ant could become a giant?

10     A.    Yeah.  And that didn't become too popular

11 either, although he's still running somewhere in the

12 books.

13     Q.    Who came up with the idea of making -- having

14 Ant Man become Giant-Man?

15     A.    I'm embarrassed to say it was me.

16          MR. QUINN:  Let's go off the record for a

17 second.

18          THE VIDEOGRAPHER:  Off video at 12:05 p.m.

19          (Recess.)

20          THE VIDEOGRAPHER:  Back on video at 12:06 p.m.

21     Q.    Just to clarify, because we may have been

22 talking over each other.  Who was it who came up with the

23 idea for Ant-Man?

24     A.    I did.

25     Q.    Okay.  One more we can talk about right now is

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1                          S. LEE

2    the raw hide kid tell us about The Rawhide Kid.

3          A.      I don't really know what to tell you.  Martin,

4    the publisher, he loved Westerns.  And we had a lot of

5    Western books, and he loved the name The Kid.  We had Kid

6    called Outlaw, The Rawhide Kid, The Texas Kid.  We had a

7    few others I can't remember.  He loved that word.  And the

8    Rawhide Kid was just one of the many Westerns we had.

9               And I, as far as I know, my brother had been

10   doing most of them.  He was writing and drawing them.  I

11   don't remember who started it.  Maybe it was Jack that I

12   did it with first.  I probably wrote the first one.

13              But it was just -- I don't even remember.

14   Maybe he was somebody wanted by the law, but he was really

15   a good guy, and nobody knew it and he just rode around The

16   West having adventures.

17              We didn't put a lot of thought into our

18   Westerns, really.  They were all pretty much alike, just a

19   guy who is the fastest gun in the west, and he fights bad

20   guys.

21         Q.      And with The Rawhide Kid, you followed the

22   same practice of making the assignment and then overseeing

23   it and editing it?

24         A.      Yeah.

25         Q.      Switching to another subject.  Do you recall

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 101

1                           S. LEE

2    that sometime back in 2002 and 2003 you had a dispute with

3    Marvel?

4         A.    Oh, yes.

5         Q.    And what was that dispute about?

6         A.    Well, according to my contract, I was supposed

7    to get 10% of the profits of -- Marvel's profits from the

8    movies and television and things like that.  And I felt I

9    hadn't been getting it.

10        Q.    Did during the course of that dispute did you

11   ever say that you owned the characters and not Marvel?

12        A.    No, that wasn't part of the dispute.

13        Q.    And from your perspective, who did you believe

14   owned the characters?

15        A.    Say that again.

16        Q.    Who did you believe owned the characters?

17        A.    I always felt the company did.

18        Q.    Now, do you recall during the course of that

19   dispute that my nice friend, Mr. Fleischer over there,

20   took your deposition?

21        A.    I don't recall it, but I take your word for

22   it.  Somebody took it.  I don't remember who.

23        Q.    I'm going to show you a portion of that

24   deposition --

25        A.    All right.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1                          S. LEE

2      Q.      And when Mr. Kirby said in that interview we

3  just heard that "The editor always has the last word on

4  that," is that -- you agree with that?

5      A.      Was he referring to the question, Would

6  success spoiled Spider-Man?

7      Q.      No, he was referring to whether Captain

8  America was going to be sent to Viet Nam.

9      A.      I didn't hear that.  Well, yes.  I -- if

10  Captain America had been in this country, and one of the

11  writers decided, hey, I think I'd like to send him to Viet

12  Nam and let him be part of the Vietnamese war or whatever,

13  then I would have had to say okay.  Or I might have said

14  to the writer, no, I'd rather keep him here.

15      Q.      So you agree with Mr. Kirby that the editor

16  always has the last word on that?

17      A.      Yes.

18              MR. TOBEROFF:  Counsel, are you going to be

19  providing me at this deposition with a copy of these

20  excerpts?

21              MR. QUINN:  You have a copy of the excerpts in

22  your hand.

23              MR. TOBEROFF:  They're all --

24              MR. QUINN:  We're going to listen to them all

25  together.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 113

                        S. LEE

1

2          placed and where the captions go.  And then the

3          script goes to the inker.  It's lettered, of

4          course.  And I have it proofread and that's it.

5          I proofread it myself really if it's my own

6          story.

7

8               THE WITNESS:  Wow.

9      Q.    BY MR. QUINN:  Is that consistent -- that's

10  your voice, isn't it?

11     A.    What I could hear sounded right, the dialogue

12  and the captions.  And it goes to the -- yeah, that was

13  me.

14     Q.    And that was the method you used?

15     A.    Yeah.

16     Q.    Let's go to the next excerpt, this one from

17  the archives is marked as NYU-TV and dated March 16th,

18  1972.

19               (Audio recording playing.  Reported as

20                follows:)

21

22               UNIDENTIFIED PERSON:  Good morning.  I

23          wonder if you could tell us who you are and what

24          you do, for people that don't know.

25               STAN LEE:  My name is Stan Lee, and I

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 114

1                        S. LEE

2         produce comic books.  There are 50 million

3         reasons why we change artists.  Sometimes we do

4         it because the book isn't selling well to hype up

5         sales.  Sometimes we do it because an artist is

6         simply tired of the job.  He says, if you don't

7         take me off this thing, I will go out of my

8         skull, and I want to do something else.

9              Sometimes we do it it's like falling

10        dominos.  An artist is late or is sick, and his

11        book is late, so we have to take an artist off

12        this strip to do that book quickly to make the

13        printing date.  So we have to take another artist

14        off this book to do this book which this artist

15        came off.  Now we have to take an artist off this

16        book to do this book, and it goes right down the

17        line.

18

19        Q.    BY MR. QUINN:  Again, is that your voice we

20   just heard?

21        A.    Yeah, that was definitely me.

22        Q.    And is that consistent with your recollection

23   as to how you dealt with artists during that period of

24   time?

25        A.    Well, I caught the falling dominos part.  I

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 115

1                         S. LEE

2   really couldn't understand what came ahead of it, but the

3   falling dominos was correct.

4        Q.     And what do you recollect about the falling

5   dominos?

6        A.     Well, it was like if an artist couldn't do one

7   book, you had to take another artist and give him that

8   book, but then that artist had to be replaced on his book

9   by another artist.  And you had to keep shuffling them

10  around.

11       Q.     And who was in charge of shuffling them

12  around?

13       A.     Well, I was.

14       Q.     Now we have a video.  This one is dated --

15       A.     That might be easier to hear.

16       Q.     We can hope.  This one is dated from January

17  12th, 2000.  And according to the archives in Wyoming,

18  University of Wyoming, it is an interview video that was

19  done and distributed by the, I guess, Disney Feature

20  Animation.

21                Why don't we play this one.

22                (Video recording playing.  Reported as

23                 follows:)

24

25                STAN LEE:  Years later, Jack came back.  I

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 145

1                           S. LEE

2       Q.      Those three you have no clear recollection

3   of --

4       A.      That's right.

5       Q.      -- one way or the other?

6       A.      That's right.

7       Q.      The question I have for you really is very

8   simple.  You testified at some length over the last few

9   hours about the manner in which characters were created at

10  Marvel.

11      A.      Mm-hmm.

12      Q.      And was that same method used in connection

13  with the creation of the characters that are set forth on

14  Schedule A?

15      A.      I'm sorry, would you say the last part of

16  that?

17      Q.      Was the same method used in the creation of

18  the characters that are set forth on Schedule A?

19      A.      Oh, yeah.  Sure.

20      Q.      It was the same kind of method?

21      A.      Right.

22              MR. TOBEROFF:  Are you referring to the Marvel

23  method?

24              MR. QUINN:  The methodology that he's

25  testified to over the last several hours is what I'm

Confidential Pursuant to Protective Order

1    So I tried to write these -- knowing Jack

2  would read them, I tried to write them to make it look

3  as if he and I were just doing everything together, to

4  make him feel good.  And we were doing it together.

5    But with something like Galactus, it was me

6  who said, "I want to do a demigod.  I want to call him

7  Galactus."

8    Jack said it was a great idea, and he drew a

9  wonderful one and he did a great job on it.  But in

10  writing the book, I wanted to make it look as if we did

11  it together.  So I said we were both thinking about it,

12  and we came up with Galactus.

13    I didn't know it would be a subject of a court

14  case later and that everything had to be precise.  But

15  I've written a lot of things, that you do it for the

16  image.  Everything I did was for image.  I didn't lie,

17  but I tried to make the artists look good.  I tried to

18  make the inkers look good.

19    Whenever I wrote about them, I wrote that they

20  were the great -- one great example is the bullpen.  We

21  didn't have a bullpen.  We had one lousy big room with

22  a production person and two letterers in my office next

23  to it.

24    But in my columns, I said, "You should see the

25  Marvel bullpen.  There's Jack and there's John Romita."

Confidential Pursuant to Protective Order

Page 343

1    A.   Oh, no.  That sounds like me.

2    Q.   And when did Jack leave Marvel?

3    A.   I don't know.  I don't know the year.  I'm

4  sure it's easy to find out.  I just don't know.

5    Q.   And why did Jack leave Marvel?

6    A.   I think he was dissatisfied with something or

7  thought he'd make more money somewhere else or felt he

8  wasn't getting enough credit.  I don't know.

9    Q.   You don't know what he was dissatisfied with?

10    A.   Not really.  He never told me.  He may have

11  just been tired of having his name always linked with

12  mine.  Because when he went to DC, he did things on his

13  own.  He wrote and he illustrated his own books.  So

14  that may have been what he wanted to do.

15         MR. QUINN:  Again, don't speculate.  If you

16  don't know, you don't know.

17         THE WITNESS:  Oh, okay.

18         MR. TOBEROFF:  I'd like to mark as Exhibit 44

19  excerpts from David Anthony Kraft's Comics Interview,

20  Magazine Number 85, which is published in 1990.

21         (Whereupon, Defendants' Exhibit Number

22         LEE 44 was marked for identification.)

23  BY MR. TOBEROFF:

24    Q.   Please turn to Page 83, and go to the first

25  column on Page 83, about halfway down the page -- a

Confidential Pursuant to Protective Order

Page 344

1   little more than halfway down the page.

2          You're quoted as saying, "You know, very

3   often, in fact, most of the time after we got started,

4   the artist did most of the plotting.  I would just give

5   him a one-liner, like, 'Let's feature Dr. Doom and he

6   goes back in time' or something.  And whoever the

7   artist was, he'd practically do the whole story.  But

8   when I would get the artwork back, and I had to put the

9   copy in, very often there were things that I thought

10  didn't work or were foolish or didn't make sense or

11  something.

12         "Instead of having the artist redraw and go

13  through a lot of trouble, the thing that was the most

14  fun for me was to find out how I could take that

15  discordant element in the story and make it seem as if

16  we purposefully did that to embellish the story.  You

17  know what I mean?  And turn it into a good story point.

18  It was like doing a crossword puzzle."

19         Do you have any reason to believe you didn't

20  say that?

21     A.   No.  I'm proud of that.  That was pretty

22  clever.

23     Q.   And does that accurately describe a successful

24  Marvel method?

25     A.   Yes.  With some artists.  Some artists I had

Confidential Pursuant to Protective Order

Page 376

1                         EXAMINATION

2    BY MR. QUINN:

3        Q.    You recall that Mr. Toberoff asked you some

4    questions in connection with Spider-Man, and there was

5    some testimony that you gave regarding the fact that

6    you -- the original pages that Kirby had drawn --

7    Mr. Kirby had drawn with regard to Spider-Man, that you

8    had rejected them?

9        A.    Right.

10       Q.    And you decided to use Ditko, Steve Ditko,

11   instead?

12       A.    Right.

13       Q.    Did Mr. Kirby get paid for those rejected

14   pages?

15       A.    Sure.

16       Q.    And did you have a practice at that time with

17   regard to paying artists even when the pages were

18   rejected by you or required large changes?

19       A.    Any artists that drew anything that I had

20   asked him or her to draw at my behest, I paid them for

21   it.  If it wasn't good, we wouldn't use it.  But I

22   asked them to draw it, so I did pay them.

23       Q.    I'm going to jump around a little bit.

24       A.    You have some filing system.

25       Q.    I do.

Confidential Pursuant to Protective Order

Page 377

1        You embellished on that already, so I don't

2   need that.  You can save that one.

3        You were asked some questions about an

4   interview you gave, which is recorded in Lee

5   Exhibit 37.  And specifically you had stated in that

6   interview with regard to Kirby that "he was incredibly

7   imaginative and he did his most important writing with

8   his drawing.  When I say that, I mean that if -- that

9   if I gave Jack a very brief idea of what I wanted for a

10  story, he would run with it"?

11       A.   That's right.

12       Q.   And was there ever a circumstance where Jack,

13  on his own, came up with a character, or was it always

14  a circumstance that, however brief your discussion with

15  him was, it came before he actually drew anything?

16       A.   Oh, no.  In the process of drawing the strip,

17  issue after issue after issue, he would occasionally

18  come up with a new character.  Sure.  All the artists

19  did.

20       Q.   With regard to the creation of the characters

21  in question here which you testified about, did the

22  ideas come from Mr. Kirby, or were you the one who came

23  up with the ideas for these characters?

24       A.   You mean --

25            MR. TOBEROFF:  Objection.  Leading.

Confidential Pursuant to Protective Order

Page 378

1    BY MR. QUINN:

2        Q.   You can answer.

3        A.   Positions are reversed.

4             Yes, I was referring -- when -- I forgot the

5    question.  I'm sorry.

6             MR. QUINN:  Okay.  Read the question back.

7        Q.   Listen to it carefully.

8        A.   Okay.

9             (Record read as follows:

10            "Q  With regard to the creation of the

11            characters in question here which you

12            testified about, did the ideas come from

13            Mr. Kirby, or were you the one who came up

14            with the ideas for these characters?")

15            MR. TOBEROFF:  Well.  Objection as to form.

16            THE WITNESS:  I came up with the original

17   concept of the character, and then I would discuss it

18   with Kirby or Ditko or whoever it was.

19   BY MR. QUINN:

20       Q.   So that would be true of The Mighty Thor?

21       A.   Yes.

22       Q.   And Spider-Man?

23       A.   Yes.

24       Q.   So if Mr. Kirby were to say, or somebody on

25   his behalf were to say, that he created the idea of

Confidential Pursuant to Protective Order

Page 379

1  Spider-Man and came to you with it, would that be right

2  or wrong?

3      A.   No.   That's wrong.

4      Q.   Now, Mr. Toberoff showed you an interview from

5  WBIA radio in March of 1967 in which he showed you an

6  excerpt from what some of the -- one thing you said,

7  but he didn't show you what followed directly after

8  that.  And let me read to you what followed directly

9  after that in Stan Lee Number 36.

10         This is the questioner, and this time it is

11  JK, that would be Jack Kirby, talking.  And this is in

12  the context of Thor.

13         He says, "Well, not homework in the sense I

14  went home one night and I really concentrated on it.

15  All through the years, certainly, I've had a kind of

16  affection for any mythological type of character and my

17  conception of what they should look like."

18         And then he says, "And here, Stan gave me the

19  opportunity to draw one."

20         Stan would be you?

21      A.   Right.

22      Q.   And then he says, "And I wasn't going to draw

23  back from letting myself go."

24         Is that consistent with your recollection that

25  it was you who gave Mr. Kirby the opportunity to draw

Confidential Pursuant to Protective Order

Page 383

1    Q.   So that's not a reference to the creation of

2  the characters?

3           MR. TOBEROFF:  Leading.

4           THE WITNESS:  No.

5  BY MR. QUINN:

6    Q.   And looking at Lee Number 34, "Son of

7  Origins," that you wrote, Mr. Toberoff asked you some

8  questions about something you wrote on Page 14, but he

9  left out this part, where you wrote, speaking of, I

10 believe, the X-Men, "No sooner did I discuss the basic

11 premise with Jack, than we were off and running."

12          Is that consistent with your recollection that

13 before Jack did any drawing, you gave him the basic

14 premise?

15          MR. TOBEROFF:  Leading.

16          THE WITNESS:  Yes.

17 BY MR. QUINN:

18   Q.   Did Mr. Kirby ever begin work on a book

19 published by Marvel before you had assigned him that

20 work?

21   A.   No.

22          MR. TOBEROFF:  Leading.

23          THE WITNESS:  No.

24          MR. TOBEROFF:  Vague.

25          THE WITNESS:  At least mine are one-word

Confidential Pursuant to Protective Order

Page 384

1    answers now.

2    BY MR. QUINN:

3        Q.   By the way, I think you -- there was some

4    questioning about a man by the name of Sal Brodsky.

5             Do you remember Mr. Brodsky?

6        A.   Yes.

7             (Reporter clarification.)

8             MR. QUINN:  Brodsky, B-R-O-D-S-K-Y.  Sal.

9    BY MR. QUINN:

10       Q.   Did Sal Brodsky decide either whether or how

11   much people were going to get paid -- people being

12   artists were going to get paid?

13       A.   No.

14       Q.   Whose job was it to decide whether they would

15   be paid and how much?

16       A.   Mine.  And, of course, Martin Goodman's,

17   whenever he bothered.

18       Q.   Did Mr. Kirby bring you sketches of The

19   Fantastic Four before you and he had talked about doing

20   The Fantastic Four?

21       A.   No.

22       Q.   And was part of your job at Marvel, when you

23   were editor in chief, to set deadlines for the artists?

24       A.   Always.

25       Q.   How did that work?

Confidential Pursuant to Protective Order

Page 385

1    A.   Oh, I received a schedule from somebody in the
2  company whose job that was, who worked with the
3  printer, when the printer would need each book.

4        Then it was up to me to figure out who should
5  write it, who should draw it and give them enough time
6  so that I would get the completed book in time to send
7  it to the printer.

8        So, for example, if I had a book that was due
9  quickly, I would give it to Jack, who was very fast.  I
10 wouldn't give it to another artist who was slower.  And
11 it was always a matter of production and deadlines.

12   Q.   I'm not going to go over testimony you've
13 given in the prior deposition, but I do have one
14 question.

15        To your knowledge, was anything in The
16 Fantastic Four based on a previous work by Kirby called
17 "Challenges of the Unknown"?

18   A.   No.  I had never -- to this day I've never
19 read "Challenges of the Unknown," and I really know
20 nothing about it, except that there is or was a book of
21 that title.

22   Q.   And to your knowledge, was the idea for
23 Spider-Man something that Kirby brought to you based on
24 his previous work on something called "The Fly"?

25   A.   No.

Confidential Pursuant to Protective Order

Page 396

1    Q.   Now, when you -- when you were serving as an

2  editor at Marvel, in the period 1958 to 1963, you were

3  paid a salary as an editor?

4    A.   Yes.

5    Q.   And how were you paid for your work as a

6  writer on the comics?

7    A.   I was paid on a freelance basis, like any

8  freelance writer.

9    Q.   And does that mean you were paid by the page?

10   A.   Yes.

11   Q.   And was it your belief that because Marvel had

12  bought that work from you, that they owned all right,

13  title and interest in the work?

14   A.   Yes, I did believe that.

15        MR. TOBEROFF:  I'm done.

16        MR. QUINN:  Okay.  I have nothing further.

17        MR. LIEBERMAN:  You may leave, Mr. Lee.

18        THE COURT REPORTER:  No stipulation, then?

19  It's Code?

20        MR. TOBEROFF:  In California, we do a

21  stipulation.

22        MR. LIEBERMAN:  Mr. Lee, leave.  We're

23  finished.

24        MR. FLEISHCHER:  Why don't we go off the

25  record, Marc, and tell us what stipulation you want to