# EXHIBIT 2

Page 1

1

2                UNITED STATES DISTRICT COURT

3               SOUTHERN DISTRICT OF NEW YORK

4

5    MARVEL WORLDWIDE, INC.,        )
     MARVEL CHARACTERS, INC. and   )
6    MVL RIGHTS, LLC,               )
                                    ) No. 10-141-CMKF
7              Plaintiffs,          )
                                    )
8          vs.                      )
                                    )
9    LISA R. KIRBY, BARBARA J.      )
     KIRBY, NEAL L. KIRBY and       )
10   SUSAN N. KIRBY,                )
                                    )
11             Defendants.          )
     ---------------------------)

12

13

14

15

16

17        CONFIDENTIAL VIDEOTAPED DEPOSITION OF

18                  JOHN V. ROMITA

19              Garden City, New York

20            Thursday, October 21, 2010

21

22

23   Reported by:

24   KRISTIN KOCH, RPR, RMR, CRR, CLR

25   JOB NO. 34124

1          Romita - Confidential

2     A.    Freelancer.  No -- flying without a

3  parachute.  Absolutely no security.  No

4  unemployment insurance, because I didn't have a

5  job.  No perks, no medical insurance, no

6  nothing.  Every year I would save 2- or $300

7  and then the government would raise the

8  unemployed -- the -- I forget what the tax was.

9  There was a tax that was applicable to

10 freelance people, and that tax went up just

11 about whatever I had saved, so I generally

12 broke even every year.

13    Q.    And how were you paid?  What was the

14 basis for your compensation?

15    A.    I would do a certain amount of pages

16 at a certain rate, $25 a page, $30 a page.  I

17 would do ten pages, $300.  I would sign a

18 voucher for $300 worth of work and they would

19 pay me two weeks later or something.  And I

20 would be responsible for the taxes.  I don't

21 believe they took the taxes out.  I'm not sure.

22    Q.    Where did you do your work?  Did you

23 do it in the Marvel office?

24    A.    No.  I worked home.

25    Q.    Did you ever go into the Marvel

1          Romita - Confidential

2    offices?

3        A.    Only to deliver the work, and

4    occasionally have to stay in the bullpen where

5    there was tables, other people doing production

6    work, I would do corrections that Stan would

7    demand.  If he didn't like a certain look or a

8    certain line, I would change things.  That was

9    common.

10       Q.    How -- can you describe briefly what

11   the process was for creating a comic book in

12   the 1950s?

13       A.    It was a shooting script similar to

14   a film shooting script.  It was a script with a

15   title and a certain amount of pages allocated

16   and they would say page 1, panel 1, the man

17   walks through the door of the building and

18   tells people "good morning everyone," that kind

19   of thing.  There are three people in the room.

20   They give you -- they gave you directions on

21   what is appearing.  Then they had a caption at

22   the top nine times out of ten which said "early

23   one morning," something like that, "next day,"

24   and then there were balloons to the characters.

25   So I would have to decide on the size of the

1              Romita - Confidential

2  panels, depending on what was going on, where

3  to place the captions and the balloons to the

4  people, the dialogue balloons, and allocate the

5  space for the illustration to explain what was

6  happening in the story, to describe it.

7       Q.    Do you know who wrote those scripts?

8       A.    There was maybe a half a dozen

9  writers working for Stan at the time.  There

10 were western writers, there were mystery

11 writers, there were war stories, romance.  So I

12 remember three or four names vaguely.

13 Bernstein and -- I don't remember most of them.

14 Most of the stories I did Stan Lee would write.

15      Q.    Who decided which artist got which

16 scripts?

17      A.    Stan Lee.  He was the editor in

18 chief.  He was the editor and only writer on

19 staff.  The rest were -- all these other

20 writers were freelancers, like myself.  They

21 were home working, Connecticut, Carolina,

22 California, wherever they were.  So everybody

23 was working at home except for Stan and a

24 production manager, which was Sol Brodsky at

25 the time, and his secretary.  It was a very

1          Romita - Confidential

2   small operation up at Timely.  Very small.

3        Q.    After you did your drawings from the

4   script, then what happened?

5        A.    I would turn in the pencils so that

6   they could have them lettered in ink, and then

7   if I were inking it, I would get the pages back

8   and I would ink them.  After a while,

9   especially when I was working at DC, I would

10  pencil and ink them and leave space for a

11  letterer to do the balloons, because I had

12  become so familiar with the exact allocation of

13  space, so it saved time.  I didn't have to go

14  back and pick up the pages again.

15       Q.    Did you ever do that while you were

16  at Marvel in the 1950s?

17       A.    I think I probably did occasionally

18  towards the end of the '70s -- the first seven

19  years when I got so familiar and Stan trusted

20  me, I think I -- he would say "don't bother

21  bringing it in to be lettered, just ink it up

22  and we will have it lettered."  It was just a

23  matter of expediency and saving time.

24       Q.    Do you know who came up with the

25  ideas for the stories?

Romita - Confidential

1
2       A.     I think -- my memory is that the
3   writers would submit a synopsis, like a
4   half-a-page synopsis saying this is going to be
5   a story about a cattle baron and rustlers and
6   Indians and Stan would say "I like that story,
7   add a pretty girl," that kind of stuff, and
8   then they would write the story.  Stan probably
9   did all the selection.  He might have -- he
10  might have even written some synopses himself
11  and handed them out to writers to do this.
12  Stan's brother was a young writer and he would
13  do the same thing.  He would give his younger
14  brother a synopsis and the younger brother
15  would do the script.
16      Q.     Do you know his brother's name?
17      A.     Larry Leiber.  Lawrence Leiber, I
18  guess.
19      Q.     What would happen to the script when
20  you brought it back after it was inked and
21  penciled, penciled and inked?
22      A.     Well, that's interesting.  I assume
23  they just destroyed it.  I'm not sure.  Maybe
24  he just saved it for future use.  I do remember
25  after six or seven years that I would get

1          Romita - Confidential

2    eerily similar story lines.  If I would do a

3    western, I'd say to Stan, "you know, I could

4    swear I did this story before."  They would

5    change the names -- some writer would change

6    the names and give -- or maybe it's just a

7    coincidence that they had the same idea five

8    years later, but I did remember doing a lot of

9    duplication.  It was a sausage factory kind of

10   thing, just churning them out.  Very hard to

11   keep tabs on things.  Mostly memory.

12        Q.    When you would bring the pencils

13   back to the office, would anybody look at them?

14        A.    Stan Lee.

15        Q.    And what would he do?

16        A.    He would tell me if there was

17   anything that needed to be corrected.  He would

18   tell me "don't do this too much in the future,

19   do more of this, do more of that."  I remember

20   one time I -- for some reason I was doing a

21   documentary type of thing or a science fiction

22   type of thing and I did a little bit more

23   elaborate rendering on the inking, which was a

24   terrible mistake, because Stan Lee said "I love

25   that technique" and I said "oh, my God," and he

1            Romita - Confidential

2   adventures in the west, love stories and war

3   stories.  So it was rather generic.

4         Q.    Okay.  So can you give me an example

5   during that time period of a correction that

6   Stan might have asked for?

7         A.    He would ask for sometimes a smile

8   on a face instead of a frown.  In other words,

9   if an artist is not thinking, sometimes he

10  doesn't read every little subtlety in the

11  description or in the dialogue.  He might just

12  do an automatic expression or no expression and

13  he would say "you need more expression."  Stan

14  was always very good.  Most editors were not as

15  careful.  They would take your work and never

16  say -- they would grunt and take it and you

17  don't know if you were right or wrong.  Stan

18  would always make sure you knew if you were

19  right and when you were wrong, he told you,

20  which was how I learned.  Practically

21  everything I learned was because of that extra

22  attention he gave to things.  He used to say

23  "it's okay now, but don't do this in the

24  future," that kind of stuff, which was always

25  good instructions.

Romita - Confidential

1

2     Q.    Was that also the case when you were

3  at Marvel in the 1950s, that if you got -- if

4  you did the work, you would be paid for it?

5     A.    Oh, yes.

6     Q.    Even if they didn't use it?

7     A.    Well, unless it was a very

8  badly-done job, I don't -- I don't remember

9  ever seeing that.  I think Alex Toth, one of

10  the best artists in the world, once submitted a

11  story to Roy Thomas and it was so different

12  than Roy had asked for that he never used the

13  story.  I don't know if he paid him or not.  I

14  think he did, but that would have been an

15  occasion when, I think, the editor or the

16  writer would have had a right to say, "well,

17  listen, you did this so absolutely contrary to

18  what we wanted, we can't use it."  He may have

19  just thrown it back at him.  I don't know.

20  Because Alex Toth was one of those

21  individualists who didn't believe in listening

22  to anybody else.

23     Q.    That would have been later, that

24  wouldn't have been in the 1950s?

25     A.    No.  I think that was in the '60 --

1                    Romita - Confidential

2    other, going up the West Side Highway.  I would

3    have never done it, but Jack Kirby does it and

4    Stan Lee accepted it.  And I ended up doing the

5    drawing and made it work and they loved the

6    story.

7         Q.    Now, why was it necessary to have a

8    pacing guide?

9         A.    Because I was not familiar with the

10   way Stan wanted the stuff done and I had not --

11   I had not seen the books.  See, I never -- I

12   never knew what was making them tick, the same

13   way as DC didn't think -- didn't know.

14        Q.    Did you get a script when you were

15   back -- this is 1965 -- at Marvel?

16        A.    No.  It was a plot.  Wait a second.

17   I'm not sure.  I think it was a plot.

18        Q.    And what do you mean by a plot?

19        A.    A plot is either a written

20   description of what the story is saying.  At

21   the beginning, there will be a fight for five

22   pages, Daredevil will end up wounded, will go

23   limping to his girlfriend's house and she will

24   dress his wounds.  Just a general sequence of

25   events.  Generally a page long, maybe a page

1          Romita - Confidential

2    and a half.  Or like I foolishly did, a verbal

3    plot.  We would get together and trade ideas.

4         Q.    Who would get together?

5         A.    Stan and I would get together in a

6    room and say, okay, the villain is going to be

7    The Lizard and The Lizard is going to turn into

8    The Lizard on page 3.  He is a doctor, a

9    one-armed doctor, and he turns into The Lizard

10   and his family is kidnapped and he is now

11   tearing up the city trying to find his family.

12   That's about all we would get.  And then I

13   would have to do the nuts and bolts sequential

14   between every episode -- every little thing

15   that happens you have to tie them together and

16   make them sensible, so the artist's problem --

17   I was terrified because I had always worked

18   with a script.  This was the first time I was

19   deciding what was going to go on the splash,

20   what was going to go on page 2, what was going

21   to go on page 3.  It was very difficult for me,

22   very hard, but it turned out to be the greatest

23   thing for the industry and for me, because the

24   comic -- the comic medium had been a script

25   first and visual second and this made it visual

1          Romita - Confidential

2  first and script second, which was probably the

3  greatest innovation, completely done for

4  expediency sake.  Had nothing to do with

5  anything except expedience.  They didn't -- he

6  didn't have time to write the scripts.  So he

7  was feeding plots to artists to keep them busy

8  temporarily.  At first he used to say "I will

9  send you a script in two days, so start the

10  story," and it ended up being the entire story

11  would be verbally dictated over the phone or in

12  a personal interview with the artist.

13       Q.    Why would he switch from scripts to

14  plots?

15       A.    Only expedience.  Because he was

16  doing seven or eight major titles all by

17  himself.

18       Q.    And "he" is Stan?

19       A.    He used to split -- Stan Lee.  Stan

20  Lee would split the week sometimes and work two

21  days home, three days in the office, sometimes

22  two days in the office and three days at home,

23  whatever it was.  He would write four scripts

24  in one day, bring them in the next day, and

25  then the following day he would then stay home

1                  Romita - Confidential

2   and do four or five more scripts.  But when he

3   was behind, when he couldn't keep up with the

4   artists and he did not want the artists to stay

5   idle, because the deadlines were looming, he

6   would give them a descriptive verbal or

7   written -- quickly-written synopsis of what to

8   do.  And that's how the plot first and script

9   second, script third came about, which was

10  called the Marvel method, which I believe made

11  the comic industry what it is today.  I believe

12  there would be no comic industry if it weren't

13  for that.

14       Q.   Was that how all of the comic books

15  at Marvel were done in the mid '60s?

16       A.   I think so.  There were some

17  scripted.  Rawhide Kid was still being written

18  by Larry Leiber.  Some of the other second

19  line -- teenage romance books were still done,

20  I think, by script.  I'm pretty sure.  I'm not

21  too sure -- I'm not a hundred percent sure on

22  that, but I believe that's the way it was --

23  the ones that Stan had to write were generally

24  plot -- plot first, plot, pencils, script.

25       Q.   And when you say "script" in that

1        Romita - Confidential

2  the writer and it took a little bit of hard

3  work from pencilers to do it, but it ended up

4  being good for a penciler too, because it

5  stretched his muscles and stretched his

6  capabilities and his results.

7           MS. SINGER:  How are we doing on the

8       tape?

9           THE VIDEOGRAPHER:  We have 24

10      minutes left.

11          MS. SINGER:  Do you need a break?

12          THE WITNESS:  No, not yet.  If

13      anybody else wants a break, I will wait.

14  BY MS. SINGER:

15      Q.    So when you got back to Marvel in

16  the mid '60s, Stan asked you to do Daredevil.

17  How long did you stay on Daredevil?

18      A.    I did twelve, thirteen, fourteen,

19  fifteen, sixteen, seventeen, eighteen -- I

20  think I did from twelve to eighteen.  Nineteen

21  I was off the book and on Spider-Man.

22      Q.    And why did you switch to

23  Spider-Man?

24      A.    He and the Spider-Man artist

25  disagreed on almost everything.

1                   Romita - Confidential

2        Q.    "He" is?

3        A.    Steve Ditko.

4        Q.    Okay.

5        A.    Steve Ditko had started Spider-Mad

6   with him --

7        Q.    With --

8        A.    With Stan.  I'm sorry.

9        Q.    That's okay.

10        A.    Stan and Steve Ditko were doing

11   Spider-Man for 38 issues plus annuals, 40-plus

12   issues, and it was the second most -- second

13   best selling book in the Marvel stable.  Stan

14   asked me to use Spider-Man as a guest star in

15   Daredevil for two issues, number 16 and number

16   17, I believe, and I put Spider-Man in and drew

17   him as well as I could and it turned out that

18   he was feeling me out as a possible

19   replacement.  I didn't know that he and Ditko

20   were at odds so extremely, but they ended up

21   not being able to work together because they

22   disagreed on almost everything, cultural,

23   social, historically, everything, they

24   disagreed on characters, so he asked me "do you

25   think you could do the book?"  I assumed

1                Romita - Confidential

2  foolishly that Ditko would not stay away too

3  long, because if I would have had a hit series

4  that was three years and growing in audience, I

5  would have never left it, so I attributed the

6  same kind of sense to him, which turns out he

7  had no intention of coming back.  I thought I

8  was going to do a short couple of months fill

9  in and I'd go back on Daredevil, once again

10  showing I don't know what I am talking about.

11  And I ended up doing seven straight years and

12  maybe fifteen years on and off on Spider-Man.

13     Q.    How did it go when you first started

14  drawing Spider-Man?

15     A.    It was very difficult, because

16  Ditko's -- I felt obliged -- I felt the reader

17  needs not to have a jarring change on a hit

18  book.  If you are a Spider-Man fan and you are

19  buying it for three years, I don't think you

20  would like to see a different style and a

21  different approach.  I felt the obligation of

22  all artists who replace another artist to

23  simulate and use the same style, at least

24  temporarily, at least for a while, and I didn't

25  expect I would have to stay on it long enough,

1          Romita - Confidential

2    needed what we call the indoctrination, meaning

3    the Stan Lee approach to comics and how to

4    handle it, how to approach the story, the

5    excitement level and the dynamics of the story,

6    and I used to be able to slowly -- slowly but

7    surely I got used to every instruction Stan

8    gave and I would start to do it whenever he

9    wasn't around, so I became a de facto art

10   director without pay, without portfolio,

11   without anything.  And --

12        Q.    What were your responsibilities as

13   the de facto art director?

14        A.    Well, they were nothing written out.

15   I just ended up doing some of the things that

16   Stan would do if he were in the office.

17   Whenever he was not in the office, they would

18   come to me and ask me "tell this guy what Stan

19   would like," and so young artists used to come

20   to me and it led to eventually an apprentice

21   program which I supervised later on after Stan

22   Lee level.

23        Q.    So when Stan was there you mentioned

24   that one of your duties was a correction

25   artist.  What was a correction artist?

1                     Romita - Confidential

2          A.     Sometimes artists would bring in the

3     story and leave out something or put in

4     something that he objected to and he would ask

5     me to make a change.

6          Q.     Stan would?

7          A.     Stan Lee would ask me to --

8     sometimes he didn't like a girl's face, some

9     artists are very good at girls, at drawing

10    girls, and some are not so good.  So if a guy

11    did a girl that he thought was not as glamorous

12    or not as effective as it should be, he would

13    ask me to make the changes.  I used to change a

14    lot of people's faces for which I got a

15    reputation of being an egomanic.  They thought

16    I was initiating it.  I was just following

17    orders like a Nazi guard.  And so I -- whenever

18    somebody's costume was wrong or whenever the

19    setting was wrong or if it was a nighttime

20    scene and it should have been a daytime scene,

21    all of these little things fell into my lap to

22    the point where we would then hire some people

23    to be around to help out.  More than one person

24    was hired to help me out with that.  I also was

25    given the assignment of doing cover sketches.

1          Romita - Confidential
2  done, then you can -- then you know what
3  costume to put on the person and what situation
4  to do because it has not been done until the
5  penciling gets done.
6          Q.    You mentioned villains.  Who had the
7  idea for what villains were?  How did villains
8  come about?
9          A.    Stan Lee or whoever was writing the
10 story.  Eventually other editors and writers
11 would be on staff.  So whoever was writing a
12 story and introducing a character would come to
13 me and say "we would like a character called
14 The Rhino" or "we would like a character called
15 The Shocker."  Sometimes they came and said "we
16 have a character we would like to have, he is a
17 vigilante, we want to call him The Grim
18 Reaper."  He turned out to be The Punisher.
19 They would just come in with a name.  Some
20 editors later on -- Stan would just give me a
21 name.  Very seldom had any visual to offer me.
22 He would give me a name and say "The Rhino" and
23 I would do -- devise some kind of a costume
24 that showed rhino elements and a villain
25 element.  Nine times out of ten he accepted my

1                Romita - Confidential

2  drawing.  Occasionally he would say, "no, that

3  doesn't look right, add a little this, put a

4  cloak on him, don't put a cloak on him, put a

5  mask on him, don't put a mask on him."  So it

6  was give and take, but invariably most of my

7  ideas were accepted.

8       Q.    And in the 1960s, the late 1960s,

9  would anybody other than Stan have been giving

10  you the ideas?

11      A.    It's hard to tell when Roy started

12  to make requests.  Probably before 1970 Roy was

13  asking for things too and we used to work

14  together with cover ideas.  Sometimes we would

15  work out sketches in a very rough way and give

16  them out to artists, each artist that needed a

17  cover idea.  90 percent of the time it was Stan

18  in the '60s.  Once the '70s came Stan was not

19  always in the office and always very busy

20  probably as each conglomerate that took over

21  the company -- Marvel would have different

22  demands on him and give him a different

23  position.  He would go from editor in chief to

24  president of the company in some instances, so

25  his duties changed and whoever was left with

1                    Romita - Confidential

2   editor in chief assignment I would then be at

3   his mercy and at his beck and call.

4        Q.    At Marvel in the 1960s who was

5   responsible for deciding which artists would

6   draw which stories?

7                MR. TOBEROFF:  Objection to 1960s

8        as -- do you mean after 1965 when he worked

9        there?

10               MS. SINGER:  You can answer the

11       question.

12       A.    Stan Lee decided.  As far as I

13  remember, in the '60s Stan Lee would decide.

14  Later on when Stan was not in the office as

15  much sometimes the production manager would

16  make a decision like that, because he was

17  keeping tabs on who was available and who had

18  time, who was fast, who was slow.  So other

19  people did make that decision later on.

20       Q.    Were there any other artists who

21  were working in the offices full-time?

22               MR. TOBEROFF:  Same objection.

23       Vague as to time.

24               MS. SINGER:  You can answer the

25       question.

1                    Romita - Confidential

2   couldn't take those weeks where I couldn't

3   produce enough to pay my bills.  So it was all

4   rather casual.  The same thing -- Marie went

5   from being a production person and a colorist

6   to a penciler in a gradual circuitous way.

7   Larry Leiber suddenly wanted to become an

8   artist and he started -- he gave up his writing

9   assignments and became an artist.  Herb Trimpe

10  worked there.  And we had all of the look of a

11  bullpen, but it sort of like grew like a

12  fungus.  It didn't -- it wasn't ever planned.

13  It just happened.  Things just occurred.

14       Q.    What was the mechanism for payment

15  for your freelance work?

16       A.    Whatever pages I did outside the

17  office I would vouch for.

18       Q.    What was the process of vouching for

19  them?

20       A.    If I did ten pages on a weekend, I

21  would vouch ten pages of Spider-Man and -- I

22  don't know how they did the bookkeeping,

23  because some of it was done on staff and some

24  of it was done on freelance.  God knows what

25  mayhem we caused in the --

1                    Romita - Confidential

2        Q.    Was there a form that you filled out

3   or was there a voucher?

4        A.    It was a voucher, an actual small

5   slip with the name of the book, the number and

6   month of the book, how many pages, your rate,

7   and you sign it.

8        Q.    And then what would happen after you

9   filled out the voucher?

10        A.    I would submit it to the editor and

11   the editor would process it through the

12   bookkeeping department and they would send me a

13   check.  Checks used to be like every two weeks

14   or something, once a month.  I'm not even sure.

15   It varied.  Especially with different

16   incarnations of conglomerates.

17        Q.    Do you recall would there be

18   anything printed on the check?

19        A.    There was a disclaimer on the back.

20   No disclaimer.

21            MR. TOBEROFF:  Vague as to time.

22            MS. SINGER:  You can answer the

23        question.

24        A.    It was -- it was fairly clear.  It

25   was saying that we were giving up the rights to

1              Romita - Confidential

2    anything that was done in the books, the future

3    rights to them, so we -- I wanted to cash the

4    check, so I signed it.

5         Q.    I am going to show you something

6    that, for the record, has already been marked

7    as Plaintiff's Exhibit 2 at the deposition of

8    Stan Lee on May 13, 2010.

9              Mr. Romita, don't worry about the

10   front of this.  I just would like you to turn

11   to the last page of Plaintiff's Exhibit 2.

12        A.    The back of the old checks.

13        Q.    Okay.  I know this isn't your

14   signature.  It's a little hard to read.

15        A.    No, that's John D'Agostino.

16             MR. TOBEROFF:  I would like to

17        object to this exhibit because the --

18        despite the inferences in the affidavit,

19        which I find somewhat misleading, the check

20        is actually, I believe, a 1987 check.  If

21        you look at the markings on the back of the

22        check, it says City National, JE-87, so

23        it's a 1987 check we are talking about.

24        Q.    So, Mr. Romita, I know it's a little

25   hard to read, so, for the record, of the back

1               Romita - Confidential

2   of the check, we are looking at Plaintiff's

3   Exhibit 2, says:  "By acceptance and

4   endorsement of this check, payee acknowledges,

5   (a) full payment for payee's employment by

6   Marvel Entertainment Group, Inc., (b) that all

7   payee's work has been within the scope of that

8   employment, and (c) that all payee's works are

9   and shall be considered as works made for hire,

10   the property of Marvel Entertainment Group,

11   Inc."  Do you see that?

12      A.    Yes.  I read it many times.

13      Q.    And is that similar to what you

14   recall being on the backs of your checks?

15        MR. TOBEROFF:  Objection.  Vague.

16      "Similar."

17      A.    Basically it's the same.  Same -- it

18   always went over the same territory and to the

19   point where some of my colleagues were

20   threatening not to cash the checks.

21      Q.    Do you recall approximately when it

22   was that your colleagues were threatening not

23   to --

24      A.    I think somewhere in the late '70s.

25   They would threaten, but, of course, they would

1                  Romita - Confidential

2    cash the checks eventually.  Barry Windsor

3    Smith thought it was unreal.  I don't know what

4    he was creating, what he felt he was creating,

5    but the point is they tried it.  I never -- it

6    never occurred to me not to sign the check.

7          Q.    In the '60s when you were drawing

8    Spider-Man and Daredevil, who did you think

9    owned the rights to Spider-Man and Daredevil?

10         A.    Marvel Comics.

11               MR. TOBEROFF:  I am just going to

12         make a running objection so I don't have to

13         interrupt the flow of this.  When you say

14         "in the '60s," my objection is we are

15         really talking about after 1965, so I am

16         going to have a running objection.

17         Whenever you say "in the '60s," my

18         objection is it's vague as to time.

19               MS. SINGER:  Okay.  You can have a

20         standing objection to that.

21               MR. TOBEROFF:  Thanks.

22         Q.    Mr. Romita, did Stan ever reassign a

23    book or a character that you were working on to

24    somebody else?

25         A.    Yeah.  He would have replacements

Romita - Confidential

1    for me, substitutes, guest artists do
2    Spider-Man if he needed me on another book.
3    Occasionally Captain America and then at one
4    time Fantastic Four obviously needed to be done
5    and he would ask me to do them and someone
6    would fill in on Spider-Man for me during those
7    periods.  I sometimes did three, four or five
8    months on Captain America and I did four
9    issues, I believe, on Fantastic Four.
10   Spider-Man was done by John Buscema and Gil
11   Kane in those instances.
12        Q.    Do you know why he would reassign
13   books or have artists do different things?
14        A.    I never questioned it.  I assumed it
15   was because Captain America needed help and he
16   didn't have a proper artist to do Captain
17   America to his liking and he liked the way I
18   did Captain America, so he would -- he used to
19   use me like a bullpen pitcher.  I would come in
20   and relieve.  Whatever he felt was a bad
21   situation, I would do the book and revive it
22   and sometimes he used me to do -- to establish
23   a certain style and direction in the book and
24   then he would give it to somebody like Jim

1                    Romita - Confidential
2    Steranko or somebody else to carry it on after
3    I would go back on Spider-Man.
4         Q.    We talked about this a little bit,
5    but who would write the dialogue?
6         A.    The person who wrote the script,
7    Stan Lee in his cases, Roy Thomas in his cases.
8    They wrote all the dialogue.
9         Q.    Did artists ever write dialogue?
10        A.    The only thing we used to do,
11   because we worked from a plot, we used to write
12   notes above and below the artwork and sometimes
13   in the margins to -- we would make notes and
14   say -- to remind him what we had talked about
15   in the plot and this is my response to it and
16   this is how I'm building up to it.  So yes,
17   remember that this is -- we are now going into
18   the fight phase and such and such, on the next
19   page we would go to -- so there were
20   instructions by the artists as a reminder to
21   the writer what we plotted, or if we were
22   deviating from it slightly.  Say I needed to
23   add a panel here because we forgot how he was
24   going to get from the east side to the west
25   side in thirty seconds.  You know, that kind of

1              Romita - Confidential

2    stuff.  So a lot of writers disregarded those

3    things, and when you do the artwork, you are

4    faced with the reality of actual bridges and

5    connections.  You can't just make believe --

6    Spider-Man used to swing to Manhattan from

7    Queens, go on the rooftop, take an elevator

8    down and come out as Peter Parker, and I used

9    to tell Stan -- and I was such a fanatic for

10   believability and sense, common sense, I said,

11   "Stan, what did he do, how did he -- where is

12   his costume?"  He said, "it's underneath."  And

13   then he would forget.  Sometimes he would have

14   him go into a doctor's office and take off his

15   shirt and be examined and I would say, "Stan,

16   he has got the costume on underneath."  He

17   never thought of those things.  I had him so

18   browbeat with my reality check that he once

19   made me for a year take off Peter Parker's

20   shoes and I had to put them on -- tie the

21   shoelaces and put them around his neck so that

22   as Peter Parker he could walk up a wall,

23   because somebody told him -- after all the

24   times I had tried to make him think

25   realistically, somebody told him, "well, how

Romita - Confidential

1   can he walk up the walls when he has got shoes

2   on?"  His spider abilities doesn't -- he should

3   have even taken his socks off.  The point is I

4   had to do the damn shoes for at least a year or

5   six months.  That's the -- I also created a web

6   pack where Peter Parker would take his clothes

7   and put them in a web sack and put them around

8   on his back like a knapsack so that when he got

9   to New York he could take his clothes out of

10   the web sack, put them on and leave his -- and

11   go downstairs, you know.  In other words, now

12   at least you know he could put his clothes on.

13   Where the hell were his clothes all the time?

14   You know.  So I was a realist and Stan was

15   always -- "it's not important.  The reader

16   doesn't think of those things."  Well, I think

17   of them.  I can't stand it that way.  So that's

18   the kind of stuff we used to have.  That's

19   where all of the changes come from.

20   Q.   So what would Stan do with notes or

21   the dialogue in the margins?

22   A.   I used to write notes that I thought

23   were clever.  I'd say "maybe he should say

24   'what's up'," you know, something like that.

1                  Romita - Confidential
2    They sounded clever to me while I was doing the
3    drawing.  3 in the morning everything sounds
4    clever.  He invariably would not use them, and
5    I asked him once "why wouldn't you use -- why
6    wouldn't you let him" -- he said something
7    similar.  He said, "because I can't speak in
8    somebody else's vernacular."  He says, "when I
9    am writing my characters, I am writing in Peter
10   Parker's personality and Aunt May's personality
11   and I write the captions in my personality.  If
12   I start putting your personality in there, I am
13   going to confuse the reader."  So he used to --
14   he told me -- he invariably did not use
15   anything that was in the margins that was
16   cleverly suggested by the artists, because he
17   said he did not want to stray from his normal
18   approach.  He had a dialogue going with the
19   reader.  Saying "dear reader, this is your
20   editor speaking right now."  He used to do
21   that.  It used to drive me crazy.  I used to
22   tell him "you are puncturing the illusion."
23   It's like opening a door in the theater and
24   letting the sunlight in and everybody realizes
25   they are watching a movie now.  I said "you are

1          Romita - Confidential

2   ruining" -- he said, "it doesn't matter.  I am

3   talking to my readers."

4       Q.    Do you know whether it was just your

5   dialogue he wouldn't use?  Would he use anybody

6   else's dialogue in the margins?

7       A.    I don't think so.

8            MR. TOBEROFF:  Calls for

9   speculation.

10      A.    I don't think so.  I don't think he

11  ever -- I think he -- more than once I've heard

12  him saying he avoided anybody else's

13  expressions in the scripts.

14      Q.    Who had the final say on what the

15  dialogue would be, what the characters would

16  say?

17      A.    Stan.

18           MR. TOBEROFF:  Vague as to time.

19      A.    Stan edited the book until the

20  minute it was yanked out of his hands to take

21  to the publisher and nobody had anything to say

22  after that.

23      Q.    When did you first meet Jack Kirby?

24      A.    Shortly after -- between July of '65

25  and January of '66 I brought some artwork in

1           Romita - Confidential
2   and Jack was sitting doing a correction the way
3   I eventually would do all the corrections on a
4   Steve Ditko cover, Jack was making a change,
5   and I was introduced to Jack Kirby, who ten
6   years earlier, twelve years earlier had been my
7   idol when I was a kid and Captain America came
8   out.  It was like meeting, you know, the
9   president of the United States.
10       Q.    Why would Jack Kirby have been
11  making changes to a Steve Ditko cover?
12       A.    Because of Stan's long-honored
13  tradition.  Whoever was caught in the office
14  when he needed a change was subject to the
15  assignment.  If you came in, you had to have a
16  pencil with you.  If you didn't have a pencil
17  with you, you were out of luck.  But Jack was
18  amenable to making the change.  Stan didn't
19  like something Ditko had done on the cover and
20  Jack changed it.  Whenever I -- even in the
21  first seven years before Marvel Comics existed
22  I would go in and deliver a mystery story, four
23  pages, and hope for another script.  Stan would
24  say, "while you are here, can you do me a favor
25  and change -- this is Arthur Peddy's romance

Romita - Confidential

1  story here.  Would you change this expression,

2  would you change this figure, would you add a

3  car in this scene."  He did it all the time.

4  No pay.  "Just do me a favor."  You know, and

5  the inference was you want a script, do me some

6  corrections.

7  Q.    Did you ever make any changes to any

8  of Jack Kirby's work?

9  A.    Yes.  And it was hard for me,

10  because I idolized the man's stuff.  I used to

11  change occasionally girl's faces.  Now, Jack

12  used to do girls that I loved.  I loved his

13  girls.  But Stan used to find sometimes

14  something that he didn't like, an expression,

15  two wide a face, too narrow a face, mostly too

16  wide, and he would ask me to adjust it.  He

17  liked the way I did one of the female

18  characters in Captain America better than the

19  way Jack did it, so I would occasionally change

20  the faces.  Much to my chagrin, people accused

21  me of being an egomaniac, again, because they

22  thought I was the one changing it.  Since I was

23  a de facto art director, they said, "look this

24  Romita, he is changing everybody's work."

Romita - Confidential

1  
2   Barry Smith almost put a contract out on me

3   because I changed somebody -- a girl's face on

4   a Conan cover.  To this day I still don't know

5   why he is talking to me.  We are friends, but I

6   know he wanted to kill me then.

7       Q.    Whose idea were those changes?  Were

8   they ever yours?

9       A.    Uh-uh, never.  I would never change

10   anybody -- I had to change Jack Kirby's work,

11   Gene Colan's work, John Buscema's work.  I

12   idolized all of these guys.  I would -- it

13   violated me to have to do it.  I cringed.  And

14   I will tell you, the worst thing is initially

15   we didn't have the equipment or the technology

16   to do it less obtrusively, because originally

17   we didn't have photostats and xeroxes to work

18   with.  I erased things.  To this minute I --

19   the hair on the back of my neck stands up when

20   I am thinking I am erasing a Jack Kirby face

21   and putting my face in there.  That, to me, is

22   a criminal act.  I did it because I had no

23   choice.  Stan asked me to change it.  We had no

24   technology.  As soon as I was art director and

25   Stan was on the west coast and we had the

1                    Romita - Confidential
2     technology to have a photostat, I devised a
3     system with iodine to erase things on a
4     photostat with iodine and I would get a clean
5     photostat, perfect surface, and eliminate a
6     face.  So I would take a photostat of a page or
7     a panel, I would iodine the face out, I would
8     put in the face that stand wanted or the
9     editor -- Roy Thomas or whoever was the editor
10    then, and we would paste that over the artwork.
11    At least I could say to myself when the art
12    goes back to the guy I idolized, he could peel
13    it off and you could see his original art.
14    Then I felt better.  But until we had the
15    technology, I used to actually deface artwork
16    that I idolized.  And it was not fun, but I did
17    my duty as I was instructed.
18         Q.   Did it ever occur to you not to do
19    it if Stan asked you to?
20         A.   It occurred to me, but I never
21    figured it was worth it.  You know, one thing I
22    gotta constantly remind people of.  I did not
23    envision a world where anyone would not only
24    care or even remember that there was a comic
25    industry.  From the '50s on I assumed the comic

1              Romita - Confidential

2   Stan were buddies.  Every time he visited, "I

3   want to give him a daily, I want to give him a

4   Sunday."  I would take one of my Sunday pieces

5   of art and sign it "to Andre, John Romita."  He

6   would sign it, and we would give it to him.  I

7   gave away artwork that is now selling for

8   $50,000.  I gave them away in the office.

9   That's my -- that was my -- my take on the

10  future of comics and the future worth of the

11  artwork was absolutely who is gonna give a damn

12  about this.  In five years nobody will even

13  remember we lived here.  So help me.  That was

14  my take.  So as much as I cringed changing it,

15  I never felt serious guilt because I thought

16  who is gonna care.  That's my defense.  I mean,

17  maybe I would still get convicted of a crime.

18  I don't know.  That would be my defense.

19       Q.   Do you know whether Jack Kirby was

20  working from -- do you know how he would get

21  his stories in the 1960s?

22            MR. TOBEROFF:  Calls for -- vague as

23       to time and calls --

24       A.   No, no, he was plotting them the

25  same as I was.  With Stan.

1            Romita - Confidential

2        MS. SINGER:  Let him say his peace

3    and then --

4        THE WITNESS:  Oh, I'm sorry.

5        MS. SINGER:  That's okay.

6        MR. TOBEROFF:  It's not my peace.  I

7    make certain objections as to form in a

8    deposition, so I am just objecting to the

9    form of the question and then after I

10   object, you can answer, but I have to get

11   my -- sorry to interrupt.  I have to get my

12   objection in before you answer.

13       THE WITNESS:  I'm sorry I

14   interrupted you.

15       MR. TOBEROFF:  So my objection is

16   vague as to time.  Calls for speculation.

17   Calls for opinion testimony.

18       A.    I was present at at least two

19   plotting sessions of John -- Jack and Stan Lee.

20   They were the same as my plotting sessions and

21   the same as Gene Colan's and Herb Trimpe's and

22   John Buscema.  John Buscema actually did his

23   plotting by phone, because he lived two hours

24   away from the city.  But anybody else who went

25   in, Colan would come in, Jack Kirby would come

1           Romita - Confidential
2    in, I was at the office, we would plot in
3    Stan's office, and with Stan and Jack, most of
4    the time -- some of the times Jack would --
5    Stan would drive both of us home on a Friday
6    night or whatever night he was in plotting.
7    They would finish or almost finish and then
8    Stan would say, "come on, I will drive you guys
9    home."  He would drop me off first and then he
10   would take Jack, who lived about twenty minutes
11   past me in the same general area of Long
12   Island.  So I was in the back seat of Stan's
13   Cadillac on two occasions that I remember
14   distinctly, maybe more, where they were
15   continuing what they had not finished in the
16   office, continued plotting.  I remember one
17   particular Fantastic Four plot about the birth
18   of the son of the two major characters in the
19   Fantastic Four.  Mr. Fantastic and
20   The Invisible Girl were having a baby and it
21   was a boy and they were discussing whether the
22   boy would be gifted, a mutant like they were
23   and gifted with powers and talents, or whether
24   he would be a normal boy, and I remember the
25   reference -- I even referred to them and said

1       Romita - Confidential

2    it's like the Munsters.  There was -- in the

3    Munsters television show they were all bizarre

4    mutated people except for the little boy who

5    was raised -- or there was a girl.  I think

6    there was a girl.  She was the only normal

7    person.  So I said you could make the kid a

8    normal guy in a family of mutants.  And then

9    they said they considered that, and then said,

10   "well, I don't know" -- and I was thinking to

11   myself, wow, wouldn't it be great if they had

12   him and you never know if the kid has powers

13   and slowly but surely he would exhibit -- for

14   instance, he would levitate a glass or

15   something.  And so I am thinking all these

16   things while they are talking and I remember

17   them talking.  One guy would make a suggestion,

18   Jack would say, "that's not a bad idea, but

19   what if we did it this way," and then Stan

20   would say, "okay, but only if we did it that

21   way" and "only if we did it this way."  They

22   were both talking different plots and it's --

23   and the reason I know it is because when Stan

24   and I would plot, I foolishly did it from

25   memory.  I never recorded it.  Gene Colan was

1              Romita - Confidential

2     his setting, I would do everything he would ask

3     for, but I had to do the nuts and bolts of the

4     story.  When it comes to characters, he would

5     ask me "give me a character called The

6     Shocker."  I would create -- he would tell

7     me the -- he has the powers to shock people

8     with electric bolts from his wrists.  So he

9     shocks people.

10         Q.    Stan would tell you that?

11         A.    Yeah, he would say that's what

12    The Shocker is.  So I would create a costume

13    for it.  I didn't create the name.  I didn't

14    create anything else.  I didn't create the

15    powers.  I just created the costume.  I put him

16    in a quilted outfit, believe it or not.  I

17    thought it was going to be laughed at.  Stan

18    accepted.  He was quilted so he could absorb

19    his own shocks.  The next time it would be

20    The Rhino.  He is a man in a rhino skin.  He

21    could drive himself through a wall.  Just butt

22    head right through a wall.  I just did a guy in

23    a rhino skin with his face showing through the

24    open mouth of the rhino.  Brilliant.  Stan

25    accepted it.  And then he would take the

1          Romita - Confidential
2   character and make him valid.  He would make
3   him valid by his behavior, by his dialogue, by
4   his -- the results of what he does, the mayhem
5   he caused, and he would give the guy a
6   personality.  That's all it was.
7        Q.    Who owned those characters?
8        A.    Marvel Comics.
9             MR. TOBEROFF:  Calls for a legal
10   opinion.
11             THE WITNESS:  I'm sorry.
12             MR. TOBEROFF:  It's okay.
13        Q.    What was your understanding of who
14   owns those characters?
15             MR. TOBEROFF:  Calls for a legal
16   opinion.
17             MS. SINGER:  You can answer.
18        A.    I assumed Marvel Comics owned them.
19   I know Stan didn't own them and I didn't own
20   them.
21        Q.    When Jack Kirby would bring his
22   pages in when you were working in the office,
23   what would happen to Jack's pages?
24             MR. TOBEROFF:  Vague as to time.
25        A.    I remember one thing about them.  As

1           Romita - Confidential

2    back of a costume.  I remember one pirate shot

3    he did was glorious.  It was on the back of the

4    page.  I am sure -- I haven't seen all of the

5    Kirby collectors magazines and oversized books,

6    reprints.  I'm sure some of those are in there,

7    some of the glorious drawings.  John Buscema

8    used to do works of art on the backs of his

9    pages just to loosen up his wrist before he

10   started to pencil.  He would do beautiful

11   animals, beautiful girls.  People used to copy

12   the front of the page with Buscema and the back

13   of the page.  That's all I could tell you.

14   That's my memory of seeing those pages.  Until

15   I had to make changes on them.

16        Q.    Did Jack know that you were making

17   changes to his artwork?

18        A.    You know, I never asked him.

19             MR. TOBEROFF:  Vague as to time.

20        A.    I never asked him.  I assumed he

21   did, because I assumed he would look at the

22   book and see things were changed, although,

23   frankly, I think Jack probably never even

24   bothered to look.

25        Q.    Why do you think that?

1            Romita - Confidential

2  scratch his nose.  He will lose an eye.  So I

3  said all right, make them retractable.  They

4  retract.  Like a cat puts its claws out and

5  retracts them, right?  Make them retractable

6  into his forearm.  That's all I said.  So I

7  created that part of him.  But I didn't create

8  the name.  I just created the costume.  And I

9  never considered that I created him.  I always

10  tell people I created the costume.  But I

11  didn't name him and I did not give him a

12  personality.

13     Q.    Who would give characters

14  personality?

15     A.    The writer.

16     MR. TOBEROFF:  Vague.

17     A.    I mean, the writer is the one who

18  gives him his dialogue and his history.  The

19  history of a -- we used to have a series of

20  books called the Marvel -- I can't remember the

21  name of it, but it was the history of every

22  character, the look of it and how it was

23  devised and what his history was, and that was

24  written by the editor or the writer.  It could

25  have been the editor, it could have been the

1               Romita - Confidential

2   writer.  The editor sometimes tells the writer

3   to give him a history of the character.  So the

4   personality of the character is done by the

5   writer and the editor.  The look of the

6   character is done by the artist.

7        Q.    Did Jack Kirby have anything to do

8   with Wolverine?

9        A.    I don't think so.  No.  In fact,

10  Wolverine was not a member of the original

11  X-Men.  It came -- it was in a Hulk book the

12  first time.  He was a character -- a Canadian

13  villain out of Canada.  That's another part of

14  the history that was created that I didn't

15  create.  He was a Canadian and he appeared in

16  the Hulk.  He had nothing to do with the X-Men.

17  He was added to the X-Men when the X-Men was

18  being done by Cockrum.  Dave Cockrum was doing

19  the artwork and Len Wein was writing it.  They

20  created the new X-Men and they included

21  Wolverine in the X-Men.  That's all.

22       Q.    How about Kingpin, how did Kingpin

23  come about?

24       A.    Again, like The Rhino and

25  The Shocker, he would say "next month I want

1          Romita - Confidential

2    Mr. Amash that there was something inaccurate

3    about his quotes of your statements in this

4    interview?

5          A.    Not that I remember.

6          Q.    Turn to page, please, 428.  In the

7    first column of the interview it says, if you

8    look at the second full paragraph on the left

9    side:  "Timely publisher Martin Goodman used to

10   close shop at the drop of a hat.  If expenses

11   got too high, he'd say "the hell with it," and

12   close shop.  Nobody had any protection because

13   there were no pensions, no severance pay or

14   insurance plans, or saving plans.  Everyone who

15   worked in comics were flying by the seat of

16   their pants."

17         A.    True.

18         Q.    Is that a true statement?

19         A.    That was my impression.

20         Q.    That's your understanding?

21         A.    That was my impression of the way

22   the industry -- the way he ran his company.  I

23   wasn't very bright.

24         Q.    Does what you said about Marvel also

25   apply to your experience at DC after you left

1                    Romita - Confidential

2         Q.    But did you usually work from a

3    script during the period you worked in the

4    '50s?

5         A.    I always worked from a script at

6    that time.

7         Q.    And that's when -- that's -- the

8    period you spoke about was more of a kind of I

9    think you used the term sausage factory?

10        A.    Yeah, they were turning them out.

11   The scripts were repetitious and similar and

12   the artwork was somewhat the same.  Most of us

13   were just trying to make a dollar.

14        Q.    And do you recall how much in the

15   '50s they would pay you for your work?

16        A.    It ranged from the mid 20s to the

17   mid 40s.  There were weeks -- there were years

18   where we had terrible times and there were good

19   years and there were bad years.  Two good

20   years, one bad year.  Two bad years, one good

21   year.  In comics -- in those fifteen years

22   there was nothing you could count on.  I could

23   make $6,000 one year, I could make $8,000 the

24   next year and I could make $5,000 the third

25   year, because the ebb and flow was always

                    Romita - Confidential

1    questionable.  Martin Goodman would decide he

2    wasn't going to publish as many books.  Then he

3    would decide to publish 25 more books.  So it

4    was very erratic, very hard -- very difficult

5    to plan a life when you didn't know where the

6    money was coming from.  It was a dumb way to

7    live.

8        Q.    When you worked in this freelance

9    fashion, they always bought your work by the

10   page?

11       A.    By the page.

12       Q.    You referred to your working at some

13   point at Marvel as a correction artist.  I

14   believe it was after you started working as a

15   full-time employee.

16           Can you try and pin down for me the

17   date or approximate date when you started

18   working as a correction artist on staff at

19   Marvel?

20       A.    I don't believe there was any actual

21   date.  It sort of -- it sort of creeped into

22   the process.  It preceded my eight years at DC,

23   by the way.  By the way, I also did corrections

24   at DC sometimes.  Whenever I was in there, they

1             Romita - Confidential

2             THE WITNESS:  Thank you.

3             MS. SINGER:  I have just a couple,

4       I'm sorry, and then we will get you out of

5       here.

6             MR. TOBEROFF:  In that case I might

7       have more questions.

8  FURTHER EXAMINATION BY

9  MS. SINGER:

10      Q.    A couple of things.  When you were

11  talking with Mr. Toberoff, you mentioned that

12  the Fantastic Four was a trademark book of

13  Jack's.

14            When you used the word "trademark,"

15  were you using that in a legal sense?

16      A.    No.  It was -- he was associated

17  with it as a successful title.  That's what I

18  meant.  He had started it with Stan and they

19  were riding the crest of a wave of success.

20      Q.    Do you know whether Jack owned any

21  of the characters or any of the works for

22  Fantastic Four?

23      A.    I don't believe so.

24      Q.    You were talking about the legends

25  on the back of the check.

1           Romita - Confidential
2           When you were at Marvel in the 1950s
3    before you left in '57 or '58, when you would
4    get checks from Marvel or Timely or whoever it
5    was for your page rate, do you recall whether
6    there was a legend on the back of the check?
7        A.    I believe there was.  I think they
8    wouldn't have -- well, I'm assuming there was.
9    I think I vaguely remember there was.
10   Sometimes a shorter paragraph, sometimes a
11   longer paragraph.
12           MS. SINGER:  Okay.  I have no
13       further questions.
14           MR. TOBEROFF:  I will let you off
15       the hook.  I have no further questions.
16           MS. SINGER:  Before we go off the
17       record, I just want to clarify, Marc, that
18       Mr. Romita has appeared today both in
19       response to our subpoena, in response to
20       your subpoena, you have cross-examined him,
21       he has fully answered all your questions on
22       your subpoena and he is done.  Are you in
23       agreement on that?  You have had your
24       opportunity to question him.
25           MR. TOBEROFF:  I am not -- I think