# EXHIBIT 3

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Civil Action No. 10-141 (CM) (KF)

MARVEL WORLDWIDE, INC.,          )
MARVEL CHARACTERS, INC.,         )
and MVL RIGHTS, LLC.,            )
                                 )
          Plaintiffs,            )
                                 )
     vs.                         )
                                 )
LISA R. KIRBY, BARBARA J.        )
KIRBY, NEAL L. KIRBY and         )
SUSAN N. KIRBY,                  )
                                 )
          Defendants.            )
                                 )
                                 )

                VOLUME I

           VIDEOTAPED DEPOSITION OF

                ROY THOMAS

             October 26, 2010
                10:06 a.m.

             Holiday Inn Express
          Orangeburg, South Carolina

      ANNIE O'HARA, CCR-B-2340, SC Notary

1           UNITED STATES DISTRICT COURT

2           SOUTHERN DISTRICT OF NEW YORK

3              Case No. 10-141-CMKF

4

5    MARVEL WORLDWIDE, INC.,

6    MARVEL CHARACTERS, INC., and

7    MVL RIGHTS, LLC,

8         Plaintiffs,

9    VS.

10   LISA R. KIRBY, BARBARA J. KIRBY,

11   NEAL L. KIRBY and SUSAN N. KIRBY,

12        Defendants.

13

14

15              Volume II

16         Videotape Deposition of:

17              Roy Thomas

18       Wednesday, October 27, 2010

19        Orangeburg, South Carolina

20

21

22

23

24

25

                          Thomas

1   editorial-type responsibilities that you -- you were

2   doing during this time you were paid a salary?

3       A.    Yes.

4       Q.    And then you were paid on top of that a

5   per-page rate for freelance writing work that you

6   did?

7       A.    Yes.  Yes.  That actually began at the

8   very beginning, because the day I met Stan on a

9   Friday he gave me a story to dialogue, as we call

10  it, over the weekend.  And that was counted as

11  freelance.  So I received money -- or earned money a

12  week or so later as a freelance writer before I

13  freelanced, before I actually went on staff the next

14  morning.

15      Q.    Okay.

16      A.    So they sort of -- they overlapped from

17  the very beginning.

18      Q.    Who did you report to when you were a

19  staff writer?

20      A.    The only real person I reported to

21  officially would have been Stan Lee, but as a matter

22  of practical fact, Stan gave out many of his

23  directives or communications through the production

24  manager, Sol Brodski.  So while he wasn't exactly

1                             Thomas

2    technically my superior, he was a person that gave

3    me a lot of Stan's, you know, marching orders or

4    whatever and was very, very -- informal would be the

5    polite way to describe operations in the 1960s.

6        Q.    Did there come a time that your title

7    changed from staff writer to something else?

8        A.    Well, I just stopped being a staff writer

9    at that point, a month or two in.  And we never

10   talked much about titles, but I guess I was like the

11   assistant editor or editorial assistant.  I was

12   never told that.  That's what I assumed I was.  I

13   never had an official title until I was called

14   associate editor.

15       Q.    When was that?

16       A.    Around the end of 1966 or beginning of '67

17   Stan told me and the new assistant editor, who was a

18   friend of mine.  He said:  Well, we have got to have

19   some titles around here, he told me one day.  He

20   said:  I'm the editor, so I guess that makes you the

21   associate editor; and Gary, my friend, was the

22   assistant editor.  From that time on, about a year

23   and a half or so after I worked there, I was the

24   associate editor until what?  Middle or late 1972,

25   when I became editor-in-chief.

1                          Thomas

2        11:13 a.m.

3    BY MS. KLEINICK:

4        Q.    Mr. Thomas, can you describe for us when

5    you arrived in Marvel in the 1960s what the first

6    step was in the process of creating a comic book

7    issue?

8        A.    The first step was for the designated

9    writer to come up with a plot idea.

10       Q.    How did the designated writer become

11   designated?

12       A.    That was Stan Lee's decision.  Of course,

13   it was often him designating himself, but then it

14   became me or someone else.

15            (Discussion off the record.)

16   BY MS. KLEINICK:

17       Q.    What happens after the designated writer

18   comes up with a plot idea?

19       A.    The writer would either write out the plot

20   or synopsis.  We used those terms interchangeably or

21   he might -- in some cases, but usually it was

22   written -- might verbally -- one way or the other we

23   would give it to the -- the pencil artist.  We would

24   often call the person the artist, but it was really

25   the pencil artist, who might or might not be the

1                      Thomas

2    inker.

3         Q.    How did the pencil artist become

4    designated to do the particular issue?

5              MR. TOBEROFF:   Leading; lacks foundation.

6    BY MS. KLEINICK:

7         Q.    You can answer.

8         A.    He -- that was Stan Lee's decision.

9         Q.    When in the process was the writer and the

10   artist for a particular issue selected?  When in the

11   process?

12        A.    Well, I guess I would say more at the

13   beginning.  I mean, right away -- when in the

14   process -- I mean, the writer -- either one of them

15   might have been put on first, because the artist

16   might be continuing, while it might be a new writer

17   or visa versa.  I'm not sure if I understood the

18   question exactly.

19        Q.    What would happen after the writer

20   provides either a plot or synopsis to the artist?

21        A.    The artist would go and draw or pencil the

22   story.

23        Q.    And what would the artist do after the

24   artist drew or penciled the story?

25        A.    It would then be mailed or brought

Thomas

1

2  physically into the -- the office so Stan Lee could

3  review it.  Of course, he was the writer.  He would

4  also be writing them.

5      Q.    And after Stan Lee reviewed the artwork,

6  what would happen next?

7      A.    Well, if there were no corrections, it

8  would then be written by the writer, which would

9  either be Stan Lee or perhaps someone else.

10  Usually, Stan at that stage, when I first arrived.

11      Q.    And when you say "written," what do you

12  mean?

13      A.    Well, yes, what I really meant there is

14  the term that -- what we later came to use the verb

15  "dialogue for," which means to write the dialogue,

16  which includes, actually, the dialogue and the

17  so-called captions.  And while doing that to

18  indicate those -- where those captions and balloons

19  come on the page, generally writing it on the

20  original artwork -- not the copy, but indicating the

21  shape of the balloons and the captions and writing a

22  separate script.

23      Q.    And after the writer wrote the dialogue

24  and captions, what would happen next?

25      A.    Well, if it was Stan or his brother Larry

Thomas

1   Lieber at that stage, it would be sent to the inking

2   the inker, we call it, the artist who applied the

3   ink, who usually was not the same artist who

4   penciled it; although, it was -- it could be but it

5   usually was not.  If it was a new writer like me,

6   Stan would go over the -- the scripts first for the

7   first few months before it would be sent out.

8       Q.    And where would it go after Stan would

9   review the scripts?

10      A.    It then goes to a letterer.  It would be

11  sent out -- I'm sorry.  I said the inking art.  I'm

12  sorry, it has to go to the letterer first.  I'm

13  sorry.  My mistake.

14      Q.    What does the letterer do?

15      A.    The letterer was the person who would

16  letter the actual dialogue and captions as well as

17  their shapes onto the page in ink.

18      Q.    What is the difference between a letterer

19  and the inker?

20      A.    The inker was the person who would apply

21  the ink to the drawing portion of the page, go over

22  to and amend and add to what the penciller had --

23  had drawn.

24      Q.    So it goes from the letterer to the inker?

Thomas

1

2    A.    Yes.  Sometimes, it would come back

3  through the office to be rerouted, but often it was

4  just sent -- Stan, generally, did not review things

5  between the stages of lettering and inking, so quite

6  often the letterer was asked to just mail it

7  directly on to the -- to the inker.  Or, you know,

8  the inker might even some days come by and pick it

9  up.  There were many, many different little ways it

10  could work.

11    Q.    What happens after the inker goes over the

12  pencils?

13    A.    After the book is inked, the inker would

14  either mail or bring it into the office, either

15  turning it directly to Stan or to the production

16  manager, depending on whether Stan wanted to see him

17  or not.

18    Q.    What would happen to it when it got to

19  either Stan or the production manager?

20    A.    Stan would go over the story and proofread

21  it, asking for any changes he wanted on either the

22  copy or even at that stage, even still on the art if

23  he saw something that didn't quite work out.

24    Q.    At what point does the issue get colored?

25    A.    Well, at the time that the -- generally --

                              Thomas

1   pretty much as soon as the inking would come into

2   the office or very soon thereafter, it would be

3   Photostatted and reduced to a smaller size, about

4   the size of a comic page or so.

5           And those Photostats would be given to

6   what we call the colorist who is the person who

7   actually applied water colors to that to indicate

8   what the colors should be and also would write in

9   notations to clarify so that the colors would be

10  matched in the final book by the people who actually

11  did the physical coloring that got reproduced.

12  These were actually called color guides, what the

13  colorist did.

14      Q.    Were the letterer, inker, and the colorist

15  all paid?

16      A.    Yes.

17      Q.    How were they paid, do you know?

18      A.    By the page, according to whatever rate,

19  you know, varying rates they -- they had.

20      Q.    At what point in the process does the

21  cover page -- did the cover page for the issue get

22  put together?

23      A.    Well, it could be at any time.  Usually,

24  it was after the story had been at least penciled.

1                          Thomas
2    from time to time new villains or new supporting
3    characters.
4        Q.    Did artists ever come up with ideas for
5    new characters?
6        A.    Yes.
7        Q.    Was it your understanding that part of the
8    writer's assignment was to introduce new characters
9    into a comic book series?
10       A.    Yes.
11       Q.    Was it your understanding that part of the
12   artist's assignment was to introduce new characters
13   into a comic book series?
14       A.    Yes, anything that would be -- would
15   further the plot.
16       Q.    How -- how did the artists know what to
17   draw?
18            MR. TOBEROFF:  Leading; vague.
19            THE WITNESS:  The artists were given a
20       story line, which might be anything from a few
21       sentences to in quite a few cases two or three
22       pages or so of a -- a sort of a --a general plot
23       line.  It wasn't the exact dialogue, you know,
24       in movie script form.  It was more a short story
25       synopsis of the scene.  And that would tell the

1                          Thomas

2      artist what the story was.  Then it was his job

3      to turn that into pictures.

4  BY MS. KLEINICK:

5      Q.    When you arrived at Marvel in 1965, did

6  you ever see Stan interacting with other writers or

7  artists?

8      A.    Yes.

9      Q.    Did you ever see Stan give a plot or

10 describe a plot to an artist?

11     A.    Yes.

12     Q.    To your knowledge did artists start

13 working on pages before discussing the plot or

14 synopsis with Stan or the writer?

15     A.    No.

16     Q.    Who decided which writer and artist would

17 work on a particular comic book or issue?

18     A.    Stan.

19     Q.    Were the assignments to writers given

20 orally or in writing?

21     A.    Generally, orally.

22     Q.    Are you aware of how assignments were

23 given to artists?

24     A.    Well, orally.  Sometimes Stan would be

25 talking to the person directly.  Just as often or

1                              Thomas

2    more often Sol Brodski as the production manager

3    would later report -- would call that person up and

4    tell them.  But, of course, they were always

5    understood to be speaking for Stan, and they were.

6         Q.    And just so we're clear, I just want you

7    understand, when I'm saying "assignment," I mean the

8    assignment to do a particular issue.

9         A.    Uh-huh.

10        Q.    Is that how you understood my question?

11        A.    Yes.

12        Q.    Are you aware of any instance where a

13   writer began to work on a new series or title or

14   comic book without first being assigned to it by

15   Stan?

16        A.    People might come up with an idea for a

17   new series at some stage.  Not -- not in the -- this

18   -- this wouldn't have happened before at least

19   about, you know, the early '70s or so.  Once or

20   twice -- generally speaking, the ideas were

21   generated, you know, by someone in the office, by

22   Stan or sometimes later by me; but we were open to

23   somebody else coming in, but it wasn't anything we

24   were going around looking for or asking for.

25        Q.    In the 1960s -- from 1965 to 1970, are you

1

2    aware of any instance where a writer came in and

3    actually started working on a new series before Stan

4    said:  Go ahead and write the series?

5        A.    No.

6        Q.    Are you aware of any instances where an

7    artist began work on a comic book issue before

8    getting the assignment to do the issue from Stan?

9        A.    No.

10       Q.    Did writers or artists have any authority

11   to assign themselves to do an issue without prior

12   approval from Stan or Sol?

13       A.    No.  No.

14       Q.    Are you aware of any instances where an

15   artist submitted artwork for an issue that he hadn't

16   been assigned to, like on spec?

17       A.    Only new artists who were turning in

18   samples, not an established artist, not one that was

19   already -- was already doing work for Marvel.

20       Q.    To your knowledge during this time period,

21   1965 to 1972, did Marvel ever buy any work created

22   on spec by freelance artists?

23       A.    No.  No.

24       Q.    Were writers or artists ever during this

25   time period taken off a comic book issue for an

1                        Thomas

2    ongoing series?

3        A.    Yes.

4        Q.    Whose decision was that?

5        A.    Stan.

6        Q.    And who had the final say on which comic

7    book stories each artist would be assigned to?

8        A.    Stan Lee.  He could have been technically

9    overruled by publisher Martin Goodman, if Martin

10   Goodman found there was some artist or someone he

11   really didn't like or he did like or something.  But

12   as a practical matter, Goodman did not concern

13   himself with anything like that, except at sometimes

14   there were certain artists whose covers he didn't

15   think were clear enough.

16            He didn't like if Stan assigned that

17   person to do a cover.  Occasionally, they had a

18   little problem about that.  And, of course,

19   Goodman's word was final.  But as a matter of

20   practical fact, 90-plus percent of the time it was

21   Stan's decision.

22       Q.    Was there a set production schedule for

23   the Marvel comic titles back in the 1960s to early

24   '70s?

25       A.    Yes.

Thomas

1

2     Q.    When the writers were given an assignment,

3     were they also given a deadline to submit the --

4     let's start with the artist.  When the artists were

5     given an assignment, were they given a deadline by

6     which they had to submit the finished pencils?

7     A.    Yes.  Either the exact date or as fast as

8     you could do it.  But, yes.  They were doing a

9     deadline.

10    Q.    And then when the artwork went to the

11    writers, were the writers also given deadlines by

12    which they had to submit the scripts?

13    A.    Yes.

14    Q.    The dialogue?

15    A.    Yes.

16    Q.    Who set those deadlines?

17    A.    They were worked out by the production

18    manager.

19    Q.    That was Sol Brodski?

20    A.    Yes.  Through '70 or so when he quit.

21    After that by John Berpoorten.

22    Q.    And who ultimately decided which books

23    were published and which books weren't published?

24    A.    Well, during that period and through about

25    sometime in about '72, it was generally Martin

1                      Thomas

2    Goodman.  For a short period of time in the early

3    '70s it was his son Chip Goodman who had -- who was

4    -- had become publisher.

5         Q.    Was the assignment process the same for

6    freelancers as it was for staff writers and artists?

7              MR. TOBEROFF:  Vague.

8              THE WITNESS:  I was going ask, just to --

9         if you could clarify that, just I make sure --

10        I'm sure I understand it.

11   BY MS. KLEINICK:

12        Q.    Did staff artists get their assignments

13   the same way, from Stan or from Sol Brodski?

14        A.    Oh, yes.

15             MR. TOBEROFF:  Compound.

16   BY MS. KLEINICK:

17        Q.    How did staff artists get their

18   assignments?

19        A.    They were told either directly by Stan or

20   quite often by Sol Brodski in his capacity to do

21   them.  Of course, if Sol assigned an artist, it was

22   because Stan wanted that artist assigned to it.

23   They would confer on it and say:  Is this artist

24   available.  Things of this sort.

25             Sol was the practical one who had to tell

                        Thomas

1   Stan that, you know, this artist can't do it or can

2   do it, or it will cause problems if this artist was

3   taken off something else to do this and that.  They

4   worked very closely on that.

5       Q.    So after the artist submitted pencil

6   drawings, you testified that Stan would review the

7   artist's work; correct?

8       A.    Yes.

9       Q.    Was that the case for all of the Marvel

10  artists, that Stan reviewed their work?

11      A.    Yes.  He paid a little less attention,

12  perhaps, to some of the, you know, lesser books --

13  he probably went -- you know, like the westerns and

14  so forth that were kind of dying out.  But he

15  reviewed everything.

16      Q.    Were artists ever asked to make changes to

17  the materials they submitted for publication?

18      A.    Yes.

19      Q.    Who did those requests come from?

20      A.    They either came directly from Stan or,

21  again, were delivered by Sol Brodski on Stan's

22  behalf, or even I might eventually be asked to tell

23  someone.  But, again, it was always on behalf of

24  Stan.  In the early days I wouldn't have made any

1                        Thomas

2    independent judgments of that sort.

3         Q.    Did Stan or any of the other Marvel

4    editors, including yourself, ever revise the work

5    that had been submitted by an artist?

6         A.    Yes.

7         Q.    What kind of direction or feedback did

8    artists typically get from either Stan or another

9    editor in the 1960s to early '70s?

10             MR. TOBEROFF:  Lacks foundation; leading.

11             THE WITNESS:  He would give them an

12        impression of whether he generally liked the

13        work or not and things he particularly liked and

14        perhaps things he didn't like or that they

15        should watch it and perhaps do it a little

16        differently in the future.  That's something he

17        might let go this time, but he would like them

18        to get more excitement or do this or do that.

19   BY MS. KLEINICK:

20        Q.    Did you hear Stan communicating this to

21   artists?

22        A.    Yes.

23        Q.    Were changes ever made by Stan or any of

24   the other Marvel editors or production people

25   without first consulting the artist?

1              Thomas

2       A.    Yes.

3       Q.    And you testified that when the writer

4  brought in the completed assignment, the dialogue,

5  that if it was a writer other than Stan, that Stan

6  would review that work product; is that correct?

7       A.    Yes.

8       Q.    Were writers ever asked to make changes to

9  their work?

10      A.    Yes.  Sometimes the writer was asked to

11 make the changes, or sometimes Stan would just make

12 it himself, make the change himself.

13      Q.    And when Stan made the changes himself,

14 did he consult with the writer?

15      A.    No.  He might tell us what he was going to

16 do or what he had already done, but it was a case of

17 telling us, not consulting and asking for our extra

18 input or anything like that.  He would let us know

19 and he would try to tell us why he did it.

20      Q.    When you were either assistant editor or

21 associate editor or editor-in-chief -- in any of

22 those editorial capacities -- did you have authority

23 to make changes to materials that were submitted for

24 publication if you believed that changes were

25 appropriate?

Thomas

1

2    A.    Yes.  In the, you know, very earliest days

3    I wouldn't have done that; but gradually Stan let me

4    know as time went on that, you know, that I should

5    -- that I could take, you know, some of this, you

6    know, burden off.  And so it was a practical fact if

7    I was sure that it was something that Stan would

8    want or at least I thought that Stan would want --

9    but I would tend for much of that time, most of that

10   time, until I was at least editor-in-chief to try to

11   check it with him if I could.

12   Q.    Did -- did Stan ever -- if Stan decided.

13        Was it your understanding that Marvel had

14   the ability to use characters that were introduced

15   into its story lines by a writer and artist into a

16   different comic book story line being drawn and

17   written by a different artist and writer?

18        MR. TOBEROFF:  Objection; compound;

19   leading; vague.

20   BY MS. KLEINICK:

21   Q.    You can answer.

22        MR. TOBEROFF:  Assumes facts.

23        THE WITNESS:  If by the ability you mean

24   the right to do it, and the -- yes.

25   BY MS. KLEINICK:

Thomas

1

2    Q.    Was that done -- was that done in the '60s

3  after you got there, where characters that had been

4  introduced into one comic book line title were used

5  in other comic book lines or titles?

6          MR. TOBEROFF:  Same objections.

7          THE WITNESS:  Yes.

8  BY MS. KLEINICK:

9    Q.    You testified that the writer was

10  responsible for writing the dialogue in the comic

11  books; is that right?

12    A.    Yes.

13    Q.    Did artists ever suggest or submit

14  dialogue with their drawings?

15    A.    Yes, the artists wrote what we call margin

16  notes in pencil that was supposed to sort of tell

17  Stan what they were thinking when they did the

18  story, since they were working on his story.  And in

19  some of those notes, besides saying:  This blows up

20  or something, sometimes the artist wrote either what

21  we call direct or indirect, you know, quotations.

22  Either suggested exact dialogue or approximate

23  dialogue.

24    Q.    Who had the final say on what the dialogue

25  would be for the story?

1                        Thomas

2       A.    Well, the writer, subject to Stan.

3       Q.    If a character that one -- that a writer

4   and artist first introduced into a Marvel story line

5   was going to be used in a different story line that

6   was being written by a different writer and artist,

7   did anyone have to go back and consult with the

8   original writer and artist to use that character?

9            MR. TOBEROFF:  Incomplete hypothetical.

10           THE WITNESS:  The person who made all

11      those decisions was Stan.  You didn't have to

12      consult with the other person.  As a matter of,

13      you know, courtesy or information, you might do

14      it; but it was not required.

15  BY MS. KLEINICK:

16      Q.    Who decided which artist would do a cover

17  for a particular issue?

18      A.    Stan.

19      Q.    Were the covers reviewed by anyone before

20  they were published?

21      A.    Well, they were reviewed by Stan, because

22  after they were drawn he wrote the cover copy and

23  then looked it over again after -- after the cover

24  was inked, either by the same artist or a different

25  one.

Thomas

2      Then it was -- then they were reviewed --

3  they were all reviewed eventually by Martin Goodman

4  as publisher, and very briefly as I said by Chip

5  Goodman, and, of course, from '72 to '74 by Stan

6  himself as publisher.

7      Q.    From the time you arrived at Marvel from

8  '65 to '72 were changes ever made to the covers that

9  had been submitted by artists?

10     A.    Yes.

11     Q.    Who would make those changes?

12     A.    That depended upon circumstances.  If the

13 original artist was there or if there was time to

14 either have him come in or to mail it or send it to

15 him, he might be asked to make the changes.

16 Sometimes, either if it was a minor change or if the

17 deadline needs were great or for any other reason,

18 Stan -- especially in consulting with the production

19 manager who had the responsibility with the schedule

20 -- would decide, you know, that it should be done by

21 a staff artist or perhaps a visiting freelance

22 artist who just came in.  It really depended on what

23 the change was and what the time was.

24     Q.    And if an artist's work -- if an artist's

25 work required that changes be made, would the artist

1                            Thomas

2    have been paid for the original work that they

3    submitted?

4              MR. TOBEROFF:  Incomplete hypothetical.

5              THE WITNESS:  Yes, the artist would have

6         been paid.

7    BY MS. KLEINICK:

8         Q.    Between '65 and at least '72 you were paid

9    both a salary and for your editorial work and a page

10   rate for your the freelance writing that you did?

11        A.    Right.

12        Q.    How often were you paid?

13        A.    That's something I am a little vague

14   about.  I know that the salary checks were more

15   frequent than the freelance checks, but I'm -- they

16   both came on Fridays but not always at the same

17   time.  I'm just not certain if we were paid -- I --

18   I feel we were probably paid salary checks every

19   week, and maybe the freelance was every other week;

20   but I'm not 100 percent sure of that.  It all kind

21   of fades together after a while.

22        Q.    Who decided what the page rates for

23   freelance writers and artists would be?

24        A.    Well, Stan had the individual

25   responsibility; but, of course, it was subject to

Thomas

1

2   Q.   Do you recall whether or not there was any

3   legend or stamp on the checks that were issued by

4   Marvel to you for your freelance work at the time

5   you first started working for Marvel in the 1960s?

6        MR. TOBEROFF:  Leading; assumes facts.

7        THE WITNESS:  Yes, there were stamped

8        legends or paragraphs on the back of the checks.

9        I cannot remember offhand if they were on both

10       the freelance and the staff checks.  I know they

11       were on the freelance checks, but I don't recall

12       whether they were on the others.  Because I

13       never -- you know, after a while you just stop

14       paying attention to those.  You just sign the

15       check and that was it.

16  BY MS. KLEINICK:

17       Q.   Do you recall whether the first freelance

18  checks you received from Marvel had a legend or

19  stamp on the check?

20       A.   I know that all the ones I remember did.

21  And I remember back pretty early, but, you know, I

22  couldn't swear the very first one did; but it, you

23  know -- you know, it seemed like it was an ongoing

24  policy.

25       Q.   Do you recall what the legend said?

1                              Thomas
2       A.    Only in a general sense.  I, of course,
3   read it; but, basically, it was saying that the
4   company had -- owned all the -- the copyrights and
5   all of the rights to the material for which I was
6   being -- material or work for which I was being
7   paid.
8       Q.    And was that the same type of language
9   that you recall seeing on all of the checks that had
10  the legends on them?
11      A.    Whenever I read it -- the exact wording
12  may have changed slightly from time, but it was
13  always, you know, words to that effect.
14      Q.    Do you know whether the checks that were
15  given to other writers or freelance artists also had
16  a legend or a stamp on them?
17      A.    I know that they did.  I didn't see
18  everyone's checks, of course; but -- and it was my
19  understanding that they did.
20      Q.    Did you ever discuss the check legends
21  with any of the other freelance writers or artists?
22      A.    I don't recall specific, you know,
23  conversations in detail.  But I know that from time
24  to time we would discuss them, because at first I
25  was a little puzzled seeing all this on here.  You

1                        Thomas

2    have been about two weeks or so.

3        Q.    You testified that there was a script that

4    you wrote, I think it was on an Ironman script that

5    Stan didn't like and revised significantly?

6        A.    Yes.

7        Q.    Is that right?

8        A.    Yes.  He rewrote about 50 percent of it.

9        Q.    Were you paid for the pages that you

10   submitted for that script?

11       A.    That was one of the ones that I was doing

12   as part of the staff writer thing during those first

13   few weeks, so I wasn't paid separately.  It was

14   counted as part of my staff writer salary, so I was

15   paid in that sense, for that and the Dr. Strange.

16   But I think -- I think those.  I know Ironman was

17   and I think Dr. Strange's were all part of the

18   staff's salary.

19       Q.    Were there any materials that you

20   submitted in your freelance capacity that were

21   modified by Stan?

22       A.    Yes.

23       Q.    Were you still paid for the pages that you

24   submitted?

25       A.    Yes.

1          Thomas

2          MR. TOBEROFF:  Leading.

3          THE WITNESS:  I don't really know anything

4     about that, because I wasn't involved with it.

5          MS. KLEINICK:  I'm about to get into a new

6     area so maybe we can take a five-minute break.

7     We have been going for about an hour.

8          THE VIDEOGRAPHER:  This marks the end of

9     video number one of the deposition of Roy

10    Thomas.  We are off the record at 12:06 p.m.

11         THE VIDEOGRAPHER:  This is a continuation

12    of the deposition of Mr. Roy Thomas.  This is

13    video number two.  We're on the record at 12:18

14    p.m.

15  BY MS. KLEINICK:

16    Q.   Mr. Thomas, when you first joined Marvel

17  in the 1960s, was it your understanding that the

18  copyrights to the materials you submitted for

19  publication would be owned by Marvel?

20         MR. TOBEROFF:  Leading; assumes facts.

21         THE WITNESS:  Yes, I assumed Marvel owned

22    the copyrights to whatever I wrote for them.

23  BY MS. KLEINICK:

24    Q.   Was it your understanding throughout the

25  1960s and 1970s that the -- that Marvel would own

1                           Thomas

2    the copyright to the materials that you submitted

3    for publication?

4              MR. TOBEROFF:  Same objection.

5              THE WITNESS:  Yes, it was.

6    BY MS. KLEINICK:

7         Q.    And is that true of the freelance

8    materials that you submitted for publication and the

9    materials that you submitted while in your editorial

10   capacity?

11        A.    Yes.

12        Q.    Did Marvel have a policy to your knowledge

13   in the 1960s and early '70s that it owned the rights

14   to all of the materials that were submitted for

15   publication by either employees or freelancers?

16             MR. TOBEROFF:  Vague.

17             THE WITNESS:  Yes, I understood it and

18        considered that -- considered it's always owning

19        the copyrights, yes.

20   BY MS. KLEINICK:

21        Q.    Was that policy generally understood in

22   the comics industry in the 1960s and early '70s?

23             MR. TOBEROFF:  Calls for speculation.

24             THE WITNESS:  To the best of my knowledge,

25        based on people I talked to over the years, it

1                      Thomas

2      was generally known.

3    BY MS. KLEINICK:

4      Q.    When you say "based on people I talked to

5    over the years," my question was:  Was the policy

6    generally understood in the '60s and early '70s?

7              MR. TOBEROFF:  Calls for speculation;

8      vague.

9    BY MS. KLEINICK:

10      Q.    To your knowledge?

11      A.    The artists and writers in the field --

12    those were the people I was talking about that I --

13    when I spoke to -- they knew that that is what the

14    -- what the company considered -- that it was

15    considered that -- and it was generally accepted

16    with some -- you know, some unhappiness about --

17    about the facts, perhaps; but it was accepted that

18    that was the conditions under which they were

19    working.

20      Q.    Are you aware that there were certain

21    creator-owned comic lines established in the early

22    1970s?

23      A.    Well, I'm aware of the fact that the

24    underground comics, for example, the -- which were

25    done by the youth counterculture and so forth, that

1                       Thomas

2        A.    I was not aware of any work he was doing

3    for any other publisher or whatever, except that

4    from time to time someone who was doing an article

5    -- a magazine or someone -- something that was doing

6    an article on Marvel might commission him to do a

7    drawing, like Esquire magazine did at one stage, and

8    perhaps some newspaper might have asked him to do it

9    separately, but using Marvel characters.  I'm not

10   aware of anything he was doing that wasn't at least

11   Marvel related.

12       Q.    In the 1960s to early '70s who decided

13   which books or series Kirby would work on?

14       A.    Stan Lee.

15           MR. TOBEROFF:  Objection to 1960s again.

16   We have a standing objection.  1960s means --

17           MS. KLEINICK:  It's a standing objection.

18           MR. TOBEROFF: -- after July 1965; is that

19   correct?

20           THE WITNESS:  I always meant it to be.

21           MS. KLEINICK:  You made the standing

22   objection.

23           MR. TOBEROFF:  I understand, but I don't

24   want the record to look like he's talking about

25   the early 1960s when he wasn't there.

                        Thomas

1

2          MS. KLEINICK:  You made your objection.

3          THE WITNESS:  I understand it as being

4     from '65 on, because I wouldn't know anything

5     about an earlier period.  I wouldn't have been

6     paying as much attention.

7  BY MS. KLEINICK:

8     Q.    Did Kirby receive assignments for

9  particular issues or titles?

10     A.    Yes.

11     Q.    Who did he get those assignments from?

12          MR. TOBEROFF:  Asked and answered.

13          THE WITNESS:  He got the assignment from

14     Stan.  It might come through Sol Brodski or

15     someone, but it was always from Stan.  It was an

16     ongoing, you know, kind of thing.  But it had to

17     be renewed every month.

18  BY MS. KLEINICK:

19     Q.    Are you aware of any instance where Jack

20  Kirby submitted artwork for an issue for a series

21  that Stan or Sol had not already assigned him to?

22          MR. TOBEROFF:  Leading.

23          THE WITNESS:  No.

24  BY MS. KLEINICK:

25     Q.    And I think you testified that artists

1                        Thomas

2    were -- artists submitted their finished pencils to

3    either Stan or to Sol for approval; is that right?

4            MR. TOBEROFF:  Misstates testimony.

5            THE WITNESS:  Yes.  He turned it in

6        directly to Stan or Sol Brodski, with the idea

7        that Sol would show them to Stan.

8    BY MS. KLEINICK:

9        Q.   Did -- did artwork that was submitted by

10   freelance artists from the time that you got there

11   in 1965 through the early '70s need to be approved

12   by Stan or Sol before it got published?

13       A.   Yes, it had to be approved by Stan.  Sol

14   didn't really have the authority to approve anything

15   unless he felt that Stan -- he was always acting on

16   Stan's authority, but he wouldn't have approved

17   anything on his own authority.

18       Q.   Was Jack Kirby required during this time

19   period to submit his artwork to Stan for approval?

20           MR. TOBEROFF:  Leading.

21           THE WITNESS:  Yes.  It was turned in to

22       Stan for -- for him as editor, to look at, to do

23       whatever he wanted to do.

24   BY MS. KLEINICK:

25       Q.   Did Stan or any other editor ever make

1                        Thomas

2    changes to the artwork that Kirby submitted for

3    publication?

4        A.    Yes.

5        Q.    Did Stan or any other editor ever ask

6    Kirby to redo anything that he had submitted to your

7    knowledge?

8            MR. TOBEROFF:  Leading.

9            THE WITNESS:  Yes.  They did.  It was not

10       a usual occurrence, but from time to time

11       something had to be redone.

12   BY MS. KLEINICK:

13       Q.    In the instances where changes -- where

14   Stan determined that changes should be made to the

15   artwork that Kirby had submitted for publication by

16   Marvel, would Stan typically have Kirby make the

17   changes or --

18       A.    Are you finished with the question?

19       Q.    Would Stan typically have Kirby make the

20   changes?

21           MR. TOBEROFF:  Assumes facts; leading;

22       compound.

23           THE WITNESS:  He would -- he might have

24       Jack make the change, if Jack were there and

25       available or if there was plenty of time.  He

1                          Thomas

2         might also -- especially, if it was a fairly

3         simple change or something that he felt could

4         easily be handled.  At the office he might have

5         one of the staff artists or production people

6         make it -- whether it be Sol Brodski, the

7         production manager, John Romita, who was an

8         artist on staff, or one of the other staff

9         artists.

10   BY MS. KLEINICK:

11        Q.   Do you recall specific instances where

12   artwork that had been submitted by -- withdrawn.

13             Do you recall specific instances where

14   Stan determined that artwork that Jack had submitted

15   for publication should be changed?

16        A.   I don't recall early instances.  I'd have

17   to go over -- looking over covers and maybe

18   something would occur to me.  I do know that in the

19   late 1969 or '70 period there were a couple of

20   instances where Jack's artwork for one Thor issue

21   and one Fantastic Four issue that was turned in just

22   as he left the company were altered considerably.

23        Q.   Are you aware of any instances where Stan

24   either made changes or directed that changes be made

25   to any of the covers that Kirby submitted for

1                          Thomas

2    publications?

3         A.    I know changes were made from time to

4    time.  I would have to go over a lot of covers to

5    begin to remember specific instances.  I know that

6    changes would be made.  It might just be a hand or a

7    background detail, something like that.  Or it might

8    be a little more substantial.  I know they were done

9    but I don't recall the specific instances.

10        But that was done as a standard on any

11   artist's work, if Stan decided there was a change to

12   be made, he just had it made.

13        MS. KLEINICK:  I think probably now is a

14        good time to take a break for lunch.  It's 1:15,

15        if that works for everybody.

16        THE WITNESS:  It works for me.  I don't

17        need over 15 minutes or something.  You work out

18        whatever you want between you.

19        THE VIDEOGRAPHER:  Off the record at

20        1:15 p.m.

21        VIDEOGRAPHER:  On the record at 2:12 p.m.

22   BY MS. KLEINICK:

23        Q.    Mr. Thomas, when you started working for

24   Marvel in 1965 through 1972, did you see the -- any

25   of the finished artwork -- finished pencils that

1                              Thomas
2    Jack Kirby submitted on any of the stories that he
3    was working on?
4         A.    On many of them.
5         Q.    Do you ever recall seeing any notes or
6    suggested dialogue that Mr. Kirby included on the
7    artwork pages he turned in?
8         A.    Yes.  Pretty invariably, some sort of
9    notes -- whether some of it suggested dialogue, some
10   of it was other comments or plot things.
11        Q.    And do you know on the issues where Stan
12   was the writer whether he -- what he would do with
13   the notes and dialogue that Kirby put in the
14   margins?
15        A.    He would utilize them to make sure that he
16   understood fully what -- what was going on based on
17   Jack's expansion of the plot.  And then he would --
18   as far as the dialogue, he would utilize little
19   snippets of it, or he would make up his own, as far
20   as I could tell when I was examining it and when I
21   was proofreading and marks were often still there.
22   He used very little of the exact wording.
23        Q.    I would like to mark as Thomas Exhibit --
24   I guess we are up to 15 -- a document bearing
25   production number Marvel 15988 through 16125.

1                    Thomas

2    the beginning; whether that was verbal -- or as

3    it was in so many cases -- written.

4         That kind of was part of the

5    writing, and it's part of the payment.

6    Q.    What is the -- have you ever heard

7    of the term Marvel Method?

8    A.    Yes.

9    Q.    What is -- when you came to Marvel

10   in July of 1965, was the Marvel Method in use

11   at that time?

12        MS. KLEINICK:  Objection.

13   A.    Yes.

14   Q.    What is the Marvel Method?

15   A.    The Marvel Method -- sometimes also

16   called the Stan Lee Method -- but it didn't

17   totally originated with him, but mostly arose

18   in the -- I'm not really quite sure -- but it

19   was in place by the time I got there.

20        Because Stan became too busy to

21   write full scripts; and Larry Lieber, who had

22   been writing the scripts from his plots, you

23   know, was either too busy or was doing his

24   westerns and things and somewhat withdrawing

25   from doing the superheros.

1                      Thomas

2           Stan was -- became -- would come up

3   with the idea for the plots, I guess, adapting

4   from the way he had originally done plots that

5   Larry would turn in the scripts.

6           And he simply would give those plots

7   to the artists, who would then draw the story,

8   break them down into pictures, expanding them,

9   whatever needed to be done to break them down

10  into pictures.

11          They would then turn them in, and he

12  would then add the -- he would dialogue it,

13  which means the dialogue and captions -- he

14  would add it later -- instead of writing what

15  we call script in advance, which is the more

16  usual method of writing comic books beforehand.

17      Q.    Are you aware that Stan Lee has been

18  interviewed numerous times in which he has

19  described the Marvel Method?

20      A.    I'm sure he has, yes.  I'm aware of

21  that.

22      Q.    Are you aware that Stan Lee, in

23  interviews, has stated that in 1960s, under the

24  Marvel Method, that artists were expected to

25  plot stories?

1                        Thomas

2          MS. KLEINICK:  Objection; states

3    facts not in evidence.

4      A.    I haven't any knowledge of that.

5            It would have, you know, surprised

6    me; but if he did, he probably misspoke.

7      Q.    Is it your understanding that at

8    Marvel, artists were -- part of their duties

9    were to plot the stories through the -- through

10   their artwork and through notes in the margins

11   and suggested dialogue?

12         MS. KLEINICK:  Objection.

13     A.    We didn't use that, you know, think

14   about that much or use that term then.

15           But as I look back on it, and over

16   the years and analyze it, I realize they

17   were -- I would say co-plotting the stories.  I

18   would not say plotting.

19           When you are given a story idea,

20   even if it is a few sentence, quite often, and

21   certainly if it was more, as it was in many

22   cases, you're certainly not plotting the story,

23   you were co-plotting.

24     Q.    Starting at the time you started --

25   well, whether or not they were co-plotting or

1                     Thomas

2    plotting -- is it correct that artists were, at

3    the time you got to Marvel in 1965, artists

4    were expected to plot stories?

5              MS. KLEINICK:  Objection.

6        A.    They were expected to co-plot the

7    stories.

8        Q.    Okay.

9        A.    As they -- to do whatever is

10   necessary to tell the story; that involved

11   adding elements for the plot.

12             So, I call it co-plotting.

13       Q.    And in your testimony yesterday, you

14   spoke about artists being supplied with a story

15   either in a synopsis or verbally.

16             Which was more common during the

17   time you were working at Marvel?

18       A.    Do you mean what I know of Stan

19   Lee?

20             Or what I know of, say, myself and

21   other writers who came along?

22       Q.    I'm talking about Marvel as a whole.

23             MS. KLEINICK:  Objection.

24       A.    Well, it would depend on the time.

25             And Marvel, as a whole, when I came

1                    Thomas

2   work at Marvel; is that correct?

3       A.    Yes.

4       Q.    Do you know for certain, whether in

5   19 -- mid-1965, when you started work at

6   Marvel, that there was legend on the back of

7   your checks?

8       A.    I, you know, I don't have a picture

9   in my mind of the very first check, but I do

10  know that -- from probably the beginning, and

11  certainly about the beginning; so, therefore, I

12  can only, you know, figure it must have been on

13  all of them that the legend was there.

14           I just probably, you know, I don't

15  remember this first check as such; but every

16  check I remember in those day, had that legend.

17      Q.    But do you have a recollection of

18  checks in 1965 having that legend?

19           MS. KLEINICK:   Objection.

20      A.    Yes.

21           THE WITNESS:   I'm sorry.

22      A.    Yes.

23      Q.    You have a specific recollection of

24  that?

25      A.    Yes.