# EXHIBIT 4

Contains Confidential Portions

Page 1

```
 1
 2            UNITED STATES DISTRICT COURT
 3         SOUTHERN DISTRICT OF NEW YORK
 4  MARVEL WORLDWIDE, INC.,        )
    MARVEL CHARACTERS, INC.,       )
 5  and MVL RIGHTS, LLC,           )
                                   )
 6            Plaintiffs,          )
                                   )   Case No.
 7            vs.                  )   10-141-CMKF
                                   )
 8  LISA R. KIRBY, BARBARA J.      )
    KIRBY, NEAL L. KIRBY, and      )
 9  SUSAN N. KIRBY,                )
                                   )
10            Defendants.  )
    --------------------------)
11            **REVISED**
12         PARTIALLY CONFIDENTIAL
13       PURSUANT TO PROTECTIVE ORDER
14         (Pages 66 through 70)
15    VIDEOTAPED DEPOSITION OF LAWRENCE LIEBER
16            New York, New York
17            January 7, 2011
18
19
20
21
22
23  Reported by:
24  KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25  JOB NO. 35338
```

Contains Confidential Portions

1          L. Lieber

2  remember.

3          I -- I know I was doing, sometime

4  back, I did The Hulk newspaper strip.  That

5  started out with my brother writing it and me

6  drawing it, penciling it, and it didn't do well

7  and he finally said I could write it, and I

8  wrote that for a while.  But it didn't last too

9  long and but I don't remember when these things

10 were.

11     Q.    Okay.  We're going to focus today on

12 the period from 1958 to 1965, so that's fine.

13     A.    Uh-huh.

14     Q.    I think you mentioned that you started

15 working at Marvel in about 1958?

16     A.    I could tell you, yeah, it was -- it

17 was -- well, I remember the date.  This I happen

18 to remember.  June, the end of June.

19     Q.    Okay.

20     A.    About then, yeah.  '58.

21     Q.    And how did you come to work for

22 Marvel?

23     A.    Stan offered me -- I had to earn a

24 living.  I had been living with relatives and I

25 was going to the Art Students League studying

Contains Confidential Portions

Page 11

1                        L. Lieber

2      Journey Into Mystery.

3           Q.     Okay.

4           A.     They had about three stories in the

5      magazine, drawn by different people.

6           Q.     And when you say you were writing the

7      stories, what exactly were you writing?  I mean,

8      what would you -- what would you turn in?  What

9      was the form it came in?

10          A.     Oh, I would turn in the script.

11          Q.     Okay.

12          A.     A script.

13          Q.     Okay.  Can you tell me what did a

14     script look like?

15          A.     What did a script look like?  Well, if

16     it was seven-page story, I would have each page

17     what was on the page.  Usually, there were six

18     panels on a page and I would describe the action

19     in the first -- in the first panel.  I would

20     have to -- I would have to describe the action

21     to the artist in the first panel, and then if

22     there was a caption like so and so entered, you

23     know, here or a monster was coming to town or

24     something, I would have to write the caption and

25     then I would have to write the dialogue.

Contains Confidential Portions

Page 12

1        L. Lieber

2        I also, you know, I also, in doing

3   this, I had to use the sense of the visual.

4   Comics are different from novels in that it's a

5   visual medium, so you have to be -- know that.

6   And it's also sequential, so the artist has to

7   have a sense of sequence and story.  But both

8   are doing them, you know, about playing a part.

9        But a page of script would have panel

10  one, panel two, panel three.  Didn't have to

11  have six panels.  Sometimes if there was a lot

12  of action, you might play up that panel and only

13  have five, let's say, one panel across.

14       Q.   Okay.  So it wouldn't look like -- it

15  wouldn't just be a short story, it would be --

16  it would describe the --

17       A.   Oh, no.  It would be panel by panel.

18  No.  No.

19       Q.   And where would -- how would you get

20  the idea for the story?  How would you know what

21  to write about?

22       A.   Well, my brother made up the plot and

23  gave me a synopsis.

24       Q.   And your brother is?

25       A.   Stan Lee.  I'm sorry.

Contains Confidential Portions

Page 13

1          L. Lieber

2     Q.     And did all of the ideas for stories

3 come from Stan Lee or was there any other way

4 you would get ideas?

5     A.     No, they all came from Stan Lee.

6     Q.     Did you ever work on -- did you ever

7 get artwork that you would then write the

8 dialogue for, or did you always write the script

9 first?

10     A.     I always wrote the script first,

11 except later on, I --

12     Q.     We don't have to worry about -- I'm

13 focusing you, I'm sorry, I'm focusing you on the

14 period 1958 to 1965.

15     A.     I would think during that period I

16 always did, but there was a time -- but I don't

17 know when it was, that's why I started to say

18 that -- when I once or twice did it differently.

19 But I always wrote a script here.

20     Q.     Okay.

21     A.     I always wrote the script.

22     Q.     Who came up with the ideas for the

23 characters that would be in the story?

24     A.     Stan.  Well, wait a minute.  You say

25 the characters?

Contains Confidential Portions

Page 14

1                          L. Lieber

2        Q.     Yes.

3        A.     Stan.  Yes.  Yes.  Stan, yes.  Yes,

4   sure.

5        Q.     Who was responsible for giving you the

6   assignment to write a particular script or a

7   particular --

8        A.     Stan.

9        Q.     When he would give you an assignment,

10  did you have a deadline or something that you

11  had to get it back by a certain time?

12       A.     I remember -- well, I knew I had to do

13  it fast, and the only thing I remember a little

14  more vividly is with I think it was Jack Kirby

15  where he would say Jack needs work and he was

16  concerned about getting it to him.  He said,

17  "Write this," and, you know, sometimes I would

18  write, and if it was weekend, I wouldn't wait

19  until Monday to bring it into the office to give

20  it to Stan, but I remember going over to the

21  West Side, the main post office at night and

22  mailing it.

23             And I was learning to write in the

24  early years so I wasn't too fast, and Jack was

25  very fast and a wonderful, wonderful artist.  So

Contains Confidential Portions

Page 15

1           L. Lieber

2   I used to think, gee, well, you know, he draws

3   faster than I can write, but I -- I wrote and

4   mailed it to him.

5       Q.    When you say you were learning to

6   write, what do you mean by that?

7       A.    Well, when I started, as I said, Stan

8   said to me, you know, I said I'm not a writer.

9   When he's giving me this, I never thought of

10  writing.  He said, and I repeat, he said, "I

11  read your letters and I can teach you what you

12  need."  So he did.  For the first year or two,

13  you know, I was learning.  He would go over my

14  work and, you know, do things.  After a while, I

15  did better and I -- and I enjoyed it.

16      Q.    Did he ever make changes to your

17  stories or the scripts you would turn in?

18      A.    In those days, yes.  Changes in not in

19  the basic story or anything, because I knew how

20  to tell a story as well as anybody, I think, in

21  terms of sequentially and what to draw, what to

22  tell the artist.  That was one area because I'm

23  wanting to be an artist myself, and I thought I

24  had a very good sense of the drama and what to

25  put down, what to draw.

Contains Confidential Portions

1                    L. Lieber

2          But writing was a little different.

3   Stan had his own way of writing and his own --

4   using as few words as possible, making them

5   count, and he -- he was a good editor.  So I

6   learned from him.  I learned well enough that I

7   was able to give a course some years later for

8   him.

9      Q.    You mentioned that Stan would give you

10  the synopsis or the plot.  How?  How would he

11  give that to you?  Would he --

12     A.    As far as I remember, it was -- you

13  mean written.  He would give it written to me.

14     Q.    And then after you did the assignment

15  and you -- what would happen?  Then you would

16  bring it to the office?

17     A.    I would grow to the office with it.

18  Yeah, I would bring it to the office.

19     Q.    And what would happen next?

20     A.    He would go over it and, as I said, if

21  it were in the early years, he might correct or

22  change a line or two.  But he always used it.

23  He, he -- I never had to, you know, go home and

24  do it again.  He was very easy, he was showing

25  me.  He said, "Oh, you could have said this.

Contains Confidential Portions

Page 17

1                        L. Lieber

2      You could have done that," and he'd make some

3      little corrections.  And as time went on, he had

4      fewer to make.

5          Q.    Do you know what would happen to the

6      script after Stan went over it and made whatever

7      changes?

8          A.    Yeah.  It would be sent to the artist,

9      I would guess.

10         Q.    Okay.

11         A.    Whether it was, you know, the various

12     artists, yeah.

13         Q.    Did you ever -- did you have any

14     contact with the story after you turned it in

15     and made whatever changes?

16         A.    No.

17         Q.    Did you ever have discussions with

18     artists about the stories or the scripts?

19         A.    No.

20         Q.    You mentioned Jack Kirby.  Did you

21     ever have any interactions with Jack Kirby when

22     he was drawing scripts that you had done?

23                MR. TOBEROFF:  Assumes facts.

24         A.    What's that?

25         Q.    Let me take a step back then.

Contains Confidential Portions

Page 19

1                          L. Lieber

2       A.      Yes.

3       Q.      Do you know the story behind the

4  creation of Thor?

5       A.      No.

6       Q.      Do you know who came up with the idea

7  for Thor?

8       A.      No.

9       Q.      Did you ever work on the comic Thor?

10      A.      Yes.

11      Q.      What was your involvement?

12      A.      I got the synopsis, the plot from

13  Stan, and I wrote the first script of Thor.

14  That was it.

15      Q.      And when you say "the script," that's

16  what we were talking about before that told

17  panel by panel?

18      A.      Panel by panel and description of it,

19  yes.

20      Q.      Did you see any artwork on Thor before

21  you wrote the script?

22      A.      I don't recall seeing any.  I don't

23  know.

24      Q.      Do you know who, after you turned in

25  the script, do you know who the artist was that

Contains Confidential Portions

Page 20

1                      L. Lieber

2   drew Thor?

3        A.    I believe it was Jack Kirby.

4        Q.    Did you have any conversations or any

5   interactions with Jack Kirby about the Thor

6   book?

7        A.    No, not that I recall.

8        Q.    Did you come up with any of the names

9   in Thor?

10       A.    Yes.

11       Q.    What did you come up with?

12       A.    The civilian name of Don Blake I made

13  up.  And I also came up with his hammer.  I made

14  that, which people know about.  My Uru hammer, I

15  created that.

16       Q.    And where did you get the name Uru

17  hammer?

18       A.    I just made it up, as far as I know.

19  I might have read it.  I used to -- Stan liked

20  the way I made up names, civilian names, and I

21  used to, from my years of doing these, what do

22  you call it, these fantasy books, monster books,

23  and I used to look at the back of dictionary,

24  Miriam Webster had biographical names and

25  geographical, so I would look in towns and if I

Contains Confidential Portions

Page 21

1                        L. Lieber

2    liked the town, I might put it.  And it was kind

3    of fun and he liked what I did.

4            Now, I don't know if I found "Uru"

5    someplace or I just made it up or whatever.  I

6    know I made it short because I felt that Thor

7    might be around a while and I was always

8    worrying about the letterer or somebody.  I was

9    worrying about somebody else's feeling, and I

10   figured, well, if I make it U-R-U, there's not

11   that much to letter.  And since nobody knows the

12   name of it, I'll make it a short name.  So

13   that's why I did that.

14           And Don Blake I just thought sounded

15   like a doctor and, you know, to fit the

16   personality.  I tried to get names that fit

17   the -- the person.

18       Q.    Who came up with the name Thor, the

19   hero name?

20       A.    Not me.  I don't know.  Stan, I guess.

21   But I don't -- yeah, yeah, Stan.

22       Q.    And just to follow up on something you

23   said, you mentioned a letterer, what was the job

24   of the letterer?

25       A.    Well, when the -- when the -- I give a

Contains Confidential Portions

1          L. Lieber

2    and I made it up."  He looked a little surprised

3    and walked away, and then I stopped writing it

4    and he would -- I don't know if he was writing

5    it or somebody else, but they gave it another

6    name, which I believe was the authentic name

7    from Bulfinch's Mythology.  So ...

8        Q.    Was it the usual practice that you

9    would write a book for a few issues and then you

10   would move on to something else?

11       A.    It seems that way.  You know, I don't

12   remember.  I -- I've been looking at the books

13   and it seems with a few of them I did.  I -- I

14   wrote a few books, the first issue or the first

15   couple issues, yes.  I don't, yeah, I don't know

16   how it came about that way and why I moved on.

17   I don't recall.

18       Q.    Who would make the decision about who

19   was going to write the scripts for a book?

20       A.    It would be Stan, I'm sure, as the

21   editor.

22       Q.    Are you familiar with a comic called

23   Iron Man?

24       A.    Yes.

25       Q.    And what was your involvement with

Contains Confidential Portions

Page 24

L. Lieber

1
Iron Man?

3     A.     I wrote the first script for Iron Man

4  also.

5     Q.     And who asked you to write the first

6  script for Iron Man?

7     A.     Stan.   Stan Lee.

8     Q.     Stan Lee.  And what -- what did he

9  provide you with or what did he ask you to do?

10          MR. TOBEROFF:  Assumes facts.

11    A.     I'm sorry, I --

12    Q.     If you understand the question, you

13  can --

14          MR. TOBEROFF:  That's okay.  I'm just

15     objecting for the record.

16          THE WITNESS:  Oh, okay.

17          MS. SINGER:  Lawyer stuff.

18    A.     What was the question, if I may?

19    Q.     Fair enough.  How, how did you come to

20  write the first script for Iron Man?

21    A.     He made up a character and he

22  wanted -- and he asked me to write it.  And he

23  told me the plot, you know, somehow I got

24  synopsis, and I -- and I wrote it.  And again, I

25  made up the civilian name.

Contains Confidential Portions

Page 25

1              L. Lieber

2      Q.    And the "he" there is Stan Lee?

3      A.    Thank me for Anthony Stark.

4            I'm sorry, what?

5      Q.    I'm sorry, the "he" in that was Stan

6  Lee?

7      A.    Yes, Stan Lee.

8      Q.    So you came up with the name Anthony

9  Stark?

10     A.    Yes.

11     Q.    And where did you come up with that

12 name?

13     A.    I don't know, but I guess I -- I had

14 been writing so many.  Again, either I just made

15 it up or I felt it was a name that would fit a

16 guy who was very, very rich and a lady -- you

17 know, I wanted -- I thought it sounded

18 distinguished and wealthy or something.  Anthony

19 Stark.

20     Q.    I agree.  I like it.

21           After you wrote the first -- strike

22 that.  I'm sorry.  And the script that you wrote

23 for Iron Man, was that a full script with the

24 panel breakdown?

25     A.    Yes.  Yes.

Contains Confidential Portions

1                    L. Lieber

2        Q.    Okay.  After you finished writing the

3    first script for Iron Man, what happened?  What

4    did you do next with the script?

5        A.    I sent it to the artist who -- yeah.

6    Or else I -- I either brought it to the office

7    and handed it to Stan, who must have sent it, or

8    else I sent it.  I don't know.

9        Q.    Okay.

10       A.    Probably I brought it to the office, I

11   would say.

12       Q.    Do you know who the artist was who

13   drew the first Iron Man?

14       A.    You know, I don't remember.  It was

15   either Jack or Don Heck, I think.  Other people

16   know, and if I had the book, I could tell you.

17   I think it might have been Don Heck, but I'm not

18   sure.

19       Q.    Did you ever look at the penciled

20   drawings after or look at the inked drawings or

21   look at the final book after you had turned in

22   the script?  Did you look at a book again?

23       A.    No, I would say I don't recall looking

24   at the book.  I don't recall anything until the

25   book came out and I got a copy of it and saw.

Contains Confidential Portions

Page 27

```
1                    L. Lieber
2    There would be no reason for me to look at it.
3        Q.    Okay.  Do you know whether -- strike
4    that.  I'm sorry.
5              Did you come up with any of the other
6    elements of Iron Man?
7        A.    You mean the -- in the story parts?  I
8    don't recall.
9        Q.    Okay.
10       A.    I really don't.
11       Q.    Let's talk about Ant-Man.
12       A.    That was another one I wrote, and I
13   came up with his name too.
14       Q.    What was Ant-Man's name?
15       A.    Henry Pym, P-Y-M.
16       Q.    And how did you come up with his name?
17       A.    I think I probably -- in the back of
18   Miriam Webster somewhere there was somebody Pym.
19   And I thought "Henry" sounded like a scientist
20   and "Pym" made it catching and different and
21   exotic.  So I came up with that.
22       Q.    How -- what was your involvement,
23   besides coming up with the name Henry Pym, what
24   was your involvement?
25       A.    I think I wrote the first -- the first
```

Contains Confidential Portions

Page 28

1                       L. Lieber

2    script.  I think I did.  I believe I did.

3        Q.    And how did you come to write the

4    first script?

5        A.    The same way as the other.  Stan had

6    said he had an idea for a character, he wanted

7    to write the story and for one of the books and

8    told me or gave me, you know, a synopsis and I

9    went home and wrote it.

10       Q.    Do you remember what the plot was for

11   the first Ant-Man?

12       A.    No.  No.  I'm sorry, I don't.

13       Q.    What did you do after you finished

14   writing the script for the first Ant-Man?

15       A.    Well, either I sent it to the person.

16   I think the Ant-Man, I think it was Jack Kirby

17   who drew it, so I would have either sent it to

18   him, if it was late, or I would have brought it

19   to the office and then handed it to Stan.

20       Q.    And just to be clear, the -- when you

21   wrote the script for Ant-Man, that was also with

22   the full breakdown of the panels?

23       A.    I believe so.

24             MR. TOBEROFF:  Objection to form.

25       Q.    That's fine.  He just didn't like my

Contains Confidential Portions

Page 30

1                           L. Lieber

2    you missed Milly when she was handing out the

3    checks, then you went to bookkeeping and went

4    over to Milly and she opened her drawer and

5    said, "Here's your check."  But if you didn't

6    come into the office, I don't remember if they

7    sent them to you.  Maybe they then sent them to

8    you at home.  I -- I don't recall getting it at

9    home.  I know I got paid.

10       Q.    That was my next question.  Did you

11   get paid for all the work you did for Marvel?

12       A.    Yes.  Yes.

13             MR. TOBEROFF:  Objection.

14       Q.    Do you know what Milly's last name

15   was?  Do you remember?

16       A.    No.

17       Q.    Okay.

18       A.    No.

19       Q.    When you received -- were you always

20   paid by check from Marvel?

21       A.    You mean as opposed to cash?

22       Q.    Yes.

23       A.    No.  It was always check.  Always

24   check.

25       Q.    Do you recall --

Contains Confidential Portions

1          L. Lieber

2          MR. TOBEROFF:  Just a second.  Could

3      you do me a favor and just pause before

4      answering a question so I have room to

5      object before?  I'm supposed to object

6      before you answer.

7          THE WITNESS:  Yes.

8          MR. TOBEROFF:  I'm supposed to object

9      before you answer.

10          THE WITNESS:  Okay.

11          MR. TOBEROFF:  Sometimes if you answer

12      too rapidly, I would be talking over you.  I

13      don't want to do that.

14          THE WITNESS:  Okay.

15          MR. TOBEROFF:  Thank you.

16  BY MS. SINGER:

17      Q.   When you would receive a check from

18  Marvel, was there anything printed on the check

19  besides, you know, your name and the amount?

20          MR. TOBEROFF:  Objection.

21      A.   Yes.

22          MR. TOBEROFF:  Go ahead.

23      Q.   You can answer.

24      A.   I paused.

25      Q.   Good work.

Contains Confidential Portions

Page 32

1          L. Lieber

2          Was there anything, just to be clear

3     so for the record --

4     A.    Yes, there was something printed on

5     the back.

6     Q.    And what was printed on the back of

7     the check?

8     A.    I don't recall the exact words, but

9     the gist of it was that I was giving up all

10    rights to it, that the work, you know, now is

11    with the company and -- and I don't remember the

12    exact wording, but I think it was something

13    "giving up your rights" or "all rights."  That

14    was the way I interpreted it anyway.  I didn't

15    think much about it because I felt the only

16    reason I was doing it was to get paid, you know.

17    Q.    And do you recall that those words or

18    something to that effect being on the back of

19    every check you got from Marvel for that period

20    from 1958 to '65?

21          MR. TOBEROFF:  Objection as to form.

22    A.    I don't know the year, you know, all

23    the years and I don't know if it was.  I

24    remember in the early years seeing it.

25    Afterwards, I had been so used to it that I

Contains Confidential Portions

Page 33

1                              L. Lieber

2     wouldn't have noticed if it was still there or

3     not.  I didn't think anything of it, so I don't

4     remember if it lasted until '65 or when it

5     stopped or occasionally or whatever.

6          Q.    Do you have any recollection that it

7     stopped at some point?

8          A.    No.  No.

9          Q.    Let's talk about The Rawhide Kid.  Did

10    you have any involvement in The Rawhide Kid?

11         A.    Oh, yes.  Yes.  I wrote The Rawhide

12    Kid and I drew it.  It had been written, yeah,

13    before me by Stan and Jack Kirby.

14         Q.    So did you write the first issue of

15    The Rawhide Kid?

16         A.    No.  No.  No.  No, I -- I, no, it --

17    it came when Jack moved on to doing

18    super-heroes.

19         Q.    What -- how did you come to work on

20    Rawhide Kid?

21         A.    I don't remember whether I initiated

22    it or Stan offered it to me.  I -- I liked -- it

23    was an opportunity for me to write and draw the

24    same strip, and that appealed to me.  I felt I

25    would have more control over it.  And at that

Contains Confidential Portions

1          L. Lieber

2          MS. SINGER:  19 out of 20 -- 19 out of

3      30, I'm sorry.  The very last line on page

4      19.

5          MR. TOBEROFF:  "Getting back to the

6      writing aspect"?

7          MS. SINGER:  Yes, carrying over.

8      Q.    And you say, "They were full scripts

9  and I didn't think of Jack when I wrote it at

10 all.  All I thought of was will Stan like this

11 or will he tell me, 'Larry, this isn't good, you

12 can't do this.'  I didn't want to hear something

13 like that."

14          Is that consistent with your

15 recollection?

16     A.    Yes.

17     Q.    There's a reference here to "Marvel

18 style."  Do you know what that is?

19     A.    I believe so.  You want me --

20     Q.    What's your understanding of what

21 Marvel style was?

22     A.    The Marvel style is what Stan did, or

23 I think I said in the interview it began around

24 the time of the super-heroes and with Jack

25 Kirby, perhaps with others, I don't know.  Jack

Contains Confidential Portions

Page 48

1                    L. Lieber

2    might have been -- I think Jack was the first.

3    And where he would discuss a story or a plot

4    with the artist and the artist would write it --

5    not write, I'm sorry.  The artist would lay it

6    out and draw it with enough knowledge about what

7    the story is and leave room for dialogue to come

8    later.

9        Q.    And the "he" there was Stan Lee?

10       A.    I'm sorry?

11       Q.    The "he" when you said "he"?

12       A.    Stan Lee.  It would be Stan Lee and

13   the artist.

14       Q.    Okay.

15       A.    Yeah, that would be -- and I think

16   that was called the Marvel style.

17       Q.    The way -- when we talked about the

18   first script for Iron Man and the first script

19   for Thor and the first script for Ant-Man, were

20   those Marvel style?

21       A.    No.

22             MR. TOBEROFF:  Objection to form.

23       Q.    Was the first scripts for Marvel --

24   strike that.  Let me start again.

25             Were the scripts that you wrote for

Contains Confidential Portions

Page 49

1                    L. Lieber

2    Iron Man, Ant-Man and Thor, were those Marvel

3    style?

4        A.    No.

5              MS. SINGER:  Can we take just go off

6        the record for just two minutes?

7              MR. TOBEROFF:  Sure.

8              MS. SINGER:  Because I might be done.

9              THE VIDEOGRAPHER:  The time is 12:07

10       P.M.  We're now off the record.

11             (Pause in the proceedings.)

12             THE VIDEOGRAPHER:  The time is

13       12:07 -- I'm sorry, 12:08 P.M.  We're now on

14       the record.

15             MS. SINGER:  Mr. Lieber, I have no

16       further questions.  So now it is Mr.

17       Toberoff's turn.

18             MR. TOBEROFF:  Why don't we take a

19       five-minute break to organize some of the

20       exhibits.

21             MS. SINGER:  Okay.

22             THE VIDEOGRAPHER:  This concludes tape

23       number 1.  The time is 12:08 P.M.  We are

24       now off the record.

25             (Recess.)