# EXHIBIT 5

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3

4    MARVEL WORLDWIDE, INC.,              )
     MARVEL CHARACTERS, INC. and         )
5    MVL RIGHTS, LLC,                     )
                                          )
6                        PLAINTIFFS,     )
                                          )
7            vs.                          ) No. 10-141-CMKF
                                          )
8    LISA R. KIRBY, BARBARA J. KIRBY,    )
     NEAL L. KIRBY and SUSAN N. KIRBY,   )
9                                         )
                        DEFENDANTS.      )
10   _____)

11

12

13

14          VIDEOTAPED DEPOSITION OF NEAL KIRBY

15              Los Angeles, California

16           Wednesday, June 30, 2010

17

18

19

20

21

22

23   Reported by:

24   SUSAN A. SULLIVAN, CSR #3522, RPR, CRR

25   JOB NO. 31595

1      A     That's correct.

2      Q     Would you state their full names and birth

3  dates for me if you can.

4      A     My oldest sister is Susan.  Her birth date

5  is December 6, 1945.  My sister who is slightly

6  younger than me is Barbara.  Her birthday is I

7  believe November 26th and I think that -- I think she

8  was born in '53.  And my youngest sister is Lisa and

9  I believe her birthday, I'm going with September 6th

10  on this one.

11      Q     September 6th?

12      A     If I recall right.  Well, let's see.  She

13  is about 13 years younger than I am so that would

14  be -- she was probably born in '61, I guess.

15      Q     Somewhere I had a note that Barbara was

16  born in '52.  Is that possible?

17      A     It is possible, yes.

18      Q     And what is your birth date?

19      A     My birthday is May 25th, '48.

20      Q     Do you have any children?

21      A     Yes, I do.

22      Q     How many?

23      A     I have two children by my first marriage

24  and one with my current wife.

25      Q     And would you just give me the names of

Page 55

1       MR. TOBEROFF:  Let's take a short break.

2       MR. FLEISCHER:  Let's go off the record.

3       THE VIDEOGRAPHER:  This marks the end of

4   DVD Number 1.  Off video at 11:42 a.m.

5       (Recess)

6       THE VIDEOGRAPHER:  Back on video at 11:51

7   a.m.  This marks the beginning of DVD Number 2

8   of the video deposition of Neal Kirby.

9   BY MR. FLEISCHER:

10      Q    Mr. Kirby, have you ever discussed the

11  termination notices which are the subject of this

12  lawsuit with Mr. Evanier?

13      A    No, not with Mr. Evanier.

14      Q    Have you ever discussed the termination

15  notices with anyone other than Mr. Toberoff or a

16  member of his law firm?

17      A    Not that I can recall, no.

18      Q    Did you ever attend any meetings between

19  Mr. -- you are Mr. Kirby -- between Jack Kirby and

20  anyone at Marvel at the time Mr. Kirby was working

21  for Marvel?

22      A    No, I was not -- if I went into the office,

23  I wasn't party to any meeting.

24      Q    I'm sorry, you said you went with him to

25  the office but you didn't attend any meetings?

1    A    Yes, as a child, as a kid occasionally my

2  parents were nice enough to let me play hooky once in

3  awhile and I would go sit in with my father if he had

4  to go and bring in artwork and go up to Marvel's

5  office and just kind of sit and wait for him; a

6  little bit later go to the zoo or something.

7    Q    Did you have an understanding at that time

8  about who your father was meeting with when he went

9  to the offices of Marvel?

10    A    I would just assume he would be meeting

11  with Stan Lee or some other person in charge, I

12  guess.

13    Q    Do you have any recollection of discussing

14  with your father any of the meetings he had had with

15  Stan Lee?

16    A    No, I don't.

17    Q    Was it your father's practice to talk with

18  you about the subject of those meetings or not?

19    A    No, not really.  I don't recall right now.

20    Q    Did you have an understanding of the

21  purpose of the meetings your father was having with

22  Mr. Lee or anyone else who might have been behind

23  that closed door?

24    A    Well, I suppose you might say as a kid it

25  was my understanding he was bringing his artwork to

1   New York, gave it to them; they looked at it, they

2   bought it or didn't and on he went.

3       Q    Did you have any understanding at the time

4   that part of the function of the meetings was to

5   discuss future assignments or work?

6           MR. TOBEROFF:   Assumes facts.

7       A    No, I didn't.

8       Q    Am I correct then that you have no

9   knowledge whatsoever of any discussions between your

10  father and Stan Lee concerning your father's work for

11  Marvel?

12      A    I was never a party to any discussion.

13      Q    Did your father ever tell you anything Mr.

14  Lee had said to him?

15      A    He never -- I don't recall.  I don't recall

16  anything specific where my father said something like

17  Stan said this or anything, no.

18      Q    Do you have any recollection of your father

19  bringing in artwork that Marvel did not pay for?

20      A    Yes, I do because, I know from time to time

21  it was kind of a topic of discussion at the dinner

22  table where my father would be upset, he might have

23  brought in some pages and whatever might have been

24  something that they didn't like with the pages and

25  they had to redo them and I would know he and my

Page 64

1   don't recollect specifically, only that it was at

2   dinner so I would assume that Susan and Barbara might

3   have been there.

4        Q    Are there any documents or drawings or

5   articles that you could refer to to refresh your

6   recollection of which you are aware about the

7   specifics of the discussions that you were privy to

8   between your mother and father?

9        A    I'm not aware of any, no.

10       Q    Did you have an understanding one way or

11  another as to whether the work your father presented

12  to Marvel was being done as a result of a request by

13  Marvel that your father do the work?

14       A    I don't recall as a child, you know,

15  knowing that, knowing the circumstances under which

16  he did the work, only that he did do the work and

17  occasionally brought into New York City.  Like I

18  said, it was my understanding at the time, he would

19  bring it in, they would look at it, they would buy it

20  or they didn't.

21       Q    Apart from this one Thor drawing, can you

22  recall any instance that you witnessed that your

23  father brought in work that he did not -- that he

24  returned home with?

25       A    Not when I was with him, no.

Page 69

1   co-created for other publishers.

2        A    I believe characters such as Fighting

3   American, there were some horror comics that he did,

4   Black Magic and Young Romance during the late

5   forties, early fifties, some -- honestly I don't know

6   if it was the Marvel or pre-Marvel entity in terms of

7   the characters but Challengers of the Unknown, The

8   Fly which he did with Joe Simon.  Oh, I'm sorry, am I

9   not -- I'm moving out of the way there.

10            He did, let's see, Ant-Man.

11       Q    Ant-Man, did you say?

12       A    I believe it was called Ant-Man, yes.

13       Q    A-n-t?

14       A    A-n-t, yes.

15       Q    Do you know whether Ant-Man was published

16   by Marvel?

17       A    No, I don't.  I don't know who the

18   publisher is.

19       Q    Okay.  Any others come to mind?

20       A    Not that I -- I'm sure that there are many

21   more.  I can't recall any at this particular moment.

22       Q    Do you have any firsthand knowledge of your

23   father working on any character or story which is the

24   subject of one of the termination notices here before

25   being asked by Stan Lee or someone else at Marvel to

1    Q    But my question is do you know whether any
2    of those characters was created -- do you have
3    knowledge one way or the other as to whether those
4    characters were created pursuant to specific
5    assignments or commissions by Marvel?
6    A    No, I don't.
7    Q    Forgive me if I've asked this before, it is
8    not my intention to repeat questions, but did your
9    father ever discuss with you or in your presence any
10   assignments he had received from Marvel or Stan Lee?
11        MR. TOBEROFF:  Assumes facts not in
12   evidence.
13   A    Not that I can recollect right now.
14   Q    Do you know how your father was paid for
15   the work he did and was published by Marvel?
16   A    Well, like I said previously, he would
17   bring the work when I was there, anyway, he would
18   bring the work to New York, bring in the pages, and I
19   believe he got paid by check in the mail.
20   Q    Do you know the basis for the payments that
21   he received for the work?
22   A    He got paid by the page that they bought.
23   Q    And was that something that you knew at the
24   time or something that you have learned since?
25   A    No, I knew that at the time.

1      Q     Did you have an understanding at the time

2  that that was consistent with the way other comic

3  book artists were paid?

4      A     Yes, I did.

5      Q     And how did you come by that understanding?

6      A     In just by kind of, you know, discussion.

7  I could not tell you the specific time or instance

8  but I know from time to time, you know, he said

9  that's how he got paid, by the page.

10      Q     Did you have an understanding at the time

11  how much he was being paid by the page?

12      A     No, I didn't.

13      Q     Did he ever discuss financial matters in

14  your presence?

15      A     No.

16          MR. TOBEROFF:  Excuse me.  Give me time to

17      object to the question before you answer.

18          THE WITNESS:  Sorry.

19          MR. TOBEROFF:  Vague and ambiguous as to

20      "financial matters."

21      A     If you are referring to how much he got

22  paid, no.

23      Q     Did he ever discuss how much he got paid in

24  relation to other comic book artists?

25      A     No.

1    in front of me, if that's what you are referring to.

2        Q    You indicated that you weren't privy to the

3    conversations that occurred between your father and

4    Stan Lee or others at Marvel even when you were at

5    the offices.

6        A    That's correct.

7        Q    But when he came home or when he left the

8    Marvel office and you were together did he ever

9    indicate that he had been asked to make changes in

10   pages?

11       A    I don't recall him like at any particular

12   time when I was watching him draw, I don't recall him

13   at any particular time going, "Oh, I need to make

14   this change because they asked me to," no.

15       Q    Is it possible that your father had

16   delivered work to Marvel and was asked to make

17   changes and, in fact, took the work home and did make

18   changes and resubmitted it?

19           MR. TOBEROFF:  Calls for speculation.

20       A    I would have no way of knowing that.

21           MR. FLEISCHER:  Marc, your objections are

22       speaking objections and I have not taken issue

23       with it but the objection that you are supposed

24       to make is objection to form.  You are not

25       supposed to say assumes facts, you are not

1      A    Yes.  Because he had either created or

2  co-created most of their characters, if not all of

3  their characters during that timeframe.  If it wasn't

4  for him the company might have and probably would

5  have gone down the tubes.  And he put all of his

6  heart and work and effort, even 16, hours a day, I

7  remember that, doing all this work and got paid by

8  the page and Marvel and other people at Marvel got

9  very wealthy.

10     Q    Was she referring to anyone in particular

11 when she said Marvel and other people at Marvel got

12 wealthy?

13     A    Well, in particular Stan Lee and, you know,

14 Marvel as a corporate entity, yes.  And I should say,

15 I would like to say it wasn't so much the matter of

16 the wealth, that was probably a poor choice of words

17 on my part.  I think the genuine really cause for her

18 upset is that he never really got due credit for what

19 he did.

20     Q    Did she ever indicate to you that he had

21 been treated differently than other talented comic

22 book creators during the time that he was working for

23 Marvel and other publishers?

24     A    Treated differently in what respect?

25     Q    Either in terms of payment or credit or any

1    other aspect of the work.

2            MR. TOBEROFF:   Compound.

3        A    I don't recall ever discussing with my

4    mother how much my father was paid by the page in

5    relation to any other artist, no.

6        Q    Did you have an understanding that your

7    father -- withdrawn.

8            Did you have an understanding that other

9    comic book artists were paid by the page during the

10   time that your father worked in the industry?

11       A    Yes.   I guess it was you might say common

12   knowledge that that's how comic book artists were

13   paid.

14       Q    And was it your understanding that the

15   writers of comic books were also paid by the page?

16       A    That I had no knowledge of.

17       Q    Do you recall ever having a discussion with

18   your father with respect to the contribution, if any,

19   that Stan Lee or other writers at Marvel had to the

20   stories that he was working on?

21       A    I know my father was -- there were times

22   when he was visibly upset if Stan Lee, say, would

23   take credit for something my father was done or

24   didn't get due credit for something that my father

25   had done.

1   the course of, I don't know from, maybe when I was

2   eight years old onward, maybe even younger, up until

3   I left for college it was kind of my daily habit.  I

4   would come home from school, go downstairs, you know,

5   say hi to my father, see what he was working on, you

6   know.  He would kind of tell me what he was drawing,

7   what he was doing.

8           I would go upstairs, get a snack, get my

9   books and I would go back down in the basement to do

10  my homework because I kind of liked being in

11  proximity.  And I was doing homework, go into the

12  studio and watch, go back out and do homework.  And

13  eventually we would get my homework done and we would

14  watch T.V. together.  At least I watched T.V. while

15  he worked.

16      Q    Now did your father ever discuss with you

17  any deadlines he had in connection with the work that

18  he was doing for Marvel?

19      A    He would occasionally say that, you know,

20  that he had to get a certain story in by a certain

21  day or something to that effect.

22      Q    And I think you said that at certain points

23  in time your father often worked into the -- worked

24  16- to 18-hour days.

25      A    Yes.

1   Q    If I recall your testimony earlier.

2   A    Uh-huh.

3   Q    Do you know why he worked those long hours?

4   A    He worked those long hours because he was

5   getting paid by the page.  The more pages he could

6   do, the more money he earned.

7   Q    Do you recall whether those hours had

8   anything to do with his effort to meet specific

9   deadlines?

10   A    Specifically, I couldn't say.  Those long

11   hours were consistent over the years.  It wasn't like

12   a deadline coming up, I'm going to work long hours.

13   Those were his consistent hours.

14   Q    Would you say those were his consistent

15   hours between 1958 and 1963?

16   A    I would say at least in the period of my

17   good memory, if you wanted to do that, at least in

18   the -- through, say, early sixties through when I

19   went off to college, yes.

20   Q    Just to set the context for how old you

21   were at the time, in 1958 you would have been 10,

22   correct?

23   A    10, yes.

24   Q    And when would you put the point at which

25   your recollection is its best with regard to the

1    events concerning your father's work?

2        A    Probably from that point to when I went,

3    left for college in September of '66, and my

4    recollection during those years was that he always

5    kept very long work hours.  He would start working

6    around lunchtime usually and would work until usually

7    3:00 or 4:00 in the morning.  Sometimes -- sometimes

8    he had to start earlier and sometimes he would go

9    later.  But always put in a lot of hours, usually

10   six, seven days a week.  There wasn't any weekend he

11   didn't work.

12       Q    Did you have any sense at the time, at any

13   point between the time that you were 10 and you went

14   off to college as to where in the spectrum of comic

15   book artists' compensation your father stood?

16       A    At that time, no.

17       Q    Did you later come to have an understanding

18   about where he stood in the spectrum from low to high

19   of compensation during those years?

20       A    I never had an understanding or I never

21   knew where he stood let's say in relation to a

22   specific artist and I never knew exactly how much he

23   got paid for, you know, per page.  I mean, however,

24   obviously I -- they had a house and we all ate every

25   day so I assume he made enough money.

1   your father confided work-related issues in the

2   fifties or sixties at any time?

3       A    No, I'm not aware of any.  There might have

4   been but not that I can recall.

5       Q    You were never present at a conversation

6   where you heard your father discussing work issues

7   with another non-family member; is that correct?

8       A    Correct.  That would be correct.

9       Q    I want to go through a few specifics with

10  regard to some of the characters that are the subject

11  of the termination notices at issue in this and let

12  me start with Spider-Man.

13          Do you have any information with regard to

14  the circumstances under which the Spider-Man

15  character was created?

16      A    I'm not -- I'm not aware of any specific

17  information as to the creation of Spider-Man.

18      Q    Do you know if your father created the

19  Spider-Man character or co-created the Spider-Man

20  character?

21      A    I'm aware that he had a hand in the

22  beginnings of the character and in the design of the

23  character.  You know, again, as to meetings that

24  might have taken place, I wouldn't have been privy to

25  that.

1   Spider-Man was created with your sister Lisa?

2        A     No, I haven't, that I can recall.

3        Q     How about with Barbara or Susan?

4        A     No, I don't recall discussing that with

5   them.

6        Q     Do you have any specific information with

7   regard to your father's contribution, if any, to the

8   actual creation of the character other than penciling

9   the cover for the first issue?

10       A     That's -- he may have done more.  I don't

11  have, that I can recall, any other specific

12  information.

13       Q     Were you ever told by your father that he

14  had been assigned to draw the first Spider-Man and

15  that his style of drawing was ultimately determined

16  by Stan Lee to be too heroic for the character?

17            MR. TOBEROFF:  Compound.

18       A     If I recall at the time Spider-Man was

19  being created and the script started, I know he did

20  mention that because of all the other strips that he

21  was doing, FF and Thor and so on, that he was too

22  busy to do Spider-Man.

23       Q     And did he tell you that at the time?

24       A     I believe it did come up.  Again, I

25  couldn't recall a specific date or time or how the

1   he would get upset when Spider-Man was brought up, so

2   to speak, you know, that, again, he and others

3   involved basically didn't get any credit.

4        Q    Of your own firsthand knowledge do you know

5   whether the concept for the Spider-Man character and

6   the basic powers of a Spider-Man character were

7   conceptualized initially by Stan Lee or someone else?

8        A    Well, I would say my firsthand knowledge,

9   my first guess would be my father just because of

10  his -- just his knowledge of science, his use of

11  science fiction in stories, just in his if you want

12  to call it pattern, for lack of a better word, of how

13  do you get a human to have super powers, you know,

14  without direct intervention from God.  Well, the best

15  way to do it was somehow altering DNA which was the

16  big thing at the time with the Cold War going on and

17  so on.

18       Q    Now is it true that what you just described

19  is your own speculation and, in fact, is not based on

20  your knowledge of how the idea was first floated?

21       A    Well, I'd say it is based on my knowledge

22  of how my father worked and his knowledge and in my

23  personal discussions with him at the time I certainly

24  felt that way.

25       Q    Well, leaving aside how you felt, can you

1    testify as a matter of fact that Stan Lee didn't come

2    to your father initially with the idea of the

3    Spider-Man character?

4        A    Well, I can't -- I can't say what might or

5    might not have been discussed between my father and

6    Stan Lee or Stan Lee and anybody else given that I

7    was a teenager and not privy to those discussions.

8            MR. FLEISCHER:  Would you mark this as

9        Kirby 2.

10           MR. TOBEROFF:  Thank you.

11           (Neal Kirby Exhibit 2, a document, marked

12               for identification, as of this date.)

13       Q    Mr. Kirby, I place before you an article

14   marked for identification as Neal Kirby Exhibit 2.

15       A    Uh-huh.

16       Q    Have you ever seen the story reflected in

17   this exhibit?

18       A    I will let you know as soon as I read it.

19           MR. TOBEROFF:  It is hard to tell looking

20       at the exhibit what it is.  Can you tell me what

21       this is?  Or I should say this looks like a blog

22       entry.

23           MR. FLEISCHER:  Apart from what it appears

24       to be on the face of it, I can't offer you any

25       information about it.

1    Q    Have you ever seen the interview your

2  father appears to have given to The Spirit creator

3  Will Eisner concerning the Spider-Man character?

4         MR. TOBEROFF:  Assumes facts not in

5    evidence.

6    A    No, I haven't seen that interview.

7    Q    What information, if any, Mr. Kirby, do you

8  have concerning the circumstances of the creation of

9  the Iron Man character?

10   A    I'm trying to recall.  At this time I don't

11  have any recollection of Iron Man specifically, how

12  that came about.

13   Q    Do you know what contribution, if any, your

14  father made to the Iron Man character?

15   A    Again, I believe at the very least, I

16  believe he designed the costume.  As to the initial

17  idea and creation of the character, I'm sure at the

18  very least he probably contributed to that.

19   Q    Is that just shear speculation on your

20  part?

21   A    Well, I wouldn't call it speculation, I

22  would call it based on -- based on the knowledge of

23  that he pretty much had a hand in everything Marvel

24  did and based on my knowledge of his creativity.

25   Q    Well, was he the artist assigned to draw

1   the initial issue of Iron Man?

2       A    That I do not know.

3       Q    Do you have any basis to contradict Mr.

4   Lee's testimony that the concept for the Iron Man

5   character was his?

6       A    Do I have any basis for that?  I have the

7   basis that I know my father's creativity versus Mr.

8   Lee's creativity and Mr. Lee was an excellent

9   marketer, he was an excellent manager, excellent

10  self-promoter.  I honestly don't believe he had any

11  creative ability.

12      Q    You've never met Mr. Lee, have you?

13      A    When I was younger, yes, I met him several

14  times.

15      Q    And is it on the basis of your assessment

16  of him as a teenager that you make that statement

17  that he wasn't creative?

18      A    It is on that basis.  It is on the basis

19  of, you know, having seen and read some of his

20  interviews and so on.

21      Q    Am I correct that you have no firsthand

22  knowledge about whose idea the Iron Man character

23  was; is that correct?

24      A    I cannot recall at this moment.

25      Q    Do you recall being aware that Don Hecht

1    was the artist who drew the first issue of Iron Man?

2        A    He may have been.  You know, I'm not aware

3    of who drew the first issue.

4        Q    Do you know whether the cover for the Iron

5    Man book that your father did was created before or

6    after the panels for the first publication were

7    created?

8        A    I don't have any recollection of that.

9        Q    Are you saying -- when you say you don't

10   have any recollection, do you believe at one point

11   you knew and have forgotten or are you saying that

12   you never knew?

13       A    No, I'm saying that I don't remember.  I

14   may have at one point in the past.  Right at this

15   moment I don't recall.

16       Q    Is there anything of which you are aware

17   that would refresh your recollection about that

18   subject?

19       A    Well, I don't know.  I suppose we can get a

20   Psychology 101 book and get out all the standard

21   memory refreshers.  But it is possible something

22   could pop up in the future that might refresh my

23   memory, I don't know.

24       Q    You are not aware of any document or

25   drawing or anything that currently exists of which

1    you are aware that could refresh your recollection;

2    is that correct?

3         A    I have not seen anything recently that I

4    would say would, can refresh my memory.

5              MR. TOBEROFF:  Before you go on to a new

6         character, there was a name you mentioned in

7         connection with Exhibit 2 and I just wanted

8         to -- rather than having her go back to the

9         record can you tell me that name.

10             MR. FLEISCHER:  Will Eisner?

11             MR. TOBEROFF:  No, the person who --

12             MR. FLEISCHER:  Al Nickerson?

13             MR. TOBEROFF:  Yeah.

14             MR. FLEISCHER:  It is in the article

15        itself.

16             THE VIDEOGRAPHER:  We have to change tapes

17        in about five minutes.

18             MR. TOBEROFF:  I'm sorry, I didn't see it.

19        Q    Mr. Kirby, a minute ago you said something

20    to the effect that your father had a hand in

21    everything that Marvel did.  During what period of

22    time were you referring?

23        A    Referring to the time late fifties to early

24    sixties.

25        Q    And how do you know for a fact that that

1    was the case?

2        A    Just my, again, my understanding of the

3    way -- the way my father operated and contributed

4    ideas and came up with and created ideas.

5        Q    Anything else on which you make that

6    statement?

7        A    And, again, based on the fact I don't know

8    what other creative forces at Marvel existed other

9    than my father at that period of time.

10       Q    Well, not being aware of what other

11   creative forces existed, how can you make that

12   statement?

13           MR. TOBEROFF:  Argumentative.

14       A    Again, just my -- just my knowledge and

15   basis of, you know, having been around my father and

16   at the time that the things were, at Marvel things

17   were happening.  I don't know another way of wording

18   it.

19       Q    Well, you are suggesting that there was no

20   other creative force at Marvel other than your

21   father.  Do you have a basis for that understanding?

22       A    Well, in terms of -- I think if you look at

23   Marvel after my father left I'm not sure, and, again,

24   I'm not sure that anything new came out of Marvel

25   after he left the company so you could look at it in

1    that aspect.

2        Q    Does that as a scientist speak to what

3    happened while your father was there?

4            MR. TOBEROFF:   Argumentative.

5        A    Well, as a scientist I'm not sure how we

6    apply scientific method to this but, no, it just goes

7    on the basis of what I have known and just my

8    discussions with my father.

9        Q    Did your father ever tell you that he was

10   the sole creative force at Marvel during his tenure

11   there?

12       A    I don't recall him using -- again, my

13   father would have been too humble a person to even

14   word anything like that but I know in discussions it

15   just, to me, he certainly seemed that way.

16       Q    It seemed that way because you were aware

17   of what else was going on at Marvel other than what

18   you saw your father do?

19       A    Well, yes.  We got all the comic books and

20   pretty much knew what was going on at Marvel at the

21   time as children.

22       Q    And was it your view at the time that Mr.

23   Hecht who was a Marvel artist at the time was not a

24   significant creative force at Marvel?

25       A    I couldn't say one way or the other.  I

1   never met Mr. Hecht.

2        Q    Are you aware of the work of Bill Everett?

3        A    I know his name.

4        Q    Is it your view that Mr. Everett was not a

5   creative force at Marvel in the fifties and sixties?

6        A    Again, I never met Mr. Everett and I'm not

7   totally familiar with his work so I wouldn't

8   conjecture on that one way or the other.

9        Q    So my question is how can you say that your

10  father was effectively the sole creative force at

11  Marvel during the fifties or sixties.

12       A    Again, that's come just from my discussions

13  with my father and my perception of the situation at

14  the time.

15       Q    Do you know who the editor and chief at

16  Marvel was during the fifties and sixties?

17       A    I would guess that would have been Stan

18  Lee.

19       Q    Do you know if it was part of the work that

20  your father did on Marvel's behalf to review and

21  direct Marvel publications other than the ones that

22  he was working on as an artist?

23       A    Are you staying it was Stan Lee's job?

24       Q    No, your father's job.

25       A    To edit other artists' work?  I'm not quite

1    A    He never mentioned to me that he worked off

2  a synopsis and usually he was penciling stories in

3  the margins of the comics.  He usually, if I could

4  jump in there, he usually started, he always started

5  in the middle of a story and then he went back to the

6  beginning and then he would finish up and do the end,

7  that was just the way he worked.  I would think if

8  you are working off a story or a synopsis that you

9  don't need to do that but --

10   Q    As you have indicated, though, you don't

11 know what conversations may have occurred between

12 Stan and your father before you saw him working on a

13 drawing, correct?

14   A    I wouldn't have been privy to those

15 conversations.

16   Q    Right.  And you don't know whether or not

17 your father had been given a synopsis or a script

18 before he began working on a particular story; is

19 that correct?

20        MR. TOBEROFF:  Asked and answered.

21   A    Yes.  I never saw a script or synopsis by

22 his drawing board.

23   Q    What information, if any, do you have

24 concerning the creation of The Fantastic Four?

25   A    In discussions with my father The Fantastic

1  Four basically was a derivative of the, from what he

2  told me, basically he came up with the idea just as a

3  derivative from the Challengers of the Unknown that

4  he had done several years earlier.

5      Q    So your father told you that The Fantastic

6  Four was his idea?

7      A    Yes.

8      Q    Did your father ever tell you about any

9  discussions that he had with Stan Lee concerning The

10 Fantastic Four?

11     A    Any specific discussions, not that I can

12 recall.

13     Q    Did your father ever discuss with you any

14 synopsis that Stan Lee had given to your father?

15     A    No, he never discussed that with me and as

16 I said previously, I never saw him work on a

17 synopsis.

18          (Neal Kirby Exhibit 3, a document, Bates

19          Nos. MARVEL0014587 to MARVEL0014588, marked

20          for identification, as of this date.)

21     MR. FLEISCHER:  Would you mark that as

22     three, please.

23     MR. TOBEROFF:  I just want to clarify, any

24     document that you produce in this action will

25     have Bates stamps and if it is a document like

1   work on The Fantastic Four?

2       A    Again, I can only say what I said before.

3   I had never seen him work from a synopsis, he never

4   had a synopsis or a story on his drawing table or

5   anywhere near his drawing table that I could see when

6   he was working, and in none of our discussions did he

7   ever mention to me working off of any kind of

8   synopsis by Stan Lee.

9       Q    Apart from those observations you made as a

10  young man or teenager, do you have any reason to

11  doubt the veracity of Stan Lee's testimony to the

12  effect that this is a synopsis he created and gave to

13  your father for the purposes of assisting his work as

14  the artist on The Fantastic Four?

15      A    Do I have reason to disbelieve him?

16      Q    Yes.

17      A    Yes, I do have reason to disbelieve him.

18      Q    And what is the basis for your disbelief?

19      A    The basis for my disbelieve is that I

20  believe Stan Lee, and I'm trying not to be

21  mean-spirited here at all or anything like that, who

22  was brought up to be respected by my elders and at my

23  age it is nice to call someone else an elder, but I

24  believe Stan Lee is -- he is basically a self-

25  promoter so I believe, you know, I believe he is

1  narcissistic and I believe he is a self-promoter and

2  I believe he will do whatever needs to be done to

3  carry on the myth that he was the creator of

4  everything at Marvel.

5      Q    Did your father ever tell you that he

6  created the names of The Fantastic Four characters?

7      A    They came up in discussion, yes, that my

8  father was joining them, this is so is so, this is so

9  and so.

10     Q    Do you know if those were the names he gave

11 to the characters or the names that Stan Lee had

12 given to the characters or someone else had given to

13 the characters?

14         MR. TOBEROFF:  Compound.

15     A    It was my understanding from our discussion

16 that he had given the names to the characters.

17     Q    He had told you that he had given the names

18 to The Fantastic Four characters?

19     A    I believe so, yes.

20     Q    Did he tell you that when the initial issue

21 of Fantastic Four was on the drawing board or some

22 other time?

23     A    If I recall, it was -- it was -- I don't

24 recall honestly if it was while he was still drawing

25 it or if it was before the actual published book

1   And then the next opportunity for a war book being

2   the Combat book which was just really a compilation

3   of stories.

4          Q     Now do you -- and the basis for your

5   statement that your father created the name Sergeant

6   Fury or Nick Fury, whichever is appropriate --

7          A     Sergeant Nick Fury.

8          Q     Sergeant Nick Fury is what?

9          A     That he told me.

10         Q     Any other information concerning the name

11  of that character that you have?

12         A     Not that I can recall.

13         Q     And am I correct that you have no knowledge

14  with regard to conversations that occurred between

15  your father and Stan Lee concerning Sergeant Nick

16  Fury prior to the introduction of that character?  Is

17  that correct?

18         A     It is correct in saying that my father

19  didn't -- in my discussions with my father that did

20  not come up.

21         Q     And you weren't present at any

22  conversations as you have indicated between your

23  father and Stan Lee.

24         A     That would be correct.

25         Q     Do you recall who was the assigned writer

1   to the Thor comic book at the time of its first

2   issue?

3       A    No, I don't recall that.

4       Q    Do you know what contribution the assigned

5   writer of Thor made to that character?

6       A    I don't recall right now.  No, I don't

7   recall what that might have been.

8       Q    Do you recall what discussions took place

9   between Stan Lee and your father prior to your father

10  beginning work on the Thor comic book?

11      A    I have no knowledge of what their

12  discussions might have been.  Same thing.  My

13  discussions with my father were about basically

14  creating, you know, a book around Norse mythology.

15      Q    Do you know if Stan Lee asked your father

16  to create a book based on Norse mythology?

17      A    I have no recollection or knowledge of

18  that.

19      Q    Was it your understanding your father would

20  begin working on a book without any discussion with

21  Stan before doing so?

22      A    I would say it was my understanding if my

23  father had an idea for a book or a character to

24  create he could bring it up and get a yea or nay.

25      Q    Was it your understanding that he would

1  begin working; that is, drawing panels prior to

2  getting a go ahead from Marvel or Stan Lee?

3       A    I don't believe -- that is not my

4  understanding.  My father didn't do work on spec, he

5  was getting paid by the page.

6       Q    Let's talk about Ant-Man for a minute.

7       A    If I could just interject here, if he was

8  to do something on spec like that and do a whole 20-

9  page story which would take him hours and hours and

10  hours to do and bring that into New York and oh,

11  sorry, you know, idea but not now let's wait a couple

12  of years, he doesn't get paid for it so that wouldn't

13  have been the way my father would operate.

14       Q    Okay.  What information, if any, do you

15  have about the circumstances surrounding the creation

16  of Ant-Man?

17       A    I really don't recall that.  Ant-Man would

18  have been when I was really young.

19       Q    You read, as you said, Mr. Lee's deposition

20  testimony, correct?

21       A    Uh-huh.

22       Q    And he described the circumstances of his

23  idea about Ant-Man to your father.  Do you remember

24  reading that testimony?

25       A    Actually, no, I don't.  I did read through

1    going on and him explaining the characters.  Usually

2    he would say something to the effect of this is a new

3    story I've come up with, what do you think of this

4    and here is where I'm going with this.  That's how

5    our discussions would go.

6         Q    Specifically with regard to the X-Men did

7    your father say the concept and basic story of the

8    X-Men universe was solely his creation?

9         A    I do recall him saying again along those

10   same lines this is the new characters and story, you

11   know, I've come up with.

12        Q    You read Mr. Lee's testimony concerning the

13   creation of X-Men, correct?

14        A    Yes, I did.

15        Q    And Mr. Lee testified under oath that the

16   concept was his and that he assigned the book to your

17   father, correct?

18        A    Uh-huh.

19        Q    Do you have any reason to believe that that

20   testimony was not correct?

21        A    Again, as I stated before, my reasons for

22   not believing Mr. Lee is that, you know, I have no

23   reason not to disbelieve my father and pretty much

24   every reason to disbelieve Mr. Lee.  I just don't

25   believe in his deposition he was telling the truth or

1  maybe he just didn't recall the truth properly.  I

2  will try to be somewhat respectful.

3      Q    Are there -- apart from your own

4  recollections of what your father told you that you

5  have testified about with respect to X-Men, are you

6  aware of any evidence to corroborate your belief that

7  the X-Men story was a creation solely of your

8  father's?

9      A    I am not aware if you are referring to like

10  some kind of written evidence or -- I'm not quite

11  sure exactly what you are referring to.

12      Q    Any -- any evidence, whether it is written

13  or something you observed.

14      A    Well, I observed him drawing X-Men, Number

15  1, and talking -- and talking to the -- talking about

16  the story with me so, again, that's where it is

17  coming from.  I have no knowledge, I cannot recall

18  anything about there being any other type of written

19  evidence that might exist.

20      Q    Well, if your father had been assigned the

21  story by Mr. Lee who had suggest an outline for the

22  story or a synopsis, whether verbally or in writing,

23  you would have still observed your father drawing the

24  first issue of X-Men, correct?

25          MR. TOBEROFF:  Argumentative.

1  Galactus, he is going to be a planet eater, planet

2  destroyer, went into the concept of the Silver Surfer

3  of being his scout or herald, as he called it.

4      Q    Did he indicate in front of anyone else

5  that he had created the names Galactus and the Silver

6  Surfer?

7      A    He might have.

8      Q    Do you have a recollection of him having

9  done so?

10     A    I don't recall him saying that in front of

11 me and someone else.

12     Q    Are you aware of your father ever giving an

13 interview in which he claimed credit for naming the

14 Silver Surfer?

15     A    He may have.  Again, I have no recollection

16 of one in specific.

17     Q    Are you familiar with a character called

18 Rawhide Kid?

19     A    Yes, I am.

20     Q    And do you have any information concerning

21 the circumstances under which that character was

22 created?

23     A    Rawhide Kid I don't.  I don't recall.  I

24 believe the Rawhide Kid was one of the first things

25 that he did when he went -- at that time with Marvel.

1       MR. TOBEROFF:  You can answer that as long

2    as your answer does not implicate the substance

3    of conversations with me.

4    A    My role would have been in helping to

5 identify the characters that I was aware of.

6    Q    Rawhide Kid is a character that is the

7 subject of the notice, correct?

8    A    I believe recall all 45 them off the top of

9 my head.

10   Q    What information did you have about the

11 creation of Rawhide Kid that was pertinent to the

12 notices?

13   A    I don't recall at this time.

14   Q    The notices pertain to characters that

15 appeared in publications that were made between 1958

16 and 1963, correct?

17   A    I believe so.

18   Q    And can you tell me what characters which

19 are the subject of those notices you and your sisters

20 contend were created solely by your father as opposed

21 to co-creations?

22   A    As opposed to co-creations.

23       MR. TOBEROFF:  Calls for a legal

24    conclusion.

25   A    You know, again, I could only go on the

1       A     No, I don't.

2       Q     Do you have any information concerning the

3  circumstances of the creation of The Incredible Hulk?

4       A     That honestly I don't recall.  I recall my

5  father again working on the first issue and obviously

6  subsequent issues and going over the storyline with

7  me about how he becomes the Hulk and so on, Bruce

8  Banner and all that.  I cannot recall right now

9  discussions about creation, creation of that

10 character.

11      Q     Are you aware of any documents that would

12 assist you in refreshing your recollection?

13      A     No, I'm not aware of anything that I can

14 think of.

15      Q     Do you contend that The Incredible Hulk was

16 the sole creation of your father?

17      A     Again, my personal knowledge is after it

18 had been released he had a major part in the creation

19 of it.

20      Q     Would it be correct to say you don't know

21 one way or the other as to whether there were others

22 who made a significant contribution to The Incredible

23 Hulk?

24      A     I would say my personal knowledge is there

25 may have been.  I don't know how significant it might

Page 142

1   have been.

2       Q     Did you review Stan Lee's testimony

3   concerning the concept for The Incredible Hulk

4   character?

5       A     I did read it.  I don't recall all of it.

6       Q     Do you have any reason to believe that the

7   idea for the character was not a creation of Stan

8   Lee's?

9       A     I could only say, as I said before,

10  according to Stan Lee's deposition he created

11  everything solely.  Again, trying to be somewhat

12  respectful, you know, but to say that would seem

13  highly unlikely.  You know, honestly I just think Mr.

14  Lee is again propping up his own ego with whatever he

15  sees fit at this point.  What's the expression, he

16  has the benefit of being the last man standing, so to

17  speak.

18      Q     Do you feel that Mr. Lee's testimony in

19  some way diminished the contribution that your father

20  made to the various characters that he worked on at

21  Marvel?

22      A     Diminished I think is -- I think diminished

23  is the least of it.  I think Stan Lee is kind of

24  rewriting history but --

25      Q     You know, with respect to the creation of a

1    you know, met with somebody else saying gee, I have

2    this good idea for a character, you know, would you

3    like to go for it, that he would have done it, you

4    know.  Definitely I would consider that coming up

5    with an idea and speculation.  There's no -- there's

6    no guarantee if you are going to come up with an idea

7    that they're going to say yea, nay or otherwise.  I'm

8    sorry.

9            MR. TOBEROFF:  Feel free to finish your

10       answer.

11       A    In terms of would he, maybe this was a

12   little confusing before, what I was trying to get at.

13            In terms of would he sit down and spend

14   three days, four days, however long, actually

15   doing -- I don't recall how long comic books were at

16   the time, I think they were 22 pages, something like

17   that, would he sit down and do a 22-page comic book

18   and then bring that in to -- bring that in to Stan

19   Lee or anyone else and go, "Would you like to buy

20   this," probably not.  Because if they said no he is

21   out five days worth of work and all those pages.  So

22   in regards to just to clarify my statement as to, you

23   know, as to on spec.

24       Q    So if I understand what you are saying, you

25   believe that he never sat down to draw a story until

1    being given an okay by someone on the editorial staff

2    at Marvel?

3         A    I'm saying that he wouldn't draw, I don't

4    believe that he would draw a brand new out-of-his-

5    head idea story, actual set it pencil to paper,

6    without knowing in advance that it would be

7    purchased.

8         Q    And do you have any information one way or

9    the other as to whether any of the stories that he

10   worked on as an artist for Marvel were the result of

11   the collaboration on the story idea between your

12   father and Stan Lee?

13        A    I'm sorry, could you just repeat the

14   question, please?

15        Q    Sure.

16             (Record read)

17        A    I would have no information that I can

18   think of right now for that.

19        Q    Do you believe that Marvel had the right to

20   exercise creative control with respect to the

21   contributions your father submitted to Marvel?

22             MR. TOBEROFF:  Calls for a legal

23        conclusion.

24        A    It was my understanding that they were

25   purchasing their artwork.  As to what legal rights

1  that entitled them to, I don't have the knowledge to

2  answer that question.

3      Q    Well, you have indicated that you think

4  that there were pages that your father had brought to

5  Marvel that were rejected.

6      A    Correct.

7      Q    And I think your testimony was that you

8  don't recall whether there were instances in which

9  your father brought artwork to Marvel and corrections

10 were requested but would you agree that that could

11 have happened?

12     A    That corrections --

13     MR. TOBEROFF:  Calls for speculation.

14     Q    That your father brought in work and then

15 Marvel may have asked that corrections be made or

16 changes be made.

17     A    The only thing that I can say, I don't know

18 what Marvel may or may not do or what they may or may

19 not have requested my father to do.  I do know that

20 he never mentioned to me in any of our discussions

21 look, I'm making a change on a page because so and so

22 asked me to do so.

23     Q    Given your knowledge of the industry as

24 you've suggested you have earlier, isn't it

25 commonplace for art directors and editors to make

1    changes or request changes by artists and writers in

2    connection with the stories?

3        A    My limited knowledge of the industry is,

4    you know, that might take place.

5            Might I add something that -- oh, I'm

6    sorry.

7        Q    There's no pending question.

8            In Paragraph 10, I will read the first

9    sentence.

10           "Any contributions made by Kirby to the

11   Works were done at the expense of the Marvel

12   Entities."

13           And that allegation, as well as the second

14   sentence that is part of Paragraph 10, is denied.

15       A    Uh-huh.

16       Q    What is the factual basis for the denial

17   that the contributions made by your father to the

18   comic books he worked on for Marvel were made at

19   Marvel's expense?

20           MR. TOBEROFF:  Calls for a legal

21       conclusion.

22       A    To the best of my knowledge, as we

23   discussed previously, my parents paid for all their

24   own supplies, obviously his studio was in the house,

25   that was at their expense, and to the best of my

1   knowledge they were not reimbursed for those

2   expenses.

3        Q    I thought you testified earlier that you

4   had no knowledge one way or the other as to whether

5   or not they were reimbursed.

6        A    I can't recall exactly what I said but,

7   however, there would be -- if my mother or if my

8   parents were getting reimbursed for their expenses

9   there would have been no reason for them to complain

10  about them or to even bring that up since it would be

11  a net wash.

12       Q    Do you have an understanding of the

13  earliest date on which any of the 45 termination

14  notices becomes effective?

15       A    If I recall right, it is somewhere around

16  2014, I believe, somewhere in that area.  I don't

17  recall specifically.

18       Q    I think you are correct.

19       A    I don't recall which character.

20       Q    And in respect to the characters which are

21  the subject of the termination notices, are you aware

22  of any limitations on Marvel's rights to exploit the

23  copyrights associated with those characters prior to

24  the effective date of the termination notices?

25       A    I can't say that -- you know, I can't say

1    to be worded, that's not my area of expertise.

2         Q    You were willing to suggest that the credit

3    that was given to your father on the Hulk film was

4    inappropriate in some fashion.

5         A    Yes.  Because I would have preferred the

6    word "created" in it as I mentioned before.

7         Q    Are you aware that Wolverine's first

8    appearance was in 1974 well after your father had

9    stopped work on X-Men?

10        MR. TOBEROFF:  Assumes facts not in

11        evidence.

12        A    No, I was not aware of that.  No.  I don't

13   recall that.

14        Q    Did you do any research to determine

15   whether any of the characters that were the subject

16   of your notices were in fact created by your father

17   or co-created by him?

18        A    I did some.

19        Q    What research did you do?

20        A    Oh, just some with books that I have or a

21   little talking with my sister and so on.

22        Q    Which sister?

23        A    Lisa.

24        Q    And what books?

25        A    Oh, just the coffee table history of comic

1    kind of books.

2         Q    Can you be more specific?  Are these books

3    that you have in your home?

4         A    Yes, they are.

5         Q    And do you still have them in your home?

6         A    I do, yes.

7         Q    And do you recall specifically what titles

8    and what authors?

9         A    No, I can't at the moment.  There's one

10   book by Mark Evanier which I guess is the newest

11   book.  I think it is just titled "Jack Kirby, King of

12   Comics," I believe.

13        Q    Did you ever inquire of Mr. Evanier as to

14   whether he had any direct knowledge of the

15   circumstances of the creation of the characters that

16   your father drew for Marvel?

17        A    No, I haven't had any conversations with

18   Mark Evanier.

19        Q    Do you know if Mark Evanier was privy to

20   any of the meetings or discussions at Marvel between

21   your father and Stan Lee?

22        A    Mark Evanier, as far as I know, would not

23   have been around at that time.

24        Q    Do you know what the basis for Mr.

25   Evanier's statements in the book that you relied on

1   litigation was commenced?

2        A    No.

3             I'm mean, I'm sorry, yes, you are correct

4   in that.

5        Q    Are you aware of any significance these

6   pages have to the issue of the circumstances of the

7   creation of any of the characters depicted in these

8   pages?

9        A    That I honestly cannot say that I'm aware

10  of that.

11       Q    Now a lot of the pages have either captions

12  or other handwritten notations other than the ones

13  that appear to be actually printed.  Do you see that?

14       A    Yes, I do.

15       Q    Let's take an example, K 10.  Can you

16  identify the handwriting at the foot of the pages

17  saying "Hunters say"?

18       A    That would appear to be my father's.

19       Q    And do you know what that notation was

20  intended to represent or be?

21       A    My father used to add comments in the

22  margins.  If sometimes he did not write dialogue

23  directly, from what I understand, he would add those

24  comments to guide the person adding the dialogue in

25  the balloons.

1    Q    And do you know if the comments that your

2    father would make in the margins were ever used

3    verbatim in the final version of the story?

4    A    That I would really -- I don't know, I

5    couldn't tell you.

6    Q    Was it your understanding that those

7    marginal notations that your father put on the

8    drawings were subject to the inclusion or not

9    inclusion at the discretion of the editor or art

10   director?

11   A    I couldn't say at the time if I had any

12   knowledge of that, if that was going it happen or

13   not.  I do know that, you know, that my father was

14   adding to guide the story and sometimes he would do

15   the work because I know he mentioned the letterer

16   will go over these at a later date, something to that

17   effect.

18   Q    The notations that you are talking about

19   were not notations that were intended to be going

20   over by the letterer, were they?

21   A    Not the ones in the margins, no.

22   Q    Was it your father's custom, do you know,

23   to actually put in captions or balloons on the

24   drawings themselves?

25   A    I can't say if he did it every time.  I