# EXHIBIT 8

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF NEW YORK

3

4    MARVEL WORLDWIDE, INC., MARVEL    )
     CHARACTERS, INC., and MVL RIGHTS,)
5    LLC,                             )
                                      )
6              Plaintiffs,            )
                                      )  CASE NO.
7         vs.                         )  10 CV 141 (CM)(KNF)
                                      )  Pages 1 - 192
8    LISA A. KIRBY, BARBARA J. KIRBY, )
     NEAL L. KIRBY and SUSAN N. KIRBY,)
9                                     )
               Defendants.            )
10   _____)

11

12                    VOLUME I

13        VIDEOTAPED DEPOSITION OF MARK EVANIER

14            LOS ANGELES, CALIFORNIA

15          TUESDAY, NOVEMBER 9, 2010

16

17

18

19

20

21

22   REPORTED BY:
     LESLIE L. WHITE
23   CSR NO. 4148
     JOB NO.:  34167

24

25

1      Q    Now you mentioned that you saw him a lot

2  during that period, let's say from 1972 until his death

3  in -- I believe it was 1994, was it?

4      A    I should know this.  '94 I believe, yes.

5      Q    During that period of time I take it you

6  remained in close contact with Mr. Kirby?

7      A    Yes, I did.

8      Q    Is that a fair statement?

9      A    That is a fair statement, yes.

10     Q    And you would have dinners with the family,

11 among other things?

12     A    From time to time, yes.

13     Q    And, in fact, Mr. Kirby became a very close

14 friend of yours; isn't that right?

15     A    I would like to think so.

16     Q    And you stated publicly that he treated you

17 like family; isn't that right?

18     A    I may have said that at times, yes.  I

19 actually --

20     Q    And, indeed, he even introduced as his son

21 Mike from time to time?

22     A    He made that slip once, yes.

23     Q    And it's fair to say that over that period of

24 time you came to idolize Jack Kirby, didn't you?

25     A    I would never -- I would not use the word

1      A     No, they were not.

2      Q     And I take it that some of them eventually

3  ended up at DC; is that right?

4      A     DC and other places, yes, other companies.

5      Q     Now focusing on the "other" category, the

6  category that you say Mr. Kirby told you about, the

7  rejected pages, what did Mr. Kirby tell you about those?

8      A     He showed me pages that -- well, he showed me

9  pages that were from old -- that I recognized, and which

10  he confirmed were recent issues of Thor or Fantastic

11  Four -- there might been some Captain Americas in

12  there -- pages that Marvel had sent back to him because

13  they wanted something different, they wanted the pages

14  changed.  In some cases he had erased pages and sent

15  them back, but in some cases it was easier for him or

16  necessary for him because the requests for revision were

17  so extensive that he drew on fresh paper.

18          He also -- and he showed me -- not on my first

19  visit with him, but on a subsequent visit -- he showed

20  me a story in progress that he had to do extensive

21  revisions on in order to get Marvel to accept.

22      Q     Now you indicated that he had to do extensive

23  revisions.  Did he tell you when he submitted these who

24  he submitted them to at Marvel?

25      A     Um, I believe -- I don't know that he told me

1    specifically.  I just assumed they were submitted to

2    Stan Lee.

3         Q    To the editor?

4         A    Yes.

5         Q    And was it your understanding that from time

6    to time the editor, whether it was Stan Lee or later,

7    whoever replaced Stan Lee, that they would ask for

8    changes in the work done by Mr. Kirby?

9         A    Well, first of all, if we're talking about the

10   material he showed me in 1969 --

11             (Speaking simultaneously.)

12   BY MR. QUINN:

13        Q    Yes, let's focus on that material.

14        A    -- then there would not be subsequent

15   editors --

16        Q    Fair enough --

17        A    -- because Stan was the editor --

18        Q    Fair enough.

19        A    Let's see -- now can I have the question

20   again?

21        Q    Sure.

22        A    All right.

23        Q    Based on what Kirby told you, was it your

24   understanding that from time to time Stan Lee, the

25   editor, would ask Mr. Kirby to make changes in some of

1  the artwork he submitted?

2      A    Yes.  He would also just reject, say, "I don't

3  like the end of this story.  Do something different with

4  it."

5      Q    And, in fact, Mr. Kirby would then go back and

6  make a change or come up with a new ending; is that

7  fair?

8      A    Yes, that is correct.

9          I might also add that Jack also complained to

10 me that pages were being rejected, but not returned to

11 him; that the art was -- he was not getting the pages

12 back that he felt he was owed.

13     Q    When did he tell you this?

14     A    1969, when I first met him.

15     Q    All this time when you were 17 years old?

16     A    Yes.

17     Q    Okay.

18     A    And he subsequently talked about it in later

19 years.

20     Q    And it's correct, is it not, that after the

21 changes were made they would be resubmitted for approval

22 by Mr. Lee?

23     A    Jack would redo the material and send it back.

24     Q    And when he redid the material and sent it

25 back, he would get his page rate; correct?

Page 62

1     A     For the -- yeah, for the -- yes.

2     Q     For the redone material.

3     A     Well, he got the page rate for the story.  I

4  mean, Jack's complaint was that when he -- if he had to

5  draw 26 pages for a 20-page story, he was only paid for

6  20 pages.

7     Q     And that's a complaint he made to you?

8     A     Yes.  And his wife complained about that a lot

9  also.

10    Q     Let me see if I have this right.  He submits a

11  story, and Lee says to him, "You got to change four

12  pages" --

13    A     Yes.  Excuse me, let me amend that.  I don't

14  know that Stan would specifically say, "Change four

15  pages --"

16    Q     Okay.

17    A     -- he might just say --

18    Q     "I don't like this"?

19    A     -- "I don't like the ending of the story.  I

20  want something else."

21    Q     Fine.  And Kirby would go back, redo the

22  ending of the story, resubmit it and then get paid for

23  the story?

24    A     Correct.

25    Q     Okay.  Now when did you meet Stan Lee for

1    and that that is how the comic was created.

2         Q    Do you agree with Mr. Lee's statement -- it is

3    also his testimony, but let's put it aside -- you're

4    familiar with the statement that the Fantastic Four came

5    about, at least in part, because of a discussion that he

6    had with Martin Goodman -- by the way, do you know who

7    Martin Goodman is?

8         A    Yes, I do.

9         Q    Did you ever meet him?

10        A    I shook hands with him in a hallway very

11   briefly.

12        Q    Many, many years ago?

13        A    1970, the same meeting.

14        Q    Same meeting?

15        A    It was not the same day actually.  It was a

16   day or two afterwards.

17        Q    Other than shaking hands with Mr. Goodman, you

18   have never had a substantive conversation with him;

19   correct?

20        A    That is correct.

21        Q    Go back.  Do you agree with Mr. Lee's

22   statements that the Fantastic Four, at least in part,

23   came about as a result of discussions that Mr. Lee had

24   with Mr. Goodman in connection with the idea of coming

25   up with a group of superheroes?

Page 88

1     A    My understanding is that Mr. Goodman said to

2  Mr. Lee, "I see DC Comics has some very decent sales on

3  what is called the Justice League of America.  We should

4  try a comic like that."

5          Mr. Lee, in many interviews, said as I

6  related, that Mr. Goodman had played golf with

7  Jack Leibowitz, who was the head of DC Comics at the

8  time, and that Leibowitz had bragged about the sales of

9  Justice League, and that that prompted Mr. Goodman to

10  come back from the golf game and say, "We should -- we

11  should create a comic like that."

12          Mr. Lee has told this story on many occasions.

13  Mr. Leibowitz, when he was interviewed, said he never

14  played golf with Goodman in his entire life.

15          So based on that, I tend to disbelieve at

16  least that part of Mr. Lee's story.

17     Q    So you think Lee is just lying about it?

18     A    No, I think he just is being casual about the

19  record.

20     Q    Have you seen the document that is -- I guess

21  was it a plot outline -- a document that I guess it has

22  come to have the term "synopsis" with regard to the

23  first issue of the Fantastic Four?

24     A    Yes, I have.

25     Q    And are you -- when did you first see that

1   deposition of Mark Evanier.  We're off the record at

2   11:42 a.m.

3             (A recess was taken from

4             11:42 a.m. to 11:56 a.m.)

5        THE VIDEOGRAPHER:  This is the beginning of disc

6   No. 2 in the deposition of Mark Evanier.  We're on the

7   record at 11:56 a.m.

8   BY MR. QUINN:

9        Q    Mr. Evanier, just to close this particular

10  loop, so it was your understanding, with regard to the

11  Fantastic Four, that Mr. Kirby and Mr. Lee sat down

12  beforehand and discussed the plot and the storyline,

13  before it was published, before -- let me rephrase that.

14       A    All right.

15       Q    Was it your understanding that Kirby and Lee

16  sat down to discuss the plot and the storyline before

17  Mr. Kirby actually began to draw the characters?

18       A    Yes, that is correct.

19       Q    Okay.

20       A    I actually didn't --

21       Q    I'm sorry --

22       A    I didn't finish my answer before the break

23  there.

24       Q    Go ahead.

25       A    You were asking me why I thought that the

1   synopsis had followed a meeting with Jack's giving his

2   input.

3                Another reason is that the storyline of

4   Fantastic Four is very similar in a number of ways to a

5   comic Jack had done previously called the Challenger of

6   the Unknown, very similar structure to the characters.

7   It feels an awful lot more like Jack's earlier work than

8   anything that Stan had done to that date.

9                So I find it very difficult to believe that

10  Jack did not have input into the creation of the

11  characters prior to the -- that synopsis, whenever it

12  was composed.

13               And, also, I have the fact that I talked to

14  Stan many times, and he told me -- and he said it in

15  print in a few places -- that he and Jack had sat down

16  one day and figured out what the Fantastic Four would

17  be.

18       Q    And they discussed the plot before they

19  actually -- the drawings were done?

20       A    They discussed the plot before the alleged

21  synopsis was done also.

22       Q    And was it your understanding, with regard to

23  these other characters -- and we can go through all of

24  them, or just we can get a general understanding -- that

25  this was typically what was done, that Lee and Kirby

Page 93

1    would sit down together, discuss the plot, discuss the

2    storyline, and then Kirby would go and draw whatever he

3    was going to draw?

4        A    Correct.

5        Q    Now -- and at least in part, that

6    understanding is based on what Mr. Kirby told you?

7        A    Mr. Kirby's accounts to me are part of my

8    understanding.

9        Q    Right.  And some of Mr. Lee's statements to

10   you are part of your understanding?

11       A    That has also contributed to my

12   understanding --

13       Q    What you read is part of your understanding?

14       A    Yes.

15       MR. QUINN:  Let me show you a document we will mark

16   this as Kirby -- Evanier 2.  And this was a document

17   that I believe was produced from your files -- and the

18   reason I say that is, as you will see, it has your

19   initials, production initials on it.

20              (Exhibit 2 was marked for

21              identification by the Reporter.)

22       MR. TOBEROFF:  He's referring to the "ME" at the

23   bottom.

24       THE WITNESS:  Good, I get to be a code number.

25   ///

1  sequence that was a story -- roughly concurrent, they

2  were all from about the same period of time, which would

3  have been '66 or so.  '66 or '67.

4      Q    So it's fair to assume that at least with

5  regard to some issues, in fact, Stan Lee did prepare

6  plot outlines?

7      A    These were all plot outlines that were notes

8  for meetings where Jack had input, that they said in

9  them, "As we discussed in this," and such.

10          And I also do not know for sure that these

11  were Stan Lee prepared.  They were filling the role that

12  Stan allegedly performed, but they may have been typed

13  up -- written by an editorial assistant who sat in the

14  meetings for all I know.

15      Q    But you did refer to them here as "Stan Lee

16  plot outlines"?

17      A    Yes, yes, I was being casual.  They were

18  Stan Lee plot outlines, even if they were ghosted by

19  somebody else or typed up by somebody else, but they

20  were not necessarily all Stan's work.

21      Q    And it's your understanding that Lee and Kirby

22  would have discussions, and then Stan Lee, or one of his

23  editorial assistants, would then create a plot outline

24  for Kirby to use in connection with his artwork?

25          MR. TOBEROFF:  Objection.  Overbroad.  Which

1          attention to that kind of thing."

2          Was that your understanding of how Jack

3    operated?

4       MR. TOBEROFF:  Where is that?

5       MR. QUINN:  Last sentence of the first paragraph.

6       THE WITNESS:  Jack paid very little attention to

7    who inked his work, yes, that's correct.

8    BY MR. QUINN:

9       Q    And two pages later there's a question, "Did

10   Jack really have a bad memory?"

11          And you write:

12          "By common definition yes...but I

13          think it was more a matter of his

14          mind wandering in 19 directions at

15          once.  Every so often, he would

16          surprise me with some (apparently)

17          crystal-clear recollection of 30

18          years before."

19          And that was your understanding with regard to

20   Mr. Kirby's memory?

21      A    Well, this is -- first of all, this is

22   something I wrote about 10 years ago.  And I probably

23   would phrase it differently today.  But Jack did -- you

24   know, he made mistakes, like a lot of people do.

25      Q    When you're writing these answers to

1    Frequently Asked Questions, you do try to be accurate,

2    don't you?

3        A    Yes.  Yes, I try to be accurate.  I am not

4    speaking in lawyer language.

5        Q    No, you're speaking in people language.  I

6    understand that.

7        A    I'm speaking in language that I think will be

8    understood by the kind of people who would come to the

9    website looking for information on Jack.

10            Are we done with 11?

11       Q    We're done with 11, and we're going to skip

12   12.

13       A    Okay.

14       Q    Could you go to 13:  And specifically there is

15   a question, "Did Jack design Spider-Man's costume?"  Do

16   you see that?

17       A    Yes.

18       Q    And you answered, "No, Steve Ditko designed

19   the distinctive costume we all know and love."

20            And that's your understanding; right?

21       A    Yes.

22       Q    And then in the next paragraph you make

23   reference to (Reading):

24            "But for all the things Jack did

25            well, he was not great at being

1            interviewed.  He occasionally got

2            carried away or confused.  There

3            were -- there was one interview

4            where, without realizing what he

5            was saying, he said he created

6            Superman.  Needless to say he never

7            really believed that, but somehow

8            that is what came out of his

9            mouth."

10           You wrote that, didn't you?

11      A    Yeah.  Actually, when I originally wrote it

12   there was another paragraph after this -- which I guess

13   I deleted, because it is not in here -- talking about

14   how Stan Lee used to occasionally refer to Superman.

15           I was trying to point out that both guys

16   referred to Superman erroneously in print.

17      Q    This is what you wrote?

18      A    I wrote -- yes, I'm just saying there was

19   another paragraph here that I guess I deleted it.

20      Q    You deleted that other paragraph --

21      A    At some point, yes.

22      Q    Then you go on later to say:

23           "In at least one such

24           conversation" -- this is a couple

25           lines down -- "he" referring to

1            Jack -- "misspoke and claimed he

2            designed the costume for the final

3            version of Spider-Man."

4            Do you see that?

5    A    Yes.

6    Q    And he was mistaken about that, wasn't he?

7    A    Yes.

8    Q    And then at the last sentence you say:

9            "In this case, however, the cover

10           was drawn after Stan had rejected

11           one drawn wholly by Ditko"; right?

12    A    Yes.

13    Q    And originally it is your understanding that

14 with regard to Spider-Man, Lee had initially assigned it

15 to Jack Kirby, and then he switched it to Ditko;

16 correct?

17    A    Originally Jack drew Spider-Man, and then they

18 stopped Jack, and Ditko took over.

19    Q    And that was at Stan Lee's request, wasn't it?

20    A    I would assume so.

21    Q    And on the next page you wrote -- actually, in

22 the bottom of the next page -- or bottom of this page

23 under, "What did Jack do on the first stories of Iron

24 Man and Daredevil," you wrote, "The first Iron Man story

25 was wholly drawn by Don Heck"; correct?

1      A    I think there were a couple of other reasons,

2  yes.

3      Q    What were the other reasons that you think

4  that they did that?

5      A    I think they liked the idea that you were

6  dependent on them, that you worked -- that a freelancer

7  was at their financial mercy.

8           And if you worked out in Los Angeles there

9  seemed to be always this possibility you might get --

10  sell work to other people or get other sources of income

11  and would not then be so dependent on the company's page

12  rates.

13      Q    Looking at what is page 66 in this article, in

14  the middle column --

15      A    Uh-huh.

16      Q    -- you say, referring to how it was until

17  recently (Reading):

18           "This was the way it was in comics

19           until very recently."

20           This was in 1984, so --

21      A    Yeah.

22      Q    (Continuing):

23           "If you had a great -- if you had

24           the greatest idea for a comic book,

25           the new Spider-Man, there was no

1          American comic book publisher to

2          whom you could take the damn thing

3          and share in its success.  No one.

4          They wouldn't guarantee you

5          creative control of it, they

6          wouldn't guarantee you a continuing

7          credit on it, they wouldn't

8          guarantee not to fire you and bring

9          in someone else."

10          That was your understanding; correct?

11     A    Yes.

12     Q    Jones, the questioner, says:  "Wasn't this

13 negotiable?"

14          And you say, "No, they had a policy."

15 Correct?

16     A    Yes, I said that.

17     Q    That was your understanding?

18     A    Yes.

19     Q    In the next paragraph -- the next column, I'm

20 sorry, there is a reference to -- you say:

21          "I was there for some of this.

22          DC's publisher was sitting in a

23          very expensive suite at the Beverly

24          Hills Hotel telling Jack that DC

25          could not pay royalties, they could

1          not and would not ever give anyone

2          a profit participation."

3          Do you see that?

4     A     Yes.

5     Q     And then you go on to say: "I heard executives

6   at Marvel essentially saying the same thing," and that

7   was your understanding at the time; right?

8     A     Yes.

9     Q     They wouldn't pay royalties, they wouldn't

10  give a profit participation, would they?

11    A     Right.

12    Q     Bottom of page 69, first column, very bottom,

13  you talking (Reading):

14          "He's tough for me to talk

15          about" -- referring to Jack --

16          "because we're practically family.

17          In fact, you know, Jack has a bad

18          memory at times.  I have known him

19          over 15 years, and he always

20          introduces me to people as Mike,

21          and he sometimes introduces me as

22          his son."

23          So actually he did it more than once, didn't

24  he?

25    A     No, I think he only did it once.

1   BY MR. QUINN:

2        Q    Bottom of page 78, the third column --

3        A    Uh-huh.

4        Q    -- you state:

5             "I can say with some authority --

6             and with quotes from both Stan and

7             Jack to back me up and much

8             existing paperwork -- that most of

9             the Lee and Kirby comics were done

10            as follows.  Stan and Jack

11            sometimes get together and talk out

12            the direction of the story, and

13            then Stan would sometimes type up a

14            plot outline incorporating both

15            their ideas.  That's sometimes, not

16            always.  At some point, Jack would

17            go to the drawing board and pencil

18            out 20 pages or whatever, writing

19            notes in the margin as to what was

20            going on.  If you come across Kirby

21            original art of the period, you can

22            see his notes in the margins

23            explaining to Stan what was going

24            on.  Now, in some cases Jack would

25            have a discussion with Stan.  In

1       some cases, he'd have a short plot

2       outline.  In some cases, he'd have

3       absolutely nothing at all; he'd

4       just pencil the issue out, and when

5       he handed it in, Stan would find

6       out that the story was about.  Stan

7       would then take the pages home and

8       write the copy and that would go --

9       that would go in the balloons.  In

10      some cases he would take Jack's

11      marginal notes and turn them into

12      presentable speech and use them.

13      In other cases, he would deviate

14      from what Jack intended, as much as

15      anyone can deviate when the page is

16      already drawn, and the poses and

17      attitudes of characters are set."

18      Now was that your effort to describe what came

19  to be known as the "Marvel method"?

20      A    That was my attempt to describe the way Lee

21  and Kirby worked at the time.

22      Q    And did that particular description come to be

23  known in comic book circles as the "Marvel method"?

24      A    Loosely, yes.

25      Q    On page 83 in this interview in the first