# EXHIBIT 10

Page 1

1                        JOHN MORROW                    1

2               UNITED STATES DISTRICT COURT

3               SOUTHERN DISTRICT OF NEW YORK

4       -----------------------------x

5       MARVEL WORLDWIDE, INC.,

        MARVEL CHARACTERS, INC.,

6       and MLV RIGHTS, LLC,

7                    Plaintiffs,

8            v.                        Case No. 10-141-CMKF

9       LISA R. KIRBY, BARBARA J.

        KIRBY, NEAL L. KIRBY and

10      SUSAN N. KIRBY,

11                   Defendants.

12      -----------------------------x

13

14          Video Deposition of JOHN MORROW

15               (Taken by Plaintiffs)

16               Raleigh, North Carolina

17                January 10, 2011

18

19

20

21

22

23      Reported by:   Marisa Munoz-Vourakis -

                       RMR, CRR and Notary Public

24

25      TSG JOB NO. 35702

                          JOHN MORROW                    13

1

2      Q.      And that continues today?

3      A.      It does.  I think we actually told them we

4  would be dropping it to just about 800 an issue now

5  because of the economy and all sales have kind of

6  declined.

7      Q.      Do you have any understanding with

8  Mr. Toberoff with regard to any arrangement to publish

9  anything about this case in consideration of your

10  providing a report?

11      A.      No.  No.  I hope after it's all said and

12  done that I can interview various parties involved, if

13  they're allowed to talk about it.  But, no, we don't

14  have an arrangement or anything like that.

15      Q.      Have you ever had any business dealings

16  with Mr. Toberoff prior to being contacted in

17  connection with this case?

18      A.      No, other than my initial request to get an

19  interview from him, which never resulted in anything.

20      Q.      How old are you?

21      A.      About 48.

22      Q.      And would you summarize your educational

23  background, beginning with high school?

24      A.      Sure.  Twelve years of high school diploma,

25  four-year college degree with a bachelor in fine arts.

JOHN MORROW                           57

1

2     that Jack was going to be working on in the future?

3          A.     I'm not sure.  You would need to check with

4     Mark.  I just recall Mark said he was there when Stan

5     and Jack were hashing out a story over the phone.  So I

6     know recall whether it was I think it was either for

7     Fantastic Four or Thor, which were the two main books

8     he was doing at the time, but I don't recall which one.

9     And I recall the specifics of, you know, was it one

10    that Jack had already halfway drawn and they were

11    making changes to or it was one that Jack was about to

12    begin, I'm not sure.  That's why Mark would be able to

13    answer.

14         Q.     Do you have an understanding as to whether

15    or not Stan Lee and Jack Kirby communicated with one

16    another about the work that Jack was engaged in once he

17    began this story and was somewhere between the

18    beginning and the end?

19         A.     Well, actually I can't say that I do, no.

20    I've not heard any instances that I can recall right

21    now of, for instance, Stan calling in the middle while

22    Jack was drawing a story and changing anything.  There

23    are instances of the Marvel offices, for instance, if a

24    book wasn't doing well, quite often, Stan would ask

25    Jack Kirby to take it over.  In doing so, Marvel

JOHN MORROW                     58

1
2    offices would send Jack these little photostats of say
3    like the previous issue, so he could see where he's
4    kind of jumping off from.  I have access to a lot of
5    those from the family.  They kept those for years and
6    years and have loaned them to me for the magazine.

7              Those are interesting historically, because
8    you can kind of see well, first of all, why would --
9    for instance, why would Jack have a Steve Ditko set of
10   Hulk stats with a Steve Ditko Hulk story?  You look and
11   see oh, the issue after that is one where Jack took it
12   over.  Okay, that's why it's in Jack's files.

13             There's a lot of instances of that where
14   you would see some totally unrelated artist's work in
15   Jack's files.  They were sending material to Jack so he
16   could see where he was taking over from.

17             But as far as -- back to the question as
18   far as knowledge of instances of Stan, for instance,
19   getting involved while Jack was doing something?  I
20   don't really recall those.  Everything I've seen, it's
21   a pretty straightforward thing.  There would be some
22   kind of story conference, whatever that would entail,
23   and then Jack would go, do his work, he was drawing the
24   pages, plot them, write margins in the notes, in a lot
25   of instances, when he was done, bring them back in.

1                    JOHN MORROW                    59

2        Q.     Is it your understanding that between '58

3    and '63, 1958 and 1963, all of the work that Jack Kirby

4    did that was published by Marvel was done utilizing the

5    so-called Marvel method?

6        A.     Is it my understanding that all of it was?

7        Q.     Yes.

8        A.     No, that's not my understanding.  My

9    understanding was that some was.  There's, as far as

10   which ones were and which ones weren't, you know, my

11   understanding is that Larry Lieber has said that he

12   provided scripts on some stories to Jack, and Jack was

13   working from full script, but that has some pitfalls to

14   it too.  Because if you go back to when Simon and Kirby

15   were working for DC in the '40s, they had writers that

16   would come in and work for them and provide scripts,

17   and there's famous stories of writers would bring in

18   their scripts to Joe Simon or Jack Kirby studio, and as

19   they were leaving, they would see pages floating out

20   the window where they would just look at them and go

21   well, we will just do it ourselves.  They would

22   completely write their own scripts, even though they

23   commissioned somebody to do one.

24            So Kirby's history bears out that.  It's

25   just he was a very creative person, and anything he

2    worked on he put his stamp on, and most publishers were

3    wise enough to let him do it, because he was so

4    creative and would come up with such interesting work.

5         Q.    Is it correct that on some occasions during

6    this period, from '58 to '63, you understand that Jack

7    was given conventional scripts for work?

8         A.    I have heard Larry Lieber say that he

9    provided full scripts for some material.  I've not seen

10   those scripts.  I've not seen any scripts from Stan

11   from then, and I've not -- of all the interviews I've

12   read with Stan, I've not heard Stan say that they

13   weren't working Marvel method.  Stan has always been

14   very proud about touting the Marvel method, because he

15   felt that was something they pioneered.  I've not seen

16   him go on the record and say no, I wasn't giving Jack

17   scripts on all this stuff.

18        Q.    Let's make sure our lexicon is the same.

19              Would you describe what you understand the

20   Marvel method to be?

21        A.    Oh, sure.  Marvel method, as I understand

22   it, is the, well, we'll use the term writer and artist,

23   even though some can be used different term.  The

24   writer or scripter and the artist get together, discuss

25   an idea, then the artist will go back to his studio,

JOHN MORROW                    61

1   wherever it is he does his work, and then based on that

2   initial story conference, break the story down into

3   panels, page by page, pace it the way the artist feels

4   it should be, add a lot of characterization and

5   possibly some new characters, things like that, and

6   then bring the finished story, finished pages back in

7   to submit for publication.

8            At that point, the writer would take the

9   pencil pages, in some cases they might actually type a

10  script for the letterer to go by.  In some cases, they

11  might actually go and pencil things in margins or write

12  actual balloons on there.  At that point, the art is

13  passed on to the letterer.  They ink the lettering on

14  there and the balloons.  It's passed on to the inker,

15  so it goes to the artist's pencil drawings, so that

16  they'll reproduce in blank ink, and, you know, I mean,

17  that's generally the Marvel method.  They get together

18  for story conference.  The artist goes and does his

19  work and then turns the work back in.

20       Q.    Would you distinguish that from what I'll

21  call the conventional method, or the method that was

22  used prior to the introduction of the Marvel method?

23       A.    Very different.  The method that DC comics

24  had always used up through that period, the writer

1          JOHN MORROW                          149

2  that point after Joe Simon and Jack Kirby left the

3  company.

4          Q.     And what role, if any, did Mr. Goodman play

5  in the company at that time?

6          A.     Oh, well, he was the publisher.  I'm

7  assuming he handled all the money and also helped --

8  made publishing decisions about the company like any

9  publisher would.

10         Q.     Did he direct Stan Lee in the type of

11  stories to publish?

12         A.     Based on Stan's accounts of working with

13  Martin Goodman in the '60s, I would say, I would assume

14  definitely yes, because he was certainly involved, to

15  some extent, in the '60s.

16                So I -- there's no reason to think he

17  wouldn't have been involved with Stan in the '40s when

18  Stan was just starting out.

19         Q.     When you say run, you're reflecting Stan's

20  position as an editor or as the editor?

21         A.     Editor-in-chief, yes.

22         Q.     Did he have that title in 1941?

23         A.     I'm not sure he had the official title

24  editor-in-chief.  I believe he had the title of editor.

25         Q.     Turning to page five, the first sentence of

1      JOHN MORROW                              201

2      Q.      Do you have any information to the effect

3    that Stan -- that Jack Kirby began drawing Sgt. Fury

4    and the Howling Commandos before getting an assignment

5    from Stan to do so?

6      A.      No, not that he began drawing it, no.

7      Q.      Had Stan Lee ever done war comics for

8    Marvel before Nick Fury?

9      A.      Yes, he had.

10     Q.      Was there something unique about Sgt. Fury

11   and this Howling Commandos and the war of comic genre?

12     A.      Yes, there was.

13     Q.      What was unique about it?

14     A.      Sgt. Fury was, for me, the first war comic

15   I actually could read.  I never enjoyed war comics.

16   There was something about the feel and the tone of it

17   and the level of action in it that I really enjoyed.

18   At that point, I had never discovered Kirby's earlier

19   war comics.  But when I first saw Sgt. Fury, it was

20   like, okay, this is almost like superhero comics, which

21   I like, but done as a war comic.  It had a lot of the

22   same trademarks that the superhero comics had.

23     Q.      It was unique in the sense that you liked

24   it?

25     A.      It was unique in the sense that it was

1                        JOHN MORROW                    205

2    going to be here longer than we need to be if you are

3    answering questions I haven't asked you.

4            With respect to the X-Men, are you aware of

5    any X-Men characters that were the sole creation of

6    Jack Kirby?

7        A.    The sole creation of Jack Kirby?  No, not

8    sole creation.

9        Q.    Do you have any information with regard to

10   the -- Kirby's contribution to any of the X-Men

11   characters?

12       A.    No specific information I can add, no.

13       Q.    Are you aware of whether Marvel ever made

14   changes in artwork that Jack Kirby submitted and was

15   paid for after submission?

16       A.    That they made changes after Kirby was paid

17   for the accepted artwork?

18       Q.    Yes.

19       A.    Yes, there were many instances.

20       Q.    And is it true that the inker would

21   typically be selected by the editor at Marvel, and in

22   most cases during the period we're talking about, '58

23   to '63, Stan Lee?

24       A.    Yes.

25       Q.    And some inkers would do more modification

JOHN MORROW                                    206

2  to pencils than others?

3      A.    Yes, stylistically speaking, their styles

4  were a little heavier, so more changes would be made.

5      Q.    Apart from instances that you've already

6  described, are you aware of any instances in which Stan

7  asked Kirby to make corrections in work that he

8  submitted that Kirby did make and received payment for?

9      A.    Any instances where he made changes and was

10 paid for making the changes?

11     Q.    Was submitted.  Let's just take an easy

12 example.  Submitted a story and Stan asked him to make

13 changes on certain panels in the story right on the

14 spot in the office?

15     A.    Yes, there were some instances of that.

16 There's no indication that he was paid additionally for

17 making those changes.

18     Q.    Are you aware of any instance in which Jack

19 Kirby refused to make changes in accordance with

20 directions he received from Stan or any other editor at

21 Marvel?

22     A.    I cannot think of one.  Jack was a very

23 dedicated employee and had a good work ethic and

24 generally did what the editor told him.  He may not

25 have always been happy about them, but.

1                         JOHN MORROW                    207

2        Q.      I think you indicated earlier, I just want

3    to make sure I'm clear for the record, is it your

4    understanding that Marvel had the right to make changes

5    in the work submitted by Kirby?

6        A.      Well, that's generally the job of an editor

7    in any publishing house.  The editor accepts the work

8    and they edit it.

9        Q.      So the answer would be --

10       A.      Would be yes.  Yes.

11       Q.      Do you know whether Jack Kirby ever

12   received any vacation pay from Marvel?

13       A.      No, none that I'm aware of.

14       Q.      Well, are you aware that he didn't receive

15   vacation pay?

16       A.      My understanding is that he did not, and

17   that's why he produced so many pages at such a faster

18   rate than most of the other artists, so that he could

19   keep up with his family finances and be able to take a

20   little time off once in a while.

21       Q.      Am I correct that you cannot testify from

22   firsthand knowledge that throughout Mr. Kirby's career

23   with Marvel, he never received any form of vacation

24   pay?

25       A.      From firsthand knowledge, no, I cannot.

JOHN MORROW                                    236

1
2  ring that gave him spider powers; whereas The Fly was

3  an orphan boy that had a magic ring that gave him fly

4  powers.  That seemed too similar.  But that's, again,

5  just my assumption.

6      Q.    Is there any other similarities, in your

7  view, between The Fly and Spider-Man?

8      A.    None that I can think of.  When you say

9  Spider-Man as he is today or Spider-Man as Jack Kirby

10 would have presented it?

11     Q.    Spider-Man as he was depicted in Amazing

12 Fantasy number 15?

13     A.    He was depicted by Steve Ditko in Amazing

14 Fantasy 15.  Oh, well, no, there's really not much

15 similarity between the published version of Spider-Man,

16 Amazing Fantasy 15 and The Fly.

17     Q.    I've placed before you Exhibit 16, which is

18 a copy of a document I pulled off the web site

19 indicated on the bottom of the page a week or so ago.

20              (The document referred to was marked

21          Plaintiff's Exhibit Number 16 for

22          identification.)

23     Q.    And on the third page of this document,

24 there are some penciled drawings.

25              Are these the Ditko drawings that you

1               JOHN MORROW                      237

2    referred to a minute ago, comparing Kirby's Spider-Man

3    with Ditko's Spider-Man?

4         A.    Yes.

5         Q.    And do you agree that Kirby's Spider-Man

6    looks like the Simon Kirby Captain America character?

7         A.    There are similarities certainly, but there

8    are similarities among most superhero costumes.  It's

9    kind of that's just the way superheros are drawn.  I

10   think the finished Spider-Man is obviously very

11   different from either of the other two.

12        Q.    And in this document, there is a depiction

13   of The Fly, particularly on the second page on a couple

14   of covers, do you see those?

15        A.    Yes.

16        Q.    And would you agree that the look of The

17   Fly is substantially different than the look of

18   Spider-Man?

19        A.    Yes, I would.

20        Q.    I'd like to direct your attention again to

21   your report in Exhibit 9, the final version, and the

22   first sentence of your conclusion says, and I'm going

23   to quote it:  "To recap, I believe that Kirby's work

24   for Marvel from 1958 to 1963 was not 'work for hire'".

25              I had understood you earlier to have

JOHN MORROW                         260

1

2  called in to work on the initial issues before handing

3  it off to others to continue.

4          Did you have in mind the other new series

5  that you were referring to there?

6      A.    Ironman.  For instance, Daredevil, Kirby

7  was brought in in some capacity for his covers by him.

8  There are some character concept drawings by Kirby.

9  The character called the Plunderer, and I forget the

10  other one that are in early Daredevil stories that are

11  all -- it's Kirby giving a sketch of what it should

12  look like and writing notes off to the side of the

13  character's, you know, personality and his powers and

14  things like that, that were submitted to the artist who

15  was drawing that issue to go by.

16      Q.    Do you know who wrote the first issue of

17  Ironman?

18      A.    I believe Larry Lieber scripted that,

19  didn't he?

20      Q.    Yes.

21      A.    I believe so.

22      Q.    I'm telling you.  I'm asking you.

23          Is it your understanding that Larry Lieber

24  did it?

25      A.    I would say yes.

1                    JOHN MORROW                261

2        Q.     I don't want to testify.

3               And who drew that issue?

4        A.     That's Don Heck, I believe.

5        Q.     And is it your recollection that Jack Kirby

6   was asked to do the cover?

7        A.     Yes.

8        Q.     Now, what was the -- this Exhibit 24 an

9   introduction to?

10       A.     Well, based on what I'm reading here, I'm

11  assuming this was the one I did for the S.H.I.E.L.D.

12  series, but let's see, since I'm talking about Shield

13  here, it must have been for the Agent of Shield

14  collection.

15       Q.     Now, in the fifth paragraph, you say in the

16  first sentence:  While Stan scripted most of the issues

17  presented here, Kirby was undoubtedly the guiding

18  creative force.

19              What did you mean by Stan scripted most of

20  the issues?

21       A.     Scripted meaning dialogue, put the words in

22  the balloons.

23       Q.     You don't mean creating the scripts?

24       A.     No, not working from the script, no.

25  Scripting and dialoguing are kind of used

1                          JOHN MORROW                        264

2         A.    Yes.  Well, with help from Shane Foley and

3    Sean Kleefeld.

4         Q.    And it begins with the sentence:  It wasn't

5    all that unusual for Jack Kirby to occasionally end up

6    with some unused pencil pages from his stories.

7               Were those pages -- were you referring to

8    pages that would not have been submitted by Jack to

9    Marvel?

10        A.    Generally, yes.

11        Q.    Do you recall Stan Lee ever altering any

12   concept for a story illustrated by Jack Kirby?

13        A.    Altering it in what way?

14        Q.    Changing character motivations, plot?

15        A.    Yes.

16        Q.    That was part of the normal editorial

17   process?

18        A.    Yes.

19              MR. TOBEROFF:  Calls for speculation.

20              BY MR. FLEISCHER:

21        Q.    I've placed before you a document entitled

22   Apokolips, spelled A-P-O-K-O-L-I-P-S, Now, A Major

23   Production.  Can you tell me what this is?

24        A.    Yes, this is an article I wrote on

25   Mr. Kirby's original version of a 1984 story that he