# EXHIBIT 11

## DVD-ROM FILED BY CONVENTIONAL MEANS PURSUANT TO FEBRUARY 18, 2011 ENDORSED ORDER