# EXHIBIT 13

James W. Quinn
R. Bruce Rich
Randi W. Singer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel:  (212) 310-8000
Fax: (212) 310-8007

David Fleischer
Jodi A. Kleinick
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
Tel.: (212) 318-6000
Fax: (212) 319-4090
*Attorneys for Plaintiffs*



UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARVEL WORLDWIDE, INC.,
MARVEL CHARACTERS, INC. and
MVL RIGHTS, LLC,

                      Plaintiffs,

     -against-

LISA R. KIRBY, BARBARA J. KIRBY,
NEAL L. KIRBY and SUSAN N. KIRBY,

                      Defendants.

------------------------------------------------------------X

Civil Action No.

COMPLAINT

       Plaintiffs Marvel Worldwide, Inc. ("MWI"), Marvel Characters, Inc. ("MCI") and

MVL Rights, LLC ("MVL"), by their attorneys Weil, Gotshal & Manges LLP and Paul,

Hastings, Janofsky & Walker LLP and for their complaint, allege as follows:

BACKGROUND AND NATURE OF ACTION

1.      This case involves an invalid attempt, by means of termination notices purportedly issued under provisions of the Copyright Act of 1976 (the "1976 Act"), to acquire certain rights to iconic Marvel comic book characters and stories published between 1958 and 1963 to which Jack Kirby is claimed to have made contributions.

2.      Any contributions made by Kirby to the works at issue were made at the instance and expense of plaintiffs' predecessors in interest and, as such, were works made for hire.  The termination provisions of the 1976 Act upon which defendants' notices rely are expressly inapplicable to works made for hire.  Accordingly, plaintiffs seek a judgment declaring the termination notices issued by defendants to be invalid and of no legal force or effect.

JURISDICTION AND VENUE

3.      The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

4.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to this action occurred in this district.  Specifically, any contributions by Kirby were made in this district, and all of the comic books at issue were published in this district.

PARTIES

5.      MWI is a Delaware corporation maintaining its principal place of business at 417 Fifth Avenue, New York, New York 10016.  MWI has published and is currently engaged in publishing various comic books utilizing the intellectual property contained in the comic books at issue.

6.     MCI and MVL are Delaware corporations maintaining their principal places of business at 1600 Rosecrans Avenue, Manhattan Beach, California 90266.  MCI and MVL own the intellectual property contained in the comic books at issue.

7.     Defendants claim to be the children of Kirby on whose behalf the termination notices have been sent to plaintiffs.

ALLEGATIONS

8.     At various times during the period September 1958 through September 1963, and at various times before and after that period, Kirby was engaged as a comic book artist by certain predecessors in interest of plaintiffs (the "Marvel Entities"), located at all relevant times in New York, New York.

9.     At all times that Kirby was engaged as a comic book artist by the Marvel Entities, Kirby made contributions to various comic books (the "Works") at the instance of members of the editorial staff of the Marvel Entities, who had the right to exercise creative control with respect to those contributions.

10.     Any contributions made by Kirby to the Works were done at the expense of the Marvel Entities.  In particular, Kirby was compensated by the Marvel Entities for all such contributions made by him.

11.     The Marvel Entities registered the copyrights in and to the Works, which are copyrightable subject matter under the copyright laws of the United States.  The registrations were recorded by the Register of Copyrights, as set forth in Exhibit 1 hereto, and plaintiffs, and each of the Marvel Entities, have complied in all respects with all laws governing copyright.

12.     On or about September 17, 2009, defendants sent 45 notices to plaintiffs and filed them in the Copyright Office.  The notices identify defendants as persons owning a

sufficient interest under the termination provisions of the 1976 Act, 17 U.S.C. § 304(c), and the regulations thereunder to exercise rights of termination with respect to transfers of certain rights in and to the Works.

13.     The notices specifically seek to terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyrights covering (a) various comic books published by the Marvel Entities from September 1958 through September 1963 and all printed and graphic material therein, including various fictional characters, (b) various fictional characters identified in the notices, and (c) other publications identified in the notices.  By their terms, the notices purport to become effective on various dates from 2014 through 2019.

14.     The comic book titles identified in the notices, to which Kirby is claimed to have made contributions, include *Amazing Adventures*, *Amazing Fantasy*, *Amazing Spider-Man*, *The Avengers*, the *Fantastic Four*, *Fantastic Four Annual*, *The Incredible Hulk*, *Journey into Mystery*, *Rawhide Kid*, *Sgt. Fury and His Howling Commandos*, *Strange Tales*, *Tales to Astonish*, *Tales of Suspense* and *The X-Men*.  The notices purportedly terminate alleged grants of copyright interests in all characters, story elements, and other copyrightable subject matter in the comic books regardless of whether any such subject matter was claimed to be contributed by Kirby.

## CLAIM FOR RELIEF

15.     Plaintiffs repeat and reallege the allegations in paragraphs 1 through 14 hereof.

16.     Kirby's contributions to the Works were done at the instance and expense of the Marvel Entities and, as such, his contributions were works made for hire.  Accordingly,

defendants have no right under section 304(c) of the 1976 Act to terminate alleged grants by Kirby pertaining to the Works. In addition, defendants have no right to terminate plaintiffs' interests in any subject matter not contributed by Kirby to the Works.

17.     The issuance of the notices threatens to inhibit the ability of plaintiffs to fully exploit their rights in and to the Works. Plaintiffs' commercial development of the Works involves multi-year commitments by plaintiffs and their licensees, involving not only the comic books themselves but also exploitation through film projects and other media. In order for plaintiffs to continue to pursue these commercial endeavors, present judicial relief is needed.

18.     Accordingly, plaintiffs seek a judgment pursuant to 28 U.S.C. § 2201 declaring that the notices are invalid and of no legal force or effect.

WHEREFORE, plaintiffs respectfully demand judgment against defendants (a) declaring that the notices are invalid and of no legal force or effect, (b) awarding the costs and disbursements of this action including without limitation reasonable attorneys' fees, and (c) granting such other and further relief as to the Court may deem just and proper.

Dated:   New York, New York
         January 8, 2010

WEIL, GOTSHAL & MANGES LLP

By _James W. Quinn (Asf)_
        James W. Quinn
        R. Bruce Rich
        Randi W. Singer
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

PAUL, HASTINGS, JANOFSKY
& WALKER LLP

By_____
        David Fleischer
        Jodi A. Kleinick
75 East 55th Street
New York, NY 10022
(212) 318-6000

*Attorneys for Plaintiffs*

# Exhibit 1

| Publication Title | Vol. No. | Issue No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Amazing Adventures | 1 | 1 | 3/7/1961 | MCI | B889877 |
| Amazing Adventures | 1 | 2 | 4/6/1961 | MCI | B895316 |
| Amazing Adventures | 1 | 3 | 5/9/1961 | MCI | B903231 |
| Amazing Adventures | 1 | 4 | 6/1/1961 | MCI | B907458 |
| Amazing Adventures | 1 | 5 | 7/5/1961 | MCI | B912672 |
| Amazing Adventures | 1 | 6 | 8/1/1961 | MCI | B917812 |
| Amazing Fantasy | 1 | 15 | 6/5/1962 | MCI | B976775 |
| Amazing Spider-Man | 1 | 1 | 12/10/1962 | MCI | B12112 |
| Amazing Spider-Man | 1 | 2 | 2/12/1963 | MCI | B22020 |
| Amazing Spider-Man | 1 | 3 | 4/9/1963 | MCI | B32700 |
| Amazing Spider-Man | 1 | 4 | 6/11/1963 | MCI | B45564 |
| Amazing Spider-Man | 1 | 5 | 7/9/1963 | MCI | B50165 |
| Amazing Spider-Man | 1 | 6 | 8/8/1963 | MCI | B57887 |
| Amazing Spider-Man | 1 | 7 | 9/9/1963 | MCI | B63121 |
| Fantastic Four Annual | | 1 | 7/2/1963 | MCI | A645698 |
| Journey Into Mystery | 1 | 51 | 12/2/1958 | MCI | B759768 |
| Journey Into Mystery | 1 | 52 | 2/3/1959 | MCI | B766140 |
| Journey Into Mystery | 1 | 53 | 4/3/1959 | MCI | B768628 |
| Journey Into Mystery | 1 | 54 | 6/5/1959 | MCI | B787838 |
| Journey Into Mystery | 1 | 55 | 7/31/1959 | MCI | B806022 |
| Journey Into Mystery | 1 | 56 | 10/1/1959 | MCI | B803626 |

| Publication Title | Vol. No. | Issue No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Journey Into Mystery | 1 | 57 | 11/30/1959 | MCI | B813397 |
| Journey Into Mystery | 1 | 58 | 1/29/1960 | MCI | B823977 |
| Journey Into Mystery | 1 | 59 | 3/28/1960 | MCI | B835083 |
| Journey Into Mystery | 1 | 60 | 5/31/1960 | MCI | B847347 |
| Journey Into Mystery | 1 | 61 | 6/27/1960 | MCI | B849991 |
| Journey Into Mystery | 1 | 62 | 7/28/1960 | MCI | B855754 |
| Journey Into Mystery | 1 | 63 | 7/29/1960 | MCI | B860878 |
| Journey Into Mystery | 1 | 64 | 9/28/1960 | MCI | B867620 |
| Journey Into Mystery | 1 | 65 | 10/27/1960 | MCI | B872501 |
| Journey Into Mystery | 1 | 66 | 12/29/1960 | MCI | B878947 |
| Journey Into Mystery | 1 | 67 | 1/31/1961 | MCI | B883734 |
| Journey Into Mystery | 1 | 68 | 2/28/1961 | MCI | B889875 |
| Journey Into Mystery | 1 | 69 | 4/6/1961 | MCI | B895314 |
| Journey Into Mystery | 1 | 70 | 5/2/1961 | MCI | B903235 |
| Journey Into Mystery | 1 | 71 | 6/1/1961 | MCI | B907241 |
| Journey Into Mystery | 1 | 72 | 7/5/1961 | MCI | B912671 |
| Journey Into Mystery | 1 | 73 | 8/1/1961 | MCI | B917814 |
| Journey Into Mystery | 1 | 74 | 8/31/1961 | MCI | B923754 |
| Journey Into Mystery | 1 | 75 | 9/26/1961 | MCI | B928100 |
| Journey Into Mystery | 1 | 76 | 11/2/1961 | MCI | B934588 |
| Journey Into Mystery | 1 | 77 | 12/5/1961 | MCI | B941994 |
| Journey Into Mystery | 1 | 78 | 2/2/1962 | MCI | B947656 |

| Publication Title | Vol. No. | Issue No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Journey Into Mystery | 1 | 79 | 2/1/1962 | MCI | B951328 |
| Journey Into Mystery | 1 | 80 | 3/1/1962 | MCI | B957587 |
| Journey Into Mystery | 1 | 81 | 4/3/1962 | MCI | B964097 |
| Journey Into Mystery | 1 | 82 | 5/1/1962 | MCI | B969593 |
| Journey Into Mystery | 1 | 83 | 6/5/1962 | MCI | B975408 |
| Journey Into Mystery | 1 | 84 | 7/3/1962 | MCI | B982810 |
| Journey Into Mystery | 1 | 85 | 8/2/1962 | MCI | B988515 |
| Journey Into Mystery | 1 | 86 | 9/4/1962 | MCI | B992974 |
| Journey Into Mystery | 1 | 87 | 10/2/1962 | MCI | B999782 |
| Journey Into Mystery | 1 | 88 | 11/1/1962 | MCI | B6034 |
| Journey Into Mystery | 1 | 89 | 12/3/1962 | MCI | B12115 |
| Journey Into Mystery | 1 | 90 | 1/3/1963 | MCI | B17481 |
| Journey Into Mystery | 1 | 91 | 2/5/1963 | MCI | B23462 |
| Journey Into Mystery | 1 | 92 | 3/5/1963 | MCI | B28145 |
| Journey Into Mystery | 1 | 93 | 4/2/1963 | MCI | B32696 |
| Journey Into Mystery | 1 | 94 | 5/2/1963 | MCI | B38263 |
| Journey Into Mystery | 1 | 95 | 6/4/1963 | MCI | B45557 |
| Journey Into Mystery | 1 | 96 | 7/2/1963 | MCI | B50171 |
| Journey Into Mystery | 1 | 97 | 8/1/1963 | MCI | B57880 |
| Journey Into Mystery | 1 | 98 | 9/3/1963 | MCI | B61947 |
| Rawhide Kid | 1 | 17 | 3/28/1960 | MCI | B835093 |
| Rawhide Kid | 1 | 18 | 5/31/1960 | MCI | B847044 |

| Publication Title | Vol. No. | Issue No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Rawhide Kid | 1 | 19 | 7/28/1960 | MCI | B855747 |
| Rawhide Kid | 1 | 20 | 9/28/1960 | MCI | B867623 |
| Rawhide Kid | 1 | 21 | 1/5/1961 | MCI | B878949 |
| Rawhide Kid | 1 | 22 | 3/7/1961 | MCI | B889879 |
| Rawhide Kid | 1 | 23 | 5/9/1961 | MCI | B903232 |
| Rawhide Kid | 1 | 24 | 7/11/1961 | MCI | B912666 |
| Rawhide Kid | 1 | 25 | 9/5/1961 | MCI | B923782 |
| Rawhide Kid | 1 | 26 | 11/9/1961 | MCI | B934589 |
| Rawhide Kid | 1 | 27 | 1/9/1962 | MCI | B948090 |
| Rawhide Kid | 1 | 28 | 3/8/1962 | MCI | B957584 |
| Rawhide Kid | 1 | 29 | 5/8/1962 | MCI | B969573 |
| Rawhide Kid | 1 | 30 | 7/10/1962 | MCI | B982806 |
| Rawhide Kid | 1 | 31 | 9/11/1962 | MCI | B992186 |
| Rawhide Kid | 1 | 32 | 11/8/1962 | MCI | B6027 |
| Rawhide Kid | 1 | 33 | 1/10/1963 | MCI | B17485 |
| Rawhide Kid | 1 | 34 | 3/12/1963 | MCI | B28147 |
| Rawhide Kid | 1 | 35 | 5/9/1963 | MCI | B37742 |
| Sgt. Fury and His Howling Commandos | 1 | 1 | 3/5/1963 | MVL | B28319 |
| Sgt. Fury and His Howling Commandos | 1 | 2 | 5/2/1963 | MCI | B382254 |
| Sgt. Fury and His Howling Commandos | 1 | 3 | 7/2/1963 | MCI | B50173 |
| Sgt. Fury and His Howling Commandos | 1 | 4 | 9/3/1963 | MCI | B61936 |

| Publication Title | Vol. No. | Issue No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Strange Tales | 1 | 67 | 10/2/1958 | MCI | B742623 |
| Strange Tales | 1 | 68 | 12/2/1958 | MCI | B752544 |
| Strange Tales | 1 | 69 | 2/3/1959 | MCI | B766145 |
| Strange Tales | 1 | 70 | 4/3/1959 | MCI | B768625 |
| Strange Tales | 1 | 71 | 6/5/1959 | MCI | B787168 |
| Strange Tales | 1 | 72 | 7/31/1959 | MCI | B796411 |
| Strange Tales | 1 | 73 | 10/1/1959 | MCI | B803619 |
| Strange Tales | 1 | 74 | 11/30/1959 | MCI | B813405 |
| Strange Tales | 1 | 75 | 1/29/1960 | MCI | B824068 |
| Strange Tales | 1 | 76 | 3/28/1960 | MCI | B835088 |
| Strange Tales | 1 | 77 | 5/31/1960 | MCI | B847048 |
| Strange Tales | 1 | 78 | 6/27/1960 | MCI | B849996 |
| Strange Tales | 1 | 79 | 7/28/1960 | MCI | B855752 |
| Strange Tales | 1 | 80 | 8/29/1960 | MCI | B861708 |
| Strange Tales | 1 | 81 | 9/28/1960 | MCI | B867624 |
| Strange Tales | 1 | 82 | 10/27/1960 | MCI | B872496 |
| Strange Tales | 1 | 83 | 1/5/1961 | MCI | B878951 |
| Strange Tales | 1 | 84 | 2/7/1961 | MCI | B883747 |
| Strange Tales | 1 | 85 | 3/7/1961 | MCI | B889878 |
| Strange Tales | 1 | 86 | 4/13/1961 | MCI | B902924 |
| Strange Tales | 1 | 87 | 5/9/1961 | MCI | B903238 |
| Strange Tales | 1 | 88 | 6/8/1961 | MCI | B907454 |

| Publication Title | Vol. No. | Issue No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Strange Tales | 1 | 89 | 7/11/1961 | MCI | B912661 |
| Strange Tales | 1 | 90 | 8/8/1961 | MCI | B917821 |
| Strange Tales | 1 | 91 | 9/5/1961 | MCI | B923745 |
| Strange Tales | 1 | 92 | 9/28/1961 | MCI | B928095 |
| Strange Tales | 1 | 93 | 11/9/1961 | MCI | B934590 |
| Strange Tales | 1 | 94 | 12/12/1961 | MCI | B942379 |
| Strange Tales | 1 | 95 | 1/9/1962 | MCI | B948091 |
| Strange Tales | 1 | 96 | 2/8/1962 | MCI | B951307 |
| Strange Tales | 1 | 97 | 3/8/1962 | MCI | B957583 |
| Strange Tales | 1 | 98 | 4/10/1962 | MCI | B964102 |
| Strange Tales | 1 | 99 | 5/8/1962 | MCI | B969572 |
| Strange Tales | 1 | 100 | 6/12/1962 | MCI | B975402 |
| Strange Tales | 1 | 101 | 7/10/1962 | MCI | B982809 |
| Strange Tales | 1 | 102 | 8/9/1962 | MCI | B988507 |
| Strange Tales | 1 | 103 | 9/11/1962 | MCI | B992202 |
| Strange Tales | 1 | 104 | 10/9/1962 | MCI | B999792 |
| Strange Tales | 1 | 105 | 11/8/1962 | MCI | B6037 |
| Strange Tales | 1 | 106 | 12/10/1962 | MCI | B12120 |
| Strange Tales | 1 | 107 | 1/10/1963 | MCI | B17484 |
| Strange Tales | 1 | 108 | 2/12/1963 | MCI | B22022 |
| Strange Tales | 1 | 109 | 3/12/1963 | MCI | B28143 |
| Strange Tales | 1 | 110 | 4/9/1963 | MVL | B34036 |

| Publication Title | Vol. No. | Issue No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Strange Tales | 1 | 111 | 5/9/1963 | MVL | B38264 |
| Strange Tales | 1 | 112 | 6/11/1963 | MCI | B45565 |
| Strange Tales | 1 | 113 | 7/9/1963 | MCI | B51854 |
| Strange Tales | 1 | 114 | 8/8/1963 | MCI | B57888 |
| Strange Tales | 1 | 115 | 9/10/1963 | MCI | B66036 |
| Tales of Suspense | 1 | 1 | 9/2/1958 | MCI | B736089 |
| Tales of Suspense | 1 | 3 | 1/2/1959 | MCI | B761308 |
| Tales of Suspense | 1 | 4 | 3/3/1959 | MCI | B768626 |
| Tales of Suspense | 1 | 5 | 5/5/1959 | MCI | B786579 |
| Tales of Suspense | 1 | 6 | 7/1/1959 | MCI | B790630 |
| Tales of Suspense | 1 | 7 | 9/1/1959 | MCI | B798703 |
| Tales of Suspense | 1 | 8 | 10/27/1959 | MCI | B810471 |
| Tales of Suspense | 1 | 9 | 12/28/1959 | MCI | B818202 |
| Tales of Suspense | 1 | 10 | 2/29/1960 | MCI | B830032 |
| Tales of Suspense | 1 | 11 | 4/27/1960 | MCI | B839673 |
| Tales of Suspense | 1 | 12 | 6/27/1960 | MCI | B849997 |
| Tales of Suspense | 1 | 13 | 8/29/1960 | MCI | B861707 |
| Tales of Suspense | 1 | 14 | 9/28/1960 | MCI | B867625 |
| Tales of Suspense | 1 | 15 | 10/27/1960 | MCI | B872495 |
| Tales of Suspense | 1 | 16 | 1/5/1961 | MCI | B878950 |
| Tales of Suspense | 1 | 17 | 2/7/1961 | MCI | B883742 |
| Tales of Suspense | 1 | 18 | 3/7/1961 | MCI | B889881 |

| Publication Title | Vol. No. | Issue No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Tales of Suspense | 1 | 19 | 4/13/1961 | MCI | B902925 |
| Tales of Suspense | 1 | 20 | 5/9/1961 | MCI | B903153 |
| Tales of Suspense | 1 | 21 | 6/8/1961 | MCI | B907451 |
| Tales of Suspense | 1 | 22 | 7/11/1961 | MCI | B912664 |
| Tales of Suspense | 1 | 23 | 8/8/1961 | MCI | B917820 |
| Tales of Suspense | 1 | 24 | 9/5/1961 | MCI | B923811 |
| Tales of Suspense | 1 | 25 | 9/28/1961 | MCI | B928097 |
| Tales of Suspense | 1 | 26 | 11/9/1961 | MCI | B934596 |
| Tales of Suspense | 1 | 27 | 12/12/1961 | MCI | B942378 |
| Tales of Suspense | 1 | 28 | 1/9/1962 | MCI | B948089 |
| Tales of Suspense | 1 | 29 | 2/8/1962 | MCI | B951306 |
| Tales of Suspense | 1 | 30 | 3/8/1962 | MCI | B957579 |
| Tales of Suspense | 1 | 31 | 4/10/1962 | MCI | B964110 |
| Tales of Suspense | 1 | 32 | 5/8/1962 | MCI | B969511 |
| Tales of Suspense | 1 | 33 | 6/12/1962 | MCI | B975401 |
| Tales of Suspense | 1 | 34 | 7/10/1962 | MCI | B982805 |
| Tales of Suspense | 1 | 35 | 8/9/1962 | MCI | B988506 |
| Tales of Suspense | 1 | 36 | 9/11/1962 | MCI | B992188 |
| Tales of Suspense | 1 | 37 | 10/9/1962 | MCI | B999791 |
| Tales of Suspense | 1 | 38 | 11/8/1962 | MCI | B6029 |
| Tales of Suspense | 1 | 39 | 12/10/1962 | MVL | B12121 |
| Tales of Suspense | 1 | 40 | 1/10/1963 | MCI | B17487 |

| Publication Title | Vol. No. | Issue No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Tales of Suspense | 1 | 41 | 2/12/1963 | MCI | B22023 |
| Tales of Suspense | 1 | 42 | 3/12/1963 | MCI | B28148 |
| Tales of Suspense | 1 | 43 | 4/9/1963 | MCI | B34035 |
| Tales of Suspense | 1 | 44 | 5/9/1963 | MCI | B37740 |
| Tales of Suspense | 1 | 45 | 6/11/1963 | MCI | B45566 |
| Tales of Suspense | 1 | 46 | 7/9/1963 | MCI | B50166 |
| Tales of Suspense | 1 | 47 | 8/8/1963 | MCI | B57877 |
| Tales of Suspense | 1 | 48 | 9/10/1963 | MCI | B61942 |
| Tales to Astonish | 1 | 1 | 9/2/1958 | MCI | B736088 |
| Tales to Astonish | 1 | 3 | 1/2/1959 | MCI | B761309 |
| Tales to Astonish | 1 | 4 | 3/3/1959 | MCI | B768630 |
| Tales to Astonish | 1 | 5 | 5/5/1959 | MCI | B779691 |
| Tales to Astonish | 1 | 6 | 7/1/1959 | MCI | B790631 |
| Tales to Astonish | 1 | 7 | 9/1/1959 | MCI | B798704 |
| Tales to Astonish | 1 | 8 | 10/27/1959 | MCI | B810474 |
| Tales to Astonish | 1 | 9 | 12/28/1959 | MCI | B821210 |
| Tales to Astonish | 1 | 10 | 2/29/1960 | MCI | B830034 |
| Tales to Astonish | 1 | 11 | 4/27/1960 | MCI | B839672 |
| Tales to Astonish | 1 | 12 | 5/31/1960 | MCI | B847047 |
| Tales to Astonish | 1 | 13 | 6/27/1960 | MCI | B849998 |
| Tales to Astonish | 1 | 14 | 7/28/1960 | MCI | B855751 |
| Tales to Astonish | 1 | 15 | 8/29/1960 | MCI | B861712 |

| Publication Title | Vol. No. | Issue No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Tales to Astonish | 1 | 16 | 9/28/1960 | MCI | B867626 |
| Tales to Astonish | 1 | 17 | 10/27/1960 | MCI | B872494 |
| Tales to Astonish | 1 | 18 | 1/5/1961 | MCI | B878954 |
| Tales to Astonish | 1 | 19 | 2/7/1961 | MCI | B883743 |
| Tales to Astonish | 1 | 20 | 3/7/1961 | MCI | B889882 |
| Tales to Astonish | 1 | 21 | 4/13/1961 | MCI | B902930 |
| Tales to Astonish | 1 | 22 | 5/9/1961 | MCI | B903152 |
| Tales to Astonish | 1 | 23 | 6/8/1961 | MCI | B907242 |
| Tales to Astonish | 1 | 24 | 7/11/1961 | MCI | B912662 |
| Tales to Astonish | 1 | 25 | 8/8/1961 | MCI | B917824 |
| Tales to Astonish | 1 | 26 | 9/5/1961 | MCI | B923752 |
| Tales to Astonish | 1 | 27 | 9/28/1961 | MVL | B928099 |
| Tales to Astonish | 1 | 28 | 11/9/1961 | MCI | B934595 |
| Tales to Astonish | 1 | 29 | 12/5/1961 | MCI | B941997 |
| Tales to Astonish | 1 | 30 | 1/9/1962 | MCI | B948094 |
| Tales to Astonish | 1 | 31 | 2/1/1962 | MCI | B951308 |
| Tales to Astonish | 1 | 32 | 3/8/1962 | MCI | B957580 |
| Tales to Astonish | 1 | 33 | 4/3/1962 | MCI | B964095 |
| Tales to Astonish | 1 | 34 | 5/8/1962 | MCI | B969594 |
| Tales to Astonish | 1 | 35 | 6/5/1962 | MVL | B975407 |
| Tales to Astonish | 1 | 36 | 7/10/1962 | MCI | B982808 |
| Tales to Astonish | 1 | 37 | 8/2/1962 | MCI | B988514 |

| Publication Title | Vol. No. | Issue No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Tales to Astonish | 1 | 38 | 9/11/1962 | MCI | B992189 |
| Tales to Astonish | 1 | 39 | 10/2/1962 | MCI | B999783 |
| Tales to Astonish | 1 | 40 | 11/8/1962 | MCI | B6026 |
| Tales to Astonish | 1 | 41 | 12/3/1962 | MCI | B12122 |
| Tales to Astonish | 1 | 42 | 1/10/1963 | MCI | B16382 |
| Tales to Astonish | 1 | 43 | 2/5/1963 | MCI | B23461 |
| Tales to Astonish | 1 | 44 | 3/5/1963 | MVL | B28142 |
| Tales to Astonish | 1 | 45 | 4/2/1963 | MCI | B32695 |
| Tales to Astonish | 1 | 46 | 5/2/1963 | MCI | B37739 |
| Tales to Astonish | 1 | 47 | 6/4/1963 | MCI | B45556 |
| Tales to Astonish | 1 | 48 | 7/2/1963 | MCI | B50164 |
| Tales to Astonish | 1 | 49 | 8/1/1963 | MVL | B57878 |
| Tales to Astonish | 1 | 50 | 9/3/1963 | MCI | B61940 |
| The Avengers | 1 | 1 | 7/2/1963 | MVL | B51853 |
| The Avengers | 1 | 2 | 9/3/1963 | MCI | B61952 |
| The Fantastic Four | 1 | 1 | 8/8/1961 | MCI | B917811 |
| The Fantastic Four | 1 | 2 | 9/28/1961 | MCI | B928094 |
| The Fantastic Four | 1 | 3 | 12/12/1961 | MCI | B942377 |
| The Fantastic Four | 1 | 4 | 2/8/1962 | MCI | B951327 |
| The Fantastic Four | 1 | 5 | 4/10/1962 | MCI | B964094 |
| The Fantastic Four | 1 | 6 | 6/12/1962 | MCI | B975404 |
| The Fantastic Four | 1 | 7 | 7/3/1962 | MCI | B982812 |

| Publication Title | Vol. No. | Issue No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| The Fantastic Four | 1 | 8 | 8/9/1962 | MCI | B988509 |
| The Fantastic Four | 1 | 9 | 9/4/1962 | MCI | B992975 |
| The Fantastic Four | 1 | 10 | 10/9/1962 | MCI | B999794 |
| The Fantastic Four | 1 | 11 | 11/1/1962 | MCI | B6036 |
| The Fantastic Four | 1 | 12 | 12/10/1962 | MCI | B12113 |
| The Fantastic Four | 1 | 13 | 1/3/1963 | MCI | B17483 |
| The Fantastic Four | 1 | 14 | 2/12/1963 | MCI | B22021 |
| The Fantastic Four | 1 | 15 | 3/12/1963 | MCI | B28149 |
| The Fantastic Four | 1 | 16 | 4/9/1963 | MCI | B34037 |
| The Fantastic Four | 1 | 17 | 5/9/1963 | MCI | B37738 |
| The Fantastic Four | 1 | 18 | 6/11/1963 | MCI | B45563 |
| The Fantastic Four | 1 | 19 | 7/9/1963 | MCI | B50169 |
| The Fantastic Four | 1 | 20 | 8/8/1963 | MCI | B57876 |
| The Fantastic Four | 1 | 21 | 9/10/1963 | MCI | B61946 |
| The Incredible Hulk | 1 | 1 | 3/1/1962 | MVL | B958840 |
| The Incredible Hulk | 1 | 2 | 5/1/1962 | MCI | B969596 |
| The Incredible Hulk | 1 | 3 | 7/3/1962 | MCI | B984340 |
| The Incredible Hulk | 1 | 4 | 9/4/1962 | MCI | B993002 |
| The Incredible Hulk | 1 | 5 | 11/1/1962 | MCI | B6033 |
| The Incredible Hulk | 1 | 6 | 1/3/1963 | MCI | B16385 |
| The X-Men | 1 | 1 | 7/2/1963 | MCI | B51855 |
| The X-Men | 1 | 2 | 9/3/1963 | MCI | B61951 |