# EXHIBIT 14

FILED UNDER SEAL PURSUANT TO JUNE 2, 2010 PROTECTIVE ORDER