# EXHIBIT 16

NOTICE OF TERMINATION OF TRANSFER
COVERING EXTENDED RENEWAL TERM

"AMAZING ADVENTURES"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

3

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to THE AMAZING ADVENTURES work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel

Entertainment International Ltd., Europa House, 54 Great Marlborough St., London, W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC,' 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road. Suite 400. Wilmington.

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II. 800 Cheung Sha Wan Rd, KLN, Hong Kong and Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210. Pursuant to

37 C.F.R Section 201.10(d), service of this notice is being made by first class mail.

     2.     Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is AMAZING ADVENTURES, along with all

characters, story elements, and/or indicia appearing therein, which was first published

and embodied in the illustrated comic book, AMAZING ADVENTURES, Vol. 1, No. 1,

cover-dated June, 1961, for which copyright was originally secured on March 7, 1961 in

the name of Atlas Magazines, Inc. under Copyright Registration No. B889877.  Renewal

for the work was made on November 1, 1989 in the name of Marvel Entertainment

Group, Inc., claiming as proprietor of copyright, under Copyright Renewal Registration

No. RE0000443690.  The remaining works to which this Notice of Termination applies[1]

are:

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with AMAZING ADVENTURES stories, to the extent that such characters, story elements, or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such AMAZING

7

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No |
|---|---|---|---|
| Amazing Adventures #2 | Atlas Magazines, Inc. | April 6, 1961 | B895316 |
| Amazing Adventures #3 | " | May 9, 1961 | B903231 |
| Amazing Adventures #4 | " | June 1, 1961 | B907458 |
| Amazing Adventures #5 | " | July 5, 1961 | B912672 |
| Amazing Adventures #6 | " | August 1, 1961 | B917812 |

3.      The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[3]

---

ADVENTURES work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such AMAZING ADVENTURES work, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in AMAZING ADVENTURES and/or of any character, story element, or indicia reasonably associated with AMAZING ADVENTURES stories. Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any AMAZING ADVENTURES work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

4.      The effective date of termination shall be August 6, 2017.[4]

5.      No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.      Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994.  Mr. Kirby is survived by his four children:  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby.  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [*continued on next page*]

---

[4] The undersigned intend to serve successive notices of termination covering successive AMAZING ADVENTURES works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

9

under Section 304(c) of Title 17, United States Code.

Dated: September /2., 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on our behalf as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby

11

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this _18_ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.                                    Vita-Ray Productions LLC
1/F., HK Spinners Industrial Bldg Phase I &II       9242 Beverly Blvd., Suite 350
800 Cheung Sha Wan Rd.                              Beverly Hills, CA 90210
KLN
Hong Kong


      I declare under penalty of perjury that the foregoing is true and correct. Executed

this _16_ day of September, 2009, at Los Angeles, California.


                               _____

                               Marc Toberoff, Esq.
                               Toberoff & Associates, P.C.
                               2049 Century Park East, Suite 2720
                               Los Angeles, CA  90067

                               Counsel for Lisa R. Kirby, Barbara J. Kirby,
                               Neal L. Kirby and Susan M. Kirby

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

### "ANT-MAN"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Paramount Pictures Corporation
c/o Rebecca Prentis
Exec. Vice Pres. & General Counsel
5555 Melrose Avenue, Ste. 121
Hollywood, CA 90038

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to ANT-MAN work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.     The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016; Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

W1F 7JU, England; Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016; Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016, Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266; Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210;  Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong, Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210 and

Paramount Pictures Corporation, 5555 Melrose Avenue, Ste. 121 Hollywood, CA

90038. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by

first class mail.

    2.    Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is ANT-MAN, along with all characters, story

elements, and/or indicia appearing therein, which was published and embodied in the

illustrated comic book story in Tales to Astonish, Vol. 1, No. 27, cover-dated January,

1962, for which copyright was originally secured on September 28, 1961 in the name of

Vista Publications, Inc.[1] under Copyright Registration No. B928099. Renewal for the

work was made on November 1, 1989, in the name of Marvel Entertainment Group, Inc.,

---

[1] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one
author of each work to which this Notice of Termination applies. The listing of any corporation as
author of any work is done per the practice shown in Copyright Office records, and is not to be
construed as an admission that any given work is or was a "work made for hire;" nor is anything
else herein to be construed as any such admission. Nothing contained in this Notice of
Termination shall be construed to in any way limit or waive any right or remedy that the
undersigned might have, at law or in equity, with respect to the subject matter hereof, all of
which is hereby expressly reserved

claiming as proprietor of copyright, under Copyright Renewal Registration No.

RE0000444345.[2]

3.    The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[3]

4.    The effective date of termination shall be October 3, 2017.[4]

5.    No prior termination of the grant(s) of rights in the copyright of the

aforementioned Works for their renewal copyright term has been exercised by the

---

[2] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that  was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with THE ANT-MAN or THE ANT-MAN stories, such as, without limitation, the Ant-Man, Giant Man, Wasp, Hank Pym, Madame X, Comrade X,  Pan, The Protector, Egghead, Scarlet Beetle, Hijacker,  Voice,  Cyclops, The Porcupine, Living Eraser, the Whirlwind, Janet van Dyne, Ultron, Yellowjacket, and Goliath, to the extent that such characters, story elements or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such THE ANT-MAN work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such THE ANT-MAN work, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted work.

[3] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in THE ANT-MAN and/or of any character, story element, or indicia reasonably associated with THE ANT-MAN or THE ANT-MAN stories.  Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any THE ANT-MAN work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C).  Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[4] The undersigned intend to serve successive notices of termination covering successive THE ANT-MAN works in order that the effective date of termination applicable to such works pursuant to 17 U S C  §304(c)(3) be in the earliest possible year.

Author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.     Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994.  Mr. Kirby is survived by his four children:  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby.  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [continued on next page]

under Section 304(c) of Title 17, United States Code.

Dated: September 1⁣ 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE

OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and

pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be

made on our behalf as to the current ownership of the rights being terminated, by

commissioning a search of U.S. copyright records, including a search of the records in

the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this 18th day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this 16ᵗʰ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC.
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
 417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Paramount Pictures Corporation
c/o Rebecca Prentis
Exec. Vice Pres. & General Counsel
5555 Melrose Avenue, Ste. 121
Hollywood, CA 90038


      I declare under penalty of perjury that the foregoing is true and correct. Executed

this 10th day of September, 2009, at Los Angeles, California.


                                      _____

                                        Marc Toberoff, Esq.
                                        Toberoff & Associates, P.C.
                                        2049 Century Park East, Suite 2720
                                        Los Angeles, CA  90067

                                        Counsel for Lisa R. Kirby, Barbara J. Kirby,
                                        Neal L. Kirby and Susan M. Kirby

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

### "ANT-MAN"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
 Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
 9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
 2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Paramount Pictures Corporation
c/o Rebecca Prentis
Exec. Vice Pres. & General Counsel
5555 Melrose Avenue, Ste. 121
Hollywood, CA 90038

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to ANT-MAN work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.    The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016; Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

5

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210;  Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong, Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210 and

Paramount Pictures Corporation, 5555 Melrose Avenue, Ste. 121 Hollywood, CA

90038. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by

first class mail.

2.      Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is ANT-MAN, along with all characters, story

elements, and/or indicia appearing therein, which was published and embodied in the

illustrated comic book story in Tales to Astonish, Vol. 1, No. 35, cover-dated September,

1962, for which copyright was originally secured on June 5, 1962 in the name of Vista

Publications, Inc. under Copyright Registration No. B975407. Renewal for the work was

made on November 20, 1990, in the name of Marvel Entertainment Group, Inc.,

claiming as proprietor of copyright, under Copyright Renewal Registration No.

RE0000497752. The remaining works to which this Notice of Termination applies[1] are:

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that  was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with THE ANT-MAN or THE ANT-MAN stories, such as, without limitation, the Ant-Man, Giant Man, Wasp, Hank Pym, Madame X, Comrade X,  Pan, The Protector, Egghead, Scarlet Beetle, Hijacker, Voice, Cyclops, The Porcupine, Living Eraser.

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **ANT-MAN IN[3]:** | | | |
| Tales to Astonish #36 | Vista Publications, Inc. | July 10, 1962 | B982808 |
| Tales to Astonish #37 | " | August 2, 1962 | B988514 |
| Tales to Astonish #38 | " | September 11, 1962 | B992189 |
| Tales to Astonish #39 | " | October 2, 1962 | B999783 |
| Tales to Astonish #40 | " | November 8, 1962 | B6026 |
| Tales to Astonish #41 | " | December 3, 1962 | B12122 |

3.   The grant(s) to which this Notice of Termination applies is (are) made in that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand, and Magazine Management Co., Inc., on the other hand, which was executed by Jack Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5, 1972.[1]

---

the Whirlwind, Janet van Dyne, Ultron, Yellowjacket, and Goliath, to the extent that such characters, story elements or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such THE ANT-MAN work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such THE ANT-MAN work, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] "THE ANT-MAN IN:" means any and all works as described in footnote no. 1

[4] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in THE ANT-MAN and/or of any character, story element, or indicia reasonably associated with THE ANT-MAN or THE ANT-MAN stories. Every

4.      The effective date of termination shall be December 8, 2018.[5]

5.      No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.      Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994. Mr. Kirby is survived by his four children: Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby. Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) (continued on next page)

---

reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any THE ANT-MAN work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[5] The undersigned intend to serve successive notices of termination covering successive THE ANT-MAN works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

under Section 304(c) of Title 17, United States Code.

Dated: September 15, 2009

_____
Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


_____
Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


_____
Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


_____
Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE

OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and

pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be

made on our behalf as to the current ownership of the rights being terminated, by

commissioning a search of U.S. copyright records, including a search of the records in

the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this ___ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this 16th day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Paramount Pictures Corporation
c/o Rebecca Prentis
Exec. Vice Pres. & General Counsel
5555 Melrose Avenue, Ste. 121
Hollywood, CA 90038


       I declare under penalty of perjury that the foregoing is true and correct. Executed

this ⎪¹ᵗʰ day of September, 2009, at Los Angeles, California.


                                          _____
                                          Marc Toberoff, Esq.
                                          Toberoff & Associates, P.C.
                                          2049 Century Park East, Suite 2720
                                          Los Angeles, CA  90067

                                          Counsel for Lisa R. Kirby, Barbara J. Kirby,
                                          Neal L. Kirby and Susan M. Kirby

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

### "ANT-MAN"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808
MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808
MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Paramount Pictures Corporation
c/o Rebecca Prentis
Exec. Vice Pres. & General Counsel
5555 Melrose Avenue, Ste. 121
Hollywood, CA 90038

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to ANT-MAN work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY

10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly

Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA

91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210;

Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417

5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York,

NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA

90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios,

1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios,

Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide

Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC,

9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100

Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242

Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville

Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville

Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue,

14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite

350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los

Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong, Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210 and

Paramount Pictures Corporation, 5555 Melrose Avenue, Ste. 121 Hollywood, CA

90038. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by

first class mail.

  2. Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is ANT-MAN, along with all characters, story

elements, and/or indicia appearing therein, which was published and embodied in the

illustrated comic book story in Tales to Astonish, Vol. 1, No. 42, cover-dated April, 1963,

for which copyright was originally secured on January 10, 1963 in the name of Vista

Publications, Inc. under Copyright Registration No. B16382. Renewal for the work was

made on November 20, 1990, in the name of Marvel Entertainment Group, Inc.,

claiming as proprietor of copyright, under Copyright Renewal Registration No.

RE0000497817.  The remaining works to which this Notice of Termination applies[1] are:

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that  was registered with the United States Copyright Office and/or published within the Termination time window. as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination. and which includes or embodies any character, story element, or indicia reasonably associated with THE ANT-MAN or THE ANT-MAN stories, such as, without limitation, the Ant-Man, Giant Man, Wasp, Hank Pym, Madame X, Comrade X.  Pan, The Protector, Egghead. Scarlet Beetle, Hijacker.  Voice, Cyclops, The Porcupine, Living Eraser, the Whirlwind, Janet van Dyne. Ultron. Yellowjacket. and Goliath, to the extent that such

| Title | Name of Author/<br>Copyright Claimant[2] | Date Copyright<br>Secured | Copyright<br>Req. No. |
|---|---|---|---|

**ANT-MAN IN[3]:**

| Title | Name of Author/<br>Copyright Claimant | Date Copyright<br>Secured | Copyright<br>Req. No. |
|---|---|---|---|
| Tales to Astonish #43 | Vista Publications, Inc. | February 5, 1963 | B23461 |
| Tales to Astonish #44 | " | March 5, 1963 | B28142 |
| Tales to Astonish #45 | " | April 2, 1963 | B32695 |
| The Fantastic Four #16 | Canam Publishers Sales Corporation | April 9, 1963 | B34037 |
| Tales to Astonish #46 | Vista Publications, Inc. | May 2, 1963 | B37739 |
| The Fantastic Four #17 | Canam Publishers Sales Corporation | May 9, 1963 | B37738 |
| Tales to Astonish #47 | Vista Publications, Inc. | June 4, 1963 | B45556 |
| Tales to Astonish #48 | " | July 2, 1963 | B50164 |
| The Avengers #1 | " | July 2, 1963 | B51853 |
| Tales to Astonish #49 | " | August 1, 1963 | B57878 |
| Tales to Astonish #50 | " | September 3, 1963 | B61940 |
| The Avengers #2 | " | September 3, 1963 | B61952 |

3.      The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

---

characters, story elements or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such THE ANT-MAN work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such THE ANT-MAN work, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] "THE ANT-MAN IN:" means any and all works as described in footnote no. 1.

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5, 1972.[4]

4.      The effective date of termination shall be September 8, 2019.[5]

5.      No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the Author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.      Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994.  Mr. Kirby is survived by his four children:  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby.  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [continued on next page]

---

[4] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in THE ANT-MAN and/or of any character, story element, or indicia reasonably associated with THE ANT-MAN or THE ANT-MAN stories. Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any THE ANT-MAN work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[5] The undersigned intend to serve successive notices of termination covering successive THE ANT-MAN works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

under Section 304(c) of Title 17, United States Code.

Dated: September 15, 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE

OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and

pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be

made on our behalf as to the current ownership of the rights being terminated, by

commissioning a search of U.S. copyright records, including a search of the records in

the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this __ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

11

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this ¹⁴ᵗʰ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste  350
Beverly Hills, CA 90210

Marvel Networks LLC.
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Paramount Pictures Corporation
c/o Rebecca Prentis
Exec. Vice Pres. & General Counsel
5555 Melrose Avenue, Ste. 121
Hollywood, CA 90038


      I declare under penalty of perjury that the foregoing is true and correct. Executed

this [vi] day of September, 2009, at Los Angeles, California.


Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

NOTICE OF TERMINATION OF TRANSFER
COVERING EXTENDED RENEWAL TERM

"THE AVENGERS"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC,
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Paramount Pictures Corporation
c/o Rebecca Prentis
Exec. Vice Pres. & General Counsel
5555 Melrose Avenue, Ste. 121
Hollywood, CA 90038

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to THE AVENGERS work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.    The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016; Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong, Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210 and

Paramount Pictures Corporation, 5555 Melrose Avenue, Ste. 121 Hollywood, CA

90038. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by

first class mail.

     2.     Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is THE AVENGERS, along with all characters,

story elements, and/or indicia appearing therein, which was first published and

embodied in the illustrated comic book story in The Avengers, Vol. 1, No. 1, cover-dated

September, 1963 issue, for which copyright was originally secured on July 2, 1963 in

the name of Vista Publications, Inc. under Copyright Registration No. B51853.  Renewal

for the work was made on December 27, 1991, in the name of Marvel Entertainment

Group, Inc., claiming as proprietor of copyright, under Copyright Renewal Registration

No. RE0000559224.  The remaining works to which this Notice of Termination applies[1]

are:

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that  was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with THE AVENGERS or THE AVENGERS stories, such as,

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| THE AVENGERS IN[3]: | | | |
| The Avengers #2 | Vista Publications, Inc. | September 3, 1963 | B61952 |

3.    The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[4]

---

without limitation, Ant-Man (a.k.a. Giant-Man), Wasp, Thor, Iron Man, The Incredible Hulk (a.k.a. The Hulk), Loki, Butler Jarius, The Avengers mansion, The Space Phantom, Rick Jones, Captain America, Baron Zemo, the Masters of Evil, the Lava Men, Kang the Conqueror, Wonder Man, Immortus (a.k.a. Nathaniel Richards), Count Nefaria, the Lethal Legion, Hawkeye, Scarlet Witch and Quicksilver, to the extent that such characters, story elements or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such THE AVENGERS work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such THE AVENGERS work, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved

[3] "THE AVENGERS IN:" means any and all works as described in footnote no. 1.

[4] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in THE AVENGERS and/or of any character, story element, or indicia reasonably associated with THE AVENGERS or THE AVENGERS stories. Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any THE AVENGERS work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C)  Nevertheless, if any such grant has been omitted, such

4.      The effective date of termination shall be September 8, 2019.[5]

5.      No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.      Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994.  Mr. Kirby is survived by his four children:  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby.  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s)

[continued on next page]

---

omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[5] The undersigned intend to serve successive notices of termination covering successive THE AVENGERS works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304 (c)(3) be in the earliest possible year.

under Section 304(c) of Title 17, United States Code.

Date: September 15, 2009

_____
Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


_____
Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


_____
Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


_____
Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

10

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE

OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and

pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be

made on our behalf as to the current ownership of the rights being terminated, by

commissioning a search of U.S. copyright records, including a search of the records in

the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this 16ᵗʰ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq,
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

11

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this 16ᵗʰ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

12

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC,
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808
MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808
MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Paramount Pictures Corporation
c/o Rebecca Prentis
Exec. Vice Pres. & General Counsel
5555 Melrose Avenue. Ste. 121
Hollywood, CA 90038

     I declare under penalty of perjury that the foregoing is true and correct. Executed

this 10ᵗʰ day of September, 2009. at Los Angeles, California.

                         _____
                         Marc Toberoff, Esq.
                         Toberoff & Associates, P.C.
                         2049 Century Park East, Suite 2720
                         Los Angeles, CA  90067

                         Counsel for Lisa R. Kirby, Barbara J. Kirby,
                         Neal L. Kirby and Susan M. Kirby

NOTICE OF TERMINATION OF TRANSFER
COVERING EXTENDED RENEWAL TERM

"FANTASTIC FOUR"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

2

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
 2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Twentieth Century Fox Film Corp.
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
 Los Angeles, CA 90035

Fox Filmed Entertainment
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
Los Angeles, CA 90035

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to THE FANTASTIC FOUR work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.     The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

5

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong; Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Twentieth

Century Fox Film Corp., 10201 W. Pico Blvd., Los Angeles, CA 90035 and Fox Filmed

Entertainment, 10201 W. Pico Blvd., Los Angeles, CA 90035. Pursuant to 37 C.F.R.

Section 201.10(d), service of this notice is being made by first class mail.

    2.      Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is THE FANTASTIC FOUR, along with all

characters, story elements, and/or indicia appearing therein, which was first published

and embodied in the illustrated comic book story in The Fantastic Four, Vol. 1, No. 1,

cover-dated November, 1961, for which copyright was originally secured on August 8,

1961 in the name of Canam Publishers Sales Corporation under Copyright Registration

No. B917811.  Renewal for the work was made on November 1, 1989, in the name of

Marvel Entertainment Group, Inc., claiming as proprietor of copyright, under Copyright

Renewal Registration No. RE0000443829.  The remaining works to which this Notice of

Termination applies[1] are:

---

    [1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element. or indicia reasonably associated with THE FANTASTIC FOUR or THE FANTASTIC FOUR stories,

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|-------|---------------------------------------|------------------------|--------------------|
| THE FANTASTIC FOUR IN[3]: | | | |
| The Fantastic Four #2 | Canam Publishers Sales Corporation | September 28, 1961 | B928094 |
| The Fantastic Four #3 | " | December 12, 1961 | B942377 |

3.     The grant(s) to which this Notice of Termination applies is (are) made in that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand, and Magazine Management Co., Inc., on the other hand, which was executed by Jack Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5, 1972.[4]

---

such as, without limitation, Mr. Fantastic (a.k.a. Reed Richards), the Invisible Girl (a.k.a. Susan "Sue" Storm), the Human Torch (a.k.a. Johnny Storm), the Thing (a.k.a. Ben Grimm), Namor the Sub-Mariner, the Mole Man, the Skrulls, The Baxter Building, The Pogo Plane, Central City, The Miracle Man, Doctor Doom, Galactus, the Silver Surfer, Uatu (a.k.a. The Watcher), Willie Lumpkin, the Fantasticar, the Kree, the Inhumans, Adam Warlock, the Negative Zone, the Black Panther, Wakanda, Alicia Masters, Franklin Storm, H.E.R.B.I.E., Agatha Harkins, Franklin Richards, the Frightful Four, and Impossible Man, to the extent that such characters, story elements or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to identify and list herein every such THE FANTASTIC FOUR work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such THE FANTASTIC FOUR work, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] "THE FANTASTIC FOUR IN:" means any and all works as described in footnote no. 1.

[4] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in THE FANTASTIC FOUR and/or of any character, story element, or indicia reasonably associated with THE FANTASTIC FOUR or THE FANTASTIC

4.      The effective date of termination shall be December 17, 2017.[5]

5.      No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.      Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994.  Mr. Kirby is survived by his four children:  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby.  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [continued on next page]

---

FOUR stories.  Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any THE FANTASTIC FOUR work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C).  Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[5] The undersigned intend to serve successive notices of termination covering successive THE FANTASTIC FOUR works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year

9

under Section 304(c) of Title 17, United States Code.

Date: September __, 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE

OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and

pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be

made on our behalf as to the current ownership of the rights being terminated, by

commissioning a search of U.S. copyright records, including a search of the records in

the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this ___16th___ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

11

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this ⟨ᵗʰ⟩ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

13

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
 Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
 9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
 2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase 1 &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Twentieth Century Fox Film Corp.
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
Los Angeles, CA 90035

Fox Filmed Entertainment
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
Los Angeles, CA 90035

I declare under penalty of perjury that the foregoing is true and correct. Executed

this ___ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

### "FANTASTIC FOUR"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Production's LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
 2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Twentieth Century Fox Film Corp.
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
 Los Angeles, CA 90035

Fox Filmed Entertainment
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
Los Angeles, CA 90035

4

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to THE FANTASTIC FOUR work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016; Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong; Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Twentieth

Century Fox Film Corp., 10201 W. Pico Blvd., Los Angeles, CA 90035 and Fox Filmed

Entertainment, 10201 W. Pico Blvd., Los Angeles, CA 90035. Pursuant to 37 C.F.R.

Section 201.10(d), service of this notice is being made by first class mail.

     2.     Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows: The title of the original copyrighted work to

which this Notice of Termination applies is THE FANTASTIC FOUR, along with all

characters, story elements, and/or indicia appearing therein, which was published and

embodied in the illustrated comic book story in The Fantastic Four, Vol. 1, No. 13,

cover-dated April, 1963, for which copyright was originally secured on January 3, 1963

in the name of Canam Publishers Sales Corporation under Copyright Registration No.

B17483. Renewal for the work was made on November 20, 1990, in the name of

Marvel Entertainment Group, Inc., claiming as proprietor of copyright, under Copyright

Renewal Registration No. RE0000497821. The remaining works to which this Notice of

Termination applies[1] are:

_____

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with THE FANTASTIC FOUR or THE FANTASTIC FOUR stories.

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **THE FANTASTIC FOUR IN[3]:** | | | |
| The Fantastic Four #14 | Canam Publishers Sales Corporation | February 12, 1963 | B22021 |
| The Fantastic Four #15 | " | March 12, 1963 | B28149 |
| The Fantastic Four #16 | " | April 9, 1963 | B34037 |
| The Fantastic Four #17 | " | May 9, 1963 | B37738 |
| The Fantastic Four #18 | " | June 11, 1963 | B45563 |
| The Fantastic Four Annual #1 | " | July 2, 1963 | A645698 |
| The Amazing Spider-Man #5 | Non-Pareil Pub. Corp. | July 9, 1963 | B50165 |
| The Fantastic Four #19 | Canam Publishers Sales Corporation | July 9, 1963 | B50169 |
| The Fantastic Four #20 | " | August 8, 1963 | B57876 |
| The Fantastic Four #21 | " | September 10, 1963 | B61946 |

3.      The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

---

such as, without limitation, Mr. Fantastic (a.k.a. Reed Richards), the Invisible Girl (a.k.a. Susan "Sue" Storm), the Human Torch (a.k.a. Johnny Storm), the Thing (a.k.a. Ben Grimm), Namor the Sub-Mariner, the Mole Man, the Skrulls, The Baxter Building, The Pogo Plane, Central City, The Miracle Man, Doctor Doom, Galactus, the Silver Surfer, Uatu (a.k.a. The Watcher), Willie Lumpkin, the Fantasticar, the Kree, the Inhumans, Adam Warlock, the Negative Zone, the Black Panther, Wakanda, Alicia Masters, Franklin Storm, H.E.R.B.I.E., Agatha Harkins, Franklin Richards, the Frightful Four, and Impossible Man, to the extent that such characters, story elements or indicia appear in works subject to this Notice of Termination.  Every reasonable effort has been made to find and list herein every such THE FANTASTIC FOUR work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such THE FANTASTIC FOUR work, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] "THE FANTASTIC FOUR IN:" means any and all works as described in footnote no. 1.

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[4]

    4.    The effective date of termination shall be September 15, 2019.[5]

    5.    No prior termination of the grant(s) of rights in the copyright of the

aforementioned Works for their renewal copyright term has been exercised by the

author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of

the United States Copyright Act (17 U.S.C. § 304(c)).

    6.    Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994.  Mr. Kirby is

survived by his four children:  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan

M. Kirby.  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own

and constitute more than one-half of author Jack Kirby's termination interest, are

executing this notice and constitute all of those persons entitled to exercise the

termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-

above. To the best knowledge and belief of the undersigned, this Notice of Termination

has been signed by all persons whose signature is necessary to terminate said grant(s)

---

[4] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in THE FANTASTIC FOUR and/or of any character, story element, or indicia reasonably associated with THE FANTASTIC FOUR or THE FANTASTIC FOUR stories.  Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any THE FANTASTIC FOUR work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C).  Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[5] The undersigned intend to serve successive notices of termination covering successive THE FANTASTIC FOUR works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

under Section 304(c) of Title 17, United States Code.

Date: September 15, 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on our behalf as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this ⌊16th⌋ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
 Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
 9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter.
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Twentieth Century Fox Film Corp.
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
Los Angeles, CA 90035

Fox Filmed Entertainment
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
Los Angeles, CA 90035

I declare under penalty of perjury that the foregoing is true and correct. Executed this ⟨ᵗʰ⟩ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

NOTICE OF TERMINATION OF TRANSFER
COVERING EXTENDED RENEWAL TERM

"FANTASTIC FOUR"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
 2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Twentieth Century Fox Film Corp.
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
 Los Angeles, CA 90035

Fox Filmed Entertainment
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
Los Angeles, CA 90035

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to THE FANTASTIC FOUR work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.     The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

5

W1F 7JU, England; Marvel Film Productions LLC, 417 5th Avenue, New York, NY

10016; Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly

Hills, CA 90210; Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA

91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210;

Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417

5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York,

NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA

90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios,

1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266; Marvel Studios,

Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; Marvel Worldwide

Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC,

9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100

Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242

Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville

Road, Suite 400, Wilmington, DE 19808; MVL International LLC, 2711 Centerville

Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue,

14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite

350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los

Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210;  Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong; Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Twentieth

Century Fox Film Corp., 10201 W. Pico Blvd., Los Angeles, CA 90035 and Fox Filmed

Entertainment, 10201 W. Pico Blvd., Los Angeles, CA 90035. Pursuant to 37 C.F.R.

Section 201.10(d), service of this notice is being made by first class mail.

     2.     Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is THE FANTASTIC FOUR, along with all

characters, story elements, and/or indicia appearing therein, which was published and

embodied in the illustrated comic book story in The Fantastic Four, Vol. 1, No. 4, cover-

dated May, 1962, for which copyright was originally secured on February 8, 1962 in the

name of Canam Publishers Sales Corporation under Copyright Registration No.

B951327.  Renewal for the work was made on November 20, 1990, in the name of

Marvel Entertainment Group, Inc., claiming as proprietor of copyright, under Copyright

Renewal Registration No. RE0000499426.  The remaining works to which this Notice of

Termination applies[1] are:

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with THE FANTASTIC FOUR or THE FANTASTIC FOUR stories,

7

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| THE FANTASTIC FOUR IN[3]: | | | |
| The Fantastic Four #5 | Canam Publishers Sales Corporation | April 10, 1962 | B964094 |
| The Fantastic Four #6 | " | June 12, 1962 | B975404 |
| The Fantastic Four #7 | " | July 3, 1962 | B982812 |
| The Fantastic Four #8 | " | August 9, 1962 | B988509 |
| The Fantastic Four #9 | " | September 4, 1962 | B992975 |
| The Fantastic Four #10 | " | October 9, 1962 | B999794 |
| The Fantastic Four #11 | " | November 1, 1962 | B6036 |
| The Fantastic Four #12 | Canam Publishers Sales Corporation | December 10, 1962 | B12113 |
| Amazing Spider-Man #1 | Non-Pareil Pub. Corp. | December 10, 1962 | B12112 |

3.      The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

---

such as, without limitation, Mr. Fantastic (a.k.a. Reed Richards), the Invisible Girl (a.k.a. Susan "Sue" Storm), the Human Torch (a.k.a. Johnny Storm), the Thing (a.k.a. Ben Grimm), Namor the Sub-Mariner, the Mole Man, the Skrulls, The Baxter Building, The Pogo Plane, Central City, The Miracle Man, Doctor Doom, Galactus, the Silver Surfer, Uatu (a.k.a. The Watcher), Willie Lumpkin, the Fantasticar, the Kree, the Inhumans, Adam Warlock, the Negative Zone, the Black Panther, Wakanda, Alicia Masters, Franklin Storm, H.E.R.B.I.E., Agatha Harkins, Franklin Richards, the Frightful Four, and Impossible Man, to the extent that such characters, story elements or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such THE FANTASTIC FOUR work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such THE FANTASTIC FOUR work, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] "THE FANTASTIC FOUR IN:" means any and all works as described in footnote no. 1.

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5, 1972.[4]

    4.      The effective date of termination shall be December 15, 2018.[5]

    5.      No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

    6.      Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994. Mr. Kirby is survived by his four children: Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby. Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s)
[*continued on next page*]

---

[4] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in THE FANTASTIC FOUR and/or of any character, story element, or indicia reasonably associated with THE FANTASTIC FOUR or THE FANTASTIC FOUR stories. Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any THE FANTASTIC FOUR work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[5] The undersigned intend to serve successive notices of termination covering successive THE FANTASTIC FOUR works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

under Section 304(c) of Title 17, United States Code

Date: September 14, 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on our behalf as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1\[\]th day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq,
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

11

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this $\underline{16^{h}}$ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Twentieth Century Fox Film Corp.
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
Los Angeles, CA 90035

Fox Filmed Entertainment
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
Los Angeles, CA 90035

I declare under penalty of perjury that the foregoing is true and correct. Executed

this ___ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

### "THE INCREDIBLE HULK"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
 417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

2

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

NBC Universal
c/o Richard Cotton
Exec. Vice Pres. & General Counsel
30 Rockefeller Plaza
New York, NY 10122

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to THE INCREDIBLE HULK work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.    The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210;  Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong, Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210 and NBC

Universal, 30 Rockefeller Plaza, New York, NY 10122. Pursuant to 37 C.F.R. Section

201.10(d), service of this notice is being made by first class mail.

    2.    Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is THE INCREDIBLE HULK, along with all

characters, story elements, and/or indicia appearing therein, which was first published

and embodied in the illustrated comic book story in The Incredible Hulk, Vol. 1, No. 1,

cover-dated May, 1962 issue, for which copyright was originally secured on March 1,

1962 in the name of Zenith Publishing Corporation under Copyright Registration No.

B958840.  Renewal for the work was made on November 20, 1990, in the name of

Marvel Entertainment Group, Inc., claiming as proprietor of copyright, under Copyright

Renewal Registration No. RE0000497679.  The remaining works to which this Notice of

Termination applies[1] are:

---

    [1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with THE INCREDIBLE HULK or THE INCREDIBLE HULK stories, such as, without limitation, the Incredible Hulk (a.k.a. The Hulk), Dr. Bruce Banner, Rick Jones, Betty Ross, The Toad Man, The Ringmaster, The Circus of Crime, Tyrannus, General

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **THE INCREDIBLE HULK IN[3]:** | | | |
| The Incredible Hulk #2 | Zenith Publishing Corporation | May 1, 1962 | B969596 |
| The Incredible Hulk #3 | " | July 3, 1962 | B984340 |
| The Incredible Hulk #4 | " | September 4, 1962 | B993002 |
| The Incredible Hulk #5 | " | November 1, 1962 | B6033 |
| The Fantastic Four #12 | Canam Publishers Sales Corporation | December 10, 1962 | B12113 |

3.    The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[4]

---

Thaddeus E. "Thunderbolt" Ross, The Gargoyle (a.k.a. Yuri Topolov), and Amphibion, to the extent that such characters, story elements or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such THE INCREDIBLE HULK-titled work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such THE INCREDIBLE HULK work, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] "THE INCREDIBLE HULK IN:" means any and all works as described in footnote no. 1.

[4] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in THE INCREDIBLE HULK and/or of any character, story

8

4.     The effective date of termination shall be December 15, 2018.[5]

5.     No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.     Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994. Mr. Kirby is survived by his four children:  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby.  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [continued on next page]

---

element, or indicia reasonably associated with THE INCREDIBLE HULK or THE INCREDIBLE HULK stories. Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any THE INCREDIBLE HULK work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[5] The undersigned intend to serve successive notices of termination covering successive THE INCREDIBLE HULK works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

under Section 304(c) of Title 17, United States Code.

Date: September 15, 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE

OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and

pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be

made on our behalf as to the current ownership of the rights being terminated, by

commissioning a search of U.S. copyright records, including a search of the records in

the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this 16th day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq,
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this $\underline{16^{th}}$ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
 Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
 9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
 2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

NBC Universal
c/o Richard Cotton
Exec. Vice Pres. & General Counsel
30 Rockefeller Plaza
New York, NY 10122

      I declare under penalty of perjury that the foregoing is true and correct. Executed

this 1ᵗʰ day of September, 2009, at Los Angeles, California.


                                              Marc Toberoff, Esq.
                                              Toberoff & Associates, P.C.
                                              2049 Century Park East, Suite 2720
                                            Los Angeles, CA  90067

                                            Counsel for Lisa R. Kirby, Barbara J. Kirby,
                                            Neal L. Kirby and Susan M. Kirby

### NOTICE OF TERMINATION OF TRANSFER
### COVERING EXTENDED RENEWAL TERM

#### "THE INCREDIBLE HULK"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
 417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
 Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
 9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
 2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

NBC Universal
c/o Richard Cotton
Exec. Vice Pres. & General Counsel
30 Rockefeller Plaza
New York, NY 10122

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to THE INCREDIBLE HULK work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.     The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016; Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

5

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210;  Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong, Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210 and NBC

Universal, 30 Rockefeller Plaza, New York, NY 10122. Pursuant to 37 C.F.R. Section

201.10(d), service of this notice is being made by first class mail.

    2.    Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is THE INCREDIBLE HULK, along with all

characters, story elements, and/or indicia appearing therein,  which was published and

embodied in the illustrated comic book story in The Incredible Hulk, Vol. 1, No. 6, cover-

dated March, 1963 issue, for which copyright was originally secured on January 3, 1963

in the name of Zenith Publishing Corporation under Copyright Registration No. B16385.

Renewal for the work was made on November 20, 1990, in the name of Marvel

Entertainment Group, Inc., claiming as proprietor of copyright, under Copyright Renewal

Registration No. RE0000498077.  The remaining works to which this Notice of

Termination applies[1] are:

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with THE INCREDIBLE HULK or THE INCREDIBLE HULK stories, such as, without limitation, the Incredible Hulk (a.k.a. The Hulk), Dr. Bruce Banner, Rick Jones, Betty Ross, The Toad Man, The Ringmaster, The Circus of Crime, Tyrannus, General

| Title | Name of Author/<br>Copyright Claimant[2] | Date Copyright<br>Secured | Copyright<br>Reg. No. |
|---|---|---|---|
| **THE INCREDIBLE HULK<br>IN[3]:** | | | |
| The Avengers #1 | Vista Publications,<br>Inc. | July 2, 1963 | B51853 |
| The Avengers  #2 | " | September 3, 1963 | B61952 |

3.　　　The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[4]

---

Thaddeus E. "Thunderbolt" Ross, The Gargoyle (a.k.a. Yuri Topolov), and Amphibion, to the
extent that such characters, story elements or indicia appear in works subject to this Notice of
Termination. Every reasonable effort has been made to find and list herein every such THE
INCREDIBLE HULK-titled work. Nevertheless, if such work has been omitted, including but
not limited to any advertisements or other promotional materials relating to and published prior
to the publication of such THE INCREDIBLE HULK work, such omission is unintentional and
involuntary, and this Notice of Termination also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one
author of each work to which this Notice of Termination applies. The listing of any corporation as
author of any work is done per the practice shown in Copyright Office records, and is not to be
construed as an admission that any given work is or was a "work made for hire;" nor is anything
else herein to be construed as any such admission. Nothing contained in this Notice of
Termination shall be construed to in any way limit or waive any right or remedy that the
undersigned might have, at law or in equity, with respect to the subject matter hereof, all of
which is hereby expressly reserved.

[3] "THE INCREDIBLE HULK IN:" means any and all works as described in footnote no. 1.

[4] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied
or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. §
304(a)(1)(C), of any copyright interest in THE INCREDIBLE HULK and/or of any character, story
element, or indicia reasonably associated with THE INCREDIBLE HULK or THE INCREDIBLE
HULK stories. Every reasonable effort has been made to find and list herein every grant of
transfer of the renewal copyright to any THE INCREDIBLE HULK work (as described in footnote
no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has

8

4.      The effective date of termination shall be September 8, 2019.[5]

5.      No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.      Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994.  Mr. Kirby is survived by his four children:  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby.  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [*continued on next page*]

---

been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[5] The undersigned intend to serve successive notices of termination covering successive THE INCREDIBLE HULK works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

under Section 304(c) of Title 17, United States Code.

Date: September 15, 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on our behalf as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this $\underline{16^{th}}$ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this ]6ᵗʰ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions I LC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

NBC Universal
c/o Richard Cotton
Exec. Vice Pres. & General Counsel
30 Rockefeller Plaza
New York, NY 10122


      I declare under penalty of perjury that the foregoing is true and correct. Executed

this 16th day of September, 2009, at Los Angeles, California.



                                 Marc Toberoff, Esq.
                                 Toberoff & Associates, P.C.
                                 2049 Century Park East, Suite 2720
                                 Los Angeles, CA 90067

                                 Counsel for Lisa R. Kirby, Barbara J. Kirby,
                                 Neal L. Kirby and Susan M. Kirby

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

### "IRON MAN"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
 417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
 2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Paramount Pictures Corporation
c/o Rebecca Prentis
Exec. Vice Pres. & General Counsel
5555 Melrose Avenue, Ste. 121
Hollywood, CA 90038

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to the IRON MAN work(s) made by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024, Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

5

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY

10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly

Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA

91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210;

Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417

5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York,

NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA

90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios,

1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios,

Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide

Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC,

9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100

Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242

Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville

Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville

Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue,

14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite

350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los

Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong, Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210 and

Paramount Pictures Corporation, 5555 Melrose Avenue, Ste. 121 Hollywood, CA

90038. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by

first class mail.

2.      Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is IRON MAN, along with all characters, story

elements, and/or indicia appearing therein, which was published and embodied in the

illustrated comic book story in Tales of Suspense, No. 40, cover-dated April, 1963,  for

which copyright was originally secured on January 10, 1963 in the name of Vista

Publications, Inc., under Copyright Registration No. B17487.  Renewal for the work was

made on November 20, 1990, in the name of Marvel Entertainment Group, Inc.,

claiming as proprietor of copyright, under Copyright Renewal Registration No.

RE0000497825.  The remaining works to which this Notice of Termination applies[1] are:

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with IRON MAN or IRON MAN stories, such as, without limitation, Iron Man, Anthony Edward "Tony" Stark, Ho Yinsen, the Crimson Dynamo, Harold "Happy" Hogan, Virginia "Pepper" Potts, Dr. Strange, Stark Industries, the Black Widow, Hawkeye,

7

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **IRON MAN IN[3]:** | | | |
| Tales of Suspense #41 | Vista Publications, Inc. | February 12, 1963 | B22023 |
| Tales of Suspense #42 | " | March 12, 1963 | B28148 |
| Tales of Suspense #43 | " | April 9, 1963 | B34035 |
| Tales of Suspense #44 | " | May 9, 1963 | B37740 |
| Tales of Suspense #45 | " | June 11, 1963 | B45566 |
| Tales of Suspense #46 | " | July 9, 1963 | B50166 |
| Tales of Suspense #47 | " | August 8, 1963 | B57877 |
| Tales of Suspense #48 | " | September 10, 1963 | B61942 |
| The Avengers #1 | " | July 2, 1963 | B51853 |
| The Avengers #2 | " | September 3, 1963 | B61952 |

3.     The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

---

Titanium Man, the Mandarin, Edwin Jarvis, Whiplash, the Controller, and Ultimo, to the extent
that such characters, story elements or indicia appear in works subject to this Notice of
Termination. Every reasonable effort has been made to find and list herein every such IRON
MAN-related work. Nevertheless, if any such work has been omitted, including but not limited to
any advertisements or other promotional materials relating to and published prior to the
publication of such IRON MAN work, such omission is unintentional and involuntary, and this
Notice of Termination also applies to each and every such omitted work

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one
author of each work to which this Notice of Termination applies. The listing of any corporation as
author of any work is done per the practice shown in Copyright Office records, and is not to be
construed as an admission that any given work is or was a "work made for hire;" nor is anything
else herein to be construed as any such admission. Nothing contained in this Notice of
Termination shall be construed to in any way limit or waive any right or remedy that the
undersigned might have, at law or in equity, with respect to the subject matter hereof, all of
which is hereby expressly reserved.

[3] "IRON MAN IN:" means any and all works as described in footnote no. 1.

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5, 1972.[4]

    4.    The effective date of termination shall be September 14, 2019.[5]

    5.    No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

    6.    Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994. Mr. Kirby is survived by his four children: Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby. Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s)

---

[4] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in IRON MAN and/or of any character, story element, or indicia reasonably associated with IRON MAN or IRON MAN stories. Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any IRON MAN work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[5] The undersigned intend to serve successive notices of termination covering successive IRON MAN works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C §304(c)(3) be in the earliest possible year.

under Section 304(c) of Title 17, United States Code.


Date: September 1, 2009


Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067


Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067


Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067


Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on our behalf as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ⅙ day of September, 2009, at Los Angeles, California.

_____
Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this 16th day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
 2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Paramount Pictures Corporation
c/o Rebecca Prentis
Exec. Vice Pres. & General Counsel
5555 Melrose Avenue, Ste. 121
Hollywood, CA 90038

I declare under penalty of perjury that the foregoing is true and correct. Executed

this ___ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

NOTICE OF TERMINATION OF TRANSFER
COVERING EXTENDED RENEWAL TERM

"IRON MAN"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

2

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
 2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vila-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Paramount Pictures Corporation
c/o Rebecca Prentis
Exec. Vice Pres. & General Counsel
5555 Melrose Avenue, Ste. 121
Hollywood, CA 90038

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to the IRON MAN work(s) made by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016; Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

6

90210;  Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong, Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210 and

Paramount Pictures Corporation, 5555 Melrose Avenue, Ste. 121 Hollywood, CA

90038. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by

first class mail.

    2.    Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is IRON MAN, along with all characters, story

elements, and/or indicia appearing therein, which was first published and embodied in

the illustrated comic book story in Tales of Suspense, No. 39, cover-dated March, 1963,

for which copyright was originally secured on December 10, 1962, in the name of Vista

Publications, Inc.,[1] under Copyright Registration No. B12121.  Renewal for the work

was made on November 20, 1990, in the name of Marvel Entertainment Group, Inc.,

---

[1] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved

claiming as proprietor of copyright, under Copyright Renewal Registration No.

RE0000498065.[2]

3.   The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[3]

4.   The effective date of termination shall be December 15, 2018.[4]

5.   No prior termination of the grant(s) of rights in the copyright of the

aforementioned Works for their renewal copyright term has been exercised by the

---

[2] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with IRON MAN or IRON MAN stories, such as, without limitation, Iron Man, Anthony Edward "Tony" Stark, Ho Yinsen, the Crimson Dynamo, Harold "Happy" Hogan, Virginia "Pepper" Potts, Dr. Strange, Stark Industries, the Black Widow, Hawkeye, Titanium Man, the Mandarin, Edwin Jarvis, Whiplash, the Controller, and Ultimo, to the extent that such characters, story elements or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such IRON MAN-related work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such IRON MAN work, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted work.

[3] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in IRON MAN and/or of any character, story element, or indicia reasonably associated with IRON MAN or IRON MAN stories. Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any IRON MAN work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[1] The undersigned intend to serve successive notices of termination covering successive IRON MAN works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

　　　　6.　　　Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994. Mr. Kirby is survived by his four children: Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby. Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [*continued on next page*]

under Section 304(c) of Title 17, United States Code.

Date: September 15, 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE

OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and

pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be

made on our behalf as to the current ownership of the rights being terminated, by

commissioning a search of U.S. copyright records, including a search of the records in

the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this ___ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.,
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this $\underline{16^{th}}$ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
 2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Paramount Pictures Corporation
c/o Rebecca Prentis
Exec. Vice Pres. & General Counsel
5555 Melrose Avenue, Ste. 121
Hollywood, CA 90038

I declare under penalty of perjury that the foregoing is true and correct. Executed

this 14th day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

15