## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

### "JOURNEY INTO MYSTERY"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles. CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to JOURNEY INTO MYSTERY work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.     The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

W1F 7JU, England; Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016; Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266; Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

6

90210; Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong and Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210. Pursuant to

37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail.

    2.    Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is JOURNEY INTO MYSTERY, along with all

characters, story elements, and/or indicia appearing therein, which was first published

and embodied in the illustrated comic book, JOURNEY INTO MYSTERY, Vol. 1, No. 51,

cover-dated March, 1959, for which copyright was originally secured on December, 2

1958 in the name of Atlas Magazines, Inc. under Copyright Registration No. B759768.

Renewal for the work was made on September 19, 1986, in the name of Marvel Comics

Group, a division of Cadence Industries Corporation, claiming as proprietor of copyright,

under Copyright Renewal Registration No. RE0000303983.  The remaining works to

which this Notice of Termination applies[1] are:

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever,
whenever created) that was registered with the United States Copyright Office and/or published
within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of
this Notice of Termination, and which includes or embodies any character, story element, or
indicia reasonably associated with JOURNEY INTO MYSTERY stories, to the extent that such
characters, story elements, or indicia appear in works subject to this Notice of Termination.
Every reasonable effort has been made to find and list herein every such JOURNEY INTO
MYSTERY work. Nevertheless, if any such work has been omitted, including but not limited to
any advertisements or other promotional materials relating to and published prior to the

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. Nc |
|---|---|---|---|
| Journey Into Mystery #52 | Atlas Magazines, Inc. | February 3, 1959 | B766140 |
| Journey Into Mystery #53 | " | April 3, 1959 | B768628 |
| Journey Into Mystery #54 | " | June 5, 1959 | B787838 |
| Journey Into Mystery #55 | " | July 31, 1959 | B806022 |
| Journey Into Mystery #56 | " | October 1, 1959 | B803626 |
| Journey Into Mystery #57 | " | November 30, 1959 | B813397 |

3.    The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[3]

---

publication of such JOURNEY INTO MYSTERY work, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in JOURNEY INTO MYSTERY and/or of any character, story element, or indicia reasonably associated with JOURNEY INTO MYSTERY stories. Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any JOURNEY INTO MYSTERY work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

4.      The effective date of termination shall be December 4, 2015.[4]

5.      No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.      Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994. Mr. Kirby is survived by his four children: Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby. Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [continued on next page]

---

[4] The undersigned intend to serve successive notices of termination covering successive JOURNEY INTO MYSTERY works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

under Section 304(c) of Title 17, United States Code.

Dated: September 16, 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on our behalf as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby

11

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this 16th day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach. FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

### "JOURNEY INTO MYSTERY"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to JOURNEY INTO MYSTERY work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210;  Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110. Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong and Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210. Pursuant to

37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail.

     2.    Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is JOURNEY INTO MYSTERY, along with all

characters, story elements, and/or indicia appearing therein, which was published and

embodied in the illustrated comic book, JOURNEY INTO MYSTERY, Vol. 1, No. 67,

cover-dated April, 1961, for which copyright was originally secured on January 31, 1961

(in notice:1960) in the name of Atlas Magazines, Inc. under Copyright Registration No.

B883734.  Renewal for the work was made on December 20, 1988, in the name of

Marvel Entertainment Group, Inc., claiming as proprietor of copyright, under Copyright

Renewal Registration No. RE0000409155.  The remaining works to which this Notice of

Termination applies[1] are:

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever,
whenever created) that  was registered with the United States Copyright Office and/or published
within the Termination time window, as defined by 17 U.S C. § 304(c) and the effective date of
this Notice of Termination, and which includes or embodies any character, story element, or
indicia reasonably associated with JOURNEY INTO MYSTERY stories, to the extent that such
characters, story elements, or indicia appear in works subject to this Notice of Termination.
Every reasonable effort has been made to find and list herein every such JOURNEY INTO
MYSTERY work. Nevertheless, if any such work has been omitted, including but not limited to
any advertisements or other promotional materials relating to and published prior to the

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No |
|---|---|---|---|
| Journey Into Mystery #68 | Atlas Magazines, Inc. | February 28, 1961 | B889875 |
| Journey Into Mystery #69 | " | April 6, 1961 | B895314 |
| Journey Into Mystery #70 | " | May 2, 1961 | B903235 |
| Journey Into Mystery #71 | " | June 1, 1961 | B907241 |
| Journey Into Mystery #72 | " | July 5, 1961 | B912671 |
| Journey Into Mystery #73 | " | August 1, 1961 | B917814 |
| Journey Into Mystery #74 | " | August 31, 1961 | B923754 |
| Journey Into Mystery #75 | " | September 26, 1961 | B928100 |
| Journey Into Mystery #76 | " | November 2, 1961 | B934588 |
| Journey Into Mystery #77 | " | December 5, 1961 | B941994 |

3.      The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[3]

---

publication of such JOURNEY INTO MYSTERY work, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in JOURNEY INTO MYSTERY and/or any character, story element, or indicia reasonably associated with JOURNEY INTO MYSTERY stories. Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any JOURNEY INTO MYSTERY work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

4.     The effective date of termination shall be December 10, 2017.[4]

5.     No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.     Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994.  Mr. Kirby is survived by his four children:  Lisa R. Kirby, Barbara J. Kirby, Neal I.. Kirby and Susan M. Kirby.  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [*continued on next page*]

---

[4] The undersigned intend to serve successive notices of termination covering successive JOURNEY INTO MYSTERY works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

under Section 304(c) of Title 17, United States Code.

Dated: September 15, 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on our behalf as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1th day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq,
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this 14ᵗʰ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

I declare under penalty of perjury that the foregoing is true and correct. Executed this day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

**NOTICE OF TERMINATION OF TRANSFER
COVERING EXTENDED RENEWAL TERM**

**"JOURNEY INTO MYSTERY"**

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd.,
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to JOURNEY INTO MYSTERY work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.    The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills. CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills. CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue. 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd , 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN. Hong Kong and Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210. Pursuant to

37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail.

      2.      Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is JOURNEY INTO MYSTERY, along with all

characters, story elements, and/or indicia appearing therein, which was published and

embodied in the illustrated comic book, JOURNEY INTO MYSTERY, Vol. 1, No. 58,

cover-dated May, 1960, for which copyright was originally secured on January 29, 1960

in the name of Atlas Magazines, Inc. under Copyright Registration No. B823977.

Renewal for the work was made on December 20, 1988, in the name of Marvel

Entertainment Group, Inc., claiming as proprietor of copyright, under Copyright Renewal

Registration No. RE0000410023. The remaining works to which this Notice of

Termination applies[1] are:

---

    [1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that  was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with JOURNEY INTO MYSTERY stories, to the extent that such characters, story elements, or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such JOURNEY INTO MYSTERY work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No |
|---|---|---|---|
| Journey Into Mystery #59 | Atlas Magazines, Inc. | March 28, 1960 | B835083 |
| Journey Into Mystery #60 | " | May 31, 1960 | B847347 |
| Journey Into Mystery #61 | " | June 27, 1960 | B849991 |
| Journey Into Mystery #62 | " | July 28, 1960 | B855754 |
| Journey Into Mystery #63 | " | July 29, 1960 | B860878 |
| Journey Into Mystery #64 | " | September 28, 1960 | B867620 |
| Journey Into Mystery #65 | " | October 27, 1960 | B872501 |
| Journey Into Mystery #66 | " | December 29, 1960 | B878947 |

3.    The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[3]

---

publication of such JOURNEY INTO MYSTERY work, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in JOURNEY INTO MYSTERY and/or of any character, story element, or indicia reasonably associated with JOURNEY INTO MYSTERY stories. Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any JOURNEY INTO MYSTERY work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

4.     The effective date of termination shall be December 31, 2016.[4]

5.     No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.     Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994.  Mr. Kirby is survived by his four children:  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby.  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [continued on next page]

---

[4] The undersigned intend to serve successive notices of termination covering successive JOURNEY INTO MYSTERY works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

under Section 304(c) of Title 17, United States Code.


Dated: September 15, 2009

_____
Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

_____
Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

_____
Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

_____
Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE

OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and

pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be

made on our behalf as to the current ownership of the rights being terminated, by

commissioning a search of U.S. copyright records, including a search of the records in

the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this ___ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

11

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this ⎩⎰ᵗʰ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
 Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

12

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

I declare under penalty of perjury that the foregoing is true and correct. Executed

this 1st day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

### "JOURNEY INTO MYSTERY"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to JOURNEY INTO MYSTERY work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.     The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

5

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY
10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly
Hills, CA 90210,  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA
91790; Marvel Properties LLC, 404 N. Maple Drive. Suite 304, Beverly Hills. CA 90210;
Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417
5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York,
NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA
90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios,
1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios,
Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide
Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC,
9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100
Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242
Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville
Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville
Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue,
14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite
350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los
Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA
90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA
90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA
90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA
90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA
90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210;  Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong and Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210. Pursuant to

37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail.

     2.     Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is JOURNEY INTO MYSTERY, along with all

characters, story elements, and/or indicia appearing therein, which was published and

embodied in the illustrated comic book, JOURNEY INTO MYSTERY, Vol. 1, No. 78,

cover-dated March, 1962, for which copyright was originally secured on February 2,

1962 (in notice: 1961) in the name of Atlas Magazines, Inc. under Copyright

Registration No. B947656.  Renewal for the work was made on November 1, 1989, in

the name of Marvel Entertainment Group, Inc., claiming as proprietor of copyright, under

Copyright Renewal Registration No. RE0000444425.  The remaining works to which

this Notice of Termination applies[1] are:

---

     [1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that  was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with JOURNEY INTO MYSTERY stories, to the extent that such characters, story elements, or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such JOURNEY INTO MYSTERY work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No |
|---|---|---|---|
| Journey Into Mystery #79 | Atlas Magazines, Inc. | February 1, 1962 | B951328 |
| Journey Into Mystery #80 | " | March 1, 1962 | B957587 |
| Journey Into Mystery #81 | " | April 3, 1962 | B964097 |
| Journey Into Mystery #82 | " | May 1, 1962 | B969593 |
| Journey Into Mystery #83 | " | June 5, 1962 | B975408 |
| Journey Into Mystery #84 | " | July 3, 1962 | B982810 |
| Journey Into Mystery #85 | " | August 2, 1962 | B988515 |
| Journey Into Mystery #86 | " | September 4, 1962 | B992974 |
| Journey Into Mystery #87 | " | October 2, 1962 | B999782 |
| Journey Into Mystery #88 | " | November 1, 1962 | B6034 |
| Journey Into Mystery #89 | " | December 3, 1962 | B12115 |

3.      The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[3]

---

publication of such JOURNEY INTO MYSTERY work, such omission is unintentional and
involuntary, and this Notice also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one
author of each work to which this Notice of Termination applies. The listing of any corporation as
author of any work is done per the practice shown in Copyright Office records, and is not to be
construed as an admission that any given work is or was a "work made for hire;" nor is anything
else herein to be construed as any such admission. Nothing contained in this Notice of
Termination shall be construed to in any way limit or waive any right or remedy that the
undersigned might have, at law or in equity, with respect to the subject matter hereof, all of
which is hereby expressly reserved.

[3] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied
or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. §
304(a)(1)(C), of any copyright interest in JOURNEY INTO MYSTERY and/or of any character,
story element, or indicia reasonably associated with JOURNEY INTO MYSTERY stories. Every
reasonable effort has been made to find and list herein every grant of transfer of the renewal
copyright to any JOURNEY INTO MYSTERY work (as described in footnote no. 1) by any
person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted,

4.      The effective date of termination shall be December 8, 2018.[4]

5.      No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.      Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994. Mr. Kirby is survived by his four children: Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby. Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [continued on next page]

---

such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[4] The undersigned intend to serve successive notices of termination covering successive JOURNEY INTO MYSTERY works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

under Section 304(c) of Title 17, United States Code.

Dated: September 1⁄2, 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on our behalf as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

11

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this ⎵⎵ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills. CA 90210

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

NOTICE OF TERMINATION OF TRANSFER
COVERING EXTENDED RENEWAL TERM

"JOURNEY INTO MYSTERY"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurlzberg) share in the ownership of the renewal copyright) in and to JOURNEY INTO MYSTERY work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.    The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

5

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350. Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350. Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350. Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC. 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210;  Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road. Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266, Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong and Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite, 350, Beverly Hills, CA 90210. Pursuant to

37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail.

      2.      Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is JOURNEY INTO MYSTERY, along with all

characters, story elements, and/or indicia appearing therein, which was published and

embodied in the illustrated comic book, JOURNEY INTO MYSTERY, Vol. 1, No. 90,

cover-dated March, 1963, for which copyright was originally secured on January 3, 1963

(in notice:1962) in the name of Atlas Magazines, Inc. under Copyright Registration No.

B17481.  Renewal for the work was made on November 20, 1990, in the name of

Marvel Entertainment Group, Inc., claiming as proprietor of copyright, under Copyright

Renewal Registration No. RE0000497820. The remaining works to which this Notice of

Termination applies[1] are:

----

[1] This Notice of Termination applies to each and every work (in any medium whatsoever,
whenever created) that was registered with the United States Copyright Office and/or published
within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of
this Notice of Termination, and which includes or embodies any character, story element, or
indicia reasonably associated with JOURNEY INTO MYSTERY stories, to the extent that such
characters, story elements, or indicia appear in works subject to this Notice of Termination.
Every reasonable effort has been made to find and list herein every such JOURNEY INTO
MYSTERY work. Nevertheless, if any such work has been omitted, including but not limited to
any advertisements or other promotional materials relating to and published prior to the

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No |
|---|---|---|---|
| Journey Into Mystery #91 | Atlas Magazines, Inc. | February 5, 1963 | B23462 |
| Journey Into Mystery #92 | " | March 5, 1963 | B28145 |
| Journey Into Mystery #93 | " | April 2, 1963 | B32696 |
| Journey Into Mystery #94 | " | May 2, 1963 | B38263 |
| Journey Into Mystery #95 | " | June 4, 1963 | B45557 |
| Journey Into Mystery #96 | " | July 2, 1963 | B50171 |
| Journey Into Mystery #97 | " | August 1, 1963 | B57880 |
| Journey Into Mystery #98 | " | September 3, 1963 | B61947 |

3.    The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[3]

_____

publication of such JOURNEY INTO MYSTERY work, such omission is unintentional and
involuntary, and this Notice also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one
author of each work to which this Notice of Termination applies. The listing of any corporation as
author of any work is done per the practice shown in Copyright Office records, and is not to be
construed as an admission that any given work is or was a "work made for hire;" nor is anything
else herein to be construed as any such admission. Nothing contained in this Notice of
Termination shall be construed to in any way limit or waive any right or remedy that the
undersigned might have, at law or in equity, with respect to the subject matter hereof, all of
which is hereby expressly reserved.

[3] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied
or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. §
304(a)(1)(C), of any copyright interest in JOURNEY INTO MYSTERY and/or of any character,
story element, or indicia reasonably associated with JOURNEY INTO MYSTERY stories. Every
reasonable effort has been made to find and list herein every grant of transfer of the renewal
copyright to any JOURNEY INTO MYSTERY work (as described in footnote no. 1) by any
person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted,
such omission is unintentional and involuntary, and this Notice also applies to each and every
such omitted grant.

4.      The effective date of termination shall be September 8, 2019.[4]

5.      No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.      Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994. Mr. Kirby is survived by his four children: Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby. Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [continued on next page]

---

[4] The undersigned intend to serve successive notices of termination covering successive JOURNEY INTO MYSTERY works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

under Section 304(c) of Title 17, United States Code.

Dated: September 15 , 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE

OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and

pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be

made on our behalf as to the current ownership of the rights being terminated, by

commissioning a search of U.S. copyright records, including a search of the records in

the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this $\underline{16^{th}}$ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

11

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this 16ᵗʰ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
 417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd.
 KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

   I declare under penalty of perjury that the foregoing is true and correct. Executed

this 16th day of September, 2009, at Los Angeles, California.

         _____
         Marc Toberoff, Esq.
         Toberoff & Associates, P.C.
         2049 Century Park East, Suite 2720
         Los Angeles, CA  90067

         Counsel for Lisa R. Kirby, Barbara J. Kirby,
         Neal L. Kirby and Susan M. Kirby

NOTICE OF TERMINATION OF TRANSFER
COVERING EXTENDED RENEWAL TERM

"NICK FURY"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Paramount Pictures Corporation
c/o Rebecca Prentis
Exec. Vice Pres. & General Counsel
5555 Melrose Avenue, Ste. 121
Hollywood, CA 90038

Twentieth Century Fox Film Corp.
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
 Los Angeles, CA 90035

Fox Filmed Entertainment
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
Los Angeles, CA 90035

NBC Universal
c/o Richard Cotton
Exec. Vice Pres. & General Counsel
30 Rockefeller Plaza
New York, NY 10122

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to NICK FURY work(s) made by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.     The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St , London,

5

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building #7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong, Vita-Ray Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Paramount Pictures Corporation, 5555 Melrose Avenue, Ste. 121, Hollywood, CA 90038; Twentieth Century Fox Film Corp., 10201 W. Pico Blvd., Los Angeles, CA 90035; Fox Filmed Entertainment, 10201 W. Pico Blvd., Los Angeles, CA 90035 and NBC Universal, 30 Rockefeller Plaza, New York, NY 10122. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail.

2.      Each work (individually, "Work;" collectively, the "Works") to which this Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob Kurtzberg) and is identified as follows:  The title of the original copyrighted work to which this Notice of Termination applies is NICK FURY, along with all characters, story elements, and/or indicia appearing therein, which was first published and embodied in the illustrated comic book story in Sgt. Fury and His Howling Commandos, Vol. 1, No. 1, cover-dated May, 1963 issue, for which copyright was originally secured on March 5, 1963 in the name of Bard Publishing Corporation under Copyright Registration No. B28319.  Renewal for the work was made on December 27, 1991, in the name of Marvel Entertainment Group, Inc., claiming as proprietor of copyright, under Copyright

Renewal Registration No. RE0000559182. The remaining works to which this Notice of

Termination applies[1] are:

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **NICK FURY IN[3]:** | | | |
| Sgt. Fury and His Howling Commandos #2 | Bard Publishing Corporation | May 2, 1963 | B382254 |
| Sgt. Fury and His Howling Commandos #3 | " | July 2, 1963 | B50173 |
| Sgt. Fury and His Howling Commandos #4 | " | September 3, 1963 | B61936 |
| The Fantastic Four #21 | Canam Publishers Sales Corporation | September 10, 1963 | B61946 |

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that  was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with NICK FURY or NICK FURY stories, such as, without limitation, Sgt. Nick Fury, Jonathan "Junior" Juniper, "Dum-Dum" Dugan, Dino Manelli,  Isadore "Izzy" Cohen, Captain Sam "Happy" Sawyer, Gabriel "Gabe" Jones, Robert "Rebel" Ralston, Baron Wolfgang von Strucker, Baron Zemo, Percival "Pinky" Pinkerton, Eric Koenig, S.H.I.E.L.D. (Supreme Headquarters International Espionage Law-enforcement Division), HYDRA, the Helicarrier, and A.I.M. (a.k.a. Advanced Idea Mechanics), to the extent that such characters, story elements or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such NICK FURY-RELATED work.  Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such NICK FURY work, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a 'work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] "NICK FURY IN:" means any and all works as described in footnote no. 1.

3.       The grant(s) to which this Notice of Termination applies is (are) made in that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand, and Magazine Management Co., Inc., on the other hand, which was executed by Jack Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5, 1972.[4]

4.       The effective date of termination shall be September 14, 2019.[5]

5.       No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.       Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994. Mr. Kirby is survived by his four children: Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby. Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination

---

[4] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in NICK FURY and/or of any character, story element, or indicia reasonably associated with NICK FURY or NICK FURY stories. Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any NICK FURY work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[5] The undersigned intend to serve successive notices of termination covering successive NICK FURY works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

has been signed by all persons whose signature is necessary to terminate said grant(s) under Section 304(c) of Title 17, United States Code.

Dated: September 1?, 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

10

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on our behalf as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this [6th] day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

13

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
 2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Paramount Pictures Corporation
c/o Rebecca Prentis
Exec. Vice Pres. & General Counsel
5555 Melrose Avenue, Ste. 121
Hollywood, CA 90038

Twentieth Century Fox Film Corp
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
 Los Angeles, CA 90035

Fox Filmed Entertainment
c/o Gregory Gelfan
Executive Vice President
10201 W. Pico Blvd.
Los Angeles, CA 90035

NBC Universal
c/o Richard Cotton
Exec. Vice Pres. & General Counsel
30 Rockefeller Plaza
New York, NY 10122

     I declare under penalty of perjury that the foregoing is true and correct. Executed

this 16th day of September, 2009, at Los Angeles, California.

*/s/ Marc Toberoff*

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

### "RAWHIDE KID"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd.
 KLN
 Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to RAWHIDE KID work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.     The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong and Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210. Pursuant to

37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail.

     2.     Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows: The title of the original copyrighted work to

which this Notice of Termination applies is RAWHIDE KID, along with all characters,

story elements, and/or indicia appearing therein, which was published and embodied in

the illustrated comic book, RAWHIDE KID, Vol. 1, No. 27, cover-dated April, 1962, for

which copyright was originally secured on January 9, 1962, in the name of Atlas

Magazines, Inc. under Copyright Registration No. B948090. The remaining works to

which this Notice of Termination applies[1] are:

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with RAWHIDE KID stories, to the extent that such characters, story elements, or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such RAWHIDE KID work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such RAWHIDE KID work, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted work.

| Title | Name of Author/<br>Copyright Claimant[2] | Date Copyright<br>Secured | Copyright Reg. No. |
|-------|-----------------------|------------------|-------------------|
| Rawhide Kid #28 | Atlas Magazines, Inc. | March 8, 1962 | B957584 |
| Rawhide Kid #29 | " | May 8, 1962 | B969573 |
| Rawhide Kid #30 | " | July 10, 1962 | B982806 |
| Rawhide Kid #31 | " | September 11, 1962 | B992186 |
| Rawhide Kid #32 | " | November 8, 1962 | B6027 |

3.    The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[3]

4.    The effective date of termination shall be November 13, 2018.[4]

5.    No prior termination of the grant(s) of rights in the copyright of the

aforementioned Works for their renewal copyright term has been exercised by the

---

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in RAWHIDE KID and/or of any character, story element, or indicia reasonably associated with RAWHIDE KID stories. Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any RAWHIDE KID work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[4] The undersigned intend to serve successive notices of termination covering successive RAWHIDE KID works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of
the United States Copyright Act (17 U.S.C. § 304(c)).

      6.     Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994.  Mr. Kirby is
survived by his four children:  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan
M. Kirby.  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own
and constitute more than one-half of author Jack Kirby's termination interest, are
executing this notice and constitute all of those persons entitled to exercise the
termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-
above. To the best knowledge and belief of the undersigned, this Notice of Termination
has been signed by all persons whose signature is necessary to terminate said grant(s)
[*continued on next page*]

under Section 304(c) of Title 17, United States Code.

Dated: September _15_, 2009

_____
Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

_____
Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

_____
Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

_____
Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on our behalf as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __16th__ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this ⌊6ᵗʰ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.                                    Vita-Ray Productions LLC
1/F., HK Spinners Industrial Bldg Phase I &II       9242 Beverly Blvd., Suite 350
800 Cheung Sha Wan Rd.                              Beverly Hills, CA 90210
 KLN
Hong Kong

I declare under penalty of perjury that the foregoing is true and correct. Executed

this ⅃ᵘʰ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

NOTICE OF TERMINATION OF TRANSFER
COVERING EXTENDED RENEWAL TERM

"RAWHIDE KID"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to RAWHIDE KID work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.     The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd, KLN, Hong Kong and Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210. Pursuant to

37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail.

 2. Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is RAWHIDE KID, along with all characters,

story elements, and/or indicia appearing therein, which was published and embodied in

the illustrated comic book, RAWHIDE KID, Vol. 1, No. 21, cover-dated April, 1961, for

which copyright was originally secured on January 5, 1961, in the name of Atlas

Magazines, Inc. under Copyright Registration No. B878949.  Renewal for the work was

made on December 20, 1988, in the name of Marvel Entertainment Group, Inc.,

claiming as proprietor of copyright, under Copyright Renewal Registration No.

RE0000409138.  The remaining works to which this Notice of Termination applies[1] are:

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that  was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with RAWHIDE KID stories, to the extent that such characters, story elements, or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such RAWHIDE KID work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such RAWHIDE KID work, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted work.

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Rawhide Kid #22 | Atlas Magazines, Inc. | March 7, 1961 | B889879 |
| Rawhide Kid #23 | " | May 9, 1961 | B903232 |
| Rawhide Kid #24 | " | July 11, 1961 | B912666 |
| Rawhide Kid #25 | " | September 5, 1961 | B923782 |
| Rawhide Kid #26 | " | November 9, 1961 | B934589 |

3.     The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[3]

4.     The effective date of termination shall be November 14, 2017.[4]

5.     No prior termination of the grant(s) of rights in the copyright of the

aforementioned Works for their renewal copyright term has been exercised by the

---

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in RAWHIDE KID and/or of any character, story element, or indicia reasonably associated with RAWHIDE KID stories. Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any RAWHIDE KID work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[4] The undersigned intend to serve successive notices of termination covering successive RAWHIDE KID works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.      Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994.  Mr. Kirby is survived by his four children:  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby.  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s)

[continued on next page]

under Section 304(c) of Title 17, United States Code.

Dated: September 15 , 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE

OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and

pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be

made on our behalf as to the current ownership of the rights being terminated, by

commissioning a search of U.S. copyright records, including a search of the records in

the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this ____ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq,
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this 16th day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210


I declare under penalty of perjury that the foregoing is true and correct. Executed

this ___ day of September, 2009, at Los Angeles, California.


Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

15

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

### "RAWHIDE KID"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

3

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd.
 KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to RAWHIDE KID work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.    The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building #7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd, KLN, Hong Kong and Vita-Ray Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail.

2.    Each work (individually, "Work;" collectively, the "Works") to which this Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob Kurtzberg) and is identified as follows: The title of the original copyrighted work to which this Notice of Termination applies is RAWHIDE KID, along with all characters, story elements, and/or indicia appearing therein, which was first published and embodied in the illustrated comic book, RAWHIDE KID, Vol. 1, No. 17, cover-dated August, 1960, for which copyright was originally secured on March 28, 1960, in the name of Atlas Magazines, Inc. under Copyright Registration No. B835093. Renewal for the work was made on December 20, 1988, in the name of Marvel Entertainment Group, Inc., claiming as proprietor of copyright, under Copyright Renewal Registration No. RE0000409194. The remaining works to which this Notice of Termination applies[1] are:

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with RAWHIDE KID stories, to the extent that such characters, story elements, or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such RAWHIDE KID work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication

| Title | Name of Author/<br>Copyright Claimant[2] | Date Copyright<br>Secured | Copyright Reg. No. |
|---|---|---|---|
| Rawhide Kid #18 | Atlas Magazines, Inc. | May 31, 1960 | B847044 |
| Rawhide Kid #19 | " | July 28, 1960 | B855747 |
| Rawhide Kid #20 | " | September 28, 1960 | B867623 |

3.    The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[3]

4.    The effective date of termination shall be October 3, 2016.[4]

5.    No prior termination of the grant(s) of rights in the copyright of the

aforementioned Works for their renewal copyright term has been exercised by the

---

of such RAWHIDE KID work, such omission is unintentional and involuntary, and this Notice
also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one
author of each work to which this Notice of Termination applies. The listing of any corporation as
author of any work is done per the practice shown in Copyright Office records, and is not to be
construed as an admission that any given work is or was a "work made for hire;" nor is anything
else herein to be construed as any such admission. Nothing contained in this Notice of
Termination shall be construed to in any way limit or waive any right or remedy that the
undersigned might have, at law or in equity, with respect to the subject matter hereof, all of
which is hereby expressly reserved.

[3] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied
or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. §
304(a)(1)(C), of any copyright interest in RAWHIDE KID and/or of any character, story element,
or indicia reasonably associated with RAWHIDE KID stories. Every reasonable effort has been
made to find and list herein every grant of transfer of the renewal copyright to any RAWHIDE
KID work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C).
Nevertheless, if any such grant has been omitted, such omission is unintentional and
involuntary, and this Notice also applies to each and every such omitted grant.

[4] The undersigned intend to serve successive notices of termination covering successive
RAWHIDE KID works in order that the effective date of termination applicable to such works
pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

      6.     Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994.  Mr. Kirby is survived by his four children:  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby.  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [continued on next page]

9

under Section 304(c) of Title 17, United States Code.

Dated: September 1⁄2, 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on our behalf as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1ᵢᵗʰ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this 16th day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
 Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
 417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.                                    Vita-Ray Productions LLC
1/F., HK Spinners Industrial Bldg Phase I &II       9242 Beverly Blvd., Suite 350
800 Cheung Sha Wan Rd.                              Beverly Hills, CA 90210
KLN
Hong Kong

         I declare under penalty of perjury that the foregoing is true and correct. Executed

this __ day of September, 2009, at Los Angeles, California.


                                    _____
                                    Marc Toberoff, Esq.
                                    Toberoff & Associates, P.C.
                                    2049 Century Park East, Suite 2720
                                    Los Angeles, CA  90067

                                    Counsel for Lisa R. Kirby, Barbara J. Kirby,
                                    Neal L. Kirby and Susan M. Kirby

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

### "RAWHIDE KID"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to RAWHIDE KID work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016;  Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

5

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY

10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly

Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA

91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210;

Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417

5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York,

NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA

90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios,

1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios,

Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide

Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC,

9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100

Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242

Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville

Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville

Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue,

14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite

350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los

Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210; Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong and Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210. Pursuant to

37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail.

     2.     Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows: The title of the original copyrighted work to

which this Notice of Termination applies is RAWHIDE KID, along with all characters,

story elements, and/or indicia appearing therein, which was published and embodied in

the illustrated comic book, RAWHIDE KID, Vol. 1, No. 33, cover-dated April, 1963, for

which copyright was originally secured on January 10, 1963, in the name of Atlas

Magazines, Inc. under Copyright Registration No. B17485. Renewal for the work was

made on November 20, 1990, in the name of Marvel Entertainment Group, Inc.,

claiming as proprietor of copyright, under Copyright Renewal Registration No.

RE0000497823. The remaining works to which this Notice of Termination applies[1] are:

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with RAWHIDE KID stories, to the extent that such characters, story elements, or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such RAWHIDE KID work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such RAWHIDE KID work, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted work.

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Rawhide Kid #34 | Atlas Magazines, Inc. | March 12, 1963 | B28147 |
| Rawhide Kid #35 | " | May 9, 1963 | B37742 |

3.      The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5,

1972.[3]

4.      The effective date of termination shall be May 14, 2019.[4]

5.      No prior termination of the grant(s) of rights in the copyright of the

aforementioned Works for their renewal copyright term has been exercised by the

author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of

the United States Copyright Act (17 U.S.C. § 304(c)).

---

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in RAWHIDE KID and/or of any character, story element, or indicia reasonably associated with RAWHIDE KID stories. Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any RAWHIDE KID work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[4] The undersigned intend to serve successive notices of termination covering successive RAWHIDE KID works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

6.      Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994. Mr. Kirby is survived by his four children: Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby. Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s)

[*continued on next page*]

9

under Section 304(c) of Title 17, United States Code.

Dated: September 15, 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE

OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and

pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be

made on our behalf as to the current ownership of the rights being terminated, by

commissioning a search of U.S. copyright records, including a search of the records in

the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this _16_ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this _16_ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.                                      Vita-Ray Productions LLC
1/F., HK Spinners Industrial Bldg Phase I &II   9242 Beverly Blvd., Suite 350
800 Cheung Sha Wan Rd.                          Beverly Hills, CA 90210
KLN
Hong Kong

     I declare under penalty of perjury that the foregoing is true and correct. Executed

this _16_ day of September, 2009, at Los Angeles, California.

                           Marc Toberoff, Esq.
                           Toberoff & Associates, P.C.
                           2049 Century Park East, Suite 2720
                           Los Angeles, CA  90067

                           Counsel for Lisa R. Kirby, Barbara J. Kirby,
                           Neal L. Kirby and Susan M. Kirby

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

### "SPIDERMAN"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC,
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Sony Pictures Entertainment, Inc.
c/o Roger Toll
General Counsel
10202 W. Washington Blvd.
Culver City, CA 90232

SPE Spider-Man GP, Inc.
c/o Roger Toll
General Counsel
10202 West Washington Blvd.
Culver City, CA 90232

Spider-Man Broadway LLC
c/o Thom Mitchell
Alan Wasser Associates
1650 Broadway, Suite 800
New York, NY 10019

Spider-Man Merchandising L.P.
c/o Michael M. Lynton
Co-Chairman & CEO
10202 West Washington Blvd.,
Culver City, CA 90232

Spider-Man Touring Company LLC
c/o Ultimate Shoes & Ent. Inc.
1674 Broadway, 3rd Floor
New York, NY 10019

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to SPIDERMAN work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016; Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210;  Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong, Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Sony Pictures

Entertainment, Inc., 10202 W. Washington Blvd., Culver City, CA 90232; SPE Spider-

Man GP, Inc., 10202 West Washington Blvd., Culver City, CA 90232; Spider-Man

Broadway LLC, 1650 Broadway, Suite 800, New York, NY 10019; Spider-Man

Merchandising L.P., 10202 West Washington Blvd., Culver City, CA 90232 and Spider-

Man Touring Company LLC, 1674 Broadway, 3rd Floor, New York, NY 10019.

Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by first

class mail.

     2.     Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is SPIDERMAN, along with all characters, story

elements, and/or indicia appearing therein, which was first published and embodied in

the illustrated comic book story in Amazing Fantasy, Vol. 1, No. 15, cover-dated

September, 1962 issue, for which copyright was originally secured on June 5, 1962 in

the name of Atlas Magazines, Inc. under Copyright Registration No. B976775.  Renewal

for the work was made on November 20, 1990, in the name of Marvel Entertainment

Group, Inc., claiming as proprietor of copyright, under Copyright Renewal Registration

No. RE0000497761. The remaining works to which this Notice of Termination applies[1]
are:

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **SPIDERMAN IN[3]:** | | | |
| Amazing Spider-Man #1 | Non-Pareil Pub. Corp. | December 10, 1962 | B12112 |

3.    The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

and Magazine Management Co., Inc., on the other hand, which was executed by Jack

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with Spiderman or Spiderman stories, such as, without limitation, Spiderman (a.k.a. Spider-Man) Peter Parker, Aunt May, Uncle Ben, J. Jonah Jameson, John Jameson, the Chameleon, Eugene "Flash" Thompson, Elizabeth Allan (a.k.a. Liz Allan), Crusher Hogan, The Daily Bugle, the Vulture, the Tinkerer, and the Lizard, to the extent that such characters, story elements or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such SPIDERMAN-RELATED work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such SPIDERMAN work, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] "SPIDERMAN IN:" means any and all works as described in footnote no. 1.

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5, 1972.[4]

  4.  The effective date of termination shall be December 15, 2018.[5]

  5.  No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

  6.  Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994.  Mr. Kirby is survived by his four children:  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby.  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [continued on next page]

---

[4] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in SPIDERMAN and/or of any character, story element, or indicia reasonably associated with SPIDERMAN or SPIDERMAN stories.  Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any SPIDERMAN work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[5] The undersigned intend to serve successive notices of termination covering successive SPIDERMAN works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

under Section 304(c) of Title 17, United States Code.

Dated: September 5, 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE

OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and

pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be

made on our behalf as to the current ownership of the rights being terminated, by

commissioning a search of U.S. copyright records, including a search of the records in

the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this $\underline{16^{th}}$ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

11

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this 16th day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC,
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
 Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
 Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
 9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
 2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Sony Pictures Entertainment, Inc.
c/o Roger Toll
General Counsel
10202 W. Washington Blvd.
Culver City, CA 90232

SPE Spider-Man GP, Inc.
c/o Roger Toll
General Counsel
10202 West Washington Blvd.
Culver City, CA 90232

Spider-Man Broadway LLC
c/o Thom Mitchell
Alan Wasser Associates
1650 Broadway, Suite 800
New York, NY 10019

Spider-Man Merchandising L.P.
c/o Michael M. Lynton
Co-Chairman & CEO
10202 West Washington Blvd.,
Culver City, CA 90232

Spider-Man Touring Company LLC
c/o Ultimate Shoes & Ent. Inc.
1674 Broadway, 3rd Floor
New York, NY 10019

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

### NOTICE OF TERMINATION OF TRANSFER
### COVERING EXTENDED RENEWAL TERM

#### "SPIDERMAN"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC,
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Sony Pictures Entertainment, Inc.
c/o Roger Toll
General Counsel
10202 W. Washington Blvd.
Culver City, CA 90232

SPE Spider-Man GP, Inc.
c/o Roger Toll
General Counsel
10202 West Washington Blvd.
Culver City, CA 90232

Spider-Man Broadway LLC
c/o Thom Mitchell
Alan Wasser Associates
1650 Broadway, Suite 800
New York, NY 10019

Spider-Man Merchandising L.P.
c/o Michael M. Lynton
Co-Chairman & CEO
10202 West Washington Blvd.,
Culver City, CA 90232

Spider-Man Touring Company LLC
c/o Ultimate Shoes & Ent. Inc.
1674 Broadway, 3rd Floor
New York, NY 10019

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to SPIDERMAN work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.    The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016; Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

5

W1F 7JU, England;  Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016;  Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266;  Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210;  Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808;  MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210;  Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

90210;  Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills,

CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington,

DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building

#7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners

Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong, Vita-Ray

Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Sony Pictures

Entertainment, Inc., 10202 W. Washington Blvd., Culver City, CA 90232; SPE Spider-

Man GP, Inc., 10202 West Washington Blvd., Culver City, CA 90232; Spider-Man

Broadway LLC, 1650 Broadway, Suite 800, New York, NY 10019; Spider-Man

Merchandising L.P., 10202 West Washington Blvd., Culver City, CA 90232 and Spider-

Man Touring Company LLC, 1674 Broadway, 3rd Floor, New York, NY 10019.

Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by first

class mail.

  2.  Each work (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob

Kurtzberg) and is identified as follows:  The title of the original copyrighted work to

which this Notice of Termination applies is SPIDERMAN, along with all characters, story

elements, and/or indicia appearing therein, which was published and embodied in the

illustrated comic book story in The Amazing Spiderman, Vol. 1, No. 2, cover-dated May,

1963 issue, for which copyright was originally secured on February 12, 1963 in the

name of Non-Pareil Publishing Corporation under Copyright Registration No. B22020.

Renewal for the work was made on December 27, 1991, in the name of Marvel

Entertainment Group, Inc., claiming as proprietor of copyright, under Copyright Renewal

Registration No. RE0000559164. The remaining works to which this Notice of

Termination applies[1] are:

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **SPIDERMAN IN[3]:** | | | |
| The Amazing Spider-Man #3 | Non-Pareil Pub. Corp. | April 9, 1963 | B32700 |
| The Amazing Spider-Man #4 | " | June 11, 1963 | B45564 |
| The Fantastic Four Annual #1 | Canam Publishers Sales Corporation | July 2, 1963 | A645698 |
| The Amazing Spider-Man #5 | Non-Pareil Pub. Corp. | July 9, 1963 | B50165 |
| The Amazing Spider-Man #6 | " | August 8, 1963 | B57887 |
| The Amazing Spider-Man #7 | " | September 9, 1963 | B63121 |

3.      The grant(s) to which this Notice of Termination applies is (are) made in

that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand,

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that  was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with Spiderman or Spiderman stories, such as, without limitation, Spiderman (a.k.a. Spider-Man) Peter Parker, Aunt May, Uncle Ben, J. Jonah Jameson, John Jameson, the Chameleon, Eugene "Flash" Thompson, Elizabeth Allan (a.k.a. Liz Allan), Crusher Hogan, The Daily Bugle, the Vulture, the Tinkerer, and the Lizard, to the extent that such characters, story elements or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such SPIDERMAN-RELATED work.  Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such SPIDERMAN work, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] "SPIDERMAN IN:" means any and all works as described in footnote no. 1.

and Magazine Management Co., Inc., on the other hand, which was executed by Jack Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5, 1972.[4]

4.     The effective date of termination shall be September 14, 2019.[5]

5.     No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.     Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994.  Mr. Kirby is survived by his four children:  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby.  Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described herein-above. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [*continued on next page*]

---

[4] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in SPIDERMAN and/or of any character, story element, or indicia reasonably associated with SPIDERMAN or SPIDERMAN stories.  Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any SPIDERMAN work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[5] The undersigned intend to serve successive notices of termination covering successive SPIDERMAN works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

under Section 304(c) of Title 17, United States Code.

Dated: September 2, 2009

Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE

OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and

pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be

made on our behalf as to the current ownership of the rights being terminated, by

commissioning a search of U.S. copyright records, including a search of the records in

the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this 14th day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq,
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby

11

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this 15th day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd , Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC,
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Sony Pictures Entertainment, Inc.
c/o Roger Toll
General Counsel
10202 W. Washington Blvd.
Culver City, CA 90232

SPE Spider-Man GP, Inc.
c/o Roger Toll
General Counsel
10202 West Washington Blvd.
Culver City, CA 90232

Spider-Man Broadway LLC
c/o Thom Mitchell
Alan Wasser Associates
1650 Broadway, Suite 800
New York, NY 10019

Spider-Man Merchandising L.P.
c/o Michael M. Lynton
Co-Chairman & CEO
10202 West Washington Blvd.,
Culver City, CA 90232

Spider-Man Touring Company LLC
c/o Ultimate Shoes & Ent. Inc.
1674 Broadway, 3rd Floor
New York, NY 10019

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby,
Neal L. Kirby and Susan M. Kirby