# EXHIBIT 23

## FILED UNDER SEAL PURSUANT TO JUNE 2, 2010 PROTECTIVE ORDER