# EXHIBIT 28



K 00143

