# EXHIBIT 34

## CONFIDENTIAL



Δπ EXHIBIT  1
Deponent S. Lee
Date 5-13-10  Rptr. CC
WWW.DEPOBOOK.COM

### AFFIDAVIT OF STAN LEE

STATE OF CALIFORNIA    )
                       )ss.:
COUNTY OF LOS ANGELES)

STAN LEE, being duly sworn, deposes and says:

1.      I was born in Manhattan, New York in 1922 and currently reside in Los Angeles, California.

2.      To the best of my recollection I began my career in the comics industry in 1940 at the age of 17, when I was hired by a publishing company that was owned by my cousin-in-law, Martin Goodman ("Goodman"), known as Timely Comics, Inc. ("Timely"), a division of Magazine Management Company ("Magazine Management"), the umbrella company for all of Goodman's publishing lines. When I came to work for Timely in 1940, Timely's offices were located in the McGraw-Hill Building on West 42nd Street in Manhattan. Timely was already in the business of publishing comic books and had several ongoing comic titles and was hoping to add others. I was initially engaged to be the assistant to Joe Simon ("Simon"), Timely's then editorial director, and to Jack Kirby, ("Kirby"), Timely's staff artist. When I began working for Timely, my duties included everything from running errands to proofreading stories to erasing stray pencil marks on finished artwork and preparing it to go to the engraver. I was working full-time in Timely's offices as a "gofer" apprentice.

3.      Timely had approximately a dozen employees at the time I began working there and, except for Simon, Kirby and a few others, relied on freelance writers and artists for creating material. The writers and artists, whether employees or freelancers, would receive their assignments from Simon. After Simon told the writer and/or artist which title they would be



CONFIDENTIAL

responsible for, the writer was expected to come up with a story that continued from the last one in the series. Part of the job of the writer also was to come up with ideas for new characters, including new heroes, villains/nemeses and supporting characters, and introduce them into the storylines to interact with the existing characters. Simon, as editor, would review the stories submitted by the writer, make any and all changes he believed were appropriate, and the story would be passed on to the artist that had been engaged or selected to do the issue. The artist was then responsible for taking the script and creating the visual depiction, including the layout of the issue and the looks of the characters. Because the artist typically drew in pencil, an inker would then go over those pencil drawings and render them in ink. Next, a colorist would then color Photostats of the drawings based on the instructions provided by the editor.

4. Some time after coming to work for Timely, I was asked to write captions, blurbs, etc. and then two-page prose stories for the books. After consulting with Goodman, Simon gave me the promotion to staff writer, and we agreed that I would continue to work for Timely on a full time basis, and would continue to be paid a weekly salary as a writer. Between late 1940 and late 1941, I wrote numerous comic book issues for Timely. I understood that, as a writer, it was part of my job to create new characters and stories, as well as new episodes of established characters, and to come up with new ideas for characters to introduce into the storylines. Timely, however, always maintained the right to direct the storylines and the right to edit any aspect of the materials I submitted for publication, including the characteristics of any existing or new characters I utilized in the storylines. At that time, it was typical in the industry for comic book publishers to own the rights to the materials that were created for them for publication. I understood that, because it was an essential part of my job as a writer to come up with new stories and ideas for Timely, Timely would own whatever rights existed to all of the

-2-


CONFIDENTIAL

materials I created or co-created for publication by it, including any new characters that I introduced into the storylines, and that I had no right to claim authorship to or ownership of those materials.

        5.    At the end of 1941, Goodman learned that Simon and Kirby were working after hours for a competitor and terminated them. He then promoted me to the position of editorial director for the entire Timely line of comics. To the best of my recollection, by this time, Timely had approximately a dozen comic book titles. Although Goodman ultimately had the right to control and direct the content of every publication, I was responsible for engaging all of the writers and artists, assigning particular writers and artists to each issue, and overseeing all of the creative and editorial aspects of every publication. I also continued to write scripts, and was paid by the page for the script work in addition to my salary as an editor. Between the end of 1941 and the end of 1942, Timely published nearly one hundred issues and several new, important characters were added, including characters that I co-created. I understood that it was part of my responsibilities as both editorial director and writer to come up with new ideas, including new characters, for introduction into the Marvel storylines. All of my creative contributions during my time as editorial director for Timely, including my script work, were created as a result of my having been engaged by Timely and were done at Timely's instance, and I was paid by Timely for all of these contributions. During my time as editorial director, Goodman had the right to edit any of the material I submitted, and I understood that Timely would own whatever rights existed to any materials I created or co-created for publication by it, including any new characters that I introduced into the storylines, and that I had no right to claim authorship or ownership of those materials.

CONFIDENTIAL

6.      On November 9, 1942, I enlisted in the army and Vince Fago ("Fago"),

who had previously reported to me, was appointed to act as editorial director in my absence.

Although I was no longer a full-time employee of Timely, I continued to write for Timely on a

freelance basis while I was in the army, communicating with Fago and Goodman by mail. Fago

would assign specific titles and issues to me, and I was paid on a page rate for the work that I

submitted. With respect to all of the work that I submitted, Fago (and ultimately Goodman)

maintained the right to edit my work, and I understood that it was part of my responsibility to

come up with new ideas and new characters for introduction into the storylines on the issues I

was assigned to write. I also understood that Timely would own whatever rights existed to any

materials I created or co-created for publication by it, including any new characters that I

introduced into the storylines, and that I had no right to claim authorship to or ownership of any

of those works.

7.      On September 29, 1945, I received an honorable discharge from the army

and resumed my position as editorial director for Timely. While I was in the army, Timely had

moved its offices to the Empire State Building and had hired more full-time writers, artists,

production workers and business staff. When I came back to Timely, my responsibilities

expanded to include overseeing a team of editors who handled the different comic book lines,

and I continued to report directly to Goodman. I also continued to write scripts, and was paid by

the page for the script work in addition to my salary as editorial director, just as I had been doing

before I left for the army. I understood that it was still my responsibility as both editor and

writer to come up with new ideas for stories, including new characters to introduce into the

storylines for publication by Timely. Goodman still had the right to edit all of the material that I

submitted, and I understood that Timely would own whatever rights existed to any materials I

- 4 -

CONFIDENTIAL

created or co-created for publication by it, including any new characters that I introduced into the storylines, and that I had no right to claim authorship to or ownership of any of those works.

8.    For the next twenty three years, until the fall of 1968, I maintained my position as editorial director for Timely.[1]  I also continued to write scripts for publication by Timely, and was paid based on a page rate for those scripts.  In my capacity as editor, I chose specific titles that I wanted to write, subject to Goodman's approval, and also assigned the artist to draw the issue.  Although I was given significant creative freedom, I continued to report to Goodman and understood that Goodman had the ultimate right to control the contents of the stories and to edit my work (and the work by anyone on my staff) if he deemed it appropriate.  Indeed, there were several instances where Goodman edited materials that I had submitted for publication or suggested changes to storylines before the scripts were written.  I also understood that my responsibilities as editorial director for Timely included coming up with ideas for new titles featuring new characters.  When I came up with a concept for a new title featuring a new character, I would discuss the title with Goodman, who would determine whether or not Timely wanted to commission me to write it and my selected artist to draw it for publication.  Although I had no written agreement with Timely, it was our mutual understanding and agreement throughout this entire twenty-three year period that my creative contributions were made as a result of my having been commissioned by Timely to create the works, and that Timely would therefore own whatever rights existed to any materials I created or co-created for publication by it, including any new characters that I created for publication by Timely, and that I had no right to claim authorship to or ownership of any of those works.

---

[1] In May 1963, Magazine Management/Timely changed the name of its comic book line to Marvel Comics.

CONFIDENTIAL

9.    In the fall of 1968, Goodman sold the entire publishing business to Perfect Film and Chemical Corporation, later known as Cadence Industries Corporation ("Cadence") and the publishing division, including the Marvel Comics line, continued to do business as Magazine Management. Goodman remained the publisher of the Magazine Management division and I remained the editorial director for the entire Marvel Comics line through March 1972. I also continued to write scripts, and continued to be paid for those scripts based on a page rate in addition to my salary as editorial director. During this time period, my responsibilities remained the same, and I had the same agreement with Cadence/Marvel Comics that all of my creative contributions were within the scope of my employment and commissioned by Cadence/Marvel Comics, and that I had no right to ownership of any of the materials that I created for publication by Cadence/Marvel Comics, including any new characters that were introduced into the Marvel Comics storylines.

10.    To the best of my recollection, in March 1972, I became the Publisher for the entire Marvel Comics line, a position I held until 1978. Roy Thomas ("Thomas") took over my position as editorial director, a position he held through sometime in 1974. When Thomas was no longer editorial director, Len Wein took over that position for approximately 6 months, followed by Marvin Wolfman, who held the position for approximately one year, followed by Gene Conway, who held the position for one month, followed by Archie Goodwin, who held the position for one and a half years, followed by Jim Shooter, who held the position beginning in 1978. Although the various editorial directors took over my former responsibilities of running the day to day operations of the comics line, I had the ultimate responsibility for the entire line and acted as a creative consultant to the various writers and artists throughout this period. I was paid a weekly salary for all of my work. All of my creative contributions during this period were

CONFIDENTIAL

at Cadence/Marvel Comic's instance and expense, and I understood that I had no right to ownership of any of the materials that I created for publication by Cadence/Marvel Comics, including any new characters that were introduced into the Marvel Comics storylines.

11.    From 1941 through 1978, I (together with numerous artists) created or co-created hundreds of characters and introduced them into the storylines to be published by Timely and/or Cadence/Marvel Comics. A list of some of the characters I either created or co-created for Timely and/or Cadence/Marvel Comics appears on Schedule A. This list is by no means complete. My contributions to all of the characters I created for Timely or for Cadence/Marvel Comics during this time period were within the scope of my employment with Timely or Cadence/Marvel Comics, as the case may be, and were instanced by Timely or Cadence/Marvel Comics, as the case may be, and both I and the artist assigned to work with me on all of these works (including those characters) were paid by Timely or by Cadence/Marvel Comics, as the case may be.

12.    On or about October 15, 1998, I entered into an Employment Agreement/Rights Agreement (the "SLM Agreement") with Stan Lee Entertainment, Inc. ("SLM"). Pursuant to the SLM Agreement, I assigned to SLM certain rights that I would otherwise have retained in new works that I intended to create for SLM and certain rights to my own name and likeness. It is clear from the express language of the SLM Agreement that I never assigned or purported to assign to SLM any rights to any of the works I had created for publication by Timely or Cadence/Marvel Comics, including the rights to any of the characters that I created for publication by Timely or Cadence/Marvel Comics. Nor could I--it was always my understanding that Timely or Cadence/Marvel Comics, as the case may be, was the author of

CONFIDENTIAL

those works as "works made for hire" under applicable copyright laws and that I had no rights in any of those works.

13.     My understanding that Timely or Cadence/Marvel Comics, as the case may be, was the author of those works and that I had no rights in any of those works was confirmed each and every time I accepted payment by Timely or its successors for my creative contributions.  For years I received checks from Timely and its successors that bore a legend acknowledging that the payment was for "works for hire."  I can recall no checks that I received as payment for my contributions that did not bear this legend which acknowledged the payment was made to me for work that had been created for hire for Timely or Cadence/Marvel and that they owned the rights to all such contributions.

State of California   County of Los Angeles
Sworn to before me this
_11_ day of ~~May~~, 2007
          June

_Eric Brown_
Notary Public

ERIC BROWN
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1695168
LOS ANGELES COUNTY
My Comm. Exp. September 21, 2010

STAN LEE _____

CONFIDENTIAL

**Schedule A**

1.     Abomination

2.     Adaptoid

3.     Air-Walker

4.     Ancient One

5.     Angel, a/k/a Archangel, Warren Kenneth Worthington III

6.     Annihilus

7.     Ant-Man, a/k/a Yellowjacket, Giant-Man, Goliath

8.     Ares

9.     Atlas (appearing as Power Man, Smuggler and Goliath)

10.    Attuma

11.    Avengers

12.    Awesome Android

13.    Backlash, a/k/a Whiplash

14.    Balder the Brave

15.    Baron Mordo

16.    Baron Wolfgang von Strucker

17.    Baron Zemo

18.    Batroc the Leaper

19.    Beast

20.    Betty Brant

21.    Betty Ross Banner

22.    Black Bolt

23.    Black Panther

24.    Black Widow



25.    Blastarr

26.    Blob

27.    Blonde Phantom

28.    Boomerang

29.    Captain Marvel, a/k/a Captain Mar-vell

30.    Cobra

31.    Colonel Nicholas Joseph "Nick" Fury

32.    Count Nefaria

33.    Crimson Dynamo

34.    Crystal

35.    Cyclops

36.    Daredevil

37.    Destroyer

38.    Doctor Doom

39.    Doctor Octopus

40.    Doctor Strange

41.    Dormammu

42.    Dragon Man

43.    Edwin Jarvis

44.    Egghead

45.    Electro

46.    Enchantress

47.    Eternity

48.    Exterminator, a/k/a Death-Stalker

49.    Falcon

CONFIDENTIAL

50.   Fandral, a/k/a Fandral the Dashing

51.   Fantastic Four

52.   Fin–Fang-Foom

53.   Richard Fisk

54.   Fixer

55.   Flash Thompson

56.   Foggy Nelson

57.   Galactus

58.   Gargantus

59.   Gladiator

60.   Gorgon

61.   Green Goblin

62.   Grey Gargoyle

63.   Gwen Stacy

64.   Happy Hogan

65.   Agatha Harkness

66.   Hate Monger

67.   Hawkeye

68.   High Evolutionary

69.   Hogun, a/k/a Hogun the Grim

70.   Human Torch, a/k/a Johnny Storm

71.   Iceman

72.   Impossible Man

73.   Incredible Hulk

74.   Iron Man



75.   John Jonah Jameson, a/k/a J. Jonah Jameson, J.J., and J.J.J.

76.   Juggernaut

77.   Kang the Conqueror

78.   Karen Page

79.   Karnak

80.   Karnilla

81.   Kingpin

82.   Klaw

83.   Krang

84.   Kraven the Hunter

85.   Leader

86.   Living Laser

87.   Lockjaw

88.   Loki

89.   Mad Thinker

90.   Magneto

91.   Mangog

92.   Man-Wolf

93.   Marvel Girl, a/k/a Jean Grey, Phoenix

94.   Mary Jane, a/k/a Mary Jane Watson-Parker

95.   Maximus, a/k/a Maximus the Mad

96.   Medusa

97.   Mentallo

98.   Mephisto

99.   Mimic



100. Modok

101. Mole Man

102. Molten Man

103. Mr. Fantastic

104. Mr. Fear a/k/a Machine Smith

105. Mysterio

106. Nightmare

107. Odin

108. Owl

109. Power Man, a/k/a Atlas, Smuggler, Goliath, Erik Josten

110. Prowler

111. Psycho-Man

112. Purple Man

113. Quicksilver

114. Ravage 2099

115. Radioactive Man

116. Red Ghost

117. Rick Jones

118. Robbie Robertson

119. Ronan the Accuser

120. Scarecrow

121. Scarlet Witch

122. Scorpion

123. Sharon Carter

124. She Hulk

CONFIDENTIAL

125.   Silvermane

126.   Silver Surfer

127.   Skurge, The Executioner, a/k/a Executioner II

128.   Spider-Slayer

129.   Spider-Man

130.   Stiltman

131.   Super Skrull

132.   Swordsman

133.   The Absorbing Man

134.   The Avengers

135.   The Beetle a/k/a MACH-IV, MACH-1, 2, and 3

136.   The Chameleon

137.   The Fantastic Four

138.   The Incredible Hulk

139.   The Inhumans

140.   The Invisible Woman

141.   The Lizard

142.   The Mandarin

143.   The Rhino

144.   The Sandman

145.   The Shocker

146.   The Skrulls

147.   The Stranger

148.   The Thing

149.   The Vulture



150. The Wasp

151. Thor

152. Thunderbolt Ross

153. Tinkerer

154. Titanium Man

155. Toad

156. Triton

157. Uatu the Watcher

158. Ulik

159. Unicorn

160. Unus

161. Vanisher

162. Virginia Pepper Potts

163. Volstagg

164. Wasp

165. Whirlwind

166. Willie Lumpkin

167. Wizard

168. Wonderman

169. Wong

170. Wyatt Wingfoot

171. X-Men

172. Ymir

CONFIDENTIAL