# EXHIBIT 42



CONFIDENTIAL

MARVEL0017916

# GALLERY 2
# FANTASTIC PENCILING

What would a Lee & Kirby issue be without the *Fantastic Four* being heavily represented? You won't find out here, as we proudly present a batch of Jack's penciling wizardry from *FF* issues #89-91, complete with Kirby's margin notes.

Characters TM & ©2010 Marvel Characters, Inc.



*Fantastic Four* #89, page 10.

Characters TM & ©2010 Marvel Characters, Inc.