EXHIBIT 45

Page 1

# Application for Registration of a Claim to Renewal Copyright

FORM R
REGISTRATION NO.
R 683000
DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 8. For further information, see page 4. Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, together with the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of this renewal copyright. State the statutory category of each renewal claimant. It must be one of the categories described on page 4.

(a) Name **Perfect Film & Chemical Corporation, doing business as Marvel Comics Group**

Address **625 Madison Avenue, New York, New York 10022**

Claiming as **Proprietor of copyright in a composite work**
(Use the appropriate statement appearing on page 4)

(b) Name **Perfect Film & Chemical Corporation, doing business as Marvel Comics Group**

Address **625 Madison Avenue, New York, New York 10022**

Claiming as **Proprietor of copyright in a work made for hire**
(Use the appropriate statement appearing on page 4)

(c) Name

Address

Claiming as
(Use the appropriate statement appearing on page 4)

**2. (a) Title:** Give the full title of the work. In the case of music, give specific instrumentation.

**CAPTAIN AMERICA COMICS**

**(b) Renewable Matter:** If the work was a new version of a previous work, renewal may be claimed only in the new matter. If this work was a new version, state in general the new matter (e.g., arrangement, editing, illustrations, translations, etc.) upon which copyright was claimed.

**Entire work as originally copyrighted, including all portions thereof**

**(c) Contribution to Periodical or Other Composite Work:** If this work was a contribution, give the title of the periodical or composite work in which it was published.

If a periodical, give: Vol. **2** ; No. **1** ; Issue **Mar. 1941** Date **December 20, 1940**

**3. Author of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names of authors of previous versions. **Timely Publications, Marvel Comics Group**

**4. Facts of Original Registration:** The facts given here must agree with the Copyright Office Records of the original registration.

Original registration number: Class **B** ; No. **B 480415**

If registered as published, give date of publication **December 20, 1940**
(Month, day, and year)

If registered as unpublished, give date of registration

Original copyright claimant **Timely Publications (Marvel Comics Group)**
(Name of claimant in original registration) **Complete all applicable spaces on next page**

EXAMINER

Marvel 000155


EXHIBIT
Neal Kirby
11
EG  6/30/10

5. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

Kenyon & Kenyon

6. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name Charles R. Brainard  Address Kenyon & Kenyon, 59 Maiden Lane
New York, New York 10038

7. Send certificate to:

(Type or
print   Name    Charles R. Brainard, Kenyon & Kenyon
name and
address) Address   59 Maiden Lane
_____(Number and street)
New York, New York 10038
(City)          (State)          (ZIP code)

8. Certification: (NOTE: Application not acceptable unless signed.)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_____Jack Kirby_____
(Signature)
Jack Kirby

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A  Form A—Published book manufactured in the United States of America.

Class A  { Form A–B Foreign— Book or periodical manufactured outside the United States of America (except works subject to
or B    {   the ad interim provisions of the copyright law).
        { Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the
        {   United States of America.

Class B  { Form B—Periodical manufactured in the United States of America.
        { Form BB—Contribution to a periodical manufactured in the United States of America.

Class C  Form C—Lecture or similar production prepared for oral delivery.

Class D  Form D—Dramatic or dramatico-musical composition.

Class E  { Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which
        {   was first published in the United States of America.
        { Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of
        {   America and which was not first published in the United States of America.

Class F  Form F—Map.

Class G  Form G—Work of art or a model or design for a work of art.

Class H  Form H—Reproduction of a work of art.

Class I  Form I—Drawing or plastic work of a scientific or technical character.

Class J  Form J—Photograph.

Class K  { Form K—Print or pictorial illustration.
        { Form KK—Print or label used for an article of merchandise.

Class L  { Form L–M—Motion picture.
or M    { Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

Application received

DEC 19 1968

Fee received
f

FOR COPYRIGHT OFFICE USE ONLY

*Amended by Copyright ...

Marvel 000156

Marvel 000155

Page 1

**FORM R**

REGISTRATION NO.

**R 683006**

DO NOT WRITE HERE

## Application for Registration of a Claim to Renewal Copyright

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 5. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of the renewal copyright. State the statutory category of each renewal claimant. It must be one of the categories described on page 4.

(a) Name __Perfect Film & Chemical Corporation, doing business__
__as Marvel Comics Group__

Address __625 Madison Avenue, New York, New York   10038__

Claiming as __Proprietor of copyright in a composite work.__
(Use the appropriate statement appearing on page 4)

(b) Name __Perfect Film & Chemical Corporation, doing business__
__as Marvel Comics Group__

Address __625 Madison Avenue, New York, New York   10038__

Claiming as __Proprietor of copyright in a work made for hire.__
(Use the appropriate statement appearing on page 4)

(c) Name ......................................................

Address ......................................................

Claiming as ......................................................
(Use the appropriate statement appearing on page 4)

**2. (a) Title:** Give the full title of the work. In the case of music, give specific instrumentation.

__CAPTAIN AMERICA [COMICS]__

**(b) Renewable Matter:** If the work was a new version of a previous work, renewal may be claimed only in the new matter. If this two was a new version, state in general the new matter (e.g., arrangement, editing, illustrations, translations, etc.) upon which copyright was claimed.

[__Entire work as originally copyrighted, including all portions thereof__

**(c) Contribution to Periodical or Other Composite Work:** If the work was a contribution, give the title of the periodical or composite work in which it was published. .....................

If a periodical, give: Vol. __2__ ; No. __2__ ; Issue __Apr.1941__ ; Date [__February 10, 194:__

**3. Authors of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names authors of previous versions. [__Timely Comics, Inc., Marvel Comics Group__]

**4. Facts of Original Registration:** The facts given here must agree with the Copyright Office Records of the original registration.

Original registration number: Class __B__ ; No. __B 486464__ /

If registered as published, give date of publication __February 10, 1941__
(Month, day, and year)

If registered as unpublished, give date of registration ...................... (Month, day, and year)

Original copyright claimant __Timely Comics, Inc. (Marvel Comics Group)__
(Name of claimant in original registration)
Complete all applicable spaces on next page

EXAMINED
/Km

Page 2

Marvel 000157

5. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

Kenyon & Kenyon

6. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ___ Charles R. Brainard ___ Address Kenyon & Kenyon, 59 Maiden Lane
New York, New York   10038

7. Send certificate to:

(Type or
print    Name    Charles R. Brainard, Kenyon & Kenyon
name and
address) Address  59 Maiden Lane
_____
                    (Number and street)

         New York, New York  10038
         (City)              (State)        (ZIP code)

8. **Certification:** (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_____
                                    (Signature)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A    Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to
or B         the ad interim provisions of the copyright law).

           Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the
             United States of America.

Class B    Form B—Periodical manufactured in the United States of America.

           Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E    Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which
             was first published in the United States of America.

           Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of
             America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or mechanical character.

Class J    Form J—Photograph.

Class K    Form K—Print or pictorial illustration.

           Form KK—Print or label used for an article of merchandise.

Class L-   Form L-M—Motion picture.
or M

           Form R—Renewal copyright.

           Form U—Notice of use of copyrighted music on mechanical instruments.

| Application received | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| DEC 16 1968 | |
| Fee received | |

*Attended by Copyright Office (Cont.)

Marvel 000158

Marvel 000155

Page 1

Maiden Lane
10038

# Application for Registration of a Claim to Renewal Copyright

FORM R

REGISTRATION NO.

R 683013

DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 8. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, together with the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of the renewal copyright. State the statutory category of each renewal claimant. It must be one of the categories described on page 4.

(a) Name  Magazine Management Co., Inc., doing business as
            Marvel Comics Group
    Address  625 Madison Avenue, New York, New York 10022

Claiming as  Proprietor of copyright in a composite work
                        (Use the appropriate statement appearing on page 4)

(b) Name  Magazine Management Co., Inc., doing business as
            Marvel Comics Group
    Address  625 Madison Avenue, New York, New York 10022

Claiming as  Proprietor of copyright in a work made for hire
                        (Use the appropriate statement appearing on page 4)

(c) Name  ............................................................

    Address  ..........................................................

Claiming as  .........................................................
                        (Use the appropriate statement appearing on page 4)

**2. (a) Title:** Give the full title of the work. In the case of music, give specific instrumentation.

CAPTAIN AMERICA COMICS

**(b) Renewable Matter:** If the work was a new version of a previous work, renewal may be claimed only in the new matter. If this work was a new version, state in general the new matter (e.g., arrangement, editing, illustrations, translations, etc.) upon which copyright was claimed.

Entire work as originally copyrighted, including all portions thereof.

**(c) Contribution to Periodical or Other Composite Work:** If the work was a contribution, give the title of the periodical or composite work in which it was published.

If a periodical, give: Vol. 2 ; No. 3 ; Issue May 1941 Date XXXXXXXXXXXXX *

**3. Authors of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names of authors of previous versions.

Timely Comics, Inc., Marvel Comics Group

**4. Facts of Original Registration:** The facts given here must agree with the Copyright Office Records of the original registration.

Original registration number: Class  B ; No. 491986

If registered as published, give date of publication  March 17, 1941
                                                                    (Month, day, and year)

If registered as unpublished, give date of registration  ..............
                                                                    (Month, day, and year)

Original copyright claimant  Timely Comics, Inc., Marvel Comics Group *
                            (Name of claimant in original registration)    Complete all applicable spaces on next page

Page 2

EXAMINER

Marvel 000159

Marvel 000155

5. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

........................Kenyon & Kenyon............................................

6. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name  Charles R. Brainard          Address Kenyon & Kenyon, 59 Maiden Lane
                                            New York, New York  10038

7. Send certificate to:

(Type or
print      Name  Charles R. Brainard, Kenyon & Kenyon
name and
address) Address  59 Maiden Lane
                                    (Number and street)
         New York, New York  10038
                   (City)         (State)          (ZIP code)

8. **Certification:** (NOTE: Application not acceptable unless signed)

    I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

                              *Jack Kirby* (Signature)

                              Jack Kirby

### Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A   Form A—Published book manufactured in the United States of America.

Class A   Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to
or B      the ad interim provisions of the copyright law).
          Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the
          United States of America.

Class B   Form B—Periodical manufactured in the United States of America.
          Form BB—Contribution to a periodical manufactured in the United States of America.

Class C   Form C—Lecture or similar production prepared for oral delivery.

Class D   Form D—Dramatic or dramatico-musical composition.

Class E   Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which
          was first published in the United States of America.
          Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of
          America and which was not first published in the United States of America.

Class F   Form F—Map.

Class G   Form G—Work of art or a model or design for a work of art.

Class H   Form H—Reproduction of a work of art.

Class I   Form I—Drawing or plastic work of a scientific or technical character.

Class J   Form J—Photograph.

Class K   Form K—Print or pictorial illustration.
          Form KK—Print or label used for an article of merchandise.

Class L   Form L–M—Motion picture.
or M
          Form R—Renewal copyright.
          Form U—Notice of use of copyrighted music on mechanical instruments.

| Application received | FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|---|
| FEB 26 1969 | | |
| Fee received | | Marvel 000160 |

*Amended by Copyright Office (*Bill*)

Page 3

Maiden Lane
.0038

# Application for Registration of a Claim to Renewal Copyright

**FORM R**

REGISTRATION NO.

**R  683023**
DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 8. For further information, see page 4. Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, together with the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of the renewal copyright. State the statutory category of each renewal claimant. It must be one of the categories described on page 4.

(a) Name ...Magazine Management Co., Inc., doing business as
Marvel Comics Group
Address ..625 Madison Avenue, New York, New York 10022

Claiming as ...Proprietor of copyright in a work made for hire
(Use the appropriate statement appearing on page 4)

(b) Name ...Magazine Management Co., Inc., doing business as
Marvel Comics Group
Address ..625 Madison Avenue, New York, New York 10022

Claiming as ...Proprietor of copyright in a composite work
(Use the appropriate statement appearing on page 4)

(c) Name ......

Address ......

Claiming as ......
(Use the appropriate statement appearing on page 4)

**2. (a) Title:** Give the full title of the work. In the case of music, give specific instrumentation.

CAPTAIN AMERICA COMICS

**(b) Renewable Matter:** If the work is a new version of a previous work, renewal may be claimed only in the new matter. If this work was a new version, state in general the new matter (e.g., arrangement, editing, illustrations, translations, etc.) upon which copyright was claimed.

Entire work as originally copyrighted, including all portions thereof.

**(c) Contribution to Periodical or Other Composite Work:** If the work was a contribution, give the title of the periodical or composite work in which it was published.

If a periodical, give: Vol. ...2... ; No. ...4... ; Issue June 1941 Date April 15, 1941

**3. Authors of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names of authors of previous versions.

Timely Comics, Inc., Marvel Comics Group

**4. Facts of Original Registration:** The facts given here must agree with the Copyright Office Records of the original registration.

Original registration number: Class ...B... ; No. ...495191

If registered as published, give date of publication ...April 15, 1941
(Month, day, and year)

If registered as unpublished, give date of registration ......
(Month, day, and year)

Original copyright claimant ..Timely Comics, Inc. (Marvel Comics Group)
(Name of claimant in original registration)

EXAMINER

Complete all applicable spaces on next page

Page 2

Marvel 000161

5. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

Kenyon & Kenyon

6. Name and address of person or organisation to whom correspondence or refund, if any, should be sent:

Name ...... Charles R. Brainard ...... Address .. Kenyon & Kenyon, 59 Maiden Lane
New York, New York 10038

7. Send certificate to:

(Type or print name and address)

Name        Charles R. Brainard, Kenyon & Kenyon

            59 Maiden Lane
                                (Number and street)

            New York, New York 10038
                (City)           (State)              (ZIP code)

8. **Certification:** (NOTE: Application not acceptable unless signed.)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

                                    (Signature)

                        Jack Kirby

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A    Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to
or B         the ad interim provisions of the copyright law).
           Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the
             United States of America.

Class B    Form B—Periodical manufactured in the United States of America.
           Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E    Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which
             was first published in the United States of America.
           Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of
             America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K    Form K—Print or pictorial illustration.
           Form KK—Print or label used for an article of merchandise.

Class L    Form L–M—Motion picture.
or M
           Form R—Renewal copyright.

           Form U—Notice of use of copyrighted music on mechanical instruments.

| Application received | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| APR - 4 1969 | |
| Fee received | |
| | *Attached by Copyright Office (Cert.) |

**Marvel 000162**

Page 1

# Application for Registration of a Claim to Renewal Copyright

**FORM R**

REGISTRATION NO.

**P 683033**

DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 8. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of the renewal copyright. State the statutory category of such renewal claiming. It must be one of the categories described on page 4.

(a) Name .... Magazine Management Co., Inc., doing business as
    Marvel Comics Group
    Address 625 Madison Avenue, New York, New York 10022

Claiming as .... Proprietor of copyright in a work made for hire
    (Use the appropriate statement appearing on page 4)

(b) Name .... Magazine Management Co., Inc., doing business as
    Marvel Comics Group
    Address 625 Madison Avenue, New York, New York 10022

Claiming as .... Proprietor of copyright in a composite work
    (Use the appropriate statement appearing on page 4)

(c) Name ................................................................

    Address .............................................................

Claiming as .........................................................
    (Use the appropriate statement appearing on page 4)

**2. (a) Title:** Give the full title of the work. In the case of music, give specific instrumentation.

    CAPTAIN AMERICA COMICS

**(b) Renewable Matter:** If the work was a new version of a previous work, renewal may be claimed only in the new matter. If this work was a new version, state in general the new matter (e.g., arrangement, editing, illustrations, translations, etc.) upon which copyright was claimed.

Entire work as originally copyrighted, including all portions thereof.

**(c) Contribution to Periodical or Other Composite Work:** If the work was a contribution, give the title of the periodical or composite work in which it was published. ................................................................

If a periodical, give: Vol. 2 ; No. 5 ; Issue Aug. 1941 Date May 27, 1941 *

**3. Authors of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names of authors of previous versions. Timely Comics, Inc., Marvel Comics Group

**4. Facts of Original Registration:** The facts given here must agree with the Copyright Office Records of the original registration.

Original registration number: Class B ; No. B 499282

If registered as published, give date of publication May 27, 1941
    (Month, day, and year)

If registered as unpublished, give date of registration ........................
    (Month, day, and year)

Original copyright claimant Timely Comics, Inc. (Marvel Comics Group) *
    (Name of claimant in original registration)
    Complete all applicable spaces on next page

EXAMINER

5. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

Kenyon & Kenyon

6. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name __Charles R. Brainard__    Address __Kenyon & Kenyon, 59 Maiden Lane__
New York, New York 10038

7. Send certificate to:

(Type or print name and address)

Name    Charles R. Brainard, Kenyon & Kenyon

Address    59 Maiden Lane
(Number and street)

New York, New York    10038
(City)          (State)          (ZIP code)

8. Certification: (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_(Signature)_

Jack Kirby

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A { Form A—Published book manufactured in the United States of America.

Class A or B { Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B { Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C { Form C—Lecture or similar production prepared for oral delivery.

Class D { Form D—Dramatic or dramatico-musical composition.

Class E { Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F { Form F—Map.

Class G { Form G—Work of art or a model or design for a work of art.

Class H { Form H—Reproduction of a work of art.

Class I { Form I—Drawing or plastic work of a scientific or technical character.

Class J { Form J—Photograph.

Class K { Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M { Form L–M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received |
| APR 24 1969 |
| Fee received |

*Amended by Copyright Office (Cert.)

Marvel 000164

Page 1

# Application for Registration of a Claim to Renewal Copyright

**FORM R**

REGISTRATION NO.

**R   683037**

DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 8. For further information, see page 4. Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of the renewal copyright. State the statutory category of each renewal claimant. It must be one of the categories described on page 4.

(a) Name .... **Magazine Management Co., Inc., doing business as Marvel Comics Group**

Address .... **625 Madison Avenue, New York, New York   10022**

Claiming as .... **Proprietor of copyright in a work made for hire**
(Use the appropriate statement appearing on page 4)

(b) Name .... **Magazine Management Co., Inc., doing business as Marvel Comics Group**

Address .... **625 Madison Avenue, New York, New York   10022**

Claiming as .... **Proprietor of copyright in a composite work**
(Use the appropriate statement appearing on page 4)

(c) Name ....

Address ....

Claiming as ....
(Use the appropriate statement appearing on page 4)

**2. (a) Title:** Give the full title of the work. In the case of music, give specific instrumentation.

**CAPTAIN AMERICA COMICS**

**(b) Renewable Matter:** If the work was a new version of a previous work, renewal may be claimed only in the new matter. If this work was a new version, state in general the new matter (e.g. arrangement, editing, illustrations, translations, etc.) upon which copyright was claimed.

**Entire work as originally copyrighted, including all portions thereof.**

**(c) Contribution to Periodical or Other Composite Work:** If the work was a contribution, give the title of the periodical or composite work in which it was published.

If a periodical, give: Vol. **2** ; No. **6** ; Issue **Sept. 1941** Date **June 25, 1941**

**3. Authors of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names of authors of previous versions.

**Timely Comics, Inc., Marvel Comics Group**

**4. Facts of Original Registration:** The facts given here must agree with the Copyright Office Records of the original registration.

Original registration number: Class **B** ; No. **B 502818**

If registered as published, give date of publication **June 25, 1941**
(Month, day, and year)

If registered as unpublished, give date of registration ....
(Month, day, and year)

Original copyright claimant **Timely Comics, Inc. (Marvel Comics Group**
(Name of claimant as original registration)    Complete all applicable spaces on next page

Page 2

Marvel 000165

5. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

Kenyon & Kenyon

6. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name  Charles R. Brainard    Address Kenyon & Kenyon, 59 Maiden Lane

7. Send certificate to:

(Type or print name and address)

Name  Charles R. Brainard, Kenyon & Kenyon

Address  59 Maiden Lane
(Number and street)

New York, New York  10038
(City)                    (State)                    (ZIP code)

8. **Certification:** (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

(Signature)

Jack Kirby

### Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A  Form A—Published book manufactured in the United States of America.

Class A or B  Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).

Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B  Form B—Periodical manufactured in the United States of America.

Form BB—Contribution to a periodical manufactured in the United States of America.

Class C  Form C—Lecture or similar production prepared for oral delivery.

Class D  Form D—Dramatic or dramatico-musical composition.

Class E  Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.

Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F  Form F—Map.

Class G  Form G—Work of art or a model or design for a work of art.

Class H  Form H—Reproduction of a work of art.

Class I  Form I—Drawing or plastic work of a scientific or technical character.

Class J  Form J—Photograph.

Class K  Form K—Print or pictorial illustration.

Form KK—Print or label used for an article of merchandise.

Class L or M  Form L-M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instrument.

FOR COPYRIGHT OFFICE USE ONLY

Application received

MAY 12 1969

Fee received

*Amended by Copyright Office (date)

Marvel 000166

Marvel 000155

Page 1

# Application for Registration of a Claim to Renewal Copyright

FORM R

REGISTRATION NO.

R　683048

DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 8. For further information, see page 4. Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with the registration fee of $4. Make your remittance payable to the Register of Copyrights.

1. **Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of the renewal copyright. State the statutory category of each renewal claimant. It must be one of the categories described on page 4.

(a) Name ___Magazine Management Co., Inc., doing business as___
___Marvel Comics Group___
　　Address ___625 Madison Avenue, New York, New York 10022___

　　Claiming as ___Proprietor of copyright in a work made for hire___
　　　　　　(Use the appropriate statement appearing on page 4)

(b) Name ___Magazine Management Co., Inc., doing business as___
___Marvel Comics Group___
　　Address ___625 Madison Avenue, New York, New York 10022___

　　Claiming as ___Proprietor of copyright in a composite work___
　　　　　　(Use the appropriate statement appearing on page 4)

(c) Name _____

　　Address _____

　　Claiming as _____
　　　　　　(Use the appropriate statement appearing on page 4)

2. (a) **Title:** Give the full title of the work. In the case of music, give specific instrumentations.

　　　　　　CAPTAIN AMERICA COMICS

(b) **Renewable Matter:** If the work was a new version of a previous work, renewal may be claimed only in the new matter. If this work was a new version, state in general the new matter (e.g., arrangement, editing, illustrations, translations, etc.) upon which copyright was claimed.

Entire work as originally copyrighted, including all portions thereof.

(c) **Contribution to Periodical or Other Composite Work:** If the work was a contribution, give the title of the periodical or composite work in which it was published.

If a periodical, give: Vol. ___2___ ; No. ___7___ ; Issue Oct. 1941 Date ___August 4, 1941___

3. **Authors of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names of authors of previous versions.

[Timely Comics, Inc., Marvel Comics Group]

4. **Facts of Original Registration:** The facts given here must agree with the Copyright Office Records of the original registration.

Original registration number: Class ___B___ ; No. ___B 506993___

If registered as published, give date of publication ___August 4, 1941___
　　　　　　　　　　　　　　　　　　　(Month, day, and year)

If registered as unpublished, give date of registration _____
　　　　　　　　　　　　　　　　　　　(Month, day, and year)

Original copyright claimant ___Timely Comics, Inc. (Marvel Comics Group)___
　　(Name of claimant in original registration)　Complete all applicable spaces on next page

EXAMINER

Page 2

Marvel 000167

Marvel 000155

5. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

Kenyon & Kenyon

6. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ....... Charles R. Brainard ....... Address ...... Kenyon & Kenyon, 59 Maiden Lane
New York, New York 10038

7. Send certificate to:

(Type or
print    Name    Charles R. Brainard, Kenyon & Kenyon
name and
address) Address    59 Maiden Lane
                    (Number and street)
         New York, New York 10038
         (City)          (State)          (ZIP code)

8. Certification: (NOTE: Application not acceptable unless signed.)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*(Signature)*

Jack Kirby

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A  Form A—Published book manufactured in the United States of America.

Class A   Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to
or B         the ad interim provisions of the copyright law).
         Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the
             United States of America.

Class B  Form B—Periodical manufactured in the United States of America.
         Form BB—Contribution to a periodical manufactured in the United States of America.

Class C  Form C—Lecture or similar production prepared for oral delivery.

Class D  Form D—Dramatic or dramatico-musical composition.

Class E   Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which
             was first published in the United States of America.
         Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of
             America and which was not first published in the United States of America.

Class F  Form F—Map.

Class G  Form G—Work of art or a model or design for a work of art.

Class H  Form H—Reproduction of a work of art.

Class I  Form I—Drawing or plastic work of a scientific or technical character.

Class J  Form J—Photograph.

Class K  Form K—Print or pictorial illustration.
         Form KK—Print or label used for an article of merchandise.

Class L  Form L–M—Motion picture.
or M
         Form R—Renewal copyright.
         Form U—Notice of use of copyrighted music on mechanical instruments.

| Application received | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| JUL 14 1969 | |
| Fee received | "Amended by Copyright Office (Cert) |

Marvel 000168

Page 1

## Application for Registration of a Claim to Renewal Copyright

FORM R

REGISTRATION NO.
R 683057
DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 8. For further information, see page 4. Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of the renewal copyright. State the statutory category of each renewal claimant. It must be one of the categories described on page 4.

(a) Name      Magazine Management Co., Inc., doing business as
              Marvel Comics Group
   Address    625 Madison Avenue, New York, New York  10022

   Claiming as   Proprietor of copyright in a work made for hire ✓
                 (Use the appropriate statement appearing on page 4)

(b) Name      Magazine Management Co., Inc., doing business as
              Marvel Comics Group
   Address    625 Madison Avenue, New York, New York  10022

   Claiming as   Proprietor of copyright in a composite work ✓
                 (Use the appropriate statement appearing on page 4)

(c) Name      ...............................................................

   Address    ...............................................................

   Claiming as   ...............................................................
                 (Use the appropriate statement appearing on page 4)

**2. (a) Title:** Give the full title of the work. In the case of music, give specific instrumentation.

              CAPTAIN AMERICA COMICS ✓

**(b) Renewable Matter:** If the work was a new version of a previous work, renewal may be claimed only in the new matter. If this work was a new version, state in general the new matter (e.g., arrangement, editing, illustrations, translations, etc.) upon which copyright was claimed.

Entire work as originally copyrighted, including all portions thereof

**(c) Contribution to Periodical or Other Composite Work:** If the work was a contribution, give the title of the periodical or composite work in which it was published.

If a periodical, give: Vol. __2__✓ ; No. __8__ ; Issue Nov. 1941 Date September 4, 1941 ✱

**3. Authors of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names of authors of previous versions.

              Timely Comics, Inc., Marvel Comics Group

**4. Facts of Original Registration:** The facts given here must agree with the Copyright Office Records of the original registration.

Original registration number: Class __B__ ; No. B 512097 ✓

If registered as published, give date of publication   September 4, 1941 ✓
                                                        (Month, day, and year)

If registered as unpublished, give date of registration ...............................
                                                         (Month, day, and year)

Original copyright claimant Timely Comics, Inc. (Marvel Comics Group) ✱ EXAMINER
   (Name of claimant in original registration)   (Complete all applicable spaces on next page)

Page 2

Marvel 000169

Marvel 000155

5. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

Kenyon & Kenyon

6. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name _____ Charles R. Brainard _____ Address Kenyon & Kenyon, 59 Maiden Lane, New York, New York  10038

7. Send certificate to:

(Type or print name and address)

Name    Charles R. Brainard, Kenyon & Kenyon

Address  59 Maiden Lane
         (Number and street)

New York, New York, 10038
(City)            (State)            (ZIP code)

8. **Certification:** (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_(Signature)_

Jack Kirby

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A    Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to
or B           the ad interim provisions of the copyright law).
           Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the
               United States of America.

Class B    Form B—Periodical manufactured in the United States of America.
           Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E    Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which
               was first published in the United States of America.
           Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of
               America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K    Form K—Print or pictorial illustration.
           Form KK—Print or label used for an article of merchandise.

Class L    Form L-M—Motion picture.
or M
           Form R—Renewal copyright.
           Form U—Notice of use of copyrighted music on mechanical instruments.

| Application received | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| JUL 14 1969 | |
| Fee received | |
| | *Amended by Copyright Office (Cert) |

Marvel 000170

**Application for Registration of a Claim to Renewal Copyright**

FORM R

REGISTRATION NO.

R  683061

DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 8. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, together with the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of the renewal copyright. State the statutory category of each renewal claimant. It must be one of the categories described on page 4.

(a) Name  Magazine Management Co., Inc., doing business as Marvel Comics Group

Address  625 Madison Avenue, New York, New York 10022

Claiming as  Proprietor of copyright in a work made for hire ✓
(Use the appropriate statement appearing on page 4)

(b) Name  Magazine Management Co., Inc., doing business as Marvel Comics Group

Address  625 Madison Avenue, New York, New York 10022

Claiming as  Proprietor of copyright in a composite work ✓
(Use the appropriate statement appearing on page 4)

(c) Name

Address

Claiming as
(Use the appropriate statement appearing on page 4)

**2. (a) Title:** Give the full title of the work. In the case of music, give specific instrumentation.

CAPTAIN AMERICA COMICS ✓

**(b) Renewable Matter:** If the work was a new version of a previous work, renewal may be claimed only in the new matter. If this work was a new version, state in general the new matter (e.g., arrangement, editing, illustrations, translations, etc.) upon which copyright was claimed.

Entire work as originally copyrighted, including all portions thereof

**(c) Contribution to Periodical or Other Composite Work:** If the work was a contribution, give the title of the periodical or composite work in which it was published.

If a periodical, give: Vol.  2 ; No.  9 ; Issue Dec. 1941 Date September 30, 1941

**3. Authors of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names of authors of previous versions.

Timely Comics, Inc. Marvel Comics Group

**4. Facts of Original Registration:** The facts given here must agree with the Copyright Office Records of the original registration.

Original registration number: Class  B  No.  B 514323 ✓

If registered as published, give date of publication  September 30, 1941 ✓
(Month, day, and year)

If registered as unpublished, give date of registration
(Month, day, and year)

Original copyright claimant  Timely Comics, Inc. (Marvel Comics Group)
(Name of claimant in original registration)   Complete all applicable spaces on next page

EXAMINER

Marvel 000171

Marvel 000155

**5.** If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

Kenyon & Kenyon

**6.** Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name  Charles R. Brainard    Address  Kenyon & Kenyon, 59 Maiden L.
New York, New York   10038

**7.** Send certificate to:

(Type or print name and address)

Name  Charles R Brainard, Kenyon & Kenyon

Address  59 Maiden Lane
(Number and street)

New York, New York   10038
(City)          (State)          (ZIP code)

**8. Certification:** (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

(Signature)

Jack Kirby

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A  Form A—Published book manufactured in the United States of America.

Class A or B  Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B  Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C  Form C—Lecture or similar production prepared for oral delivery.

Class D  Form D—Dramatic or dramatico-musical composition.

Class E  Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F  Form F—Map.

Class G  Form G—Work of art or a model or design for a work of art.

Class H  Form H—Reproduction of a work of art.

Class I  Form I—Drawing or plastic work of a scientific or technical character.

Class J  Form J—Photograph.

Class K  Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M  Form L-M—Motion picture.
Form R—Renewal copyright.
Form U—Notice of use of copyrighted music on mechanical instruments.

| Application received | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| JUL 14 1969 | |
| Fee received | *Amended by Copyright Office. (Staff) |

Marvel 000172

Marvel 000155

Page 1

## Application for Registration of a Claim to Renewal Copyright

**FORM R**

REGISTRATION NO.

R 683075

DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 8. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, together with the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of the renewal copyright. State the statutory category of each renewal claimant. It must be one of the categories described on page 4.

(a) Name  Magazine Management Co., Inc., doing business as
          Marvel Comics Group

Address  625 Madison Avenue, New York, New York 10022

Claiming as  Proprietor of copyright in a work made for hire
(Use the appropriate statement appearing on page 4)

(b) Name  Magazine Management Co., Inc., doing business as
          Marvel Comics Group

Address  625 Madison Avenue, New York, New York 10022

Claiming as  Proprietor of copyright in a composite work
(Use the appropriate statement appearing on page 4)

(c) Name

Address

Claiming as
(Use the appropriate statement appearing on page 4)

**2. (a) Title:** Give the full title of the work. In the case of music, give specific instrumentation.

CAPTAIN AMERICA COMICS

**(b) Renewable Matter:** If the work was a new version of a previous work, renewal may be claimed only in the new matter. If this work was a new version, state in general the new matter (e.g. arrangement, editing, illustrations, translations, etc.) upon which copyright was claimed.

Entire work as originally copyrighted, including all portions thereof

**(c) Contribution to Periodical or Other Composite Work:** If the work was a contribution, give the title of the periodical or composite work in which it was published.

If a periodical, give: Vol. 2 ; No. 10 ; Issue Jan. 1942 Date November 7, 1941

**3. Authors of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names of authors of previous versions.  Timely Comics, Inc., Marvel Comics Group

**4. Facts of Original Registration:** The facts given here must agree with the Copyright Office Records of the original registration.

Original registration number: Class  B ; No. B 520475

If registered as published, give date of publication  November 7, 1941
(Month, day, and year)

If registered as unpublished, give date of registration

Original copyright claimant  Timely Comics, Inc. (Marvel Comics Group)
(Name of claimant in original registration)

Complete all applicable spaces on next page

EXAMINER

Marvel 000173

Marvel 000155

5. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

_____

6. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ....Charles R. Brainard........  Address ..Kenyon & Kenyon, 59 Maiden
                                      New York, New York  10038

7. Send certificate to:

(Type or
print   Name   Charles R. Brainard, Kenyon & Kenyon
name and
address) Address 59 Maiden Lane
                              (Number and street)

         New York, New York  10038
         (City)            (State)                    (ZIP code)

8. Certification: (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

                        ........................................
                                   (Signature)
                         Jack Kirby

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A  Form A—Published book manufactured in the United States of America.
Class A   Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to
or B      the ad interim provisions of the copyright law).
          Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the
          United States of America.
Class B  Form B—Periodical manufactured in the United States of America.
          Form BB—Contribution to a periodical manufactured in the United States of America.
Class C  Form C—Lecture or similar production prepared for oral delivery.
Class D  Form D—Dramatic or dramatico-musical composition.
Class E  Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which
          was first published in the United States of America.
          Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of
          America and which was not first published in the United States of America.
Class F  Form F—Map.
Class G  Form G—Work of art or a model or design for a work of art.
Class H  Form H—Reproduction of a work of art.
Class I  Form I—Drawing or plastic work of a scientific or technical character.
Class J  Form J—Photograph.
Class K  Form K—Print or pictorial illustration.
          Form KK—Print or label used for an article of merchandise.
Class L   Form L-M—Motion picture.
or M
          Form R—Renewal copyright.
          Form U—Notice of use of copyrighted music on mechanical instruments.

| Application received  SEP 11 1969 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| | *Amended by Copyright Office (Cert.) |
| Fee received | |

                                        Marvel 000174