EXHIBIT 46

03-10-92 03:28PM    FROM KENYON & KENYON        TO 15154450000#3990185768  P009

WRITERS AND ARTISTS AGREEMENT

AGREEMENT dated March 24, 1975 between MARVEL COMICS GROUP (hereinafter called "Marvel"), and Jack Kirby (hereinafter called the "Writer"/"Artist").

WHEREAS the Writer/Artist is prominent in the field and both writes the text of comic book stories and draws complete through the pencil stage the art work for comic books Marvel is desirous of retaining Writer/Artist as a writer and artist for its magazines and writer/artist is willing to render such services on the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the premises and of the mutual promises and undertakings herein contained, and for other good and valuable considerations, the parties agree as follows:

1. ENGAGEMENT. Marvel hereby employs WRITER/ARTIST and WRITER/ARTIST hereby agrees to render services to Marvel, as a writer/artist for magazines heretofore and hereinafter published by Marvel.

2. TERM.

(a) Initial Term. The term of the Agreement shall be for three years commencing May 1, 1975 and ending April 30, 1978 (sometimes referred to as the engagement year).

(b) Renewal Terms. In the absence of notice to the contrary given by either party to the other not less than sixty (60) days prior to the expiration of the Initial Term hereof, this Agreement shall be automatically renewed for another three years on the same terms and conditions as those herein set forth.

CONFIDENTIAL

MARVEL0014564

03-10-92 03:28PM   FROM KENYON & KENYON       TO 151345G00439G0135768  P010

3. <u>COMPENSATION</u>.

(a) <u>Basic Compensation</u>.  For all services to be performed for and provided to Marvel hereunder, Marvel shall pay WRITER/ARTIST on a biweekly basis, a weekly salary of $1,100.  For purposes of this Agreement, WRITER/ARTIST shall deliver to Marvel during the term of this Agreement  thirteen (13) pages per week consisting of the written text and the finished penciled drawings.

In this respect WRITER/ARTIST will make all changes and rewrite/redrawn all Material as reasonably required by the Publisher of Marvel without charge (that is, rewrites/redrawings and changes shall not constitute pages for purposes of computing re fee payable hereunder.

(b) <u>Additional Compensation</u>. In the event that it is mutually agreed to do additional pages beyond those stipulated in the proceeding paragraph the text and finished penciled drawings shall be paid for at the rate of $85.00 per page. Additional compensation shall be paid to WRITER/ARTIST forty-five (45) days after submission and acceptance of such material by Marvel.

(c) <u>Benefits</u>. WRITER/ARTIST shall be eligible for all coverage or benefits under any plan or plans of health, hospitalization, life or other insurance available to other employees of Marvel who are paid on a similar basis and who have a similar position. Futhermore, writer/artist shall be entitled to two (2) weeks paid vacation per annum.

4. (a) <u>Conflict</u>. During the period of this Agreement, WRITER/ARTIST will not engage directly or indirectly in any capacity in any busine or activity which is competitive with Marvel, which could be

09-10-97 03:28PM   FROM KENYON & KENYON      TO 15154500043990135788  P011

detrimental to Marvel, or which may conflict with WRITER/ARTIST duties hereunder.

(b) Editorial Stipulations. Slection as to the magazines or features written/drawn WRITER/ARTIST for Marvel, shall be determined by Marbel.

(c) Extent of Service. WRITER/ARTIST agrees not to write and/or edit/draw any comic book or magazine material for anyone other than Marvel during the term of this Agreement without the prior written approval of Marvel.

(d) Credits. WRITER/ARTIST shall be given credit, where appropriate comics in which he is the sole writer/artist.

5. Publisher.  In performing all services required hereunder, WRITER/ARTIST shall act under the direction of the Publisher of Marvel.  WRITER/ARTIST shall consult with him on all matters touching upon editorial policies, in order to assure the efficiency and harmonious operation of Marvel and to meet with the Publisher of Marvel at regular intervals at Publisher's request at Marvel's offices in New York, New York.  WRITER/ARTIST shall accept assignments from the Publisher of Marvel to write, edit, and/or draw all magazines presently published or hereafter published by Marvel and further agrees that he will make no commitments whatsoever (whether financial or otherwise) on behalf of Marvel without the prior written consent of the Publisher of Marvel.  It is understood

MARVEL0014566

the writer/artist lives in California and, therefore, one trip
per year will be at the writer/artist's expense and all other
trips when requested by Marvel shall be at its expense.

6. <u>Termination.</u>  Nothing in this Agreement shall be construed to
prevent Marvel from terminating WRITER'S/ARTISTS'S engagement
hereunder at any time (a) because of his fraud, misappropriation,
embezzlement, or the like, or (b) if he has become so disabled as
to preclude him from rendering satisfactory services, or (c) if
he shall have violated any provision of this Agreement, or (d) if
WRITER/ARTIST is unavailable, for whatever cause, for a continuous
period of more than two months, or (e) if his work has not met
the performance standards required by Marvel from other persons
performing similar services for Marvel.  In such event(s), except
as provided in (b) above, all obligations of Marvel hereunder shall
cease and WRITER/ARTIST shall be liable to Marvel for breach of
this Agreement.

CONFIDENTIAL

MARVEL0014567

7. Rights to Material. WRITER/ARTIST grants to Marvel the sole and exclusive right to all Material delivered to Marvel hereunder including, but not limited to, (a) the exclusive right to secure copyright(s) in the Material in the United States, Canada, and throughout the world, (b) the magazine rights therein of every kind, (c) all film and dramatic rights of every kind , (d) all anthology, advertising and promotion rights therein, and (e) all reprint rights.  The exclusive rights herein granted shall be Marvel's property for the period of the copyright and any renewals thereof.

8. Originality of Material. WRITER/ARTIST represents that the Material written/drawn by him will be original and not heretofore published and that it will not infringe upon any statutory copyright, common law copyright or any other proprietory right.

9. Use of Name.  Marvel shall at all times have the right to use WRITERS/ARTISTS name and likeness in connection with the scale, promotion and distribution of any magazines which include Material delivered to Marvel.

10. Series and Ideas. If any Material delivered hereunder is part of a series, the idea and the character  or characters used therein shall constitute Marvel's exclusive property for all times.

11. Additional Documents. WRITERS/ARTISTS shall, at Marvel's expense, take such steps and execute and deliver such further documents from time to time as Marvel may request for the purpose  of confirming the rights herein granted to Marvel.

CONFIDENTIAL

MARVEL0014568

2. Notices. Any notices required or permitted to be given under
this Agreement shall be sufficient if in writing, and if sent by
registered mail to his residence in the case of WRITER/ARTIST, or
to Publisher, Marvel Comics Group at its principal office in the
case of Marvel (with a copy to Secretary and Counsel, Cadence
Industries Corporation, 21 Henderson Drive, West Caldwell, New
Jersey 07006).

13. Waiver of Breach.  The waiver by Marvel of a breach of any
provision of this Agreement by the WRITER/ARTIST shall not operate
or be construed as a waiver of any subsequent breach by the WRITER/
ARTIST.  The waiver by the WRITER/ARTIST of a breach of any provisions
of this Agreement by Marvel shall not operate or be construed as a
waiver of any subsequent breach by Marvel.

14. Covenants.   WRITER/ARTIST agrees that he shall not make and/or
sign any other contract or agreement, written or oral, which shall
be in conflict with the terms of this Agreement or prevent or
hinder his performance hereunder for the length of this Agreement
or any extention or renewal thereof, and further agrees that he has
the full and unrestricted right to enter into this Agreement and deliver
the Material hereunder.

15. Assignment.  The rights and obligations of Marvel under this
Agreement shall inure to the benefit of and shall be binding upon
the successors and assigns of Marvel.

CONFIDENTIAL

MARVEL0014569

09-16-92 03:28PM   FROM KENTON & KENTON     TO 151845000x3990135768  P015

.16.   Entire Agreement. This instrument contains the entire
Agreement of the parties. It may not be changed orally but only
by an agreement in writing signed by the party against whom
enforcement of any waiver, change, modification, extention, or
discharge is sought.

17.   Arbitration.  Any claim, dispute or controversy arising
out of or in connection with this Agreement or the breach thereof
will be submitted by either party to arbitration in New York City
before three arbitrators appointed by the American Arbitration
Association.  The arbitration will proceed under the rules of the
Association then obtaining.  The award of the arbitrators will be
binding and conclusive on both parties, and will be rendered in
such form that a judgement may be entered thereon in the highest
court of any forum having jurisdication.

18. Taxes.  All taxes will be taken out of the writer/artist's
salary check by Marvel and paid to the government.

CONFIDENTIAL                                                                    MARVEL0014570

09-10-92 03:28PM   FROM KENYON & KENYON     TO 151865000139801257768  P016

IN WITNESS WHEREOF the parties have executed this

Agreement on

ATTEST

_____

MARVEL COMICS GROUP

By _____

Stan Lee, Publisher

WITNESS

_____

_____
WRITER/ARTIST

CONFIDENTIAL

MARVEL0014571