# EXHIBIT 47

09-10-92 03:28PM   FROM KENYON & KENYON         TO 15164500003990185368  P003

## ACKNOWLEDGEMENT OF COPYRIGHT OWNERSHIP

Jack Kirby, residing at 25-90 Sapra Street, Thousand Oaks, California 91360, in consideration for one dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby acknowledge, confirm and agree as follows:

1. I have no copyright rights and no claim to copyright, or to the renewal or extension of copyright, or any other rights (except only for my ownership of the original physical artwork being returned to me by Marvel) in any artwork, characters, publications or other material (hereinafter collectively the "Material") created or prepared by me for or on behalf of, or which was published by or under the authority of, Marvel Comics Group or any predecessor company (hereinafter collectively "Marvel"). I have never transferred any such rights in or to any of the Material to anyone else and will never purport to do so in the future.

2. I will never file with the U.S. Copyright Office or any governmental or public agency, and will never assert or assist or cooperate with others in asserting on my behalf or in claiming rights through me, any claim to ownership of the copyrights, any copyright renewal rights, or any other rights in the Material, or in making any objection to Marvel's complete and unrestricted right to use and exploit said Material in any form, manner or medium Marvel may desire.

3. Pursuant to the foregoing, I specifically retract, release, abandon and disclaim any rights to the copyright renewal term for "Spider-Man", "The Incredible Hulk" and "The Fantastic Four"

CONFIDENTIAL                                                                     MARVEL0014558

as alleged in my attorney's letter to Marvel dated April 15, 1985. I will never repeat or reassert these or similar claims to any portion or feature of the Material, or otherwise claim rights in or to the Material inconsistent with Marvel's complete and unrestricted ownership of all copyright and other rights therein.

4. With the advice of my attorneys, I have reviewed the Writers and Artists Agreement dated March 24, 1975 between Marvel and myself, and the Assignment dated May 30, 1972 between Magazine Management Co., Inc. and myself, and I specifically acknowledge, confirm and reaffirm said agreements.

This Acknowledgement shall be binding upon me and my heirs, legal representatives and assigns.

Dated:  _____
                    Jack Kirby

STATE OF CALIFORNIA )
                    )ss.:
COUNTY OF VENTURA   )

On this /6 day of June 1986, before me personally came Jack Kirby, to me known and known to me to be the individual described in and who executed the foregoing instrument and acknowledged that he carefully read and examined the same and executed it of his own free will.

SEAL

OFFICIAL SEAL
LAURA KAY PADGETT
Notary Public-California
VENTURA COUNTY
My Comm Exp Mar 29 1991

_____
Notary Public

Approved as to form

_____
Steven F. Rohde
Attorney for Jack Kirby