# EXHIBIT 48

F.C.

I.T.T. 422141 AMAXIA
I.T.T. 426719 AMAXIA
W.U. 12 7799 AMAXIA NYK

LAW OFFICES OF

## KENYON & KENYON

ONE BROADWAY

NEW YORK, N.Y. 10004

(212) 425-7200

GI/II/III DEX 6200 (212) 425-5288
GI/II/III DEX 6500 (212) 943-7836
CABLE: AMAXIA

FRANCIS T. CARR
HUGH A. CHAPIN
CHARLES B. SPENCER
RICHARD A. HUETTNER
EDWARD W. GREASON
WILLIAM T. BOLAND, JR.
ROBERT D. FIER
CHARLES R. BRAINARD
KENNETH E. MADSEN
RICHARD L. MAYER
JOHN O. McQUILLAN
DOUGLAS G. BRACE
WILLIAM J. UNGVARSKY
EDWARD J. HANDLER, III
ROBERT T. TOBIN
FRANCIS C. HAND
PAUL LEMPEL

ALAN T. BOWES
JOHN A. FOGARTY, JR.
PAUL H. HELLER
THOMAS L. CREEL
ARTHUR D. GRAY
ALBERT J. BRENEISEN
STUART J. SINDER
GEORGE E. BADENOCH
JOHN C. ALTMILLER*
MICHAEL J. LENNON
PHILIP J. McCABE
CHARLES E. HEPNER*
JAMES GALBRAITH
WALTER E. HANLEY, JR.
RICHARD L. DeLUCIA
JAMES E. ROSINI

PHILIP G. HAMPTON, II
JOHN J. KELLY, JR.
LOUIS C. DUJMICH
ALBIN J. NELSON
BRADFORD J. BADKE
DREW M. WINTRINGHAM
C. DOUGLAS WINGATE
PATRICK J. BIRDE
JOHN D. VANDENBERG
LESTER J. VINCENT
WILLIAM J. McNICHOL, JR.
PHILIPPE BENNETT
R. NEIL SUDOL
WILLIAM O. GRAY, III
GREGG A. DELAPORTA
JONATHAN D. REICHMAN
MICHAEL A. GOLLIN
WALTER SCOTT
DEBORAH S. RITTMAN
RICHARD S. GRESALFI

KATHLEEN G. DUSSAULT
JOSEPH S. CODISPOTI
RICHARD M. ROSATI
SCOTT A. WISSER
MICHAEL POLACEK
KEVIN J. McGOUGH
DANIEL P. BURKE*
KAREN DeBENEDICTIS
HENRY D. COLEMAN
THOMAS L. JARVIS
PETER K. TRZYNA
TIBERIU WEISZ
CAROL R. HARNEY
THOMAS H. JACKSON*
JOSEPH E. ROOT, III
STEVEN J. LEE
MARY E. O'BRIEN
JOSEPH M. MAZZARESE
MARK D. ENGELMANN
DAWN M. DiSTEFANO

DONALD R. DUVALL*
COUNSEL

*RESIDENT, WASHINGTON OFFICE

WASHINGTON, D.C. OFFICE
1025 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036
TELEPHONE (202) 429-1776

August 4, 1987

FEDERAL EXPRESS

Greg Victoroff, Esq.
Law Offices of Steven F. Rohde
1880 Century Park East
Suite 411
Los Angeles, CA 90067

Re: Marvel Entertainment Group - Jack Kirby

Dear Greg:

As you requested, enclosed is a copy of the Artwork Release executed by Joe Calamari, Executive Vice President of Marvel.

Sincerely,

Stuart J. Sinder

SJS:jr

Encl.

CONFIDENTIAL                                             MARVEL0013634

# ARTWORK RELEASE

**Re:** Artwork identified on attached nine (9) page inventory.

In recognition of the past participation by the "Artist" identified below in the preparation on Marvel's behalf of the "Artwork" identified above, Marvel Comics Group ("Marvel") is pleased to deliver as a gift to the Artist the original physical Artwork, subject to the following agreement by the Artist:

1. The Artwork was specially commissioned by and prepared for Marvel, subject to Marvel's supervision for use in a collective work, and is a work made for hire pursuant to all applicable copyright laws.

2. The Artist was fully compensated for all his / her work in preparation of the Artwork, and no royalties or other payments are or will be due or owing to the Artist for or on account of Marvel's past or future use or exploitation of the Artwork, unless expressly provided in a separate written agreement.

3. Marvel is the exclusive worldwide owner of all copyright in and to the Artwork (and to the extent, if any, that such copyright is not owned by Marvel by operation of law, the Artist hereby irrevocably assigns his / her entire right therein to Marvel). Marvel has the worldwide right in perpetuity to prepare and exploit in any media, any alterations, adaptations, revisions or other derivative works based upon, derived from, or using the Artwork, and the Artist waives any moral or other right provided by law to object thereto.

4. The Artist will not reproduce, commercially exploit or publicly exhibit any portion of the Artwork or any material based upon, derived from or utilizing the Artwork, and will not use or exploit the name of Marvel, or the name, title or likeness of any character depicted in the Artwork, in any manner or media. All trademark and other rights therein are owned exclusively by Marvel.

5. The Artist represents and warrants that to the best of his / her knowledge, information and belief, no one else has any right or claim to the Artwork. The Artist has no claim or right of any kind in or to any other artwork or material prepared by him and presently in Marvel's possession, except artwork or materials that has been contracted for under separate contract with Marvel (nor any claim or right on any artwork not prepared by the Artist), and Marvel may transfer such artwork or material to whomever it may desire, and utilize or exploit the same to the full extent provided herein with respect to the Artwork.

6. Marvel may, if it desires (but need not), use the Artist's name, likeness and / or bibliographical material for the purpose of promoting Marvel's exploitations of the Artwork or any material utilizing the Artwork.

7. This Agreement shall inure to the benefit of Marvel and its successors, assigns and licensees, and shall be binding upon the Artist, and his / her heirs, representatives, executors, administrators and assigns, who shall never contest or dispute or claim rights inconsistent with any of Marvel's rights provided herein, or assist anyone else in so doing.

Accepted by Marvel Comics Group

AUTHOR / ARTIST

By *Jack Kirby*

MARVEL COMICS GROUP

By _____

DATE 6-16-87

Copyright notice:
  Copyright © 1985 Marvel Comics Group. All Rights Reserved.

CONFIDENTIAL                                                                                           MARVEL0013635

KIRBY INVENTORY/1

| TITLE | ISSUE # | # OF PAGES | BOX # |
|---|---|---|---|
| AMAZING ADVENTURES | 1 | 11 | 5 |
| " | 5 | 8 | 5 |
| " | 6 | 8 | 5 |
| AMAZING ADVENTURES (SECOND SERIES) | 1 | 6 | 7 |
| " | 3 | 5 | 7 |
| " | 4 | 6 | 7 |
| ASTONISHING TALES | 1 | 6 | 7 |
| " | 2 | 6 | 7 |
| AVENGERS | 1 | 14 | 4 |
| " | 2 | 15 | 4 |
| " | 3 | 13 | 4 |
| " | 5 | 15 | 4 |
| " | 6 | 13 | 4 |
| " | 7 | 9 | 4 |
| " | 8 | 13 | 4 |
| " | 10 | 1 | 4 |
| " | 16 | 11 | 4 |
| BRAND ECCHH | 5 | 5 | 7 |
| CHAMBER OF DARKNESS | 4 | 4 | 7 |
| " | 5 | 5 | 7 |
| " | 5 | COVER | 7 |
| CRAZY | 2 | 5 | 7 |

CONFIDENTIAL                                                                 MARVEL0013636

KIRBY INVENTORY/2

| TITLE | ISSUE # | # OF PAGES | BOX # |
|---|---|---|---|
| FANTASTIC FOUR | 3 | 16 (? MOUNTED) | 1 |
| " | 5 | 20; 3 PARTIAL PAGES (TORN) | 1 |
| " | 7 | 15 | 1 |
| " | 8 | 15 | 1 |
| " | 9 | 15 | 1 |
| " | 10 | 16 | 1 |
| " | 11 | 15 | 1 |
| " | 12 | 15 | 1 |
| " | 13 | 14 | 1 |
| " | 14 | 14 | 1 |
| " | 15 | 14 | 1 |
| " | 16 | 15 | 1 |
| " | 17 | 14 | 1 |
| " | 20 | 14 | 1 |
| " | 21 | 14 | 1 |
| " | 23 | 15 | 1 |
| " | 24 | 15 | 1 |
| " | 27 | 15 | 1 |
| " | 30 | 14 | 1 |
| " | 32 | 13 | 1 |
| " | 33 | 13 | 1 |
| " | 34 | 13 | 1 |
| " | 36 | 13 | 1 |
| " | 38 | 13 | 1 |
| " | 39 | 12 | 1 |
| " | 41 | 13 | 1 |
| " | 42 | 13 | 1 |
| " | 43 | 13 | 1 |
| " | 46 | 12 | 1 |
| " | 47 | 1? | 1 |
| " | 51 | 12 | 1 |

KIRBY INVENTORY/5

| TITLE | ISSUE # | # OF PAGES | BOX # |
|---|---|---|---|
| FANTASTIC FOUR | 63 | 12 | 1 |
| " | 65 | 12 | 1 |
| " | 71 | 13 | 7 |
| " | 72 | 13 | 7 |
| " | 90 | 12 | 7 |
| " | 92 | 12 | 7 |
| " | 93 | 13 | 7 |
| " | 94 | 12 | 7 |
| " | 95 | 13 | 7 |
| " | 96 | 11 | 7 |
| " | 97 | 10 | 7 |
| " | 98 | 13 | 7 |
| " | 99 | 13 | 7 |
| " | 100 | 12 | 7 |
| " | 101 | 11 | 7 |
| " | 102 | 10 | 7 |
| " | 108 | 8 | 7 |
| FANTASTIC FOUR ANNUAL | 1 | 14 | 1 |
| " | 2 | 35 | 1 |
| " | 3 | 14 | 1 |
| " | 4 | 13 | 1 |
| FANTASTIC FOUR COVERS | 70 | COVER | 1 |
| " | 71 | COVER | 1 |
| " | 75 | COVER | 1 |
| " | 78 | COVER | 7 |
| " | 90 | COVER | 7 |
| " | 92 | COVER | 7 |
| " | 93 | COVER | 7 |
| " | 100 | COVER | 7 |
| " | 101 | COVER | 7 |
| FANTASTIC FOUR MISC. | UNKNOWN | 1 | 1 |
| " | UNKNOWN | 1 PAGE | 1 |

CONFIDENTIAL                                                                                 MARVEL0013638

| TITLE | ISSUE # | # OF PAGES | BOX # |
|---|---|---|---|
| FANTASTIC FOUR MISC. | AD | 1 | 7 |
| " | SKETCH | 1 | 7 |
| GUNSMOKE WESTERN | 63 | 4 | 6 |
| " | 64 | 3 | 6 |
| " | 66 | 4 | 6 |
| " | 67 | 4 | 6 |
| " | 70 | 4 | 6 |
| " | 71 | 4 | 6 |
| " | 73 | 4 | 6 |
| " | 77 | 3 | 6 |
| HULK | 5 | 15 | 4 |
| INVADERS | 7 | COVER | 7 |
| JOURNEY INTO MYSTERY/THOR | 52 | 4 | 3 |
| " | 55 | 2 | 3 |
| " | 58 | 9 | 3 |
| " | 59 | 3 | 3 |
| " | 60 | 4 | 3 |
| " | 61 | 4 | 3 |
| " | 63 | 3 | 3 |
| " | 66 | 8 | 3 |
| " | 67 | 5 | 3 |
| " | 68 | 5 | 3 |
| " | 71 | 8 | 3 |
| " | 72 | 8 | 3 |
| " | 73 | 10 | 3 |
| " | 74 | 8 | 3 |
| " | 75 | 4 | 3 |
| " | 76 | 7 | 3 |
| " | 78 | 8 | 3 |
| " | 80 | 9 | 7 |

CONFIDENTIAL

MARVEL0013639

| TITLE | ISSUE # | # OF PAGES | BOX # |
|---|---|---|---|
| JOURNEY INTO MYSTERY/THOR | 82 | 7 | 3 |
| " | 85 | 8 | 3 |
| " | 89 | 8 | 3 |
| " | 93 | 8 | 3 |
| " | 97 | 9 | 3 |
| " | 98 | 3 | 3 |
| " | 99 | 3 | 3 |
| " | 101 | 11 | 3 |
| " | 102 | 11 | 3 |
| " | 103 | 11 | 3 |
| " | 104 | 11 | 3 |
| " | 105 | 8 | 3 |
| " | 106 | 21 | 3 |
| " | 109 | 16 | 3 |
| " | 110 | 14 | 3 |
| " | 111 | 12 | 3 |
| " | 112 | 13 | 3 |
| " | 113 | 10 | 3 |
| " | 114 | 13 | 3 |
| " | 115 | 13 | 3 |
| " | 116 | 13 | 3 |
| " | 117 | 13 | 4 |
| " | 118 | 13 | 4 |
| " | 120 | 13 | 4 |
| " | 121 | 12 | 4 |
| " | 122 | 13 | 4 |
| " | 125 | 13 | 4 |
| " | 126 | 8 | 4 |
| " | 127 | 8 | 4 |
| " | 131 | 8 | 4 |
| " | 132 | 8 | 4 |
| " | 137 | 1 | 4 |
| " | 140 | 9 | 4 |

CONFIDENTIAL                                    MARVEL0013640

| TITLE | ISSUE # | # OF PAGES | BOX # |
|---|---|---|---|
| JOURNEY INTO MYSTERY/THOR | 141 | 10 | 4 |
| " | 142 | 1 | 4 |
| " | 143 | 6 | 4 |
| " | 144 | 8 | 4 |
| " | 146 | 1 | 4 |
| " | 147 | 10 | 7 |
| " | 148 | 10 | 7 |
| " | 149 | 13 | 7 |
| " | 150 | 13 | 7 |
| " | 152 | 8 | 7 |
| " | 153 | 8 | 7 |
| " | 158 | 1 | 7 |
| " | 160 | 8 | 7 |
| " | 161 | 4 | 7 |
| " | 172 | 8 | 7 |
| " | 173 | 8 | 7 |
| " | 174 | 8 | 7 |
| " | 175 | 8 | 7 |
| " | 176 | 8 | 7 |
| " | 179 | 8 | 7 |
| JOURNEY INTO MYSTERY/THOR COVERS | 123 | COVER | 4 |
| " | 141 | COVER | 4 |
| " | 145 | COVER | 4 |
| " | 146 | COVER | 4 |
| " | 149 | COVER | 4 |
| " | 152 | COVER | 4 |
| " | 172 | COVER | 7 |
| " | 173 | COVER | 7 |
| " | 174 | COVER | 7 |
| " | 175 | COVER | 7 |
| " | 176 | COVER | 7 |

JOURNEY INTO MYSTERY/THOR

CONFIDENTIAL                                                       MARVEL0013641

KIRBY INVENTORY/7

| TITLE | ISSUE # | # OF PAGES | BOX # |
|---|---|---|---|
| KID COLT | 93 | 3 | 5 |
| " | 95 | 5 | 5 |
| " | 119 | 3 | 5 |
| MARVEL COLLECTORS' ITEM CLASSICS | 19 | COVER | 7 |
| MARVEL'S GREATEST COMICS | 27 | COVER | 7 |
| " | 28 | COVER | 7 |
| " | 70 | COVER | 7 |
| MARVEL PREMIERE | 31 | COVER | 7 |
| MARVEL SUPER HEROES | 27 | COVER | 7 |
| MACHINE MAN | 9 | COVER | 7 |
| RAWHIDE KID | 18 | 12 | 5 |
| " | 20 | 12 | 5 |
| " | 21 | 12 | 5 |
| " | 22 | 12 | 5 |
| " | 26 | 18 | 5 |
| " | 27 | 18 | 5 |
| " | 28 | 12 | 5 |
| " | 30 | 12 | 5 |
| " | 31 | 13 | 5 |
| " | 32 | 12 | 5 |
| " | 34 | 2 | 5 |
| " | 43 | 4 | 5 |
| SGT. FURY | 2 | 10 | 4 |
| " | 3 | 15 | 4 |
| " | 13 | 10 | 4 |
| SILVER SURFER | 18 | | |

CONFIDENTIAL

MARVEL0013642

| TITLE | ISSUE # | # OF PAGES | BOX # |
|---|---|---|---|
| STRANGE TALES | 72 | 3 | 6 |
| " | 75 | 4 | 6 |
| " | 76 | 4 | 6 |
| " | 77 | 6 | 6 |
| " | 83 | 8 | 6 |
| " | 84 | 8 | 6 |
| " | 85 | 8 | 6 |
| " | 89 | 8 | 6 |
| " | 90 | 4 | 6 |
| " | 91 | 4 | 6 |
| " | 92 | 8 | 6 |
| " | 93 | 8 | 6 |
| " | 94 | 8 | 6 |
| " | 95 | 8 | 6 |
| " | 96 | 8 | 6 |
| " | 98 | 8 | 6 |
| " | 99 | 8 | 6 |
| " | 100 | 9 | 6 |
| " | 101 | 8 | 6 |
| " | 102 | 8 | 6 |
| " | 103 | 8 | 6 |
| " | 105 | 8 | 6 |
| " | 108 | 8 | 6 |
| " | 135 | 6 | 6 |
| " | 142 | 1 | 6 |
| " | 143 | 8 | 6 |
| STRANGE TALES ANNUAL | 2 | 12 | 6 |
| TALES OF SUSPENSE/CAPTAIN AMERICA | 72 | 4 | 5 |
| " | 78 | 6 | 5 |
| " | 79 | 6 | 5 |

CONFIDENTIAL

MARVEL0013643

KIRBY INVENTORY/O

| TITLE | ISSUE # | # OF PAGES | BOX # |
|---|---|---|---|
| TALES OF SUSPENSE/CAPTAIN AMERICA | 81 | 6 | 5 |
| " | 82 | 6 | 5 |
| " | 83 | 6 | 5 |
| " | 84 | 6 | 5 |
| " | 85 | 6 | 5 |
| " | 86 | 4 | 5 |
| " | 102 | 12 | 7 |
| " | 104 | 12 | 7 |
| " | 105 | 10 | 7 |
| " | 108 | 12 | 7 |
| " | 109 | 18 | 7 |
| TALES OF SUSPENSE/CAPTAIN AMERICA COVERS | 101 | COVER | 5 |
| " | 103 | COVER | 5 |
| " | 126 | COVER | 7 |
| TALES TO ASTONISH | 14 | 8 | 5 |
| " | 83 | 12 | 5 |
| TWO GUN KID | 55 | 3 | 5 |
| " | 58 | 12 | 5 |
| " | 59 | 11 | 5 |
| " | 60 | 11 | 5 |
| " | 61 | 12 | 5 |
| " | 62 | 14 | 5 |
| X-MEN | 31 | COVER | 4 |

CONFIDENTIAL

MARVEL0013644