# EXHIBIT 49

**MARVEL
ENTERTAINMENT
GROUP, INC.**

May 12, 1987

Mr. Jack Kirby
25-90 Sapra Street
Thousand Oaks, CA 91360

Re: _Original Artwork_

Dear Jack:

This letter will confirm that, notwithstanding your
execution of the Marvel Artwork Release (and in
particular paragraph 4 thereof), Marvel has given you
special permission to arrange for the public exhibition
of artwork originally drawn by you for Marvel, in
museums or retrospective exhibits of your work, on the
following conditions:

(i)  any such artwork which is publicly displayed
or exhibited must bear a proper copyright notice
in Marvel's name, and also a trademark notice in
Marvel's name referring to any title, character
or character likeness appearing in the artwork;

(ii)  you must notify Marvel in writing of the
planned public display or exhibition at least
thirty (30) days prior to the opening thereof; and

(iii)  Marvel may object to the proposed public
display or exhibition within fourteen (14) days
after receipt of the notification from you, and
if Marvel does object, you will not proceed with
the proposed public display or exhibition (or
will proceed only on such terms and conditions as
are specified in writing by Marvel in its
objection).



187 PARK AVENUE SOUTH
NEW YORK, NEW YORK 10016
212/696-0808
TELEX 238061 CAD PUB
427849 MARVEL

A NEW WORLD COMPANY

CONFIDENTIAL

MARVEL0014560

Mr. Jack Kirby                                      May 12, 1987

- 2 -

This letter will also confirm that your execution of the
Artwork Release (and in particular paragraph 4 thereof) shall
not be interpreted to prohibit you from making non-prominent
historical references to the name of Marvel in biographical
material (but not in any advertising or promotional material
therefor) pertaining to yourself.

Please indicate your acceptance and agreement to these
understandings by executing and returning the attached
duplicate copy of this letter.

Sincerely yours,

Joseph N. Calamari
Executive Vice President


ACCEPTED AND AGREED


Jack Kirby

JAC:gow
Encl. (duplicate letter copy)

CONFIDENTIAL                                       MARVEL0014561