# EXHIBIT 50



# COMICS PRICE GUIDE ISSUE

**OCTOBER 3, 1986**

0.6⁵⁰  AN 10001

90 OCT 28/41 *-5*************-DIGIT 10016
DAVID L FOX
MARVEL COMICS GROUP
387 PARK AVE SO
NEW YORK NY 10001 MPV0347



# BUYERS GUIDE

*rving the World of omics Every Week*

$1⁵⁰ United States

$2¹⁵ Canada

# Response

## ack Kirby replies to Marvel statement

ack Kirby

e been asked to respond to Mar-
press release published in the Aug.
*omics Buyer's Guide*. I'm not one
he public statements, but I would
ny friends and supporters to be
ared about these facts.

Marvel admits that I have been sin-
out from all other artists and con-
ed with an onerous agreement
goes far beyond resolving the
of ownership of my original art
I won't bore you with the details

but, among other things, the agreement
would have limited my rights to publish
a biography or participate in commer-
cial projects involving my role in the
history of comics. What's worse, Marvel
wanted me to turn on my friends and
colleagues and state that no other
artists had any right to any portion of
the artwork and then to pay all of Mar-
vel's legal fees and damages if an artist
established those rights! My attorneys
objected to these and other unreason-

(KIRBY, Page 3)

## Simonson to quit 'Thor'

a not going to be writing *Thor*
while," Walt Simonson told *CBG*
none interview. "I'm not sure how
more issues I'll be doing, though
ntemplating finishing it with

That issue (August 1987) would ship
next spring.

"The reasons are many and varied. I'll
have worked on *Thor* for almost four
years. That seems like enough for this
round.

"I've recently been badly overcom-
mitted — at the cost of my peace of
mind. I'm coming to find how much I
value my peace of mind."

He said that dropping the Marvel
title would have no noticeable effect on
his life until next year and that he would



MARVEL0013819



(Grundel continues on Page 6)

MARVEL0013820