# EXHIBIT 51

ROHDE & VICTOROFF
A LAW PARTNERSHIP
(INCLUDING A PROFESSIONAL CORPORATION)

STEPHEN F. ROHDE*†
GREGORY T. VICTOROFF

*A PROFESSIONAL CORPORATION
†ALSO ADMITTED IN NEW YORK

1880 CENTURY PARK EAST
SUITE 411
LOS ANGELES, CALIFORNIA 90067-1604

TELEPHONE (310) 277-1482
FACSIMILE (310) 277-1485

November 19, 1997

Mr. Joseph Calamari
President
Marvel Comics
387 Park Avenue South
New York, NY 10016

        Re: <u>Jack Kirby</u>

Dear Mr. Calamari:

        As you may know, I represent Roz Kirby on behalf of the
Estate of Jack Kirby.  Roz is dedicated to fostering Jack's
reputation as one of the greatest comic book artists of all time.
At the outset let me assure you that Roz is not challenging
Marvel's rights in the various characters which Jack created.
Any issues regarding ownership have long since been put to rest.

        Instead, we are writing to you to address the desire for
Jack to receive credit on forthcoming motion pictures and
television projects based on characters such as "The Fantastic
Four," "Silver Surfer," "Thor" and "The Incredible Hulk."

        A week does not pass that Roz, and those close to her who
loved and respected Jack, are not asked by a fan, an artist or a
writer whether Jack will receive his well-deserved credit as co-
creator of these phenomenal characters.

        You cannot imagine the goodwill that DC has enjoyed over the
years based on its decision to give Jack credit on "The Demon",
"Kamandi" and the "New Gods," including special credit when the
"New Gods" appeared with "Superman."  (Speaking of "Superman", DC
did the right thing in giving credit to Siegel and Shuster, as
was done with Bob Kane on "Batman" and William Moulton Marston
aka Charles Moulton on "Wonder Women.")  Ask Paul Levitz if he
ever regrets giving Jack the credit he deserved.

        Stan Lee has graciously acknowledged Jack's role publicly
and privately but only Marvel can give Jack the official credit.
Editorially Marvel has done that on many occasions:  Marvel's
1981 "Fantastic Four" Special ("Stan and Jack are the creators of
the Fantastic Four"); "Son of Origins of Marvel Comics" (1975) by
Stan Lee ("When [Jack] brought ["The Galactus Trilogy"] to me so
that I could add the dialogue and captions, I was surprised to
find a brand-new character floating around the artwork - a

**ME0170**

17

FOR IDENTIFICATION
LESLIE I. WHITE
DATE: 11/9/10

DE & VICTOROFF
A LAW PARTNERSHIP
G A PROFESSIONAL CORPORATION

Mr. Joseph Calamari
November 19, 1997
Page 2

silver-skinned, smooth-domed, sky-riding surfer atop a speedy
flying surfboard") and the November 7, 1997 issue of COMICS BUYER
GUIDE ("Marvel's Stan Lee (who created the character [Silver
Surfer] with Jack Kirby" and various references the efforts of
the Art Director and artists to make the program look like "Jack
Kirby's Silver Surfer").

This is a time for Marvel to rebuild and solidify its
stature among all those who buy comics, go to the movies and
watch television. There is a huge wellspring of loyalty and
devotion towards Jack which will redound to Marvel's endless
benefit when the words "Created by Stan Lee and Jack Kirby"
appear on these productions and in their advertising and
promotion. There is no downside, but the absence of credit could
generate bad will among Jack's devoted fans.

I understand that the "Silver Surfer" cartoon show will soon
hit the air so this is an opportune time to address the issue of
screen credits. I would be most grateful if you would call me as
soon as possible to discuss our request and to explore how Marvel
and Roz can work together to continue to honor Jack's memory.

Thank you for your time and consideration.

Very truly yours,
ROHDE & VICTOROFF

STEPHEN F. ROHDE

SFR:ido

cc: Roz Kirby

client\kirby\calamar.ltr

ME0171

Mr. Joseph Calamari
November 19, 1997
Page 3

bcc: Mark Evanier

ME0172