# EXHIBIT 54

## FILED UNDER SEAL PURSUANT TO JUNE 2, 2010 PROTECTIVE ORDER