UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                    :

MARVEL WORLDWIDE, INC.,                  :
MARVEL CHARACTERS, INC. and          :
MVL RIGHTS, LLC,                           :

                    Plaintiffs,                  :

   - against-                                   :

LISA R. KIRBY, BARBARA J. KIRBY,      :
NEAL L. KIRBY and SUSAN N. KIRBY,   :

                    Defendants.        :
------------------------------------------------------x     Civil Action No. 10 Civ. 141 (CM) (KNF)
                                                    :
LISA R. KIRBY, BARBARA J. KIRBY,      :
NEAL L. KIRBY and SUSAN N. KIRBY,   :

                Counterclaimants,      :

   - against-                                   :

MARVEL ENTERTAINMENT, INC.,         :
MARVEL WORLDWIDE, INC.,               :
MARVEL CHARACTERS, INC.,             :
MVL RIGHTS, LLC,                           :
THE WALT DISNEY COMPANY,           :
and DOES 1 through 10,                   :

                Counterclaim-Defendants.   :
------------------------------------------------------x

## NOTICE OF MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MARK EVANIER

       PLEASE TAKE NOTICE that upon the annexed Memorandum of Law and

accompanying Declaration of Sabrina A. Perelman, dated February 18, 2011, and the exhibits

thereto, Plaintiffs and Counterclaim-Defendants Marvel Worldwide, Inc., Marvel Characters,

Inc. and MVL Rights, LLC, Marvel Entertainment, LLC (sued herein as Marvel Entertainment,

Inc.) and The Walt Disney Company hereby move the Court, before the Honorable Colleen McMahon, United States District Judge, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York for an order excluding the expert report and testimony of Mark Evanier and for such other and further relief as this Court may deem just and proper.

Dated: February 25, 2011					By:   /s/  James W. Quinn

                    WEIL, GOTSHAL & MANGES LLP
                    James W. Quinn
                    R. Bruce Rich
                    Randi W. Singer
                    Sabrina A. Perelman
                    767 Fifth Avenue
                    New York, NY 10153
                    Tel:  (212) 310-8000
                    Fax: (212) 310-8007

                    PAUL, HASTINGS, JANOFSKY & WALKER LLP
                    Jodi A. Kleinick
                    75 East 55th Street
                    New York, NY 10022
                    Tel: (212) 318-6000
                    Fax: (212) 230-7691

                    HAYNES AND BOONE, LLP
                    David Fleischer
                    30 Rockefeller Plaza, 26th floor
                    New York, NY 10112
                    Tel: (212) 659-7300
                    Fax: (212) 884-9567

*Attorneys for Plaintiffs/Counterclaim-Defendants*