# EXHIBIT 2

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF NEW YORK

3

4

5    MARVEL WORLDWIDE, INC., MARVEL      )

6    CHARACTERS, INC., and MVL RIGHTS, )

7    LLC,                               )

8                                       )

9                        PLAINTIFFS, )

10                                       )

11        VS.                 )NO. 10 CV 141 (CM)(KNF)

12                                       )

13   LISA A. KIRBY, BARBARA J. KIRBY,  )

14   NEAL L. KIRBY and SUSAN N. KIRBY, )

15                                       )

16                        DEFENDANTS. )

17   _____)

18

19         VIDEOTAPED DEPOSITION OF MARK EVANIER

20              LOS ANGELES, CALIFORNIA

21              DECEMBER 6, 2010

22

23

24   REPORTED BY: CHRISTY A. CANNARIATO, CSR #7954, RPR, CRR

25   JOB NO.: 34168

1   and Mr. Williamson?

2        A.      Maybe an hour.

3        Q.      And in preparation for your deposition today,

4   did you review any documents apart from your report

5   itself?

6        A.      I reviewed the subpoena of I don't know if --

7   I don't know if it counts for appearance today, but I

8   reviewed the subpoena of materials to be produced.

9        Q.      Any other documents?

10       A.      No.

11       Q.      Did you, in preparation for your deposition

12  today, review any deposition transcripts in this case?

13       A.      No.

14       Q.      Now, I know we touched on this briefly in your

15  initial deposition, but could you tell us again how you

16  came to be retained as an expert in this matter?

17              MR. TOBEROFF:  Asked and answered.

18       A.      Mr. Toberoff asked me to be an expert witness

19  in this matter.

20       Q.      And when approximately did that occur?

21       A.      I don't remember.

22       Q.      Was it -- give me your best estimate.  Was it

23  a year ago?

24       A.      I don't remember.

25       Q.      Do you recall whether it was before or after

1   and comic book characters published by Marvel between '58

2   and '63 as well as his relationship with Marvel during

3   this key period?

4        A.    Yes, I was.

5        Q.    Okay.  That's the opinion I'm referring to.

6   Got it?

7        A.    No, no.  Let me -- the opinion is not on that

8   page you're citing.  The opinion is throughout the report.

9   Are you asking me to how do I -- how did I arrive at the

10  opinion stated throughout the document that are summarized

11  on this page?

12       Q.    Yes.

13       A.    All right.  Okay.

14       Q.    Yeah.  Not a trick question.

15       A.    No.  I'm just trying to answer -- I was trying

16  to figure out why you were calling my attention to that

17  one sentence.

18       Q.    Because it summarized your opinion.

19             MR. TOBEROFF:  Objection.  Mischaracterizes

20  the report.  It doesn't summarize his opinion.

21       A.    The opinions in this report were formulated by

22  my calling upon years and years of studying Marvel Comics,

23  reading Marvel Comics, interviewing and talking to people

24  who made Marvel Comics, visiting the Marvel offices,

25  discussing Marvel history with other people who have done

1    similar investigations and interviews, reading articles

2    about Marvel.  It's -- the opinions are based on 40 years

3    of -- more than 40 years of following Marvel Comics,

4    probably 50 years.

5        Q.    And specifically you referred to reviewing

6    or -- let me go back.

7              Could you tell me with some level of

8    specificity the people interviews -- take it back.  Strike

9    the question.

10             In connection with preparing the report

11   itself, did you conduct any interviews in order to prepare

12   the report?

13       A.    Did I conduct any interviews specifically for

14   towards this report?

15       Q.    Yes.

16       A.    No, I did not.

17       Q.    And specifically with regard to the

18   preparation of the report, did you review any documents or

19   reference works in connection with preparing the report?

20       A.    I got some dates out of my own book on Jack,

21   and I think I looked some up on the Internet to just

22   verify my recollection of dates and spellings.

23       Q.    So other than checking on some dates and

24   spellings from your book on Jack Kirby and other

25   information available on the Internet, you didn't review

1    any other documents that are reference materials; correct?

2        A.     Let me think.  Well, I clipped some of my

3    qualification from a bio of myself which was easier to

4    just paraphrase or transcribe some of that.  I think I cut

5    and pasted some of my own credits out of another bio of

6    myself I had on my computer.

7            MR. TOBEROFF:  Take your time in answering the

8    question.

9            THE WITNESS:  Okay.

10       A.     I -- well, I had taken when Mr. Toberoff told

11   me of the assignment here, what he needed from me.  I took

12   notes on my computer as he was telling me on the phone,

13   and then that was the file I used.

14           In other words, I had jotted that down, then I

15   basically I expanded my notes on top of that.  I opened

16   the file that had -- he had written.  He had said -- he

17   told me a couple little facts about the case, and I had

18   took that, and then I took that -- it's not a separate

19   document, it's -- I took that, opened that file on my

20   computer, and then I wrote the expert report in that file

21   using, you know, material that was above and below to --

22       Q.     What was the material?

23       A.     Well, like he told me about the dates of the

24   some checks that were supplied that were in evidence, and

25   he told me we have these checks from these periods.  And

Page 17

1    so I had the dates of those checks in that file so I could

2    reference them here.

3         Q.    Have you ever seen a check from the period

4    between 1958 and 1963?

5         A.    From '58 and '63?  No.

6         Q.    That would be the part, the period, that you

7    say in your report is the key period; correct?

8         A.    That is my understanding of the case is that

9    the main focus is on that period.

10        Q.    What were the other facts -- and I use that in

11   quotes -- but what was the other information that Mr.

12   Toberoff supplied to you in connection with the

13   preparation of your report?

14        A.    He didn't supply much of anything.  I took --

15   while he was telling me what he needed, I made some notes

16   to myself of things that I wanted to cover that I thought

17   I should cover that occurred to me while I was talking to

18   him.  I wrote "original art" and a couple other key words.

19             He didn't supply -- let me think if I can --

20   what else he supplied me, if there's anything else.

21             Well, I wrote -- as reference, I looked at the

22   expert report that I had filed in the Superman matter just

23   for the form to cover the format of an expert report, and

24   the headings such as the compensation in prior cases and

25   publications.

1    Q.    I'm not focused on, you know, the form.  I'm

2  asking whether in addition to what you've already

3  testified about can you think of any other documents or

4  reference materials that you utilized in the preparation

5  of your report?

6    A.    I don't believe so.  No.

7    Q.    And you mentioned something about some visits

8  to Marvel offices.  Did you visit the Marvel offices in

9  connection with your preparation of your report?

10    A.    No.

11    Q.    When did you make visits to the Marvel

12  offices?

13    A.    Oh, the first time was around the July 4th

14  weekend of 1970.  And then I probably visited the office

15  every two or three years after that.

16    Q.    And in the course of those visits, did you

17  interview people in connection with what they did at

18  Marvel?

19    A.    Yes, I did.

20    Q.    Who?

21    A.    That's a very long list.  I talked to -- by

22  interview, are you meaning informal conversations or

23  formal conversations?

24    Q.    Either way.  Did you speak to Mr. Lee, for

25  example?

1      A.      Many times.  Yes.

2      Q.      Mr. Romita?

3      A.      Yes.

4      Q.      And Roy Thomas?

5      A.      Yes.

6      Q.      Any others?

7      A.      Probably 50 to 100 others.

8      Q.      When was the last time you visited the Marvel

9  offices?

10      A.      About five years ago.

11      Q.      In connection with any of your visits, did you

12  make any notes or obtain any documents relating to your

13  visits?

14      A.      I made some notes occasionally after to remind

15  myself -- not notes at the time.  I made some notes

16  afterwards to jot down things that I was wanting to

17  remember.

18          By visits to Marvel offices, are you including

19  things like going out to lunch with people?  I probably

20  talked to these people more at lunch across the street or

21  down the street than actually at the office.

22      Q.      This is over a long period of time; is that

23  right?

24      A.      Since 1970.

25      Q.      Now, I think you mentioned having discussions

1   Colan, John Buscema, Saul Buscema, Marie Severin.  Did I

2   say Roy Thomas?  Gary Friedrick, Alan Brodsky, Sol

3   Brodsky, Janice Cohen, John Verpooten, Tony Mortellaro,

4   Herb Trimpee, Chick Stone, Joe Sinott, Frank Giacoia, Mike

5   Esposito, Barry Smith.

6           These are just people who did work for Marvel

7   or did freelance work for Marvel.  I have talked to people

8   at other companies about Marvel history.

9           Getting back to people at Marvel, Len Wein,

10  Marv Wolfman, Steve Englehart, Steve Gerber, Gerry Conway,

11  Dan Adkins, Vince Colletta, Syd Shores.

12          I apologize.  You're going to have to look up

13  a lot of these on the Internet to find the spellings.

14          George Tuska, Johnny Craig, Archie Goodwin.

15  Did I say Jim Shooter?  Tom DeFalco, Mark Gruenwald, Carol

16  Kalish, Peter David.

17      Q.      That's fine.

18      A.      I've got about another 300 if you want to take

19  the time.

20      Q.      No, we can move on.

21          But I'm correct that in connection with the

22  actual preparation of your report, you didn't actually

23  discuss -- have the interviews with those people; correct?

24      A.      No.  And quite a few of those people are

25  deceased.

1         I think Marie Severin did some freelance work

2   for them during this period, maybe a little later than

3   '63.

4         There's probably another name or two --

5   Q.    Okay.  That's fine.

6   A.    -- I can't think of at the moment.

7   Q.    That's fine.

8         Now, when you were first retained by Mr.

9   Toberoff, what did he say to you about specifically about

10  the opinions that he wanted you to render?

11        MR. TOBEROFF:  Lacks foundation.  Assumes

12  facts.

13  A.    Well, I think the issue of me doing an expert

14  report was first mentioned by The New York Times before

15  Mr. Toberoff approached me.  I declined to be interviewed

16  by The Times, and in an article they said Evanier would

17  not -- some form of Evanier didn't speak to us because

18  he'll probably be a witness in this case or an expert.

19  And I believe Mr. Toberoff said something like, Well, I

20  guess The New York Times was ahead of us.

21        Then he asked me to prepare an expert report,

22  and he said that he wanted me to cover -- he wanted me to

23  address the relationship -- the working relationship that

24  Jack had with Marvel, how he worked for them, what his

25  relationship to the company was.

1     Q.     Well, did you go to any reference work or

2   textbook or publication of any kind to check to see

3   whether or not the conclusions you reached were, in fact,

4   reliable?

5     A.     I don't know of any reference book or source

6   like you're describing that would do that.  I derived a

7   lot of my knowledge about Marvel from books, as I

8   mentioned.  There is very little written and published

9   about a lot of this material.  A lot of what has been

10   published about it was written by me.

11          So if the question is, did I check my opinions

12   against published works by others, I don't think there are

13   any published works by others that would cover this

14   material.

15     Q.     Okay.  And my question -- and that's close,

16   but my question is:  Is there any way that you can think

17   of to test the reliability of the opinions that you

18   reached or what you say is your understanding of what

19   occurred back in '58 through '63?  Any way to test that?

20     A.     Let me think for a minute.

21          I don't know of any way to test this kind of

22   thing.

23     Q.     Take a look at your report.  And I want to

24   point you to certain things that you wrote.

25          Let's look at page 5, for example.  Starting

1    people there, printers there to pay.

2              And the companies were frequently pleading

3    poverty, lowering rates.  It was a very -- it was a

4    business that very few people bet would be there in the

5    future.

6              It's amazing that it's still there.  Even when

7    I got into comic books into the early 70s, there were

8    people, prominent people, in the industry predicting the

9    industry had less than five years to live and predicting

10   demise.  And then you still had -- would have frequent

11   cases where you came in one day and they'd canceled half

12   the line or laid off half the staff.  And there were

13   problems meeting payroll sometimes, problems paying

14   people.

15             So when I say "fly-by-night," that's kind of a

16   way of saying the industry was not very well grounded

17   in --

18        Q.    How did you come to find out all these facts?

19             MR. TOBEROFF:  Asked and answered.

20        A.    All right.  Well, since about 1966 or -67,

21   I've been talking to people who did comics.  I was

22   fascinated by comic books.  And I have interviewed just

23   about everybody I could meet who ever worked in comic

24   books, including, you know, people who ran xerox machines

25   or photostat cameras.

1        And whatever was written about comics, which

2   for a long time was not much, I bought, I read.  I read

3   all the comic books.  I still have one of the largest

4   collections around.

5        And I have been going to comic book

6   conventions since 1970.  There's this annual convention in

7   San Diego that's now -- they've had 41 of them.  I've been

8   to all 41 of them.  And at most of them I've conducted

9   panels and seminars and interviewed people extensively.

10       Because there has not been as much written

11  about comics as there probably should be, the history has

12  been mostly oral.  And I've been fortunate to have

13  interviewed a lot of people who worked in comic books in

14  the early days, frequently the only interview they ever

15  gave.

16       The convention has been very nice.  If I tell

17  them they've located an oldtimer who worked in comic books

18  in the 40s who hasn't been around the industry for a

19  while, he's never been to a convention, they'll send him a

20  first class ticket and fly him to San Diego to be there.

21  And I'm usually the person who interviews that person.  I

22  can give you examples of that, if you want.

23       But at the convention, most of the panels that

24  are about comic book history are conducted by me.  And so

25  it's been kind of since the late 60s it's been kind of an

1    interest of mine.  And even before I thought I might work

2    in the comic book field, I was fascinated by it.

3            And just, you know, when I was in high school,

4    I found out that one of the kids in my chemistry class had

5    a father who had worked in comics.  And I asked him, Could

6    I meet your father?  And he didn't understand why I wanted

7    to, and his father didn't understand.  But I went over one

8    day and spent the afternoon talking to his father about

9    working for publishers in the 1950s.  His father had not

10   drawn a comic book since, well, in at least 10 years.  I

11   just wanted to know what the business was like, how he was

12   treated, how he did what he did, how the work was

13   produced.

14           I don't know if I'm answering your question.

15   Q.      Yeah.  That's fine.  Okay.

16           You mentioned at the top of page 5 in that

17   connection that:  Comic book publishers did not see any

18   value in the product, in their product, beyond monthly

19   sales figures.

20           What's the basis for that statement?

21   A.      Early on, this is something that was told to

22   me by the artists and the editors and people I talked to.

23   Jack Kirby talked to me greatly about that.  Jack was in

24   comics almost from the beginning.  And he was by no means

25   the only one who told me this, but he used to say that

1   these guys had no imagination; that the publishers all

2   they thought about was this month's sales and that they

3   didn't realize that they were -- that they had the

4   underpinnings of a media conglomerate.  Didn't use the

5   term at that time, obviously.

6          But these characters that they were doing

7   could be exploited in other fields.  You know, he would

8   point to, in fact, Walt Disney was not interested in just

9   making Mickey Mouse cartoons.  Walt Disney was interested

10  in expanding Mickey Mouse into all different fields and

11  doing toys and games and comic books and comic strips and

12  eventually a theme park.  Whereas someone like Martin

13  Goodman at Marvel, who he cited frequently, was he thought

14  was a man of limited vision, limited imagination.

15         And he told stories about how he would go to

16  Martin Goodman and tell him what Marvel could be, how it

17  could expand.  This is even before it was called Marvel.

18  And he got back very little response.  It was just -- he

19  did not -- he always thought that Martin Goodman grossly

20  undervalued Marvel when he sold it in the late 60s.

21         Q.    Now, your testimony is or your opinion is that

22  publishers didn't see any value in the product beyond

23  monthly sales figures, but you previously testified, I

24  believe, and written that during this period of time the

25  publishers also would not negotiate with artists with

1    A.     No.

2    Q.     You never heard that before?

3    A.     I never heard that he fired them because they

4    were working for other publications.  No.

5    Q.     What --

6    A.     No, I did not.

7    Q.     Did you ever hear that they were working for

8    other publications?

9    A.     Yes.

10   Q.     At the same time they were working for Marvel?

11   A.     Yes.

12   Q.     Go back to page 5 for a moment.  The top

13   paragraph.  First full paragraph.  You write, "There was

14   no expectation that it would ever be reprinted and little

15   that the characters would be merchandised or exploited in

16   other media."

17          What was the basis for that conclusion?

18   A.     The way it was described to me by people who

19   were working there in the comics at the time.

20   Q.     In fact, a number of publishers did reprint

21   their books, did they not, back in this period of time?

22   A.     What period are we talking about?

23   Q.     We're talking about up through the 50s and

24   60s.

25   A.     There was very little reprinting done of

1   There was a lot of romance material for Crestwood.   There

2   was a book called Young Romance.   There was a book called

3   Strange Worlds of your Dreams.   There was also a book

4   called Young Love.   There was a book called Young Brides.

5           Do you want more than that?

6   Q.    No, that's fine.

7           With regard to going back to this issue of

8   reprints and merchandising and so forth.   Am I correct

9   that, in fact, there were merchandise that was sold with

10  regard to Captain America back in the 40s and 50s?

11  A.    In the 40s, very little.

12  Q.    There was some?

13  A.    There was a Captain America fan club that they

14  advertised in the comics and sold.   You could get -- you

15  could join the Captain America Sentinels of Liberty, and

16  you could get a pin and a badge and a certificate for a

17  dime.

18  Q.    What about Superman?   There was -- Superman

19  was merchandised back in the 40s and 50s, wasn't it?

20  A.    Superman was merchandised.   Yes.

21  Q.    Now, in connection with the opinions in your

22  report, is one of the bases for reaching those opinions or

23  reaching the understandings that you had -- the personal

24  interactions you had with Mr. Kirby?

25  A.    Yes.

1    Q.    And with the Kirby family, Mrs. Kirby?

2    A.    Yes.

3    Q.    Now, did it -- you've testified previously

4    that, I think in the prior deposition but also in other

5    places, that Kirby often had some poor memory about things

6    that had occurred in the past as to things that were

7    created or not created.

8         MR. TOBEROFF:  Misstates prior testimony.

9    A.    I don't think you're characterizing my

10   testimony correctly.

11   Q.    Okay.  What was it that -- what was your

12   understanding of -- strike that.

13        It's a fact, is it not, that from time to time

14   Jack Kirby would make statements with regard to the

15   creation of characters that turned out to be incorrect;

16   isn't that right?

17   A.    No.  Once in a while there was -- there were a

18   couple occasional incidents, and he corrected himself when

19   he realized his mistake.

20   Q.    Okay.  The record will speak for itself.

21        Did it ever occur to you, based on your

22   interactions with Kirby and Roz, that his version of what

23   had occurred back in 1958 through 1963 may have been

24   incorrect?

25   A.    It occurred to me that it might have been, and

1   versions Mr. Kirby has given.  Let me say that again.  Mr.

2   Kirby's version was always consistent.  Mr. Lee's version

3   has changed from time to time, and Mr. Kirby's version is

4   in conflict with some of the accounts Mr. Lee has given.

5       Q.     And you chose to find Mr. Kirby's version more

6   credible than Mr. Lee's; is that correct?

7       A.     I chose to find -- I chose to believe the

8   version which I heard from both of them which coincided

9   and to discount any versions which only served one

10  person's purposes.

11              MR. QUINN:  Let me have that answer back,

12  please.

13              (The record was read.)

14      Q.     So you chose to disbelieve certain parts of

15  Mr. Lee's version or testimony in favor of Mr. Kirby's

16  version; correct?

17              MR. TOBEROFF:  Misstates --

18      A.     No.  No.

19              MR. TOBEROFF:  Misstates the record.  He said

20  he had never read Lee's testimony.

21      A.     First of all, I'm not talking about testimony.

22  I'm talking about versions that -- I'm talking about

23  sitting across from Stan at lunch and hearing him tell me

24  things and talking to him informally and talking to him

25  one on one.  I have also read interviews of him.

1    Mr. Lee's versions occasionally differ from

2  one another.  You can't believe all of them because

3  occasionally they're mutually exclusive.

4    When Mr. Lee's version and Mr. Kirby's version

5  matched up, and they matched the printed comics, and they

6  kind of coincide with what people around them told me,

7  then that is the version that I take to be the most

8  credible.

9    Q.    And when they don't match up, you chose Mr.

10  Kirby over Mr. Lee; isn't that true?

11    MR. TOBEROFF:  Misstates testimony.

12    A.    That's -- yeah, that's misstating testimony

13  like the man says.

14    Q.    I'm not asking for the testimony.

15    A.    No.  No.  What I'm saying is that in cases

16  where I have heard multiple versions, or things which

17  sometimes which just don't match the printed comics that I

18  can hold in my hand, I choose to -- I make a value

19  judgment for myself, as anybody doing journalism would do,

20  and I believe the version that seems to be the most

21  consistent throughout more people's versions.

22    Q.    Now, in reaching the opinions that you reached

23  in connection -- in connection with your report, is it

24  your testimony that you did not read the sworn testimony

25  of Stan Lee in this case?

1    A.    I glanced at it.  I did not read it in full.

2    Q.    And is it also your testimony that you did not

3  read the sworn testimony of John Romita in this case?

4    A.    I did not see Romita's testimony.

5    Q.    And is it your testimony that you did not read

6  the sworn testimony of Roy Thomas in this case?

7    A.    I did not read Mr. Thomas's testimony.

8    Q.    And so you mentioned as a journalist that you

9  would want to get the fullest information possible to

10  reach certain conclusions.  Wouldn't it have been useful

11  for you to have read the actual sworn testimony of people

12  who were at Marvel at part of or all of the period from

13  1958 through 1963?

14         MR. TOBEROFF:  Objection.  You're referring to

15  depositions that occurred after this report.

16    A.    That's what I was going to say.  Are you

17  asking me did I read the testimony -- are you asking me

18  did I read their testimony before I prepared my report?

19    Q.    Yes.

20    A.    The testimony didn't exist when I prepared my

21  report.

22    Q.    Mr. Lee testified --

23         MR. TOBEROFF:  Some did; some didn't.

24    Q.    -- in May of 2010.  Your testimony -- your

25  report is dated in November of 2010.  So by my

1    recollection, that's -- it did exist for about six months.

2          A.     I had not -- I was not aware of it.

3          Q.     So I have it right.  Mr. Toberoff did not make

4    you aware of Mr. Lee's testimony before you issued your

5    report.  Is that your testimony?

6          A.     I did not have a copy of Mr. Lee's testimony

7    before I issued my report.

8          Q.     Did you ask for a copy of it before you issued

9    your report?

10         A.     No, I did not.

11         Q.     Were you aware there was such a deposition?

12         A.     I was not necessarily aware that it had taken

13   place yet.

14         Q.     So Mr. Toberoff did not inform you that Mr.

15   Lee had been deposed in this lawsuit under oath prior to

16   your issuing the report; is that correct?  Do I have that

17   right?

18         A.     Let me think.  I don't remember that.  I don't

19   remember.

20         Q.     It's fair to say, is it not, that essentially

21   the methodology you used in coming to the opinions that

22   you did in your report is that you took versions from

23   Kirby, versions from Lee, and you decided which ones you

24   thought were the most credible; isn't that right?

25         A.     No.

1          MR. TOBEROFF:  Misstates testimony.

2     A.     No.  No, that's not what I said at all.  I

3  said, first of all, I said I looked at the printed comics.

4  I looked at whatever materials existed.  I talked to other

5  people who were around at the time who had histories of

6  working with Stan Lee and with Jack.  I talked extensively

7  with Sol Brodsky, who was Stan's right-hand man during

8  this period.  I talked to other -- I talked to Steve

9  Ditko, who was working for Marvel during this period.

10          MR. TOBEROFF:  You can keep answering.

11     A.     Yeah.  All right.  I'm sorry.  Then I lost my

12  train of thought here.

13          It is not merely a matter of me weighing

14  Stan's accounts against Jack's.

15     Q.     In reaching the conclusions that you reached

16  in your report, which was submitted to us in early

17  November, I'm correct that you did not read the testimony

18  of Stan Lee, John Romita, and Roy Thomas who testified in

19  this case; correct?

20     A.     That is correct.

21     Q.     Even though all of those depositions took

22  place before you issued your report?

23     A.     I don't know that that's true.

24     Q.     I will so represent to you that it's true.

25     A.     I did not read those depositions.

1    A.    Jack's original pages of Spider-Man were not

2    used.  Then Steve Ditko did it.  However, Jack maintained

3    that he created Spider-Man.

4    Q.    And so this would be a circumstance, for

5    example, where -- maybe I've got this wrong.

6         But put aside what he maintained.  What did

7    you conclude as to the creation of Spider-Man?  Did you

8    find Mr. Kirby's version more credible than Mr. Lee's,

9    which is in clear conflict?

10   A.    I don't find them completely in conflict.  I

11   find certain areas that overlap.  And in this particular

12   -- this is -- you're kind of asking me for what could be a

13   very long answer here, if you want to go through the whole

14   thing.

15   Q.    I don't know.  That's a good question.

16   A.    Because I've spent hours discussing this with

17   people.  My version that I reported on, written about, of

18   the creation of Spider-Man allows for certain he said/he

19   said variations.  There are, however, certain parallels in

20   the stories and the accounts that I find indisputable.

21   Q.    So you're taking an amalgam of different facts

22   and versions and choosing to try to make them consistent

23   in such a way that you reach a conclusion?

24   A.    Well, when I report on this, I try to separate

25   what is conjecture from what is, I believe, indisputable.

1  And I leave it -- well, when I have written about this, I

2  generally leave it to the reader to make certain decisions

3  about the process.

4  I think that there are things you can say

5  about it that are obvious.  I think there are things you

6  can say that are simply common sense, because I don't

7  think that either Stan's or Jack's accounts exactly match

8  the physical evidence of the printed comic that resulted.

9  But I think it is possible to come to a

10  scenario of how Spider-Man came to be that allows for the

11  fact that at various stages there's the Stan Lee version,

12  and the Jack Kirby version, and they could in some cases

13  both be true based on interpretation of certain words,

14  certain verbs.

15  It's something when I have written about it

16  I'm very careful to try and not take -- not to say either

17  Stan's version was completely correct or Jack's version

18  was completely correct, because I don't think either one

19  of those tells the entire story.  But they are not -- it

20  is wrong to say that they are in complete conflict.

21  Q.    Some areas we can agree on.  I think we did

22  agree on one, which was that Stan, in fact, didn't use the

23  original drawings by Jack with regard to Spider-Man;

24  correct?

25  A.    That is correct.

1    A.    All right.  Where did I say that word?

2    Q.    We'll come back to it.

3    A.    Depending on the context, that might be the

4  correct word.

5          MR. TOBEROFF:  Misstates his testimony.

6    Q.    I think you testified previously in the prior

7  deposition, but I want to ask you a follow up in this

8  context.

9          You have written extensively about Jack Kirby

10  and his contributions to the comic book industry; correct?

11    A.    Yes, I have.

12    Q.    And you also have given lectures and spoken

13  extensively on that subject?

14    A.    I have.

15    Q.    And could you estimate for me or for us how

16  much you've been paid or how many royalties you've

17  received in connection with the books you've published on

18  Jack Kirby, the articles that you've written on Jack

19  Kirby, the presentations you've made on Jack Kirby going

20  back over the last 20 or 30 years?

21    A.    Well, lectures I think I have never been paid

22  for a lecture about Jack.  I have been paid for lectures

23  where Jack was mentioned, but he was not the primary

24  subject of the lecture.

25          Articles?  I have written the Forwards for --

1    I'm going to give you an estimate.  This is not a finite

2    number.  I have written the Forwards for approximately 20

3    to 25 reprint collections of Jack's work.  And I usually

4    get somewhere between $250 or $500 for each one, which is

5    a standard fee for Introductions of these kind of things.

6         Q.    Mm-hmm.

7         A.    I have written one book about Jack.  I really

8    don't remember how much I've been paid on that, but I

9    believe we're furnishing that material to you, if I can

10   dig out the records of what I've been paid on that.

11              What else is there?

12        Q.    Do you have an estimate as to how much that

13   would be?

14        A.    Well, for the Forwards maybe --

15              MR. TOBEROFF:  I think he's referring to the

16   book.

17        A.    The book?  I don't have --

18        Q.    I was referring to the book.

19        A.    I don't have an estimate for it.  They're way

20   behind in paying me, so I don't know.

21        Q.    You refer yourself in the report at one point

22   as a comic book historian.  Is there anybody else in the

23   industry that you consider to be a comic book historian?

24        A.    Yes.  You know, to varying degrees there are

25   lots of people who write about comic books.  Roy Thomas

Page 111

1          MR. TOBEROFF:  Compound.

2     A.     Well, Mr. Kirby believed -- said that he took

3  some of the ideas that became the Marvel heroes in.  He

4  brought them in, did sketches first, took them in and

5  showed them to Stan.

6          So to the extent that that answers your

7  question, that answers your question.

8     Q.     Well, I'm asking for your understanding as to,

9  first of all, what did Mr. Kirby tell you about that,

10  which characters, when did he do that, and whether or not

11  this was one of the versions you chose to believe.

12     A.     Okay.  Mr. Kirby told me that he brought in

13  sketches for knew characters, including rough sketches of

14  The Fantastic Four that he did on his own.  Brought them

15  in.

16          His version of the creation of Fantastic Four

17  was that when Mr. Goodman asked for a superhero book to

18  parallel DC Comics' Justice League of America, Stan's

19  initial idea was to revive the characters from the 1940s

20  The Human Torch, The Submariner, Captain America, and

21  certain others.

22          And Mr. Kirby then went out and said, no, we

23  need new characters.  And he came up with some sketches.

24  And he took them in, and The Fantastic Four was born out

25  of those discussions.

1  Brodsky, who was the right-hand man who was present for a

2  lot of this, he more or less endorsed the Kirby version to

3  me.

4       Q.     Sol Brodsky is dead; right?

5       A.     Yes, he is.  But I haven't published this.

6  This is an area where when I write about this, I say that,

7  and I think I say in my book, in effect, Jack and Stan got

8  together and came up with the characters.  I don't remove

9  from that period, which as you keep reminding me I was not

10  present for --

11      Q.     I haven't reminded you the whole day.

12      A.     I think you did someplace in there, but

13  anyway.

14             You know, there's a limit to how much we can

15  know about what two men did behind closed doors years ago.

16  There's also a limit to how much each of them could even

17  remember about that at the time.

18             And I was sometimes when I have written about

19  this I also from my own experience talk about the fact

20  that collaborators can honestly disagree five minutes

21  after a meeting of whose idea was which because one person

22  threw out an idea and another person expanded on it and

23  such.

24             So I have not uncovered anything which would

25  convince me that Jack didn't bring in some sketches.  And

1    I don't know how much those sketches resembled the

2    finished product.  But Jack said he brought in ideas.  I

3    know that Jack was a fountain of ideas; that he had a

4    lifetime history of batting out ideas for new characters

5    and sketches.  And every single human being who ever

6    worked with Jack will tell you that, including Stan Lee.

7              So I choose to believe that because of Jack's

8    modus operandi, and the way he always worked, that he

9    brought in something, and Stan brought in something, and

10   collectively The Fantastic Four emerged from those

11   discussions.  And I specifically avoid trying to say that

12   I know exactly what happened behind those closed doors,

13   because it was apparent to me that there was some level of

14   collaboration there.

15             I find in my own experience, and in my own

16   observation, and talking to the people who knew Jack well,

17   Jack was a creating character machine.  He was also

18   creating characters.  He created characters when he was

19   asked to.  He created characters when he wasn't asked to.

20   He was a very fertile person.  And Stan has said that many

21   times.

22        Q.    Do you know -- I'm sorry.  Please finish.

23        A.    So I hope I'm answering your question.  But

24   the mere fact that somebody says, you know, that a

25   publisher says I would really like to do a western, and

1       I would want to know if, you know, The New

2   York Times gave him the typewriter he was working on.

3       Q.    Anything else?

4       A.    I think those right there are --

5       Q.    Well, let's assume they're going to pay him

6   for the article whether or not they publish it.

7             MR. TOBEROFF:   Again I object.  He's not a

8   lawyer, asking for a legal conclusion as to whether

9   something is work for hire under the 1909 Copyright Act

10  that even lawyers have trouble answering.  It's outside

11  the scope of his expert opinion.

12      A.    I think this question is too vague to answer

13  even as it is.

14            MR. QUINN:   This is probably a good place to

15  break for lunch.

16            THE VIDEOGRAPHER:   Off the record.  The time

17  is 1:10 p.m.

18            (Recess.)

19            THE VIDEOGRAPHER:   Back on the record.  The

20  time is 2:20 p.m.

21      Q.    BY MR. QUINN:  Good afternoon, Mr. Evanier.

22      A.    Good afternoon, sir.

23      Q.    You had mentioned previously in connection

24  with one of the answers you had given regarding

25  conclusions you had reached relating to Jack Kirby's

1    relationship with Marvel back in the '58 to '63 period

2    that you'd had discussions with, among other people, Sol

3    Brodsky.  Remember that?

4         A.    Yes.

5         Q.    Could you tell me when you had those

6    discussions?

7         A.    1975 and 1976.  Met mr. Brodsky before that.

8    We had an extended conversation in '75 and another one in

9    '76.

10        Q.    And do you recall --  how long ago, by the

11   way, did Mr. Brodsky pass away?

12        A.    Oh, early 80s.  '83, '84, I think.

13        Q.    You mentioned you had a conversation with him

14   in '75 and '76.  What do you recall him telling you at

15   that time about the Kirby/Lee relationship in the '58 to

16   '63 period?

17        A.    Well, mostly I told Sol the way I understand

18   the situation, and he agreed or amplified or corrected me.

19   I was mostly using him as, you know, Jack told me this,

20   Stan told me this, what do you think?

21        Q.    Do you recall the specifics of the

22   conversation you had with Mr. Brodsky about what you were

23   saying your understanding was and what his responses were

24   as to what Jack told you or what Stan told you?

25        A.    He endorsed pretty much most of what Jack told

1  me but with some corrections and different memories.  Do

2  you have a specific topic?

3      Q.    Well --

4      A.    We talked for hours.

5      Q.    What is it that Jack told you that you say Mr.

6  Brodsky endorsed?

7      A.    Well, I asked him in the early days was it

8  true that Jack would come up with the plots for things,

9  and Jack would go home often with know -- with very little

10 input from Stan.  Or that sometimes it would be done over

11 the phone, and Stan would say, "I don't have time to talk

12 about the next issue with you, so just do something," and

13 Jack would go ahead and draw an issue.

14      I remember one thing he told me was that --

15 and this is not a quote; this is a paraphrase by me --

16 that repeatedly there was a situation where Jack would

17 come into the office, and he and Stan would talk about the

18 next issue of Fantastic Four, the issue of Fantastic Four

19 that Jack was going to go home and start working on.

20      And on the way out, Jack -- and Stan would say

21 to Jack:  Oh, then after that we're going to do a Thor

22 story, you know, next month.  Got any ideas for that?

23      And Jack would say -- this is me making

24 something up here -- Jack would say something like:  Oh,

25 yeah, I got an idea for a story with Loki in it.  And then

1  Jack would go home and draw the Thor story that wasn't

2  needed next instead of The Fantastic Four story that was.

3  He would get confused as to which story he was supposed to

4  do in what order.

5          So he would do this whole issue of Thor and

6  bring it in, and Stan would say:  Well, where's the issue

7  of Fantastic Four we were doing?

8          And he'd say:  Oh, I thought we were doing

9  Thor first.  He would get confused as to which book he was

10  to do in which order.

11     Q.     Is that because there were deadlines that he

12  had to meet?

13     A.     They were pretty much ahead of deadlines.

14  It's just that one book may be way farther ahead than

15  another.  Stan would pick out which -- let's do a Thor

16  next.  Based on sometimes the deadlines had less to do

17  when the material was needed for publication than when the

18  artist would be inking the story would be needing work.

19  In other words, if the inker of Fantastic Four was not

20  busy, they might do a Fantastic Four issue next so they

21  could feed work to that inker.

22          Most of the stories they did were way ahead of

23  publication deadline because Jack and Stan were both very

24  prolific, both very fast and producing an awful lot of

25  work.  Jack occasionally would do an issue, you know, in a

1      Q.     You state in the paragraph that starts

2   "Goodman meanwhile" about a few lines down.  "But until

3   the debut of Fantastic Four in 1961, few comics seemed to

4   be permanent fixtures."

5             What's the basis for that statement?

6      A.     Looking at the history of publishing at

7   Marvel, they tended to cancel books very fast.  The ones

8   that -- the ones that kept going for quite some time were

9   flukes.

10            And, you know, I have talked to an awful lot

11  of people about Martin Goodman, and there is a unanimity

12  of opinion about him from people who worked in that time

13  period.  And Stan Lee has said this on many occasions, and

14  Sol Brodsky said it, and Jack said it.  It's a consistent

15  portrait of a man who was always trigger happy, ready to

16  cancel a comic when he got one bad sales report.  Sales

17  were down, he would cancel a book.

18            Sol Brodsky told me that frequently, very

19  often, in fact, what would happen would be that they would

20  get the sales figures in on, let's say, you know, Issue 22

21  of a comic.  And Martin would go, oh-oh, it's down.  Let's

22  cancel it.  Then someone would tell him, well, we've got

23  Issues 22, 23.  We've got the next three issues sitting on

24  the shelf.  And he would decide, well, it would be cheaper

25  to publish them than to write that material off.  So

1   they'd publish those issues.  And by the time they could

2   cancel the book and not have inventory left over, they

3   would get some encouraging sales figures, so he would

4   uncancel the book.

5            And so very few comics at Marvel were ever

6   done with the expectation, well, this comic will be done a

7   year from now or two years from now, which was different

8   from quite a few of the other publishers.  Most of the

9   major publishers had a few titles that were solidly

10  ensconced.  And DC Comics was never worried they would

11  have to cancel Superman soon.  Dell Comics was never

12  worried they would have to cancel Donald Duck soon.

13           But Martin ran his company with the idea that,

14  well, we may have to cancel all war comics and replace

15  them with Westerns, or replace all our love comics and

16  replace them with comic books about funny rabbits or

17  something.

18       Q.    You're familiar with Marvel's horror titles?

19       A.    The ones in the 50s?

20       Q.    Yes.

21       A.    Yes, I am.

22       Q.    Amazing Fantasy and Journey into Mystery?

23       A.    Amazing Fantasy was in the late 50s, early

24  60s.  Yes.

25       Q.    Those, that group of titles, in fact, did last

1   most of these stories.

2      A.      I am not familiar with that deposition.  I

3   have seen him claim that on some occasions.

4      Q.      Okay.  On page 10 of your expert report at the

5   top of the page you say.

6          (Reading:)  As Stan Lee himself noted on many

7          occasions, "plotting" with Kirby could often be

8          accomplished in a matter of minutes and in later

9          years might be done via brief phone call with

10         Jack telling Stan what the next issue would be

11         about.

12         Now, what is the basis for that statement?

13     A.      I listened in on one of Jack and Stan's

14  plotting -- on Jack's end of a phone call the first day I

15  ever met Jack.

16     Q.      And how did that go?  What do you recall about

17  listening in to a plotting phone call between Jack and

18  Stan Lee?

19     A.      Three friends of mine and I visited Jack.

20  This was in July of 1969.  I think it was the second week

21  of the month.

22     Q.      I think you testified about that previously.

23     A.      While we were there, I was talking to Jack in

24  this little den he had in his house in Irvine.  Roz came

25  in and said, "Stan Lee is on the phone."

1         And Jack said, "Tell him I will call him

2    back."

3         And Roz said, "It's 5:30 in New York,"

4    whatever the time was.  "He's got to leave for the day.

5    He needs to talk to you."

6         And Jack said -- apologized to us, and he took

7    the call in front of us.  And Jack just told -- just had

8    on his drawing board at the time he had Fantastic Four No.

9    98, which he had just completed and was about to send in.

10        And he already had -- he knew what he was

11   doing on -- he was going to draw an issue of Thor next.

12   And he knew what he was going to do for that.  And Stan

13   was calling to find out when The Fantastic Four issue

14   would be in and to discuss what Jack would do for the next

15   issue because Stan needed to write some advertising copy

16   that would say what the issue was about.

17        And Jack told him what he had in mind for the

18   story.  And Stan said, Great.  And I did not hear Stan's

19   end of the conversation.

20        Q.    I was going to ask you that.  It wasn't on a

21   speaker phone, was it?

22        A.    No, no, but --

23        Q.    Didn't have speaker phones back then.

24        A.    But the whole conversation was probably less

25   than four minutes, so it was a brief phone call.  And I

1   heard Jack tell Stan what the next issue would be about,

2   which is what I wrote here.

3        Q.     And that's the basis for the statement?

4        A.     That's exactly the basis of the statement.

5   And on top of that --

6        Q.     So other than the one --

7        A.     No, no.  Let me finish my sentence, please.

8             On top of that, Stan said things like that all

9   the time.  Stan told me on many occasions that, especially

10  on the later issues, Jack was controlling the story lines.

11  I think there's a quote elsewhere in my book here where I

12  quote Stan as saying, "Sometimes Jack will tell me what

13  the next issue is about."  That's from an interview that

14  Stan gave in Castle of Frankenstein magazine about this

15  time.

16            So that's the basis for that.  I mean, this is

17  a very consistent portrait here, and I see no evidence to

18  the contrary anywhere.

19       Q.     You are aware, are you not, that at least with

20  regard to some of the characters there were actual scripts

21  and outlines that were prepared?

22            MR. TOBEROFF:  Vague.

23       A.     I don't know what you mean by that.

24       Q.     Well, we've seen before the outline for

25  Fantastic Four we looked at it in the last deposition.

1    A.    Yes.

2    Q.    And you are aware, aren't you, that, for

3  example, Mr. Lieber, Larry Lieber, has said on many

4  occasions that he wrote full scripts for the comics that

5  he was doing.  You're aware of that?

6    A.    Yes, he has said that.

7    Q.    And that, in fact, includes a number of the

8  comics that Jack was doing the artwork for; correct?

9    A.    Yes.

10    Q.    By the way, do you have any basis for

11  disagreeing with Mr. Lieber's statements that he would

12  write the scripts before the panels would be drawn?

13        MR. TOBEROFF:  Vague as to what we're talking

14  about exactly.

15    Q.    With regard to those comics that Mr. Lieber

16  wrote the scripts for, do you have any basis for

17  disagreeing that he wrote those scripts before the panels

18  were drawn?

19    A.    My understanding is that Larry Lieber wrote

20  scripts before the panels were drawn, but that that

21  statement as you phrased it does not give a full portrait

22  of the process.

23    Q.    Other than the phone call that you described

24  in 1969, do you have any other personal direct knowledge

25  of how the comic books that Lee and Kirby worked on

1  together were plotted?

2      A.      Talking to people who worked with them,

3  talking to Sol Brodsky, talking to other people who worked

4  with Stan and Jack concurrently.

5      Q.      Who were the other people?

6      A.      Talking to Stan for that matter, Stan himself.

7  Stan and Jack both told me stories that matched up about

8  those meetings.  You know, if Stan says, oh, yeah,

9  sometimes I just called Jack and said do another issue of

10  Dr. Doom, and Jack tells me the same thing, I assume

11  that's pretty good verification.

12      Q.      On page 10 also you wrote that, "As Kirby

13  worked, he would not only draw out the story and invent

14  new characters where necessary" -- by the way, part of his

15  assignment was as to invent new characters, where

16  necessary, wasn't it?

17          MR. TOBEROFF:  Vague.

18      Q.      Wasn't that part of the shtick?

19          MR. TOBEROFF:  Vague.  No Yiddish, please.

20      A.      I understand Yiddish a little bit.

21          As you phrased it, that's difficult to answer.

22  Give me a minute here.

23          Jack was paid and credited as the artist.  It

24  has never been in the industry an assumption that the

25  artist would make up characters when he drew the comic.

1    like that in the room helping flesh out whatever ideas you

2    had, change them, and bring in his input.

3            I'm not saying Stan is lying.  I'm saying he's

4    choosing his words carefully, remembering a version.  I

5    disagree with Stan about some aspects of Marvel history.

6    We've had friendly arguments about certain issues and

7    certain comics and how things came about and how they were

8    published.  And sometimes I get him to agree with me.  I

9    show him evidence.

10       Q.     Well, one thing we've established, during this

11   period from '58 to '63, Stan was there, and you weren't.

12       A.     Yes.

13       Q.     You say in your expert report at page 15

14   carrying over to 16 that "It is also worth noting that

15   Stan Lee did not create any important characters either

16   before Jack Kirby first worked with Lee or after Jack

17   Kirby stopped working with Lee in 1970."

18            Do you see that bottom of 15 over to 16 in

19   your report?

20       A.     Hold on here.  Yes, I see that.

21       Q.     After he stopped working for Lee in 1970, what

22   successful characters did Kirby create?

23       A.     Well, he created a series for DC called The

24   New Gods.  Featured a villain called Dark Side, one of the

25   most important villains in Allied DC Comics.  Did a book

1   old picture of me.

2           MR. TOBEROFF:  Very cherubic.

3           What number are we up to?

4       Q.    14.  Can you just identify this document for

5   us, please.

6       A.    This is a scan or xerox of my column that

7   appeared in Jack Kirby Collector No. Thirty-Eight

8       Q.    And just a couple of questions on this.  You

9   were being asked, I guess, a series of This is Jack FAQs.

10      A.    Yes.

11      Q.    Frequently Asked Questions.  And one of them

12  is:  Jack Kirby designed Spider-Man's custom.

13          And you answer:  False.  Steve Ditko designed

14  the distinctive costume we all know and love.  Jack did

15  claim to have presented the idea to Stan of doing a hero

16  named Spiderman, no hyphen, who walked on walls and other

17  Spiderman themed powers, a claim which Stan formally

18  denies.

19      A.    I think I said vociferously denies.

20      Q.    Oh, I'm sorry.  You're right.  Vociferously

21  denies.

22          Tell me which version do you believe with

23  regard to Jack's supposedly bringing the idea of Superman

24  -- Spider-Man to Stan Lee?  Do you believe Jack's version

25  or Stan's vociferous denial?

1      A.      As I stated earlier, I believe -- well, I

2  believe that Jack did bring in the idea of doing Spiderman

3  to Marvel.

4      Q.      So you believe Jack's version?

5      A.      I believe that part of Jack's version.

6      Q.      That's the part I'm asking you about.

7      A.      Okay.  I believe that Jack did come in and

8  present that to Marvel.

9      Q.      Okay.  And that's based on your discussions

10 with Jack?

11     A.      Based on my discussions with Jack, based on

12 the fact that he had this piece of artwork that said

13 Spiderman done by Joe Simon earlier.

14     Q.      That's the one that you don't have any idea

15 where it is today; right?

16     A.      I don't know where it is today, no, but

17 it's --

18     Q.      Did you ever see the piece of work?

19     A.      I held it in my hands.

20     Q.      You did.  And what happened to it?  Do you

21 have any idea?

22     A.      Jack kept it for many years, and at one point

23 when he was talking to Joe Simon, Joe said, "Hey, I'd like

24 that back."  And he sent it back to Joe Simon.  I think I

25 answered this question earlier.  And the last I saw of it