UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                         :

MARVEL WORLDWIDE, INC.,          :
MARVEL CHARACTERS, INC. and    :
MVL RIGHTS, LLC,               :
                         :

          Plaintiffs,       :

    - against-             :

LISA R. KIRBY, BARBARA J. KIRBY,  :
NEAL L. KIRBY and SUSAN N. KIRBY,  :
                         :

         Defendants.     :

--------------------------------------------------------x     Civil Action No. 10 Civ. 141 (CM) (KNF)
                         :

LISA R. KIRBY, BARBARA J. KIRBY,  :
NEAL L. KIRBY and SUSAN N. KIRBY,  :
                         :

       Counterclaimants,   :

    - against-             :
                         :

MARVEL ENTERTAINMENT, INC.,    :
MARVEL WORLDWIDE, INC.,       :
MARVEL CHARACTERS, INC.,      :
MVL RIGHTS, LLC,              :
THE WALT DISNEY COMPANY,    :
and DOES 1 through 10,         :
                         :

     Counterclaim-Defendants.  :

--------------------------------------------------------x

## NOTICE OF MOTION TO EXCLUDE THE EXPERT REPORT
## AND TESTIMONY OF JOHN MORROW

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law and

accompanying Declaration of David Fleischer, dated February 18, 2011, and the exhibits thereto,

Plaintiffs and Counterclaim-Defendants Marvel Worldwide, Inc., Marvel Characters, Inc. and

MVL Rights, LLC, Marvel Entertainment, LLC (sued herein as Marvel Entertainment, Inc.) and

The Walt Disney Company hereby move the Court, before the Honorable Colleen McMahon, United States District Judge, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York for an order excluding the expert report and testimony of John Morrow and for such other and further relief as this Court may deem just and proper.

Dated:    February 25, 2011            By:    /s/  David Fleischer

HAYNES AND BOONE, LLP
David Fleischer
Sarah Jacobson
30 Rockefeller Plaza, 26th floor
New York, NY 10112
Tel: (212) 659-7300
Fax: (212) 884-9567

WEIL, GOTSHAL & MANGES LLP
James W. Quinn
R. Bruce Rich
Randi W. Singer
Sabrina A. Perelman
767 Fifth Avenue
New York, NY 10153
Tel:  (212) 310-8000
Fax: (212) 310-8007

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Jodi A. Kleinick
75 East 55th Street
New York, NY 10022
Tel: (212) 318-6000
Fax: (212) 230-7691

*Attorneys for Plaintiffs/Counterclaim-Defendants*