# EXHIBIT B



K 00143

US $40.00
Can $48.00
UK £21.00

# JACK KIRBY CREATED OR CO-CREATED SOME OF COMIC BOOKS' MOST POPULAR CHARACTERS

INCLUDING CAPTAIN AMERICA, THE X-MEN, THE HULK, THE FANTASTIC FOUR, THE MIGHTY THOR, DARKSEID, AND THE NEW GODS. MORE SIGNIFICANTLY, HE CREATED MUCH OF THE VISUAL LANGUAGE FOR FANTASY AND ADVENTURE COMICS. THERE WERE COMICS BEFORE KIRBY, BUT FOR THE MOST PART THEIR PAGE LAYOUT, GRAPHICS, AND VISUAL DYNAMIC APED WHAT WAS BEING DONE IN SYNDICATED NEWSPAPER STRIPS. ALMOST EVERYTHING THAT WAS DIFFERENT ABOUT COMIC BOOKS BEGAN IN THE FORTIES ON THE DRAWING TABLE OF JACK KIRBY. THIS IS HIS STORY BY ONE WHO KNEW HIM WELL — THE AUTHORIZED CELEBRATION OF THE ONE AND ONLY "KING OF COMICS" AND HIS GROUNDBREAKING WORK.



K 00144



K 00145



# KING OF COMICS

## MARK EVANIER

INTRODUCTION BY NEIL GAIMAN

740.914
K58Ev
folio



ABRAMS, NEW YORK

K 00153

Editor: Charles Kochman
Editorial Assistant: Sofia Gutiérrez
Designers: Mark LaRiviere and E. Y. Lee
Production Manager: Alison Gervais

Library of Congress Cataloging-in-Publication Data

Evanier, Mark.
   Kirby : king of comics / by Mark Evanier.
      p. cm.
   ISBN 978-0-8109-9447-8 (hardcover with jacket)
   1. Kirby, Jack. 2. Cartoonists–United States–Biography. I. Title.
   PN6727.K57E93 2007
   741.5092–dc22
   [B]                            2007016321

Text and compilation copyright © 2008 Mark Evanier
Introduction copyright © 2008 Neil Gaiman

All characters, their distinctive likenesses, and related elements are ™ and © 2008. All rights reserved. Reprinted with permission:
   DC Comics: 8 (center), 10, 11 (left), 12 (right), 13 (left), 14, 18, 40, 54, 59–61, 63–65, 98, 101, 114, 164–84, and 200 (left).
   Jackie Estrada: 211.
   David Folkman: endpapers and 179.
   Steve Gerber and the Estate of Jack Kirby: 13 (right) and 188.
   Gilberton Publications: 108.
   Hanna-Barbera Productions: 196.
   The Estate of Jack Kirby: 3, 4, 20–39, 41, 43, 44–45, 62, 66–68, 102–05, 148–149, 153, 197–99, 200 (right), 201, 202, 204, 206–10, and 212.
   Samuel J. Maronie: 135.
   Marvel Characters, Inc.: 1, 2, 6, 7, 8 (left), 11 (center and right), 12 (left and center), 13 (center), 14, 16, 17, 47–53, 55, 56, 109–13, 115–46, 150–52, 154–62, 185, 186, 190–93, 204, 212, 213, 214, 216, 220, 221, and 224.
   Greg Preston: 5.
   Ruby-Spears Enterprises: 194–95.
   Joseph H. Simon: 44 (left), 46, 106, and 107.
   Joseph H. Simon and Jack Kirby: 8 (right), 9, 69–87, 88–97, and 100.

Published in 2008 by Abrams, an imprint of Harry N. Abrams, Inc. All rights reserved. No portion of this book may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, mechanical, electronic, photocopying, recording, or otherwise, without written permission from the publisher.

Printed and bound in the U.S.A.
10 9 8 7 6 5 4 3 2 1

**HNA** ▌▌▌▌▌
harry n. abrams, inc.
a subsidiary of La Martinière Groupe
115 West 18th Street
New York, NY 10011
www.hnabooks.com

*Previous pages*
**CAPTAIN AMERICA**
no. 112
April 1969
Art: Jack Kirby and George Tuska
Marvel Comics

Galactus
**THOR**
no. 160
January 1969
Art: Jack Kirby and Vince Colletta
Marvel Comics

Presentation art
Mid-1980s
Art: Jack Kirby

Silver Star
Presentation art
1975
Art: Jack Kirby

Jack Kirby
1992
Photo: Greg Preston

**FANTASTIC FOUR**
no. 51
June 1966
Art: Jack Kirby and Joe Sinnott
Marvel Comics

Endpapers
Photos: David Folkman

*Below and opposite, left to right*
**CAPTAIN AMERICA**
no. 5
August 1941
Art: Jack Kirby and Syd Shores
Marvel Comics

**STAR SPANGLED COMICS**
no. 28
June 1944
Art: Jack Kirby and Joe Simon
DC Comics

**BOY EXPLORERS**
no. 1
May 1946
Art: Jack Kirby and Joe Simon
Harvey Publications

**YOUNG ROMANCE**
no. 1
September 1947
Art: Jack Kirby
Prize Comics

**BLACK MAGIC**
no. 1
October 1950
Art: Jack Kirby
Crestwood Publications

**BULLSEYE**
no. 1
August 1954
Art: Jack Kirby
Mainline Comics





# CONTENTS

INTRODUCTION BY NEIL GAIMAN ............... 11

PREFACE ............................................. 15

ONE: IN THE STREETS ........................... 19

TWO: PARTNERS .................................. 49

THREE: JACK WITHOUT JOE ..................... 99

FOUR: FACING FRONT ........................... 111

FIVE: WITHOUT A COUNTRY .................... 165

SIX: SOMETHING ELSE ........................... 189

SEVEN: GODS ON EARTH ........................ 207

AFTERWORD ....................................... 217

ACKNOWLEDGMENTS ............................ 220

INDEX .............................................. 221

  



K 00355

SEVEN

# GODS ON EARTH

> "I DON'T THINK IT'S ANY ACCIDENT THAT AT THIS POINT IN THEIR HISTORY THE ENTIRE MARVEL UNIVERSE AND THE ENTIRE DC UNIVERSE ARE NOW ALL PINNED OR ROOTED ON KIRBY'S CONCEPTS."
> —MICHAEL CHABON, *THE NEW YORK TIMES*



*Opposite*
Presentation drawings for a proposed new version of Captain America.
1968
Art: Jack Kirby and Don Heck
Color: Jack Kirby

*Above*
CAPTAIN GLORY
no. 1, cover
April 1993
Art: Don Alan Zakrzewski, adapting Kirby drawing from 1968
The Topps Company, Inc.

JACK KIRBY SPENT the last ten years of his life being flattered. He was semiretired, but receiving accolades was almost a full-time job. King of Comics, indeed.

The positive side won out, as it always had with Kirby. He rarely thought about what he hadn't gotten, and focused instead on what he had. Oddly enough, the whole brouhaha over his original artwork—as painful as it had been for him and Roz—helped. Having the industry and fandom rally around him erased all concerns that he would be forgotten.

"They never got my name," Jack said proudly on more than one occasion. His decreasing ability to produce artwork seemed to coincide with a rise in trophies and tributes. His name was everywhere, and he was even able to lease it along with some leftover character concepts to the Topps trading card company for a new, short-lived comic book line. They called it "The Kirbyverse." Again, there wasn't much money, but the principle was twenty-four karat.

MANY OF JACK'S TRIBUTES came via the annual comic book convention in San Diego. The con had started in 1970 with him as one of its first guests of honor. Apart from the year of his heart attack, he attended every one during his lifetime, watching unsurprised as the event grew ever bigger and more media-diverse.

Early on, it had been the subject of one of those Kirby predictions that few took seriously when he made it. He said the con would grow until it took over all of San Diego. He said that the definition of "comics" would expand beyond those things printed on cheap paper. It would be about comic books as movies, comic books as television, comic books in forms yet to be invented. He said—and this is a quote—"It will be where all of Hollywood will come every year to look for the idea for next year's movies."

K 00356