# EXHIBIT C



Copyright 1972 by Communicators Unlimited/All Rights Reserved/Reproduction of cover or contents without permission from the publishers is prohibited

ME 00959

ME 00960








COMMUNICATORS unlimited
POB 336   Newbury Park, Calif. 91320

THIRD CLASS
PRINTED MATTER
DO NOT BEND

Jack Kirby's GODS
A SET OF 4 FULL COLOR POSTERS



ME 00955



ME 00956



ME 00957



Heimdall

ME 00958