# EXHIBIT B







# Stan Lee & Jack Kirby

# FantasticFour

## THE LOST ADVENTURE

Between 1961 and 1970, Stan Lee and Jack Kirby produced 102 consecutive issues of FANTASTIC FOUR, as well as six Annuals. However, there was a 103rd issue that they'd begun working on, but never completed.

While portions of that story saw print some months later as an extended flashback sequence in FANTASTIC FOUR #108, the original incarnation of that tale has never been finished--until now!

Working from Jack Kirby's penciled pages and their extensive border notes, Stan Lee and Joe Sinnott have reunited to complete what they'd begun 38 years earlier, aided in part by Ron Frenz and Chris Sotomayor.

This is

# FANTASTIC FOUR: THE LOST ADVENTURE

### "THE MENACE OF THE MEGA-MEN!"

**A Stan Lee and Jack Kirby Production**

Additional Pencils by **Ron Frenz**
Embellisher – **Joe Sinnott**
Colorist – **Chris Sotomayor**
Letterer – **Artmonkey's Dave Lanphear**

### "FANTASTIC FOUR #108: KIRBY'S WAY"

Writer – **John Morrow**
Designer – **Rommel Alama**

### FANTASTIC FOUR #108: "THE MONSTROUS MYSTERY OF THE NEGA-MAN!"

Writer – **Stan Lee**
Pencilers – **Jack Kirby, John Buscema & John Romita Sr.**
Inker – **Joe Sinnott**
Letterer – **Sam Rosen**
Color Reconstruction – **Michael Kelleher**

Assistant Editor – **Molly Lazer**
Editor – **Tom Brevoort**
Editor in Chief – **Joe Quesada**
Publisher – **Dan Buckley**

**Special Thanks to Jeff Youngquist, Mark Beazley, Lisa Kirby and the Kirby Estate**

FANTASTIC FOUR: THE LOST ADVENTURE No. 1, April, 2008. Published as a One-Shot by MARVEL PUBLISHING, INC., a subsidiary of MARVEL ENTERTAINMENT, INC. OFFICE OF PUBLICATION: 417 5th Avenue, New York, NY 10016. Copyright © 2008 Marvel Characters, Inc. All rights reserved. All characters featured in this issue and the distinctive names and likenesses thereof, and all related indicia are trademarks of Marvel Characters, Inc. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. $4.99 per copy in the U.S. and $5.95 in Canada (GST #R127032852); in the direct market and $5.99 per copy in the U.S. and $5.99 in Canada (GST #R127032852) through the newsstand. Canadian Agreement #40668537. Printed in Canada. ALAN FINE, CEO Marvel Toys & Publishing Divisions and CMO Marvel Entertainment, Inc.; DAVID GABRIEL, SVP of Publishing Sales & Circulation; DAVID BOGART, SVP of Business Affairs & Talent Management; MICHAEL PASCIULLO, VP Merchandising & Communications; JIM O'KEEFE, VP of Operations & Logistics; DAN CARR, Executive Director of Publishing Technology; JUSTIN F. GABRIE, Director of Publishing & Editorial Operations; SUSAN CRESPI, Production Manager; STAN LEE, Chairman Emeritus. For information regarding advertising in Marvel Comics or on Marvel.com, please contact Mitch Dane, Advertising Director at mdane@marvel.com. For Marvel subscription inquiries, please call 800-217-9158.













































































































































































