TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, CA 90067
Tel: 310-246-3333
Fax: 310-246-3101
MToberoff@ipwla.com

Attorneys for Defendants Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARVEL WORLDWIDE, INC., MARVEL CHARACTERS, INC. and MVL RIGHTS, LLC,

Plaintiffs,

-against-

LISA R. KIRBY, BARBARA J. KIRBY, NEAL L. KIRBY and SUSAN M. KIRBY,

Defendants.

---

LISA R. KIRBY, BARBARA J. KIRBY, NEAL L. KIRBY and SUSAN M. KIRBY,

Counterclaimants,

-against-

MARVEL ENTERTAINMENT, INC., MARVEL WORLDWIDE, INC., MARVEL CHARACTERS, INC., MVL RIGHTS, LLC, THE WALT DISNEY COMPANY and DOES 1 through 10,

Counterclaim-Defendants.

---

Civil Action No. 10-141 (CM) (KF)

**DECLARATION OF MARC TOBEROFF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

[Hon. Colleen McMahon]

[ECF Case]

I, Marc Toberoff, hereby declare as follows:

1. I am familiar with the facts set forth below and make this declaration in further support of defendants' Motion for Summary Judgment. The facts set forth herein are known to me of my own personal firsthand knowledge and, if called as a witness, I could and would testify competently thereto under oath.

2. I am an attorney and the founding partner of Toberoff & Associates, P.C., located at 2049 Century Park East, Suite 3630, Los Angeles, California, 90067.

3. My firm represents Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby (the "Kirbys"), the children of legendary comic book artist and writer Jack Kirby.

4. On September 16, 2009, the Kirbys availed themselves of their right under the Copyright Act to recapture their father's copyright interests by serving 45 notices of termination ("Termination Notices") by first class mail on plaintiffs and all of their known predecessors and successors-in-interest pursuant to 17 U.S.C. § 304(c).

5. Attached hereto as "Exhibit A" is a true and correct copy of one of the "Fantastic Four" Termination Notices that my firm served on September 16, 2009.

6. The Termination Notices have varying "effective dates," with the majority of such dates falling between 2017-2019, for the most famous characters.

7. Attached hereto as "Exhibit B" are true and correct copies of excerpts from the November 9, 2010 deposition of Mark Evanier, which I attended.

8. Attached hereto as "Exhibit C" are true and correct copies of excerpts from the December 6, 2010 deposition of Mark Evanier, which I attended.

9. Attached hereto as "Exhibit D" are true and correct copies of excerpts

from the January 10, 2011 deposition of John Morrow, which I attended.

10. Attached hereto as "Exhibit E" are true and correct copies of excerpts from the January 7, 2011 deposition of Larry Lieber, which I attended.

11. Attached hereto as "Exhibit F" are true and correct copies of excerpts from the October 21, 2010 deposition of John V. Romita, Sr., which I attended.

12. Attached hereto as "Exhibit G" are true and correct copies of excerpts from the June 30, 2010 deposition of Neal Kirby, which I attended.

13. Attached hereto as "Exhibit H" are true and correct copies of excerpts from the October 25, 2010 deposition of Susan Kirby, which I attended.

14. Attached hereto as "Exhibit I" are true and correct copies of excerpts from the May 13, 2010 deposition of Stan Lee, which I attended.

15. Attached hereto as "Exhibit J" are true and correct copies of excerpts from the December 8, 2010 deposition of Stan Lee, which I attended.

16. Attached hereto as "Exhibit K" are true and correct copies of excerpts from the October 27, 2010 deposition of Roy Thomas, which I attended.

17. Attached hereto as "Exhibit L" is a true and correct copy of plaintiffs' Response to Defendants' First Set of Requests for Admission, served on December 20, 2010.

18. Attached hereto as "Exhibit M" is a true and correct copy of an "Assignment" by Jack Kirby to Magazine Management Co., Inc. which was fully executed on June 5, 1972.

19. Attached hereto as "Exhibit N" are true and correct copies of six large pencil drawings by Jack Kirby that were in the possession of Larry Lieber and produced

at his January 7, 2011 deposition in response to defendants' subpoena. The drawings were marked as Exhibit 5 at Mr. Lieber's deposition, which I attended.

20. Attached hereto as "Exhibit O" is a true and correct copy of an article entitled "Kirby's Gamma Rays: Alpha to Omega!- An Ultra-Rare Find from 1962" from *The Jack Kirby Collector* No. 41 (Fall 2004), which was marked as Exhibit 6 at the January 7, 2011 deposition of Larry Lieber, which I attended.

21. Attached hereto as "Exhibit P" is a true and correct copy of an agreement between Marvel Characters, Inc. and Lisa R. Kirby, as administrator of the estate of Jack Kirby, dated July 7, 2006, which defendants produced in this action.

22. Attached hereto as "Exhibit Q" is a true and correct copy of an agreement between Marvel Characters, Inc. and Lisa R. Kirby, as administrator of the estate of Jack Kirby, dated December 23, 2008, which defendants produced in this action.

23. Attached hereto as "Exhibit R" is a true and correct copy of an agreement between Marvel Characters, Inc. and Lisa R. Kirby, as administrator of the estate of Jack Kirby, dated November 3, 2008, which defendants produced in this action.

24. Attached hereto as "Exhibit S" is a true and correct copy of an article entitled "Fantastic Four #108: Jack's Way" from *The Collected Jack Kirby Collector*, Volume 1, which was produced by defendants in this action.

25. Attached hereto as "Exhibit T" is a true and correct copy of a "Request for Payment" dated March 21, 1965 from Don Heck to Western Printing and Lithographing Co., which defendants produced in this action.

26. Attached hereto as "Exhibit U" are true and correct copies of excerpts from the book "Five Fabulous Decades of the World's Greatest Comics: Marvel" by Les

Daniels, which was marked as Exhibit 38 at the December 8, 2010 deposition of Stan Lee, which I attended.

27.     Attached hereto as "Exhibit V" are true and correct copies of excerpts from the book "Alter Ego Presents: John Romita…and All that Jazz!" by Roy Thomas and Jim Amash, which was produced to defendants by John Romita in this action and marked as Exhibit 6 at the October 21, 2010 deposition of Mr. Romita, which I attended.

28.     Attached hereto as "Exhibit W" are true and correct copies of excerpts from the book *Jack Kirby Checklist Gold Edition,* which defendants produced in this action.

29.     Attached hereto as "Exhibit X" are true and correct copies of excerpts from the book *The Art of Jack Kirby*, which plaintiffs produced in this action.

30.     Attached hereto as "Exhibit Y" is a true and correct copy of an article entitled "Kirby Gets Cracked" from *The Collected Jack Kirby Collector*, Volume 5.

31.     Attached hereto as "Exhibit Z" is a true and correct copy of an article entitled "The Monster of Moraggia" from *The Collected Jack Kirby Collector*, Volume 3, which defendants produced in this action.

32.     Attached hereto as "Exhibit AA" are true and correct copies of checks issued to freelance artist Dick Ayers by plaintiffs' predecessors in 1974 and 1975, which plaintiffs produced in this action.

33.     Attached hereto as "Exhibit BB" is a true and correct copy of a check purportedly issued to Jack Kirby in 1986, which plaintiffs produced in this action.

34.     Attached hereto as "Exhibit CC" are true and correct copies of excerpts from an article entitled "Would You Like to See My Etchings?" from the *The Collected*

4

*Jack Kirby Collector*, Volume 2, which defendants produced in this action.

35. Attached hereto as "Exhibit DD" are true and correct copies of an agreement between John Romita and Marvel Comics Group dated May 19, 1978 as well as an agreement between Roy Thomas and Marvel Comics Group dated June 1, 1978, which plaintiffs produced in this action.

36. Attached hereto as "Exhibit EE" is a true and correct copy of a draft artwork release between Jack Kirby and Marvel Comics Group, which was produced by defendants' expert Mark Evanier in this action.

I declare under the penalty of perjury that to the best of knowledge the foregoing is true and correct.

Dated: February 25, 2011

/s/ Marc Toberoff
Marc Toberoff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served electronically by the Court's ECF system and by first class mail on those parties not registered for ECF pursuant to the rules of this court.

Dated: February 25, 2011    TOBEROFF & ASSOCIATES, P.C.

              By: /s/Marc Toberoff
                 Marc Toberoff (MT 4862)

              2049 Century Park East, Suite 3630
              Los Angeles, CA 90067
              Tel: 310-246-3333

              Attorneys for defendants Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby