# EXHIBIT I

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3
 4   MARVEL WORLDWIDE, INC.,          )
 5   MARVEL CHARACTERS, INC. and      )
 6   MVL RIGHTS, LLC,                 )
 7                      PLAINTIFFS,   )
 8                                    )
 9         VS.                        ) NO. 10-141-CMKF
10                                    )
11   LISA R. KIRBY, BARBARA J. KIRBY, )
12   NEAL L. KIRBY and SUSAN N. KIRBY,)
13                      DEFENDANTS.   )
14   _____)
15
16         CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
17              VIDEOTAPED DEPOSITION OF STAN LEE
18                   LOS ANGELES, CALIFORNIA
19                        MAY 13, 2010
20
21
22   REPORTED BY:
23   CHRISTY A. CANNARIATO, CSR #7954, RPR, CRR, CLR
24   JOB NO.: 30189
25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 2

```
 1
 2
 3
 4
 5
 6
 7                              May 13, 2010
 8                              9:35 a.m.
 9
10
11
12
13       Deposition of Stan Lee, taken on behalf of
14   Plaintiffs, held at the offices of Paul Hastings,
15   515 South Flower Street, 25th Floor, Los Angeles,
16   California, before Christy A. Cannariato,
17   CSR #7954, RPR, CRR.
18
19
20
21
22
23
24
25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 3

1        A P P E A R A N C E S
2
3    REPRESENTING THE PLAINTIFFS:
4
5    WEIL, GOTSHAL & MANGES, LLP
6    BY:  JAMES W. QUINN, ESQ.
7    RANDI W. SINGER, ESQ.
8    767 FIFTH AVENUE
9    NEW YORK, NY  10153
10
11   -AND-
12
13   HAYNES AND BOONE, LLP
14   BY:  DAVID FLEISCHER, ESQ.
15   1221 AVENUE OF THE AMERICAS, 26TH FLOOR
16   NEW YORK, NY  10020
17
18
19   REPRESENTING THE DEFENDANTS:
20
21   TOBEROFF & ASSOCIATES, P.C.
22   BY:  MARC TOBEROFF, ESQ.
23   2049 CENTURY PARK EAST, SUITE 2720
24   LOS ANGELES, CA  90067
25

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 4

```
 1              APPEARANCES (Cont'd)
 2
 3
 4   FOR THE WITNESS:
 5
 6   GANFER & SHORE, LLP
 7   BY:  ARTHUR LIEBERMAN, ESQ.
 8   360 LEXINGTON AVENUE, 14TH FLOOR
 9   NEW YORK, NY  10017
10   REPRESENTING
11
12
13
14
15
16
17
18   ALSO PRESENT:
19   BRENT JORDAN, VIDEOGRAPHER
20   ELI BARD, MARVEL ENTERTAINMENT
21
22
23
24
25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 10

1       S. LEE
2  DeWitt Clinton High School.  And that's about the extent
3  of it.
4       Q.    And when did you graduate from DeWitt Clinton
5  High School?
6       A.    You know, honest to God, I don't remember the
7  year, but I did graduate.
8       Q.    Fair enough.  And did you serve in the
9  military?
10      A.    Yes.  I was in the US Army Signal Corps in
11 World War II.
12      Q.    And how long were you in the military?
13      A.    Three years.
14      Q.    And could you briefly, or as briefly as you
15 can, tell us your employment history after you left DeWitt
16 Clinton High School?
17      A.    Well, I had a lot of different jobs.  I was --
18 I wrote obituaries for a press service.  I was an office
19 boy.  I was an usher.  I did some advertising for the
20 National Jewish Hospital at Denver.  I never knew what I
21 was supposed to be advertising, whether telling people to
22 get sick to go to the hospital, but...
23            And  finally I got a job at a place called
24 Timely Comics which published comic books.
25      Q.    And approximately when was that?  The late

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 11

1    S. LEE
2    1930s, 1940s?
3    A.    I think it must have been 1939 or 1940,
4    somewhere around there.
5    Q.    And what was your first job responsibility at
6    Timely?
7    A.    Well, I was hired by two people, Joe Simon and
8    Jack Kirby, who were producing the comics at that time for
9    this company which was called Timely Comics.
10   Q.    And --
11   A.    And my job was to really be an assistant.  I
12   went down, and I got them their lunch sandwiches for them,
13   and I filled their -- in those days they dipped the
14   brushes in ink and used pencil sharpeners.  And I
15   sharpened the pencils.  I erased the pages after they were
16   finished.  And I did whatever an assistant or an office
17   boy would do.
18   Q.    And at that time who was running or owned
19   Timely?
20   A.    The company was owned by a man named Martin
21   Goodman.
22   Q.    And he was the publisher?
23   A.    Yes.
24   Q.    And did Timely -- is Timely a predecessor or
25   did Timely eventually become what we now know as Marvel?

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 17

1  S. LEE
2  what it was, or in a script if I felt there was too much
3  dialogue or too little dialogue, it was -- it was up to me
4  to make the stories as good as I could make them.
5      Q.    Now, you mentioned that you did perform
6  services not only as an editor but also as a writer.
7      A.    Mm-hmm.
8      Q.    Did you consider the services you performed as
9  a writer part of your duties as the editor or something
10 additional?
11     A.    Well, I never thought of it that way.  I was
12 the Editor.  I was the Art Director.  And I was also a
13 staff writer.
14     Q.    And how were you paid in connection with the
15 work that you did?
16     A.    How was I paid?
17     Q.    How were you paid in connection with the work
18 as Editor and as a writer?
19     A.    I received a salary which paid me as Editor
20 and Art Director, but I got paid on a freelance basis for
21 the stories that I wrote.
22     Q.    And when you say you were paid on a freelance
23 basis, how were you paid?  On what basis?
24     A.    The same as every other writer.  I was paid
25 per page, so much money per page of script.