# EXHIBIT 59

```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
          Civil Action No. 10-141 (CM) (KF)


MARVEL WORLDWIDE, INC.,         )
MARVEL CHARACTERS, INC.,        )
and MVL RIGHTS, LLC.,           )
                                )
            Plaintiffs,         )
                                )
        vs.                     )
                                )
LISA R. KIRBY, BARBARA J.       )
KIRBY, NEAL L. KIRBY and        )
SUSAN N. KIRBY,                 )
                                )
            Defendants.         )
                                )
                                )


                   VOLUME I

            VIDEOTAPED DEPOSITION OF

                  ROY THOMAS

               October 26, 2010
                  10:06 a.m.

              Holiday Inn Express
          Orangeburg, South Carolina

       ANNIE O'HARA, CCR-B-2340, SC Notary
```

1      UNITED STATES DISTRICT COURT
2      SOUTHERN DISTRICT OF NEW YORK
3         Case No. 10-141-CMKF
4
5  MARVEL WORLDWIDE, INC.,
6  MARVEL CHARACTERS, INC., and
7  MVL RIGHTS, LLC,
8      Plaintiffs,
9  VS.
10 LISA R. KIRBY, BARBARA J. KIRBY,
11 NEAL L. KIRBY and SUSAN N. KIRBY,
12     Defendants.
13
14
15         Volume II
16     Videotape Deposition of:
17         Roy Thomas
18    Wednesday, October 27, 2010
19     Orangeburg, South Carolina
20
21
22
23
24
25

1                        Thomas
2  know, I hadn't had that on my teacher's checks.  So
3  I -- you know, and so I was curious until I
4  understood.  But I don't remember the particular
5  discussions.  It's just, you know -- they would
6  explain to me what it meant, and then I just
7  accepted that.
8       Q.    How long after the submission of the
9  finished writing did you typically -- you said you
10 submitted the voucher for payment when you submitted
11 the finished writing; right?
12      A.    Yes.
13      Q.    How long after you submitted the voucher
14 typically would it be before you received your
15 payment?
16      A.    Well, it just depended on when the next
17 pay period was.  If it was a bi-weekly schedule, as
18 I seem to recall, it might just be a few days after,
19 if I turned it in very near the deadline.  But if I
20 had done maybe the week before and it was a bi-week
21 schedule, it might be like, you know, 10 or 12 days.
22 It was generally within a couple of weeks.  But if
23 you barely missed one pay period, you might have to
24 wait another, you know, couple of weeks until the
25 freelance pay period.  But, you know, it would only

1                    Thomas

2     have been about two weeks or so.

3          Q.    You testified that there was a script that

4     you wrote, I think it was on an Ironman script that

5     Stan didn't like and revised significantly?

6          A.    Yes.

7          Q.    Is that right?

8          A.    Yes.  He rewrote about 50 percent of it.

9          Q.    Were you paid for the pages that you

10    submitted for that script?

11         A.    That was one of the ones that I was doing

12    as part of the staff writer thing during those first

13    few weeks, so I wasn't paid separately.  It was

14    counted as part of my staff writer salary, so I was

15    paid in that sense, for that and the Dr. Strange.

16    But I think -- I think those.  I know Ironman was

17    and I think Dr. Strange's were all part of the

18    staff's salary.

19         Q.    Were there any materials that you

20    submitted in your freelance capacity that were

21    modified by Stan?

22         A.    Yes.

23         Q.    Were you still paid for the pages that you

24    submitted?

25         A.    Yes.

1                         Thomas
2    said "8," it was a misspeaking or something.
3         Q.    Was Kirby given the assignment to draw
4    that issue of Fantastic Four?
5               MR. TOBEROFF:  Leading; assumes facts.
6               THE WITNESS:  Yes.  He was.
7    BY MS. KLEINICK:
8         Q.    How was Kirby given -- who gave Kirby the
9    assignment to draw Fantastic Four No. 48?
10        A.    Stan Lee did.
11        Q.    Do you know who named the character Silver
12   Surfer?
13        A.    My memory, which I have told people very
14   soon after it happened is that the actual name the
15   Silver Surfer, with that full name was Stan's.  And
16   that the margin notes by Jack had simply referred to
17   him as the surfer, with no word silver that I ever
18   remember seeing there.
19              (Plaintiff's Exhibit 15 was marked for
20        identification.)
21   BY MS. KLEINICK:
22        Q.    I would like to mark for identification as
23   Thomas Exhibit 15 a document bearing production
24   numbers Thomas 2121 to 2129.
25              Mr. Thomas, is this a document that was

1                    Thomas

2   maintained in your files?

3       A.    I don't recognize it, so if it came from

4   my files, it was on there because there's a young

5   man who sends me a lot of Marvel-related material

6   for possible use or reference to an Alter Ego.  And

7   I had it in there, but I don't always get a chance

8   to go over them until I'm about to use them.

9       Q.    Mr. Thomas, in the 1960s after you got to

10  Marvel through the early '70s did Jack Kirby ever

11  come into the Marvel offices?

12      A.    Yes.

13      Q.    How often would he come in?

14      A.    It would vary.  In the early days it seems

15  as if he would come in once every week or two, quite

16  often on Friday, but not necessarily.  As time went

17  on, it was less and less often.  He was busy, and it

18  just didn't seem necessary for him and Stan to

19  confer anymore.  And, of course, by 1970 or so he

20  moved to California.

21      Q.    To your knowledge from the time that you

22  started working at Marvel in the 1960s through the

23  early '70s, was Kirby doing work only for Marvel, or

24  was he also doing work for other publishing

25  companies?