# EXHIBIT 60

Contains Confidential Portions

Page 1

```
 1
 2            UNITED STATES DISTRICT COURT
 3           SOUTHERN DISTRICT OF NEW YORK
 4   MARVEL WORLDWIDE, INC.,         )
     MARVEL CHARACTERS, INC.,        )
 5   and MVL RIGHTS, LLC,            )
                                     )
 6                Plaintiffs,        )
                                     )   Case No.
 7           vs.                     )   10-141-CMKF
                                     )
 8   LISA R. KIRBY, BARBARA J.       )
     KIRBY, NEAL L. KIRBY, and       )
 9   SUSAN N. KIRBY,                 )
                                     )
10                Defendants.        )
     ----------------------------)
11                  **REVISED**
12            PARTIALLY CONFIDENTIAL
13         PURSUANT TO PROTECTIVE ORDER
14             (Pages 66 through 70)
15     VIDEOTAPED DEPOSITION OF LAWRENCE LIEBER
16               New York, New York
17                January 7, 2011
18
19
20
21
22
23   Reported by:
24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25   JOB NO. 35338
```

1         L. Lieber
2    A.    No.
3    Q.    Did anyone at Marvel ever promise you
4 more work or more money or anything if you gave
5 a deposition or testified?
6    A.    No.
7    Q.    You spoke with Mr. Toberoff about a
8 zombie story, a plot that you gave them, and
9 there was an editor who made you redo it a
10 couple of times.  Who was that editor?
11   A.    Marv Wolfman.
12   Q.    Do you know approximately when that
13 was?
14   A.    It was -- I did the -- I'm trying -- I
15 figure in the '70s, probably, in the '70s.  It
16 was after I finished The Rawhide Kid, which I --
17 I don't know when it was, and sometime after
18 that.
19   Q.    Okay.  Other than that, that zombie
20 story with Mr. Wolfman, did you ever -- strike
21 that.  For the period 1958 to 1965, did you ever
22 submit any work to Marvel that hadn't been
23 assigned to you?
24   A.    No.  No.
25         MS. SINGER:  I have no further