# EXHIBIT 61

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3
 4    MARVEL WORLDWIDE, INC.,              )
      MARVEL CHARACTERS, INC. and          )
 5    MVL RIGHTS, LLC,                     )
                                           )
 6                        PLAINTIFFS,      )
                                           )
 7              vs.                        ) No. 10-141-CMKF
                                           )
 8    LISA R. KIRBY, BARBARA J. KIRBY,     )
      NEAL L. KIRBY and SUSAN N. KIRBY,    )
 9                                         )
                          DEFENDANTS.      )
10    _____)
11
12
13
14           VIDEOTAPED DEPOSITION OF NEAL KIRBY
15                 Los Angeles, California
16               Wednesday, June 30, 2010
17
18
19
20
21
22
23    Reported by:
24    SUSAN A. SULLIVAN, CSR #3522, RPR, CRR
25    JOB NO. 31595
```

1    Q    Do you recall witnessing him returning home

2    with work that he had brought to Marvel that for one

3    reason or another had to be reworked or rejected?

4            MR. TOBEROFF:  Asked and answered.

5    A    No, I don't recall.

6    Q    Are you familiar with the course of your

7    father's career prior to 1953?

8    A    I'm somewhat familiar.

9    Q    As best you can would you relate what you

10   know about your father's career actually prior to

11   1958 which is the first year in which the work at

12   issue here was created.

13           MR. TOBEROFF:  Objection; calls for a

14           narrative.

15   A    If there's some specific publisher or a

16   story or a subject that's got a book this thick so --

17   Q    Basically what I'm asking is whether you

18   are familiar with his employment or the publishers he

19   worked for prior to 1958 or the years he worked for

20   those publishers.

21           MR. TOBEROFF:  Assumes facts not in

22           evidence.

23   A    I'm aware of some of the publishers.  As to

24   some of the specific dates as to when he worked for

25   whom, I probably could not tell you that.

1    conversation arose.

2        Q    Do you know if he ever drew panels other

3    than for the cover for a Spider-Man book?

4        A    I don't recall.

5        Q    Do you know who --

6        A    Actually, if I could just interrupt you --

7        Q    Sure.

8        A    -- I believe, I was trying to think, going

9    back a lot of years again, I think he did do some

10   pages initially for Spider-Man and I believe he

11   either came home with them or -- because I know, I

12   seem to recall some kind of family discussion about

13   that again along those lines of, you know, doing some

14   pages and not being compensated for it.  As to

15   whether it was, you know, the first book or not, I

16   don't recall, but I do recall something about the

17   pages for Spider-Man.

18       Q    Is your recollection from your being aware

19   of that at the time it happened or from discussions

20   you might have had with your father or others after

21   the fact?

22       A    Well, from discussions with my father, yes.

23            MR. TOBEROFF:  His question was do you

24   recall --

25       Q    My question was were the discussions you