# EXHIBIT 62

1                    SUSAN MERYL KIRBY

2            UNITED STATES DISTRICT COURT

3          SOUTHERN DISTRICT OF NEW YORK

4

5 _____
                                  )

6 MARVEL WORLDWIDE, INC., MARVEL)
  CHARACTERS, INC., AND MVL,    )

7 RIGHTS, LLC,                )Civil Action No.:
                             )10 CIV. 141

8              Plaintiffs,)(CM) (KNF)
  v.                       )

9                             )
  LISA R. KIRBY, BARBARA J.    )

10 KIRBY, NEIL L. KIRBY,       )
   AND SUSAN KIRBY,          )

11                          )
                Defendants.)

12                        )
  _____)

13

14

15                  VIDEOTAPED

16 DEPOSITION OF:  SUSAN MERYL KIRBY

17 DATE:          October 25, 2010

18 TIME:          10:00 a.m.

19 HELD AT:      Ethan Allen Hotel
                21 Lake Avenue Extension

20             Danbury, Connecticut

21

   By:          Sarah J. Miner, LSR

22

23

24

25 TSG JOB NO. 34010

1                       SUSAN MERYL KIRBY

2        Q. Did you ever witness your father opening his

3    case after a trip to New York and bringing back a

4    drawing that he had shown to Marvel?

5        A. I must have, but I don't recall an instance,

6    a particular instance.

7        Q. Do you remember any character that your

8    father was working on that he corrected or redid?

9        A. No, I don't know which ones.

10       Q. Do you know the basis upon which your father

11   was paid by any publishers other than Marvel?

12       A. No, not other than Marvel, I don't know.

13       Q. Do you recall whether DC paid your father by

14   the page?

15       A. I believe he was, yes, paid by the page.

16       Q. Do you recall being aware of your father ever

17   redoing or correcting any work he had submitted to DC?

18       A. I remember, but I don't remember what

19   characters, I just remember the arguments between him

20   and my mother.

21       Q. What was the substance of the argument that

22   you recall?

23       A. That he wasn't getting paid for the work he

24   was doing.  He was only getting half, and he would

25   spend all his time working, and not making any money