# EXHIBIT 63

1                     JOHN MORROW                    1

2              UNITED STATES DISTRICT COURT

3              SOUTHERN DISTRICT OF NEW YORK

4    -------------------------------x

5    MARVEL WORLDWIDE, INC.,

     MARVEL CHARACTERS, INC.,

6    and MLV RIGHTS, LLC,

7              Plaintiffs,

8         v.                        Case No. 10-141-CMKF

9    LISA R. KIRBY, BARBARA J.

     KIRBY, NEAL L. KIRBY and

10   SUSAN N. KIRBY,

11             Defendants.

12   -------------------------------x

13

14           Video Deposition of JOHN MORROW

15                (Taken by Plaintiffs)

16              Raleigh, North Carolina

17                 January 10, 2011

18

19

20

21

22

23   Reported by:    Marisa Munoz-Vourakis -

                     RMR, CRR and Notary Public

24

25   TSG JOB NO. 35702

JOHN MORROW                                                180

    A.    Based on stories from various creators who were involved there.

    Q.    Are you aware of any instance in which Jack Kirby complained to anyone at Marvel about not being paid for pages he had prepared and submitted?

    A.    Well, what immediately springs to mind is those three Hulk pages from whatever, 1962, I guess, that ended up in the trash can at Marvel.

          Apparently, as I understand the story, when Kirby left the offices, he was very angry and like either tore them up or just threw them in the trash and stormed out.

          So, I guess, you could consider that complaining that he wasn't going to get paid for those pages.

    Q.    Apart from that instance, are you aware of any complaint by Mr. Kirby that he wasn't paid for work he had submitted?

    A.    Let me think for a moment. Yes, I do know another one.

          In issue 13 of the Jack Kirby Collector, we published an article about a -- it was actually one of the final stories that Kirby created at Marvel before he left to go to work for DC. It was called The

Page 181

1                    JOHN MORROW                    181

2   Monster, and I think it was an eight or ten-page

3   mystery story.  Mr. Kirby drew the entire story in

4   pencil, submitted it to Marvel.  They rejected it.  He

5   had to go back and completely redraw it.  He chopped up

6   the original pages and rearranged them, in some

7   instances had to draw new pages, had to draw a lot of

8   new art and was, by all accounts I've written very,

9   very disappointed, because he felt that the original

10  story was really superior to what he ended up having to

11  turn in and get accepted.  And --

12       Q.     Sorry, I didn't mean to interrupt you.

13       A.     Go ahead.

14       Q.     What accounts are you referring to with

15  regard to this incident?

16       A.     Accounts from Marie Severin, who sent us

17  photocopies of the original versions of the story as

18  Kirby submitted it before he had to make all the

19  changes.  I believe I would have to reread the article

20  to see who else we had quoted in that article, but I

21  know Marie told us that yes, Jack was very upset about

22  that.

23       Q.     Upset about?

24       A.     The rejection and having to redo that

25  story.

1                    JOHN MORROW                    182

2       Q.    Do you know whether or not he was paid for
3   both the original version and the redone version?
4       A.    My opinion is that no, he was not, because
5   he had to rework the physical pages.  They didn't keep
6   the pages and say go back and redraw it or redo this.
7   He actually had to butcher his original art to do it.
8       Q.    What about that implies that he wasn't paid
9   for both?
10      A.    If they were paying for pages, they would
11  have paid for the original pages and had him just go
12  back and redraw the story generally.
13      Q.    So do you know whether or not he was paid
14  for the original pages?
15      A.    I do not know conclusively, but it stands
16  consistent with other instances of artists, including
17  Mr. Kirby not getting paid, and it stands to reason
18  that he did not get paid twice for that and only got
19  paid for the published version that was submitted.
20      Q.    You say it stands to reason, it's your
21  conclusion --
22      A.    It's my opinion, yes.
23      Q.    Are you aware of any other instances in
24  which you believe Mr. Kirby was not paid for work he
25  submitted to Marvel?

JOHN MORROW                                          183

    A.    Those are the ones that come to mind immediately. There may be others, but those are the ones that immediately come to mind.

    Q.    And there may not be others, correct?

    A.    It's possible there's not others. If I had time to think about it, I could possibly come up with some more.

    Q.    Returning to the time when Jack Kirby and Joe Simon were employed by Marvel in the early '40s working on Captain America, is it your understanding that Simon and Kirby's arrangement with Marvel, as employees, left them free to submit work to other publishers at that time?

    A.    As far as I am aware, there wasn't like an actual statement, you know, you cannot freelance for other companies. There could have been, but I'm not aware of a strict rule, a regulation thereby Martin Goodman telling them that they couldn't.

    Q.    You were aware of the story that Mr. Goodman fired them when he found out they were submitting work to DC, correct?

    A.    Yes, I've heard that story.

    Q.    Do you not credit that story?

    A.    Yes, I credit that story. I believe I

Page 211

1        JOHN MORROW                                    211
2            BY MR. FLEISCHER:
3            Q.    Mr. Morrow, I've placed before you a copy
4    of what's labeled Defendants' Responses and Objections
5    to Plaintiffs' First Set of Interrogatories.
6                    (The document referred to was marked
7                Plaintiff's Exhibit Number 13 for
8                identification.)
9            Q.    Have you ever seen this document before?
10           A.    I don't believe so, no.
11           Q.    Let me direct your attention to page six of
12   the document.  With respect to the page from -- are you
13   aware of any page from Avengers number three for which
14   Jack Kirby submitted -- withdrawn.
15                Are you aware of whether a page from
16   Avengers number three was submitted by Mr. Kirby to
17   Marvel and rejected?
18           A.    Yes, I'm aware of that page.
19           Q.    What are you aware about the rejection of
20   that page?
21           A.    I actually don't know anything about it.
22   I've just seen it in a publication.
23           Q.    Do you know whether that was a page that
24   was actually submitted to Marvel?
25           A.    Not conclusively, no, but I have no reason

Case 1:10-cv-00141-CM-KNF    Document 82-6    Filed 03/25/11    Page 8 of 18

Page 212

1               JOHN MORROW                      212

2   to think it wasn't.

3        Q.    Well, is it possible that it was a page

4   that was prepared and self-rejected, if you will, by

5   Mr. Kirby and never submitted?

6        A.    Certainly possible, but, again, I can't say

7   conclusively either way.

8        Q.    Same question with respect to 14 pages to

9   the Black Rider Rides Again.  Are you familiar with

10  those pages?

11       A.    Are these unused pages, unpublished pages?

12       Q.    Yes.

13       A.    No, I'm not aware of those.

14       Q.    With respect to Captain America, items

15  under Section C here, the cover of Captain America

16  number 105 and the character design for Captain America

17  Comic Book, which is indicated as dated 1965, do you

18  have any information with regard to the submission of

19  those pages by Mr. Kirby?

20       A.    I'm not sure.  I would really need to see

21  the Captain America cover to know which one you're

22  talking about.  And then as far as the one, this other

23  one, the character design for Captain America Comic

24  Book recycled as Captain Glory, if that's the piece I'm

25  thinking of, which we ran on the cover of the Kirby

1  JOHN MORROW                                    213
2  Collector, I've always known that to be called Captain
3  Glory.  So I'm not aware -- I'm not saying it wasn't
4  meant for Captain America.  I'm just not aware of that
5  information.
6      Q.    Do you know whether Mr. Kirby was paid for
7  that or not paid for that?
8      A.    For Captain Glory?
9      Q.    Yes, for the page that's referenced here?
10     A.    You know, I have no idea.  I always just
11 assumed it was a piece he did on his own.  I wasn't
12 aware that he submitted that to Marvel, but, you know,
13 you have here that it was a character designed for
14 Captain America Comic Book.  I'm not aware of that.
15     Q.    Was Captain Glory a character, Marvel
16 character?
17     A.    Captain Glory was a personal character
18 Kirby created that was eventually used at Topps Comics
19 in the 1990s.
20           Like I said, he may have had his genesis as
21 being for Captain America, but I have not heard that
22 story.
23     Q.    Do you know whether it was ever submitted
24 to Marvel?
25     A.    I have no idea.

                    JOHN MORROW                    217

objected to that, because he felt like he was doing three-fourths of the finished artist's work for them. At that point, all you have to do is go in and add the details, and he felt he should be getting a much higher percentage of page rate for those.

So he asked him not to be made to do layouts any longer.

Q.   Was that request accommodated, as far as you know?

A.   As far as I know, Stan Lee stopped asking Jack to do layouts for other people.

Q.   Let's go to the Fantastic Four section here.

Do you have any information with regard to the -- any of the items listed under the Fantastic Four heading, which begin on page six and go over to page seven?

A.   These are all -- let's see.  I'm not sure what the Fantastic Four 102 and 103 covers are.  Those spring to mind, but the earlier ones number 20, 64 and 71, those I do recall.  And those all -- I think we were the first to publish -- well, not for 64, but we were the first to publish number 20 in the Jack Kirby Collector.  That came from a private collection.

Page 218

JOHN MORROW                                      218

I believe 71 came from a private collection, which lead me to believe that if Marvel had purchased those pages, they would not have ended up in the private collection or not the private collections they were in.

So they would have gotten them as a gift from Jack Kirby, because he got them back and they weren't paid for, or Jack Kirby sold them at a convention, because he got them back and they weren't paid for.

Q.  Do you know whether they were ever submitted to Marvel?

A.  Oh, yes, I have no doubt those are submitted to Marvel. Those are finished covers, and then there's another version very similar but different in print. So, yes, there's absolutely, I believe, they were submitted to Marvel.

Q.  Do you know whether they were or not?

A.  Do I know? Well, I don't have the originals to look and see if like there's a Marvel stamp on the back. That would be the way to know for sure. But yes, I have no reason to think they weren't. They were finished covers, and the finished -- the final printed cover was a revised version of this

JOHN MORROW                                    219

cover.

Q. And do you have any information as to whether or not Mr. Kirby was paid for these covers?

A. As I was just saying, because they were in private collections, that leads me to form the opinion that they rejected them, gave them back to him and he sold them to private collectors or gave them to private collectors.

Q. Did any of the work that Jack Kirby did over the years for Marvel disappear from Marvel's warehouse from time to time?

A. Yes.

Q. And is it conceivable that these covers are among pages that were looted from the warehouse?

A. No, because -- no, I don't think that's conceivable. The work that's missing from Marvel warehouse over the years is finished, published work, inked work. These three covers we're talking about are all still in pencil form, so they never got accepted and inked and lettered completely.

Q. Do you have any information with regard to any of the items under section E on page seven?

A. The third item number 17, number 23, if those are the ones I'm recalling, there may have been

```
1                    JOHN MORROW                       222
2        Q.    G is Ironman layout of page Tales of
3   Suspense number 70?
4        A.    That one is not coming to mind.
5        Q.    The five pages to Amazing Fantasy number
6   15, that's the famous pages that Jack Kirby supposedly
7   did and that Stan didn't like and reassigned the book
8   to Ditko?
9        A.    Right.
10       Q.    And do you know whether or not Jack was
11  paid for those pages?
12       A.    We assume not, because they were rejected
13  and they have never been in print, as far as I know.  I
14  don't know anyone who has ever seen them.  I never
15  heard of anyone who has seen them.  Obviously, Stan Lee
16  has seen them, and I believe Steve Ditko saw them,
17  because they were handed to Steve Ditko to see what
18  they weren't going to do with the news strip.
19       Q.    Do you know if Jack was paid for those
20  pages?
21       A.    I don't believe he was, because they were
22  rejected, and the standard at the time was not to pay
23  for rejected pages.
24       Q.    Weren't they in Marvel's possession in
25  order for them to get to Ditko?
```

1                    JOHN MORROW                      223

2       A.    They were.  They would have had to have
3  been, of course.
4       Q.    And can we infer anything from the fact
5  that Marvel had the pages to give to Ditko about
6  payment or nonpayment?
7       A.    You can hypothesize, but that's not
8  anything conclusive, certainly.
9       Q.    It's not conclusive, but it's a piece of
10 evidence that suggests that he was in fact paid for it,
11 yes or no?
12      A.    Not necessarily, no.
13      Q.    All things being equal, is it more likely
14 if Marvel had the pages in its possession, that they
15 were paid for than not?
16      A.    Based on historic record, I think it's more
17 likely if they were rejected pages, they were not paid.
18 That's more consistent with history.
19      Q.    But in any event, you have no direct
20 personal knowledge as to whether or not Jack was paid
21 for that?
22      A.    Do not.  Probably, I mean, I don't know who
23 would.  Stan Lee wouldn't, because he said he didn't
24 deal with the bookkeeping and the accounting and the
25 payrolls and stuff.  So I don't know how you could

Page 224

JOHN MORROW                                                    224

conclusively say that.

Q. If Stan Lee testified at his deposition in this case that he did pay Jack for those pages, would that change your assessment of the situation?

A. No, it wouldn't, because Stan has repeatedly said over the years that he wasn't involved in the accounting, the bookkeeping, going to bat for people to get them raises.

So no, I don't know that Stan would know short of what company policy was. If company policy was yes, we always pay for rejected pages, then, yes, Stan knew that was company policy, then I would expect that. But that doesn't sound like that was the case, because so many people were not paid for their rejected pages.

Q. Again, that's all based on hearsay on your --

A. Well, when John Romita tells me personally he wasn't paid for a job, that's not hearsay, that's first person, isn't it?

Q. No, unless you were there, it's hearsay.

A. Oh, okay.

Q. In other words, it's something John Romita told you. It's not something that anyone was present

1             JOHN MORROW                              225
2  at the time the pages were submitted and rejected and
3  not paid for you witnessed.  That's the distinction I'm
4  drawing.
5       A.    Okay.  Then that would be hearsay, yes,
6  sir.
7       Q.    The next one is two pages from Strange
8  Tales number 151?
9           MR. TOBEROFF:  I should point out
10          there are hearsay exceptions to
11          admissibility.  We are getting into legal --
12          MR. FLEISCHER:  I'm not talking about
13          admissibility.  I'm just talking about what
14          hearsay is.
15      A.    Two pages from Strange Tales number 151.
16  Those are not ringing a bell with me.  So I'm sorry, I
17  can't really comment on those.
18      Q.    Do you have any information about any of
19  the pages listed under J, the Thor?
20      A.    Well, a lot of these are -- fall under that
21  same area of Kirby retained possession of these
22  rejected covers and pages in his collection, and in
23  some instances used these for that -- I think I
24  mentioned the Marvel Mania portfolio that that company
25  licensed the rights for Marvel to publish.

1                JOHN MORROW                    226
2           So a lot of these were unpublished pages
3    that appeared in there.
4           So he had possession of those, Marvel
5    didn't, which leads me to believe he was not paid for
6    them or Marvel would have kept possession of them.
7       Q.   So there is some relevance about who
8    retains the pages?
9       A.   I think so, but, again, there's, you know,
10   a certain amount of fluidity to the working
11   relationship there, particularly in the early days of
12   Marvel, when everybody is trying to please everybody
13   else.
14      Q.   Would I be correct again in saying that you
15   have no firsthand knowledge as to whether or not Jack
16   Kirby was paid for these pages?
17      A.   No, I do not.
18      Q.   The next one, the last one I'll ask you
19   about is the X-Men.  Do you have any information about
20   this?
21      A.   The X-Men one is interesting, because it
22   was actually inked by Chick Stone.  So that leads me to
23   believe that that one may have been paid for, because
24   it got to the inking stage.  It was actually inked and
25   lettered and had a logo put on it, and apparently at

1                    JOHN MORROW                      227
2    the last minute, I assume Stan decided to change it.
3             So that would lead me to believe that the
4    unused cover of X-Men 10 was paid for, and certainly
5    they probably would have paid the inker for it as well,
6    Chick Stone.
7             Number 17, that's probably one of those I
8    mentioned before that was on the back of a published
9    page.  That could have been one of the ones where Stan
10   was actually asking Jack to regularly do layouts for,
11   I'm not sure.
12        Q.   So you don't know whether or not it was
13   actually --
14        A.   No, I don't.
15        Q.   In the early 1960s, was Jack Kirby the only
16   significant, creative force at Marvel?
17        A.   He was the most significant, but he was not
18   the only significant.
19        Q.   Who were the other significant, creative
20   forces in terms of artists?
21        A.   Well, I would say up to about 1964 or '65,
22   Jack Kirby was the significant creative influence.  The
23   company was really Kirby and people trying to do Kirby
24   in their own styles.
25             You had artists like Don Heck, who had been