# EXHIBIT C

Page 1

JOHN MORROW                                          1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------x

MARVEL WORLDWIDE, INC.,

MARVEL CHARACTERS, INC.,

and MLV RIGHTS, LLC,

            Plaintiffs,

        v.                        Case No. 10-141-CMKF

LISA R. KIRBY, BARBARA J.

KIRBY, NEAL L. KIRBY and

SUSAN N. KIRBY,

            Defendants.

-------------------------------x


            Video Deposition of JOHN MORROW

                (Taken by Plaintiffs)

             Raleigh, North Carolina

                January 10, 2011


Reported by:    Marisa Munoz-Vourakis -

                RMR, CRR and Notary Public


TSG JOB NO. 35702

Page 2

JOHN MORROW                                    2

APPEARANCE OF COUNSEL:

For the Plaintiffs:

        DAVID FLEISCHER, ESQ.

        Haynes and Boone, LLP

        1221 Avenue of the Americas

        New York, NY 10020

Also Present:  ELI BARD,

        VP - Deputy General Counsel, Marvel

For the Defendants:

        MARC TOBEROFF, ESQ.

        Toberoff & Associates

        2049 Century Park East

        Los Angeles, CA 90067

Also Present:  DeANDRAE M. SHIVERS, Videographer

Page 3

JOHN MORROW                                    3

Video Deposition of JOHN MORROW, taken by the Plaintiffs, at Smith Anderson, 2500 Wachovia Capital Center, 150 Fayetteville Street, Raleigh, North Carolina, on the 10th day of January, 2011 at 8:43 a.m., before Marisa Munoz-Vourakis, Registered Merit Reporter, Certified Realtime Reporter and Notary Public.

Page 53

JOHN MORROW                                    53

Q.    And I know we covered this a little bit generally, but I'd like to cover it more specifically, what you were asked to cover specifically in your report?

A.    Well, the history of Timely and Marvel and kind of the history work practices at the time.  Jack Kirby's history with the company dating all the way back to what his first work for them with Joe Simon in, what was it, 1939, 1940.

His -- Jack Kirby's career, how he left Marvel, went to work for DC in the '40s, his work in the '50s, how he ended up back at Marvel in the late '50s and then the working relationship between he and Stan Lee, as I understood it, in the '60s.

But, you know, a lot of the history of the company and, you know, what I knew about Jack Kirby's personal work habits, you know, where he worked, how he worked, I guess that's pretty much --

Q.    Now, what you know about Jack Kirby and his work habits was not derived from personal observation of Jack Kirby working, is that correct?

A.    Correct.  Well, I've seen his studio in California, but that was after he had been deceased, and that's not where he was working when he was doing

JOHN MORROW                    54

the work in general.

Q.    And so your knowledge of Jack Kirby's working habits and how he worked during the period from '58 to '63, which is the period relevant to this case, is based on what you've read about Mr. Kirby?

MR. TOBEROFF:  Misstates testimony.

A.    A lot of it is based on what I've read throughout the years.  A lot of it is, I believe, I'm sure I talked to Roz Kirby about that, about what it was like living in New York and working in New York.

I know I've read -- Mark Evanier has written several times about visiting Jack's studio and what that was like.

I believe in the Neal Kirby interview, we talked about that they called their dad's work space the dungeon, I believe, because it was in the basement of their New York home.

I do recall he painted a very graphic picture of what it was like down there.  I got a very good sense of what it looked like.  It was this room with this one little basement window for light, which is why they called it the dungeon.

But also I read a lot over the years about how Kirby worked when he was working with Joe Simon as

JOHN MORROW                              55

well.  How they had shared their across-the-street attic studios right after the war.  They got, you know, veteran housing and built houses and worked across the street from each other, to the point Joe Simon even told me they lived in different cities, because the state was the dividing line, or different counties, I guess, between the two houses.  Just picked up a lot over the years from various things I've read and talking to different people.

Q.    Did you ever talk to Joe Simon about Jack Kirby and his work?

A.    Yes, we have.  I actually interviewed Joe Simon for the Jack Kirby Collector.

Q.    And did Mr. Simon describe the nature of the working relationship between Jack Kirby and Marvel during the 1958 to '63 period?

A.    I don't believe so, because I don't believe Simon and Kirby were particularly close at that point. Their company had dissolved shortly before that, which was the big reason Kirby ended up back in Marvel, and that seems to be kind of a dead area in the relationship.  There's not been much written or said about it.

Q.    Did Neal Kirby ever tell you that he had

JOHN MORROW                          57

that Jack was going to be working on in the future?

A.    I'm not sure.  You would need to check with Mark.  I just recall Mark said he was there when Stan and Jack were hashing out a story over the phone.  So I know recall whether it was I think it was either for Fantastic Four or Thor, which were the two main books he was doing at the time, but I don't recall which one.  And I recall the specifics of, you know, was it one that Jack had already halfway drawn and they were making changes to or it was one that Jack was about to begin, I'm not sure.  That's why Mark would be able to answer.

Q.    Do you have an understanding as to whether or not Stan Lee and Jack Kirby communicated with one another about the work that Jack was engaged in once he began this story and was somewhere between the beginning and the end?

A.    Well, actually I can't say that I do, no.  I've not heard any instances that I can recall right now of, for instance, Stan calling in the middle while Jack was drawing a story and changing anything.  There are instances of the Marvel offices, for instance, if a book wasn't doing well, quite often, Stan would ask Jack Kirby to take it over.  In doing so, Marvel

JOHN MORROW                          58

offices would send Jack these little photostats of say like the previous issue, so he could see where he's kind of jumping off from. I have access to a lot of those from the family. They kept those for years and years and have loaned them to me for the magazine.

Those are interesting historically, because you can kind of see well, first of all, why would -- for instance, why would Jack have a Steve Ditko set of Hulk stats with a Steve Ditco Hulk story? You look and see oh, the issue after that is one where Jack took it over. Okay, that's why it's in Jack's files.

There's a lot of instances of that where you would see some totally unrelated artist's work in Jack's files. They were sending material to Jack so he could see where he was taking over from.

But as far as -- back to the question as far as knowledge of instances of Stan, for instance, getting involved while Jack was doing something? I don't really recall those. Everything I've seen, it's a pretty straightforward thing. There would be some kind of story conference, whatever that would entail, and then Jack would go, do his work, he was drawing the pages, plot them, write margins in the notes, in a lot of instances, when he was done, bring them back in.

JOHN MORROW                                    59

Q.    Is it your understanding that between '58 and '63, 1958 and 1963, all of the work that Jack Kirby did that was published by Marvel was done utilizing the so-called Marvel method?

A.    Is it my understanding that all of it was?

Q.    Yes.

A.    No, that's not my understanding.  My understanding was that some was.  There's, as far as which ones were and which ones weren't, you know, my understanding is that Larry Lieber has said that he provided scripts on some stories to Jack, and Jack was working from full script, but that has some pitfalls to it too.  Because if you go back to when Simon and Kirby were working for DC in the '40s, they had writers that would come in and work for them and provide scripts, and there's famous stories of writers would bring in their scripts to Joe Simon or Jack Kirby studio, and as they were leaving, they would see pages floating out the window where they would just look at them and go well, we will just do it ourselves.  They would completely write their own scripts, even though they commissioned somebody to do one.

So Kirby's history bears out that.  It's just he was a very creative person, and anything he

JOHN MORROW                                    60

worked on he put his stamp on, and most publishers were wise enough to let him do it, because he was so creative and would come up with such interesting work.

Q.    Is it correct that on some occasions during this period, from '58 to '63, you understand that Jack was given conventional scripts for work?

A.    I have heard Larry Lieber say that he provided full scripts for some material. I've not seen those scripts. I've not seen any scripts from Stan from then, and I've not -- of all the interviews I've read with Stan, I've not heard Stan say that they weren't working Marvel method. Stan has always been very proud about touting the Marvel method, because he felt that was something they pioneered. I've not seen him go on the record and say no, I wasn't giving Jack scripts on all this stuff.

Q.    Let's make sure our lexicon is the same.

Would you describe what you understand the Marvel method to be?

A.    Oh, sure. Marvel method, as I understand it, is the, well, we'll use the term writer and artist, even though some can be used different term. The writer or scripter and the artist get together, discuss an idea, then the artist will go back to his studio,

Page 63

JOHN MORROW                                     63

There's a lot of sort of anecdotal evidence that it was.  Kirby had a tendency to break his stories down in these chapters, and he used this certain kind of like chapter heading and say chapter one, and there would be a big circle, and he would instead of just doing a traditional story, like pretty much everybody else did, where you'd start on page one and end on page 20 or however long it was, he would, after about five or six pages, you'd get another big splash page and it would say chapter two.

Those were the only artists that I'm aware of that did that, particularly during like the 1950, 1958 era, that kind of thing.  That's something he was doing before with like Challengers of the Unknown.  He was still working at DC before he went to Marvel, and he carried that on over there, which leads me to believe that he had the same ability to pace things the way he wanted, that he's always had, because those chapter breaks are different from what anybody else was doing.

To me, if he were getting full scripts at that point, the writer would be designating, okay, we're going to just do a straight story straight through.  You know, it's anecdotal evidence, but it

Page 71

JOHN MORROW                                    71

A.     Oh, I probably spent seven, eight hours, something like that, probably total.

Q.     And do you recall approximately when you began to actually write the report?

A.     I don't recall the date.  I think it was about -- Mr. Toberoff told me we needed to have something done in a couple of weeks, and so I didn't do like, you know, eight hours altogether.  There were a couple of revisions on it, so, but, I mean, I think I started about two weeks before we submitted it, something like that.

Q.     And did you input a draft on your own computer?

A.     No, the initial draft actually came from Mr. Toberoff's office.  We spoke over the phone.  The problem is I've not done one of these before, so I had no idea like the format.  I've never even seen one before.  So I asked for their assistance with that.  We kind of just sort of did an informal interview over the phone.  They'd ask me questions about things, and I would give them my sense, and then they send over -- they typed up kind of an initial draft of it and sent it over to me with the understanding that, you know, this is just our run through on it, make any changes

JOHN MORROW                                          72

you want.

Once I had the basic, you know, format there in a Word document, it was very easy to go in and alter things, and I changed a considerable amount of what they sent over.

Q.    Do you recall over how long a period of time it was between your receipt of that initial draft, to the completion of the final report?

A.    No, I remember I was very busy at the time, and I think -- I'm going by memory here, but it seems like it was about a two-week process.  It may have been a little more, a little less than that.  But once I got the draft, I think it was -- I spent about two days or three days before I sent it back to them as my like final version.

At that point, they looked it over, found a couple of typos, things like that.  Somebody from his office called me up and said I think we got, you know, couple of typos.  You might want to consider fixing.  They told me I would go in, and they were, I'd change them and send them back, you know, the final, final draft.

Q.    And how long prior to the delivery of that initial draft that was prepared by Mr. Toberoff's

JOHN MORROW                                88

e-mail, just to make sure he knew it had been sent to his assistant.

Q.    Did Mr. Toberoff respond to this e-mail?

A.    I don't believe so.  Again, it's possible there was an e-mail saying thanks, I got it or whatever.  But I don't believe I got a response back from him.

Q.    Do you recall any discussion about any substantive changes to the report, other than the correction of typos?

A.    I don't recall right now, no.

Q.    Let me direct your attention to page four of the draft, that's part of Exhibit 5, which is your signed version, and specifically the first sentence, full sentence at the top of page four that begins: Marvel required me to sign a work-for-hire agreement for the various work I produced for them, and in the course of this project, Marvel finally paid Jack Kirby's estate $325 for the use of that unused Kirby story Kirby drew in 1970.  Actually, it doesn't just begin, that's the whole sentence.

Did you have any discussion with someone from Mr. Toberoff's office about that sentence?

A.    You know, I took that out of the final one,

JOHN MORROW                         89

because I thought it kind of wasn't pertinent, and then you guys would think I'm some kind of expert on work-for-hire, which I'm not.  So that's why I took that out.

Q.     Did something prompt you to take it out?

A.     No, just rereading back over it.

Q.     So in a subsequent draft, this sentence was modified or deleted?

A.     I believe so.  I don't have the -- I thought this was the final version, but I guess it's not.

Q.     The last phrase of that sentence that I just read, where it says Marvel finally paid Jack Kirby's estate $325, what did you mean by finally there?

A.     Because he had not been paid for it when it was originally drawn.

Q.     And you know that how?

A.     Because rejected work, all the historical data shows rejected and redrawn work or rejected work wasn't paid for, and that redrawn work wasn't like, you know, paid again for.

Q.     And what historical data are you referring to to support that statement?