# EXHIBIT B

Marc Toberoff (MT 4862)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: 310-246-3333

Attorneys for Defendants Lisa R. Kirby, Barbara J.
Kirby, Neal L. Kirby and Susan M. Kirby


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

MARVEL WORLDWIDE, INC.,
MARVEL CHARACTERS, INC. and
MVL RIGHTS, LLC,

                          Plaintiffs,

     -against-

LISA R. KIRBY, BARBARA J. KIRBY,
NEAL L. KIRBY and SUSAN M. KIRBY,

                         Defendants.

---------------------------------------------------------------

Civil Action No.  10-141 (CM) (KF)

[Hon. Colleen McMahon]

[ECF Case]


**DEFENDANTS' INITIAL DESIGNATION OF EXPERT WITNESS
<u>JOHN MORROW</u>**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Court's April 19, 2010 Order, defendants and counterclaimants Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby (collectively "Defendants") hereby designate John Morrow as an expert witness whose testimony Defendants intend to introduce at the trial of these matters. A copy of Mr. Morrow's expert report is attached hereto as Exhibit A.

Defendants' foregoing initial designation does not include any expert whose testimony may be offered solely for purposes of impeachment or rebuttal. Defendants reserve the right to amend and/or modify its expert witness designation in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated: New York, New York          TOBEROFF & ASSOCIATES, P.C.
       November 4, 2010

                                   By: _____
                                       Marc Toberoff (MT 4862)

                                   2049 Century Park East, Suite 2720
                                   Los Angeles, CA 90067
                                   Tel: 310-246-3333

                                   Attorneys for defendants Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby

1