# EXHIBIT C

# THE INCREDIBLE HULK POSTER

There were many incidents that caused Kirby to quit Marvel in 1970, but they all came under two headings: One was the firm's refusal to make any sort of long-term financial commitment to him. It wasn't so much that the money wasn't good as that it wasn't guaranteed and could end abruptly if his health failed or one of the new owners just plain wanted him gone. The other category, which was not unrelated, was that Jack felt he'd done a lot more than having just drawn up Stan Lee's ideas— they were his ideas, too, and sometimes more his than Stan's. Jack wanted that acknowledged. Over and over though he was refused, and there were just too many slights; some perhaps misperceived but some that were unmistakable.

One of several "last straws" came when a mail-order firm that was doing business with Marvel engaged Kirby to draw some posters of the Marvel heroes. Jack drew eight superb drawings which, in a rare move, he inked himself. Then someone at Marvel decided that the proposed line had too much Kirby in it and ordered that four of Jack's posters be replaced by the work of other artists. So right there, Kirby was insulted and—since he was never compensated for the four unused posters—financially harmed.

But it got worse. Someone at Marvel liked the design of Jack's Hulk poster. They just felt it should be illustrated by Herb Trimpe, who was then the artist on the Hulk comic. Trimpe was told to trace Kirby's drawing, which he did, effectively just re-inking it and altering the head as per his version of the character—a character, of course, that Jack had co-created and designed in the first place.

Jack was never the least bit mad at Trimpe, who'd just done as his employer had ordered. But the published poster (right) became a gnawing symbol to Kirby of just what his relationship with Marvel was all about. He'd created something that was potentially profitable for him...but he hadn't received a cent and someone else's name was signed to work that was essentially his. It wasn't the specific slight that drove him off but when the dust cleared, he had about half of one foot out the door.



The Hulk
Poster for Marvelmania International
1969
Art: Herb Trimpe
Marvel Comics

*Opposite*
The Hulk
Unused poster for Marvelmania International
1969
Art: Jack Kirby

K 00304