# EXHIBIT E

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF NEW YORK

MARVEL WORLDWIDE, INC., MARVEL          )

CHARACTERS, INC., and MVL RIGHTS,       )

LLC,                                    )

                                        )

                    PLAINTIFFS,           )

                                        )

         VS.                            ) NO. 10 CV 141 (CM)(KNF)

                                        )

LISA A. KIRBY, BARBARA J. KIRBY,        )

NEAL L. KIRBY and SUSAN N. KIRBY,       )

                                        )

                    DEFENDANTS.          )

_____)

VIDEOTAPED DEPOSITION OF MARK EVANIER

LOS ANGELES, CALIFORNIA

DECEMBER 6, 2010

REPORTED BY: CHRISTY A. CANNARIATO, CSR #7954, RPR, CRR

JOB NO.: 34168

December 6, 2010

9:35 a.m.

Deposition of Mark Evanier, taken on behalf of Plaintiffs, held at the offices of Paul Hastings, 515 S. Flower Street, 25th Floor, Los Angeles, California, before Christy A. Cannariato, CSR #7954, RPR, CRR.

A P P E A R A N C E S

REPRESENTING THE PLAINTIFFS:

WEIL, GOTSHAL & MANGES

BY:  JAMES W. QUINN, ESQ.

BY: RANDI W. SINGER, ESQ.

767 FIFTH AVENUE

NEW YORK, NY  10153

-AND-

HAYNES AND BOONE

BY:  DAVID FLEISCHER, ESQ.

1221 AVENUE OF THE AMERICAS, 26TH FLOOR

NEW YORK, NY  10020

REPRESENTING THE DEFENDANTS:

TOBEROFF & ASSOCIATES

BY:  MARC TOBEROFF, ESQ.

2049 CENTURY PARK EAST, SUITE 2720

LOS ANGELES, CA  90067

ALSO PRESENT:

ELI BARD, DEPUTY GENERAL COUNSEL MARVEL ENTERTAINMENT

CHRIS JORDAN, VIDEOGRAPHER

Page 14

and comic book characters published by Marvel between '58 and '63 as well as his relationship with Marvel during this key period?

A.   Yes, I was.

Q.   Okay.  That's the opinion I'm referring to.  Got it?

A.   No, no.  Let me -- the opinion is not on that page you're citing.  The opinion is throughout the report.  Are you asking me to how do I -- how did I arrive at the opinion stated throughout the document that are summarized on this page?

Q.   Yes.

A.   All right.  Okay.

Q.   Yeah.  Not a trick question.

A.   No.  I'm just trying to answer -- I was trying to figure out why you were calling my attention to that one sentence.

Q.   Because it summarized your opinion.

MR. TOBEROFF:  Objection.  Mischaracterizes the report.  It doesn't summarize his opinion.

A.   The opinions in this report were formulated by my calling upon years and years of studying Marvel Comics, reading Marvel Comics, interviewing and talking to people who made Marvel Comics, visiting the Marvel offices, discussing Marvel history with other people who have done

Page 15

similar investigations and interviews, reading articles about Marvel. It's -- the opinions are based on 40 years of -- more than 40 years of following Marvel Comics, probably 50 years.

Q. And specifically you referred to reviewing or -- let me go back.

Could you tell me with some level of specificity the people interviews -- take it back. Strike the question.

In connection with preparing the report itself, did you conduct any interviews in order to prepare the report?

A. Did I conduct any interviews specifically for towards this report?

Q. Yes.

A. No, I did not.

Q. And specifically with regard to the preparation of the report, did you review any documents or reference works in connection with preparing the report?

A. I got some dates out of my own book on Jack, and I think I looked some up on the Internet to just verify my recollection of dates and spellings.

Q. So other than checking on some dates and spellings from your book on Jack Kirby and other information available on the Internet, you didn't review

Page 60

A.    Jack's original pages of Spider-Man were not used.  Then Steve Ditko did it.  However, Jack maintained that he created Spider-Man.

Q.    And so this would be a circumstance, for example, where -- maybe I've got this wrong.

But put aside what he maintained.  What did you conclude as to the creation of Spider-Man?  Did you find Mr. Kirby's version more credible than Mr. Lee's, which is in clear conflict?

A.    I don't find them completely in conflict.  I find certain areas that overlap.  And in this particular -- this is -- you're kind of asking me for what could be a very long answer here, if you want to go through the whole thing.

Q.    I don't know.  That's a good question.

A.    Because I've spent hours discussing this with people.  My version that I reported on, written about, of the creation of Spider-Man allows for certain he said/he said variations.  There are, however, certain parallels in the stories and the accounts that I find indisputable.

Q.    So you're taking an amalgam of different facts and versions and choosing to try to make them consistent in such a way that you reach a conclusion?

A.    Well, when I report on this, I try to separate what is conjecture from what is, I believe, indisputable.

Page 61

And I leave it -- well, when I have written about this, I generally leave it to the reader to make certain decisions about the process.

I think that there are things you can say about it that are obvious.  I think there are things you can say that are simply common sense, because I don't think that either Stan's or Jack's accounts exactly match the physical evidence of the printed comic that resulted.

But I think it is possible to come to a scenario of how Spider-Man came to be that allows for the fact that at various stages there's the Stan Lee version, and the Jack Kirby version, and they could in some cases both be true based on interpretation of certain words, certain verbs.

It's something when I have written about it I'm very careful to try and not take -- not to say either Stan's version was completely correct or Jack's version was completely correct, because I don't think either one of those tells the entire story.  But they are not -- it is wrong to say that they are in complete conflict.

Q.    Some areas we can agree on.  I think we did agree on one, which was that Stan, in fact, didn't use the original drawings by Jack with regard to Spider-Man; correct?

A.    That is correct.

MR. TOBEROFF:  Compound.

A.    Well, Mr. Kirby believed -- said that he took some of the ideas that became the Marvel heroes in.  He brought them in, did sketches first, took them in and showed them to Stan.

So to the extent that that answers your question, that answers your question.

Q.    Well, I'm asking for your understanding as to, first of all, what did Mr. Kirby tell you about that, which characters, when did he do that, and whether or not this was one of the versions you chose to believe.

A.    Okay.  Mr. Kirby told me that he brought in sketches for knew characters, including rough sketches of The Fantastic Four that he did on his own.  Brought them in.

His version of the creation of Fantastic Four was that when Mr. Goodman asked for a superhero book to parallel DC Comics' Justice League of America, Stan's initial idea was to revive the characters from the 1940s The Human Torch, The Submariner, Captain America, and certain others.

And Mr. Kirby then went out and said, no, we need new characters.  And he came up with some sketches.  And he took them in, and The Fantastic Four was born out of those discussions.

Page 112

So I believe that is an answer to your question.

Q.    Well, let me parse that for a second.

A.    All right.

Q.    I'm asking for your understanding.  And I want to know whether or not -- you understand, do you not, that those versions, the Kirby version and the Stan Lee version, are inconsistent?

A.    Yes.

Q.    Are they not?

A.    Yes.  Those are inconsistent.

Q.    And so I'm asking for your understanding, based on the fact that you're the one sitting there in that chair, as to how the actual creation, other than the fact that Goodman wanted to have them created, how it came about.  Are you picking the Kirby version, the Lee version, or somewhere in between?

A.    Well, I have not written that version for print anywhere.

Q.    That being the Kirby version?

A.    The version that I just described to you.

Q.    The Kirby version.

A.    Yes.  I have not written that because -- and if and when I do, it will be written as a here's Jack's version, here's Stan's version.  And I would add in Sol

Brodsky, who was the right-hand man who was present for a lot of this, he more or less endorsed the Kirby version to me.

Q.    Sol Brodsky is dead; right?

A.    Yes, he is.  But I haven't published this. This is an area where when I write about this, I say that, and I think I say in my book, in effect, Jack and Stan got together and came up with the characters.  I don't remove from that period, which as you keep reminding me I was not present for --

Q.    I haven't reminded you the whole day.

A.    I think you did someplace in there, but anyway.

You know, there's a limit to how much we can know about what two men did behind closed doors years ago. There's also a limit to how much each of them could even remember about that at the time.

And I was sometimes when I have written about this I also from my own experience talk about the fact that collaborators can honestly disagree five minutes after a meeting of whose idea was which because one person threw out an idea and another person expanded on it and such.

So I have not uncovered anything which would convince me that Jack didn't bring in some sketches.  And

I don't know how much those sketches resembled the finished product.  But Jack said he brought in ideas.  I know that Jack was a fountain of ideas; that he had a lifetime history of batting out ideas for new characters and sketches.  And every single human being who ever worked with Jack will tell you that, including Stan Lee.

So I choose to believe that because of Jack's modus operandi, and the way he always worked, that he brought in something, and Stan brought in something, and collectively The Fantastic Four emerged from those discussions.  And I specifically avoid trying to say that I know exactly what happened behind those closed doors, because it was apparent to me that there was some level of collaboration there.

I find in my own experience, and in my own observation, and talking to the people who knew Jack well, Jack was a creating character machine.  He was also creating characters.  He created characters when he was asked to.  He created characters when he wasn't asked to. He was a very fertile person.  And Stan has said that many times.

Q.    Do you know -- I'm sorry.  Please finish.

A.    So I hope I'm answering your question.  But the mere fact that somebody says, you know, that a publisher says I would really like to do a western, and

Page 115

somebody goes home and comes back with the Lone Ranger, doesn't mean the publisher created the Lone Ranger.

Q.    Do you have any knowledge as to whether or not these sketches that Kirby told you about were given to Stan before or after Stan assigned Kirby to draw the first book?

A.    My understanding is they were done before.

Q.    That's based on what Kirby told you?

A.    It's based on what Stan told me as well.

Q.    But you haven't actually bothered to read Stan's sworn testimony in this case to find out what he testified to under oath?

A.    I haven't gotten around to it.  No.

MR. TOBEROFF:  Is there any other type of testimony beyond sworn testimony?

Q.    It just sounds better.

You noted in the sentence that was describing your understanding of "work for hire," that the terms "employee for hire" and "putative employer" are both in quotes.  Was there some reason why you put them in quotes?

A.    Where are we here?  I'm sorry.

Q.    Back on page 8 --

A.    Page 8 of which --

Q.    -- of the --

A.    Superman or the --

THE WITNESS:  You're objecting to me now?

MR. TOBEROFF:  No.  When you said comic relief.

A.    No, I thought he meant comic relief for real. There was a lighter character.  There was a professorial type character.

Q.    You say at the bottom of page 15 that you find it highly unlikely that Lee acted alone in conceiving these characters.  Is it your testimony that Lee is just misremembering or lying?  Or how have you concluded that his version is false?

A.    Well, I am addressing one of his versions. When I have talked to Stan, he talks about -- he has in the past frequently talked about Jack coming up with ideas left and right for everything they did.

And so when you've got this person like Jack Kirby who was famous for coming up with ideas for new characters, and when you look at the way these men always worked, the way they had worked on unimportant nonseries romance stories before then, when Jack was involved in plotting the things, I don't understand the logic behind leaving -- omitting Jack from the process of creating what was going to be a very important new comic for them.  I don't see the reason to leave him out of that process.  If you were an editor or writer, you would beg to have a guy

Page 231

like that in the room helping flesh out whatever ideas you had, change them, and bring in his input.

I'm not saying Stan is lying. I'm saying he's choosing his words carefully, remembering a version. I disagree with Stan about some aspects of Marvel history. We've had friendly arguments about certain issues and certain comics and how things came about and how they were published. And sometimes I get him to agree with me. I show him evidence.

Q.    Well, one thing we've established, during this period from '58 to '63, Stan was there, and you weren't.

A.    Yes.

Q.    You say in your expert report at page 15 carrying over to 16 that "It is also worth noting that Stan Lee did not create any important characters either before Jack Kirby first worked with Lee or after Jack Kirby stopped working with Lee in 1970."

Do you see that bottom of 15 over to 16 in your report?

A.    Hold on here. Yes, I see that.

Q.    After he stopped working for Lee in 1970, what successful characters did Kirby create?

A.    Well, he created a series for DC called The New Gods. Featured a villain called Dark Side, one of the most important villains in Allied DC Comics. Did a book

called Commandee for DC that ran for quite awhile.  He went back to Marvel and created a book called Machine Man, and a book called The Eternals, which they keep reviving both of those.  And it had a best-selling series of reprints of those.

He created a book -- well, if you want to go through the list, for DC he created The New Gods, The Forever People, Mr. Miracle.  Some of these were ideas that he had while he was still at Marvel but they were published first by DC.  The Demon, Commandee.  He did -- and each one of these comics had many, many spin off characters who are now toys and games and even go out to the toy store and buy model figures of an awful lot of these characters that he created for DC in the early 70s.

Then he went to work for Marvel, back to Marvel for a while.  And he did The Eternals.  And I mentioned he did Machine Man.  He did -- he went back to Captain America and the Black Panther.  And he introduced a lot of supporting characters in those books which have since been used over and over.

He then went to work for Pacific Comics, and he did Captain Victory and Silver Star.

Q.    Anything else?

A.    There's a lot of other lesser characters.

Q.    And what's your definition of successful in

Page 233

this context?  New Gods was essentially a flop, wasn't it?

A.    No.  They keep reprinting it, and it sells very well.

Q.    Did Kirby create any characters after he left Marvel in 1970 that ultimately had the kind of success that many of the characters that were created in the '58 through '63 period at Marvel?

A.    He created --

Q.    Or he was involved with Lee and Kirby together?

A.    He created some characters that were less successful.  He also some of the '58 to '63 characters didn't catch on either.

Q.    That's part of the business; right?  Some of them catch on; some of them don't.

A.    Yeah.  Sometimes they don't go.

Q.    And that's what the publisher has to worry about; correct?

A.    Publisher worries about how his books are selling.  Yes.

(Evanier Expert 14 marked for identification.)

Q.    Would you take a look at -- where's the Kirby Collector?  I would like to mark as Evanier 14 a document Jack Kirby Collector Thirty-Eight, priced at 9.95.

A.    It's an old picture of me.  And that's a real