# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MARVEL WORLDWIDE, INC.,                  )
MARVEL CHARACTERS, INC. and              )
MVL RIGHTS, LLC,                         )
                                         ) No. 10-141-CMKF
                    Plaintiffs,          )
                                         )
            vs.                          )
                                         )
LISA R. KIRBY, BARBARA J.                )
KIRBY, NEAL L. KIRBY and                 )
SUSAN N. KIRBY,                          )
                                         )
                    Defendants.          )
-----------------------------)

CONFIDENTIAL VIDEOTAPED DEPOSITION OF

JOHN V. ROMITA

Garden City, New York

Thursday, October 21, 2010

Reported by:

KRISTIN KOCH, RPR, RMR, CRR, CLR

JOB NO. 34124

October 21, 2010

9:32 a.m.

Confidential Videotaped Deposition of JOHN V. ROMITA, held at The Garden City Hotel, 45 7th Street, Garden City, New York, before Kristin Koch, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter, Certified Livenote Reporter and Notary Public of the State of New York.

A P P E A R A N C E S:


        WEIL, GOTSHAL & MANGES, LLP

        Attorneys for Plaintiffs

                767 Fifth Avenue

                New York, New York 10153

        BY:    RANDI W. SINGER, ESQ.

                SABRINA A. PERELMAN, ESQ.



        TOBEROFF & ASSOCIATES, P.C.

        Attorneys for Defendants

                2049 Century Park East

                Los Angeles, California 90067

        BY:    MARC TOBEROFF, ESQ.



ALSO PRESENT:


        ELI BARD, Marvel Entertainment, LLC

        HENRY MARTE, legal Video Specialist

        VIRGINIA ROMITA

Page 219

Romita - Confidential

'58 when things started to wind down at Marvel, then you went to DC in 1958.  Between 1958 and 1963 --

A.    '64.  '65.

Q.    Between 1958 and the time in mid '65 when you went back to Marvel, did you do any work for Marvel?

A.    No.  I wouldn't even answer the phone for the first couple of years.

Q.    What does that mean?

A.    Well, at first I didn't want to talk to him.  I was mad at him.  Secondly, when I did answer the phone, I would ask him how much are you -- I was getting $44 a page to do love stories and I asked Stan -- he would call up and say "come back to Marvel," and I would say, "how much are you paying a page?  He said, "$25 a page."  I said, "Stan, I have got a kid to raise.  I'm not gonna do it," and that was it.  I had two kids at the time.

Q.    So during that period you didn't do any work with Marvel?

A.    No, absolutely.

Q.    Just to be clear, when you said

Romita - Confidential

"absolutely," "absolutely I did not"?

A.    Not during that period.

Q.    Did you work with Jack Kirby between 1958 and 1963?

A.    No.

Q.    And, again, when was the first time you met Jack Kirby?

A.    In '65.  Sometime between July and January he was in the office and I was introduced to him.

Q.    That was the story you recounted --

A.    Where he was correcting someone's art.

Q.    Do you know what Jack Kirby was paid per page during the years between 1958 and 1963?

A.    I wouldn't have the slightest clue.

Q.    Did you ever ask Jack Kirby what his business relationship was with Marvel during those years?

A.    No.  We never asked questions like that of each other.

Q.    I'd like you to turn to -- back to Exhibit 6, which is the big one.