# EXHIBIT G

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Civil Action No. 10-141 (CM) (KF)


MARVEL WORLDWIDE, INC.,              )
MARVEL CHARACTERS, INC.,             )
and MVL RIGHTS, LLC.,                )
                                     )
          Plaintiffs,                )
                                     )
     vs.                             )
                                     )
LISA R. KIRBY, BARBARA J.            )
KIRBY, NEAL L. KIRBY and             )
SUSAN N. KIRBY,                      )
                                     )
          Defendants.                )
                                     )
                                     )


VOLUME I

VIDEOTAPED DEPOSITION OF

ROY THOMAS

October 26, 2010
10:06 a.m.

Holiday Inn Express
Orangeburg, South Carolina

ANNIE O'HARA, CCR-B-2340, SC Notary

APPEARANCES OF COUNSEL

On behalf of the Plaintiffs:

   JODI AILEEN KLEINICK, Esq.
   Paul Hastings Janofsky & Walker
   75 East 55th Street
   New York, New York 10022

   ELI BARD, Esq.
   Marvel Entertainment, Inc.
   417 Fifth Avenue
   New York, New York 10016


On behalf of the Defendants:

   MARC TOBEROFF, Esq.
   Toberoff & Associates
   2049 Century Park East
   Suite 2720
   Los Angeles, California  90067



Videographer:

   Michael Arrison


- - -

Thomas

A.    Uh-huh.

Q.    All of the questions that I'm going to be asking you, unless I specify a different time period, are from -- are dealing with the period from when you first started in July of 1965 to let's say the end of 1972.

A.    All right.

Q.    Okay.

How did you begin working at Marvel the first time?

A.    I had wanted to meet Stan Lee because I had been working on this -- the early version of this fan magazine Alter Ego in the early '60s, and I was a big fan of the material that Stan was writing and the artists were drawing.  And I had exchanged one or two letters with him.  And when so I came to New York to work for DC, I still wanted to meet Stan Lee.  And I invited perhaps we could get together for a drink.  He knew vaguely who I was and that was about it.

And I got back to my hotel room and was told that:  Well, he wasn't interested in having -- you know, he didn't really socialize that much because he lived out on Long Island.  But he'd like

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 10-141-CMKF

MARVEL WORLDWIDE, INC.,

MARVEL CHARACTERS, INC., and

MVL RIGHTS, LLC,

    Plaintiffs,

VS.

LISA R. KIRBY, BARBARA J. KIRBY,

NEAL L. KIRBY and SUSAN N. KIRBY,

    Defendants.

Volume II

Videotape Deposition of:

Roy Thomas

Wednesday, October 27, 2010

Orangeburg, South Carolina

APPEARANCES:

FOR THE PLAINTIFFS:

     MARVEL WORLDWIDE, INC., MARVEL CHARACTERS,

     IN.C, and MVL RIGHTS, LLC

     BY:   JODI AILEEN KLEINICK

     PAUL HASTINGS JANOFSKY & WALKER

     75 East 55 Street

     New York, NY   10022

-AND-

     ELI BARD

     VICE PRESIDENT, DEPUTY GENERAL COUNSEL

     MARVEL ENTERTAINMENT, INC.

     417 Fifth Avenue

     New York, NY   10016

(Appearances continued:)

FOR THE DEFENDANTS:

LISA R. KIRBY, BARBARA J. KIRBY,

NEAL L. KIRBY and SUSAN N. KIRBY

BY:  MARC TOBEROFF

TOBEROFF & ASSOCIATES

2049 Century Park East

Suite 2720

Los Angeles, CA   90067

Page 214

Thomas

MS. KLEINICK:   Objection.

A.    It was an advance.

It was done for, you know, a certain number of pages, or whatever, and figured on a page rate.

Q.    Oh.  But, and it was --

A.    Pardon me.

Q.    Strike that.

A.    Oh.  I'm sorry.

Q.    So prior to the -- you began working at Marvel in July, 1965, correct?

A.    Yes.

Q.    And prior to that -- starting at Marvel -- and the short time you were at DC, prior to that -- you had no experience in the comic book industry?

A.    No.  I had also written -- sometime in the turn of 1965, or -- I'm not sure exactly the date -- how that relates to the Jimmy Olsen story that was also done in that pre-New York period, I wrote two scripts for a smaller company called Charlton Company, that was based in Derby, Connecticut.

And I had also submitted one or two