EXHIBIT B





©2007 Sara Lee Corporation.

Stan Lee & *Jack Kirby*

# FANTASTIC FOUR
## THE LOST ADVENTURE

Between 1961 and 1970, Stan Lee and Jack Kirby produced 102 consecutive issues of FANTASTIC FOUR, as well as six Annuals. However, there was a 103rd issue that they'd begun working on, but never completed.

While portions of that story saw print some months later as an extended flashback sequence in FANTASTIC FOUR #108, the original incarnation of that tale has never been finished--until now!

Working from Jack Kirby's penciled pages and their extensive border notes, Stan Lee and Joe Sinnott have reunited to complete what they'd begun 38 years earlier, aided in part by Ron Frenz and Chris Sotomayor.

This is
## FANTASTIC FOUR: THE LOST ADVENTURE

### "THE MENACE OF THE MEGA-MEN!"

**A Stan Lee and Jack Kirby Production**

Additional Pencils by **Ron Frenz**
Embellisher – **Joe Sinnott**
Colorist – **Chris Sotomayor**
Letterer – **Artmonkey's Dave Lanphear**

### "FANTASTIC FOUR #108: KIRBY'S WAY"

Writer – **John Morrow**
Designer – **Rommel Alama**

### FANTASTIC FOUR #108: "THE MONSTROUS MYSTERY OF THE NEGA-MAN!"

Writer – **Stan Lee**
Pencilers – **Jack Kirby, John Buscema & John Romita Sr.**
Inker – **Joe Sinnott**
Letterer – **Sam Rosen**
Color Reconstruction – **Michael Kelleher**

Assistant Editor – **Molly Lazer**
Editor – **Tom Brevoort**
Editor in Chief – **Joe Quesada**
Publisher – **Dan Buckley**

**Special Thanks to Jeff Youngquist, Mark Beazley, Lisa Kirby and the Kirby Estate**

NTASTIC FOUR: THE LOST ADVENTURE No. 1, April, 2008. Published as a One-Shot by MARVEL PUBLISHING, INC. a subsidiary of MARVEL ENTERTAINMENT, INC. OFFICE OF PUBLICATION: 417 5th Avenue, New York, NY 10016. Copyright © 2008 Marvel Characters, Inc. All rights reserved. All characters featured in this issue and the distinctive names and likenesses thereof, and all related indicia are trademarks of Marvel Characters, Inc. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. $4.99 per copy in the U.S. and $5.99 in Canada (GST #R127032852) in the direct market and $5.99 per copy in the U.S. and $5.99 in Canada (GST #R127032852) through the newsstand. Canadian Agreement #40668537. Canadian Agreement #40668537. Printed in Canada. ALAN FINE, CEO Marvel Toys & Publishing Divisions and CMO Marvel Entertainment, Inc.; DAVID GABRIEL, SVP of Publishing Sales & Circulation; DAVID BOGART, SVP of Business Affairs & Talent Management; MICHAEL PASCIULLO, VP Merchandising & Communications; JIM O'KEEFE, VP of Operations & Logistics; DAN CARR, Executive Director of Publishing Technology; JUSTIN F. GABRIE, Director of Publishing & Editorial Operations; SUSAN CRESPI, Production Manager; STAN LEE, Chairman Emeritus. For information regarding advertising in Marvel Comics or on Marvel.com, please contact Mitch Dane, Advertising Director, at mdane@ marvel.com. For Marvel subscription inquiries, please call 800-217-9158.



THE FABULOUS FF LEARN THAT TWO HEADS ARE DEADLIER THAN ONE!

# THE MENACE OF THE MEGA-MEN!

JUST FOR A CHANGE, WE *DON'T* OPEN WITH REED BENDING OVER SOME FANTASTIC, SCIENTIFIC KIRBYESQUE CONTRAPTION!

BUT THAT TWO-HEADED STATUE MAY PROVE TO BE THE MOST FANTASTIC ITEM OF ALL!

WHAT A *STRANGE* BIT OF SCULPTURE, DR. RICHARDS!

WHAT DOES IT REPRESENT?

IT'S *JANUS*, THE DOUBLE-FACED ROMAN GOD OF BEGINNINGS AND ENDINGS.

I KEEP IT AS A REMINDER OF ONE OF OUR *DEADLIEST* ADVENTURES!

I STILL FIND IT HARD TO BELIEVE--

--HOW CLOSE JANUS CAME TO *DESTROYING THE WORLD!*

A *STAN LEE* & *JACK KIRBY* PRODUCTION

JOE SINNOTT • CHRIS SOTOMAYOR • ARTMONKEYS
EMBELLISHER        COLORIST          LETTERER

MOLLY LAZER      TOM BREVOORT      JOE QUESADA      DAN BUCKLEY      SPECIAL THANKS TO
ASSISTANT EDITOR      EDITOR      EDITOR IN CHIEF      PUBLISHER          *RON FRENZ*

















































# NEO SHIFTERS

[Split:Shifter] Sighted
- Launch Atomized Disc
- Activate Quadruple Drill
- Vehicle to Shifter Mode
- Powered by Inside Nēo

## JOIN THE RESISTANCE

The Neo Shifters conflict is full blown!
Split Shifters, adaptable and rebuildable vehicles,
plus an advanced arsenal of Templars and
Paladins scour the desolate planet in their quest
for complete domination. Join the underground
Resistance online for video reports and massive
multiplayer game revolution.
Use your web code RESISTANCE[YUW] to determine
the future of many worlds...

**WWW.NEOSHIFTERS.COM/BATTLE**

MEGA BLOKS

































































































































