













































































































































# PORTFOLIO REVIEW



In the wake of Messiah CompleX, there are no X-Men and young mutants Rockslide, Blindfold and Dust are alone and directionless. Until the day Cyclops recruits them to hunt the new incarnation of the Brotherhood — and kill them. Exactly who this new Brotherhood is and why Cyclops wants them dead are mysteries that will shock you! Joined by a pair of new recruits, the young X-Men learn a hard truth about the world post-Messiah CompleX: sometimes old allies make for deadly enemies.

So just who make the cut to be in this new team and what do they bring to the table?? We sat down with editor Nick Lowe to get the low-down on each of the new members, as designed by series artist Yanick Paquette and hints as to what roles these kids will play!

**Dust -** "She's one of the most powerful mutants in the world. Her power is so versatile and, frankly, really scary. We've seen her peel the skin off people with her dust. She can get in and out of any building. We're just lucky she's a good guy, er, gal."

"Basically, Cyclops is personally making this the tightest platoon of X-Men ever. He's got big plans for these kids."

"One hint about the Brotherhood — this isn't the first time these characters have been new."

**Ink** - "He's a new character that you'll meet for the first time in #1. He's one to watch. His powers are really cool and there are some really BIG things planned for him."

**Wolfcub** - "He's going to surprise a lot of people. And tear the heck out of a lot of bad guys with his claws and teeth. He's much tougher than anyone gives him credit for and you'll see him rise to new heights in this book."

**Rockslide** - "The funniest character in all the X-Men, by far. We've all known someone like Rockslide. He's kind of a jerk, but you love him anyway. But in this series he's going to be put through the wringer and you're going to see a lot of new aspects of his personality."

**Greymalkin** - "He's the big mystery of the first five issues, and that's all you're getting from me about him."

# YOUNG X-MEN #1
## Marc Guggenheim · Yanick Paquette
### Cover by Terry Dodson
## APRIL 2008

# LOOK WHO'S TALKING!

## AWARD-WINNING COMIC BOOK WRITER MARK MILLAR

**MARVEL:** So, tell us, what's the story of the Marvel Universe as both the past artist and comic book writer - what do you think about the state of the Marvel Universe since Civil War?

**MARK MILLAR:** In a word? Exciting. It really reminds me of the Marvel Universe I first discovered when I was a little kid. Marvel books always seemed a little more real and frightening than DC books. It wasn't a world where the heroes were quite as comfortable with one another. Even when they met, they were always fighting, whereas the DC guys always seemed like they were going fishing together when they were off-duty. I like the slightly uncomfortable feel of the new Marvel Universe. The idea that it's constantly in flux.

**MARVEL:** The FF played a huge role in Civil War, and you just wrote the monthly for a while. Now that you are returning to the book do you plan on picking up where any of the threads you moved past?

**MARK MILLAR:** Very much so. Civil War was all about pulling something apart. It was always about a line being drawn down the middle of the Marvel Universe. But now my spider-sense tells me that the time is right for reconciliation. This is all about building things up and making people feel good again. It's very much a response to the gloominess of Civil War.

**MARVEL:** You've said that this is a love letter to Stan Lee & Jack Kirby. How much of their original 100 issue run has influenced your plotting now?

**MARK MILLAR:** It's influenced us enormously in the sense that we're never referring to them even once. Why? Because the lesson we've hopefully learned from the Lee and Kirby run is to do comics our own way. You have to look at the historical context of the first Fantastic Four. This was a book that broke all the rules and constantly changed. It was unlike anything else around at the time and we have to try to do something similar. Of course, it needs to feel like Fantastic Four but were Stan and Jack a cast of thirty-somethings now I feel they would make the book their own by panel 3.

**MARVEL:** You told us you're known for delivering iconic established characters in unique ways. In one sentence, give us your take on each member of the new Fantastic Four.

**Reed** – They call Reed Mister Fantastic because he's the toughest, coolest, best looking, craziest and smartest superhero in the Marvel Universe. This is something they missed in the movies I think. But Reed isn't a nerd by any means. He's fought Galactus, for God's sake. I know that's more than one sentence, but I feel passionate about it.

**Sue** – She's the glue that holds the family together, the powerful link between Reed, Johnny, Franklin and Valerie and the secret power behind the throne (like all wives).

**Johnny** – He's the rock star of the Marvel Universe.

**Ben** – The heart of the team.

**Doom** – Victor's the weird uncle Dad doesn't talk to anymore, the big split in the family.

**MARVEL:** And Doom. You've said you were always going to use Doom but in a new way. How?

**MARK MILLAR:** I thought long and hard about using Doom because I didn't want this to be Fantastic Four's greatest hits. That's tempting when you have someone like Bryan Hitch on the book, because you

naturally want to see his Mole Man and Black Bolt and Silver Surfer and so on. But we both agreed early on that the reason the book hasn't sold as well as it did in its heyday is because the family hasn't been allowed to grow organically. I think FF has probably had the greatest number of top creators out of any book in history and yet the book has been stuck in the middle of the charts since maybe the early seventies. I considered this a great deal and I really think it's because all those big changes that made it radical happened in those first ten years and since then it's stayed the same size. Any family that hasn't grown in 35 years is going to feel diminished. And so we've tried to throw as many new concepts and characters out there as we can. Doom will be used, but only in a way he hasn't been done before.

**MARVEL:** There have also been rumors of an all-girl group. Care to talk?

**MARK MILLAR:** Johnny's out there copping off with all these top birds and Reed's busy with his experiments when they aren't saving the world. But I felt like Sue really needed something to do. She's smart and resourceful and is one of the best-connected people in the world, so I wanted her to get together with Stark International and start a superhuman relief effort to help victims of super-villain crime. This can be big or small and it's a charity she's started up with She-Hulk and Wasp. Mommy's essentially going out to work now.

**MARVEL:** What about new characters? Reed's wife?

**MARK MILLAR:** Yeah, this is great fun. It just always struck me that Reed would have had someone prior to Sue, since he's ten years older than she is. Also, Sue's so different from Reed that I felt the girl out there would be much more like he was, a female Reed Richards of sorts, and someone he'd have met at university. As luck would have it, Chris Claremont created exactly such a character and her name is Alyssa Moy. Her nickname in our story is Mrs. Fantastic and you'll see why when you read the first issue.

**MARVEL:** Finally, your partner in crime Bryan Hitch. Of all the artists out there what made him only fit for Fantastic Four?

**MARK MILLAR:** The same two reasons I wanted him on Ultimates. First, he's the best in the business, bar none. He's just the greatest artist of this generation and I can't believe my luck to have him on another project. Secondly, and this is my weird answer because he brings the same realism to superheroes as John Buscema and the Buscema reprints were my introduction to Fantastic Four as a kid. When I think of Reed, it's Buscema's version I see.

**MARVEL:** Where else have you found the character for the setting wise?

**MARK MILLAR:** I love his Baxter Building. If that doesn't sound too odd. Together with Paul's colors, it really looks like an actual place I want to live there.

**MARVEL:** Any last words?

**MARK MILLAR:** Buy this book. It's friggin' awesome.

# 'Nuff Said!





Au'some Inc. Monmouth Junction, NJ 08852, U.S.A. ©2008 Au'some Inc. All Rights Reserved.
(732) 951-8818    info@ausome.com
**www.ausome.com**