# EXHIBIT C



Copyright 1972 by Communicators Unlimited/All Rights Reserved/Reproduction of cover or contents without permission from the publishers is prohibited

ME 00959

ME 00960















ME 00955



Sigurd

ME 00956



Baldurr

ME 00957



Heimdall

ME 00958