# EXHIBIT D



ME 00965



ME 00966