EXHIBIT FF



K 00061



K 00063



K 00064



K 00065



K 00068



K 00069



K 00072