# EXHIBIT HH

ARTIST

# "Somebody wanted me to do a naked Doctor



© 1970 MCG

# JACK KIRBY

**H**ow do you write an introduction for a guy who needs no introduction? Should I take the historic approach — the early years, Betty Boop, Eisner and Iger? The Joe Simon collaborations? The Silver Age work for (ahem) Marvel? Shall I remind the industry of how we're all indebted to the King?

Somehow none of these seem apt introductions for this interview, which I consider to be about Kirby — the man. The thing that makes COMICS INTERVIEW stand out from all the rest is it gives readers an in-depth look at the diverse personalities behind the work, beyond the hype, and that's what this piece is about — will the real Jack Kirby now please stand up.

**JACK KIRBY:** There are no failures in life — just people who quit too soon. I believe everybody has the same potential. I have the same potential to play the piano. Given time I could be **Paderewski**, but I have no inclination to play the piano. Given time, I'll never be **Paderewski**.

**MARK BORAX:** *(Laughter.)*

**JACK:** And it won't matter to me, see.

**MARK:** *You directed your energy in a different channel?*

**JACK:** Something captured my interest and I stayed with it.

**MARK:** *For a long time.*

**JACK:** For a very long time. Now I'm doing a different facet of it, and I'm doing it for people that I want to do it for — Ruby Spears. I'm having a fine time. They're fine artists, we have a good relationship. They like the work, and I give 'em whatever they ask for. It's the professional thing to do. I'm content

---

**ARTIST**

# the artists handled both story and art."

1945 — WWII ends, and infantryman Jack Kirby comes home to Brighton Beach, NY. The caption on the back of this photo reads "Army food lousy. Figure great!"



we wanted to do, and we saw to it that everything was fresh and new. Steve Ditko, I think, was the one that in my estimation developed SPIDER-MAN, kept him going, and kept him selling.

**MARK:** *Was Steve doing a lot of the plotting of the original book, or was Stan doing all of it?*

**JACK:** The artists were doing the plotting — Stan was just coordinating the

books, which was his job. Stan was production coordinator. But the artists were the ones that were handling both story and art. We had to — there was no time not to!

**MARK:** *'Cause you were putting out so many titles each month?*

**JACK:** I was doing almost *all* the titles! So SPIDER-MAN was given to Steve Ditko, and he did a wonderful job, he developed it, he made people interested

in it. There was no time for the artist not to do it.

Actually, the HULK was gonna be discontinued after the third issue, okay? So in comes these college guys from Columbia or NYU, and they get a list of college names — and they say "The Hulk is the mascot of our dormitory." I knew right away we'd got the college crowd —

*comics* **45** *interview*