# EXHIBIT QQ

DC COMICS INC.
666 Fifth Avenue
New York, New York 10103
(212) 484-2802

Jenette Kahn, President & Publisher



November 19, 1985

To the Comics Journal,

It is a sad history. During the first three decades in our industry, comic art was destroyed by all the major companies because they were insensitive to even the personal value of the work and unconscious that artists had any rights in it. By the late Sixties, as protests grew, the majors ceased to butcher artists' pages, but hoarded them instead in warehouses.

In 1973, DC acknowledged what should have been true from the industry's beginning and what is true for all other magazines and periodical literature. We, the publishing houses, are paying only for the right to reproduce the work. The ownership of the page, the actual object, belongs unequivocally to the artist, and the artist alone. The return of artwork is an artist's inalienable right.

We emptied our warehouse, searching out artists who had not worked for DC in years. In 1978, DC became -- and still is -- the only major comic book company to guarantee in every contract written for every piece of work the return of the original art. We also were the first and only to guarantee payment if the artwork we had in our custody was damaged or lost.

Jack Kirby is one of our industry's greatest innovators and contributors. We are all in his debt. His artwork, like that of all the hundreds of other artists who have received their pages back from the publishers, is his morally and by industry practice for the past twelve years.

There has never been a time in those twelve years that we have singled out any artist and attached different conditions to the return of his art. We cannot imagine a circumstance in which it would be appropriate or ethical. Ownership of artwork is absolute and therefore cannot be subject to negotiation.

Jenette Kahn, Dick Giordano, Paul Levitz

*[signatures]*

DEPOSITION EXHIBIT
Shooter 6
10/5/94
ERIC J. FINZ

A Warner Communications Company

CONFIDENTIAL

MARVEL0018764