# EXHIBIT SS

# A Talk With Artist-Writer-Editor Jack Kirby

*Interviewed by Bruce Hamilton, and originally published in* Rocket's Blast ComiCollector #81

(Editor's Note: This interview was conducted shortly after Jack left Marvel in 1970 to realize his Fourth World series at DC.)

**BRUCE HAMILTON:** Do you care to discuss your main reasons for switching to DC?
**JACK KIRBY:** I don't mind at all. I can only say that DC gave me my own editing affairs, and if I have an idea I can take credit for it. I don't have the feeling of repression that I had at Marvel. I don't say I wasn't comfortable at Marvel, but it had its frustrating moments and there was nothing I could do about it. When I got the opportunity to transfer to DC, I took it. At DC I'm given the privilege of being associated with my own ideas. If I did come up with an idea at Marvel, they'd take it away from me and I lost all association with it. I was never given credit for the writing which I did. Most of the writing at Marvel is done by the artist from the script.

**BRUCE:** Was the concept of the Fantastic Four your idea or Stan Lee's?
**JACK:** It was my idea. It was my idea to do it the way it was; my idea to develop it the way it was. I'm not saying that Stan had nothing to do with it. Of course he did. We talked things out. As things went on, I began to work at home and I no longer came up to the office. I developed all the stuff at home and just sent it in. I had to come up with new ideas to help the strip sell. I was faced with the frustration of having to come up with new ideas and then having them taken from me. So, I was kind of caught in a box and I had to get out of that box, and when DC came along and gave me the opportunity to do it, I took it. I believe working for DC can lead to other experimentation and a better kind of comic book, and the kind of comic book that could lead to all sorts of different things.

**BRUCE:** What do you feel is your single greatest creation in 30 years of working in comics?
**JACK:** Well, there's no doubt that Captain America became some kind of an institution with some kind of a legendary status. I accept that as probably the big one.

**BRUCE:** Is it true that some of the things signed by Simon & Kirby actually contained work by other people?
**JACK:** Yes. We had, for instance, Eddie Herron, the man who created Captain Marvel. He was an editor for Fawcett who later became a writer for DC. He also created the Red Skull, which I used in an early *Captain America*. Compared to Captain Marvel, that became his biggest hit. In fact, the Red Skull stands out as a kind of an all-time villain. He proved to be a great character — but I didn't create him. And I used him to good effect. We had things like that from time to time.

**BRUCE:** There's been a continuing controversy whether you or Beck drew *Captain Marvel* #1 and who drew the *Special Edition* that came out before that. Did you do either one?
**JACK:** I did the *Special*. I originated the costume and all that business.



*1970s Cap drawing.*

I did that for Eddie Herron.

**BRUCE:** Let's talk about the future. Is it true that Superman is really from New Genesis?
**JACK:** No, it's not. The people from New Genesis are not the kind of people who are made into persons of Superman's class, although they are super-beings in their own right. They don't stem from that kind of an origin.

**BRUCE:** John Clark of Phoenix came up with the idea the other day that maybe Superman was really the son of Highfather and that he'd been kidnapped by Darkseid and injected with a false memory of his origin. We thought it was interesting speculation.
**JACK:** There is a concept in the strip that the true son of Highfather is going to be brought out, but it's not Superman.

**BRUCE:** In your many years of collaboration with Joe Simon, we were wondering who usually wrote, who penciled, and who inked? Or did it sometimes vary?
**JACK:** Joe Simon is a very very competent man and he is quite capable of doing all those things, but I wrote them and I penciled them... and *(laughing)* I inked them half the time! It was a lot of fun doing them, though.

**BRUCE:** Is he still active in comics?
**JACK:** I don't know what Joe is doing. I haven't seen or talked to Joe in about five years.

**BRUCE:** You were quoted in an interview six or seven years ago as saying you didn't think the Alley Awards for the Best Artist were given to enough people. Would you care to comment on that?
**JACK:** Yes. I believe the Alley Awards were sewed up among a few people and were handled in a sort of clique fashion. In other words, they were dominated by one group, which gave it to one group. It became a kind of an overall self-promotional, which I thought was wrong. I feel that the people who handed out the Alley Awards stayed within their own likes and dislikes. They didn't give enough study to the other artists in the field who were doing pretty competent work for other books. This was because of the clique situation.

**BRUCE:** Are you familiar with this new publisher Skywald? Do you know the story behind some of the old comics they're reprinting?
**JACK:** Well, it's probably a simple story. I don't know the story behind it, but I've done the same thing in the past myself. Purchasing old artwork cuts down on costs. I see they got hold of some of my old *Bullseyes*. I don't know how they did that, but I'm quite sure they bought it legitimately; but I don't know from whom.

**BRUCE:** Do you feel comics are here to stay in their present form?
**JACK:** No, they're not. I feel that they're going to change. I feel there's being a lot of experimentation in that respect. I feel th K101344