# EXHIBIT UU



FEATURING THE FABULOUS FEMALES OF MARVEL COMICS

Copyright © 1977 by Marvel Comics Group,
A Division of Cadence Industries Corporation
All rights reserved
including the right of reproduction
in whole or in part in any form

Published by Simon and Schuster
A Division of Gulf & Western Corporation
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020

Manufactured in the United States of America
1   2   3   4   5   6   7   8   9   10

Library of Congress Cataloging in Publication Data
Lee, Stan.
  The superhero women.

  1. Marvel Comics Group. 2. Comic books, strip,
etc.—United States. 3. Women—Caricatures and cartoons.
I. Title.
PN6725.L424        741.5'973        77-9500
ISBN 0 671 22766-1
ISBN 0-671-22928-1   Pbk.

# NOW YOU SEE HER— NOW YOU DON'T!

WHEN you talk about favorites, the sensational Sue Storm has to be right up there at the top of my all-time list. After all, she was the first of the so-called new breed of superhero; she, and her three colorful cohorts—the fabulous quartet that was destined to make comicbook history as The Fantastic Four.

Let me tell you right up front why I'm still frankly fascinated by the concept of the stunning Ms. Storm. At the time that Jack Kirby and I put our noggins together and decided to come up with a new team of super do-gooders, there wasn't much happening in those circles. What few heroines there were all seemed to follow the same pattern. They weren't actually heroines at all; they were just the heroes' girlfriends. They worried when their man went off to fight the ferocious foe, and they usually spent the rest of the time tearfully imploring him to give up his dangerous calling—or else they'd wonder why the guy they were dating in his Brooks Brothers suit wasn't as brave and glamorous as the multimuscled misanthrope who was flying around town in his cape and form-fitting long johns—never dreaming that both of them were one and the same guy. Remember? Of course you do.

Well, right at the outset I determined to do all I could to change that pattern, to alter the formula. There must be a better way—or, at least a different way. And that's where little Susie comes in.

After dreaming up the three male characters who'd provide the brawn for the ol' F.F., our next task was to make sure that the obligatory female was included on the team. We could have made her the girlfriend of one of the guys, a girl who never really suspected that the man she loved was, when danger beckoned, the swashbuckling costumed idol of millions, whom she too secretly adored. Or, we could have made her a pretty little pest who's constantly telling the other three to settle down and find honest jobs for themselves. But did we do that? Hah! Glad you asked!

For the benefit of anyone who hasn't read a comicbook in the past generation or so, I'll tell you what we did. We made her the fiancée of Reed Richards, the intellectual leader of the group. Did you get that?

57