EXHIBIT YY








**Putting On A Pair Of Panthers**

(Above left:) Artist Jack Kirby co-created The Black Panther for *Fantastic Four* in the mid-1960s, but when T'Challa first got "his own comic," it was illustrated by others. The cover of *Jungle Action* #11 (Sept. 1974) is by Gil Kane (p) & Dan Adkins (i).

(Above right:) Jack himself penciled this cover for *Jungle Action* #18 (November 1975). A couple of years later, he wrote and drew nearly a dozen issues of a *Black Panther* comic.

[Black Panther TM & ©2007 Marvel Characters, Inc.; Jungle Action covers ©2007 Marvel Characters, Inc.]

army combat machine guns, and a missile-firing tank "large enough for two kids inside." The tank also has a "mighty cannon and rocket launcher, swiveling machine guns, simulated treads and other authentic tank features.")

The Hulk, a green-skinned monster who hates the world because the world hates him, has, several times, single-handedly defeated the US Air Force. But Hulk is still a near-classic case of paranoid schizophrenia. Somewhere down in his primitive brain is the knowledge that he once was a gentle soul (scientist Dr. Bruce Banner). But the Hulk hates Banner for being weak and normal, and he is obsessed with the fact that he can turn back into Banner at any time.

To begin one *Hulk* comic, Stan wrote: "Can a green-skinned introvert with antisocial tendencies find happiness and fulfillment in a modern materialistic society?" The answer, of course, is no.

"When I created Hulk with artist Jack Kirby, we had the feeling that people love a guy who isn't perfect," Stan recalls. "As a kid I always loved the Frankenstein monster. All kids know that Frankenstein's monster really isn't a bad guy, that he's friendly to blind violinists, and that he just fell into bad company." (Hulk was friendly with teenager Rick Jones, but Jones drifted into other comic books and soon may become the sidekick of Captain America.)

In addition to a green-skinned star, Marvel comics feature a number of Negroes, a significant breakthrough for the otherwise waspy superherodom. (It has been suggested that the Bruce Wayne-Batman mansion is in a restricted neighborhood.) In addition to a Negro city editor (in *Spider-Man*) and assorted police and populace, Marvel has a genuine black super-star in The Black Panther, who is really T'Challa, son of T'Chaka. T'Challa, a prince of the Wakanda tribe and their representative to the United Nations, is one of the world's richest men and owns an underground scientific city.

"We were going to play him up as the first black super-hero with his own comic book," Stan says. "But then we became a little gunshy. He was created before the Black Panthers [the African-American organization] got their notoriety, and now I really don't know what to do with him. The name is an unlucky coincidence, really. If we want to get involved in a civil rights story, we want to do it our way and not stumble into it because the name of one of our characters happens to be the same as that of a militant group. Maybe we'll let him get involved in Harlem teaching Negro youths who do not suspect that he's really their hero, Black Panther."

*who is also the richest man in the world.*

**LEE:** Yeah, so the whole idea was a little bit off. I told Roy Thomas what I'd like to do with him is have Roy write the Panther so he teaches underprivileged children in the ghetto and uses his own knowledge and his own force and leadership to help these kids.

**MB:** *How about The Falcon as a black super-hero?*

**LEE:** Now I think we have a better chance with The Falcon. We've used him in three stories, then we dropped him, and I want to wait and see how the mail comes in. I'm hoping it'll be good and I'd like to give him his own book. I'd like to just make him a guy from the ghetto who is like Captain America or Daredevil. No great super-power, but athletic and heroic. And let him fight for the cause that will benefit his own people. I would have done this years ago, but again the powers-that-be are very cautious about things and I can't go leaping.

**MB:** *How serious or how deep is the religious allegory in* The Silver Surfer?

**LEE:** I think pretty unconsciously. I'm really just trying to write something kind of poetic and kind of pretty and kind of mystical sounding. I think you can read a lot into it. In fact, when I discussed the character with John Buscema before he started drawing the book, John said: "Well, how do you want me to think of him? You know, what kind of guy?" And I said: "The closer you come to Jesus Christ, the better." He has that kind of a personality. He's almost totally good, unlike most of our heroes, and I'm enjoying doing *The Silver Surfer.*

**MB:** *But why "Surfer"?*

**LEE:** Actually, we're stuck with the name, because when he first appeared, he appeared as an incidental character in a *Fantastic Four* story. Jack Kirby just threw him in— I think the name was Jack's—and called him The Silver Surfer. I thought it sounded good and used him. Had I known that we would end up doing with him what we're doing today, I would have taken more pains to get a name that was more applicable. But actually, nobody else seems to mind the name. It's easy to remember and it's almost a put-on. And I haven't had any complaints about it. [NOTE: *As I've written before, Ye Editor, who was in the Marvel offices the day Kirby's pencils for FF #48 came in, is nearly 100% certain that the name Jack gave the character in his margin notes was simply "The Surfer," and that it was Stan who christened him "The Silver Surfer."* —Roy.]

**MB:** *My walls and ceiling are papered with Marvel Comics covers, and one cat came in one day and said, "This is the most violent wall I've ever seen!" What about violence in Marvel Comics?*

**LEE:** I don't know. What the hell is violence? I don't think our books are violent at all. I think our books are the exact opposite of violence. I don't like to say this because it's become a cliché by now, but real life is violent. I mean crime, Vietnam, poverty, and bigotry are violent. There's nothing violent in our books: good guys trying to save the world from bad guys. If somebody punches somebody in a story, we throw it in because the kids wouldn't buy the book unless we did. Frankly, it's our concession to the younger readers. There has to be a fight scene somewhere. Just like you're not going to get any young kids to go to a Western movie unless there's one or two shootings. But compared to the problems of the world today, I don't consider a punch



**Well, At Least There's No Sex....**
One of the most notorious latter-day examples of violence in Marvel Comics, of course, is the 2007 death of Captain America. Golden Age Timely bullpen artist Allen Bellman did his own irreverent take on that event, as seen at recent comics conventions—black-&-white, with red on the oversize bullet and the villain's mask. See p. 35 for Allen's commissions ad. [Captain America TM & ©2007 Marvel Characters, Inc.]

in the jaw really violent as we do it. Even there it isn't a normal punch in the jaw. It's usually one invincible human being hitting an indestructible creature of some sort. You don't even get the feeling anyone's jaw is getting broken as it might happen in real life. It's all so totally fictitious and so totally fanciful that it isn't what my conception is of violence. I would call it exciting and fast-moving and imaginative. But I really wouldn't call it violent.

**MB:** *How do you feel about the gory publications that exploit violence? Those where you see spikes through young girls and blood spurting all over?*

**LEE:** Well, that's what killed comics years ago. We don't do anything like that. It doesn't particularly bother me. I think it's in bad taste. There's so much to be said and there's so many ideas to be brought forth that you just don't need all that gruesome stuff. And you don't need all the dirty stuff. It almost dilutes the message. Nothing wrong with good horror stories, but you just don't need the things that are in such bad taste that you don't even appreciate that maybe the story was good beyond that.