# EXHIBIT CCC

# THE GOLDBERG VARIATIONS

An Interview with the Colorful (in More Ways Than One) STAN GOLDBERG about His Five-plus Decades in Comics—Especially at Timely/Marvel

Conducted and Transcribed by Jim Amash



"Stan G." at a Berndt Toast cartoon show at Nassau Community College, Long Island, NY, in 1995. Photo courtesy of SG.

[INTERVIEWER'S INTRODUCTION: *More than once, Stan Goldberg has stood at the crossroads of comics history. He is one of the few human bridges between the Timely/Atlas and Marvel days, starting at Atlas in 1949 as a colorist through the late '50s. Stan made major contributions to the 1960s Marvel Universe by designing the color schemes for all its early super-heroes, while drawing* Millie the Model *and other popular titles as "Stan G." Years later, Stan became important at a second company as the other "Good Archie Artist," taking his place with Dan DeCarlo as one of Archie Publications' major illustrators. Stan Goldberg's influence as a top Archie artist is a model for all who draw the Riverdale teenagers—and that includes me!* —Jim.]

John Buscema, who's on Stan Goldberg's "short list" of best comics artists ever, penciled this cover rough for Marvel's *Galactus the Devourer* series a few years back. At one time or another in the 1960s, Stan colored just about every hero depicted! Thanks to Owen O'Leary. [©2002 Marvel Characters, Inc.]

## I. "I Can't Remember a Time When There Wasn't a Pencil in My Hand"

**JIM AMASH:** *Stan, what inspired you to be a cartoonist?*

**STAN GOLDBERG:** I was born in New York City, May 5, 1932. Fifth month, fifth day, and three plus two equals five. So five is my lucky number. Drawing always existed for me. I can't remember a time when there wasn't a pencil in my hand. Or brown paper to draw on.

We had an extended family living with us. They said I was a nice, quiet, polite kid because I always sat in a corner and drew. My cousins always teased me about it. I was always interested in telling a story in either pictures or verbally telling stories or jokes. When I was very young, I'd poke a hole in the corner of several sheets of paper and tie a string around it, creating my own comics and characters. But I hated drawing women and funny pictures. My stories were like "Reid Jones, Soldier of Fortune." Everybody looked like Clark Gable!

**JA:** *Were you influenced by listening to radio shows?*

**GOLDBERG:** Oh, yes. Comics and art always influenced me, but not as much as radio. It was the greatest thing in the world. I ran home right after school and started listening: *Don Winslow of the Navy, Mandrake, I Love a Mystery,* and all the afternoon shows. I'd listen right up until nighttime to *Lux Presents Hollywood* and shows like that. I'd listen to *Let's Pretend* on Saturday morning. They were all great stuff. I loved the voices and imagining what was happening. I'd draw pictures of what I



Stan writes: "Me at age 3 1/2. Check out the Skippy tie. I loved drawing even at that age. Percy Crosby's *Skippy* was my favorite strip, and still is." Photo courtesy of SG.



The cover of *Kathy* #1 (Oct. 1959), Stan Goldberg's first humor work for Timely/Marvel. Obviously an *Archie* wannabe, but it pointed the way to Stan's becoming a top *Archie* artist years later. A bit of art at left got trimmed when photocopying from Stan's bound volume. [©2002 Marvel Characters, Inc.]

### IX. "The Heroes' Colors Should Be Nice and Bright"

**JA:** *What was the first humor work you did for Marvel?*

**GOLDBERG:** The first teenage feature I drew was *Kathy*, in 1958, after we had lost our distributor and everybody was fired. I had been doing 3- and 5-pagers for the horror and mystery titles. I started doing those in 1952 and did some every few months. I also did art corrections while on staff, in addition to everything else. And I did some work for other people. I didn't get married until 1961, so I had the time to do things.

**JA:** *Timely was known for being a trend-follower and never a trend-setter. Did that make anyone feel as though they were working for an inferior company, as opposed to, say, EC Comics?*

**GOLDBERG:** I don't think so. I remember when EC folded and Stan hired Marie Severin, who had been EC's colorist. Stan was excited about it because he knew we'd be getting that great EC coloring style. After a month, he realized that the artwork we did was different from the EC work and the coloring didn't look the same. EC had better printing than we did, so our books didn't look as good. Stan saw that the only way we could make the books jump out at the reader was to make the colors less authentic than EC did. For instance, EC would make the uniforms gray or green, and Stan said to forget that and make our books bright and attractive so they'd stand out better. And Stan was right. We sacrificed reality for impact.

**JA:** *Did you look at how other companies used color?*

**GOLDBERG:** Yes, but it didn't help much. For instance, DC's artists usually drew in a quieter style than ours, and their coloring didn't pop out that much. They were boring, and I knew what Stan wanted, so I punched things up a bit. You could open up any DC book and they all looked the same. We had a different look than they did. We were getting the books in and getting them out. I'd get the schedule from the coloring department and it had fifty books on it. And we had to get them out.



"SLOWLY, PONDEROUSLY, FROM OUT OF THE WRECKAGE, A HEAD EMERGES! BUT, NOT THE SENSITIVE, CLEAN-CUT HEAD OF DR. BRUCE BANNER! NO-- THIS IS THE BRUTISH, MENACING HEAD OF -- THE HULK!!"

This was the only panel in *Incredible Hulk* #1 (May 1962) in which the "hero" was colored green—just as a lighting effect, actually—but by #2 he became "Ol' Greenskin" for good. Stan G. says he and Stan Lee argued over the original gray coloring. Repro'd from *The Essential Hulk—Vol. 1*—and that "Essential" is one Marvel adjective that's definitely not hype! Art by Jack Kirby & Paul Reinman. [©2002 Marvel Characters, Inc.]

**JA:** *EC Comics made such an impact on the comics business. Did Atlas try to compete with them?*

**GOLDBERG:** Yes. Carl Burgos and Bill Everett must have been influenced by EC. And Stan probably told them to get closer to the kind of thing they were doing. We had their comics at the offices, and everyone was amazed by those comics.

**JA:** *Atlas printed on cheap paper, which must have added to your problem.*

**GOLDBERG:** That's right. The colors would come through from the other side of the page, and the paper wasn't white, either. We couldn't get a white background on the page. The colors would sometimes be way off from what we wanted. That's one reason why the gray didn't work on The Hulk.

Color was something that should enhance the main character. The heroes' colors should be nice and bright. Daredevil was yellow and red at first, and then he became all red. It just works better.

Iron Man was gray in his first story because it made more sense. The color of iron is gray. But we changed it to yellow because it looked better. Now he didn't look like a robot and wasn't as scary-looking.

There were a lot of colors I was afraid to use on the inside, like tan and gray. But Stan left everything up to me. The covers were the only thing I had to check with Stan.

**JA:** *No other company was ever able to achieve the kind of gray that Marvel had on those covers. You know how they managed it?*

**GOLDBERG:** I really don't know how, and that's why I steered away from the gray on the inside, because anything could happen once the silver prints were out of my hands. Stan wanted bright colors; he didn't want anything subtle. He said, "We do comic books. We want the characters to stand out." He told me to color them with bright reds and blues and on and on and on.

In the 1950s we were putting out a lot of material, and there were days I didn't even color the insides. I'd dole it out to the other guys in the department and I'd stay on the covers. I always did the covers because they were the most important thing. There would be changes made, so I was always running back and forth to Stan's office.

I remember having a big intercom machine on my desk. I wish I still had the thing; it was so big! I'd hear Stan's voice coming through, saying, "Stan! Get in here! I want to see that cover now!" And his voice would practically wake up the whole room. Things now are made so small, but that machine took up half my desk.

**JA:** *Was green your original choice for The Hulk?*

**GOLDBERG:** I'm not certain, but it probably was. The Thing was orange, so I couldn't use that. I certainly didn't plan to make him red, and we kicked around the idea of making him green, but Stan wanted to try gray. I fought him on that. I told him why it wouldn't work, and it *didn't* work, because we couldn't keep the color consistent throughout the book. Sometimes The Hulk was different shades of gray, and even green in one panel. If we hadn't already made The Thing orange, that'd have been the perfect color for The Hulk.

I always used red, yellow, and blue for the