# EXHIBIT EEE

# Jack Kirby: Prisoner Of Gravity

*Interview transcribed by John Morrow*

*In 1992, Jack gave an interview for a Canadian television program called Prisoners Of Gravity. Here are some excerpts from that interview:*

QUESTION: Jack, why did you become a cartoonist?
JACK KIRBY: I decided to become a cartoonist because I... well, I discovered comics all by myself. I was born on the Lower East Side of New York in a very restricted area, really. I just began to draw at a very young age, but it looked like I was marking up the tenement floor. I took to that sort of thing, and kept on with it until I drew more complicated forms. Gradually I found my way to Atlas Comics, which later became Marvel.

Q: Why were you so drawn to the superhero form?
JACK: Well, the superhero form, I think, is a feeling more than a drawing. I like people naturally, and I see people larger-than-life. That's the only way I can draw them, and superheroes came very naturally to me because that particular form of drawing seemed to represent my ideal of what I liked about men and women in general.

Q: Back in the early 1940s when you were getting started, one of the things you helped establish was the concept of the superhero's alter ego. Why did you decide your characters should have two sides to their personalities?
JACK: Because we all do. We all dream. Yes, we act realistically, but we dream beyond that reality, and our dreams make us larger. We all want to be larger, and we all want to see what's beyond all horizons. I believe it's part of the human make-up, and I reflect that in my drawings.

Q: Why were masks so important to that? Why did you want to have your heroes' faces covered?
JACK: Because we wear them. We find ourselves in situations in which we have to mask our true feelings. We have to look happy, or we have to look sad, but we may not feel like that on the inside. So I've instilled that in my characters too. And I believe that makes them more human, as well as the rest of their characteristics.

Q: What for you is the most important element in telling a story in comics?
JACK: The most important thing about telling a story is telling the story. In other words, to be understood; to let the other person know what the story is all about, what the story represents, whether it has a moral or not. The other person, if he understands my story, he'll understand all those various facets of it. So, I try to tell a story fully-rounded, and I believe that I've succeeded in that. If you read my comics you'll find that between the beginning and the end, there are all sorts of happenings, a variety of happenings, and that's how life is.

Q: But how do you lay that out on the page, in order to give it maximum impact?
JACK: Well, I gave it maximum impact. I gave it all the power I had in my own self. My heroes didn't merely walk, they ran. They had long strides. They represented power, the power of the individual. I've always worshipped the individual because I felt that each individual has value, and by giving value to other individuals, I give value to myself. And of course, that's self-satisfaction. I've lived my life that way, and I've been happiest that way.

Q: When you originally created Captain America, what were you





*Uninked pencils to Thor #147, page 7*

94

K 01072

going for? What were you hoping to do with that character?

JACK: Well, I was a very patriotic sort, as was Joe Simon, my partner. Together, we created Captain America, because that was a climate of the times. Hitler was seizing everything in sight in Europe, and they were very, very troubled times. You could feel it here in America. We had a natural villain, and natural heroes. Our heroes were American, and we had that American feeling. And from these feelings came the hero that we felt would solve our problems.

Q: In the early 1960s, you created hundreds of heroes to populate the Marvel Universe. What did the Fantastic Four represent to you?

JACK: The Fantastic Four were the team, they were the young people. I love young people, I love teenagers. You'll find that the Fantastic Four represent that group in many ways. They're very vital and very active. The teens certainly are in that category. So the Fantastic Four was my admiration for young people.

The Thing was really myself. If you'll notice the way the Thing talks and acts, you'll find that the Thing is really Jack Kirby. He has my manners, he has my manner of speech, and he thinks the way I do. He's excitable, and you'll find that he's very, very active among people, and he can muscle his way through a crowd. I find that I'm that sort of person.

Q: What prompted you to reinvent Thor for the comics in 1962?

JACK: Well, I knew the Thor legends very well, but I wanted to modernize them. I felt that might be a new thing for comics, taking the old legends and modernizing them. I believe I accomplished that.

Q: What is it about ancient heroes like Thor that make them so enduring and relevant today?

JACK: Well, the heroes represent the wholesome part of society. Society has a wholesome side and it has a down side. We know where those facets lie. They're common to all of us, and if we want to be our wholesome selves, we'll stick with legends like Thor and Odin.

Q: Why are you so fascinated by gods?

JACK: We all have a kind of feeling that I think we've had for thousands of years, that there are higher beings somewhere. I think all our spiritual feelings stem from that. The truth is that the Greeks had Hercules, even as the Norsemen had Thor, and through the ages we've had heroes similar to them. In ages past, we had Samson, who's no more than a superhero. And today we have our superheroes. We believe in them because we believe in ourselves.

Q: What do you think has been your greatest contribution to comics?

JACK: I think the greatest contribution I made to comics is the fact that I helped to build up readership. I think people have accepted me, they accepted my stories, because I think they recognize their own values in those stories. I don't think the average reader believes in fairy tales, and I've never given anybody fairy tales. Yes, I've given fictionalized drama, but this drama is enacted by real people.

Q: What advice would you offer to the young cartoonist who's just starting out?

JACK: They should do what they like to do. I feel that all the young







Thor vs. Loki in uninked pencils to Thor #147, page 11.

cartoonists today are their own persons. They're individuals, and whatever comes into their minds is valid. They should take that validity and work it out to their own satisfaction, and they'll find themselves becoming true individuals. In doing that, they'll value themselves, and valuing yourself is very, very important to your own growth.

Q: What kind of influence have your wife and four kids been to you?

JACK: They've been a tremendous influence. They show me that I know true love, and knowing true love, I think, is one of the greatest feelings in the world. It's something that will absorb my entire being, and absorbing all of [that] love, I find that I live a wonderful life. You can't have a wonderful life without love. And in loving my own family, my life is even more wonderful. I love my children, I love my relatives, I love my audience, and these are true feelings. I'll never deny them. I suppose I love everybody. **T**

K 01073