# EXHIBIT FFF




**HOME CURRENT NEWS MASTERWORKS LIBRARY OTHER HARDCOVERS BUY "EM CHEAP MESSAGE BOARDS**

> **MarvelMasterworks.com Home**



## JACK KIRBY: A BY-THE-MONTH CHRONOLOGY

Link to: 1938-1949 • 1950-1959 • 1960-1964 • 1965-1969 • 1970-1979 • 1980-1995

This chronology covers the sequential timeline of the original publication of Jack Kirby's comic book work. This list does not include any comics or collections that might have reprinted Jack's works. The number in parentheses following the listed work is the page count of Jack's original work for that issue. The number in parentheses following the month is that month's total page output from Jack.

This list is compiled by Ray Owens, with the aid of the Jack Kirby Checklist, a publication available from Twomorrows Publications for only $7 postpaid. RayOwens is actually a contributor to this checklist, and it comes highly recommended as an invaluable reference for any Jack Kirby fan's bookshelf.

Each era of Jack's work is chronicled on seperate pages. Following is the decade of the 50s.

## 1950-1959

**Jan 1950** (15)
Young Romance # 17 : Prize - "The Girl who tempted Me" (15)

**Feb 1950** (29)
Young Love # 7 : Prize - "Give me your Kisses" (9)
Young Love # 7 : Prize - "Love him or leave Him" (6)
Young Romance # 18 : Prize - "Just No Good" (14)

**Mar 1950** (27)
Western Love # 5 : Prize - "Dead Ringer" (9)
Western Love # 5 : Prize - "Two can play the Game" (5)
Young Romance # 19 : Prize - "That kind of Girl" (13)

**Apr 1950** (23)
Young Love # 8 : Prize - "Danger, Soft Shoulders" (8)
Young Love # 8 : Prize - "Which is your Dream Man" (1)
Young Romance # 20 : Prize - "Hands off Lucy" (14)

**May 1950** (29)
Young Love # 9 : Prize - "A Man in her Room" (8)
Young Love # 9 : Prize - "Second Hand Sweetheart" (7)
Young Romance # 21 : Prize - "I want your Man" (14)

**June 1950** (18)
Young Love # 10 : Prize - "Picked from Phone Directory" (4)
Young Romance # 22 : Prize - "The Savage in Me" (14)

**July 1950** (18)
Young Love # 11 : Prize - ad - unpub. Black Magic # 1 cover (1)
Young Romance # 23 : Prize - "Gang Sweetheart" (15)
Young Romance # 23 : Prize - "Problem Clinic" (2)

**Aug 1950** (25+)
Justice Traps the Guilty # 17 : Prize - ad - unpub. Black Magic # 1 cover (1)
Prize Comics Western # 83 : Prize - cover (1)
Young Love # 12 : Prize - cover (1)
Young Love # 12 : Prize - "Smooth Operator" (8)
Young Love # 12 : Prize - "Problem Clinic" (?)
Young Romance # 24 : Prize - "Buy me that Man" (14)

**Sep 1950** (43)
Justice Traps the Guilty # 18 : Prize - cover (1)
Justice Traps the Guilty # 18 : Prize - "Pirates of the Poor" (10)
Young Love # 13 : Prize - cover (1)
Young Love # 13 : Prize - "Everybody wants my Girl" (9)
Young Love # 13 : Prize - "Recipe for Love" (7)
Young Romance # 25 : Prize - "Man who could thrill Me" (12)
Young Romance # 25 : Prize - "Will you help Me" (3)

**Oct 1950** (72)
Black Magic V.1 # 1 : Crestwood - cover (1)
Black Magic V.1 # 1 : Crestwood - "Last Second of Life" (10)
Boys' Ranch # 1 : Harvey - cover (1)
Boys' Ranch # 1 : Harvey - "Intro" (1)
Boys' Ranch # 1 : Harvey - "The Man who Hated Boys" (17)
Boys' Ranch # 1 : Harvey - "Centerfold" (2)
Boys' Ranch # 1 : Harvey - "Oldest Boy at Boys' Ranch" (5)
Boys' Ranch # 1 : Harvey - "A very Dangerous Dude" (9)
Justice Traps the Guilty # 19 : Prize - cover (1)
Justice Traps the Guilty # 19 : Prize - "Alibi Guy" (10)
Young Love # 14 : Prize - cover (1)
Young Love # 14 : Prize - "Problem Clinic" (1)
Young Romance # 26 : Prize - cover (1)
Young Romance # 26 : Prize - "Your Money or your Love" (12)

**Nov 1950** (19)
Young Love # 15 : Prize - cover (1)
Young Love # 15 : Prize - "Problem Clinic" (3)
Young Love # 15 : Prize - "Will you help Me?" (2)
Young Romance # 27 : Prize - cover (1)
Young Romance # 27 : Prize - "No Man would have Me" (12)

**Dec 1950** (77)
Black Magic V.1 # 2 : Crestw'd - cover (1)
Black Magic V.1 # 2 : Crestw'd - "Scorn of the faceless People" (10)
Black Magic V.1 # 2 : Crestw'd - "The Cloak" (7)
Boys' Ranch # 2 : Harvey - cover (1)
Boys' Ranch # 2 : Harvey - "Intro" (1)
Boys' Ranch # 2 : Harvey - "Lead will fly at Sunset" (15)
Boys' Ranch # 2 : Harvey - "Centerfold" (2)
Boys' Ranch # 2 : Harvey - "Apache Justice" (7)
Boys' Ranch # 2 : Harvey - "Clay Duncan" (8)
Justice Traps the Guilty # 21 : Prize - cover (1)
Real West Romances # 5 : Cressw'd - "Mail Order Romance" (9)
Young Love # 16 : Prize - cover (1)
Young Love # 16 : Prize - "The Reformer" (8)
Young Love # 16 : Prize - "Problem Clinic" (2)
Young Romance # 28 : Prize - "Hot Rod Crowd" (1)

Young Romance # 28 : Prize - "Will you help M?e" (2)
Young Romance # 28 : Prize - "Problem Clinic" (1)

Jan 1951 (25)
Justice Traps the Guilty # 22 : Prize - cover (1)
Young Love # 17 : Prize - cover (1)
Young Love # 17 : Prize - "The Quiet One" (5)
Young Love # 17 : Prize - " Will you help Me?" (3)
Young Romance # 29 : Prize - "You're not the First" (10)
Young Romance # 29 : Prize - "Will you help Me?" (3)
Young Romance # 29 : Prize - "Problem Clinic" (2)

Feb 1951 (70)
Black Magic V.1 # 3 : Crestw'd - cover (1)
Black Magic V.1 # 3 : Crestw'd - "Silver Bullet for your Heart" (11)
Boys' Ranch # 3 : Harvey - cover (1)
Boys' Ranch # 3 : Harvey - "Intro" (1)
Boys' Ranch # 3 : Harvey - "Mother Delilah" (20)
Boys' Ranch # 3 : Harvey - "Social Night in Town" (2)
Boys' Ranch # 3 : Harvey - "Legend of Alby Fleezer" (7)
Boys' Ranch # 3 : Harvey - "I'll Fight you for Lucy" (6)
Justice Traps the Guilty # 23 : Prize - cover (1)
Young Love # 18 : Prize - cover (1)
Young Love # 18 : Prize - " Problem Clinic" (2)
Young Love # 18 : Prize - " Will you help Me?" (3)
Young Romance # 30 : Prize - "Different" (14)

Mar 1951 (16)
Young Love # 19 : Prize - cover (1)
Young Love # 19 : Prize - " Will you help Me?" (3)
Young Romance # 31 : Prize - "One way to hold Him" (12)

Apr 1951 (46)
Black Magic V.1 # 4 : Crestw'd - cover (1)
Black Magic V.1 # 4 : Crestw'd - "Voodoo on Tenth Avenue" (9)
Boys' Ranch # 4 : Harvey - cover (1)
Boys' Ranch # 4 : Harvey - "Intro" (1)
Boys' Ranch # 4 : Harvey - "Bugle Blows at Bloody Knife" (12)
Boys' Ranch # 4 : Harvey - "Clay Duncan's Rifle" (2)
Boys' Ranch # 4 : Harvey - "Fight to the Finish" (1)
Young Love # 20 : Prize - cover (1)
Young Love # 20 : Prize - "Problem Clinic" (3)
Young Romance # 32 : Prize - "Soldier's Girl" (12)
Young Romance # 32 : Prize - " Will you help Me?" (3)

May 1951 (23)
Young Love # 21 : Prize - cover (1)
Young Love # 21 : Prize - " All work and no Love" (11)
Young Romance # 33 : Prize - cover (1)
Young Romance # 33 : Prize - "What's in it for Me?" (10)

June 1951 (27)
Black Magic V.1 # 5 : Crestw'd - cover (1)
Black Magic V.1 # 5 : Crestw'd - "The World of Spirits" (2)
Boys' Ranch # 5 : Harvey - cover (1)
Boys' Ranch # 5 : Harvey - "Intro" (1)
Boys' Ranch # 5 : Harvey - "Last Mail to Red Fork" (1)
Boys' Ranch # 5 : Harvey - "Riders of the Pony Express" (2)
Boys' Ranch # 5 : Harvey - "Bandits, Bullets & wild Women" (1)
Boys' Ranch # 5 : Harvey - "The Man of Iron" (1)
Young Love # 22 : Prize - cover (1)
Young Love # 22 : Prize - "Will you help Me?" (3)





Young Romance # 34 : Prize - cover (1)
Young Romance # 34 : Prize - " Old Fashioned Girl" (12)

**July 1951** (14)
Young Love # 23 : Prize - "Problem Clinic" (2)
Young Romance # 35 : Prize - "Temptations of a Car Hop" (12)

**Aug 1951** (15.5)
Black Magic V.1 # 6 : Crestw'd - cover (1)
Black Magic V.1 # 6 : Crestw'd - "Union with the Dead" (3)
Boys' Ranch # 6 : Harvey - cover (1)
Boys' Ranch # 6 : Harvey - "Intro" (1)
Boys' Ranch # 6 : Harvey - "Teeth for the Iron Horse" (3)
Boys' Ranch # 6 : Harvey - "Centerfold" (2)
Boys' Ranch # 6 : Harvey - "Happy Boy carries the ball" (1)
Boys' Ranch # 6 : Harvey - "Indian Attack" (0.25)
Boys' Ranch # 6 : Harvey - "Six-Gun Justice" (0.25)
Young Romance # 36 : Prize - "Love at Stake" (3)

**Sep 1951** (31)
Young Love # 25 : Prize - "Off Limits to Love" (10)
Young Love # 25 : Prize - "My Old Flame" (5.5)
Young Romance # 37 : Prize - "I'll never set you Free" (10)
Young Romance # 37 : Prize - "Untitled" (5.5)

**Oct 1951** (19)
Black Magic V.2 # 1 : Crestw'd - cover (1)
Black Magic V.2 # 1 : Crestw'd - "The Thing in the Fog" (8)
Young Romance # 38 : Prize - "Family Trouble" (10)

**Nov 1951** (10.5)
Headline Comics # 44 : Prize - cover only (1)
Young Romance # 39 : Prize - "Too Sweet to be True" (9.5)

**Dec 1951** (11)
Black Magic V.2 # 2 : Crestw'd - cover only (1)
Young Romance # 40 : Prize - "Nobody Owns Me" (10)

**Jan 1952** (12.5)
Headline Comics # 45 : Prize - cover only (1)
Young Romance # 41 : Prize - "Dangerous Companion" (11.5)

**Feb 1952** (13)
Black Magic V.2 # 3 : Crestw'd - cover only (1)
Young Love # 30 : Prize - "Problem Clinic" (2.5)
Young Romance # 42 : Prize - "Miracle for Nancy" (9.5)

**Mar 1952** (25.5)
Black Magic V.2 # 4 : Crestw'd - cover (1)
Black Magic V.2 # 4 : Crestw'd - "Dead Man's Lode" (8)
Black Magic V.2 # 4 : Crestw'd - "Seven Years Bad Luck" (1)
Young Love # 31 : Prize - "Be My Valentine" (6)
Young Romance # 43 : Prize - "Fool in Love" (9.5)

**Apr 1952** (15)
Black Magic V.2 # 5 : Crestw'd - cover (1)
Black Magic V.2 # 5 : Crestw'd - "Girl who walked on Water" (6)
Young Romance # 44 : Prize - "Forget Me Not" (8)

**May 1952** (10.5)
Black Magic V.2 # 6 : Crestw'd - cover only (1)
Young Romance # 45 : Prize - "Things I didn't know about him" (9.5)



**June 1952** (16)
Black Magic V.2 # 7 : Crestw'd - cover (1)
Black Magic V.2 # 7 : Crestw'd - "Up There" (6)
Black Magic V.2 # 7 : Crestw'd - "Visions of Nostradamus" (1)
Young Romance # 46 : Prize - "We only have Today" (8)

**July 1952** (15)
Black Magic V.2 # 8 : Crestw'd - cover only (1)
Young Romance # 47 : Prize - "A Man for my Birthday" (8)
Young Romance # 47 : Prize - "Drop the Handkerchief" (6)

**Aug 1952** (26.5)
Black Magic V.2 # 9 : Crestw'd - cover (1)
Black Magic V.2 # 9 : Crestw'd - "The Angel of Death" (7)
Strange World of Your Dreams # 1 : Prize- cover (1)
Strange World of Your Dreams # 1 : Prize- "Talked with my Dead Wife" (7)
Strange World of Your Dreams # 1 : Prize- "Send us your Dreams" (2.5)
Young Love # 36 : Prize - "Two-Faced Woman" (8)

**Sep 1952** (27)
Black Magic V.2 # 10 : Crestw'd - cover only (1)
Strange World of Your Dreams # 2 : Prize- cover (1)
Strange World of Your Dreams # 2 : Prize- "Girl in the Grave" (5)
Strange World of Your Dreams # 2 : Prize- "You sent us this Dream" (2)
Strange World of Your Dreams # 2 : Prize- "Send us your Dreams" (2)
Young Brides # 1 : Prize - "Surprise, Surprise" (7)
Young Love # 37 : Prize - "Mr. Know-it-all falls in Love" (8)

**Oct 1952** (1)
Black Magic V.2 # 11 : Crestw'd - cover only (1)

**Nov 1952** (31.5)
Black Magic V.2 # 12 : Crestw'd - cover (1)
Black Magic V.2 # 12 : Crestw'd - "Nasty Little Man" (8)
Black Magic V.2 # 12 : Crestw'd - "Come claim my Corpse" (2)
Black Magic V.2 # 12 : Crestw'd - "Detour lorelei Highway" (0.5)
Strange World of Your Dreams # 3 : Prize- cover (1)
Strange World of Your Dreams # 3 : Prize- "Women in the Tower" (4)
Strange World of Your Dreams # 3 : Prize- "You sent us this Dream" (2)
Young Brides # 2 : Prize - "Lights Out, Love's In" (3)
Young Love # 39 : Prize - "Will you help Me?" (3)
Young Love # 39 : Prize - "My Fear of Men" (7)



**Dec 1952** (26)
Black Magic V.3 # 1 : Crestw'd - cover (1)
Black Magic V.3 # 1 : Crestw'd - "Sammy's Wonderful Glass" (8)
Young Love # 40 : Prize - "Fallen Idol" (9)
Young Romance # 52 : Prize - "Soldier on the Train" (8)

**Jan 1953** (32)
Black Magic V.3 # 2 : Crestw'd - cover (1)
Black Magic V.3 # 2 : Crestw'd - "Birth after Death" (3)
Strange World of Your Dreams # 4 : Prize- cover only (1)
Young Brides # 3 : Prize - "Dear John: I Love someone else" (7)
Young Love # 41 : Prize - "Forget Me, Fraulein" (8)
Young Love # 41 : Prize - "Problem Clinic" (2)
Young Romance # 53 : Prize - "The Girl in my Corner" (10)

**Feb 1953** (24.5)
Black Magic V.3 # 3 : Crestw'd - cover (1)
Black Magic V.3 # 3 : Crestw'd - "The Feathered Serpent" (7)

Young Love # 42 : Prize - "The Outsider" (7.5)
Young Romance # 54 : Prize - "Double Wedding" (9)

<u>Mar 1953</u> (27.5)
Black Magic V.3 # 4 : Crestw'd - cover (1)
Black Magic V.3 # 4 : Crestw'd - "Monsters on the Lake" (9)
Young Brides # 4 : Prize - "Man about Women" (1.5)
Young Love # 43 : Prize - "Teen-Aged Widow" (12)
Young Love # 43 : Prize - "Problem Clinic" (2.5)
Young Romance # 55 : Prize - "Problem Clinic" (1.5)

<u>Apr 1953</u> (32)
Black Magic V.3 # 5 : Crestw'd - cover (1)
Black Magic V.3 # 5 : Crestw'd - "Those who are about to Die" (5)
Young Love # 44 : Prize - "Unspoken For" (9)
Young Love # 44 : Prize - "Once a Champion" (8)
Young Romance # 56 : Prize - "On your Honor" (9)

<u>May 1953</u> (30.5)
Black Magic V.3 # 6 : Crestw'd - cover (1)
Black Magic V.3 # 6 : Crestw'd - "After I'm Gone" (3.5)
Young Love # 45 : Prize - "Mean Little Cupid" (2.5)
Young Love # 45 : Prize - "Stab in the Back" (8)
Young Romance # 57 : Prize - "The Underdog" (8)
Young Romance # 57 : Prize - "Problem Clinic" (1.5)
Young Romance # 57 : Prize - "Peeping Tom" (6)

<u>June 1953</u> (34.5)
Black Magic V.4 # 1 : Crestw'd - cover (1)
Black Magic V.4 # 1 : Crestw'd - "Strange Old Bird" (1)
Black Magic V.4 # 1 : Crestw'd - "The Human Cork" (3)
Black Magic V.4 # 1 : Crestw'd - "A Beast is in the Streets" (7)
Young Love # 46 : Prize - "Ashamed to Face Him" (6)
Young Love # 46 : Prize - "Out of the Blue" (5)
Young Romance # 58 : Prize - "Too Inocent to Love" (11.5)

<u>July 1953</u> (46)
Young Brides # 6 : Prize - "My Secret, My Baby" (6)
Young Brides # 6 : Prize - "Bored with my Husband" (4.5)
Young Brides # 6 : Prize - "Imperfect Marriage" (7)
Young Love # 47 : Prize - "Too late to tell Him" (6)
Young Love # 47 : Prize - "Farewell Note" (4)
Young Love # 47 : Prize - "Out all Hours" (7)
Young Romance # 59 : Prize - "Borrow a Boy Friend" (2.5)
Young Romance # 59 : Prize - "A Family Affair" (9)

<u>Aug 1953</u> (19.5)
Young Love # 48 : Prize - "Don't wait for Me" (5.5)
Young Love # 48 : Prize - "The Marrying Kind" (3.5)
Young Love # 48 : Prize - "Cold Shoulder for Two" (3)
Young Love # 48 : Prize - "Problem Clinic" (1.5)
Young Romance # 60 : Prize - "So Charming, So False" (6)

<u>Sep 1953</u> (55.5)
Black Magic V.4 # 2 : Crestw'd - cover (1)
Black Magic V.4 # 2 : Crestw'd - "Fool's Paradise" (6)
Black Magic V.4 # 2 : Crestw'd - "The Sting of Scorpio" (4)
Black Magic V.4 # 2 : Crestw'd - "Antics of the Mystic Mirror" (3)
Black Magic V.4 # 2 : Crestw'd - "Demon Wind" (6)
Young Brides # 7 : Prize - "A Husband for Tracy" (7.5)
Young Brides # 7 : Prize - "Man about Women" (2)
Young Brides # 7 : Prize - "The Man who Shamed Me" (6)







Young Love # 49 : Prize - "Riff-Raff" (8)
Young Romance # 61 : Prize - "Let Sleeping Love Lie" (8)
Young Romance # 61 : Prize - "A Very Important Love" (4)

**Oct 1953** (22)
Young Brides # 8 : Prize - "Once a Mother" (6)
Young Love # 50 : Prize - "Wedding Present" (6)
Young Love # 50 : Prize - "Norma, Queen of the Hot Dogs" (4)
Young Romance # 62 : Prize - "Mystery Blonde of Lover's Lane" (6)

**Nov 1953** (44)
Black Magic V.4 # 3 : Crestw'd - cover (1)
Black Magic V.4 # 3 : Crestw'd - "The Cat People" (6)
Black Magic V.4 # 3 : Crestw'd - "Merry Ghosts of Campbell Castle" (5)
Young Brides # 9 : Prize - "Home-Wrecker" (6)
Young Brides # 9 : Prize - "Find me a Bride" (6)
Young Brides # 9 : Prize - "Share & Share Alike" (6)
Young Love # 51 : Prize - "To Marry for Money" (6)
Young Romance # 63 : Prize - "A Matter of Pride" (8)

**Dec 1953** (49)
Captain 3-D # 1 : Harvey - cover (1)
Captain 3-D # 1 : Harvey - "The Man from the World of D" (11)
Captain 3-D # 1 : Harvey - "The Menace of the Living Dolls" (10)
Captain 3-D # 1 : Harvey - "Iron Hat McGinty & Destruction Gang" (9)
Young Brides # 10 : Prize - "Working Wife" (6)
Young Romance # 64 : Prize - "Beautiful Friendship" (6)
Young Romance # 64 : Prize - "The Heartbreaker" (6)

**Jan 1954** (25)
Adventures in 3D # 2 : Harvey - advert (unpublished Captain 3D cover) (1)
Black Magic V.4 # 4 : Crestw'd - cover (1)
Black Magic V.4 # 4 : Crestw'd - "An Eye for an Eye" (5)
Black Magic V.4 # 4 : Crestw'd - "Alive after 5000 years" (5)
Young Brides # 11 : Prize - "Practically Married" (6)
Young Romance # 65 : Prize - "The Wrong Mr.Right" (7)

**Feb 1954** (12)
Young Brides # 12 : Prize - "Big Baby" (6)
Young Romance # 66 : Prize - "Those we Love" (6)



**Mar 1954** (19)
Black Magic V.4 # 5 : Crestw'd - cover (1)
Black Magic V.4 # 5 : Crestw'd - "Story of a Beautiful Freak" (5)
Young Love # 55 : Prize - "The Baby Dolls" (7)
Young Romance # 67 : Prize - "Cute Trick" (6)

**Apr 1954** (24)
Fighting American # 1 : Headline - cover (1)
Fighting American # 1 : Headline - "Break the Spy-Ring" (10)
Fighting American # 1 : Headline - "Baby Buzz Bombs" (6)
Fighting American # 1 : Headline - "Break the Spy-Ring" (7)

**May 1954** (9)
Black Magic V.4 # 6 : Crestw'd - cover (1)
Black Magic V.4 # 6 : Crestw'd - "The Head of the Family" (8)

**June 1954** (24)
Fighting American # 2 : Headline - cover (1)
Fighting American # 2 : Headline - "League of Handsome Devils" (9)
Fighting American # 2 : Headline - "Meet Doubleheader" (7)
Fighting American # 2 : Headline - "City of Ghouls" (7)



**July 1954** (31)
Black Magic V.5 # 1 : Crestw'd - cover (1)
Black Magic V.5 # 1 : Crestw'd - "Gargoyle" (6)
Black Magic V.5 # 1 : Crestw'd - "Slaughter-House" (6)
Black Magic V.5 # 1 : Crestw'd - "The Half-Men" (6)
Black Magic V.5 # 1 : Crestw'd - "Hungry as a Wolf" (1)
Bulls-Eye # 1 : Mainline - cover (1)
Bulls-Eye # 1 : Mainline - "Bulls-Eye, the Boy" (9)
Bulls-Eye # 1 : Mainline - "Bulls-Eye, the Youth" (1)

**Aug 1954** (45)
Fighting American # 3 : Headline - cover (1)
Fighting American # 3 : Headline - "Man who sold out Liberty" (6)
Fighting American # 3 : Headline - "Stranger from Paradise" (2)
Fighting American # 3 : Headline - "Poison Ivan" (8)
Fighting American # 3 : Headline - "Z-Food" (7)
In Love # 1 : Mainline - cover - main figures only (1)
In Love # 1 : Mainline - "Bride of the Star" (20)

**Sep 1954** (18+)
Black Magic V.5 # 2 : Crestw'd - cover (1)
Black Magic V.5 # 2 : Crestw'd - "Maniac" (8)
Bulls-Eye # 2 : Mainline - cover (1)
Bulls-Eye # 2 : Mainline - "Union Jack" (1)
Bulls-Eye # 2 : Mainline - "Grand Prize" (6)
Police Trap # 1 : Mainline - cover (1)
Police Trap # 1 : Mainline - "The Capture" (?)

**Oct 1954** (27)
Fighting American # 4 : Headline - cover (1)
Fighting American # 4 : Headline - "Tokyo Runaround" (8)
Fighting American # 4 : Headline - "Homecoming: Year 3000" (9)
Fighting American # 4 : Headline - "Operation Wolf" (5)
Foxhole # 1 : Mainline - cover only (1)
In Love # 2 : Mainline - "Marilyn's Men: Chapter 3" (3)

**Nov 1954** (28.5)
Black Magic V.5 # 3 : Crestw'd - cover (1)
Black Magic V.5 # 3 : Crestw'd - "Lone Shark" (7)
Black Magic V.5 # 3 : Crestw'd - "The Strangest facts" (1)
Bulls-Eye # 3 : Mainline - cover (1)
Bulls-Eye # 3 : Mainline - "Devil Bird" (8)
Bulls-Eye # 3 : Mainline - "On Target" (2)
Bulls-Eye # 3 : Mainline - "The Ghosts of Dead Center" (7)
Police Trap # 2 : Mainline - cover (1)
Police Trap # 2 : Mainline - "The The Alibi Twins" (0.5)
Police Trap # 2 : Mainline - "Desk Sergeant" (1)

**Dec 1954** (27)
Fighting American # 5 : Headline - cover (1)
Fighting American # 5 : Headline - "Jiseppi, The Jungle Boy" (8)
Fighting American # 5 : Headline - "The Year Bender" (8)
Fighting American # 5 : Headline - "Invisible Irving" (6)
Foxhole # 2 : Mainline - cover (1)
Foxhole # 2 : Headline - "Booby Trap" (6)
Foxhole # 2 : Headline - "Hot Box" (2)
In Love # 3 : Mainline - cover (1)
In Love # 3 : Mainline - "Artist Loves Model" (18)
Police Trap # 3 : Mainline - cover only (1)

**Jan 1955** (17)



Bulls-Eye # 4 : Mainline - cover (1)
Bulls-Eye # 4 : Mainline - "The Pinto People" (8)
Bulls-Eye # 4 : Mainline - "Doom Town" (8)

**Feb 1955** (39)
Fighting American # 6 : Headline - cover (1)
Fighting American # 6 : Headline - "Deadly Doolittle" (8)
Fighting American # 6 : Headline - "Super Khakalovitch" (10)
Foxhole # 3 : Mainline - cover (1)
Foxhole # 3 : Headline - "The Face" (6)
Police Trap # 4 : Mainline - cover only (1)
Win a Prize # 1 : Charlton - cover (1)
Win a Prize # 1 : Charlton - "Intro" (1)
Win a Prize # 1 : Charlton - "The Emissary" (6)
Win a Prize # 1 : Charlton - "Pin-up" (1)
Win a Prize # 1 : Charlton - "That Giveaway Guy" (3)

**Mar 1955** (18)
Bulls-Eye # 5 : Mainline - cover (1)
Bulls-Eye # 5 : Mainline - "Headhunter" (8)
Bulls-Eye # 5 : Mainline - "Grandma Tomahawk" (8)
Young Brides # 21 : Prize - cover only (1)



**Apr 1955** (18)
Fighting American # 7 : Headline - cover (1)
Fighting American # 7 : Headline - "Sneak of Araby" (4)
Fighting American # 7 : Headline - "Three Coins in the Pushcart" (1)
Fighting American # 7 : Headline - "Spy-Face" (5)
Foxhole # 4 : Mainline - cover only (1)
Win a Prize # 2 : Charlton - cover (1)
Win a Prize # 2 : Charlton - "Intro" (1)
Win a Prize # 2 : Charlton - "Sir Cashby of Moneyvault" (4)

**May 1955** (22)
Bulls-Eye # 6 : Charlton - cover (1)
Bulls-Eye # 6 : Charlton - "Tomahawks for Two" (8)
Bulls-Eye # 6 : Charlton - "The Killer Horse" (4)
Bulls-Eye # 6 : Charlton - "The Coming of the Sioux" (6)
Bulls-Eye # 6 : Charlton - "The Man who Lived Twice" (2)
In Love # 5 : Charlton - cover only (1)

**June 1955** (1)
Charlie Chan # 6 : Charlton - cover (1)

**July 1955** (13)
Foxhole # 5 : Charlton - cover (1)
Foxhole # 5 : Charlton - "Lucky Stiff" (6)
Police Trap # 5 : Charlton - cover only (1)
Police Trap # 5 : Charlton - "Alibi?" (5)



**Aug 1955** (44)
Bulls-Eye # 7 : Charlton - cover (1)
Bulls-Eye # 7 : Charlton - "Duel in the Sky" (8)
Bulls-Eye # 7 : Charlton - "The Flaming Arrow" (4)
Bulls-Eye # 7 : Charlton - "The Stolen Rain God" (8)
From Here to Insanity # 11 : Charlton - cover (1)
From Here to Insanity # 11 : Charlton - "Expressions" (1)
From Here to Insanity # 11 : Charlton - "Line 'em Up" (2)
From Here to Insanity # 11 : Charlton - "Psycho News" (2)
From Here to Insanity # 11 : Charlton - "Rex Mortgage, M.D." (3)
From Here to Insanity # 11 : Charlton - "200,000 Lugs under Sea" (6)
From Here to Insanity # 11 : Charlton - "Build it Yourself" (4)

From Here to Insanity # 11 : Charlton - "Coming Attraction" (1)
From Here to Insanity # 11 : Charlton - "Foreign Intrigues" (1)
From Here to Insanity # 11 : Charlton - "Advertisement" (1)
From Here to Insanity # 11 : Charlton - "Successful 90lb Weakling" (1)

**Sep 1955** (36)
Foxhole # 6 : Charlton - cover (1)
Foxhole # 6 : Charlton - "Even Steven" (4)
Foxhole # 6 : Charlton - "Listen to the Boidie" (4)
I Love You # 7 : Charlton - cover only (1)
Police Trap # 6 : Charlton - cover only (1)
Police Trap # 6 : Charlton - "The Amateur" (6)
Police Trap # 6 : Charlton - "The Debt" (5)
Police Trap # 6 : Charlton - "The $64 Question" (3)
Police Trap # 6 : Charlton - "Only the Guilty Run" (6)
Police Trap # 6 : Charlton - "Third Degree" (5)

**Oct 1955** (15)
Western Tales # 31 : Harvey - cover (1)
Western Tales # 31 : Harvey - "Intro" (Davy Crockett) (1)
Western Tales # 31 : Harvey - "Devil Rapids" (Davy Crockett) (8)
Western Tales # 31 : Harvey - "Missing Bullet Hole" (Davy Crockett) (4)
Western Tales # 31 : Harvey - "Waitin' Duel" (Davy Crockett) (1)



**Nov 1955** (20)
Young Brides # 25 : Prize - cover (1)
Young Brides # 25 : Prize - "Caf, Society Lover" (8)
Young Brides # 25 : Prize - "A Little Understanding" (6)
Young Brides # 25 : Prize - "Her Beautiful Visitor" (5)

**Dec 1955** (26)
Young Romance # 80 : Prize - cover (1)
Young Romance # 80 : Prize - "Personal Message to Ruth" (6)
Young Romance # 80 : Prize - "The Gingerbread House" (6)
Young Romance # 80 : Prize - "Old Enough to Marry" (5)
Young Romance # 80 : Prize - "Lovesick" (8)

**Jan 1956** (27)
Warfront # 28 : Harvey - cover only (1)
Young Brides # 26 : Prize - cover (1)
Young Brides # 26 : Prize - "Lydia's Boy" (7)
Young Brides # 26 : Prize - "Since you got Glamour" (6)
Young Brides # 26 : Prize - "Love & Lamb Chops" (5)
Young Brides # 26 : Prize - "Dream Man" (7)



**Feb 1956** (40)
Young Love # 69 : Prize - cover (1)
Young Love # 69 : Prize - "How's the family" (7)
Young Love # 69 : Prize - "The Lady in the Jaguar" (6)
Young Love # 69 : Prize - "Secrets of the Girl Mext door" (6)
Young Romance # 81 : Prize - cover (1)
Young Romance # 81 : Prize - "Lady & the Truck Driver" (7)
Young Romance # 81 : Prize - "A Match for Linda" (5)
Young Romance # 81 : Prize - "Bring the Kids" (7)

**Mar 1956** (42)
Love Problems & Advice # 38 : Harvey - cover only (1)
Western Tales # 32 : Harvey - "Intro" (Davy Crockett) (1)
Western Tales # 32 : Harvey - "Running Fight" (Davy Crockett) (9)
Western Tales # 32 : Harvey - "King Ram" (Davy Crockett) (4)
Western Tales # 32 : Harvey - "Advert" (Jim Bowie) (1)
Young Brides # 27 : Prize - cover (1)



Young Brides # 27 : Prize - "Good Marriage" (7)
Young Brides # 27 : Prize - "Second Choice" (6)
Young Brides # 27 : Prize - "Sad Wedding" (5)
Young Brides # 27 : Prize - "Unattached Male" (7)

Apr 1956 (55.5)
Black Cat Mystery # 57 : Harvey - cover only (1)
Cockeyed # 4 : Whitestone - "Guys & Dolls" (2)
True Bride-to-Be Romances # 17 : Harvey - cover only (1)
Young Love # 70 : Prize - cover only (1)
Young Love # 70 : Prize - "Too Late for Love" (6)
Young Love # 70 : Prize - "Big Disappointment" (8)
Young Love # 70 : Prize - "A Week in Frisco" (5)
Young Love # 70 : Prize - "Lovely Little Copycat" (6)
Young Romance # 82 : Prize - cover (1)
Young Romance # 82 : Prize - "Lost Little Lamb" (6)
Young Romance # 82 : Prize - "Bundle from Heaven" (6)
Young Romance # 82 : Prize - "Wild Flower" (6)
Young Romance # 82 : Prize - "Repeat Performance" (6.5)

May 1956 (25.5)
Young Brides # 28 : Prize - cover (1)
Young Brides # 28 : Prize - "If you could only Cook" (4.5)
Young Brides # 28 : Prize - "Under New Management" (7)
Young Brides # 28 : Prize - "Aide to Marriage" (6)
Young Brides # 28 : Prize - "New Boy in Town" (7)

June 1956 (38)
Crazy Man, Crazy V.2 # 2 : Charlton - "Bloodshot Alley" (5)
Young Love # 71 : Prize - cover (1)
Young Love # 71 : Prize - "Easy Way Out" (6)
Young Romance # 83 : Prize - "Only You" (7)
Young Romance # 83 : Prize - "The Serious Type" (6)
Young Romance # 83 : Prize - "The Lonely Heart" (5)
Young Romance # 83 : Prize - "Dancing Doll" (8)

July 1956 (41)
Warfront # 29 : Harvey - cover only (1)
Western Tales # 33 : Harvey - cover (1)
Western Tales # 33 : Harvey - "Intro" (Jim Bowie) (1)
Western Tales # 33 : Harvey - "Makes a Magic Knife" (Jim Bowie) (7)
Western Tales # 33 : Harvey - "Wins an Indian Fight" (Jim Bowie) (5)
Young Brides # 29 : Prize - cover (1)
Young Brides # 29 : Prize - "The Sound of Wedding Bells" (6)
Young Brides # 29 : Prize - "Shadow-Wife" (6)
Young Brides # 29 : Prize - "Nancy's Sanctuary" (6)
Young Brides # 29 : Prize - "Romance on the Run" (7)

Aug 1956 (4)
First Love # 67 : Harvey - cover only (1)
First Romance # 41 : Harvey - cover only (1)
Hi-School Romance # 54 : Harvey - cover only (1)
True Bride-to-Be Romances # 19 : Harvey - cover only (1)

Sep 1956 (26)
Black Cat Mystic # 58 : Harvey - cover (1)
Black Cat Mystic # 58 : Harvey - "Intro" (1)
Black Cat Mystic # 58 : Harvey - "Read to us, Mr. Zimmer" (5)
Black Cat Mystic # 58 : Harvey - "Mystery Vision" (5)
Black Cat Mystic # 58 : Harvey - "Gizmo" (5)
Black Cat Mystic # 58 : Harvey - "Help" (5)
First Love # 68 : Harvey - cover only (1)

Hi-School Romance # 55 : Harvey - cover only (1)
Love Problems & Advice # 41 : Harvey - cover (1)
Love Problems & Advice # 41 : Harvey - "**Contents**" (1)

**Oct 1956** (55)
First Love # 69 : Harvey - cover only (1)
First Romance # 42 : Harvey - cover only (1)
Hi-School Romance # 56 : Harvey - cover only (1)
True Bride-to-Be Romances # 20 : Harvey - cover only (1)
Young Love # 72 : Prize - cover (1)
Young Love # 72 : Prize - "**My Heart came Tumbling Down**" (7)
Young Love # 72 : Prize - "**Love & War**" (6)
Young Love # 72 : Prize - "**Cinderella Story**" (6)
Young Love # 72 : Prize - "**I Dream of Jeannie**" (6)
Young Romance # 84 : Prize - "**Much Ado about Love**" (7)
Young Romance # 84 : Prize - "**Poison Ivy**" (6)
Young Romance # 84 : Prize - "**Swept off my Feet**" (6)
Young Romance # 84 : Prize - "**Romeo & Judy Ann**" (6)

**Nov 1956** (34)
Battleground # 14 : Atlas - "**Mine Field**" (5)
First Love # 70 : Harvey - cover only (1)
Hi-School Romance # 57 : Harvey - cover only (1)
Love Problems & Advice # 42 : Harvey - cover (1)
Young Brides # 30 : Prize - cover (1)
Young Brides # 30 : Prize - "**In Love with a Tomboy**" (6)
Young Brides # 30 : Prize - "**Here comes the Bride**" (6)
Young Brides # 30 : Prize - "**Family Jinx**" (6)
Young Brides # 30 : Prize - "**The Way they Met**" (1)
Young Brides # 30 : Prize - "**The Unhappy Housewife**" (6)

**Dec 1956** (69)
Astonishing # 56 : Atlas - "**Afraid to Dream**" (4)
First Romance # 43 : Harvey - cover (1)
First Romance # 43 : Harvey - "**Crisis**" (1)
Hi-School Romance # 58 : Harvey - cover only (1)
Strange Tales of the Unusual # 7 : Atlas - "**Pokerface**" (4)
Yellow Claw # 2 : Atlas - "**Concentrate on Chaos**" (5)
Yellow Claw # 2 : Atlas - "**The Mystery of Cabin 361**" (5)
Yellow Claw # 2 : Atlas - "**The Yellow Claw**" (4)
Yellow Claw # 2 : Atlas - "**Temu-jai, The Golden Goliath**" (5)
Young Love # 73 : Prize - cover (1)
Young Love # 73 : Prize - "**Torch Song**" (7)
Young Love # 73 : Prize - "**Bust-up**" (6)
Young Romance # 85 : Prize - "**Lizzie's back in Town**" (7)
Young Romance # 85 : Prize - "**Lady's Choice**" (6)
Young Romance # 85 : Prize - "**Resort Romeo**" (6)
Young Romance # 85 : Prize - "**My Cousin from Milwaukee**" (6)

**Feb 1957** (53.5)
Quick Trigger Western # 16 : Atlas - "**Vengeance of Growling Bear**" (5)
Hi-School Romance # 60 : Harvey - Contents (1)
Showcase # 6 : National - cover (1)
Showcase # 6 : National - "**Secrets of the Sorcerer's Box**" (Chall) (24)
Yellow Claw # 3 : Atlas - "**The Microscope Army**" (5)
Yellow Claw # 3 : Atlas - "**UFO, The Lightning Man**" (5)
Yellow Claw # 3 : Atlas - "**The Yellow Claw Captured**" (4)
Yellow Claw # 3 : Atlas - "**Sleeping City**" (5)
Young Romance # 86 : Prize - "**Reject**" (3.5)

**Mar 1957** (7)
House of Secrets # 3 : National - cover (1)

House of Secrets # 3 : National - "The Three Prophecies" (6)

### Apr 1957 (75)
House of Mystery # 61 : National - "The Thing in the Box" (6)
Showcase # 7 : National - cover (1)
Showcase # 7 : National - "Ultivac is Loose" (Chall) (24)
Tales of the Unexpected # 12 : National - "The All-Seeing Eye" (6)
Yellow Claw # 4 : Atlas - "The Living Shadows" (5)
Yellow Claw # 4 : Atlas - "The Screemies" (5)
Yellow Claw # 4 : Atlas - "Five Million Sleepwalkers" (5)
Yellow Claw # 4 : Atlas - "The Thought Master" (5)
Young Romance # 87 : Prize - "Girl with Possibilities" (7)
Young Romance # 87 : Prize - "Rock 'n' Roll Sweetheart" (5)
Young Romance # 87 : Prize - "Made me Beautiful" (6)

### May 1957 (21)
House of Secrets # 4 : National - "Master of the Unknown" (6)
My Greatest Adventure # 15 : National - "City under the Sea" (8)
Tales of the Unexpected # 13 : National - cover (1)
Tales of the Unexpected # 13 : National - "Face behind the Mask" (6)

### June 1957 (7)
House of Mystery # 63 : National - "Riddle of the Red Roc" (6)
Young Romance # 88 : Prize - "They're only Men" (1)

### July 1957 (14)
My Greatest Adventure # 16 : National - "I Died a 1000 times" (8)
Tales of the Unexpected # 15 : National - "3 wishes to Doom" (6)

### Aug 1957 (13)
House of Mystery # 65 : National - cover (1)
House of Mystery # 65 : National - "The Human Dragon" (6)
Tales of the Unexpected # 16 : National - "Magic Hammer" (6)

### Sep 1957 (99)
Alarming Tales # 1 : Harvey - cover (1)
Alarming Tales # 1 : Harvey - "Contents" (1)
Alarming Tales # 1 : Harvey - "The Cadmus Seed" (5)
Alarming Tales # 1 : Harvey - "Logan's next Life" (2)
Alarming Tales # 1 : Harvey - "The Fourth Dimension" (5)
Alarming Tales # 1 : Harvey - "The Last Enemy" (6)
Alarming Tales # 1 : Harvey - "Donnegan's Daffy Chair" (4)
Black Cat Mystic # 59 : Harvey - cover (1)
Black Cat Mystic # 59 : Harvey - "Intro" (1)
Black Cat Mystic # 59 : Harvey - "Today I am A?" (5)
Black Cat Mystic # 59 : Harvey - "Weemer is the best of all" (6)
Black Cat Mystic # 59 : Harvey - "The Great Stone Face" (5)
Black Cat Mystic # 59 : Harvey - "Take off, Mr. Zimmer" (5)
Black Cat Mystic # 59 : Harvey - "Untitled" (1)
Black Rider Rides Again # 1 : Atlas - "Legend of the Black Rider" (7)
Black Rider Rides Again # 1 : Atlas - "Duel at Dawn" (6)
Black Rider Rides Again # 1 : Atlas - "Treachery at Hangman's Br." (6)
House of Mystery # 66 : National - "The Thief of Thoughts" (6)
My Greatest Adventure # 17 : National - "I Doomed the world" (8)
Tales of the Unexpected # 17 : National - "Who is Mr. Ashtar?" (6)
Two-Gun Western # 12 : Atlasl - "No Man can Outdraw Him" (5)
Warfront # 30 : Harvey - cover only (1)
Young Romance # 90 : Prize - cover (1)
Young Romance # 90 : Prize - "Girl in the Middle" (5)

### Oct 1957 (6)
Tales of the Unexpected # 18 : National - "Collected Planets" (6)

**Nov 1957** (43)
Alarming Tales # 2 : Harvey - **"Hole in the Wall"** (6)
Alarming Tales # 2 : Harvey - **"The Big Hunt"** (4)
Alarming Tales # 2 : Harvey - **"The Fireballs"** (5)
Alarming Tales # 2 : Harvey - **"I want to be a Man"** (5)
Black Cat Mystic # 60 : Harvey - cover (1)
Black Cat Mystic # 60 : Harvey - **"Snap of the Fingers"** (5)
Black Cat Mystic # 60 : Harvey - **"Woman who discovered America"** (2)
Black Cat Mystic # 60 : Harvey - **"Town full of Babies"** (5)
Black Cat Mystic # 60 : Harvey - **"The Ant Extract"** (5)
Black Cat Mystic # 60 : Harvey - **"Shadow Brother"** (5)

**Dec 1957** (43)
My Greatest Adventure # 18 : National - cover (1)
My Greatest Adventure # 18 : National - **"Nuclear Creature"** (8)
Showcase # 11 : National - cover (1)
Showcase # 11 : National - **"Day the Earth blow up"** (Chall) (24)
Young Romance # 91 : Prize - **"The Waiting Game"** (4)
Young Romance # 91 : Prize - **"The Way they Met"** (1)

**Jan 1958** (49)
Alarming Tales # 3 : Harvey - cover (1)
Alarming Tales # 3 : Harvey - **"This World is Ours"** (5)
House of Mystery # 70 : National - **"Creatures from Nowhere"** (6)
House of Secrets # 8 : National - **"Cat who knew too much"** (6)
Showcase # 12 : National - cover (1)
Showcase # 12 : National - **"Menace of the Ancient Vials"** (Chall) (24)
Tales of the Unexpected # 21 : National - **"Mysterious Mr. Vince"** (6)

**Feb 1958** (22)
All-Star Western # 99 : National - **"Ambush at Smoke Canyon"** (6)
Tales of the Unexpected # 22 : National - **"The Volcano Men"** (6)
Young Romance # 92 : Prize - **"Running Mates"** (5)
Young Romance # 92 : Prize - **"The Happy Bachelor"** (5)

**Mar 1958** (19.5)
Alarming Tales # 4 : Harvey - **"Forbidden Journey"** (5)
Hi-School Romances # 73 : Harvey - cover only (1)
House of Mystery # 72 : National - **"Man who betrayed Earth"** (6)
Race for the Moon # 1 : Harvey - cover (1)
Race for the Moon # 1 : Harvey - **"Intro"** (0.5)
Tales of the Unexpected # 23 : National - **"Giants from Outer Space"** (6)

**Apr 1958** (50)
Challengers of the Unknown # 1 : National - cover (1)
Challengers of the Unknown # 1 : National - **"Intro"** (1)
Challengers of the Unknown # 1 : National - **"Tampered with Infinity"** (14)
Challengers of the Unknown # 1 : National - **"Human Pets"** (10)
My Greatest Adventure # 20 : National - **"Big Game on Neptune"** (8)
Tales of the Unexpected # 24 : National - **"Two-Dimensional Man"** (6)
Young Romance # 94 : Prize - **"Jealousy"** (5)
Young Romance # 94 : Prize - **"Afraid of Love"** (5)

**May 1958** (8)
My Greatest Adventure # 21 : National - **"Metal-Eating Monster"** (8)

**July 1958** (42)
Adventure Comics # 250 : National - **"Green Arrows of the World"** (GA) (6)
Challengers of the Unknown # 2 : National - cover (1)
Challengers of the Unknown # 2 : National - **"Traitorous Challenger"** (10)
Challengers of the Unknown # 2 : National - **"Monster Maker"** (14)

Gunsmoke Western # 47 : Atlas - "Trouble in Leadville" (BR) (4)
House of Mystery # 76 : National - cover (1)
House of Mystery # 76 : National - "Artifical Twin" (6)

**Aug 1958** (38)
Adventure Comics # 251 : National - "The Super Arrows" (GA) (6)
Challengers of the Unknown # 3 : National - cover (1)
Challengers of the Unknown # 3 : National - "Sorceror's Mirror" (12)
Challengers of the Unknown # 3 : National - "Invincible Challenger" (12)
House of Secrets # 11 : National - cover only (1)
Young Romance # 95 : Prize - cover (1)
Young Romance # 95 : Prize - "Listening to Love" (5)

**Sep 1958** (43)
Adventure Comics # 252 : National - "The Giant Arrows" (GA) (6)
House of Mystery # 78 : National - cover only (1)
House of Secrets # 12 : National - cover (1)
House of Secrets # 12 : National - "Hole in the Sky" (6)
Race for the Moon # 2 : Harvey - cover (1)
Race for the Moon # 2 : Harvey - "Intro" (1)
Race for the Moon # 2 : Harvey - "Thing on Sputnik" (5)
Race for the Moon # 2 : Harvey - "Lunar Trap" (5)
Race for the Moon # 2 : Harvey - "Island in the Sky" (5)
Race for the Moon # 2 : Harvey - "Face on Mars" (5)
Warfront # 34 : Harvey - cover only (1)
World's Finest # 96 : National - "Five Clues to Danger" (GA) (6)

**Oct 1958** (38.5)
Adventure Comics # 253 : National - "Prisoners of Dimension 0" (GA) (6)
Challengers of the Unknown # 4 : National - cover (1)
Challengers of the Unknown # 4 : National - "Wizard of Time" (25)
House of Mystery # 79 : National - cover only (1)
World's Finest # 97 : National - "Mechanical Octopus" (GA) (5.5)

**Nov 1958** (28)
Adventure Comics # 254 : National - "Last Stand" (GA) (6)
Race for the Moon # 3 : Harvey - cover (1)
Race for the Moon # 3 : Harvey - "Intro" (1)
Race for the Moon # 3 : Harvey - "Long, Long Years" (5)
Race for the Moon # 3 : Harvey - "Saucer Men" (5)
Race for the Moon # 3 : Harvey - "Space Garbage" (5)
Race for the Moon # 3 : Harvey - "Garden of Eden" (5)

**Dec 1958** (57)
Adventure Comics # 255 : National - "War that never ended" (GA) (5.5)
Challengers of the Unknown # 5 : National - cover (1)
Challengers of the Unknown # 5 : National - "The Star-Stone" (25)
Strange Worlds # 1 : Atlas - cover (1)
Strange Worlds # 1 : Atlas - "The Flying Saucers" (7)
World of Fantasy # 15 : Atlas - cover only (1)
World's Finest # 98 : National - "Unmasked Archers" (GA) (5.5)
Young Romance # 97 : Prize - cover (1)
Young Romance # 97 : Prize - "Hearts & Flowers" (5)
Young Romance # 97 : Prize - "Uninvited Guest" (5)

**Jan 1959** (15)
Adventure Comics # 256 : National - "First case" (GA) (7)
Tales to Astonish # 1 : Atlas - cover (1)
Tales to Astonish # 1 : Atlas - "Ninth Wonder of the World" (7)

**Feb 1959** (61.5)
Challengers of the Unknown # 6 : National - cover (1)

Challengers of the Unknown # 6 : National - "**The Space Circus**" (15)
Challengers of the Unknown # 6 : National - "**Sorceress of Forbidden Valley**" (10)
My Greatest Adventure # 28 : National - "**Microscope Menace**" (8)
Strange Tales # 67 : Atlas - "**I was the Invisible Man**" (7)
World of Fantasy # 16 : Atlas - "**Prison 2000 AD**" (5)
World's Finest # 99 : National - "**Crimes under Glass**" (GA) (5.5)
Young Romance # 98 : Prize - "**Secret in my Heart**" (5)
Young Romance # 98 : Prize - "**A Husband for my Sister**" (5)

**Mar 1959** (29)
Gunsmoke Western # 51 : Atlas - cover (1)
Gunsmoke Western # 51 : Atlas - "**The Raiders Strike**" (BR) (5)
House of Mystery # 84 : National - "**The Negative Man**" (8)
Journey into Mystery # 51 : Atlas - "**Creatures in the Volcano**" (5)
Journey into Mystery # 51 : Atlas - "**Alien on Earth**" (4)
Kid Colt Outlaw # 83 : Atlas - cover only (1)
Tales of Suspense # 2 : Atlas - "**Invasion from Outer Space**" (5)

**Apr 1959** (61)
Challengers of the Unknown # 7 : National - cover (1)
Challengers of the Unknown # 7 : National - "**Beasts from Planet Nine**" (13)
Challengers of the Unknown # 7 : National - "**Isle of no Return**" (12)
House of Mystery # 85 : National - cover (1)
House of Mystery # 85 : National - "**Stone Sentinels of Giant Island**" (8)
Strange Tales # 68 : Atlas - cover (1)
Strange Tales # 68 : Atlas - "**Test Pilot**" (4)
Strange Worlds # 3 : Atlas - cover (1)
Strange Worlds # 3 : Atlas - "**The Creature from Planet X**" (4)
Strange Worlds # 3 : Atlas - "**I Fly to the Stars**" (4)
World of Fantasy # 17 : Atlas - cover only (1)
Wyatt Earp # 22 : Atlas - cover only (1)
Young Romance # 99 : Prize - "**Man Wanted**" (5)
Young Romance # 99 : Prize - "**The Love I Lost**" (5)

**May 1959** (13)
Gunsmoke Western # 52 : Atlas - cover only (1)
Journey into Mystery # 52 : Atlas - cover (1)
Journey into Mystery # 52 : Atlas - "**Menace from Mars**" (5)
Tales of Suspense # 3 : Atlas - "**Terrible Time Machine**" (5)
Tales to Astonish # 3 : Atlas - cover only (1)

**June 1959** (72)
Battle # 64 : Atlas - cover (1)
Battle # 64 : Atlas - "**Action on Quemoy**" (5)
Challengers of the Unknown # 8 : National - cover (1)
Challengers of the Unknown # 8 : National - "**Man who stole the Future**" (12)
Challengers of the Unknown # 8 : National - "**Prisoners of Robot Planet**" (13)
Double Life of Pvt. Strong # 1 : Archie - cover (1)
Double Life of Pvt. Strong # 1 : Archie - "**Intro**" (1)
Double Life of Pvt. Strong # 1 : Archie - "**Doulbe Life of Pvt. Strong**" (4)
Double Life of Pvt. Strong # 1 : Archie - "**Spawn of the X World**" (6)
Double Life of Pvt. Strong # 1 : Archie - "**The Hide-Out**" (2)
Double Life of Pvt. Strong # 1 : Archie - "**The Vanished Wreckage**" (6)
Double Life of Pvt. Strong # 1 : Archie - "**The Micro-Men**" (8)
Strange Tales # 69 : Atlas - cover (1)
Strange Tales # 69 : Atlas - "**The World that was Lost**" (4)
Strange Worlds # 4 : Atlas - cover only (1)
Two-Gun Kid # 48 : Atlas - cover only (1)
World of Fantasy # 18 : Atlas - cover (1)
World of Fantasy # 18 : Atlas - "**To Build a Robot**" (4)

### July 1959 (11)
Gunsmoke Western # 53 : Atlas - cover only (1)
Journey into Mystery # 53 : Atlas - cover only (1)
Kid Colt Outlaw # 85 : Atlas - cover only (1)
Strange Worlds # 5 : Atlas - cover only (1)
Tales of Suspense # 4 : Atlas - cover (1)
Tales of Suspense # 4 : Atlas - "One of our Space Men is Missing" (5)
Tales to Astonish # 4 : Atlas - cover only (1)

### Aug 1959 (53)
Adventures of the Fly # 1 : Archie - cover (1)
Adventures of the Fly # 1 : Archie - "Strange new World of the Fly" (6)
Adventures of the Fly # 1 : Archie - "The Fly Strikes" (2)
Adventures of the Fly # 1 : Archie - "The Fly discovers his Buzz Gun" (5)
Adventures of the Fly # 1 : Archie - "Come into my Parlor" (7)
Adventures of the Fly # 1 : Archie - "Sign of the Triangle" (1)
All For Love Vol.3 # 2 : Prize - "Love for a Lifetime" (5)
Battle # 65 : Atlas - cover (1)
Battle # 65 : Atlas - "Find 'em, Chase 'em, Blast 'em" (5)
Battle # 65 : Atlas - "Ring of Steel" (5)
Double Life of Pvt. Strong # 2 : Archie - cover (1)
Double Life of Pvt. Strong # 2 : Archie - "Ultra-Sonic Spies" (6)
Strange Tales # 70 : Atlas - cover (1)
Strange Tales # 70 : Atlas - "A Giant Walks the Earth" (5)
World of Fantasy # 19 : Atlas - cover only (1)
Wyatt Earp # 24 : Atlas - cover only (1)

### Sep 1959 (37+)
Adventures of the Fly # 2 : Archie - cover (1)
Adventures of the Fly # 2 : Archie - "Tim O'Casey's Wrecking Crew" (?)
Adventures of the Fly # 2 : Archie - "Sneak Attack" (2)
Adventures of the Fly # 2 : Archie - "Marco's Eyes" (8)
Adventures of the Fly # 2 : Archie - "Master of Junk-ri-la" (6)
Journey into Mystery # 54 : Atlas - cover (1)
Journey into Mystery # 54 : Atlas - "Menace from the Purple Planet" (5)
Kid Colt Outlaw # 86 : Atlas - "Meeting at Midnight" (BR) (5)
Love Romances # 83 : Atlas - cover only (1)
My Own Romance # 71 : Atlas - cover only (1)
Tales of Suspense # 5 : Atlas - cover only (1)
Tales to Astonish # 5 : Atlas - cover (1)
Tales to Astonish # 5 : Atlas - "The Things on Easter Island" (5)

### Oct 1959 (12)
Battle # 66 : Atlas - cover (1)
Battle # 66 : Atlas - "Submarine" (5)
Wyatt Earp # 25 : Atlas - cover only (1)
Young Romance # 102 : Prize - "The Wounded Party" (5)

### Nov 1959 (25)
Journey into Mystery # 55 : Atlas - cover (1)
Journey into Mystery # 55 : Atlas - "The Giant in the Sky" (7)
Journey into Mystery # 55 : Atlas - "My Neighbors Secret" (4)
Kid Colt Outlaw # 87 : Atlas - cover only (1)
Love Romances # 84 : Atlas - cover only (1)
Tales of Suspense # 6 : Atlas - cover (1)
Tales of Suspense # 6 : Atlas - "Luna Lizards had me Trapped" (5)
Tales to Astonish # 6 : Atlas - cover (1)
Tales to Astonish # 6 : Atlas - "The Great God Pan" (4)

### Dec 1959 (24)
Battle # 67 : Atlas - cover (1)

Battle # 67 : Atlas - "The Invincible Enemy" (5)
Strange Tales # 72 : Atlas - cover (1)
Strange Tales # 72 : Atlas - "I Fought the Colossus" (5)
Wyatt Earp # 26 : Atlas - cover only (1)
Young Romance # 103 : Prize - cover (1)
Young Romance # 103 : Prize - "The Man for Me" (5)
Young Romance # 103 : Prize - "Liars in Love" (5)

Link to: 1938-1949 • 1950-1959 • 1960-1964 • 1965-1969 • 1970-1979 •
1980-1995



> **MarvelMasterworks.com Home**



## JACK KIRBY: A BY-THE-MONTH CHRONOLOGY

Link to: 1938-1949 • 1950-1959 • 1960-1964 • 1965-1969 • 1970-1979 • 1980-1995

This chronology covers the sequential timeline of the original publication of Jack Kirby's **comic book work.** This list does not include any comics or collections that might have reprinted Jack's works. The number in parentheses following the listed work is the page count of Jack's original work for that issue. The number in parentheses following the month is that month's total page output from Jack.

This list is compiled by Ray Owens, with the aid of the Jack Kirby Checklist, a publication available from Twomorrows Publications for only $7 postpaid. RayOwens is actually a contributor to this checklist, and it comes highly recommended as an invaluable reference for any Jack Kirby fan's bookshelf.

Each era of Jack's work is chronicled on seperate pages. Following is the era of the early to mid-60s.

## 1960-1964



**Jan 1960** (35)
Aventures of the Fly # 4 : Archie - cover (1)
Aventures of the Fly # 4 : Archie - "Muggsy's Masterpiece" (7)
Gunsmoke Western # 56 : Atlas - cover only (1)
Journey into Mystery # 56 : Atlas - cover (1)
Journey into Mystery # 56 : Atlas - "I planted the Seeds of Doom" (6)
Kid Colt Outlaw # 88 : Atlas - cover only (1)
Love Romances # 85 : Atlas - cover (1)
Love Romances # 85 : Atlas - "I Learned about Love from Larry" (5)
Tales of Suspense # 7 : Atlas - cover (1)
Tales of Suspence # 7 : Atlas - "I fought the Molten Man-Thing" (5)
Tales to Astonish # 7 : Atlas - cover (1)
Tales to Astonish # 7 : Atlas - "We Met in the Swamp" (5)

**Feb 1960** (16)
Battle # 68 : Atlas - cover (1)
Battle # 68 : Atlas - "Sitting Duck" (4)
Battle # 68 : Atlas - "Guard Duty" (4)
Strange Tales # 73 : Atlas - cover (1)
Strange Tales # 73 : Atlas - "Grottu, King of the Insects" (6)

**Mar 1960** (29)
Gunsmoke Western # 57 : Atlas - cover only (1)
Journey into Mystery # 57 : Atlas - cover (1)
Journey into Mystery # 57 : Atlas - "Orogo, Nightmare from Outer Space" (1)
Journey into Mystery # 57 : Atlas - "The Martian who stole my Body" (6)



Kid Colt Outlaw # 89 : Atlas - cover only (1)
My Own Romance # 74 : Atlas - "He was Perfect, but I lost Him" (5)
Tales of Suspense # 8 : Atlas - cover (1)
Tales of Suspense # 8 : Atlas - "Monstro, Menace from the Murky Depths"
(6)
Tales to Astonish # 8 : Atlas - cover (1)
Tales to Astonish # 8 : Atlas - "I am the Genie" (6)

Apr 1960 (16)
Battle # 69 : Atlas - cover (1)
Battle # 69 : Atlas - "Doom under the Deep" (6)
Strange Tales # 74 : Atlas - cover (1)
Strange Tales # 74 : Atlas - "Gorgolla, The Living Gargoyle" (7)
Two-Gun Kid # 52 : Atlas - cover only (1)

May 1960 (32)
Gunsmoke Western # 58 : Atlas - cover only (1)
Journey into Mystery # 58 : Atlas - cover (1)
Journey into Mystery # 58 : Atlas - "Return of the Martian" (6)
Journey into Mystery # 58 : Atlas - "I Found Rro" (1)
Journey into Mystery # 58 : Atlas - "They called me a Witch" (5)
Kid Colt Outlaw # 90 : Atlas - cover only (1)
Love Romances # 87 : Atlas - cover only (1)
My Own Romance # 75 : Atlas - cover (1)
Tales of Suspense # 9 : Atlas - cover (1)
Tales of Suspense # 9 : Atlas - "I saw Diablo, Demon from the 5th
Dimension" (7)
Tales to Astonish # 9 : Atlas - cover (1)
Tales to Astonish # 9 : Atlas - "Return of the Genie" (6)



June 1960 (29)
Battle # 70 : Atlas - cover (1)
Battle # 70 : Atlas - "A Tank knows no Mercy" (5)
Battle # 70 : Atlas - "The Thick of the battle" (4)
Cracked # 14 : Major - "Old Ideas for New Panel Shows" (5)
Strange Tales # 75 : Atlas - cover (1)
Strange Tales # 75 : Atlas - "Taboo, Thing from the Murky Swamp" (7)
Two-Gun Kid # 54 : Atlas - cover (1)
Two-Gun Kid # 54 : Atlas - "Dance or Draw, Tenderfoot" (4)
Wyatt Earp # 29 : Atlas - cover only (1)

July 1960 (40)
Gunsmoke Western # 59 : Atlas - cover (1)
Gunsmoke Western # 59 : Atlas - "The Stallion's Revenge" (3)
Gunsmoke Western # 59 : Atlas - "Only One may Live" (4)
Journey into Mystery # 59 : Atlas - cover (1)
Journey into Mystery # 59 : Atlas - "I Unleashed Shagg upon the World" (7)
Kid Colt Outlaw # 91 : Atlas - cover only (1)
Love Romances # 88 : Atlas - cover only (1)
My Own Romance # 76 : Atlas - cover only (1)
Tales of Suspense # 10 : Atlas - cover (1)
Tales of Suspense # 10 : Atlas - "I Brought the Mighty Cyclops back to Life"
(7)
Tales to Astonish # 10 : Atlas - cover (1)
Tales to Astonish # 10 : Atlas - "I was Trapped by Titano" (7)
Tales to Astonish # 10 : Atlas - "Strange Power of Simon Drudd" (5)



Aug 1960 (33)
Rawhide Kid # 17 : Atlas - cover (1)
Rawhide Kid # 17 : Atlas - "Beware, the Rawhide Kid" (7)
Rawhide Kid # 17 : Atlas - "Stagecoach to Shotgun Gap" (6)
Rawhide Kid # 17 : Atlas - "When the Rawhide Kid turned Outlaw" (5)

Strange Tales # 76 : Atlas - cover (1)
Strange Tales # 76 : Atlas - "I am Dragoom, The Flaming Invader" (7)
Two-Gun Kid # 55 : Atlas - cover (1)
Two-Gun Kid # 55 : Atlas - "The Outlaw" (5)

**Sep 1960** (36)
Gunsmoke Western # 60 : Atlas - cover only (1)
Journey into Mystery # 60 : Atlas - cover (1)
Journey into Mystery # 60 : Atlas - "I Learned the Monsterous Secret of Bombu" (7)
Journey into Mystery # 60 : Atlas - "I Found the Things from Nowhere" (5)
Kid Colt Outlaw # 92 : Atlas - cover only (1)
Tales of Suspense # 11 : Atlas - cover (1)
Tales of Suspense # 11 : Atlas - "I Created Sporr, The Thing that could not Die" (7)
Tales to Astonish # 11 : Atlas - cover (1)
Tales to Astonish # 11 : Atlas - "I Found Monstrom" (7)
Tales to Astonish # 11 : Atlas - "I Dared to Look into the Beyond" (5)

**Oct 1960** (50)
Journey into Mystery # 61 : Atlas - cover (1)
Journey into Mystery # 61 : Atlas - "I Defied Gomdulla, The Living Pharaoh" (7)
Kid Colt Outlaw # 93 : Atlas - cover (1)
Kid Colt Outlaw # 93 : Atlas - "The Man who wouldn't Fight" (5)
Rawhide Kid # 18 : Atlas - cover (1)
Rawhide Kid # 18 : Atlas - "At the Mercy of Wolf Waco" (13)
Rawhide Kid # 18 : Atlas - "A Legend is Born" (5)
Strange Tales # 77 : Atlas - cover (1)
Strange Tales # 77 : Atlas - "The Return of Taboo" (7)
Tales to Astonish # 12 : Atlas - cover (1)
Tales to Astonish # 12 : Atlas - "I Discovered Gorgilla" (7)
Two-Gun Kid # 56 : Atlas - cover only (1)

**Nov 1960** (46)
Gunsmoke Western # 61 : Atlas - cover only (1)
Journey into Mystery # 62 : Atlas - cover (1)
Journey into Mystery # 62 : Atlas - "I was a Slave of the Living Hulk" (13)
Kid Colt Outlaw # 94 : Atlas - cover only (1)
Strange Tales # 78 : Atlas - cover (1)
Strange Tales # 78 : Atlas - "A Martian walks among Us" (7)
Tales of Suspense # 12 : Atlas - cover (1)
Tales of Suspense # 12 : Atlas - "The Dreaded Secret of Gor-Kill, The Living Demon" (7)
Tales to Astonish # 13 : Atlas - cover (1)
Tales to Astonish # 13 : Atlas - "I Challenged Groot" (7)
Tales to Astonish # 13 : Atlas - "I found the Abominable Snowman" (6)

**Dec 1960** (66)
Journey into Mystery # 63 : Atlas - cover (1)
Journey into Mystery # 63 : Atlas - "Goliath" (7)
Journey into Mystery # 63 : Atlas - "The Dangerous Doll" (5)
Kid Colt Outlaw # 95 : Atlas - cover (1)
Kid Colt Outlaw # 95 : Atlas - "A Man and his Gun" (5)
Rawhide Kid # 19 : Atlas - cover (1)
Rawhide Kid # 19 : Atlas - "Gun Duel in Trigger Gap" (13)
Rawhide Kid # 19 : Atlas - "Fight or Crawl, Kid" (5)
Strange Tales # 79 : Atlas - cover (1)
Strange Tales # 79 : Atlas - "The Living Shadow" (7)
Tales to Astonish # 14 : Atlas - cover (1)
Tales to Astonish # 14 : Atlas - "I Created Krang" (13)
Two-Gun Kid # 57 : Atlas - cover (1)

Two-Gun Kid # 57 : Atlas - "He Wore a Tin Star" (5)



**Jan 1961** (55.5)
Classics Illustrated # 160 : Gilberton - advert (0.25)
Classics Illustrated Junior# 570 : Gilberton - advert (0.25)
Gunsmoke Western # 62 : Atlas - cover (1)
Gunsmoke Western # 62 : Atlas - "Six-Gun Showdown" (6)
Gunsmoke Western # 62 : Atlas - "The Perfect Crime" (5)
Gunsmoke Western # 62 : Atlas - "The Gunman" (5)
Journey into Mystery # 64 : Atlas - cover (1)
Journey into Mystery # 64 : Atlas - "I Dared to Battle Rorgg, King of the Spider-Man" (7)
Kid Colt Outlaw # 96 : Atlas - cover (1)
Kid Colt Outlaw # 96 : Atlas - "Return of the Bad Man" (5)
Love Romances # 91 : Atlas - cover only (1)
Strange Tales # 80 : Atlas - cover (1)
Strange Tales # 80 : Atlas - "What? What? What was Gargantus" (7)
Tales of Suspense # 13 : Atlas - cover (1)
Tales of Suspense # 13 : Atlas - "Elektro" (7)
Tales to Astonish # 15 : Atlas - cover (1)
Tales to Astonish # 15 : Atlas - "The Blip" (7)



**Feb 1961** (93)
Journey into Mystery # 65 : Atlas - cover (1)
Journey into Mystery # 65 : Atlas - "I am the Brute that Walks" (12)
Rawhide Kid # 20 : Atlas - cover (1)
Rawhide Kid # 20 : Atlas - "Shoot-Out with Blackjack Borden" (13)
Rawhide Kid # 20 : Atlas - "The Defeat of the rawhide Kid" (5)
Strange Tales # 81 : Atlas - cover (1)
Strange Tales # 81 : Atlas - "The Scarecrow Walks" (7)
Tales of Suspense # 14 : Atlas - cover (1)
Tales of Suspense # 14 : Atlas - "I Created the Colossus" (18)
Tales to Astonish # 16 : Atlas - cover (1)
Tales to Astonish # 16 : Atlas - "Here comes Thorr, the Unbelievable" (7)
Two-Gun Kid # 58 : Atlas - cover (1)
Two-Gun Kid # 58 : Atlas - "The Monster of Hidden Valley" (13)
Two-Gun Kid # 58 : Atlas - "The Legend of the Two-Gun Kid" (5)
The World Around Us # 30 : Gilberton - "Undersea Adventure" (1)
The World Around Us # 30 : Gilberton - "Blue Skies" (1)
The World Around Us # 30 : Gilberton - "The Duel" (5)



**Mar 1961** (121)
Classics Illustrated # 35 : Gilberton - "The Last days of Pompeii" (45)
Gunsmoke Western # 63 : Atlas - cover (1)
Gunsmoke Western # 63 : Atlas - "The Hands of the Hulk" (6)
Journey into Mystery # 66 : Atlas - cover (1)
Journey into Mystery # 66 : Atlas - "Return of the Hulk" (13)
Kid Colt Outlaw # 97 : Atlas - cover only (1)
Strange Tales # 82 : Atlas - cover (1)
Strange Tales # 82 : Atlas - "The Thing called It" (13)
Tales of Suspense # 15 : Atlas - cover (1)
Tales of Suspense # 15 : Atlas - "Goom, The Thing from Planet X" (13)
Tales to Astonish # 17 : Atlas - cover (1)
Tales to Astonish # 17 : Atlas - "Vandoom, The Man who made a Creature" (13)
The World Around Us # 31 : Gilberton - "Hunting" (1)
The World Around Us # 31 : Gilberton - "Early Hunters" (6)
The World Around Us # 31 : Gilberton - "An End to Slaughter" (5)

**Apr 1961** (105)
Journey into Mystery # 67 : Atlas - "Gruto, the Creature from Nowhere" (13)



Rawhide Kid # 21 : Atlas - cover (1)
Rawhide Kid # 21 : Atlas - "The Gunmen fron Sundown City" (18)
Strange Tales # 83 : Atlas - cover (1)
Strange Tales # 83 : Atlas - "From out of the Black Pit came Grogg" (13)
Tales of Suspense # 16 : Atlas - cover (1)
Tales of Suspense # 16 : Atlas - "The Thing called Metallo" (13)
Tales to Astonish # 18 : Atlas - cover (1)
Tales to Astonish # 18 : Atlas - "Gorgilla strikes Again" (13)
Two-Gun Kid # 59 : Atlas - cover (1)
Two-Gun Kid # 59 : Atlas - "At the Mercy of Wolf Waco" (13)
Two-Gun Kid # 59 : Atlas - "Guns Blaze on the Tombstone Trail" (5)
The World Around Us # 32 : Gilberton - "The Mayas" (2)
The World Around Us # 32 : Gilberton - "Omens of Evil" (5)
The World Around Us # 32 : Gilberton - "Desert Treasure: Part 2" (4)
The World Around Us # 32 : Gilberton - "A Balancing Act" (1)

**May 1961** (63)
Gunsmoke Western # 64 : Atlas - cover (1)
Gunsmoke Western # 64 : Atlas - "He Wore a Tin Star" (5)
Journey into Mystery # 68 : Atlas - cover (1)
Journey into Mystery # 68 : Atlas - "Spragg, Conqueror of the Human Race" (13)
Kid Colt Outlaw # 98 : Atlas - cover only (1)
Strange Tales # 84 : Atlas - cover (1)
Strange Tales # 84 : Atlas - "Magneto" (13)
Tales of Suspense # 17 : Atlas - cover (1)
Tales of Suspense # 17 : Atlas - "Googam, Son of Goom" (13)
Tales to Astonish # 19 : Atlas - cover (1)
Tales to Astonish # 19 : Atlas - "Rommbu" (13)



**1961** (10)
World Illustrated # 528 : Thorpe & Porter (UK) - "The Lone Voyage" (7)
World Illustrated # 528 : Thorpe & Porter (UK) - "Pathways of the Sea" (3)

**June 1961** (127)
Amazing Adventures # 1 : Atlas - cover (1)
Amazing Adventures # 1 : Atlas - "Torr" (13)
Amazing Adventures # 1 : Atlas - "I am the Fantastic Doctor Droom" (6)
Classics Illustrated # 162a : Gilberton - "War between the States" (1)
Classics Illustrated # 162a : Gilberton - "April, 1861: Fort Sumter" (6)
Classics Illustrated # 162a : Gilberton - "April-July, 1862: The Peninsula" (6)
Classics Illustrated # 162a : Gilberton - "April-July, 1863: Vicksburg" (5)
Classics Illustrated # 162a : Gilberton - "November, 1864: New York City" (8)
Journey into Mystery # 69 : Atlas - cover (1)
Journey into Mystery # 69 : Atlas - "I was captured by Korilla" (13)
Rawhide Kid # 22 : Atlas - cover (1)
Rawhide Kid # 22 : Atlas - "Beware, the Terrible Totem" (19)
Strange Tales # 85 : Atlas - cover (1)
Strange Tales # 85 : Atlas - "The Return of Gargantus" (13)
Tales of Suspense # 18 : Atlas - cover (1)
Tales of Suspense # 18 : Atlas - "Kraa, The Unhuman" (13)
Tales to Astonish # 20 : Atlas - cover (1)
Tales to Astonish # 20 : Atlas - "What was X, The Thing that Lived" (18)



**July 1961** (88)
Amazing Adventures # 2 : Marvel - cover (1)
Amazing Adventures # 2 : Marvel - "I Led the Search for the Manoo" (13)
Amazing Adventures # 2 : Marvel - "The World Below" (Doctor Droom) (5)
Gunsmoke Western # 65 : Marvel - cover (1)
Gunsmoke Western # 65 : Marvel - "The Vengeance of Sam Turner" (6)



Journey into Mystery # 70 : Marvel - cover (1)
Journey into Mystery # 70 : Marvel - "The Sandman Cometh" (13)
Kid Colt Outlaw # 99 : Marvel - cover only (1)
Strange Tales # 86 : Marvel - cover (1)
Strange Tales # 86 : Marvel - "I Created Mechano" (13)
Strange Tales # 86 : Marvel - "Beware of Meeks bringing Gifts" (5)
Tales of Suspense # 19 : Marvel - cover (1)
Tales of Suspense # 19 : Marvel - "The Green Thing" (13)
Tales to Astonish # 21 : Marvel - cover (1)
Tales to Astonish # 21 : Marvel - "Trull, the Inhuman" (13)

**Aug 1961** (98)
Amazing Adventures # 3 : Marvel - cover (1)
Amazing Adventures # 3 : Marvel - "We were Trapped in the Twilight World" (13)
Amazing Adventures # 3 : Marvel - "Doctor Droom meets Zemu" (5)
Journey into Mystery # 71 : Marvel - "I Brought the Roc to Life" (13)
Rawhide Kid # 23 : Marvel - cover (1)
Rawhide Kid # 23 : Marvel - "The Origin of the Rawhide Kid" (7)
Rawhide Kid # 23 : Marvel - "No Place to Hide" (11)
Strange Tales # 87 : Marvel - cover (1)
Strange Tales # 87 : Marvel - "The Return of Grogg" (13)
Tales of Suspense # 20 : Marvel - cover (1)
Tales of Suspense # 20 : Marvel - "Colossus Lives Again" (13)
Tales to Astonish # 22 : Marvel - cover (1)
Tales to Astonish # 22 : Marvel - "I Dared to Battle the Crawling Creature" (13)
The World Around Us # 35 : Gilberton - "Sky Spies" (2)
The World Around Us # 35 : Gilberton - "The Business of Spying" (1)
The World Around Us # 35 : Gilberton - "Tricks of the Trade" (2)



**Sep 1961** (86)
Amazing Adventures # 4 : Marvel - cover (1)
Amazing Adventures # 4 : Marvel - "I am Robot X" (13)
Amazing Adventures # 4 : Marvel - "What Lurks Within?" (5)
Gunsmoke Western # 66 : Marvel - cover (1)
Gunsmoke Western # 66 : Marvel - "The Enemies" (6)
Journey into Mystery # 72 : Marvel - cover (1)
Journey into Mystery # 72 : Marvel - "The Glob" (12)
Kid Colt Outlaw # 100 : Marvel - cover only (1)
Strange Tales # 88 : Marvel - cover (1)
Strange Tales # 88 : Marvel - "Zzutak, the Thing that shouldn't Exist" (13)
Tales of Suspense # 21 : Marvel - cover (1)
Tales of Suspense # 21 : Marvel - "This is Klagg" (13)
Tales of Suspense # 21 : Marvel - "The Man from Tomorrow" (5)
Tales to Astonish # 23 : Marvel - cover (1)
Tales to Astonish # 23 : Marvel - "The Unbelievable Menace of Moomba" (13)



**Oct 1961** (102)
Amazing Adventures # 5 : Marvel - cover (1)
Amazing Adventures # 5 : Marvel - "The Escape of Monsteroso" (13)
Journey into Mystery # 73 : Marvel - cover (1)
Journey into Mystery # 73 : Marvel - "When the Spider Strikes" (7)
Journey into Mystery # 73 : Marvel - "What Lurks on Channel X?" (6)
Rawhide Kid # 24 : Marvel - cover (1)
Rawhide Kid # 24 : Marvel - "Showdown in Silver City" (13)
Rawhide Kid # 24 : Marvel - "Gunman's Gamble" (5)
Strange Tales # 89 : Marvel - cover (1)
Strange Tales # 89 : Marvel - "Fin Fang Foom" (13)
Tales of Suspense # 22 : Marvel - cover (1)
Tales of Suspense # 22 : Marvel - "Beware of Bruttu" (13)

Tales to Astonish # 24 : Marvel - cover (1)
Tales to Astonish # 24 : Marvel - "I Found the Abominable Snowman" (13)
The World Around Us # 36 : Gilberton - "Quacks and Quackery" (3)
The World Around Us # 36 : Gilberton - "The Branched of Medicine" (2)
The World Around Us # 36 : Gilberton - "The Pure Substance" (3)
The World Around Us # 36 : Gilberton - "The War on Insects" (3)
The World Around Us # 36 : Gilberton - "The Challenge of Space" (2)

**Nov 1961** (119)
Amazing Adventures # 6 : Marvel - cover (1)
Amazing Adventures # 6 : Marvel - "Sserpo, the Creature who Crushed the Earth" (13)
Fantastic Four # 1 : Marvel - cover (1)
Fantastic Four # 1 : Marvel - "The Fantastic Four" (13)
Fantastic Four # 1 : Marvel - "The Fantastic Four meet the Moleman" (12)
Gunsmoke Western # 67 : Marvel - cover (1)
Gunsmoke Western # 67 : Marvel - "Montana Brown" (7)
Journey into Mystery # 74 : Marvel - cover (1)
Journey into Mystery # 74 : Marvel - "The Thing in the Black Box" (7)
Journey into Mystery # 74 : Marvel - "Midnight in the Wax Museum" (6)
Kid Colt Outlaw # 101 : Marvel - cover only (1)
Love Romances # 96 : Marvel - cover (1)
Love Romances # 96 : Marvel - "When you Search for Love" (7)
Strange Tales # 90 : Marvel - cover (1)
Strange Tales # 90 : Marvel - "Orrgo, the Unconquerable" (7)
Tales of Suspense # 23 : Marvel - cover (1)
Tales of Suspense # 23 : Marvel - "I Entered the Dimension of Doom" (7)
Tales of Suspense # 23 : Marvel - "The Changeling" (5)
Tales to Astonish # 25 : Marvel - cover (1)
Tales to Astonish # 25 : Marvel - "I was Captured by the Creature from Krogarr" (7)
Tales to Astonish # 25 : Marvel - "Behold Him, He is the Martian" (6)
Teen-Age Romance # 84 : Marvel - cover (1)
Teen-Age Romance # 84 : Marvel - "The Summer must End" (7)
Teen-Age Romance # 84 : Marvel - "The Outsider" (5)

**Dec 1961** (72)
Classics Illustrated # 165a : Gilberton - "A Simple Telescope" (1)
Classics Illustrated # 165a : Gilberton - "Lines and Signals" (1)
Classics Illustrated # 165a : Gilberton - "Viewing the Spectrum" (1)
Journey into Mystery # 75 : Marvel - cover (1)
Journey into Mystery # 75 : Marvel - "Lo-Karr, Bringer of Doom" (6)
Journey into Mystery # 75 : Marvel - "Mr. Gregory and the Ghost" (7)
Rawhide Kid # 25 : Marvel - cover (1)
Rawhide Kid # 25 : Marvel - "The Bat Strikes" (7)
Rawhide Kid # 25 : Marvel - "The Twister" (6)
Rawhide Kid # 25 : Marvel - "Those who Live by the Gun" (5)
Strange Tales # 91 : Marvel - cover (1)
Strange Tales # 91 : Marvel - "The Sacrifice" (7)
Tales of Suspense # 24 : Marvel - cover (1)
Tales of Suspense # 24 : Marvel - "The Insect Man" (7)
Tales of Suspense # 24 : Marvel - "Beware, the Ticking Clocks" (6)
Tales to Astonish # 26 : Marvel - cover (1)
Tales to Astonish # 26 : Marvel - "Look out, Here comes the Four-Armed Men" (7)
Tales to Astonish # 26 : Marvel - "He Walks Through Walls" (6)

**Jan 1962** (121)
Fantastic Four # 2 : Marvel - cover (1)
Fantastic Four # 2 : Marvel - "FF Meet the Skrulls From Outer Space" (24)
Fantastic Four # 2 : Marvel - Thing Pin-up (1)
Gunsmoke Western # 68 : Marvel - cover only (1)

Journey into Mystery # 76 : Marvel - cover (1)
Journey into Mystery # 76 : Marvel - "The Genie with the Light Brown Hair" (6)
Journey into Mystery # 76 : Marvel - "Follow the Leader" (7)
Kid Colt Outlaw # 102 : Marvel - cover only (1)
Love Romances # 97 : Marvel - cover (1)
Love Romances # 97 : Marvel - "My Life is Yours" (4)
Love Romances # 97 : Marvel - "Little Girl" (7)
Love Romances # 97 : Marvel - "And so we Meet" (7)
Love Romances # 97 : Marvel - "The Kiss" (5)
Strange Tales # 92 : Marvel - cover (1)
Strange Tales # 92 : Marvel - "The Thing Hunts for Me" (7)
Strange Tales # 92 : Marvel - "The Man who Shrunk the World" (6)
Tales of Suspense # 25 : Marvel - cover (1)
Tales of Suspense # 25 : Marvel - "The Death of Monstrollo" (7)
Tales of Suspense # 25 : Marvel - "The Unseen" (6)
Tales to Astonish # 27 : Marvel - cover (1)
Tales to Astonish # 27 : Marvel - "The Man in the Ant Hill" (Ant-Man) (7)
Teen-Age Romance # 85 : Marvel - cover (1)
Teen-Age Romance # 85 : Marvel - "She Who Laughs Last" (6)
Teen-Age Romance # 85 : Marvel - "My Boy Friend" (7)
Teen-Age Romance # 85 : Marvel - "Too Shy am I" (5)

**Feb 1962** (69)
Journey into Mystery # 77 : Marvel - cover (1)
Journey into Mystery # 77 : Marvel - "Beware, He isn't Human" (7)
Journey into Mystery # 77 : Marvel - "I don't believe in Ghosts" (6)
Rawhide Kid # 26 : Marvel - cover (1)
Rawhide Kid # 26 : Marvel - "Trapped by the Bounty Hunter" (7)
Rawhide Kid # 26 : Marvel - "Shoot-Out at Scragg's Salon" (6)
Rawhide Kid # 26 : Marvel - "The Bullet-Proof Man" (5)
Strange Tales # 93 : Marvel - cover (1)
Strange Tales # 93 : Marvel - "When the Thing runs Amok" (7)
Strange Tales # 93 : Marvel - "Earth will be Lost Tonight" (6)
Tales of Suspense # 26 : Marvel - cover (1)
Tales of Suspense # 26 : Marvel - "It Crawls by Night" (7)
Tales to Astonish # 28 : Marvel - cover (1)
Tales to Astonish # 28 : Marvel - "I am the Gorilla-Man" (7)
Tales to Astonish # 28 : Marvel - "Midnight on Haunted Hill" (6)

**Mar 1962** (131)
Fantastic Four # 3 : Marvel - cover (1)
Fantastic Four # 3 : Marvel - "The Menace of the Miracle Man" (23)
Fantastic Four # 3 : Marvel - Human Torch Pin-up (1)
Gunsmoke Western # 69 : Marvel - cover (1)
Gunsmoke Western # 69 : Marvel - "The Betrayer" (6)
Journey into Mystery # 78 : Marvel - cover (1)
Journey into Mystery # 78 : Marvel - "Kraggoom, the Creature Who Caught an Astronaut" (7)
Journey into Mystery # 78 : Marvel - "The Sorcerer" (6)
Kid Colt Outlaw # 103 : Marvel - cover only (1)
Love Romances # 98 : Marvel - cover (1)
Love Romances # 98 : Marvel - "I'm Lost Without You" (7)
Love Romances # 98 : Marvel - "Second Best" (5)
Love Romances # 98 : Marvel - "My Kind of Man" (5)
Love Romances # 98 : Marvel - "Lover's Quarrel" (5)
Strange Tales # 94 : Marvel - cover (1)
Strange Tales # 94 : Marvel - "I was a Decoy for Pildorr" (7)
Strange Tales # 94 : Marvel - "Save me from the Weed" (6)
Tales of Suspense # 27 : Marvel - cover (1)
Tales of Suspense # 27 : Marvel - "Oog Lives Again" (7)
Tales of Suspense # 27 : Marvel - "On the Trail of the Witch" (6)







Tales to Astonish # 29 : Marvel - cover (1)
Tales to Astonish # 29 : Marvel - "When the Space Beasts Attack" (7)
Tales to Astonish # 29 : Marvel - "The Man who Blew Up the Earth" (6)
Teen-Age Romance # 86 : Marvel - cover (1)
Teen-Age Romance # 86 : Marvel - "A Teen-Ager can also Hate" (7)
Teen-Age Romance # 86 : Marvel - "For Love of Ricky Wilson" (6)
Teen-Age Romance # 86 : Marvel - "He never even Noticed" (5)

**Apr 1962** (69.5)
Journey into Mystery # 79 : Marvel - cover (1)
Journey into Mystery # 79 : Marvel - "The Midnight Monster" (7)
Rawhide Kid # 27 : Marvel - cover (1)
Rawhide Kid # 27 : Marvel - "When Six-Guns Roar" (7)
Rawhide Kid # 27 : Marvel - "The Girl, The Gunmen, and the Apaches" (6)
Rawhide Kid # 27 : Marvel - "The Man who Caught the Kid" (5)
Strange Tales # 95 : Marvel - cover (1)
Strange Tales # 95 : Marvel - "The Two-Headed Thing" (7)
Strange Tales # 95 : Marvel - "The Monster Escapes" (6)
Strange Tales # 95 : Marvel - advert for Fantastic Four (0.5)
Tales of Suspense # 28 : Marvel - cover (1)
Tales of Suspense # 28 : Marvel - "Titan, the Amphibian from Atlantis" (7)
Tales of Suspense # 28 : Marvel - "Back from the Dead" (6)
Tales to Astonish # 30 : Marvel - cover (1)
Tales to Astonish # 30 : Marvel - "The Return of the Gorilla-Man" (7)
Tales to Astonish # 30 : Marvel - "The Thing from the Hidden Swamp" (6)

**May 1962** (138)
Fantastic Four # 4 : Marvel - cover (1)
Fantastic Four # 4 : Marvel - "The Coming of the Sub-Mariner" (23)
Fantastic Four # 4 : Marvel - Mr. Fantastic Pin-up (1)
Gunsmoke Western # 70 : Marvel - cover (1)
Gunsmoke Western # 70 : Marvel - "The Return of Darrow, the Gunfighter" (6)
Incredible Hulk # 1 : Marvel - cover (1)
Incredible Hulk # 1 : Marvel - "The Coming of the Hulk" (24)
Journey into Mystery # 80 : Marvel - cover (1)
Journey into Mystery # 80 : Marvel - "Won't you Step into my Parlor" (7)
Journey into Mystery # 80 : Marvel - "Propoganda" (6)
Kid Colt Outlaw # 104 : Marvel - cover only (1)
Love Romances # 99 : Marvel - cover (1)
Love Romances # 99 : Marvel - "Teenager and the Truck Driver" (7)
Love Romances # 99 : Marvel - "In my Sister's Shadow" (6)
Love Romances # 99 : Marvel - "Fungirl" (5)
Love Romances # 99 : Marvel - "Don't Break my Heart" (5)
Strange Tales # 96 : Marvel - cover (1)
Strange Tales # 96 : Marvel - "I Dream of Doom" (7)
Strange Tales # 96 : Marvel - "The Impossible Tunnel" (6)
Tales of Suspense # 29 : Marvel - cover (1)
Tales of Suspense # 29 : Marvel - "The Martian who Stole a City" (7)
Tales of Suspense # 29 : Marvel - "Nothing can Save Us" (6)
Tales to Astonish # 31 : Marvel - cover (1)
Tales to Astonish # 31 : Marvel - "When the Mummy Walks" (7)
Tales to Astonish # 31 : Marvel - "It Fell from a Flying Saucer" (6)

**Summer 1962** (1)
Strange Tales Annual # 1 : Marvel - cover only (1)

**June 1962** (74)
Journey into Mystery # 81 : Marvel - cover (1)
Journey into Mystery # 81 : Marvel - "The Ruler of Earth" (7)
Journey into Mystery # 81 : Marvel - "The Dwells a Dragon" (6)
Rawhide Kid # 28 : Marvel - cover (1)

Rawhide Kid # 28 : Marvel - "Doom in the Desert" (7)
Rawhide Kid # 28 : Marvel - "The Guns of Jasker Jelko" (6)
Rawhide Kid # 28 : Marvel - "When A Gunslinger Gets Mad" (5)
Strange Tales # 97 : Marvel - cover (1)
Strange Tales # 97 : Marvel - "When A Planet Dies" (7)
Strange Tales # 97 : Marvel - "The Madness" (6)
Tales of Suspense # 30 : Marvel - cover (1)
Tales of Suspense # 30 : Marvel - "The Ghost Rode a Roller Coaster" (6)
Tales of Suspense # 30 : Marvel - "The Creature from Krangro" (6)
Tales to Astonish # 32 : Marvel - cover (1)
Tales to Astonish # 32 : Marvel - "Quicksand" (7)
Tales to Astonish # 32 : Marvel - "The Bully Boy" (6)

July 1962 (125)
Fantastic Four # 5 : Marvel - cover (1)
Fantastic Four # 5 : Marvel - "Prisoners of Doctor Doom" (23)
Gunsmoke Western # 71 : Marvel - cover (1)
Gunsmoke Western # 71 : Marvel - "The Life and Death of Ape Cantrell" (6)
Incredible Hulk # 2 : Marvel - cover (1)
Incredible Hulk # 2 : Marvel - "The Terror of the Toad Men" (24)
Journey into Mystery # 82 : Marvel - cover (1)
Journey into Mystery # 82 : Marvel - "The Scorpion Strikes" (7)
Kid Colt Outlaw # 105 : Marvel - cover only (1)
Love Romances # 100 : Marvel - cover (1)
Love Romances # 100 : Marvel - "My Life, My Love" (7)
Love Romances # 100 : Marvel - "The Dream of Doris Drake" (6)
Love Romances # 100 : Marvel - "I Dare not Love You" (5)
Love Romances # 100 : Marvel - "Two Loves had Helen" (5)
Strange Tales # 98 : Marvel - cover (1)
Strange Tales # 98 : Marvel - "No Human can Beat Me" (7)
Tales of Suspense # 31 : Marvel - cover (1)
Tales of Suspense # 31 : Marvel - "The Monster in the Iron Mask" (7)
Tales of Suspense # 31 : Marvel - "The Man who found Shangri-La" (6)
Tales to Astonish # 33 : Marvel - cover (1)
Tales to Astonish # 33 : Marvel - "What Happened to Dead Storage" (7)
Tales to Astonish # 33 : Marvel - "The Frightened Man" (6)

Aug 1962 (95)
Amazing Fantasy # 15 : Marvel - cover only (Spider-Man) (1)
Journey into Mystery # 83 : Marvel - cover (1)
Journey into Mystery # 83 : Marvel - "Thor the Mighty & the Stone Men From Saturn" (13)
Love Romances # 101 : Marvel - cover (1)
Love Romances # 101 : Marvel - "I Love You too Much" (7)
Love Romances # 101 : Marvel - "A Regular Gal" (6)
Love Romances # 101 : Marvel - "His Lips on Mine" (5)
Rawhide Kid # 29 : Marvel - cover (1)
Rawhide Kid # 29 : Marvel - "The Trail of Apache Joe" (7)
Rawhide Kid # 29 : Marvel - "The Little Man laughs Last" (6)
Rawhide Kid # 29 : Marvel - "The Fallen Hero" (5)
Strange Tales # 99 : Marvel - cover (1)
Strange Tales # 99 : Marvel - "Mister Morgan's Monster" (7)
Strange Tales # 99 : Marvel - "The Day before Doomsday" (6)
Tales of Suspense # 32 : Marvel - cover (1)
Tales of Suspense # 32 : Marvel - "The Man in the Beehive" (7)
Tales of Suspense # 32 : Marvel - "Sazzik, the Sorcerer" (6)
Tales to Astonish # 34 : Marvel - cover (1)
Tales to Astonish # 34 : Marvel - "A Monster at my Window" (7)
Tales to Astonish # 34 : Marvel - "The Strange Fate of the Statue Maker" (6)

Sep 1962 (108)



Fantastic Four # 6 : Marvel - cover (1)
Fantastic Four # 6 : Marvel - "Captives of the Deadly Duo" (24)
Gunsmoke Western # 72 : Marvel - cover only (1)
Incredible Hulk # 3 : Marvel - cover (1)
Incredible Hulk # 3 : Marvel - "Banished to Outer Space" (11)
Incredible Hulk # 3 : Marvel - "The Origin of the Hulk" (3)
Incredible Hulk # 3 : Marvel - "The Ringmaster" (10)
Journey into Mystery # 84 : Marvel - cover (1)
Journey into Mystery # 84 : Marvel - "The Mighty Thor vs The Executioner" (Thor) 13
Kid Colt Outlaw # 106 : Marvel - cover only (1)
Strange Tales # 100 : Marvel - cover (1)
Strange Tales # 100 : Marvel - "The Man in the Crazy Maze" (7)
Strange Tales # 100 : Marvel - "The Imitation Man" (6)
Tales of Suspense # 33 : Marvel - cover (1)
Tales of Suspense # 33 : Marvel - "I was Trapped in the Chamber of Fear" (7)
Tales of Suspense # 33 : Marvel - "The Mystery of the Tax Collector from Space" (6)
Tales to Astonish # 35 : Marvel - cover (1)
Tales to Astonish # 35 : Marvel - "Return of the Ant-Man" (Ant-Man) (13)



Oct 1962 (99)
Fantastic Four # 7 : Marvel - cover (1)
Fantastic Four # 7 : Marvel - "Prisoners of Kurrgo, Master of Planet X" (24)
Journey into Mystery # 85 : Marvel - cover (1)
Journey into Mystery # 85 : Marvel - "Trapped by Loki, the God of Mischief" (Thor) (13)
Rawhide Kid # 30 : Marvel - cover (1)
Rawhide Kid # 30 : Marvel - "When the Kid went Wild" (7)
Rawhide Kid # 30 : Marvel - "Showdown with the Crow Magnum Gang" (6)
Rawhide Kid # 30 : Marvel - "Riot in Railtown" (5)
Strange Tales # 101 : Marvel - cover (1)
Strange Tales # 101 : Marvel - "The Human Torch" (Human Torch) (13)
Tales of Suspense # 34 : Marvel - cover (1)
Tales of Suspense # 34 : Marvel - "I Found the Girl in the Blue Glass Bottle" (7)
Tales of Suspense # 34 : Marvel - "The Forbidden World" (6)
Tales to Astonish # 36 : Marvel - cover (1)
Tales to Astonish # 36 : Marvel - "The Challenge of Comrade X" (Ant-Man) (13)



Nov 1962 (135)
Fantastic Four # 8 : Marvel - cover (1)
Fantastic Four # 8 : Marvel - "Prisoners of the Puppet Master" (23)
Fantastic Four # 8 : Marvel - Human Torch Feature page (1)
Gunsmoke Western # 73 : Marvel - cover (1)
Gunsmoke Western # 73 : Marvel - "Redbeard's Raiders" (6)
Incredible Hulk # 4 : Marvel - cover (1)
Incredible Hulk # 4 : Marvel - "The Monster and the Machine" (14)
Incredible Hulk # 4 : Marvel - "The Gladiator from Outer Space" (10)
Journey into Mystery # 86 : Marvel - cover (1)
Journey into Mystery # 86 : Marvel - "On the Trail of the Tomorrow Man" (Thor) (13)
Kid Colt Outlaw # 107 : Marvel - cover only (1)
Love Romances # 102 : Marvel - cover (1)
Love Romances # 102 : Marvel - "By Love Betrayed" (7)
Love Romances # 102 : Marvel - "Give back my Heart" (6)
Strange Tales # 102 : Marvel - cover (1)
Strange Tales # 102 : Marvel - "Prisoner of the Wizard" (Human Torch) (7)
Tales of Suspense # 35 : Marvel - cover (1)
Tales of Suspense # 35 : Marvel - "I Accepted the Deadly Challenge of



Zarkorr" (7)
Tales to Astonish # 37 : Marvel - cover (1)
Tales to Astonish # 37 : Marvel - "**Trapped by the Protector**" (Ant-Man) (13)
Two-Gun Kid # 60 : Marvel- cover (1)
Two-Gun Kid # 60 : Marvel - "**The Beginning of the Two-Gun Kid**" (13)
Two-Gun Kid # 60 : Marvel - "**I Hate the Two-Gun Kid**" (5)

<u>Dec 1962</u> (81)
Fantastic Four # 9 : Marvel - cover (1)
Fantastic Four # 9 : Marvel - "**The End of the Fantastic Four**" (23)
Fantastic Four # 9 : Marvel - Human Torch Feature page (1)
Journey into Mystery # 87 : Marvel - cover (1)
Journey into Mystery # 87 : Marvel - "**Prisoner of the Reds**" (Thor) (10)
Rawhide Kid # 31 : Marvel - cover (1)
Rawhide Kid # 31 : Marvel - "**Shoot-Out with Rock Rorick**" (7)
Rawhide Kid # 31 : Marvel - "**Trapped by Dead-Eye Dawson**" (6)
Rawhide Kid # 31 : Marvel - "**No Law in Lost Mesa**" (5)
Strange Tales # 103 : Marvel - cover (1)
Strange Tales # 103 : Marvel - "**Prisoner of the 5th Dimension**" (Human Torch) (13)
Tales of Suspense # 36 : Marvel - cover only (1)
Tales to Astonish # 38 : Marvel - cover (1)
Tales to Astonish # 38 : Marvel - "**Betrayed by the Ants**" (Ant-Man) (10)



<u>Jan 1963</u> (124)
Fantastic Four # 10 : Marvel - cover (1)
Fantastic Four # 10 : Marvel - "**The Return of Doctor Doom**" (23)
Fantastic Four # 10 : Marvel - Invisible Girl Pin-up (1)
Gunsmoke Western # 74 : Marvel - cover only (1)
Incredible Hulk # 5 : Marvel - cover (1)
Incredible Hulk # 5 : Marvel - "**Beauty and the Beast**" (11)
Incredible Hulk # 5 : Marvel - "**The Hordes of general Fang**" (13)
Journey into Mystery # 88 : Marvel - cover (1)
Journey into Mystery # 88 : Marvel - "**The Vengeance of Loki**" (Thor) (13)
Kid Colt Outlaw # 108 : Marvel - cover only (1)
Love Romances # 103 : Marvel - cover (1)
Love Romances # 103 : Marvel - "**The Dream World of Doris Wilson**" (7)
Love Romances # 103 : Marvel - "**If your Heart I Break**" (5)
Strange Tales # 104 : Marvel - cover (1)
Strange Tales # 104 : Marvel - "**The Human Torch meets Paste-Pot Pete**" (Human Torch) (13)
Tales of Suspense # 37 : Marvel - cover only (1)
Tales to Astonish # 39 : Marvel - cover (1)
Tales to Astonish # 39 : Marvel - "**The Vengeance of the Scarlet Beetle**" (Ant-Man) (10)
Two-Gun Kid # 61 : Marvel - cover (1)
Two-Gun Kid # 61 : Marvel - "**The Killer and the Kid**" (10)
Two-Gun Kid # 61 : Marvel - "**How Matt Hawk becomes the Two-Gun Kid**" (1)
Two-Gun Kid # 61 : Marvel - "**Two Lives has He**" (2)
Two-Gun Kid # 61 : Marvel - "**When the Apaches Strike**" (5)

<u>Feb 1963</u> (84)
Fantastic Four # 11 : Marvel - cover (1)
Fantastic Four # 11 : Marvel - "**A Visit with the Fantastic Four**" (11)
Fantastic Four # 11 : Marvel - "**The Impossible Man**" (11)
Fantastic Four # 11 : Marvel - Sub-Mariner Pin-up (1)
Journey into Mystery # 89 : Marvel - cover (1)
Journey into Mystery # 89 : Marvel - "**The Thunder-God and the Thug**" (Thor) (13)
Rawhide Kid # 32 : Marvel - cover (1)
Rawhide Kid # 32 : Marvel - "**Beware of the Barker Brothers**" (13)









Rawhide Kid # 32 : Marvel - "No Guns for a Gunman" (5)
Strange Tales # 105 : Marvel - cover (1)
Strange Tales # 105 : Marvel - "The Return of the Wizard" (Human Torch) (13)
Tales of Suspense # 38 : Marvel - cover only (1)
Tales to Astonish # 40 : Marvel - cover (1)
Tales to Astonish # 40 : Marvel - "The Day the Ant-Man Failed" (Ant-Man) (11)

### Mar 1963 (72)
Amazing Spider-Man # 1 : Marvel - cover (1)
Amazing Spider-Man # 1 : Marvel - A Personal Message from Spider-Man (1)
Fantastic Four # 12 : Marvel - cover (1)
Fantastic Four # 12 : Marvel - "The Incredible Hulk" (23)
Gunsmoke Western # 75 : Marvel - cover only (1)
Journey into Mystery # 90 : Marvel - cover only (1)
Kid Colt Outlaw # 109 : Marvel - cover only (1)
Love Romances # 104 : Marvel - cover (1)
Love Romances # 104 : Marvel - "To me, He was like a God" (7)
Strange Tales # 106 : Marvel - cover only (1)
Tales of Suspense # 39 : Marvel - cover only (1)
Tales of Suspense # 39 : Marvel - "Iron Man is Born" (Iron Man) (13)
Tales to Astonish # 41 : Marvel - cover only (1)
Two-Gun Kid # 62 : Marvel - cover (1)
Two-Gun Kid # 62 : Marvel - "Moose Morgan, Gunman At Large" (13)
Two-Gun Kid # 62 : Marvel - "The Man who Changed" (5)

### Apr 1963 (41)
Fantastic Four # 13 : Marvel - cover (1)
Fantastic Four # 13 : Marvel - "The Fantastic Four versus the Red Ghost and his Indescribable Super-Apes " (22)
Journey into Mystery # 91 : Marvel - cover only (1)
Rawhide Kid # 33 : Marvel - cover only (1)
Strange Tales # 107 : Marvel - cover only (1)
Tales of Suspense # 40 : Marvel - cover (1)
Tales of Suspense # 40 : Marvel - "Iron Man Versus Gargantus" (Iron Man) (13)
Tales to Astonish # 42 : Marvel - cover (1)

### May 1963 (101)
Fantastic Four # 14 : Marvel - cover (1)
Fantastic Four # 14 : Marvel - "The Merciless Puppet Master" (22)
Fantastic Four # 14 : Marvel - advert (1)
Gunsmoke Western # 76 : Marvel - cover only (1)
Journey into Mystery # 92 : Marvel - cover only (1)
Kid Colt Outlaw # 110 : Marvel - cover only (1)
Love Romances # 105 : Marvel - cover (1)
Love Romances # 105 : Marvel - "The Beauty of Beverly Carter" (7)
Love Romances # 105 : Marvel - "I Dare not tell Him" (6)
Sgt. Fury # 1 : Marvel - cover (1)
Sgt. Fury # 1 : Marvel - "Sgt. Fury and his Howling Commandos" (21)
Sgt. Fury # 1 : Marvel - "Meet the Howling Commandos" (2)
Strange Tales # 108 : Marvel - cover (1)
Strange Tales # 108 : Marvel - "The Painter of a Thousand Perils" (Human Torch) (13)
Tales of Suspense # 41 : Marvel - cover (1)
Tales of Suspense # 41 : Marvel - "The Stronghold of Dr. Strange" (Iron Man) (13)
Tales to Astonish # 43 : Marvel - cover only (1)
Two-Gun Kid # 63 : Marvel - cover only (1)

### Summer 1963 (77)





Fantastic Four Annual # 1 : Marvel - cover (1)
Fantastic Four Annual # 1: Marvel - "Sub-Mariner versus the Human race" (37)
Fantastic Four Annual # 1: Marvel - Mole Man Pin-up (1)
Fantastic Four Annual # 1: Marvel - Skrulls Pin-up (1)
Fantastic Four Annual # 1: Marvel - Miracle Man Pin-up (1)
Fantastic Four Annual # 1: Marvel - Sub-Mariner Pin-up (1)
Fantastic Four Annual # 1: Marvel - Questions & Answers about the Fantastic Four (2)
Fantastic Four Annual # 1: Marvel - Inside the baxter Building (1)
Fantastic Four Annual # 1: Marvel - Doctor Doom Pin-up (1)
Fantastic Four Annual # 1: Marvel - Kurrgo Pin-up (1)
Fantastic Four Annual # 1: Marvel - Puppet Master Pin-up (1)
Fantastic Four Annual # 1: Marvel - "The Fabulous Fantastic Four meet Spider-man" (6)
Fantastic Four Annual # 1: Marvel - Impossible Man Pin-up (1)
Fantastic Four Annual # 1: Marvel - Hulk Pin-up (1)
Fantastic Four Annual # 1: Marvel - Red Ghost Pin-up (1)
Fantastic Four Annual # 1: Marvel - Mad Thinker Pin-up (1)
Strange Tales Annual # 2 : Marvel - cover (1)
Strange Tales Annual # 2: Marvel - "On the trail of the Amazing Spider-Man" (Human Torch) (18)

**June 1963** (76)
Fantastic Four # 15 : Marvel - cover (1)
Fantastic Four # 15 : Marvel - "The Mad Thinker and his Awesome Android " (20)
Fantastic Four # 15 : Marvel - Fantastic Four Pin-up (1)
Journey into Mystery # 93 : Marvel - cover (1)
Journey into Mystery # 93 : Marvel - "The Mysterious Radio-Active man" (Thor) (13)
Rawhide Kid # 34 : Marvel - cover (1)
Rawhide Kid # 34 : Marvel - "Man of the West" (5)
Strange Tales # 109 : Marvel - cover (1)
Strange Tales # 109 : Marvel - "The Sorcerer and Pandora's Box" (Human Torch) (13)
Tales of Suspense # 42 : Marvel - cover only (1)
Tales to Astonish # 44 : Marvel - cover (1)
Tales to Astonish # 44 : Marvel - "The Creature from Kosmos" (Ant-Man) (18)

**July 1963** (74)
Fantastic Four # 16 : Marvel - cover (1)
Fantastic Four # 16 : Marvel - "The Micro-World of Doctor Doom" (22)
Fantastic Four # 16 : Marvel - Mr. Fantastic Pin-up (1)
Gunsmoke Western # 77 : Marvel - cover (1)
Gunsmoke Western # 77 : Marvel - "They call him Dude" (5)
Journey into Mystery # 94 : Marvel - cover only (1)
Kid Colt Outlaw # 111 : Marvel - cover only (1)
Love Romances # 106 : Marvel - cover only (1)
Sgt. Fury # 2 : Marvel - cover (1)
Sgt. Fury # 2 : Marvel - "Seven Doomed Men" (23)
Strange Tales # 110 : Marvel - cover only (1)
Tales of Suspense # 43 : Marvel - cover (1)
Tales of Suspense # 43 : Marvel - "Iron Man versus Kala, Queen of the Netherworld" (Iron Man) (13)
Tales to Astonish # 45 : Marvel - cover only (1)
Two-Gun Kid # 64 : Marvel - cover only (1)

**Aug 1963** (28)
Fantastic Four # 17 : Marvel - cover (1)
Fantastic Four # 17 : Marvel - "Defeated by Doctor Doom" (22)

Journey into Mystery # 95 : Marvel - cover only (1)
Rawhide Kid # 35 : Marvel - cover only (1)
Strange Tales # 111 : Marvel - cover only (1)
Tales of Suspense # 44 : Marvel - cover only (1)
Tales to Astonish # 46 : Marvel - cover only (1)

**Sep 1963** (99)
Avengers # 1 : Marvel - cover (1)
Avengers # 1 : Marvel - "**The Coming of the Avengers**" (22)
Fantastic Four # 18 : Marvel - cover (1)
Fantastic Four # 18 : Marvel - "**A Skrull Walks Among Us**" (21)
Journey into Mystery # 96 : Marvel - cover only (1)
Kid Colt Outlaw # 112 : Marvel - cover only (1)
Sgt. Fury # 3 : Marvel - cover (1)
Sgt. Fury # 3 : Marvel - "**Midnight on Massacre Mountain**" (22)
Sgt. Fury # 3 : Marvel - Shopping List (1)
Strange Tales # 112 : Marvel - cover only (1)
Tales of Suspense # 45 : Marvel - cover only (1)
Tales to Astonish # 47 : Marvel - cover only (1)
Two-Gun Kid # 65 : Marvel - cover only (1)
X-Men # 1 : Marvel - cover (1)
X-Men # 1 : Marvel - "**X-Men**" (23)

**Oct 1963** (46)
Fantastic Four # 19 : Marvel - cover (1)
Fantastic Four # 19 : Marvel - "**Prisoners of the Pharaoh**" (22)
Journey into Mystery # 97 : Marvel - cover (1)
Journey into Mystery # 97 : Marvel - "**The Mighty Thor Battles the Lava Men**" (Thor) (13)
Journey into Mystery # 97 : Marvel - "**Tales of Asgard**" (ToA) (5)
Rawhide Kid # 36 : Marvel - cover only (1)
Strange Tales # 113 : Marvel - cover only (1)
Tales of Suspense # 46 : Marvel - cover only (1)
Tales to Astonish # 48 : Marvel - cover only (1)

**Nov 1963** (139)
Avengers # 2 : Marvel - cover (1)
Avengers # 2 : Marvel - "**The Avengers Battle the Space Phantom**" (22)
Avengers # 2 : Marvel - advert (1)
Fantastic Four # 20 : Marvel - cover (1)
Fantastic Four # 20 : Marvel - "**The Mysterious Molecule Man**" (22)
Journey into Mystery # 98 : Marvel - cover (1)
Journey into Mystery # 98 : Marvel - "**Odin Battles Ymir, King of the Ice Giants**" (ToA) (5)
Sgt. Fury # 4 : Marvel - cover (1)
Sgt. Fury # 4 : Marvel - "**Lord Ha-Ha's Last laugh**" (22)
Sgt. Fury # 4 : Marvel - Weapons of War (1)
Strange Tales # 114 : Marvel - cover (1)
Strange Tales # 114 : Marvel - "**The Human Torch Meets Captain America**" (Human Torch) (18)
Tales of Suspense # 47 : Marvel - cover only (1)
Tales to Astonish # 49 : Marvel - cover (1)
Tales to Astonish # 49 : Marvel - "**The Birth of Giant-Man**" (Giant-Man) (18)
X-Men # 2 : Marvel - cover (1)
X-Men # 2 : Marvel - "**No One can Stop the Vanisher**" (22)

**Dec 1963** (46)
Fantastic Four # 21 : Marvel - cover (1)
Fantastic Four # 21 : Marvel - "**The Hate-Monger**" (22)
Journey into Mystery # 99 : Marvel - cover (1)
Journey into Mystery # 99 : Marvel - "**Surtur, the Fire Demon**" (ToA) (5)
Rawhide Kid # 37 : Marvel - cover only (1)

Strange Tales # 115 : Marvel - cover only (1)
Tales of Suspense # 48 : Marvel - cover only (1)
Tales to Astonish # 50 : Marvel - cover (1)
Tales to Astonish # 50 : Marvel - **"The Human Top"** (Giant-Man) (13)

**Jan 1964** (129)
Amazing Spider-Man # 8 : Marvel - **"Spider-Man Tackles the Torch"** (6)
Avengers # 3 : Marvel - cover (1)
Avengers # 3 : Marvel - **"The Avengers meet Sub-Mariner"** (25)
Fantastic Four # 22 : Marvel - cover (1)
Fantastic Four # 22 : Marvel - **"The Return of the Mole Man"** (22)
Journey into Mystery # 100 : Marvel - cover (1)
Journey into Mystery # 100 : Marvel - **"The Storm Giants"** (ToA) (5)
Kid Colt Outlaw # 114 : Marvel - cover only (1)
Sgt. Fury # 5 : Marvel - cover (1)
Sgt. Fury # 5 : Marvel - **"At the Mercy of Baron Strucker"** (23)
Sgt. Fury # 5 : Marvel - Weapons of War (1)
Strange Tales # 116 : Marvel - cover only (1)
Tales of Suspense # 49 : Marvel - cover only (1)
Tales to Astonish # 51 : Marvel - cover (1)
Tales to Astonish # 51 : Marvel - **"Showdown with the Human Top"**
(Giant-Man) (13)
Two-Gun Kid # 67 : Marvel - cover only (1)
X-Men # 3 : Marvel - cover (1)
X-Men # 3 : Marvel - **"Beware, the Blob"** (24)

**Feb 1964** (47)
Fantastic Four # 23 : Marvel - cover (1)
Fantastic Four # 23 : Marvel - **"The Masterplan of Doctor Doom"** (23)
Journey into Mystery # 101 : Marvel - cover (1)
Journey into Mystery # 101 : Marvel - **"The Return of Zarrko, the
Tomorrow Man"** (Thor) (13)
Journey into Mystery # 101 : Marvel - **"The Invasion of Asgard"** (ToA) (5)
Rawhide Kid # 38 : Marvel - cover only (1)
Strange Tales # 117 : Marvel - cover only (1)
Tales of Suspense # 50 : Marvel - cover only (1)
Tales to Astonish # 52 : Marvel - cover only (1)

**Mar 1964** (120)
Amazing Spider-Man # 10 : cover (Spider-Man figure only) (1)
Avengers # 4 : Marvel - cover (1)
Avengers # 4 : Marvel - **"Captain America joins the Avengers"** (23)
Fantastic Four # 24 : Marvel - cover (1)
Fantastic Four # 24 : Marvel - **"The Infant Terrible"** (23)
Journey into Mystery # 102 : Marvel - cover (1)
Journey into Mystery # 102 : Marvel - **"Slave of Zarrko, the Tomorrow Man"**
(Thor) (13)
Journey into Mystery # 102 : Marvel - **"Death comes to Thor"** (ToA) (5)
Kid Colt Outlaw # 115 : Marvel - cover only (1)
Sgt. Fury # 6 : Marvel - cover (1)
Sgt. Fury # 6 : Marvel - **"The Fangs of the Desert Fox"** (23)
Strange Tales # 118 : Marvel - cover only (1)
Tales of Suspense # 51 : Marvel - cover only (1)
Tales to Astonish # 53 : Marvel - cover only (1)
X-Men # 4 : Marvel - cover (1)
X-Men # 4 : Marvel - **"The Brotherhood of Evil Mutants"** (23)

**Apr 1964** (48)
Daredevil # 1 : Marvel - cover (1)
Daredevil # 1: Marvel - **"The Origin of Daredevil"** (splash page) (1)
Fantastic Four # 25 : Marvel - cover (1)
Fantastic Four # 25 : Marvel - **"The Hulk Vs. the Thing"** (22)

Journey into Mystery # 103 : Marvel - cover (1)
Journey into Mystery # 103 : Marvel - **"The Enchantress and the Executioner"** (Thor) (13)
Journey into Mystery # 103 : Marvel - **"Thor's Mission to Mirmir"** (ToA) (5)
Rawhide Kid # 39 : Marvel - cover only (1)
Strange Tales # 119 : Marvel - cover only (1)
Tales of Suspense # 52 : Marvel - cover only (1)
Tales to Astonish # 54 : Marvel - cover only (1)

May 1964 (134)
Avengers # 5 : Marvel - cover (1)
Avengers # 5 : Marvel - **"The Invasion of the Lava Men"** (23)
Fantastic Four # 26 : Marvel - cover (1)
Fantastic Four # 26 : Marvel - **"The Avengers take Over"** (23)
Journey into Mystery # 104 : Marvel - cover (1)
Journey into Mystery # 104 : Marvel - **"Giants walk the Earth"** (Thor) (13)
Journey into Mystery # 104 : Marvel - **"Heimdall, Guardian of the Mystic Rainbow Bridge"** (ToA) (5)
Kid Colt Outlaw # 116 : Marvel - cover only (1)
Sgt. Fury # 7 : Marvel - cover (1)
Sgt. Fury # 7 : Marvel - **"The Court-Martial of Sgt. Fury"** (22)
Strange Tales # 120 : Marvel - cover (1)
Strange Tales # 120 : Marvel - **"The Torch Meets the Iceman"** (Human Torch) (14)
Tales of Suspense # 53 : Marvel - cover only (1)
Tales to Astonish # 55 : Marvel - cover only (1)
Two-Gun Kid # 68 : Marvel - cover only (1)
X-Men # 5 : Marvel - cover (1)
X-Men # 5 : Marvel - **"Trapped: One X-Man"** (24)

Summer 1964 (49)
Fantastic Four Annual # 2 : Marvel - cover (1)
Fantastic Four Annual # 2 : Marvel - **"The Origin of Doctor Doom"** (12)
Fantastic Four Annual # 2 : Marvel - Super Skrull Pin-up (1)
Fantastic Four Annual # 2 : Marvel - Rama Tut Pin-up (1)
Fantastic Four Annual # 2 : Marvel - Molecule Man Pin-up (1)
Fantastic Four Annual # 2 : Marvel - Hate Monger Pin-up (1)
Fantastic Four Annual # 2 : Marvel - Infant Terrible Pin-up (1)
Fantastic Four Annual # 2 : Marvel - Diablo Pin-up (1)
Fantastic Four Annual # 2 : Marvel - **"The Final Victory of Doctor Doom"** (25)
Fantastic Four Annual # 2 : Marvel - Human Torch Pin-up (1)
Fantastic Four Annual # 2 : Marvel - Invisible Girl Pin-up (1)
Fantastic Four Annual # 2 : Marvel - Thing Pin-up (1)
Fantastic Four Annual # 2 : Marvel - Alicia Pin-up (1)
Fantastic Four Annual # 2 : Marvel - Mister Fantastic Pin-up (1)
Marvel Tales Annual # 1 : Marvel - cover only (1)

June 1964 (48)
Daredevil # 2 : Marvel - cover only (1)
Fantastic Four # 27 : Marvel - cover (1)
Fantastic Four # 27 : Marvel - **"The Search for the Sub-Mariner"** (23)
Journey into Mystery # 105 : Marvel - cover (1)
Journey into Mystery # 105 : Marvel - **"The Cobra and Mr. Hyde"** (Thor) (18)
Journey into Mystery # 105 : Marvel - **"When Heimdall Failed"** (ToA) (5)
Rawhide Kid # 40 : Marvel - cover only (1)
Strange Tales # 121 : Marvel - cover only (1)
Tales of Suspense # 54 : Marvel - cover only (1)
Tales to Astonish # 56 : Marvel - cover only (1)
Two-Gun Kid # 69 : Marvel - cover only (1)

July 1964 (101)

Avengers # 6 : Marvel - cover (1)
Avengers # 6 : Marvel - "Masters of Evil" (23)
Fantastic Four # 28 : Marvel - cover (1)
Fantastic Four # 28 : Marvel - "We have to Fight the X-Men" (22)
Journey into Mystery # 106 : Marvel - cover (1)
Journey into Mystery # 106 : Marvel - "The Thunder God strikes back" (Thor) (18)
Journey into Mystery # 106 : Marvel - "Balder, the Brave" (ToA) (5)
Kid Colt Outlaw # 117 : Marvel - cover only (1)
Sgt. Fury # 8 : Marvel - cover only (1)
Strange Tales # 122 : Marvel - cover only (1)
Tales of Suspense # 55 : Marvel - cover only (1)
Tales to Astonish # 57 : Marvel - cover only (1)
Two-Gun Kid # 70 : Marvel - cover only (1)
X-Men # 6 : Marvel - cover (1)
X-Men # 6 : Marvel - "Sub-Mariner joins the Evil Mutants" (22)
X-Men # 6 : Marvel - Cyclops Pin-up (1)

Aug 1964 (75)
Avengers # 7 : Marvel - cover (1)
Avengers # 7 : Marvel - "Their Darkest Hour" (22)
Daredevil # 3 : Marvel - cover only (1)
Fantastic Four # 29 : Marvel - cover (1)
Fantastic Four # 29 : Marvel - "It Started on Yancy Street" (22)
Journey into Mystery # 107 : Marvel - cover (1)
Journey into Mystery # 107 : Marvel - "When the Grey Gargoyle Strikes" (Thor) (18)
Journey into Mystery # 107 : Marvel - "Balder must Die" (ToA) (5)
Rawhide Kid # 41 : Marvel - cover only (1)
Strange Tales # 123 : Marvel - cover only (1)
Tales of Suspense # 56 : Marvel - cover only (1)
Tales to Astonish # 58 : Marvel - cover only (1)

Sep 1964 (95)
Avengers # 8 : Marvel - cover (1)
Avengers # 8 : Marvel - "Kang, the Conqueror" (21)
Fantastic Four # 30 : Marvel - cover (1)
Fantastic Four # 30 : Marvel - "The Dreaded Diablo" (22)
Journey into Mystery # 108 : Marvel - cover (1)
Journey into Mystery # 108 : Marvel - "At the Mercy of Loki, Prince of Evil" (Thor) (18)
Journey into Mystery # 108 : Marvel - "Trapped by the Trolls" (ToA) (5)
Sgt. Fury # 10 : Marvel - cover only (1)
Tales to Astonish # 59 : Marvel - cover only (1)
Two-Gun Kid # 71 : Marvel - cover only (1)
X-Men # 7 : Marvel - cover (1)
X-Men # 7 : Marvel - "The Return of the Blob" (22)

Oct 1964 (52)
Avengers # 9 : Marvel - cover only (1)
Daredevil # 4 : Marvel - cover only (1)
Fantastic Four # 31 : Marvel - cover (1)
Fantastic Four # 31 : Marvel - "The Mad Menace of the Macabre Mole Man" (21)
Journey into Mystery # 109 : Marvel - cover (1)
Journey into Mystery # 109 : Marvel - "When Magneto Strikes" (Thor )(18)
Journey into Mystery # 109 : Marvel - "Banished from Asgard" (ToA) (5)
Sgt. Fury # 11 : Marvel - cover only (1)
Strange Tales # 125 : Marvel - cover only (1)
Tales of Suspense # 58 : Marvel - cover only (1)
Tales to Astonish # 60 : Marvel - cover only (1)

Case 1:10-cv-00141-CM-KNF   Document 97-27   Filed 03/25/11   Page 38 of 38

**Nov 1964** (90)
Avengers # 10 : Marvel - cover (1)
Avengers # 10 : Marvel - Captain America Pin-up (1)
Fantastic Four # 32 : Marvel - cover (1)
Fantastic Four # 32 : Marvel - "Death of a Hero" (21)
Journey into Mystery # 110 : Marvel - cover (1)
Journey into Mystery # 110 : Marvel - "Every Hand Against Him" (Thor) (16)
Journey into Mystery # 110 : Marvel - Thor Pin-up (1)
Journey into Mystery # 110 : Marvel - "The Defeat of Odin" (ToA) (5)
Kid Colt Outlaw # 119 : Marvel - cover (1)
Kid Colt Outlaw # 119 : Marvel - "Unarmed" (5)
Sgt. Fury # 12 : Marvel - cover only (1)
Strange Tales # 126 : Marvel - cover only (1)
Tales of Suspense # 59 : Marvel - cover (1)
Tales of Suspense # 59 : Marvel - "Captain America" (Captain America) (10)
Tales to Astonish # 61 : Marvel - cover only (1)
Two-Gun Kid # 72 : Marvel - cover only (1)
X-Men # 8 : Marvel - cover (1)
X-Men # 8 : Marvel - "Unus, the Untouchable" (20)
X-Men # 8 : Marvel - Beast Pin-up (1)

**Dec 1964** (93)
Avengers # 11 : Marvel - cover only (1)
Daredevil # 5 : Marvel - cover (1)
Daredevil # 5 : Marvel - Daredevil Pin-up (1)
Fantastic Four # 33 : Marvel - cover (1)
Fantastic Four # 33 : Marvel - "Side-by-Side with Sub-Mariner" (20)
Fantastic Four # 33 : Marvel - Sub-Mariner Pin-up (1)
Journey into Mystery # 111 : Marvel - cover (1)
Journey into Mystery # 111 : Marvel - "The Power of the Thunder God" (Thor) (16)
Journey into Mystery # 111 : Marvel - Loki Pin-up (1)
Journey into Mystery # 111 : Marvel - "The Secret of Sigurd" (ToA) (5)
Rawhide Kid # 43 : Marvel - cover (1)
Rawhide Kid # 43 : Marvel - Rawhide Kid Pin-up (1)
Rawhide Kid # 43 : Marvel - "Brass Buttons" (4)
Sgt. Fury # 13 : Marvel - cover only (1)
Sgt. Fury # 13 : Marvel - "Captain America and Bucky" (23)
Strange Tales # 127 : Marvel - cover (1)
Strange Tales # 127 : Marvel - Thing Pin-up (1)
Tales of Suspense # 60 : Marvel - cover (1)
Tales of Suspense # 60 : Marvel - "The Army of Assassins Strikes" (Captain America) (10)
Tales to Astonish # 60 : Marvel - cover (1)
Tales to Astonish # 60 : Marvel - Hulk Pin-up (1)

Link to: 1938-1949 • 1950-1959 • 1960-1964 • 1965-1969 • 1970-1979 • 1980-1995