# EXHIBIT LLL

