EXHIBIT B

Page 1

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF NEW YORK

3

4    MARVEL WORLDWIDE, INC., MARVEL    )
     CHARACTERS, INC., and MVL RIGHTS,)
5    LLC,                              )
                                       )
6              Plaintiffs,             )
                                       )  CASE NO.
7         vs.                          )  10 CV 141 (CM)(KNF)
                                       )  Pages 1 - 192
8    LISA A. KIRBY, BARBARA J. KIRBY, )
     NEAL L. KIRBY and SUSAN N. KIRBY,)
9                                      )
               Defendants.             )
10   _____)

11

12                      VOLUME I

13          VIDEOTAPED DEPOSITION OF MARK EVANIER

14                LOS ANGELES, CALIFORNIA

15               TUESDAY, NOVEMBER 9, 2010

16

17

18

19

20

21

22   REPORTED BY:
     LESLIE L. WHITE
23   CSR NO. 4148
     JOB NO.:  34167

24

25

1

2

3                    Tuesday, November 9, 2010

4                         9:42 a.m.

5

6

7           Videotaped deposition of MARK

8   EVANIER, Volume I, held at 515 South Flower

9   Street, 25th Floor, Los Angeles, California,

10  before Leslie L. White, CSR No. 4148.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    A P P E A R A N C E S:

2

3         WEIL, GOTSHAL & MANGES

4         Attorneys for Plaintiffs

5            767 Fifth Avenue

6            New York, New York 10153

7         BY:  JAMES W. QUINN, ESQ. -and-

8              RANDI W. SINGER, ESQ.

9

10        TOBEROFF & ASSOCIATES

11        Attorneys for Defendants

12           2049 Century Park East

13           Los Angeles, California 90067

14        BY:  MARC TOBEROFF, ESQ.

15

16

17

18

19     ALSO PRESENT:

20        CHRIS JORDAN, Videographer

21        ELI BARD, Deputy General Counsel

22

23

24

25

Page 50

1     Q    Okay.

2     A    When I first met Jack, the very first day I

3 met Jack, he showed me things that he had submitted to

4 Marvel which they had not purchased from him, either

5 because they didn't want them or because they would not

6 meet his terms for them.

7        He had ideas for new characters that he said

8 Marvel could have if they gave him a better deal than he

9 was currently getting, and they apparently did not do

10 that.

11        He also had pages he had prepared for issues

12 of comics that he was working on with them, things he

13 was selling to them, that they had rejected and not paid

14 him for.

15        In fact, I asked him if I could have some of

16 those pages, and he declined because he was still hoping

17 that he could sell them to them again later.

18 BY MR. QUINN:

19     Q    Now you said that -- first of all, remembering

20 back to when you were 17 years old, would you tell the

21 record precisely what the materials were that you claim

22 were submitted and rejected.

23     A    Well, there were several categories of these.

24 Jack had drawn up a number of ideas for new characters.

25 He had done these beautiful little presentation pieces,

Page 51

1    and he had shown them to Marvel and not received the

2    kind of offer that he felt was appropriate for them.

3            He had also prepared sketches of a revamp of

4    the character Thor, which he was working on, he was

5    doing stories of Thor for them at the time, a lot for

6    Thor.

7            And he had an idea for revamping the Thor

8    strip with a whole new approach, and he had prepared

9    sketches to show what that would look like, and he had

10   sent them to Marvel, and Marvel had said, "Well, we want

11   to do this approach, but we want to just pay you the

12   same rate we're paying you all along."

13           He said, "No, if you want to revamp Thor by my

14   new idea, I want a better deal for that," and they had

15   declined to pay him for that.

16           He also had pages for comic books that he had

17   recently drawn that Marvel had purchased from him where

18   they had rejected certain pages and sent them back to

19   him, and they had not paid him for them, he said.

20           And he had a pile of approximately a hundred

21   of those pages, which I thought were, you know,

22   beautiful, wonderful work, and I asked him, "Oh, could I

23   have one of those?"  And then I asked him -- and he

24   said, "Well, no, I might find a way to sell them to him

25   later."

Page 56

1      Q     "Evanier," I'm sorry, Mr. Evanier.

2            As you sit here today, can you recall the

3      names of any of the characters that Kirby had sketched

4      for Marvel that they didn't accept?

5      A     Um --

6      MR. TOBEROFF:  Misstates his testimony.

7      THE WITNESS:  Yeah, my testimony was that Jack

8      had -- well, we're compounding some things here.

9            Jack had a pile of pages that had been

10     rejected for Thor comics or Captain America comics or

11     Fantastic Four comics, other stories, materials that he

12     was -- books in which his work was regularly appearing

13     at the time.

14           He had that pile of pages.  So that would be

15     pages with Captain America and Thor and the Fantastic

16     Four as such on them.

17           He had another pile of pages of present

18     presentations of material -- new characters.  Some of

19     those characters later, when he used those concepts in

20     other comics at DC, for example, one of the characters

21     was known as Darkseid, D-a-r-k-s-e-i-d; one of them was

22     known as Mr. Miracle; one of them was known as Orion,

23     O-r-i-o-n; one of them was known as Metron, M-e-t-r-o-n.

24

25           And he had submitted some of those to Marvel.

1    I don't know specifically which ones, but he said that

2    he had shown these to Marvel, people at Marvel, and they

3    had said, "Oh, we want to publish those," and he said,

4    "Well, you're not getting these for the same crummy page

5    rate you pay me.  I must have a better deal for these,"

6    and they said, "No, we're not going to give you anything

7    above what we pay you now per page."

8           He also had to the pile of presentations for a

9    new version of Thor, and he wanted -- and he also had a

10   presentation for a new version of Captain America.  And,

11   again, he submitted those to Marvel, or showed them to

12   the people there, and they said, "We want to use this

13   material, we just don't want to pay you any more for

14   it."

15          So the use of -- my reticence to use the word

16   "reject" here is because some of that material was

17   desired by Marvel, they just couldn't make a deal or

18   were unwilling to make a deal.  Some of the material was

19   rejected.  So I think I'm answering your question.

20       Q   Fine.  And you know what, I'm going to

21   separate out the two categories.  One category is the

22   sketches and other ideas which Marvel you said -- and

23   this is all based on what Mr. Kirby told you; correct?

24       A   What he told me and what he showed me.  And I

25   later discussed some of this with people at Marvel also.

Page 58

1      Q      Who did you discuss this with, people at

2   Marvel?

3      A      With Stan Lee, and I talked to Stan a lot

4   about Jack over the years and even when I first met him.

5      Q      And did you specifically discuss with Stan Lee

6   these particular characters or sketches that you just

7   identified?

8      A      No, I did not discuss those specifically with

9   Stan.

10      Q      And other than what you just testified, can

11   you remember the names of any other characters that fall

12   into the category of having been discussed with Marvel,

13   and they indicated they weren't willing to pay anything

14   additional for them?

15      A      There was a character called The Black Sphinx.

16   Sphinx as in "Sphinx."  There was a character called

17   Lightray, all one word.  L-i-g-h-t-r-a-y.

18          There were some unidentified characters that

19   didn't have names.  They were designs that he wanted to

20   incorporate -- or he hadn't named them yet.

21          There was a great robot character that --

22   really impressive design of a robot that I don't think

23   he named.

24      Q      And none of these were ever published by

25   Marvel; correct?

1    the artwork he submitted?

2        A    Yes.  He would also just reject, say, "I don't

3    like the end of this story.  Do something different with

4    it."

5        Q    And, in fact, Mr. Kirby would then go back and

6    make a change or come up with a new ending; is that

7    fair?

8        A    Yes, that is correct.

9             I might also add that Jack also complained to

10   me that pages were being rejected, but not returned to

11   him; that the art was -- he was not getting the pages

12   back that he felt he was owed.

13       Q    When did he tell you this?

14       A    1969, when I first met him.

15       Q    All this time when you were 17 years old?

16       A    Yes.

17       Q    Okay.

18       A    And he subsequently talked about it in later

19   years.

20       Q    And it's correct, is it not, that after the

21   changes were made they would be resubmitted for approval

22   by Mr. Lee?

23       A    Jack would redo the material and send it back.

24       Q    And when he redid the material and sent it

25   back, he would get his page rate; correct?

Page 62

1      A      For the -- yeah, for the -- yes.

2      Q      For the redone material.

3      A      Well, he got the page rate for the story.  I

4   mean, Jack's complaint was that when he -- if he had to

5   draw 26 pages for a 20-page story, he was only paid for

6   20 pages.

7      Q      And that's a complaint he made to you?

8      A      Yes.  And his wife complained about that a lot

9   also.

10     Q      Let me see if I have this right.  He submits a

11  story, and Lee says to him, "You got to change four

12  pages" --

13     A      Yes.  Excuse me, let me amend that.  I don't

14  know that Stan would specifically say, "Change four

15  pages --"

16     Q      Okay.

17     A      -- he might just say --

18     Q      "I don't like this"?

19     A      -- "I don't like the ending of the story.  I

20  want something else."

21     Q      Fine.  And Kirby would go back, redo the

22  ending of the story, resubmit it and then get paid for

23  the story?

24     A      Correct.

25     Q      Okay.  Now when did you meet Stan Lee for

1    "Well, here's what the Thor comic is like.  Here's what

2    we're going to do with it."

3              He did not recall if he had written any

4    material before Jack drew it or not.

5         Q    And what about with regard to Iron Man?

6         A    Um, well, I had interviewed Don Heck, who was

7    the artist who drew the first Iron Man story, and I ran

8    by Larry my recollections of what Don had told me about

9    that.

10             I was trying to determine if Jack had done as

11   much -- had as much input into Iron Man as I tended to

12   think he had, and as Don believed he had.  And Larry

13   didn't have any recollections that ran contrary to my

14   understanding --

15        Q    I'm sorry, I don't want to cut you off.

16             What was Mr. Lieber's recollection with regard

17   to Iron Man?

18        A    His recollection with regard to Iron Man is

19   that he was shown that -- that Stan showed him a cover

20   that Jack had drawn that designed the character's

21   initial look and feel and such.  And Stan told him the

22   basic premise of the first story, which Jack had told me

23   had come from him.

24             And I asked Larry, "Did you know if that

25   was -- that storyline was Stan's idea or Jack's idea?"

1          And he said he did not know.

2     Q    Okay.  Um, you know a man by the name of

3  John Morrow?

4     A    Yes, I do.

5     Q    Have you discussed this litigation with

6  Mr. Morrow?

7     A    I don't believe I have.

8     Q    Have you discussed the issues relating to

9  Jack Kirby with Mr. Morrow?

10    A    I have talked to John about Jack Kirby many

11 times.

12    Q    And what has been the substance of the

13 discussions that you had -- you and Mr. Morrow had

14 relating to Jack Kirby?

15    A    That's way too vague a question to answer.

16    Q    Okay.  When is the first time did you have a

17 discussion with -- when did you first meet John Morrow?

18    A    I would say in the year after Jack passed

19 away.

20    Q    Early '90s?

21    A    Yes.

22    Q    Do you know if Mr. Morrow had known Mr. Kirby?

23    A    I don't think he ever met him.

24    Q    And how did you meet Mr. Morrow?

25    A    Jack's widow, Roz, called me and said,