# EXHIBIT D

1                          JOHN MORROW                    1

2                 UNITED STATES DISTRICT COURT

3                 SOUTHERN DISTRICT OF NEW YORK

4       ----------------------------x

5       MARVEL WORLDWIDE, INC.,

        MARVEL CHARACTERS, INC.,

6       and MLV RIGHTS, LLC,

7                        Plaintiffs,

8                v.                      Case No. 10-141-CMKF

9       LISA R. KIRBY, BARBARA J.

        KIRBY, NEAL L. KIRBY and

10      SUSAN N. KIRBY,

11                      Defendants.

12      ----------------------------x

13

14            Video Deposition of JOHN MORROW

15                  (Taken by Plaintiffs)

16              Raleigh, North Carolina

17                   January 10, 2011

18

19

20

21

22

23      Reported by:    Marisa Munoz-Vourakis -

                        RMR, CRR and Notary Public

24

25      TSG JOB NO. 35702

Page 2

1                         JOHN MORROW                    2

2     APPEARANCE OF COUNSEL:

3     For the Plaintiffs:

4              DAVID FLEISCHER, ESQ.

5              Haynes and Boone, LLP

6              1221 Avenue of the Americas

7              New York, NY 10020

8

9

10

11    Also Present:  ELI BARD,

                 VP - Deputy General Counsel, Marvel

12

13

14    For the Defendants:

15             MARC TOBEROFF, ESQ.

16             Toberoff & Associates

17             2049 Century Park East

18             Los Angeles, CA 90067

19

20

21

22    Also Present:  DeANDRAE M. SHIVERS, Videographer

23

24

25

1                         JOHN MORROW                        3

2

3           Video Deposition of JOHN MORROW, taken by

4   the Plaintiffs, at Smith Anderson, 2500 Wachovia

5   Capital Center, 150 Fayetteville Street, Raleigh, North

6   Carolina, on the 10th day of January, 2011 at 8:43

7   a.m., before Marisa Munoz-Vourakis, Registered Merit

8   Reporter, Certified Realtime Reporter

9   and Notary Public.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                       JOHN MORROW                  66

2  interview in front of me to see, but I'm quite certain

3  he said that in that interview, that he was not working

4  from full script.

5       Q.     At any point between '58 and '63?

6       A.     I'm certain he would have said that in that

7  interview, yes.

8       Q.     Is there any other anecdotal evidence,

9  other than what you've just described in the last

10  couple of minutes, that would bear upon whether or not

11  Mr. Kirby was working from scripts during the periods

12  '58 through '63 at any time?

13       A.     '58 to '63?  Well, I would need to get in

14  front of some of those actual pages and see what the

15  margin notes are.  There could be some anecdotal

16  evidence in there.  That's a pretty telltale sign, not

17  the only one, but a very convincing sign when Mr. Kirby

18  is putting margin notes around the panels, obviously,

19  he is putting them there so that the writer, Stan Lee

20  or Larry Lieber or whoever, would know what he's doing

21  on the story.  If you were provided a full script,

22  there would be no need for those.

23          So, but I'd need to actually get some pages

24  in front of me from that kind of example of margin

25  notes on those.

1            JOHN MORROW                    89

2    because I thought it kind of wasn't pertinent, and then

3    you guys would think I'm some kind of expert on

4    work-for-hire, which I'm not.  So that's why I took

5    that out.

6         Q.    Did something prompt you to take it out?

7         A.    No, just rereading back over it.

8         Q.    So in a subsequent draft, this sentence was

9    modified or deleted?

10        A.    I believe so.  I don't have the -- I

11   thought this was the final version, but I guess it's

12   not.

13        Q.    The last phrase of that sentence that I

14   just read, where it says Marvel finally paid Jack

15   Kirby's estate $325, what did you mean by finally

16   there?

17        A.    Because he had not been paid for it when it

18   was originally drawn.

19        Q.    And you know that how?

20        A.    Because rejected work, all the historical

21   data shows rejected and redrawn work or rejected work

22   wasn't paid for, and that redrawn work wasn't like, you

23   know, paid again for.

24        Q.    And what historical data are you referring

25   to to support that statement?

JOHN MORROW                          90

A.      A lot of, I guess, you might call it
anecdotal evidence.  But there's -- I think I get into
that elsewhere in the report.  But there's a lot of
rejected pages over the years that Kirby had in his
collection.  If they were -- you know, if they were
paid for, Marvel would have kept the physical pages
there at the office to use for, you know, inking
sample, inking tryouts and things like that.

In addition to that, there was a lot of
instances where Kirby had rejected pages that he might
have repurposed for a different project, for a
different company even, and, of course, if Marvel had
paid for that, that doesn't seem like that would have
happened.

I know there's -- we published some Hulk,
some very early Hulk pages that actually, I think Larry
Lieber provided through an art dealer that were
rejected from one of the very early Hulk stories, which
was a great find.  We couldn't believe when that art
dealer turned up those pages, he said Larry had them in
his closet all these years and that Marvel had rejected
them and Jack threw them in the trash and he rescued
them from the trash, I think, something like that.  And
that would say to me that if they were rejected and

1                          JOHN MORROW                    91

2   Marvel paid for them, Jack wouldn't have had the

3   opportunity to throw them in the garbage.  Marvel would

4   have done something with them.

5        Q.    Am I correct that you don't have any

6   firsthand knowledge about whether or not Jack was paid

7   for the pages you're referring to in this sentence?

8        A.    Well, by firsthand knowledge, was I there,

9   for instance?  No, of course not.  I was much too young

10  to be there.  You know, I'm not privy to Marvel's

11  books, so, no, I can't say definitively that it was on

12  the books that he was paid.

13            I know when we did -- Marvel wanted to do a

14  book called Fantastic Four Lost, which was -- I

15  assembled an unused Fantastic Four story from various

16  collector's collections.  They had scattered pieces of

17  this story that Marvel -- Jack had drawn in, I guess,

18  1969 but Marvel never published.

19            Marvel read my article in the Kirby

20  Collector and said oh, we should get that together and

21  finish it and publish it.

22            So when they contacted me about doing all

23  of that, I told them that, you know, unless there's

24  some reason to believe that they paid for that

25  originally that, you know, no, they're not going to get

1                       JOHN MORROW                92

2   the article for free.  They are going to have to pay

3   the Kirbys for that and finally pay for the page use,

4   which they did, and that's what this was.  They finally

5   paid the $325 per page to use that unpublished story.

6        Q.     Are you aware of testimony given by Stan

7   Lee in this case to the effect that whether pages were

8   rejected or not, if he had asked Jack to draw a story,

9   he would pay for it?  Do you have any reason to

10   contradict a statement to that effect by Stan Lee?

11        MR. TOBEROFF:  Asked and answered.

12        A.     Yeah, I do, I mean, there's a lot of

13   historical references to artists saying when their work

14   got rejected, they didn't pay for it.  I think I

15   included one in here from John Romita talking about

16   when Stan canceled a story on him, he didn't get paid

17   for those.

18        But there's a lot of other instances

19   throughout all the stuff I've read and published over

20   the years, where people say things got rejected, we

21   didn't get paid for it, or, you know, Stan was always

22   asking me to make changes on things, and I didn't get

23   paid for it.

24        So, yeah, I've got a major reason to

25   dispute that.

Page 138

JOHN MORROW                                    138

1 the public at large and to the then current Marvel

2

3 Comics editorial department."

4        What is the factual basis -- well, first of

5 all, let me ask you, is it intended by you to be a

6 statement of fact that the then current Marvel

7 editorial board was unaware of the unused story?

8     A.    Yes.

9     Q.    And that's a statement of fact?

10    A.    Yes.

11    Q.    And how -- what is the basis for that

12 statement of fact?

13    A.    The main basis for that is Tom Brevoort,

14 who is an editor, or still is an editor up at Marvel,

15 when he contacted me about reassembling that story, the

16 sense I got from our discussion was that prior to my

17 doing an article in 1996, they didn't even know about

18 that story.

19        As far as the public at large, same thing,

20 all of these letters of comment that we got to our

21 publication, after we published that article or

22 actually after I published that article, we said wow,

23 we had no idea there was an unused Fantastic Four story

24 out there.  The fact that Marvel billed this

25 publication as this lost Fantastic Four story further

Page 139

JOHN MORROW                                    139

1       leads me to conclude that no one knew about this thing.

2              So, yes, I intend that as a statement of

3       fact.

4          Q.     Now, apart from Tom Brevoort, do you know

5       who the other members of Marvel Comics were part of the

6       editorial department at the time?

7          A.     I'm sure I was familiar with a few of them,

8       but Tom was one of the key people there and certainly

9       if they knew what was going on, Tom would have known.

10         Q.     That's a presumption on your part?

11         A.     You could say that, sure.

12         Q.     You don't know whether or not --

13         A.     I did not speak to every member of Marvel's

14      editorial department and get a sense from them whether

15      they knew about this story.  But Tom is the editor up

16      there who has the most thorough knowledge of, you know,

17      Marvel's history and comics history and what they

18      published in the past, and I don't think it's any

19      stretch to think that if Tom wasn't aware of this, that

20      anyone else up there, who is much younger and less

21      knowledgeable about it, would have.

22             MR. TOBEROFF:  How do you spell his

23         name?

24             THE WITNESS:  Brevoort,

Page 143

JOHN MORROW                                    143

1  Vassallo has done a lot.  What are some of the other

2  authors?  I'm not coming up with the names off the top

3  of my head, but Roy deals with a lot of different

4  contributors.

5       Q.    So when you include this statement in your

6  report, you're basically reflecting information you

7  derived from research done by Roy Thomas and the other

8  individuals that you mentioned?

9       A.    Yes, and stuff we published, stuff that has

10 been published in various other history books as well.

11 It's my overall sense of what I've absorbed over the

12 years from my research.

13      Q.    How would you determine whether Martin

14 Goodman had a -- or confirmed the reliability of that

15 statement that -- I assume what you mean by primarily

16 is at least 51 percent of his business was publishing

17 mens' magazines?

18      A.    Um-hum.

19      Q.    Do you know what other businesses he had?

20      A.    Other than comics?  He published paperback

21 books as well.  Let's see, what else did he do?  I'm

22 sorry, it's just not coming to me at this point, but.

23      Q.    Okay.  And a little ways down in that

24 paragraph you say the comic book industry grew out of

Page 144

JOHN MORROW                                    144

1

2   the great depression.  What do you mean by that?

3        A.    Well, people were looking for cheap,

4   inexpensive entertainment.  They had very little money

5   to spend and along came comics at a dime apiece, in

6   some cases a nickel apiece.  You would get a very

7   healthy dose of entertainment from those.  They were

8   done in very exciting and sometimes lurid ways.  They

9   appealed to the mass public pretty well.

10            So they grew out of the hard times.  People

11  could afford them and also the creators working on them

12  could turn out a lot of work and for very little money,

13  so the publishers could afford to do them.

14       Q.    And you go on in that same sentence to say

15  and was hardly an industry at all, referring to the

16  comic book industry.  What do you mean by that?

17       A.    That it was done on a shoestring.  It

18  started out initially it wasn't even original stories.

19  The first comic books were collections of newspaper

20  comic strips that they would cut up and paste up on

21  pages and print in booklets.  That was just sort of an

22  afterthought.  Hey, I wonder if they would sell,

23  because newspaper strips were very popular at that

24  time.  It was a very hodgepodge group of publishers.

25  It wasn't like today.  You would have Time,

Page 145

JOHN MORROW                                    145

Incorporated that owns Warner Brothers that publishes

an arm of comic books.  Companies were springing up

literally overnight.  You would see them stick around

sometimes for just a few months and then fade away.  It

was just not an organized industry in any way,

particularly early on.

     Q.     Now, this section of the report, was this

one of the sections of the report that you drafted

primarily, or was this a section of the report that was

drafted primarily by someone in Mr. Toberoff's office?

     A.     This was drafted primarily by them.

     Q.     And in the last sentence of that paragraph,

you say:  Comic books were considered the lowliest form

of publishing in both cultural and business terms.

            Considered by whom?

     A.     Oh, by pretty much anybody; the publishers

themselves, because they used the absolutely cheapest

stock they could get to print these books on and the

general public.  Even to today, comics still have sort

of a negative connotation for more affluent people, for

more educated people.  They think comics are for the

lowly educated to read.

     Q.     When you say in both cultural and business

terms, when you use the term business there, are you

JOHN MORROW                          146

referring to profitability?

     A.     Yes.  In general, you are talking a low

ticket item, and one that was returnable as well.  So,

you know, bang it out, don't worry about doing too much

terribly original creative work and get onto the next

month's release so you could make some more money.

     Q.     Were you intending to say it was the

lowliest form of publishing in the sense that it wasn't

as profitable as other publishing?

     A.     In many instances.

     Q.     In all instances?

     A.     No, of course not.  When you have a big

hit, then you'd make a lot of money.  But the big hits

were few and far between really until Superman came

along.

     Q.     Now, the next sentence in the second

paragraph of this section says, Goodman's relative

Stanley Lieber, a/k/a Stan Lee, started in 1939 as an

office assistant at Timely Comics, is that a statement

of fact?

     A.     Oh, absolutely, yes.

     Q.     What is the basis for that specific fact?

     A.     Any number of historical documents.  Stan's

own words.  He started working for Martin Goodman as an

Page 169

JOHN MORROW                                    169

Q.      So all this occurred in 1949?

A.      Yes.

Q.      And the next paragraph of your report jumps
to 1954.  What happened between '49 and '54 with regard
to Timely or Mr. Goodman's publications?

A.      Between '49 and '54, they started using up
the surplus art that was in that closet.  A lot of
comic scholars have gone through and tried to compare
the little job numbers that are printed in the art on
the issues that it was published, to see which ones
were done as "new" stories for this publication during
that time period, and which ones were surplus stories
that were just finally getting published.

        So after some period of time, and we're not
sure of the exact amount, the surplus art was used up
and they resumed getting work from a lot of the same
employees but on a freelance basis.

Q.      Now, in this paragraph that begins in 1954,
it looks like the third sentence says, most comic book
companies shuttered, and those that remained, like
Timely, fired nearly all of their employees and was
barely afloat.

        What employees are you talking there?

A.      They were firing other employees, a lot of

Page 177

1                          JOHN MORROW                    177

2   would call them when it was time for an assignment and

3   try to round them back up.  I think Dick Ayers, for

4   instance, had taken a job working at the post office

5   and got a call from Stan Lee saying hey, we're taking

6   new assignments now.

7       Q.    Were Ayers and the other freelancers you're

8   referring to here exclusive to Marvel at that time?

9       A.    Well, no, at this point, they weren't with

10  Marvel at all.  I mean, they were out of work.

11      Q.    But when they got an assignment, did that

12  imply that they couldn't take assignments from other

13  publishers?

14      A.    No, I don't think so.  I'm certain not.

15  They were probably working where they could.

16      Q.    And then in the next sentence you say,

17  however, it had no financial obligation to purchase

18  such freelance material and no ongoing financial

19  commitment to such freelancers.

20           With respect to your statement that it had

21  no financial obligation to purchase such freelance

22  material, is that a statement of fact or opinion?

23      A.    Well, I mean, my entire report is opinion

24  based on fact.  So, I mean, we're kind of getting back

25  to what I was saying earlier before the break.  I mean,

JOHN MORROW                          178

fact and opinion are intertwined here.  I've read facts

over the years, and I formed my opinions based on

those.  So that's my opinion based on fact.

    Q.    When you talk in terms of financial

obligation, you are talking a legal financial

obligation, correct?

    A.    Right.  They weren't obligated to buy that

work from freelancers when they hired them back to do

news stories in the same way in the paragraph above in

the report John Romita says he was in the middle of the

story when Stan pulled the plug on it and he didn't get

paid for it.

    Q.    My question is, your conclusion that there

was no financial obligation to purchase is a legal

conclusion, isn't it?

    A.    I guess you could consider that a legal

conclusion, that's my opinion.

    Q.    But you are not qualified to give legal

opinions, are you?

    A.    No, I'm not a lawyer.  I'm not qualified to

give legal advice.  But I think just in layman's terms,

Marvel at that point, they can say hey Dick Ayers, come

back in and do a story, but they were not at that point

committed to pay Dick Ayers to do that story until he

JOHN MORROW                              179

2  called them back in to publish the story.

3       Q.      That's a legal conclusion, isn't it?

4       A.      That's my layman conclusion.

5       Q.      But you're stating here an opinion that

6  really constitutes a legal conclusion?  It had no

7  financial obligation.

8           MR. TOBEROFF:  Objection,

9    argumentative.

10      A.      You may, well, I mean, you may characterize

11  it as legal conclusion.  I consider it my conclusion

12  based on the historical record.  So, no, I'm not trying

13  to pass myself off as someone giving legal conclusions

14  or legal advice.

15      Q.      So it's your layman's conclusion that if I

16  asked a freelancer to create a particular story or draw

17  a particular piece of artwork and the freelancer

18  brought it in, I had no obligation to pay them?

19      A.      Not if it wasn't accepted, no.  At that

20  point, that was the standard there, was take an

21  assignment, take a script from Stan Lee and take it

22  home and draw it and bring it back in, and if it's

23  accepted, they pay you for it.

24      Q.      When you say if it's accepted, that's your

25  opinion --

Page 180

JOHN MORROW                                    180

A.      Based on stories from various creators who were involved there.

Q.      Are you aware of any instance in which Jack Kirby complained to anyone at Marvel about not being paid for pages he had prepared and submitted?

A.      Well, what immediately springs to mind is those three Hulk pages from whatever, 1962, I guess, that ended up in the trash can at Marvel.

Apparently, as I understand the story, when Kirby left the offices, he was very angry and like either tore them up or just threw them in the trash and stormed out.

So, I guess, you could consider that complaining that he wasn't going to get paid for those pages.

Q.      Apart from that instance, are you aware of any complaint by Mr. Kirby that he wasn't paid for work he had submitted?

A.      Let me think for a moment.  Yes, I do know another one.

In issue 13 of the Jack Kirby Collector, we published an article about a -- it was actually one of the final stories that Kirby created at Marvel before he left to go to work for DC.  It was called The

1                        JOHN MORROW                    181

2    Monster, and I think it was an eight or ten-page

3    mystery story.  Mr. Kirby drew the entire story in

4    pencil, submitted it to Marvel.  They rejected it.  He

5    had to go back and completely redraw it.  He chopped up

6    the original pages and rearranged them, in some

7    instances had to draw new pages, had to draw a lot of

8    new art and was, by all accounts I've written very,

9    very disappointed, because he felt that the original

10   story was really superior to what he ended up having to

11   turn in and get accepted.  And --

12        Q.    Sorry, I didn't mean to interrupt you.

13        A.    Go ahead.

14        Q.    What accounts are you referring to with

15   regard to this incident?

16        A.    Accounts from Marie Severin, who sent us

17   photocopies of the original versions of the story as

18   Kirby submitted it before he had to make all the

19   changes.  I believe I would have to reread the article

20   to see who else we had quoted in that article, but I

21   know Marie told us that yes, Jack was very upset about

22   that.

23        Q.    Upset about?

24        A.    The rejection and having to redo that

25   story.

Page 182

JOHN MORROW                    182

1

2          Q.     Do you know whether or not he was paid for

3     both the original version and the redone version?

4          A.     My opinion is that no, he was not, because

5     he had to rework the physical pages.  They didn't keep

6     the pages and say go back and redraw it or redo this.

7     He actually had to butcher his original art to do it.

8          Q.     What about that implies that he wasn't paid

9     for both?

10         A.     If they were paying for pages, they would

11    have paid for the original pages and had him just go

12    back and redraw the story generally.

13         Q.     So do you know whether or not he was paid

14    for the original pages?

15         A.     I do not know conclusively, but it stands

16    consistent with other instances of artists, including

17    Mr. Kirby not getting paid, and it stands to reason

18    that he did not get paid twice for that and only got

19    paid for the published version that was submitted.

20         Q.     You say it stands to reason, it's your

21    conclusion --

22         A.     It's my opinion, yes.

23         Q.     Are you aware of any other instances in

24    which you believe Mr. Kirby was not paid for work he

25    submitted to Marvel?

JOHN MORROW                              192

2  artists.

3      Q.    Was it your understanding that there would

4  be more time spent on a story conference between Stan

5  and an artist at the outset of a new title than there

6  would be on issue number 83 of an existing title?

7          MR. TOBEROFF:  Lacks foundation.

8      A.    I'm not sure how to answer that.  It would

9  stand to reason, if you are going to launch a new

10  title, yes, you would sit down and have a lot longer

11  brain session than you would if you were doing a

12  continuing story of characters you already established

13  and everything, so.

14      Q.    On page eight of your report, in the second

15  paragraph you say that -- in the second sentence of

16  that paragraph, he, referring to Kirby, was extremely

17  independent.  He did not work from many written

18  materials supplied by Marvel.

19          How do you know that?

20      A.    We've seen no examples, other than that one

21  synopsis from Fantastic Four number one, is the only

22  example I've ever seen of written materials supplied to

23  Kirby.  I've seen an example of Kirby supplying written

24  material back to Stan, an actual written script for an

25  issue that he did while Stan was on vacation.  He

1                        JOHN MORROW                    193

2    actually wrote the dialogue for it and sent a script

3    back.  But that is the only example I've ever seen.

4         Q.    Well, do you know if it was Kirby's habit

5    to retain written synopses he may have been provided?

6         A.    Well, if it was, they are not in his files,

7    or not the files I had access to.

8         Q.    Do you know whether the Fantastic Four

9    synopsis you referred to was in Kirby's files?

10        A.    It was not in the files that I have seen.

11        Q.    When did you go through Kirby's files?

12        A.    Oh, what year?  The family loaned me a lot

13   of materials and got together.  They had a storage unit

14   out in California where they had a lot of stuff stored.

15   I was allowed to kind of go through there, that was --

16        Q.    Sometime after 1994, correct?

17        A.    Oh, yes, yeah, while I was working on the

18   Jack Kirby Collector.

19        Q.    Do you know if there were any files that

20   weren't among those files?

21        A.    I have no way of knowing.  I assume they

22   had everything that they had in that storage unit.

23   Again, I didn't go through every single box that was in

24   there either, so.

25        Q.    Do you have an understanding as to whether

1                         JOHN MORROW                    198

2    to do, in my opinion, is to credit Steve Ditko and Stan

3    Lee as co-creators of that.  Kirby certainly has some

4    input into it, in my opinion, but I think the final

5    result is far enough removed that the Kirby input,

6    while it got the ball rolling, is not the end product.

7          Q.     How do you know the Kirby input got the

8    ball rolling?

9          A.     Because the historical track record on that

10   is that Kirby had, let's see, C.C. Beck did the Silver

11   Spider strip that was not published.  He published that

12   in his autobiography.  Kirby had an idea for Spider-Man

13   that he brought in.  He drew supposedly five pages, it

14   was very similar to The Fly, which Archie Comics was

15   coming out with, and from there, Stan brought Steve

16   Ditko in, and Ditko evolved the character into what it

17   is now.

18         Q.     Is it your understanding that Jack Kirby

19   did the five pages that he did draw supposedly before

20   discussing the character with Stan Lee?

21         A.     No.  My understanding is that he brought

22   the idea to Stan Lee and said Stan, I have this idea

23   for a character.  It's an orphan boy with a magic ring

24   that gives him spider powers, and what amount Stan

25   edited there, we're not sure.  But then Jack went and

1                            JOHN MORROW                        199

2    drew some sample pages, brought them in and Stan said

3    no.  He rejected probably because it was too close to

4    Archie Comics' Fly, and that's when Stan had Steve

5    Ditko come in.

6         Q.    Are you saying that Jack brought the pages

7    without being given an assignment by Stan with respect

8    to Spider-Man?

9         A.    No, I think Jack brought in the concept,

10   the idea to Stan as one that they had kind of kicked

11   around at Mainline for doing, and Stan said sure, let's

12   give it a try, and I don't know what level of input

13   Stan gave Jack at that point.

14        Q.    Do you have an opinion with regard to

15   whether or not Jack Kirby was the sole creator of Sgt.

16   Fury and the Howling Commandos?

17        A.    Well, I put in my report -- a quote that

18   really caught my attention when we interviewed John

19   Severin for the Jack Kirby Collector.  On page 12 and

20   13 of my report, he talked about met over coffee with

21   Jack Kirby, and Jack at that point was trying to get

22   syndicated newspaper strips purchased to syndicates and

23   he had this idea that he pitched to John Severin to get

24   John to draw it, because John was very good at drawing

25   war comics, and -- well, the quote is in the report.

1          JOHN MORROW                    200

2   You can read it.  But that one was very interesting to

3   me.  That's not an interview I actually conducted.  Jim

4   Amash conducted that actually.

5        Q.      So returning to my question, do you have an

6   opinion as to whether or not Jack Kirby was the sole

7   creator of Sgt. Fury and the Howling Commandos?

8        A.      Well, you have to define sole creator.  Do

9   I think Jack Kirby initiated the concept?  Yes.  That

10  right there makes me think that Jack Kirby initiated

11  the concept.

12              Did Stan Lee have input into the concept?

13  I would think as editor, certainly.  It could have been

14  as simple as this is hypothetical.  It could have been

15  as simple as Stan saying Jack, we need a war book, and

16  Jack said oh, I got this great idea I was kicking

17  around, and then he presented it, and maybe Stan added

18  some stuff, something like that.

19              It could have been that Jack walked in and

20  said Stan, here's an idea.  If you want to use it, we

21  can do it.  I, of course, wasn't there, so I don't

22  know.  But this leads me to believe that Jack initiated

23  the concept outside of Marvel and through whatever

24  process it was brought in.  I'm sure Stan had some

25  input into it.  The question is how much?

1                          JOHN MORROW                    203

2    lessen that Stan didn't add to it, but it's -- Jack --

3         Q.     When you say it's a Jack Kirby creation --

4                MR. TOBEROFF:  He was still talking,

5         he said but Jack.

6                BY MR. FLEISCHER:

7         Q.     I thought you had finished your answer.

8         A.     Well, just that it just screams that was a

9    Jack Kirby creation.

10        Q.     Screams that to you?

11        A.     To me, yes.

12        Q.     That is your opinion?

13        A.     That is my opinion, yes.

14        Q.     Now, do you know whether Jack Kirby put

15   pencil to paper before discussing the Thor character or

16   the concept of a Thor book with Stan Lee?

17        A.     No, do not.

18        Q.     So when you say it's your conclusion that

19   it's the sole creation of Jack Kirby, you are saying it

20   was his idea?

21        A.     That is my opinion, yes.  The idea to take

22   Thor and use him as an ongoing superhero and cloak him

23   into Norse mythology would have been Jack's idea.

24        Q.     But he wouldn't have drawn anything until

25   getting the go ahead of from Stan and having a story

1               JOHN MORROW                    204

2    conference of some kind with Stan, is that correct?

3               MR. TOBEROFF:  Assumes facts, lacks

4         foundation.

5         A.     Again, I wasn't there in 1961 and '62 when

6    these books were being produced.  I can give you my

7    opinion, if that's what you'd like.

8               My opinion is that Jack came to Stan Lee

9    and said hey, I got this idea for a superhero based on

10   Thor.  And Stan would say something along the lines of

11   okay, we've got a dead magazine and a mystery with

12   nothing going on.  Our superheros are starting to take

13   off.  Let's do it.  At that point, they would kick

14   around details of it.  That's my opinion.

15        Q.     Do you have an opinion with regard to who

16   is the creator of Ant Man?

17        A.     He is such a lesser known character, I

18   don't think I actually included anything about Ant Man

19   in there.  I have not heard or read much historical

20   data on Ant Man.  What I do know about Ant Man is

21   that --

22        Q.     Just try to restrict yourself to my

23   questions.

24        A.     I'll say no, I have no opinion.

25        Q.     I don't mean to cut you off, but we are

JOHN MORROW                                230

2      identification.)

3      Q.      Have you ever seen this before?

4      A.      I've seen it in print, yes.

5      Q.      Did you ever see any ribbon copy from the

6  typewriter?

7      A.      No, I have not seen a ribbon copy.

8      Q.      Do you know what it is?

9      A.      I do, yes.  Roy Thomas ran this in Alter

10 Ego Magazine.  It's Stan Lee's two-page synopsis for

11 Fantastic Four number one.

12     Q.      Have you ever discussed this document with

13 Roy Thomas?

14     A.      I don't believe so, no.

15     Q.      And do you know how Roy Thomas came to

16 publish this?

17     A.      How he came to publish it?

18     Q.      How he came to put it into the Alter Ego?

19     A.      I'm not sure where he got a copy of it, but

20 he said he wanted to run that in, I forget.  I think it

21 was Alter Ego number one, I said great.

22     Q.      Do you know whether or not this document

23 was either physically delivered to Jack Kirby before he

24 started drawing or communicated to him verbally before

25 he started drawing Fantastic Four number one?

JOHN MORROW                          231

1

2    A.    I have no idea.  Kirby has gone on record

3    in an interview saying he did not get a synopsis for

4    Fantastic Four number one.

5    Q.    Do you credit that statement by Kirby?

6    A.    Yes, I do.  It's pretty definitive.

7    Q.    And you discredit Stan Lee's statement

8    under oath in this case that this synopsis was

9    communicated to Jack Kirby before Mr. Kirby started

10   work?

11        MR. TOBEROFF:  Objection, lacks

12        foundation, assumes facts.

13   A.    Well, could I see Mr. Lee's statement

14   before I answer that?  Because I've not seen it.

15   Q.    Let me ask you to assume that Stan Lee has

16   testified under oath that this synopsis was

17   communicated either verbally or in writing to Mr. Kirby

18   before Mr. Kirby began work on Fantastic Four number

19   one.

20        MR. TOBEROFF:  Objection.  You can

21        answer.

22   A.    I would give more credence to Mr. Kirby's

23   account than to Stan Lee's account.

24   Q.    Is it your testimony that that's an

25   unbiased conclusion?

1        JOHN MORROW                    233

2   to weigh an opinion between the two men's statements,

3   and so that's always a possibility.

4       Q.    Is it your understanding, forgive me if you

5   have already answered this, when we were talking Thor

6   earlier, that before Mr. Kirby started to draw Thor, he

7   got the assignment to do so from Jack Kirby?

8            MR. BARD:  You mean Stan Lee.

9       Q.    Sorry, Stan Lee.  Let me restate the

10  question.

11           MR. TOBEROFF:  Objection, vague.

12           BY MR. FLEISCHER:

13      Q.    Is it your understanding that before Jack

14  Kirby put pencil to paper with respect to the first

15  Thor story, that he had been asked to write that story

16  by Stan Lee?

17           MR. TOBEROFF:  Objection, vague.

18      A.    Well, it's my opinion that the Thor concept

19  would have come from Jack, not from Stan.  What the

20  process was to get Jack beginning on drawing the

21  physical story, obviously Jack was not the editor.

22  Jack could not decide to publish a Thor comic book on

23  his own.  He brought the idea to Stan.  Stan said sure,

24  let's run with that in Journey into Mystery.  It's not

25  like they started a new Thor comic though.  Jack was

Page 234

JOHN MORROW                                        234

1
2  turning out work for Mystery books and Journey into
3  Mystery was apparently not doing well and the
4  superheros were, so they started to add a superhero to
5  it.
6          All I can offer is my opinion there.  My
7  opinion was Jack came up with this idea, and at that
8  point, Stan said yes, let's put that in Journey in
9  Mystery, and they probably worked on it together,
10 and --
11     Q.     This is 15.  Have you ever seen this
12 document before?
13     A.     Yes, I have.
14     Q.     And what is it?
15     A.     This is a typed transcript of a radio
16 interview that Stan Lee and Jack Kirby gave in 1967.
17 The year's audiotape recording for the story housed in
18 Stan Lee's archives at the University of Wyoming.  One
19 of our authors Danny Fingeroth went to the University
20 of Wyoming to go through Stan Lee's archives to give it
21 to us for Stan Lee's book.
22                 (The document referred to was marked
23             Plaintiff's Morrow Exhibit Number 15 for
24             identification.)
25     Q.     Do you have any reason to believe that this

JOHN MORROW                                  259

1
2   went ahead and published Kirby's fill-in story.

3        Q.     And the idea was that Kirby's story

4   couldn't advance the plot at all, because that might

5   affect what was already in the works with Steranko?

6        A.     Right.

7        Q.     I've placed before you what I have marked

8   as Exhibit 24, and it appears to be a two-page document

9   and it's entitled:  Introduction by John Morrow.

10                  (The document referred to was marked

11              Plaintiff's Morrow Exhibit Number 24 for

12              identification.)

13       Q.     Is this a document that you wrote?

14       A.      It is.  With all these introductions,

15  Marvel editorial staff had the ability to change

16  things.  I don't recall any major changes on any of

17  them.

18              MR. TOBEROFF:  I just want to note for

19          the record it's a bit hard to read.  It's

20          very dark, at least for me.

21              MR. FLEISCHER:  I agree that it's

22          dark, but I also would submit that it's

23          entirely legible.

24       Q.     There's a statement in the third paragraph:

25  As usual, for most new issues in the 1960s, Kirby was

1                          JOHN MORROW                    260

2    called in to work on the initial issues before handing

3    it off to others to continue.

4              Did you have in mind the other new series

5    that you were referring to there?

6        A.    Ironman.  For instance, Daredevil, Kirby

7    was brought in in some capacity for his covers by him.

8    There are some character concept drawings by Kirby.

9    The character called the Plunderer, and I forget the

10   other one that are in early Daredevil stories that are

11   all -- it's Kirby giving a sketch of what it should

12   look like and writing notes off to the side of the

13   character's, you know, personality and his powers and

14   things like that, that were submitted to the artist who

15   was drawing that issue to go by.

16       Q.    Do you know who wrote the first issue of

17   Ironman?

18       A.    I believe Larry Lieber scripted that,

19   didn't he?

20       Q.    Yes.

21       A.    I believe so.

22       Q.    I'm telling you.  I'm asking you.

23             Is it your understanding that Larry Lieber

24   did it?

25       A.    I would say yes.

1                      JOHN MORROW                    261

2       Q.      I don't want to testify.

3               And who drew that issue?

4       A.      That's Don Heck, I believe.

5       Q.      And is it your recollection that Jack Kirby

6   was asked to do the cover?

7       A.      Yes.

8       Q.      Now, what was the -- this Exhibit 24 an

9   introduction to?

10      A.      Well, based on what I'm reading here, I'm

11  assuming this was the one I did for the S.H.I.E.L.D.

12  series, but let's see, since I'm talking about Shield

13  here, it must have been for the Agent of Shield

14  collection.

15      Q.      Now, in the fifth paragraph, you say in the

16  first sentence:  While Stan scripted most of the issues

17  presented here, Kirby was undoubtedly the guiding

18  creative force.

19              What did you mean by Stan scripted most of

20  the issues?

21      A.      Scripted meaning dialogue, put the words in

22  the balloons.

23      Q.      You don't mean creating the scripts?

24      A.      No, not working from the script, no.

25  Scripting and dialoguing are kind of used