# EXHIBIT F

Page 1

```
 1

 2              UNITED STATES DISTRICT COURT

 3              SOUTHERN DISTRICT OF NEW YORK

 4

 5   MARVEL WORLDWIDE, INC.,        )
     MARVEL CHARACTERS, INC. and    )
 6   MVL RIGHTS, LLC,               )
                                    ) No. 10-141-CMKF
 7                Plaintiffs,       )
                                    )
 8            vs.                   )
                                    )
 9   LISA R. KIRBY, BARBARA J.      )
     KIRBY, NEAL L. KIRBY and       )
10   SUSAN N. KIRBY,                )
                                    )
11                Defendants.       )
     ---------------------------)
12

13

14

15

16

17        CONFIDENTIAL VIDEOTAPED DEPOSITION OF

18                  JOHN V. ROMITA

19               Garden City, New York

20              Thursday, October 21, 2010

21

22

23   Reported by:

24   KRISTIN KOCH, RPR, RMR, CRR, CLR

25   JOB NO. 34124
```

Page 2

1

2

3

4                    October 21, 2010

5                     9:32 a.m.

6

7

8        Confidential Videotaped Deposition

9   of JOHN V. ROMITA, held at The Garden City

10  Hotel, 45 7th Street, Garden City,

11  New York, before Kristin Koch, a Registered

12  Professional Reporter, Registered Merit

13  Reporter, Certified Realtime Reporter,

14  Certified Livenote Reporter and Notary

15  Public of the State of New York.

16

17

18

19

20

21

22

23

24

25

Page 3

1

2    A P P E A R A N C E S:

3

4

5        WEIL, GOTSHAL & MANGES, LLP

6        Attorneys for Plaintiffs

7            767 Fifth Avenue

8            New York, New York 10153

9        BY:   RANDI W. SINGER, ESQ.

10           SABRINA A. PERELMAN, ESQ.

11

12

13       TOBEROFF & ASSOCIATES, P.C.

14       Attorneys for Defendants

15           2049 Century Park East

16           Los Angeles, California 90067

17       BY:   MARC TOBEROFF, ESQ.

18

19

20    ALSO PRESENT:

21

22       ELI BARD, Marvel Entertainment, LLC

23       HENRY MARTE, legal Video Specialist

24       VIRGINIA ROMITA

25

Page 15

1                    Romita - Confidential

2        A.    For whatever I do.  Freelance -- I

3    put in a freelance voucher and they pay me.  I

4    also get royalties, some royalties.

5        Q.    Can you estimate approximately how

6    much money you might get from Marvel in a year,

7    just a ballpark?

8        A.    Sometimes --

9              MR. TOBEROFF:  Vague as to time.

10             MS. SINGER:  You can answer the

11       question.

12       A.    Yeah, sometimes as little as 7 -- 6-

13   or $7,000 in a year, sometimes as much as 11,

14   depending on what's selling in the reprint

15   department, and sometimes they take -- they

16   have made a series of collections and whenever

17   I am in a collection, I get a check, sometimes

18   $20, sometimes $200, and occasionally a bigger

19   check when it's a big project.

20       Q.    Let's focus on when you were at

21   Marvel the first time while you were in the

22   service and you went up there in the early

23   1950s.

24             Would you consider yourself a

25   freelancer or an employee at that time?

Page 16

Romita - Confidential

1
2          A.      Freelancer.  No -- flying without a
3     parachute.  Absolutely no security.  No
4     unemployment insurance, because I didn't have a
5     job.  No perks, no medical insurance, no
6     nothing.  Every year I would save 2- or $300
7     and then the government would raise the
8     unemployed -- the -- I forget what the tax was.
9     There was a tax that was applicable to
10    freelance people, and that tax went up just
11    about whatever I had saved, so I generally
12    broke even every year.
13         Q.      And how were you paid?  What was the
14    basis for your compensation?
15         A.      I would do a certain amount of pages
16    at a certain rate, $25 a page, $30 a page.  I
17    would do ten pages, $300.  I would sign a
18    voucher for $300 worth of work and they would
19    pay me two weeks later or something.  And I
20    would be responsible for the taxes.  I don't
21    believe they took the taxes out.  I'm not sure.
22         Q.      Where did you do your work?  Did you
23    do it in the Marvel office?
24         A.      No.  I worked home.
25         Q.      Did you ever go into the Marvel

1                 Romita - Confidential

2       Q.    Was there a form that you filled out

3  or was there a voucher?

4       A.    It was a voucher, an actual small

5  slip with the name of the book, the number and

6  month of the book, how many pages, your rate,

7  and you sign it.

8       Q.    And then what would happen after you

9  filled out the voucher?

10      A.    I would submit it to the editor and

11 the editor would process it through the

12 bookkeeping department and they would send me a

13 check.  Checks used to be like every two weeks

14 or something, once a month.  I'm not even sure.

15 It varied.  Especially with different

16 incarnations of conglomerates.

17      Q.    Do you recall would there be

18 anything printed on the check?

19      A.    There was a disclaimer on the back.

20 No disclaimer.

21           MR. TOBEROFF:  Vague as to time.

22           MS. SINGER:  You can answer the

23      question.

24      A.    It was -- it was fairly clear.  It

25 was saying that we were giving up the rights to

1          Romita - Confidential
2   anything that was done in the books, the future
3   rights to them, so we -- I wanted to cash the
4   check, so I signed it.
5        Q.    I am going to show you something
6   that, for the record, has already been marked
7   as Plaintiff's Exhibit 2 at the deposition of
8   Stan Lee on May 13, 2010.
9             Mr. Romita, don't worry about the
10  front of this.  I just would like you to turn
11  to the last page of Plaintiff's Exhibit 2.
12       A.    The back of the old checks.
13       Q.    Okay.  I know this isn't your
14  signature.  It's a little hard to read.
15       A.    No, that's John D'Agostino.
16            MR. TOBEROFF:  I would like to
17       object to this exhibit because the --
18       despite the inferences in the affidavit,
19       which I find somewhat misleading, the check
20       is actually, I believe, a 1987 check.  If
21       you look at the markings on the back of the
22       check, it says City National, JE-87, so
23       it's a 1987 check we are talking about.
24       Q.    So, Mr. Romita, I know it's a little
25  hard to read, so, for the record, of the back

1          Romita - Confidential

2    the book.  The number on the bottom is 396 is

3    the bottom number there, if that's easier to

4    look at.  Page 34 of the internal numbering.

5          A.    I have it.  "Super Slurpee."

6          Q.    Yes.  If you look on the left side

7    of the page there, it says "RT."  Do you see

8    where it says that the first time?  The first

9    little thing with the italics.

10         A.    Roy Thomas, yes.

11         Q.    Okay.  So Roy Thomas asks you --

12   says:  "He was one of the best guys around for

13   drawing animals in action.  So how did things

14   go bad for you at Timely?"

15              And then it says "Romita," and

16   that's you, right, Romita?

17         A.    Yes.

18         Q.    "Around 1957 was when Stan and I

19   were at our lowest ebb in our relationship.  In

20   the last year, he cut my rate every time I

21   turned in a story.  He was not even talking to

22   me then.  He was embarrassed, because he had

23   given me raises for two years every time I went

24   in, and then he took it all away.  I went from

25   $44 a page to $24 a page in a year."

1                    Romita - Confidential

2            Then Roy Thomas says:  "As Gil was

3    fond of saying, "comics giveth and comics

4    taketh away."

5            And then Romita, that's you, says:

6    "Virginia kept saying, "well, how long are you

7    going to take the cuts until you go somewhere

8    else?"  And I told her, "I'll hang on, I'll

9    hang on."  Then, when it came time that he ran

10   out of money and had to shut down, or cut down

11   to the bone, I had done two or three days'

12   work, ruling up the pages, lettering the

13   balloons, and blocking in the figures on a

14   story -- and here comes a call from his

15   assistant -- she had beautiful bangs, beautiful

16   brown hair, I forget her name, but she was

17   adorable -- and she says, "John, I have to tell

18   you that Stan says to stop work on the Western

19   book because we're going to cut down on a lot

20   of titles."  I said to her, "well, I spent

21   three days on it.  I'd like to get $100 for the

22   work, to tide me over."  She said, "okay, I'll

23   mention it to Stan."  I never heard another

24   word about the money, and I told Virginia, "if

25   Stan Lee ever calls, tell him to go to hell."

Page 125

Romita - Confidential

1    And that was the last work I did for him until

2    1965."

3               Do you see that?

4         A.    Yes.

5         Q.    Is that consistent with your

6    recollection?

7         A.    That's exactly my recollection.  I

8    would never forget that.

9         Q.    Is there anything in that statement

10   that you don't agree with today?

11        A.    No.

12        Q.    Let's turn a little later in that

13   book to page 160.

14        A.    160 or --

15        Q.    160.

16        A.    We are in the 300s already.

17        Q.    I'm sorry.  522.

18        A.    Yeah, I have it, 522.

19        Q.    Okay.  Down towards the bottom of

20   the left column on page 160 or Romita 522 is

21   the Bates stamp on this, it says "JA."  Do you

22   know who JA is?

23        A.    Jim Amash.

24        Q.    Okay.  So this is a different

Page 191

Romita - Confidential

1
2   bring the pages to him for him to ink and he
3   would pay me.
4       Q.   Do you recall whether or not he
5   would pay you when he got paid or pay you when
6   you turned in your penciling?
7       A.   I can't remember exactly.  It might
8   have varied depending probably on how much his
9   bank balance was.  It seems to me I got paid as
10  soon as I gave him the pages.
11      Q.   Just, again, as a word of caution or
12  advice, I know you are trying to answer my
13  questions to the best of your ability, but if
14  you really don't know one way or another, I
15  don't want you to speculate.
16      A.   Okay.
17      Q.   So do you know one way or another
18  whether you were paid upon turning the
19  penciling in or when Mr. Zakarin was paid?
20      A.   I can't remember.
21      Q.   And Stan Lee was at Timely at this
22  time when you were doing work for Mr. Zakarin?
23      A.   According to Mr. Zakarin, that's who
24  he was working for.
25      Q.   But you didn't meet Stan?

Page 192

Romita - Confidential

1

2       A.     I didn't meet Stan until 1951.

3       Q.     And at that time you began working

4   for Atlas Comics?

5       A.      Timely was the company.  It was

6   Atlas, but Timely was the company that my

7   checks were made out by.  I think they were

8   subsidiaries.  I don't know.

9       Q.     So you were doing work by Atlas but

10  you got checks from Timely?

11          MS. SINGER:  Objection.

12      A.     All I knew is I was -- they were

13  Timely Comics when I went up there.  That's the

14  only memory I have of it.  In retrospect I

15  remember that the books used to have Atlas.  I

16  think Atlas was the distributor.  Atlas Comics

17  were distributing -- distributing Timely Comics

18  and other comics, I think.

19      Q.     And you were --

20      A.     Just a guess.

21      Q.     And you were working freelance at

22  this time?

23      A.     Yes.

24      Q.     You were not a salaried employee?

25      A.     No, sir.

Page 193

1                    Romita - Confidential

2         Q.    At the time you were ghost penciling

3    for Mr. Zakarin, did you do work for any

4    other -- anyone else?

5         A.    I believe I did.  The time

6    relationship is vague and almost gone, but I

7    know I did a story for Famous Funnies, a

8    romance story, a twelve-page story, and I also

9    did some work for Avon Comics, which was

10   another publisher.  Lester Zakarin had all of

11   these publishers in his book and he kept

12   leading me to work.

13        Q.    What about Trojan Comics?

14        A.    There was a Trojan Comics, believe

15   it or not.  Yes, I did a couple of covers for

16   Trojan Comics.  A western and a crime, a crime

17   cover.  A little man with a cowboy hat.  That's

18   all I remember.

19        Q.    And this was prior to 1951?

20        A.    Yes.

21        Q.    Now, after you started working as a

22   freelancer with Atlas in 1951, did you do

23   freelance work for other comic book companies?

24        A.    I did, yes.

25        Q.    Do you remember some of the names of

1                      Romita - Confidential

2    those companies?

3         A.     The only company, I believe, was DC

4    Comics.  I might have done some Avon past in

5    2001 or 2002.  I'm not sure.  I don't believe

6    so, because I was in the army and I didn't have

7    a lot of time.  I think I was just doing work

8    for Stan Lee, but I did later on, after I got

9    out of the army I did some work for DC, romance

10   comics, while I was working with Stan.

11        Q.     And when you were working with Atlas

12   you had no written agreement; correct?

13        A.     Correct.

14        Q.     And did you select and pay for your

15   own materials?

16        A.     Yes, I did.

17        Q.     And you worked out of your home?

18        A.     Yes.

19        Q.     Purchased your own paper and

20   pencils?

21        A.     Yes.

22        Q.     Where did you buy them?

23        A.     There was two stores near -- Sam

24   Flax and Art Brown.  When I worked at DC, I

25   used to go to Art Brown.  When I worked at --

Page 195

1                    Romita - Confidential
2      for Stan I did -- I went to Sam Flax, I
3      believe.
4           Q.    At what time did -- you mentioned, I
5      believe -- I'm not attempting to quote you, but
6      I believe you mentioned that work started to
7      slow down in the late 1950s.  Is that correct?
8           A.    Yes.
9           Q.    Did the work start to slow down by
10     mid 1957?
11                MS. SINGER:  Objection.
12                You can answer.
13          A.    I believe it was in the period of
14     about 18 months, like late '56 to mid '58,
15     something like that, because my reference to
16     the fact that every time I went in, I got a
17     cut, every like once a month or once every two
18     months I would get a cut in rate, so it needed
19     a few months to accumulate to lose me $20 plus
20     in my page rate.
21          Q.    We looked up in the Grand Comic
22     Database -- are you familiar with that database
23     on the Internet?
24          A.    No.
25          Q.    It's a database that lists

1              Romita - Confidential

2     inaccuracies.

3          Q.   Now, if you would turn to Bates

4     number 458.  When I say "Bates numbers," those

5     are the little printed pages on the bottom.  It

6     says ROM 458.

7          A.    I have it.

8          Q.    On the top right-hand -- towards the

9     top right-hand corner Mr. Amash asks you the

10    following question:  "Why were you saving

11    pencil stubs?"  And you answer:  "When you're a

12    freelancer for 15 years, and you have to buy

13    your own materials, you don't waste anything.

14    I've still got some brushes from like 40 years

15    ago.  And she would always reveal that kind of

16    stuff.  She'd say, "this guy is crazy"."

17         A.    Marie Severin.

18         Q.    Do you see that?

19         A.    Yes.

20         Q.    Why don't you waste anything when

21    you are a freelancer?

22         A.    Well, because if you are making a

23    small amount of money, every penny counts when

24    you are expending it.  She used to make fun of

25    me all the time, make cartoons of me hoarding

1                   Romita - Confidential

2      pencils and papers.  She was a very funny

3      woman.

4           Q.    In 1958 was Atlas experiencing

5      financial difficulties?

6           A.    Absolutely.

7           Q.    What was the reason for that; do you

8      know?

9           A.    Two reasons.  Well, this may be my

10     own -- first of all, the comic industry was

11     under fire because of an old crank who claimed

12     that comic books led to juvenile delinquency

13     and the comic companies pulled their horns in

14     and tried to defend themselves and stammered

15     their way through the congressional hearings

16     and it looked very bleak for comics.  They

17     bailed themselves out by instituting a Comics

18     Code Authority which they all put money up to

19     create an impartial code authority which would

20     pass judgement on comics and make them family

21     friendly and child friendly.  The other problem

22     was that all the companies were over-extended.

23     They had too many titles and each one of their

24     titles could only sell a certain amount because

25     they were in competition with themselves.  They

1                 Romita - Confidential

2    would put out fifty to sixty titles, mostly

3    garbage, because you can't get fifty or sixty

4    good books out, there aren't good enough --

5    enough good artists.  I fought for thirty years

6    to have Marvel cut down on the amount of books

7    they put out, because it was always suicide to

8    over-produce.  So between the over-production

9    and glutting the market with garbage and the

10   Senate hearings, comics was about to go under.

11   That's why in '58 Marvel -- Marvel Comics --

12   Timely Comics shut down to two books from fifty

13   titles.

14        Q.    From fifty to two?

15        A.    At least -- two may have been an

16   exaggeration, but they cut down to the bone.

17   There was only like two or three artists

18   working.  Dick Ayers and -- I have forgotten

19   the other guy.  Don Heck.  These were the only

20   guys that Stan kept on.  I was not one of them.

21        Q.    Would you say they cut down by --

22        A.    By just letting people go.

23        Q.    By about 90 percent or more

24   possibly?

25        A.    I don't know how many artists he

1                    Romita - Confidential

2       had.  Whatever it was, it was dozens down to

3       two, or a dozen artists down to two, whatever

4       it was, yes.

5            Q.    So at that point you stopped selling

6       your work to Marvel and started doing business

7       with DC?

8                    MS. SINGER:  Objection.

9                    You can answer.

10           A.    I went to DC then, yes.  Because I

11      had done romance with them I had an opening

12      there and I called them up and they had work

13      for me doing romance comics.

14           Q.    I'd like you to turn to Bates number

15      374, turn back to it, please.

16           A.    Got it.

17           Q.    I believe this is an interview you

18      were questioned on previously entitled 50 Years

19      On the "A" List.

20           A.    Correct.

21           Q.    Do you recall giving this interview

22      with Roy Thomas?

23           A.    Yes.

24           Q.    Is there anything that you believe

25      is inaccurate in this interview?

1                    Romita - Confidential

2     Mr. Amash that there was something inaccurate

3     about his quotes of your statements in this

4     interview?

5          A.    Not that I remember.

6          Q.    Turn to page, please, 428.  In the

7     first column of the interview it says, if you

8     look at the second full paragraph on the left

9     side:  "Timely publisher Martin Goodman used to

10    close shop at the drop of a hat.  If expenses

11    got too high, he'd say "the hell with it," and

12    close shop.  Nobody had any protection because

13    there were no pensions, no severance pay or

14    insurance plans, or saving plans.  Everyone who

15    worked in comics were flying by the seat of

16    their pants."

17         A.    True.

18         Q.    Is that a true statement?

19         A.    That was my impression.

20         Q.    That's your understanding?

21         A.    That was my impression of the way

22    the industry -- the way he ran his company.  I

23    wasn't very bright.

24         Q.    Does what you said about Marvel also

25    apply to your experience at DC after you left

1                    Romita - Confidential

2    Marvel in 1958?

3              MS. SINGER:  Objection.

4         A.    You are asking did I think DC was

5    run better than Marvel?

6         Q.    No, I am just saying does your

7    comment about everyone who worked in comics

8    were flying by the seat of their pants, did

9    that apply to your work at Marvel after you

10   left Marvel in --

11        A.    I had no --

12        Q.    Excuse me.  Did that apply to your

13   work at DC after you left Marvel?

14        A.    The same things applied.  I had no

15   insurance, no security.

16        Q.    You can turn to page -- just one

17   moment.  Sorry.  Turn to page Bates number 407.

18        A.    Yes.

19        Q.    On the left side towards the top of

20   the page in the interview Roy Thomas asks you:

21   "In other words, don't eat for six months and

22   maybe we'll give you work again?  They did that

23   with young mystery writers in the late '60s

24   which is how we got Marv Wolfman, Gerry Conway,

25   Len Wein" --

Page 206

1                    Romita - Confidential

2        A.    Len Wein.

3        Q.    Len Wein, excuse me -- "and several

4   other guys over at Marvel."  Do you see that?

5        A.    Yes.

6        Q.    And you respond:  "DC didn't even

7   say that.  When (editor) Jack Miller told me --

8   and of course he was on the frying pan

9   already -- I remember asking him, "could you

10  introduce me to some of the other editors?"

11  And he said, "nah, I don't think so -- they

12  aren't looking for anybody."  He told me,

13  "listen, you're a freelancer.  You're not on

14  contract.  You're free to go and get work

15  anywhere."

16             MS. SINGER:  I think you missed a

17        line there.

18        A.    Yeah, the type on this book is

19  terribly small.  That's probably why most

20  people don't read every line.

21        Q.    Oh, excuse me.  "And he said, "nah,

22  I don't think so -- they are looking for

23  anybody."

24        A.    "They aren't looking."

25        Q.    "They aren't looking for anybody."

1          Romita - Confidential

2    He never even got off his ass to introduce me

3    to anybody.  He told me, "listen, you're a

4    freelancer.  You're not on contract"."

5         A.    Yes.

6         Q.    Does this comport with your

7    understanding of how things were back at those

8    days?

9         A.    This was a shining example to

10   confirm my opinions.  Yes.  And he was a prize

11   package.  He didn't last long.

12        Q.    But as a freelancer you were free to

13   work for whoever you wanted to?

14        A.    Sure, as long as they were not

15   putting you under kind of -- occasionally an

16   editor would tell you, "if you work exclusively

17   for me, I will give you first crack at the

18   scripts," which was a verbal promise that they

19   couldn't always keep, but some people fell for

20   it.  I think Stan Lee said that to me when I

21   went and did romance stories for DC.  He put me

22   in that spot.

23        Q.    So Atlas was sometimes referred to

24   as Timely and vice versa?

25        A.    Timely was one of the -- one of the

1              Romita - Confidential

2    out."

3              Is that correct that you worked at

4    home from 1949 to 1965?

5         A.    Correct.

6         Q.    And you did this work at home as a

7    freelancer?

8         A.    Correct.

9         Q.    And then in 1965 you were employed

10   by Marvel?

11        A.    Right.

12        Q.    To make sure I understand your

13   previous testimony, for the first few months at

14   Marvel you continued to work as a freelancer?

15        A.    Yes.  I worked at home.

16        Q.    And then that changed and you began

17   working at Marvel as a salaried employee?

18        A.    Yes.  In 1966, January of 1966.

19        Q.    How many months did you work as a

20   freelancer?

21        A.    I believe it was from some part of

22   July, five months.

23        Q.    So you started there in July 1965?

24        A.    I believe, yes, i think.  DC let me

25   go sometime in June or July.

1                    Romita - Confidential

2      '58 when things started to wind down at Marvel,

3      then you went to DC in 1958.  Between 1958 and

4      1963 --

5           A.    '64.  '65.

6           Q.    Between 1958 and the time in mid '65

7      when you went back to Marvel, did you do any

8      work for Marvel?

9           A.    No.  I wouldn't even answer the

10     phone for the first couple of years.

11          Q.    What does that mean?

12          A.    Well, at first I didn't want to talk

13     to him.  I was mad at him.  Secondly, when I

14     did answer the phone, I would ask him how

15     much are you -- I was getting $44 a page to do

16     love stories and I asked Stan -- he would call

17     up and say "come back to Marvel," and I would

18     say, "how much are you paying a page?  He said,

19     "$25 a page."  I said, "Stan, I have got a kid

20     to raise.  I'm not gonna do it," and that was

21     it.  I had two kids at the time.

22          Q.    So during that period you didn't do

23     any work with Marvel?

24          A.    No, absolutely.

25          Q.    Just to be clear, when you said

Romita - Confidential

1    "absolutely," "absolutely I did not"?

3         A.    Not during that period.

4         Q.    Did you work with Jack Kirby between

5    1958 and 1963?

6         A.    No.

7         Q.    And, again, when was the first time

8    you met Jack Kirby?

9         A.    In '65.  Sometime between July and

10   January he was in the office and I was

11   introduced to him.

12        Q.    That was the story you recounted --

13        A.    Where he was correcting someone's

14   art.

15        Q.    Do you know what Jack Kirby was paid

16   per page during the years between 1958 and

17   1963?

18        A.    I wouldn't have the slightest clue.

19        Q.    Did you ever ask Jack Kirby what his

20   business relationship was with Marvel during

21   those years?

22        A.    No.  We never asked questions like

23   that of each other.

24        Q.    I'd like you to turn to -- back to

25   Exhibit 6, which is the big one.