# EXHIBIT H

Page 1

```
1                    SUSAN MERYL KIRBY
2              UNITED STATES DISTRICT COURT
3              SOUTHERN DISTRICT OF NEW YORK
4
5       _____
                                           )
6       MARVEL WORLDWIDE, INC., MARVEL     )
        CHARACTERS, INC., AND MVL,         )
7       RIGHTS, LLC,                       )Civil Action No.:
                                           )10 CIV. 141
8                         Plaintiffs,)(CM) (KNF)
        v.                                 )
9                                          )
        LISA R. KIRBY, BARBARA J.          )
10      KIRBY, NEIL L. KIRBY,              )
        AND SUSAN KIRBY,                   )
11                                         )
                          Defendants.)
12                                         )
                                           )
13      _____)
14
15                       VIDEOTAPED
16      DEPOSITION OF:   SUSAN MERYL KIRBY
17      DATE:            October 25, 2010
18      TIME:            10:00 a.m.
19      HELD AT:         Ethan Allen Hotel
                         21 Lake Avenue Extension
20                       Danbury, Connecticut
21
            By:          Sarah J. Miner, LSR
22
23
24
25      TSG JOB NO. 34010
```

```
 1                  SUSAN MERYL KIRBY
 2              A P P E A R A N C E S:
 3   Representing the Plaintiff:
 4   David Fleischer, Esq.
     Haynes and Boone, LLP
 5   1221 Avenue of the Americas, 26th Floor
     New York, New York  10020
 6   david.fleischer@haynesboone.com
 7
 8   Representing the Defendants:
     Marc Toberoff, Esq.
     Toberoff & Associates, PC
 9   2049 Century Park East, Suite 2720
     Los Angeles, California  90067
10   mtoberoff@ipwla.com
11
12
13   Also Present:
14   Peter CoFrancesco
15
16
17
18
19
20
21
22
23
24
25
```

Page 9

1  SUSAN MERYL KIRBY

2  you?

3  A. She was in California. I don't remember her
4  residence address. She had an apartment there in, I
5  don't remember what town, somewhere near Ventura.

6  Q. Do you know how long she had been in
7  California before moving back?

8  A. Several years, because she had lived with my
9  parents before she got her own place.

10  Q. Would you tell me when your birth date was?

11  A. 12/6/45.

12  Q. You are the daughter or one of the daughters
13  of Jack Kirby, right?

14  A. Yes, the eldest.

15  Q. Do you have any memory of being present while
16  your father worked on projects involving Marvel
17  characters?

18  A. Yes.

19  Q. Do you have any recollection of discussing
20  with your father the work he was doing for Marvel?

21  A. Yes. I was in his office a lot, because he
22  had a vast library of books, because he was into
23  everything. And I used to go down there and read, so
24  I used to read his books, and stuff, and one day I was
25  upstairs, and mom told me to go downstairs because Dad

SUSAN MERYL KIRBY

was creating some new super heroes. So I went downstairs, and he said, "I want you to see this." He said, I named the female super hero after you, her name is Sue," Sue Storm he was talking about, it was the Fantastic Four.

Q. Do you remember what year that was?

A. Oh, gosh, I was a teenager, that is all I remember, maybe 15 or 16, so 1961, '62.

Q. And when you went downstairs did you discuss with your father what he was doing?

A. Yes.

Q. What did you say to him? What did he say to you?

A. I said it looked great. There were three characters on the board, three of the four. And I asked about who they are, and he told me who each one was. And I said, "It looks great, they look great".

Q. Do you recall anything else being said between the two of you at that time?

A. Not at that particular conversation, no.

Q. How long would you say you had that conversation with your father?

A. Oh, about an hour or so.

Q. And do you know what conversations, if any,

Page 37

1        SUSAN MERYL KIRBY
2   siblings about acquiring the rights to any works your
3   father contributed to, published by someone other than
4   Marvel?
5        A. No, I have never had that conversation.
6        Q. Did you have an understanding when you were
7   living in East Williston about the economic terms of
8   your father's relationship with any publisher?
9        A. Well, I knew that Marvel paid him by the
10  page, and that he and mom used to argue about it,
11  because he would be up all night doing pages, and
12  Marvel would say, "Well, we don't want to buy this."
13  Then they would go ahead and make him do the whole
14  thing over again, and he would just get paid for the
15  artwork that he did over again.  So he was doing
16  things twice, and getting half the money.
17       Q. When do you recall hearing a conversation to
18  that effect?
19       A. Early '60's, late '50's.
20       Q. Do you know what character or characters were
21  involved in those discussions?
22       A. No.
23       Q. Was there any mention of who it was that was
24  asking your father to redo pages or correct pages?
25       A. From what I recall Stan Lee.

Page 44

1        SUSAN MERYL KIRBY
2    A. Everyone knows my Dad.  I have talked to a
3 lot of people about him.  They would come up, and say,
4 "we know your Dad's work, he is really fantastic."
5 And I would say, "Thank you, I appreciate that."
6    Q. Did your father ever discuss with you the
7 contributions of any other people to the characters
8 that he worked on for Marvel?
9    A. Absolutely not.
10   Q. Did your mother ever discuss with you, or in
11 your presence, the contribution of anyone else to
12 characters your father worked on while at Marvel?
13   A. No.
14   Q. Have you ever become aware of any gifts made
15 by Marvel to your mother?
16   A. No, I am not aware of any.
17   Q. Are you aware of any money paid to your
18 mother after your father's death?
19   A. No, I am not aware of it.
20   Q. Money paid by Marvel?
21   A. I don't believe so, no.
22   Q. Did you ever hear your father complain that
23 he didn't own anything that he had worked on published
24 by Marvel?
25   A. Just the stuff that Marvel bought from him

Case 1:10-cv-00141-CM-KNF   Document 102-8   Filed 03/28/11   Page 8 of 9

Page 45

1           SUSAN MERYL KIRBY

2  that they obtained the rights to it. And he was upset

3  about that.

4       Q. What did he say about that?

5       A. Just that, you know, he didn't have the

6  rights to his work, and he was upset in case something

7  happened in the future. I know they were having

8  trouble with the checks Marvel sent them, because they

9  had a lot of writing on the back that they said --

10 where they said they owned -- that they bought and

11 owned Dad's work, and Mom didn't understand it. So

12 she went around the block, one of my friend's father

13 was a lawyer. And I went to see him. So she called

14 his father and said, "Can I talk to you?" And she

15 went and showed him the checks. And he said, "Well,

16 this just says that they own the rights of the

17 characters they bought from Dad." That is all I

18 remember about that.

19      Q. Did you ever see any of the writing on the

20 back of the checks?

21      A. No, I don't remember. Mom never discussed

22 finances with me. She just showed me the checks,

23 because she said they were confusing.

24      Q. Well, did you look at the writing on the back

25 of the check?

SUSAN MERYL KIRBY

A. I looked at it. It was confusing to me, too. I said you better talk to Bernie Flegal about that.

Q. Approximately what year was this?

A. I can't remember that. I was a teenager, maybe 1960.

Q. Do you remember becoming aware of any action taken with respect to the writing on the back of the checks by your father?

A. No, I don't.

Q. Are you aware of any complaint that your father made to Marvel with regard to the writing on the back of the checks?

A. I am not aware. I am just aware of the fact that the lawyer told, Mr. Flegal told my mother, that it was an unusual thing to do.

Q. How did you come to know that?

A. Mom told me.

Q. Are you aware of any advice your mother gave your father with regard to the checks?

A. No. I know he had to sign them, because he had to feed his family. That is the only way to do it.

Q. Were you aware of any written agreements, other than what may have been on the checks, between