# EXHIBIT K

1           UNITED STATES DISTRICT COURT

2           SOUTHERN DISTRICT OF NEW YORK

3               Case No. 10-141-CMKF

4

5    MARVEL WORLDWIDE, INC.,

6    MARVEL CHARACTERS, INC., and

7    MVL RIGHTS, LLC,

8          Plaintiffs,

9    VS.

10   LISA R. KIRBY, BARBARA J. KIRBY,

11   NEAL L. KIRBY and SUSAN N. KIRBY,

12         Defendants.

13

14

15                 Volume II

16           Videotape Deposition of:

17                 Roy Thomas

18         Wednesday, October 27, 2010

19          Orangeburg, South Carolina

20

21

22

23

24

25

1                    APPEARANCES:

2    FOR THE PLAINTIFFS:

3         MARVEL WORLDWIDE, INC., MARVEL CHARACTERS,

4         IN.C, and MVL RIGHTS, LLC

5         BY:  JODI AILEEN KLEINICK

6         PAUL HASTINGS JANOFSKY & WALKER

7         75 East 55 Street

8         New York, NY  10022

9

10   -AND-

11

12

13        ELI BARD

14        VICE PRESIDENT, DEPUTY GENERAL COUNSEL

15        MARVEL ENTERTAINMENT, INC.

16        417 Fifth Avenue

17        New York, NY   10016

18

19

20

21

22

23

24

25   (Appearances continued:)

Page 209

1   FOR THE DEFENDANTS:

2        LISA R. KIRBY, BARBARA J. KIRBY,

3        NEAL L. KIRBY and SUSAN N. KIRBY

4        BY:  MARC TOBEROFF

5        TOBEROFF & ASSOCIATES

6        2049 Century Park East

7        Suite 2720

8        Los Angeles, CA   90067

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                   Thomas

2          MS. KLEINICK:  Objection; states

3    facts not in evidence.

4      A.    I haven't any knowledge of that.

5          It would have, you know, surprised

6    me; but if he did, he probably misspoke.

7      Q.    Is it your understanding that at

8    Marvel, artists were -- part of their duties

9    were to plot the stories through the -- through

10   their artwork and through notes in the margins

11   and suggested dialogue?

12         MS. KLEINICK:  Objection.

13     A.    We didn't use that, you know, think

14   about that much or use that term then.

15         But as I look back on it, and over

16   the years and analyze it, I realize they

17   were -- I would say co-plotting the stories.  I

18   would not say plotting.

19         When you are given a story idea,

20   even if it is a few sentence, quite often, and

21   certainly if it was more, as it was in many

22   cases, you're certainly not plotting the story,

23   you were co-plotting.

24     Q.    Starting at the time you started --

25   well, whether or not they were co-plotting or

Page 232

1                              Thomas

2    same thing.

3              So I don't pay any attention or

4    didn't take any great recollection of it.

5         Q.    Was it your understanding that by

6    signing the checks, you were acknowledging that

7    you were signing to Marvel all right, title and

8    interest in your work?

9              MS. KLEINICK:  Objection.

10        A.    Yes, I did.

11        Q.    Were they putting legends on your

12   freelance checks when you became editor-in-

13   chief in 1972?

14        A.    I have no recollection at all.

15             That language was written in the

16   contract.

17             So I wouldn't have paid any

18   attention to remember whether it was or not.

19        Q.    When you began work with Marvel in

20   1965, which comic book titles did you write

21   for?

22        A.    The first thing I did over the

23   weekend, after Stan hired me, was a -- to do

24   the dialogue for an already drawn and plotted

25   comic called:  Modeling With Millie, which was

1                       Thomas

2   time, art was either returned to the -- to an

3   individual artist as an exception or perhaps

4   given away to fans at other companies.

5              And so they felt they should get it

6   back in order to be able to sell it or either

7   keep it themselves, if they wanted to, or sell

8   it if they wanted to make a little extra

9   income.

10             And our purpose, as much as

11  anything, was to get goodwill from the artists

12  and maybe give them a chance to make a little

13  extra income.

14      Q.    Was there an issue at that time

15  about sales to -- the payment of sales tax in

16  connection with Marvel's artwork?

17      A.    I remember at some stage various

18  artists coming up with -- talking about adding

19  sales tax and bringing that up.

20             Maybe they had talked to attorneys

21  about it.  But I don't remember Stan and me

22  talking about it.

23      Q.    But you were part of Marvel's

24  management at that time, correct?

25      A.    Yes.