# EXHIBIT N









