# EXHIBIT O

JACK KIRBY COLLECTOR FORTY-ONE ◑ $9⁹⁵ IN THE US

Black Panther TM & ©2004 Marvel Characters, Inc.

# CONTENTS

**OPENING SHOT** . . . . . . . . . .2
(Kirby's Unleashed all over again)

**UNDER THE COVERS** . . . . . .4
(extensive looks at our cover images)

**JACK F.A.Q.s** . . . . . . . . . . .10
(Mark Evanier on Jack's views of penciling and writing for Marvel)

**NEW GENESIS** . . . . . . . . . .16
(a new Dark Horse comic with Kirby art!)

**CRAFTINESS** . . . . . . . . . . .19
(a lettering machine named "Royer")

**PAPER TRAIL** . . . . . . . . . . .20
(a tale of two Kirby contracts)

**ANALYSIS** . . . . . . . . . . . . .23
(Jack didn't follow the equation for success at 1970s Marvel)

**INCIDENTAL ICONOGRAPHY** . .25
(from Paste-Pot Pete to the Trapster)

**KIRBY OBSCURA** . . . . . . . .26
(Barry Forshaw digs up more obscure Kirby gems)

**GALLERY 1** . . . . . . . . . . . . .28
(covering 1970s Marvel)

**KIRBY AS A GENRE** . . . . . .40
(Adam McGovern on what might have been)

**ANIMATTERS** . . . . . . . . . . .42
(the man behind the 1966 Kirby-inspired (swiped?) Marvel Super-Heroes 'toons)

**GALLERY 2** . . . . . . . . . . . . .48
(a smattering of the best of Kirby's '70s Marvel work)

**TRIBUTE** . . . . . . . . . . . . . .59
(the 2004 Kirby Tribute Panel, with Mark Evanier, Steve Rude, Paul Ryan, Walter Simonson, Mike Royer, and Dave Gibbons)

**UNEARTHED** . . . . . . . . . . .71
(a most amazing find: 1962 Kirby Hulk pencils!)

**COLLECTOR COMMENTS** . .78
(missives on Kamandi and OMAC)

**PARTING SHOT** . . . . . . . . .80
(some nut on a surfboard)

Front cover inks: DICK GIORDANO
Back cover inks: MARK SCHULTZ
Cover colors: TOM ZIUKO

*Photocopies of Jack's uninked pencils from published comics are reproduced courtesy of the Kirby Estate, which has our thanks for their continued support.*

COPYRIGHTS: 2001 Characters, Angel, Avengers, Beast, Black Goliath, Black Panther, Black Widow, Bucky, Captain America, Champions, Devil Dinosaur, Dr. Doom, Dr. Droom/Druid, Eternals, Falcon, Fantastic Four, Galactus, Grey Gargoyle, Hellcat, Hercules, Hulk, Hulk, Human Torch, Iceman, Ikaris, Invaders, Invisible Girl, Iron Fist, Iron Man, Ivan the Terrible, Kro, Liberty Legion, Loki, Machine Man, Makarri, Medusa, Modok, Moonboy, Mr. Fantastic, Night Flyer, Nova, Paste-Pot Pete, Red Skull, Rick Jones, Scarlet Witch, Sif, Silver Surfer, Spider-Man, Squadron Supreme, Stiltman, Sub-Mariner, Ten-For, Thena, Thing, Thor, Tigra, Toro, Trapster, Union Jack, Vision, Warriors Three, Wasp, Watcher, Wizard, Yellowjacket TM & ©2004 Marvel Characters, Inc. • Arna, Batman, Big Barda, Darkseid, Demon, Green Arrow, Green Lantern, Jimmy Olsen, Kamandi, Lightray, Metron, Mr. Miracle, New Gods, Orion, Superman, Watchmen, Wonder Woman TM & ©2004 DC Comics. • Galaxy Green, Kirby Unleashed art, Sky Masters, True Divorce Cases TM & ©2004 Jack Kirby Estate. • Galactic Bounty Hunters TM & ©2004 Jack Kirby Estate and Genesis West. • Glom TM & ©2004 Wallace Wood Estate.

# THE NEW JACK KIRBY COLLECTOR

**ISSUE #41, FALL 2004**



Unused splash page, meant for *Fantastic Four* #102 (Sept. 1970). The issue was shelved when Jack left Marvel for DC, and later chopped up to make issue #108 (March 1971), but this splash was discarded.
Characters TM & ©2004 Marvel Characters, Inc.

*The Jack Kirby Collector*, Vol. 11, No. 41, Fall 2004. Published quarterly by & ©2004 TwoMorrows Publishing, 10407 Bedfordtown Drive, Raleigh, NC 27614, USA. 919-449-0344. John Morrow, Editor. Pamela Morrow, Asst. Editor. Eric Nolen-Weathington, Production Assistant. Single issues: $13 postpaid ($15 Canada, $16 elsewhere). Four-issue subscriptions: $36.00 US, $60.00 Canada, $64.00 elsewhere. All characters are trademarks of their respective companies. All artwork is ©2004 Jack Kirby unless otherwise noted. All editorial matter is ©2004 the respective authors. First printing. PRINTED IN CANADA.

# UNEARTHED KIRBY'S GAMMA RAYS: ALPHA TO OMEGA! AN ULTRA-RARE FIND FROM 1962!

*by John Morrow*

Imagine my shock, as I'm shooting the breeze with an original art dealer at Comicon International: San Diego this summer, and he casually says, "By the way, I've got some '60s Kirby *Hulk* pencils to send you for the magazine."



ALTHO' MANY MILES FROM BOMB ZERO, DR. BRUCE BANNER IS BATHED IN THE FULL FORCE OF THE MYSTERIOUS GAMMA RAYS!

Kirby *Hulk* pencils? Those are nearly as rare as hen's teeth, considering he only drew five issues in 1962, plus a smattering of *Avengers* and *Tales to Astonish* issues (the latter mostly layouts) with the Green Goliath in them. Needless to say, my curiosity was piqued! (This kind of thing is why I go to the San Diego Con every Summer!)

"They're from *Hulk* #6," the dealer continued. "Can't be," said I, immediately remembering that Steve Ditko, not Jack Kirby, penciled that final issue of the Hulk's initial run.

"No, no, these were in Larry Lieber's closet all these years, and were supposed to be for issue #6," the dealer opined. "I'll mail 'em to you when I get back home." You wouldn't believe how quickly I pulled out a business card with our new mailing address on it!

bandaged from some kind of battle. There's no evidence of such a battle in any of the published Kirby issues (#1-5). Also, the pages show Rick Jones engaged in a basketball game with a gang of thugs disguised as teenaged opponents. When the gangsters start playing dirty, Rick uses his mental link with the Hulk to summon ol' Greenskin to save the day and put the punks in their place. There's no evidence of any basketball game, or the mustachioed lead villain, in any of the published issues, so this must be from an unpublished story (probably meant for #6), right?

Yes, except for one detail: Rick's mental link with the Hulk. He gained the link in *Hulk* #3, and lost it in #4, never to return during the Hulk's original six-issue run. So either (a) Stan and/or Jack decided to give him back the mental link in #6, (b) Stan or Jack simply forgot the link was gone and put it in by mistake (and maybe that's why these pages were discarded), or (c) these are pages intended for an earlier issue. If you look back at *Hulk* #3, there's a weird transition between stories. Pages 12-15 are an oddly-inserted three-page recap of the Hulk's origin, followed by a splash page for the Ringmaster story that fills the second half of the issue. However, the pages are numbered continuously, not starting over with a new Page 1 for the Ringmaster splash page (as would happen in issues #4 and 5, which both contain two separately numbered stories). Even more telltale is the first story in #3, which starts with a big "Part 1" on the splash page; but "Part 2" never appears! Are these actually pages from a discarded sequence in #3? Did Stan eliminate this sequence to make room for an origin recap, to get new readers up to speed on the Hulk's beginnings? Or is this truly from an unseen Kirby-drawn issue #6?

Perhaps the only way we'll know for sure is if other pages ever turn up. If you spot any clues that I missed, be sure to write and let me know. But regardless, this is a remarkable find, and a great opportunity to see Jack's first generation of pencils on a character he co-created.

*(continued on page 75)*

(above) Cover pencils from *Kamandi* #32 (August 1975), the double-size issue featuring a reprint of *Kamandi* #1.

(next four pages) Pencils from the first issue of *Kamandi*.

Characters TM & ©2004 DC Comics

A few weeks later, a package arrived with the dealer's return address, and I ripped it open. There inside is the kind of thing that makes doing this magazine so worthwhile: Three pages of heretofore unknown Kirby *Hulk* pencil pages, sans dialogue.

As you can see here, they're pages 11-13 of an early 1960s *Hulk* story. But were they really meant for issue #6 of the Hulk's mag? Larry Lieber's alleged recollections aside, the answer's not 100% certain.

## THE CASE FOR & AGAINST ISSUE #6

The pages show a sequence where the Hulk is hospitalized, with his head



FOR, ALTHOUGH BRUCE BANNER CANNOT COPE WITH THE **WRECKER**, OR THE **FANTASTIC FOUR**...



--THERE IS ONE WHO **CAN**--



















74



By way of contrast, take a look at Jack's final shot at a Hulk story, from *Eternals* #16 (above). The legend goes, Jack was encouraged (some same forced) by Marvel to add classic Lee/Kirby characters to the series to boost sales. Jack didn't want to tie the *Eternals* series directly to the Marvel Universe, so as a compromise, he had them battle a cosmic-powered Hulk robot (Jack's premise being that college students built a robot based on their favorite comic book character, never explicitly stating that there was a "real" Hulk in the *Eternals'* continuity). Some people loved it, lots hated it, but it gave us one last chance to see Jack handle the Hulk in a story, and the pencils here show how far his style had evolved in fifteen years. ★

75