# EXHIBIT S



A NOT-FOR-PROFIT PUBLICATION
CELEBRATING THE LIFE & CAREER OF THE KING!
240-PAGE TRADE PAPERBACK COLLECTING #1-9!!
FOREWORD BY
MARK EVANIER
OVER THIRTY EXTRA PIECES OF
NEW KIRBY ART
SPECIAL THEME ISSUES:
FOURTH WORLD, FANTASTIC FOUR, CAPTAIN AMERICA, KID GANGS,
AND MORE!!
MULTIPLE
KIRBY INTERVIEWS
INTERVIEWS & CONTRIBUTIONS BY:
JOE SIMON,
JOE SINNOTT,
MIKE ROYER,
MARK EVANIER,
STEVE SHERMAN,
JIM STERANKO,
TONY ISABELLA, &
OTHERS!
UNPUBLISHED ART
INCLUDING PUBLISHED PAGES BEFORE THEY WERE INKED—AND
MUCH MORE!!
1996 & 1997 EISNER AWARDS NOMINEE
BEST COMICS-RELATED PUBLICATION
1997 HARVEY AWARDS NOMINEE
BEST BIOGRAPHICAL, HISTORICAL, OR JOURNALISTIC PRESENTATION

FULLY AUTHORIZED BY THE KIRBY ESTATE
THE COLLECTED
JACK KIRBY
COLLECTOR
VOLUME ONE
$21.95
In The US

JACK KIRBY

Characters © Marvel Entertainment, Inc., Artwork © Jack Kirby

REPRINTING ISSUES #1-9, PLUS *NEW MATERIAL!*

CELEBRATING THE LIFE AND CAREER OF *THE KING!*

FULLY AUTHORIZED BY THE KIRBY ESTATE

# THE COLLECTED JACK KIRBY COLLECTOR, VOLUME ONE

A TWOMORROWS ADVERTISING PRODUCTION IN ASSOCIATION WITH THE KIRBY ESTATE EDITED BY JOHN MORROW
DESIGN & LAYOUT BY JOHN & PAMELA MORROW PROOFREADING BY RICHARD HOWELL COVER COLOR BY TOM ZIUKO
CONTRIBUTORS D. BRUCE BERRY AL BIGLEY MARK EVANIER DAVID HAMILTON LARRY HOUSTON RICHARD KOLKMAN JOHN LEWANDOWSKI BRET MIXON MARK PACELLA STEVE ROBERTSON MIKE ROYER GREG THEAKSTON
SPECIAL THANKS TO MARK EVANIER RANDY HOPPE RICHARD HOWELL MARK PACELLA STEVE ROBERTSON GREG THEAKSTON MIKE THIBODEAUX TOM ZIUKO ALL THE WONDERFUL CONTRIBUTORS FROM TJKC #1-9 & OF COURSE ROZ KIRBY

This volume reprints issues #1-9 of *The Jack Kirby Collector*, plus new material
© 1997 TwoMorrows Advertising, 1812 Park Drive, Raleigh, NC 27605, USA. 919-833-8092
First printing • Printed in Canada

## DEDICATED TO:

• My beautiful, charming, and wonderfully tolerant wife *Pam*. Without you, *The Jack Kirby Collector* – and all of the other meaningful things in my life – wouldn't mean a thing.

## COPYRIGHTS:

Agent 13/Sharon Carter, Alicia Masters, Ant-Man, Ardina, Balder, Black Knight, Black Panther, Bucky, Captain America, Captain Britain, Daredevil, Dr. Doom, Dr. Strange, Dum-Dum Dugan, Falcon, Fantastic Four (Mr. Fantastic, Human Torch, Invisible Girl, Thing), Fin Fang Foom, Galactus, Giant-Man, Grey Gargoyle, Haag, Herbie, Hercules, Hu Sak, Hulk, Hydra, Ikaris, Inhumans (Black Bolt, Medusa, Gorgon, Karnak, Trition, Maximus, Crystal, Lockjaw), Iron Man, Ivan The Terrible, Janus, Ka-Zar, Kamilla, Kid Colt, Leader, Loki, Mad Thinker, Magneto, Mole Man, Molecule Man, Nick Fury, Odin, Pildoor, Princess Python, Psycho-Man, Puppet Master, Rawhide Kid, Red Ghost, Red Skull, Ringmaster, S.H.I.E.L.D., Sentinels, Sentry, Sif, Silver Surfer, Skrulls, Spider-Man, Sub-Mariner, The Indestructible, Thor, Ulik, Warriors Three (Hogun, Fandrall, Volstagg), Wasp, Wyatt Wingfoot, X-Men (Cyclops, Beast, Angel, Iceman, Marvel Girl), and Young Allies are ™ & © Marvel Entertainment Inc.

Apokolips, Atlas, Batman, Big Barda, Black Racer, Boom Tube, Boy Commandos, Brother Eye, Buddy Blank, Bug, Clark Kent, Darkseid, Demon, Desaad, Devilance, Dingbats Of Danger Street, Dr. Bedlam, Dubbilex, Esak, Female Furies (Mad Harriet, Lashina, Stompa, Bernadeth), Forever People (Vykin, Mark Moonrider, Big Bear, Serafin, Beautiful Dreamer), Four-Armed Terror, Glorious Godfrey, Guardian, Head, Highfather, Himon, Hoogin, Hunger Dogs, In The Days Of The Mob, Infinity Man, Jed, Jimmy Olsen, Kalibak, Kamandi, Kobra, Lightray, Losers, Mantis, Metron, Mr. Miracle, New Genesis, Newsboy Legion (Gabby, Scrapper, Big Words, Tommy, Flippa-Dippa), Oberon, OMAC, Orion, Robin, San Diego Five String Mob, Sandman, Scott Free, Seal Men, Shazam/Captain Marvel, Shield, Sonny Sumo, Steppenwolf, Sultan, Superman, and Whiz Wagon are ™ & © DC Comics, Inc.

Boy Explorers, Boy Heroes, Boys' Ranch, Fighting American & Speedboy are © Joe Simon & Jack Kirby

Caesar, Captain Victory, Dr. Hammer, Dragon, Floyd Custer, Galaxy Green, Jupiter Plaque, Klavus, Ramses, Robot Defender/Death Flash, Silver Star, Sky Masters, Star Cats, and Tarin are © Jack Kirby

Argosy® is a trademark of Richard Kyle • Broom Hilda is © Chicago Tribune - New York News Syndicate • Li'l Abner and Daisy Mae © Capp Enterprises, Inc. • Prisoner © ITV • Sensei © Genesis West • Snoopy and Linus are © United Media Services

All artwork is © Jack Kirby unless otherwise noted • All editorial matter is © the respective authors

Title page photo by Susan Skarr

## SUBMIT SOMETHING, AND GET FREE ISSUES OF THE JACK KIRBY COLLECTOR!

*The Jack Kirby Collector* is a not-for-profit publication, put together with submissions from Jack's fans around the world. We don't pay for submissions, but if we print art or articles you submit, we'll send you a free copy of that issue or extend your subscription by one issue. So get creative, and get writing! And as always, send us copies of your Kirby art!

## SUBMISSION GUIDELINES:

**Submit artwork in one of these forms:**
1) Clear color or black-&-white photocopies.
2) Scanned images - 300ppi IBM or Macintosh.
3) Originals (carefully packed and insured).

**Submit articles in one of these forms:**
1) Typed or laser printed pages.
2) E-mail to: twomorrow@aol.com
3) An ASCII file, IBM or Macintosh format.
4) Photocopies of previously printed articles OK

We'll pay return postage and insurance for originals – please write or call first.

# CONTENTS

Introduction *by John Morrow* .......... 4
Foreword *by Mark Evanier* .......... 5
New Portfolio Section .......... 7

**THE JACK KIRBY COLLECTOR #1** .......... 21
The *Marvelmania Portfolio* .......... 24
Blasts from the Past .......... 25
The Envelope, Please .......... 25
Sotheby's Auction .......... 26
Kirby On Tour .......... 28
Kirby Posters .......... 29
Monsters, Magic & The King .......... 30
The Kirby Clone .......... 32
Cracking The Kirby Code .......... 34

**THE JACK KIRBY COLLECTOR #2** .......... 35
A *Sandman* Sleeper .......... 38
Conversations With Jack Kirby .......... 40
*Marvelmania Portfolio* Showcase .......... 42
Kirby On Display .......... 44
The Spinner Rack .......... 45
Jack Ruby *Esquire* Art .......... 46
Kirby Kuriosities .......... 47
Marvel Letter-Writing Campaign .......... 48

**THE JACK KIRBY COLLECTOR #3**
(Captain America theme issue) .......... 49
Christie's Auction .......... 52
Kirby Quiz #2 .......... 53
Joe Simon Interview .......... 54
Historic Kirby .......... 56
My Jack Kirby Story .......... 56
1964 .......... 57
Cap Says The Darndest Things .......... 57
The Ultimate Nazi .......... 58
*Captain America* Art .......... 59
*Marvelmania Portfolio* Showcase .......... 60
More *Captain America* Art .......... 62

**THE JACK KIRBY COLLECTOR #4** .......... 63
Comic Images Cards Reviewed .......... 65
Euro-Kirby .......... 66
About Faces .......... 68
*Marvelmania Portfolio* Showcase .......... 70
Mike Royer Interview, Part One .......... 72
Convention Memories .......... 75
*Thor* Art .......... 76

**THE JACK KIRBY COLLECTOR #5** .......... 77
Essential Kirby .......... 80
Kirby At College .......... 82
Kirbymania! .......... 84
Art Imitates Life .......... 86
The Big Moment .......... 87
The Kirby-Beatles Connection .......... 88
The Jupiter Plaque .......... 88
Patriotic Hero Art .......... 89
Jack's Funny Farm .......... 90

**THE JACK KIRBY COLLECTOR #6**
(Fourth World theme issue) .......... 91
The *New Gods Portfolio* .......... 94
Steve Sherman Interview .......... 96
Kirby's Fourth World: An Appreciation .......... 100
Mike Royer Interview, Part Two .......... 102
The Captain Victory Connection .......... 105
The *Hunger Dogs* You Never Saw .......... 106
"Glory Boat" Pencils .......... 108
Hell Hath No Furies .......... 110
Mark Evanier Interview .......... 112
The Last(?) Word .......... 123
The Man Who Never Met Jack Kirby .......... 124
Fourth World Pencils .......... 125
*Hunger Dogs* Inks .......... 126

**THE JACK KIRBY COLLECTOR #7**
(Kid Gangs theme issue) .......... 127
How "Street Code" Came To Be .......... 129
Jack Kirby – Master Of Comic Book Art .......... 130
Rare Kirby Item Discovered .......... 135
Simon & Kirby's Kids Go To War! .......... 136
In Search Of... The Boy Explorers! .......... 140
Down On The Ranch .......... 144
The Unsung Heroes .......... 146
X Marks The Spot .......... 148
EXTRA! The Newsboy Legion! .......... 149
The Dingbats Of Danger Street .......... 153
The Missing Issues .......... 154
*Dingbats* Art .......... 156
Collector Comments .......... 158
Kid Gang Art .......... 160

**THE JACK KIRBY COLLECTOR #8**
(Convention issue) .......... 161
"The Man Who Was King" by Steranko .......... 164
John & Pam's Excellent Adventure .......... 168
The Kirby I Was Destined To Own .......... 171
1972 Comic Art Convention Luncheon .......... 172
Jack Meets Paul McCartney .......... 177
*Captain America* Pencils .......... 178
Jack Kirby Interview .......... 180
The Kirby Tribute Panel .......... 182
Jack Comes To AcmeCon '85 .......... 193
Collector Comments .......... 194
*Captain Victory* Pencils .......... 195
*TJKC* #8 Cover Pencils .......... 196

**THE JACK KIRBY COLLECTOR #9**
(Fantastic Four theme issue) .......... 197
Not-So-Trivial Pursuits .......... 200
The World's Greatest Comic Magazine! .......... 202
Graphic Story Review .......... 203
An Inhuman Act .......... 208
The Galactus Trilogy: An Appreciation .......... 210
Black Panther: An Archetype, Not A Stereotype .......... 215
What The Black Panther Means To Me .......... 217
Unused *Fantastic Four* #20 Cover .......... 218
Joe Sinnott Interview .......... 220
The FF & the Secret History of the '60s .......... 230
*Fantastic Four* #108: Jack's Way .......... 231
Collector Comments .......... 236
*FF Animated Series* Storyboards .......... 238
Unused *FF* Pin-Up .......... 239
*Silver Surfer* Graphic Novel Cover .......... 240

## ALPHABETICAL INDEX OF NEW KIRBY ART IN THIS VOLUME

**BOOK** **PAGE**

*Captain America*
#101, page 4 pencils .......... 17
#193, page 23 pencils .......... 17

*Captain Victory*
#3, page 1 pencils .......... 6
#4, page 8 pencils .......... 18
#8, pages 5-6 pencils .......... 195
#9, page 6 pencils .......... 18
#9 (Klavus back-up), page 2 pencils .......... 19
#10, page 3 pencils .......... 19

*Comic Reader*
#100 cover pencils .......... 7

*Fantastic Four*
#181 cover pencils .......... 236

*Fantastic Four Animated Series*
Storyboard pencils .......... 20, 238

*Hunger Dogs* Graphic Novel
Page 13 pencils .......... 12
Page 13 inks (Royer, unaltered) .......... 126
Page 35 pencils .......... 11
Page 41 pencils .......... 12
Page 41 inks (Royer, unaltered) .......... 126

*Journey Into Mystery*
#117, page 14 pencils .......... 16

*New Gods* Reprint Series (new story in #6)
#6, page 9 pencils .......... 13
#6, page 40-41 pencils .......... 14
#6, page 44 pencils .......... 13

*The Prisoner*
Page 7 pencils .......... 10
Page 10 pencils .......... 10
Page 11 pencils .......... 11

*Strange Tales*
#141, page 4 pencils .......... 16
#141, page 8 pencils .......... 167

*Superman's Pal, Jimmy Olsen*
#147, page 22 pencils .......... 15
#148, page 16 pencils .......... 15

*Thor*
#147, page 2 pencils .......... 8
#147, page 3 pencils .......... 8
#157, page 4 pencils .......... 9
#166, page 20 pencils .......... 9

**ILLUSTRATIONS** **PAGE**
The Bug (inks from *New Gods* #9) .......... 4
Self-portrait/Biography .......... 5
Captain America (pencil) .......... 7
Boys City .......... 139

*Front cover inks: Mike Royer*
*Cover color: Tom Ziuko*

K 00579

# FANTASTIC FOUR #108: JACK'S WAY

by John Morrow

*Fantastic Four* #108 has quite a history behind it. It was originally meant to be #102, but supposedly someone at Marvel felt it wasn't dialogueable. So Marvel ran the art for #103 in #102, and put this art on the shelf for a few months. Then they chopped Jack's originals up, rearranged panels, added some John Buscema filler art, changed the ending, sent the whole thing to Joe Sinnott to ink, and published it (not so coincidentally) the same month Jack's *New Gods* #1 came out at DC. The end result was a real mess that didn't make much sense.

But just how bad was Jack's original story? Judge for yourself. Presented here is our attempt to put the story back into its original form, using the Kirby art that didn't make the cut. Mitch Itkowitz came across many of the discarded pencils in the Marvel files a few years ago, and had them returned to Jack. A few panels are still missing (most notably the splash page), and you'll see those indicated by question marks. Since Jack's original story and the published version had major differences, we deleted the published dialogue and page numbers to avoid confusion. In quotes (" ") accompanying the pencil panels are Jack's original margin notes for Stan Lee to dialogue by (these are numbered to coincide with the panel numbers). With just the few margin notes here to accompany Jack's powerful art, it's easy enough to get an idea of the

*(continued on page 38)*

PAGE 2 →
1. "EVEN ANCIENTS PONDERED PROBLEM THAT STILL PLAGUES MAN TODAY." 2. "THIS RADIATION TEST WILL PROVE DATE CONCLUSIVELY." 3. "THE RAYS REACT." 4. "THIS INTENSITY METER PLACES STATUE AT 4000 B.C." 5. "THAT FIERCE FACE--THANK GOODNESS WE'VE PROGRESSED TODAY." 6. (FROM FF #108, PAGE 1. PANEL WAS CROPPED WHEN PUBLISHED.)

PAGES 3-7
(AS PUBLISHED IN FF #108, PAGES 2-6.)

K 00805



**PAGE 8**

*1-3.* (FROM FF #108, PAGE 7, PANELS 1-3.) *4.* "BEN SAYS WE BLEW IT--THE GUY GOT AWAY WITH A MILLION BUCKS." *5.* (MISSING PANEL.) *6.* "YEAH--HE'S NOW NUMBER ONE--ON THE TEN MOST WANTED FELONS!" *7.* "WE CAN'T STAY HERE! LET'S GET HIM--" "REED SAYS COOL IT--HE'S FOLLOWING A LEAD."

← **PAGE 9**

*1.* (FROM FF #108, PAGE 15, PANEL 4.) *2-4.* (MISSING PANELS, PROBABLY SHOWING SUE PLANTING A MINI-CAMERA IN JANUS' HOUSE.) *5.* (FROM FF #108, PAGE 15, PANEL 5.)

**PAGE 10**

*1-2.* (MISSING PANELS, PROBABLY SHOWING SUE PLANTING A MINI-CAMERA IN JANUS' HOUSE.) *3.* "REED IS AMAZED AT MILDNESS OF PROF, WHO IS COMPLETE OPPOSITE OF BEN'S DESCRIPTION." *4.* (MISSING PANEL.) *5.* "MEANWHILE, THE PROF'S EVIL BROTHER HAS BEEN WATCHING--HE SAYS RICHARDS MUST BE FLABBERGASTED." *6.* "PROF SAYS--WHY DID YOU HAVE TO COME AFTER ALL THESE YEARS?" "BECAUSE YOU'RE A PERFECT COVER BROTHER--"



**PAGE 11**

1. "I'VE BEEN AWAY PERFECTING MEGA-POWER. NOW--I'LL GAIN MONEY-POWER." 2. "YOU WON'T TALK. THE TOWN WON'T TALK--OR IT'S CURTAINS!" 3. "STICK WITH ME. WITH MEGA-POWER--I MAY EVEN HELP YOU WALK AGAIN." 4. "RIGHT NOW I'M GONG TO BE BUSY IN LAB. RICHARDS DIDN'T GO AWAY WITHOUT BUGGING THE HOUSE." 5. "I'VE GOT INSTRUMENTS TO TRACE HIS BUGS AND DESTROY THEM. NOW LEAVE ME." 6. "YES--MY PLANS DON'T STOP HERE--I'LL EMPTY THAT WHOLE CITY OF ITS MONEY." 7. (FROM FF #108, PAGE 7, PANEL 6.)

**PAGE 12 & 13**

(THIS PAGE WOULD'VE BEEN SPLIT INTO TWO HALF PAGES, WITH ADS RUNNING UNDER THEM--A PRACTICE THAT GOT A 20-PAGE STORY OUT OF ONLY 19 PAGES OF ART.)

1-2. (FROM FF #108, PAGE 8, PANEL 2 AND 3.) 3. (FROM FF #108, PAGE 8, PANEL 6.) 4. (FROM FF #108, PAGE 9, PANEL 1.) 5. "WHAT HAPPENED?" "BEN SAYS--REED'S MINI-CAMERA BLEW UP IN OUR FACES--THAT'S WHAT!" 6. "THAT WAS NO MALFUNCTION--THAT WAS MEGA-POWER. LISTEN SUE--I HAVE A NUTTY IDEA--"

K 00807



*(continued from page 35)*

story he set out to tell originally.

Some of the later pages were renumbered more than once, making reassembly a difficult task (apparently, the hatchet job went through several revisions). One thing that helped immensely in reassembling this story was the fact that Jack worked on a grid. By simply following his standard *FF* grid from that period, you can tell if panels were falling in the right place on a given page.

There were some major differences in the two versions. Just what is going on in the introduction on page 2 is unclear (especially without a splash page to get the ball rolling), and maybe this confusion at the opening of the story is the reason Marvel decided it was unusable. Unlike the published version of this story, Jack's version dealt with a force called Mega-Power, not Nega-Power, and had nothing to do with the Negative Zone. And the villain Janus doesn't die in the end (a plot twist that I always thought seemed very un-Kirbylike).

This story didn't break any new ground, but there are some really nice bits that got left on the Bullpen floor; those simple, down-to-earth touches like Reed and Sue's casual clothes on page 2 and the Thing's sweater on page 8, and Sue taking baby Franklin from Crystal on page 2. These seemingly minor details make the FF seem like real people, and were a big part of the sense of family you felt reading the books. The very lack of this type of storytelling detail is one of the reasons the FF has never reached the heights it attained while Jack was on it.

But rather than dwell on the negative, let's simply enjoy this look at one of Jack's final efforts on the *FF*, as he originally intended it to be seen. ④

**PAGE 14**
(AS PUBLISHED IN FF #108, PAGE 10.)

**PAGE 15**
**1-4.** (FROM FF #108, PAGE 11, PANEL 1-4.) **5.** (FROM FF #108, PAGE 12, PANEL 2.) **6.** "HE SEES PLANE! I CAN'T LEAVE WITHOUT A PARTING SHOT--"

**PAGE 16**
**1-2.** (FROM FF #108, PAGE 13, PANEL 1-2. ORIGINALS WERE CROPPED.) **3-7.** (FROM FF #108, PAGE 14, PANEL 1-5.)

**PAGE 17**
**1-2.** (FROM FF #108, PAGE 14, PANEL 6-7.)
**3.-5.** (FROM FF #108, PAGE 15, PANEL 1-3.)
**6.-7.** (FROM FF #108, PAGE 16, PANEL 3-4.)

**PAGE 18**
**1-2.** (FROM FF #108, PAGE 16, PANEL 5-6.)
**3.-7.** (FROM FF #108, PAGE 17, PANEL 1-5.)

K 00808

**PAGE 19**

1. (FROM FF #108, PAGE 17, PANEL 6.) 2.-3. (NO MARGIN NOTES VISIBLE.) 4. "SHE GRABS GUN BEFORE TWIN CAN REACH FOR IT." "REED SAYS--USE GUN TO COVER BAD TWIN, SUE!" 5. "REED SAYS TO GOOD TWIN-YOU'RE A FOOL YOU KNOW. THE CRIMINAL'S PATH IS NO SOLUTION." 6. (MARGIN NOTES ARE ERASED.) 7. "REED TOUCHES GOOD TWIN'S FEET WITH TRIGGER." (THE PAGE NUMBER "19" HAS BEEN ERASED, BUT IS VISIBLE.)

**PAGE 20**

1. (MARGIN NOTES HAVE BEEN ERASED.) 2. "WHO CAN TELL WHAT MEGA-POWER CAN DO?" 3. "DON'T TRUST HIM! GET HIM WHILE YOU CAN! I'LL HANDLE THE GIRL!" (NOTE THE SCALLOPED CORNERS, INDICATING THIS WAS CONSIDERED FOR A FLASHBACK SCENE IN FF #108.) 4. (MARGIN NOTES HAVE BEEN ERASED.) 5.-7. (MISSING PANELS.)