# EXHIBIT T

...TING AND LITHOGRAPHING CO. of N. Y., Inc.
...N. Y.
...rating Unit of Western Publishing Company, Inc.

**Request for Payment**   Date March 24, 1965

Pay to  DON HECK
Address ...
...
11720

Note
Payments made
from original
copy only

Job No. ............ Entered ............
Approved W. J. Green
Prepared by ............ Per ............
Charge to Atrich HM account

For the following:   ☒ Pencil   ☐ Manuscript   ☐ Editorial   ☐ Inking   ☐ Lettering   ☐ Art   ☐ Other

THE JONAH VOYAGE OF THE SEAVIEW
(Name of script, continuity or other material)

32 Units @ $ 17.50 per Unit   Amount $560.00

DESCRIPTION OF PUBLICATION   VOYAGE TO THE BOTTOM OF THE SEA

ISSUE  #3   MONTH  JULY   CUSTOMER  GOLD KEY

### RELEASE, TRANSFER AND ASSIGNMENT FOR ART WORK OR MANUSCRIPT

I hereby release, transfer, and assign to Western Printing and Lithographing Company, Operating Unit of Western Publishing Company, Inc., (hereinafter referred to as "Western"), and its successors, privies, and assigns forever, without limitation as to time, including the renewal of copyright, all rights of every kind and nature in or to Art Work, Manuscript, or other work indicated above which I have prepared and delivered or which I may agree to prepare and deliver to Western. The sum received by me hereunder from Western, in the amount indicated above, shall be payment in full for said Art Work, Manuscript, or other work indicated above, and is the consideration for the right herein granted to Western.

I further agree that Western may use the Art Work, Manuscript, or other work indicated above in any way whatsoever, in whole or in part, in edited or altered or changed form. Western, at its discretion, may use my name in connection with the use of said Art Work, Manuscript, or other work indicated above, except that if Western materially alters or changes any of the same, Western may not thus use my name as the sole author or artist without my consent. Nothing herein contained shall be construed as obligating Western to use said Art Work, Manuscript, or other work indicated above or adaptations or results thereof.

I agree to execute any and all instruments that may be necessary or proper to confirm Western's ownership and assignments thereof to Western. If said Art Work, Manuscript, or other work indicated above or any adaptations or results thereof feature or are used in connection with any character owned by or under license to Western, Western assumes all responsibility for having engaged me to prepare material featuring or using any such licensed or controlled character, and I recognize that any work thereby becomes a part of such owned or licensed material, and I am not entitled to claim authorship and, further, I agree not to make any public announcement of my connection with such use without Western's written permission.

I affirm that said Art Work, Manuscript, or other work indicated above is and will be original with me and the product of my own efforts, and that the same shall be free of any claim of any third person or party.

This RELEASE, TRANSFER AND ASSIGNMENT shall continue from date to the end of the current calendar year and for one (1) calendar year thereafter, and shall automatically continue from year to year thereafter unless either party notifies the other in writing. I understand that Western may at any time cease to order Art Work, Manuscript, or other work indicated above to be prepared by me for delivery to Western, but this shall not affect the release, transfer and assignment of said rights hereunder on any Art Work, Manuscript, or other work indicated above prepared and delivered by me to Western as aforesaid, and I specifically understand that all rights as stated herein to any Art Work, Manuscript, or other work indicated above that is accepted by Western shall not revert to me as a result of any termination hereof.

The above material was shipped by me to Western Printing and Lithographing Co. of Poughkeepsie, N.Y.

on ............ (Date)   via ............ (Parcel Post, Express, etc)

Signed by  Don Heck

**IMPORTANT!** All the above information must be furnished and this form must be signed before payment can be made. Please list no more than 1 job on each request.

Return immediately one signed copy of this Release, Transfer and Assignment to WESTERN PRINTING AND LITHOGRAPHING COMPANY, Rights & Royalties Department, Racine, Wisconsin.

NY   N₀   3675

K 01790

WESTERN PRINTING AND LITHOGRAPHING CO  POUGHKEEPSIE, N Y

No 20139

| TRANS. CODE | VENDOR NUMBER | YOUR DATE | INVOICE NUMBER | ENTRY DATE | GROSS AMOUNT | DISCOUNT AND ALLOWANCE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 1. YOUR INVOICE | 1  08423 | 03-21-5 | 3675 | 03-30 | 560.00 | | 560.00 |
| 2. YOUR CREDIT MEMO | | | | | | | |
| 3. OUR DEBIT MEMO | | | | | | | |
| 4. OUR CREDIT MEMO | | | | | | | |
| 5. SPECIAL VOUCHER | | | | | | | |
| IF INCORRECT PLEASE RETURN ALL PAPERS AT ONCE. | | | | | | | |
| PLEASE DETACH BEFORE DEPOSITING — TOTALS FOR THIS PAYMENT | | | | | 560.00 | | 560.00 |

### RELEASE, TRANSFER AND ASSIGNMENT FOR ART WORK OR MANUSCRIPT

I hereby release, transfer, and assign to Western Printing and Lithographing Company, Operating Unit of Western Publishing Company, Inc., hereinafter referred to as "Western", and its successors, privies, and assigns forever, without limitation as to time, including the renewal of copyright, all rights of every kind and nature in or to Art Work, Manuscript, or other work indicated above which I have prepared and delivered or which I may agree to prepare and deliver to Western. The sum received by me hereunder from Western, in the amount indicated above, shall be payment in full for said Art Work, Manuscript, or other work indicated above, and is the consideration for the right herein granted to Western.

I further agree that Western may use the Art Work, Manuscript, or other work indicated above in any way whatsoever, in whole or in part, in edited or altered or changed form. Western, at its discretion, may use my name in connection with the use of said Art Work, Manuscript, or other work indicated above, except that if Western materially alters or changes any of the same, Western may not then use my name as the sole author or artist without my consent. Nothing herein contained shall be construed as obligating Western to use said Art Work, Manuscript, or other work indicated above or adaptations or results thereof.

I agree to execute any and all instruments that may be necessary or proper to confirm Western's ownership and assignments thereof to Western. If said Art Work, Manuscript, or other work indicated above or any adaptations or results thereof feature or are used in connection with any character owned by or under license to Western, Western assumes all responsibility for having engaged me to prepare material featuring or using any such licensed or controlled character, and I recognize that my work thereby becomes a part of such owned or licensed material, and I am not entitled to claim authorship and, further, I agree not to make any public announcement of my connection with such use without Western's written permission.

I affirm that said Art Work, Manuscript, or other work indicated above is and will be original with me and the product of my own efforts, and that the same shall be free of any claim of any third person or party.

This RELEASE, TRANSFER AND ASSIGNMENT shall continue from date to the end of the current calendar year and for one (1) calendar year thereafter, and shall automatically continue from year to year thereafter unless either party notifies the other in writing. I understand that Western may at any time cease to order Art Work, Manuscript, or other work indicated above to be prepared by me for delivery to Western, but this shall not affect the release, transfer and assignment of said rights hereunder on any Art Work, Manuscript, or other work indicated above prepared and delivered by me to Western as aforesaid, and I specifically understand that all rights as stated herein to any Art Work, Manuscript, or other work indicated above that is accepted by Western shall not revert to me as a result of any termination hereof.

The above material was shipped by me to Western Printing and Lithographing Co. of Poughkeepsie, N.Y.

on .................... (Date)    via .................... (Parcel Post, Express, etc)

Signed by  Don Heck

IMPORTANT! All the above information must be furnished and this form must be signed before payment can be made. Please list no more than on each request.

Return immediately one signed copy of this Release, Transfer and Assignment to WESTERN PRINTING AND LITHOGRAPHING COMPANY, Righ Royalties Department, Racine, Wisconsin.

NY  No  3675

K 01789