EXHIBIT W



# CONTENTS:

ABBREVIATIONS ........................................................................................................... 3

PUBLISHED COMIC BOOKS .................................................................................... 5

SUPPLEMENTAL MATERIAL
NEWSPAPER COMIC STRIPS • PANELS ............................................................ 86
FINE ART • EXHIBITIONS ...................................................................................... 87
PERIODICALS ......................................................................................................... 87
BOOKS ................................................................................................................... 103
VIDEOS • DVD • CD-ROM .................................................................................. 106
PORTFOLIOS • POSTERS • CALENDARS ...................................................... 106
CARDS .................................................................................................................. 108
ANIMATION • MOVIE DEVELOPMENT • RADIO • TELEVISION • THEATRE ......... 109
MISCELLANEOUS ............................................................................................... 111
PUBLISHED • UNVERIFIED ............................................................................... 113
UNPUBLISHED .................................................................................................... 113
UNPUBLISHED • UNTITLED • UNKNOWN ..................................................... 121
COVER RE-CREATIONS .................................................................................... 121
NOVELS • SHORT STORIES • ESSAYS .......................................................... 121
FAMILY • PERSONAL ......................................................................................... 121

KIRBY PENCIL ARCHIVES ..................................................................................... 122

This Checklist is an updated version of the one produced in 1998. This final version was compiled by Richard Kolkman, with contributions since 1998 from these people, who have our thanks for their hard work:

| | | | | |
|---|---|---|---|---|
| Brad Alexander | Shane Foley | Axel Kahlstorff | Al Milgrom | Greg Stumberg |
| Ger Apeldoorn | William Gee | Gene Kehoe | Tom Morehouse | Carl Taylor |
| Blake Bell | Jeff Gelb | Ted Krasniewski | John Morrow | Stan Taylor |
| Derrick Bostrum | Paul Gravett | John Libertine | Rick Norwood | Daniel Tesmoingt |
| Jerry Boyd | Chris Green | Jim Long | Barry Sandoval | Greg Theakston |
| Nicholas Caputo | Christopher Harder | Geoffrey H. Mahfuz | Andrew Smith | Joel Thingvall |
| Daryl Coats | Ed Hatton | Clifton Marley | Fred Smith | R.J. Vitone |
| Jean Depelley | Bob Heer | Rich Mayone | Dr. Thomas Sodano | Jamie Wilson |
| Jean-Pierre Dupont | Frank R. Johnson | Harry Mendryk | Jim Stenanko | Bruce Younger |

## INTERNET WEB SITES ABOUT JACK KIRBY

The Jack Kirby Museum:  http://www.kirbymuseum.org
Jack Kirby Web Experience:  http://www.kingkirby.com
Jack Kirby Collector:  http://www.twomorrows.com
Pure Imagination:  http://www.pureimages.com/kirby.html
Joe Simon Home Page:  http://www.simoncomics.com
Who's Who of American Comic Books (1928-1999):  http://www.bailsprojects.com
Never Reprinted Atlas Kirby:  http://ihatesomething.cineroom.org/collectors_corner/kirby_monsters_never_reprinted.html

JM 00310

# Jack Kirby ~ CHECKLIST
### GOLD EDITION



TwoMorrows Publishing
Raleigh, North Carolina

JM 00311

We're proud to present this final Gold Edition of the *Jack Kirby Checklist*. The starting point for the original 1998 version was the outstanding list compiled for Ray Wyman & Catherine Hohlfeld's book *The Art Of Jack Kirby*. Kirby fans around the world looked over that list and sent us their additions, deletions, and corrections, resulting in the 1998 Silver Edition. In the ten years since its publication, numerous corrections and additions have been submitted, and all are incorporated into this expanded, updated edition.

We hesitate to call this a "final" version; since Jack Kirby was so prolific, we're bound to have missed any number of obscure Kirby pieces. Also, a catalog of his animation work (storyboards, concept drawings, etc.) could easily fill a separate book this size, if such a list were possible (and it's probably not, since most of that work will never be seen by the public). We've tried to include as much of that work as is known, while focusing on improving the original list of Jack's published comics work, to make it as complete as possible. This list includes a cross-reference notation of where stories have been reprinted, following the story's original listing (so fans can easily find inexpensive reprints of expensive original editions).

Lastly, we've added a catalog of the Kirby Pencil Archives, listing all the pages of Kirby's work from the 1960s-1980s, of which photocopies exist in their original pencil form, before inking.

This Checklist will be continually updated at www.kirbymuseum.org, so if you find omissions or errors on this list, we encourage you to send them in. We hope this will be a valuable aid to Kirby fans everywhere. Happy hunting!



## KEY

Published by: TwoMorrows Publishing • 10407 Bedfordtown Drive • Raleigh, NC 27614
Phone: (919) 449-0344 • e-mail: twomorrow@aol.com • web: www.twomorrows.com

ISBN-13: 9781605490052 • First printing • July 2008 • Printed in Canada

Entire contents ©2008 TwoMorrows Publishing and the Jack Kirby Estate. This list is intended for the private use of collectors only, and may not be reproduced in any form without permission from the copyright holders. Original list from *The Art Of Jack Kirby*, published and ©1993 by Blue Rose Press and the Jack Kirby Estate. Research and compilation: Ray Wyman, Jr., Catherine L. Hohlfeld, and Robert C. Crane. Sources: Jim Vadeboncoeur, Jr., Greg Theakston, *Overstreet's Comic Book Price Guide*, George Olshevsky's *Marvel Comic Index*, and dozens of Kirby fans and comic book collectors. List Editors: Hohlfeld & Wyman.

Beautiful Dreamer, Ben Boxer, Boy Commandos, Brooklyn, Darkseid, Demon, Forever People, Gabby, Hawkman, Jimmy Olsen, Kamandi, Kobra, Manhunter, Merlin, Mr. Miracle, OMAC, Sandman, Toxl TM & ©2008 DC Comics • 3-D Man, Avengers, Black Panther, Capt. America, Crystal, Devil Dinosaur, Dr. Doom, Goliath, Goom, Hawkeye, Hulk, Human Torch, Ikaris, Iron Man, Ka-Zar, Kraven, Loki, Machine Man, Nick Fury Sgt. Fury, Scarlet Witch, Silver Surfer, Spider-Man, Steve Rogers, Thing, Thor, Wasp, X-Men TM & ©2008 Marvel Characters, Inc. • Bullseye, Stuntman TM & ©2008 Joe Simon and Jack Kirby Estate • Mysteman, Mystic, Robot, Spacehead, Trolls TM & ©2008 Jack Kirby Estate • Conan TM & ©2008 Conan Properties • Green Hornet, Charlie Chan TM & ©2008 respective holders.

JM 00312

## ACTION COMICS

National Periodical Publications (DC Comics)  *See Adventure Comics, Superman, Superman Annual*

- 252 May 1959: "The Menace Of Metallo" (Superman) 13p Kirby - (plot) (R: *Superman* 217, *Superman Annual* 2)
- 449 Jul 1975: (r: ADV 252) "Mystery Of The Giant Arrows" 6p // (r: ADV 253) "Prisoners Of Dimension 0" 5p
- 638 Feb 1989: Kirby/Austin - c (Demon; last work for DC)

## ADVENTURE COMICS

National Periodical Publications (DC Comics)  *See All-Star Comics, Best of DC Digest, DC Special Blue-Ribbon Digest, DC Universe Christmas, Detective Comics, First Issue Special, Forever People, Greatest Fifties Stories Ever Told, Green Arrow by Jack Kirby, Limited Collectors' Edition, Microcolour, New Gods, 100 Page Super Spectacular, Sandman, Secret Origins of the DC Super-Heroes, Showcase Presents: Green Arrow, Star-Spangled Comics, Super-Team Family, World's Finest Comics*

- 72 Mar 1942: "Riddle Of The Slave Market" (first S&K Sandman; first work for DC) 10p Kirby/Simon - a (R: MC)
- 73 Apr 1942: Kirby/Simon - c (Manhunter) // "The Buzzard's Revenge" (first S&K Manhunter; origin) 10p Kirby/Simon - a (R: MC, NG 4) // "Bells Of Madness" (Sandman) 10p Kirby/Simon - a (R: MC)
- 74 May 1942: Kirby/Simon - c (Sandman) // "The Man Who Knew All The Answers" (Sandman) 10p Kirby/Simon - a (R: ADV 498, FP 9, MC) (Gardner Fox script R: AE V3#21) // "Scavenger Hunt" (Manhunter) 9p Kirby/Simon - a (R: MC, NG 5)
- 75 Jun 1942: Kirby/Simon - c (Sandman) // "Beware Of Mr. Meek" (Manhunter) 9p Kirby/Simon - a (R: MC, NG 6) // "The Villain From Valhalla" (Sandman vs character named "Thor") 10p Kirby/Simon - a (R: ADV 499, FP 6, MC)
- 76 Jul 1942: Kirby/Simon - c (Sandman) // "Mr. Noah Raids The Town" (Sandman) 10p Kirby/Simon - a (R: MC) // "The Legend Of The Silent Bear" (Manhunter) 9p Kirby/Simon - a (R: MC, NG 7)
- 77 Aug 1942: Kirby/Simon - c (Sandman) // "Dreams Of Doom" (Sandman) 10p Kirby/Simon - a (R: ADV 496, FP 8, MC) // "The Stone Of Vengeance" (Manhunter) 9p Kirby/Simon - a (R: MC, NG 8)
- 78 Sep 1942: Kirby/Simon - c (Sandman) // "The Lady And The Tiger" (Manhunter) 9p Kirby/Simon - a (R: MC, NG 9) // "The Miracle Maker" (Sandman) 10p Kirby/Simon - a (R: MC)
- 79 Oct 1942: Kirby/Simon - c (Sandman) // "Footprints In The Sands Of Time" (Sandman) 10p Kirby/Simon - a (R: MC) // "Cobras Of The Deep" (Manhunter) 9p Kirby/Simon - a (R: DC 440, MC)
- 80 Nov 1942: Kirby/Simon - c (Sandman) // "The Man Who Couldn't Sleep" (Sandman) 10p Kirby/Simon - a (R: ADV 491, FP 7, MC) // "Man Trap Island" (final S&K Manhunter) 9p Kirby/Simon - a (R: MC) *(See FIS 5 for last Kirby Manhunter)*
- 81 Dec 1942: Kirby/Simon - c (Sandman) // "A Drama In Dreams" (Sandman) 10p Kirby/Simon - a (R: 100PSS DC-15, MC)
- 82 Jan 1943: Kirby/Simon - c (Sandman) // "Santa Fronts For The Mob" (Sandman) 10p Kirby/Simon - a (R: DCUC, LCE C-43, MC)
- 83 Feb 1943: Kirby/Simon - c (Sandman) // "The Lady And The Champ" (Sandman) 9 1/2p Kirby/Simon - a (R: MC)
- 84 Mar 1943: Kirby/Simon - c (Sandman) // "Crime Carnival" (Sandman) 10p Kirby/Simon - a (R: ADV 495, FP 5, MC)
- 85 Apr 1943: Kirby/Simon - c (Sandman) // "The Unholy Dreams Of Gentleman Jack" (Sandman) 10p Kirby/Simon - a (R: ADV 492, FP 4, MC)
- 86 May 1943: Kirby/Simon - c (Sandman) // "The Boy Who Was Too Big For His Breeches" (Sandman) 10p Kirby/Simon - a (R: MC)
- 87 Aug 1943: Kirby/Simon - c (Sandman) // "I Hated The Sandman" (Sandman) 10p Kirby/Simon - a (R: MC, WFC 226)
- 88 Oct 1943: Kirby/Simon - c (Sandman) // "The Cruise Of The Crescent" (Sandman) 10p Kirby/Simon - a (R: MC)
- 89 Dec 1943: Kirby/Simon - c (Sandman) // "Prisoner Of His Dreams" (Sandman) 10p Kirby/Simon - a (R: MC)
- 90 Feb 1944: Kirby/Simon - c (Sandman) // "Sleepy Time Crimes" (Sandman) 10p Kirby/Simon - a (R: MC)
- 91 Apr 1944: Kirby/Simon - c (Sandman) // "Courage à la Carte" (Sandman) 10p Kirby/Simon - a (R: MC)
- 92 Jun 1944: Kirby/Simon - c (Sandman) (R: MC)
- 93 Aug 1944: Kirby/Simon - c (Sandman) (R: MC)
- 94 Oct 1944: Kirby/Simon - c (Sandman) (R: MC)
- 95 Dec 1944: Kirby/Simon - c (Sandman) (R: MC)
- 96 Feb 1945: Kirby/Simon - c (Sandman) (R: MC)
- 97 Apr 1945: Kirby/Simon - c (Sandman) (R: MC)
- 98 Jun 1945: Kirby - c(p) (caveman figure only) (R: MC)
- 100 Oct 1945: Kirby Simon - c (Sandman) // "Sweets For Swag" (Sandman; first post-WWII work) 10p Kirby - a(I) (R: MC)
- 101 Dec 1945: Kirby/Simon - c (Sandman)
- 102 Feb 1946: Kirby/Simon - c (Sandman) // "Dream Of Peter Green" (Sandman) 10p Kirby/Simon - a *(See Sandman 1 for last S&K Sandman)*
- 250 Jul 1958: "The Green Arrows Of The World" (Green Arrow) 6p Kirby/Rosalind Kirby - a (R: DCSBRD 23, GAJK, SPGA)
- 251 Aug 1958: "The Case Of The Super-Arrows" (Green Arrow) 6p Kirby (script) Kirby/Rosalind Kirby - a (R: GAJK, SPGA)
- 252 Sep 1958: "The Mystery Of The Giant Arrows" (Green Arrow) 6p Kirby/Rosalind Kirby - a (R: AC 449, DCSBRD 23, GAJK, GFSET, SPGA)
- 253 Oct 1958: "Prisoners Of Dimension Zero" (Green Arrow) 6p Kirby/Rosalind Kirby - a (R: AC 449 (partial), DCSBRD 23, GAJK, GFSET, SPGA)
- 254 Nov 1958: "The Green Arrow's Last Stand" (Green Arrow) 6p Kirby/Rosalind Kirby - a (R: GAJK, SPGA, STF 9)
- 255 Dec 1958: "The War That Never Ended" (Green Arrow) 5 1/2p Kirby/Rosalind Kirby - a (R: GAJK, SPGA)
- 256 Jan 1959: "The Green Arrow's First Case" (Green Arrow) 6 1/2p Kirby/Rosalind Kirby - a (R: DCSBRD 9, GAJK, SODCSH, SPGA, WFC 187)

Digest-sized format # 491—503

- 491 Sep 1982: (r: ADV 80) "The Man Who Couldn't Sleep" 10p
- 492 Oct 1982: (r: ADV 85) "The Unholy Dreams Of Gentleman Jack" 10p
- 495 Jan 1983: (r: ADV 84) "Crime Carnival" 10p
- 496 Feb 1983: (r: ADV 77) "Dreams Of Doom" 10p
- 498 Apr 1983: (r: ADV 74) "The Man Who Knew All The Answers" 10p
- 499 May 1983: (r: ADV 75) "The Villain From Valhalla" 10p
- 503 Sep 1983: (r: SSC 7) "Newsboy Legion" 13p



PUBLISHED COMIC BOOKS

JK 00315

### ADVENTURES IN 3-D
Harvey Publications   *See Captain 3-D*
2  Jan 1954:   **Advertisement** (unpublished *Captain 3-D* #2 cover—vs "Infinity") 1p Kirby - a(p)

### ADVENTURES OF THE FLY
Archie Publications / Radio Comics   *See Adventures of the Fly, Archie...Archie Andrews Where Are You?, Archie Comics Digest, Archie's Super-Hero Special, Blue Ribbon Comics, Double Life of Private Strong, Fly, Hyper-Classics, Little Archie Comics Digest Annual*
1  Aug 1959:   Kirby - c // **"The Strange New World Of The Fly"** 6p Kirby - a(p) (R: AAAWAY 8, AOTF, BRC V2#1) // **"The Fly Strikes"** 2p Kirby - a(p) (R: AOTF, BRC V2#1) // **"The Fly Discovers His Buzz Gun"** 5p Kirby - a(p) (R: AOTF, BRC V2#1) // **"Come Into My Parlor"** 7p Kirby - a(p) (R: ACD 33, AOTF, BRC V2#1) // **"Sign Of The Triangle"** 1p Kirby - a(i) (R: AOTF) (note: series edited by Joe Simon)
2  Sep 1959:   (c: swipe from CAC 7) // **"Sneak Attack"** (Private Strong) 2p Kirby - a(p) // **"Marco's Eyes"** 8p Kirby - a(p) (R: AOTF, ASHS 1) // **"The Master Of Junk-ri-la"** 6p Kirby - a(p) (R: AOTF, BRC V2#1)

### ADVENTURES OF THE FLY
Archie Publications   *See Adventures of the Fly*
1  2004:   (r: c, AOTF 1) "The Strange New World Of The Fly" 6p // (r: AOTF 1) "The Fly Strikes" 2p // (r: AOTF 1) "The Fly Discovers His Buzz Gun" 5p // (r: AOTF 1) "Come Into My Parlor" 7p // (r: AOTF 1) "Sign Of The Triangle" 1p // (r: c AOTF 2 swiped from CAC 7) // (r: AOTF 2) "Marco's Eyes" 8p // (r: AOTF 2) "The Master Of Junk-ri-la" 6p

### AIRBOY COMICS
Hillman Periodicals   *See Complete Jack Kirby, Jack Kirby Reader*
V4#4  May 1947:   Kirby/Simon - c (R: CJK 3)
V4#5  Jun 1947:   **"Link Thorne, The Flying Fool"** (Flying Fool) 8p Kirby/Simon - a (R: CJK 4)
V4#6  Jul 1947:   **"Dynamite"** (Flying Fool) 8p Kirby/Simon - a (R: CJK 4)
V4#7  Aug 1947:   **"You Can't Beat Cupid"** (Flying Fool) 8p Kirby/Simon - a (R: CJK 4)
V4#8  Sep 1947:   **"His Brother's Keeper"** (Flying Fool) 8p Kirby/Simon - a (R: JKR 1)
V4#9  Oct 1947:   **"Larceny In Old Lace"** (Flying Fool) 8p Kirby/Simon - a
V4#10  Nov 1947:   **"Face In The Storm"** (Flying Fool) 8p Kirby/Simon - a (R: JKR 2)
V4#11  Dec 1947:   **"Peril Paradise"** (Flying Fool) 8p Kirby/Simon - a

### ALARMING TALES
Harvey Publications (Western Tales)   (series edited by Joe Simon)
*See Hyper-Classics, Jack Kirby Collector, Jack Kirby Reader, Modern Art, Shocking Tales Digest, Unearthly Spectaculars*
1  Sep 1957:   Kirby - c(p) // **Contents** 1p Kirby - a(p) // **"The Cadmus Seed"** 5p Kirby - a(p) (R: JKR 2, STD 1) // **"Logan's Next Life"** 2p Kirby - a(p) (R: STD 1, US 3) // **"The Fourth Dimension Is A Many Splattered Thing"** 5p Kirby - a(p) (R: *Modern Art*, STD 1) // **"The Last Enemy"** 6p Kirby - a(p) (note: Kamandi prototype story) (R: STD 1) // **"Donnegan's Daffy Chair"** 4p Kirby - a(p) (R: STD 1, TJKC 46) *(See TJKC 34: Black Cat Mystery 59 (unpub. cover)*
2  Nov 1957:   **"Hole In The Wall"** 6p Kirby - a(p) (R: STD 1) // **"The Big Hunt"** 4p Kirby - a(p) (R: STD 1) // **"The Fireballs"** 5p Kirby - a(p) (R: STD 1) // **"I Want To Be A Man"** 5p Kirby - a(p) (R: STD 1, TJKC 40)
3  Jan 1958:   Kirby - c(p) // **"This World Is Ours"** 5p Kirby - a(p) (R: TJKC 45)
4  Mar 1958:   **"Forbidden Journey"** 5p Kirby - a

### ALL FOR LOVE
Prize Publications
V3#2  Aug 1959:   **"Love For A Lifetime"** 5p Kirby - a(p)

### ALL-NEW COMICS
Family Comics (Harvey Publications)   *See Boy Explorers Comics, Simon & Kirby Classics, Stuntman Comics*
13  Jul 1946:   **"Stuntman Battles The Diamond Curse"** (Stuntman) 13p Kirby/Simon - a (R: SKC 1) // **Advertisement** (Stuntman) 1p Kirby/Simon - a // **Advertisement** (*Boy Explorers Comics* 2) Kirby/Simon - a

### ALL-SLUG COMICS
Graphic Story Guild   *See New Gods*
5  1976:   **Lightray** 1p Kirby/McLaughlin - a

### ALL-STAR COMICS
All-American / National Periodical Publications (DC Comics)   *See Adventure Comics, DC All-Star Archives, Microcolour*
14  Dec 1942:   **Untitled** (Sandman) 6p Kirby/Simon - a (R: ASA 3, MC)
15  Feb 1943:   **Untitled** (Sandman) 6p Kirby/Simon - a (R: ASA 4, MC)
16  Apr 1943:   **Untitled** (Sandman) 6p Kirby/Simon - a (R: ASA 4, MC)
17  Jun 1943:   **"The Tree That Grew Money"** (Sandman) 6p Kirby/Simon - a (R: ASA 4, MC)
19  Win 1943:   **"Jaws Of The Underworld"** (Sandman) 5p Kirby/Simon - a (R: MC, ASA 5)

### ALL-STAR WESTERN
National Periodical Publications (DC Comics)
99  Feb 1958:   **"Ambush At Smoke Canyon"** 6p Kirby/Giacoia - a



JM 00316

### CAPTAIN VICTORY AND THE GALACTIC RANGERS
Jack Kirby Comics   b/w format
1 Jul 2000:   (r: CV 12) c,bc (wraparound) // (reconfigured artwork repro from: CV 1-6,8,9,11,13 and re-written by Jeremy Kirby) 28p (note: pg. 18-19 top panel previously unpublished) // **Raam** 1p Kirby - art(p) // **Super Troopers** 1p Kirby - a(p)
2 Sep 2000:   (r: bc CV 7) (cover pastiche, vignette r: CV 3) // (r: bc CV 4) bc // (reconfigured artwork repro from: CV1-4,13 and re-written by Jeremy Kirby) 26p // **Damid** 1p Kirby - a(p) // **Goozlebobber** 1p Kirby - a(p) // **Mandisaurus** 1p Kirby - a(p) // **Multi-Man** 1p Kirby - a(p) // (r: bc CV 9) Director Chusang 1p
3 Jan 2001:   (online version published at: http://www.kingkirby.com)

### CAPTAIN VICTORY: GRAPHITE EDITION
TwoMorrows   b/w original pencil art format
1 Jun 2003:   Kirby/Royer - c // **"Captain Victory And His Galactic Rangers"** 49p Kirby - a(p) (note: some Royer inks) // **"Captain Victory And The Lightning Lady"** 3p Kirby/Sherman - (screenplay text) // **Untitled** bc Kirby - a(p)

### CHALLENGERS OF THE UNKNOWN
National Periodical Publications (DC Comics)   *See Challengers of the Unknown Archives, DC Comics Presents, Showcase, Super DC Giant*
Kirby writing on issues #2-8
1 Apr 1958:   Kirby - c // **Intro** 1p Kirby/Stein - a (R: COU 78, COUA 1, SDCG S-25, SPCOU) // **"The Man Who Tampered With Infinity"** 14p Kirby/Stein - a (R: COUA 1, SPCOU) // **"The Human Pets"** 10p Kirby/Stein - a (R: COU 79, COUA 1, SPCOU)
2 Jun 1958:   Kirby - c // **"The Traitorous Challenger"** 10p Kirby/Stein - a (R: COU 76, COUA 1, SPCOU) // **"The Monster Maker"** 14p Kirby/Stein - a (R: COU 79, COUA 1, SPCOU)
3 Aug 1958:   Kirby - c // **"The Secret Of The Sorcerer's Mirror"** 12p Kirby/Premiani - a (R: COU 76, COUA 2, SPCOU) // **"Menace Of The Invincible Challenger"** 12p Kirby/Klein - a (R: COUA 2, SPCOU)
4 Oct 1958:   Kirby - c // **"The Wizard Of Time"** 25p Kirby/Wood - a (R: COUA 2, SDCG S-25, SPCOU) *(See TJKC 17)*
5 Dec 1958:   Kirby - c // **"The Riddle Of The Star-Stone"** 25p Kirby/Wood - a (R: COUA 2, SPCOU)
6 Feb 1959:   Kirby - c // **"Captives Of The Space Circus"** 15p Kirby/Wood - a (R: COUA 2, SDCG S-25, SPCOU) // **"The Sorceress Of Forbidden Valley"** 10p Kirby/Wood - a (R: COU 78, COUA 2, SPCOU)
7 Apr 1959:   Kirby - c // **"The Beasts From Planet Nine"** 13p Kirby/Wood - a (R: COUA 2, SPCOU) // **"The Isle Of No Return"** 12p Kirby/Wood - a (R: COU 78, COUA 2, SPCOU)
8 Jun 1959:   Kirby/Wood - c // **"The Man Who Stole The Future"** 12p Kirby/Wood - a (R: COUA 2, SDCG S-25, SPCOU) // **"The Prisoners Of Robot Planet"** 13p Kirby/Wood - a (R: COUA 2, SPCOU)
64 Oct 1968:   (r: SH 6; 1/2 story) "The Secrets Of The Sorcerer's Box" 12p
65 Dec 1968:   (r: SH 6; 1/2 story; retitled from "The Secrets Of The Sorcerer's Box") "The Freezing Sun" 12p
75 Aug 1970:   (r: c SH 7; reprint of splash) // (r: SH 7) "Ultivac Is Loose" 25p
76 Oct 1970:   (r: COU 2) "The Traitorous Challenger" 10p // (r: COU 3) "The Secret Of The Sorcerer's Mirror" 12p
77 Dec 1970:   (r: c, SH 12) "The Menace Of The Ancient Vials" 24p
78 Feb 1973:   (r: c COU 7) // (r: COU 1) Intro 1p // (r: COU 7) "The Isle Of No Return" 12p // "Return Of The Challengers" 1p (article) // (r: COU 6) "The Sorceress Of Forbidden Valley" 10p
79 Mar 1973:   (r: COU 2) "The Monster Maker" 14p // "Pen-Challs" 1/2p (Kirby bio) // (r: COU 1) "The Human Pets" 10p
80 Jun 1973:   (r: SH 11) "The Day The Earth Blew Up" 24p

### CHAMBER OF CHILLS
Marvel Comics Group   *See Tales of Suspense, Tales to Astonish*
11 Jul 1974:   (r: TOS 28) "Back From The Dead" 6p
18 Sep 1975:   (r: TTA 11) "I Found Monstrom, The Dweller In The Black Swamp" 7p
19 Nov 1975:   (r: TTA 26) "Look Out, Here Come The Four-Armed Men" 7p
22 May 1976:   (r: TTA 26) "He Walked Through Walls" 6p
25 Nov 1976:   (r: TTA 23, retitled from "The Unbelievable Menace Of Moomba") "Moomba" 13p

### CHAMBER OF DARKNESS
Marvel Comics Group   *See Giant-Size Chillers, Tales to Astonish, Tomb of Darkness   Continued as Monsters on the Prowl*
4 Apr 1970:   **"The Monster"** 7p Kirby (script) Kirby/Verpoorten - a (R: GSC 3) *(See TJKC 13)*
5 Jun 1970:   Kirby/Everett - c // **"And Fear Shall Follow"** 6p Kirby (script) Kirby/Verpoorten - a (R: TOD 20)
7 Oct 1970:   (r: TTA 13) "I Found The Abominable Snowman" 6p

### CHAMP COMICS
Worth Publishing Co. (Harvey Publications)   *Continued from Champion Comics*
18 May 1942:   Kirby - c (Liberty Lads) (signed: "Jon Henri")
19 Jun 1942:   Kirby - c (Liberty Lads)
20 Jul 1942:   Kirby - c
21 Aug 1942:   Kirby - c
23 Oct 1942:   Kirby - c(p)

### CHAMPION COMICS
Worth Publishing Co. (Harvey Publications )   *See Complete Jack Kirby   Continued as Champ Comics*
9 Jul 1940:   Kirby/Simon - c (Human Meteor); (note: first Kirby cover art; first S&K collaboration; *See BB 2*) (R: CJK 1) *(See SKC for last S&K collaboration)*
10 Aug 1940:   Kirby/Simon - c (Human Meteor); (note: bondage cover) (R: CJK 1)

18

JM 00328

## CHAMPIONS, THE
Marvel Comics Group
6 Jun 1976: Kirby/Giacoia - c (vs Rampage) (R: *Champions Classics* 1)

## CHARLIE CHAN
Crestwood Publications (Prize) #1-5 / Charlton Comics #6
1 Jun 1948: Kirby/Simon - c
2 Aug 1948: Kirby/Simon - c // **"The Vanishing Jewel Salesman"** 1p (splash, 1 panel) Kirby - a
3 Oct 1948: Kirby/Simon - c
4 Dec 1948: Kirby/Simon - c (Statue of The Golden Goddess)
5 Feb 1949: Kirby/Simon - c (Nazi War Criminal)
6 Jun 1955: Kirby/Simon - c

## CLASSICS ILLUSTRATED
Gilberton Publications  *Continued from Classics Comics*
35 Mar 1961: (2nd edition; HRN 161); **"The Last Days Of Pompeii"** 45p Kirby/Ayers - a //
  Edward Bulwer-Lytton (text feature spot illustration) Kirby/Ayers - a
35 Jan 1964: (3rd edition; HRN 167); "The Last Days Of Pompeii" 45p // Edward Bulwer-Lytton (illustration)
35 Jul 1966: (4th edition; HRN 167); "The Last Days Of Pompeii" 45p // Edward Bulwer-Lytton (illustration)
35 Spr 1970: (5th edition; HRN 169); "The Last Days Of Pompeii" 45p // Edward Bulwer-Lytton (illustration)
160 Jan 1961: (The Food of the Gods: HRN 159 or 160); **Advertisement** (unpublished *Classics Illustrated* 161 cover: "Cleopatra") 1/4p
  Kirby/Ayers - a *(See TJKC 19)*

## CLASSICS ILLUSTRATED JUNIOR
Gilberton Publications
570 Jan 1961: (The Pearl Princess); **Advertisement** (unpublished *Classics Illustrated Junior* 571 cover:
  "How Fire Came To The Indians") 1/4 p Kirby/Ayers - a

## CLASSICS ILLUSTRATED SPECIAL ISSUE
Gilberton Publications  *See World Around Us, World Illustrated*
162A Jun 1961: (War Between the States; HRN 161); **"War Between The States"** 1p (splash) Kirby/Ayers - a //
  **"April, 1861: Fort Sumter"** 6p Kirby/Ayers - a // **"April-July, 1862: The Peninsula"** 6p Kirby/Ayers - a //
  **"April-July 1963: Vicksburg"** 5p Kirby/Ayers - a // **"November, 1864: New York City"** 8p Kirby/Ayers - a
165A Dec 1961: (To the Stars; HRN 163); **"A Simple Telescope"** 1p Kirby/Ayers - a // **"Lines And Signals"** 1p Kirby/Ayers - a //
  **"Viewing The Spectrum"** 1p Kirby/Ayers - a

## CLUE COMICS
Hillman Periodicals  *See Complete Jack Kirby  Continued as Real Clue Crime Stories*
V2#1 Mar 1947: **"King Of The Bank Robbers"** 8p Kirby - a (R: CJK 3)
V2#2 Apr 1947: **"A Clue For You"** (Detective Powell) 4p Kirby- a(p) // **"On Stage For Murder"** (Detective Powell) 4p Kirby - a(p)
  (R: CJK 3) // **"The Short, Dangerous Life Of Packy Smith"** (Gun Master) 13p Kirby/Simon - a (R: CJK 3)
V2#3 May 1947: **"The Battle For Packy Smith"** (Gun Master) 15p Kirby/Simon - a (R: CJK 3) // **"Flowers For Roma"** 8p
  Kirby - a (R: CJK 3) // **"The Case Of The Superstitious Slayers"** 6p Kirby/Simon - a (R: CJK 3)

## COCKEYED
Whitestone Publications  *See Jack Kirby Collector*
4 Apr 1956: **"Guys And Dolls"** 2p Kirby/Simon - a (R: TJKC 25)

## COMIC ART SHOWCASE
Quality Comic Art Productions  *See Comics Revue, Complete Sky Masters, Sky Masters of the Space Force*
Magazine format; newspaper comic strip reprints
1 1980: Kirby/Wood - c  **Sky Masters of the Space Force** 60p Kirby/Ayers - a
  (dailies: Sep 22, 1959 - Jun 25, 1960; some strips omitted)

## COMICS REVUE
Manuscript Press  *See Comic Art Showcase, Complete Sky Masters, Sky Masters of the Space Force*
Magazine format; b/w newspaper comic strip reprints
30 1988: **Milton Caniff Tribute** (text tribute by Kirby) (R: TJKC 37)
124 1996: **Sky Masters of the Space Force** Kirby/Wood - a (dailies: May 9, 1959 - Jun 3, 1959)
125 1996: **Sky Masters of the Space Force** Kirby/Wood - a (dailies: Jun 4, 1959 - Jun 20, 1959)
126 1996: **Sky Masters of the Space Force** Kirby/Wood - a (dailies: Jun 22, 1959 - Jul 8, 1959)
127 1996: **Sky Masters of the Space Force** Kirby/Wood - a (dailies: Jul 9, 1959 - Jul 11, 1959)
  **Sky Masters of the Space Force** Kirby/Rosalind Kirby - a (dailies: Jul 13, 1959 - Au 4, 1959)
128 1996: **Sky Masters of the Space Force** Kirby/Rosalind Kirby - a (dailies: Aug 5, 1959 - Aug 22, 1959)
129 1996: **Sky Masters of the Space Force** Kirby/Ayers - a (dailies: Aug 24, 1959 - Sep 21, 1959)
130 1997: **Sky Masters of the Space Force** Kirby/Ayers - a (dailies: Sep 22, 1959 - Oct 17, 1959)
Special 1 1997: **Sky Masters of the Space Force** Kirby/Ayers - a (dailies: Oct 19, 1959 - Nov 13, 1959)
131 1997: **Sky Masters of the Space Force** Kirby/Ayers - a (dailies: Nov 14, 1959 - Dec 10, 1959)

|  |  |
|---|---|
|  | (r: CMA 1) "Capt. Marvel Battles The Vampire" 16p // (r: PC 8) "The Black Owl" 9p // (r: PC 8) "Ted O'Neil" 6p // (r: BB 9) "Blue Bolt" 10p // (r: PC 9) "The Black Owl" 9p // (r: PC 9) "Ted O'Neil" 6p // (r: c CAC 1) 1p // (r: BB 10) "Blue Bolt" 10p |
| V3  1998: | (Mar 1947 – May 1947); (r: c ABC V4#4); bc (r: c HC 23) // (r: SMC 1) Advertisement // (r: c SMC 2) (unused version) 1p // comic strip: Red Hot Rowe // (r: c BC 21) 1p // (BC 21 roughs, panels) // (r: CLUE V2#1) "King Of The Bank Robbers" 8p // (r: c, HC 23) "The Last Bloody Days Of Babyface Nelson" 7p // (r: HC 23) "The Bear Skull Trail To Death" 7p // (r: HC 23) "Burned At The Stake" 10p // (r: HC 23) "To My Valentine" 8p // (r: HC 23) "Killer In The Kitchen" 5p // (r: c PC 63) 1p // (r: c PC 63) "Romania's Strangest Killer" 6p // (r: CLUE V2#2) "The Short, Dangerous Life Of Packy Smith" 13p // (r: CLUE V2#2) "On Stage For Murder" 4p // (r: PJ V2#9) "Rover The Rascal" 1p // (r: TAP 3) "The Isle Where Women Rule" 8p // (r: c ABC V4#4) 1p // (r: CLUE V2#3) "The Battle For Packy Smith" 15p // (r: CLUE V2#3) "Flowers For Roma" 8p // (r: CLUE V2#3) "The Case Of The Superstitious Slayers" 6p // (r: c, GH 39) "Rest Camp For Criminals" 12p // (r: FRANK 7) "Justice Finds A Cop Killer" 7p // (r: c, HC 24) "Trapping New England's Chain Murderer" 9p // (r: HC 24) "Murder On A Wavelength" 7p // (r: HC 24) "Grim Pay-Off For The Pinball Mob" 7p // (r: HC 24) "A Phantom Pulls The Trigger" 8p // (r: HC 24) "You Can't Forget A Killer" 8p // (r: HC 24) "The Case Of The Floating Corpse" 4p // (r: PJ V2#10) "Lockjaw The Alligator" 7p |
| V4  2001: | (Jun 1947 – Aug 1947); **"The Evil Sons Of M. LeBlanc"** 1p Kirby/Simon - a (note: from unpublished SMC 3) // (r: ABC V4#5) "Link Thorne, The Flying Fool" 8p // (r: PJ V2#11) "Lockjaw The Alligator" 6p // (r: PJ V2#4) "Mother Of Crime" 8p // (r: RCCS V2#4) "The Trail Of The Gun-Loving Killer" 8p // (r: RCCS V2#4) "Come With Me And Die" 4p // (r: TAP 4) "The Isle Where Women Rule" 6p // (partial r: RFC 9) "Backseat Driver" 2p // (r: ABC V4#6) "Dynamite" 8p // (r: HC 25) "The Masquerade Of Eddie The Doll" 7p // (r: HC 25) "Death Takes A Honeymoon" 7p // (r: HC 25) "Pay Up Or Die" 7p // (r: HC 25) "The Case Of The Forgetful Killer" 4p // (r: MDC 1) "My Date With Swifty Chase" 14p // (r: MDC 1) "Dizzy Date" 1p // (r: PJ V2#12) "Lockjaw The Alligator" 5p // (r: PJ V2#12) "The Mystery Crooner" 6p // (r: RCCS V2#5) "Gang Doctor" 7p // (r: RCCS V2#5) "The Terrible Whyos" 8p // (r: RCCS V2#5) "Wyatt Earp's Bluff" 4p // (r: RCCS V2#5) "The Dummies Died Screaming" 15p // (r: ABC V4#7) "You Can't Beat Cupid" 8p // (r: BCC 7) "Death-Trap Deluxe" 1p // (r: RCCS V2#6) "Let Me Plan Your Murder" 7p // (r: RCCS V2#6) "Jailbreak" 4p // (r: RCCS V2#6) "Get Me The Golden Gun" 15p |
| V5  2005: | (Sep 1947 – Oct 1947); (3 Flying Fool stories / final Lockjaw the Alligator story / *Headline Comics / My Date Comics*) |

## COMPLETE SKY MASTERS, THE

Pure Imagination   *See Comic Art Showcase, Comics Revue, Sky Masters of the Space Force*   HC / SC b/w newspaper comic strip reprints

| V1  1999: | Kirby/Wood - c // "King Of The Comic Strips" 10p (article features comic strips: K's Konceptions // Abdul Jones // Lone Rider // Our Puzzle Corner, // Laughs From The Day's News // Political Cartoon // Your Health Comes First // Diary Of Dr. Hayward // Wilton Of The West) // Sky Masters of the Space Force 1958: (2 samples) Kirby/Stein - a *(See JKT 2)* // **Sky Masters of the Space Force** (dailies: Sep 8, 1958—Jan 1961) Kirby/Wood - a (Sep 1958 – May 1959); Kirby/Ayers - a (May 1959—Feb 1961) // (Sundays: Feb 8, 1959– Feb 1961); Kirby/Wood - a (Feb 1959—May 1959); Kirby/Ayers - a (May 1959– Feb 1961) (note: some Rosalind Kirby inks) *(See AOJK, Comics Revue, Comic Art Showcase, JKT 2, KU, Sky Masters of the Space Force, TJKC 15)* |
|---|---|
| V1  1999: | (HC edition: same contents / adds 16 additional pages of unsold comic strip samples, and "The Sky Masters Curse" (article) |

## COMPLETE SPORTS

Manvis Publications (Timely / Atlas / Marvel)   Simon & Kirby pulp illustration

| V2#6  Aug 1940: | **"The Rah Rah Slugger"** 1p Simon - a |
|---|---|
| V3#2  Apr 1941: | **Golf** (illustration) 1p Kirby - a |

## CONAN THE BARBARIAN

Marvel Comics Group
**Giant-Size 5**  1975:  Kirby/Sinnott/Romita - c *(See CBA 2)*



## CRACKED

Major Magazines   Magazine format
**14  Jun 1960:**   **"Old Ideas For New Panel Shows"** 5p Kirby - a (pencil and inks on duoshade board)

## CRASH COMICS

Tem Publishing Co.   *See Complete Jack Kirby, Holyoke One-Shot*

| 1  May 1940: | **"The Solar Legion"** 5p Kirby - a (signed: "Jack Curtiss") (R: CJK 1, HOLOS 3) |
|---|---|
| 2  Jun 1940: | **"The Solar Legion"** 5p Kirby - a (signed: "Jack Curtiss") (R: CJK 1, HOLOS 9) |
| 3  Jul 1940: | **"The Solar Legion"** 5p Kirby - a (signed: "Jack Curtiss") (R: CJK 1, HOLOS 10) |

## CRAZY

Marvel Comics Group   *See Not Brand Echh*

| 2  Apr 1973: | (r: NBE 6) "The Human Scorch Has To Meet The Family" 8p |
|---|---|
| 3  Jun 1973: | (r: NBE 7) "The Origin Of The Fantastical Four" 12p |

## CRAZY

Marvel Comics Group   *See Amazing Spider-Man, Journey into Mystery*   Magazine format

| 65  Aug 1980: | (r: JIM 51 with new parody script) "The Creatures In The Volcano" 5p (note: mis-numbered as #66 on cover) |
|---|---|
| 82  Jan 1982: | (r: ASM 8 with new parody script) "Spider-Man Tackles The Torch" 6p |
| 85  Apr 1982: | (r: JIM 99 retitled from "Surtur, The Fire Demon" with new parody script) "Surtur The Tenant" 5p |

**DINGBATS OF DANGER STREET, THE** *(See First Issue Special)*

**DOUBLE-DARE ADVENTURES**
Harvey Publications   *See Black Cat Mystic*
1  Dec 1966:      (B-Man); (r: BCM 60) "The Ant Extract" 5p

**DOUBLE LIFE OF PRIVATE STRONG, THE**
Archie Publications / Radio Comics   (edited by Joe Simon)
*See Adventures of the Fly, Archie's Super-Hero Special, Blue Ribbon Comics, Fly, Hyper-Classics, JCP Features, T.H.U.N.D.E.R. Agents*
1  Jun 1959:      Kirby - c(p) (cover border only) *(See TJKC 49)* // **Intro** 1p Kirby/Simon - a (R: ASHS 1, BRC V2#5) //
                  **"The Double Life Of Private Strong"** 4p Kirby/Simon - a (R: ASHS 1, BRC V2#5) // **"Spawn Of The X World"** 6p
                  Kirby/Simon - a (R: ASHS 1, BRC V2#5) // **"The Hide-Out"** (first app. of The Fly) 2p Kirby/Simon - a
                  (R: JCPF 1, TA 1) // **"Mystery Of The Vanished Wreckage"** 6p Kirby/Simon - a (R: ASHS 1, BRC V2#5) //
                  **"The Menace Of The Micro-Men"** 8p Kirby/Simon - a (R: ASHS 2, BRC V2#5)
2  Aug 1959:      Kirby/Simon - c // **"The Ultra-Sonic Spies"** 6p Kirby/Simon - a (R: ASHS 2) (note: Final S&K art collaboration)

**ESQUIRE**
Esquire, Inc. (Arnold Gingrich)   Magazine format
394  Sep 1966:   **"A Person Has To Have Intelligence To Read Them"** (article Illustrations) 4p Kirby/Sinnott - a
                 (note: Romita Spider-Man added) *(See Action Flasher Rings, TJKC 12)*
402  May 1967:   **"46 Hours And 36 Minutes In The Life Of Jack Ruby"** 3p Kirby/Stone - a; Kirby (coloring) *(See TJKC 32)*

**ESSENTIAL (SERIES), THE**
Marvel Comics Group   *See original sources for details*   b/w square-bound SC format reprints
V1  1996:      **(Spider-Man)**: *Amazing Fantasy 15, Amazing Spider-Man 1-20, Amazing Spider-Man Annual 1*; includes covers)
V2  1997:      **(Spider-Man)**: *Amazing Spider-Man 21-43, Amazing Spider-Man Annual 2,3*; includes covers)
V1  2002:      **(Ant-Man / Giant-Man)**: *Tales to Astonish 27, 35-48* (Ant-Man); *Tales to Astonish 49-69* (Giant-Man); includes covers)
V1  1998:      **(Avengers)**: *Avengers 1-24*; includes covers)
V2  date?:     **(Avengers)**: *Avengers 25-45, Avengers Special 1*; includes covers)
V1  2000:      **(Captain America)**: *Tales of Suspense 59-99 // Captain America 100-104*; includes covers)
V2  date?:     **(Captain America)**: *Captain America 105-126*; includes covers)
V1  2002:      **(Daredevil)**: *Daredevil 1-25*; includes covers)
V2  date?:     **(Daredevil)**: *Daredevil 26-48, Daredevil Special 1 // Fantastic Four 73*; includes covers)
V1  1998:      **(Fantastic Four)**: *Fantastic Four 1-20, Fantastic Four Annual 1*; includes covers; omits back-up features)
V2  1999:      **(Fantastic Four)**: *Fantastic Four 21-40, Fantastic Four Annual 2 // Strange Tales Annual 2*;
               (includes covers; omits back-up features)
V3  2001:      **(Fantastic Four)**: *Fantastic Four 41-62, Fantastic Four Annual 3,4*; (includes covers; omits back-up features)
V4  date?:     **(Fantastic Four)**: *Fantastic Four 63-83, Fantastic Four Special 5,6*; includes covers)
V5  date?:     **(Fantastic Four)**: *Fantastic Four 84-110, Fantastic Four Special 7,8*; includes covers)
V2  date?:     **(Ghost Rider)**: *Ghost Rider 21-50*; includes covers)
V1  1998:      **(Hulk)**: *Incredible Hulk 1-6 // Tales to Astonish 60-91*; includes covers)
V2  date?:     **(Hulk)**: *Tales to Astonish 92-101 // Incredible Hulk 102-117*; includes covers)
V1  2003:      **(Human Torch)**: *Strange Tales 101-134 // Strange Tales Annual 2* (new story); includes covers)
V1  2000:      **(Iron Man)**: *Tales of Suspense 39-72*; includes covers)
V2  date?:     **(Iron Man)**: *Tales of Suspense 73-99 // Tales to Astonish 82 // Iron Man and Sub-Mariner 1 // Iron Man 1-10*; includes covers)
V1  date?:     **(Nova)**: *Nova 1-25 // Amazing Spider-Man 171 // Marvel Two-In-One Annual 3*; includes covers)
V1  1998:      **(Silver Surfer)**: *Silver Surfer 1-18 // Fantastic Four Special 5* (Silver Surfer); includes covers)
V1  2001:      **(Thor)**: *Journey into Mystery 83-112*; includes covers)
V2  date?:     **(Thor)**: *Journey into Mystery 113-125 // Thor 126-136 // Journey into Mystery Annual 1 // Thor Special 2*; includes covers)
V3  date?:     **(Thor)**: *Thor 137-166*; includes covers)
V1  1999:      **(X-Men)**: *X-Men 1-24*; includes covers)
V2  date?:     **(X-Men)**: *X-Men 25-53*; includes covers)

**ESSENTIAL SHOWCASE, THE**
DC Comics   *See Showcase*
V1  1992:      (r: c, SH 6) "The Secrets Of The Sorcerer's Box" 24p  (r: c SH 7) 1p
               (r: c, SH 11) "The Day The Earth Blew Up" 24p  (r: c SH 12) 1p

**ETERNALS, THE**
Marvel Comics Group   *See Eternals by Jack Kirby, Marvel Visionaries: Jack Kirby*   Kirby writing on issues #1-19, Annual 1
1  Jul 1976:   Kirby/Giacoia - c   **"Day Of The Gods"** 17p Kirby/Verpoorten - a (R: ETJK)
               **"Will The Gods Return Someday?"** 1p (text feature by Kirby) *(See Comic Reader 127, Radion 6)*
2  Aug 1976:   Kirby/Royer - c   **"The Celestials"** 17p Kirby/Verpoorten - a (R: ETJK)
               **"Gods, Myths And UFOs"** 1p (text feature by Kirby) *(See TJKC 15)*
3  Sep 1976:   Kirby/Verpoorten - c   **"The Devil In New York"** 17p Kirby/Verpoorten - a (R: ETJK)
4  Oct 1976:   Kirby/Giacoia - c   **"Night Of The Demons"** 17p Kirby/Verpoorten - a (R: ETJK)
5  Nov 1976:   Kirby/Giacoia - c   **"Olympia"** 17p Kirby/Royer - a (R: ETJK) *(See TJKC 26)*
6  Dec 1976:   Kirby/Giacoia - c   **"Gods And Men At City College"** 17p Kirby/Royer - a (R: ETJK)

25

JM 00335

4 Jan 1948: Kirby/Simon - c // "**The Lonesome Wolf**" (Housedate Harry) 12p Kirby/Simon - a //
"**A Rainy Day With Housedate Harry**" (Housedate Harry) 3p Kirby/Simon - a

## MY GREATEST ADVENTURE
National Periodical Publications (DC Comics)   *See House of Mystery, Pulp Fiction Library: Mystery in Space, Real Fact Comics*
15 May 1957: "**I Found A City Under The Sea**" 8p Kirby - a (R: PFLMIS)
16 Jul 1957: "**I Died A Thousand Times**" 8p Kirby - a(p)
17 Sep 1957: "**I Doomed The World**" 8p Kirby - a (R: HOM 199)
18 Dec 1957: Kirby - c // "**I Tracked The Nuclear Creature**" 8p Kirby - a
20 Apr 1958: "**I Was Big Game On Neptune**" 8p Kirby - a(p)
21 May 1958: "**We Were Doomed By The Metal-Eating Monster**" 8p Kirby - a
28 Feb 1959: "**The Microscopic Menace**" 8p Kirby - a
43 May 1960: (r: RFC 1) "The Rocket Lanes Of Tomorrow" 2p

## MY LOVE
Marvel Comics Group   *See Teen-Age Romance*
10 Mar 1971: (r: TAR 86 with added material) "He Never Even Noticed" 5p
14 Nov 1971: (r: TAR 86 with added material) "A Teen-Ager Can Also Hate" 7p
15 Jan 1972: (r: TAR 86 with added material) "For The Love Of Ricky Wilson" 6p
27 Feb 1974: (r: TAR 86 with added material) "For The Love Of Ricky Wilson" 6p
28 May 1974: (r: TAR 86 with added material) "He Never Even Noticed" 5p

## MY OWN ROMANCE
Atlas Comics (Marvel Comics Group)   *See Our Love Story*
71 Sep 1959: Kirby/Rule - c
72 Nov 1959: Kirby - c(p)
73 Jan 1960: Kirby/Colletta - c // "**I Learned About Love The Hard Way**" 6p Kirby/Colletta - a
74 Mar 1960: "**He Was Perfect, But I Lost Him**" 5p Kirby/Colletta - a (R: OLS 12)
75 May 1960: Kirby/Colletta - c
76 Jul 1960: Kirby/Colletta - c

## MYSTERY IN SPACE
National Periodical Publications (DC Comics)   *See Real Fact Comics*
4 Oct 1957: (r: RFC 1) "The Rocket Lanes Of Tomorrow" 2p

## MYSTERY MEN COMICS
Fox Features Syndicate   *See Complete Jack Kirby*
10 May 1940: "**Wing Turner**" 3p Kirby - a (signed: "Floyd Kelly") (R: CJK 1)

## MYSTIC COMICS
Timely Comics (Marvel Comics Group)
7 Dec 1941: Kirby/Simon - c (The Destroyer)

## NATIONAL DETECTIVE CASES
Postal Publications, Inc. (Timely / Atlas / Marvel)   Simon & Kirby magazine illustration   (Joseph Simon, Art Director)
V1#1 Mar 1941: "**Enigma Of The Genuine Forgery**" 1⅓p Kirby - a (ink and wash) //
"**Mystery Of The Bashful Bride-Butcher**" 1p Kirby - a (ink and wash)
V1#2 Mar 1941: Panel Cartoon ("I'm Applying For The Job") Kirby - a (ink and wash; signed) *(See TJKC 34)*
V1#3 Jul 1941: "**Trail Of The Talking Shoes**" 2p Kirby - a // "**The Riddle Of The Five Wooden Matches**" 1⅙p Kirby - a

## NEW GODS, THE
National Periodical Publications (DC Comics)   *See Adventure Comics, Boy Commandos, DC Graphic Novel, Forever People, Jack Kirby's Fourth World Omnibus, Jack Kirby's New Gods, Millennium Edition, Mister Miracle, Real Fact Comics, Superman's Girlfriend Lois Lane, Superman's Pal Jimmy Olsen, Super Powers*   Kirby writing on issues # 1-11
1 Feb 1971: Kirby/Giacoia - c (collage) // "**Orion Fights For Earth**" (first app. of The New Gods: Orion / Lightray / Highfather / Metron) 23p Kirby/Colletta - a (R: JKFWO1, JKNG, ME 1, NG 1) // "A Visit With Jack Kirby" 1p (article) (R: ME 1) *(See SPJO 134, TJKC 6, 26)*
2 Apr 1971: Kirby/Colletta - c (collage) // "**'O' Deadly Darkseid**" 22p Kirby/Colletta - a (first app. of Mantis / DeSaad; *See also FP 2*) (R: JKFWO1, JKNG, NG 1) // "To And From The Source" 1p (article)
3 Jun 1971: Kirby/Colletta - c (collage) // "**Death Is The Black Racer**" 23p Kirby/Colletta - a (R: JKFWO1, JKNG, NG 2)
4 Aug 1971: Kirby/Colletta - c // "**The O'Ryan Gang And The Deep Six**" 23p Kirby/Colletta - a (R: JKFWO2, JKNG, NG 2) // Lightray 1p Kirby/Colletta - a (R: JKFWO2) // (r: c, ADV 73) "The Secret Of The Buzzard's Revenge" 10p // Kalibak 1p Kirby/Colletta - a (R: JKFWO1) // (r: BC 12) "Coast Guard Reconnaissance" 3p
5 Oct 1971: Kirby/Royer - c // "**Spawn**" 22p Kirby/Royer - a (first Kirby comic with Royer inks; 1 collage page) (R: JKFWO2, JKNG, NG 3) // (r: FP 4) Self Portrait 1p Kirby/Colletta - a // (r: ADV 74) "Scavenger Hunt" 9p // "**Fastbak**" (Young Gods of Supertown) 4p Kirby/Colletta - a (R: JKFWO2, JKNG)
6 Dec 1971: Kirby/Colletta - c // "**The Glory Boat**" 26p Kirby/Royer - a (R: JKFWO2, JKNG, NG 3) // (r: ADV 75) "Beware Of Mr. Meek" 9p   (r: RFC 1) "The Rocket Lanes Of Tomorrow" 2p



## SATAN'S SIX
Topps Comics (Kirbyverse)   *See Bombast, Captain Glory, Jack Kirby's Secret City Saga, Jack Kirby's Teenagents, Night Glider*
1  Apr 1993:   Kirby/McFarlane - c // "**Satan's Six**" 8p Kirby (script) Kirby - a(p) (inks: Austin / Ditko / Miller / Royer / Sinnott) //
"**Jack Kirby's Satan's Six**" 2p (spread) Kirby - a(p) // (with Kirbychrome trading card) *(See CI 133, TJKC 31)*

## SCIENCE COMICS
Fox Features Syndicate   *See Complete Jack Kirby*
4  May 1940:   "**Cosmic Carson**" 8p Kirby/Simon - a (signed "Michael Griffith") (R: CJK 1)

## SCIENCE FICTION TIMES
Galileo Magazine, Inc.   Magazine format; newspaper comic strip reprints
V1#6  Feb 1980:   **Walt Disney's Treasury of Classic Tales: The Black Hole** 4p Kirby/Royer - a
V1#7  Mar 1980:   **Walt Disney's Treasury of Classic Tales: The Black Hole** 4p Kirby/Royer - a
V1#8  May 1980:   **Walt Disney's Treasury of Classic Tales: The Black Hole** 3p Kirby/Royer - a

## SECRET ORIGINS
National Periodical Publications (DC Comics)   *See Showcase*
1  1961:   (r: SH 6 (partial) "The Secrets Of The Sorcerer's Box" 6p
1  1998:   (replica edition); (r: SH 6 (partial) "The Secrets Of The Sorcerer's Box" 6p

## SECRET ORIGINS
DC Comics
19  Oct 1987:   Kirby/Anderson - c (Kirby pencils Guardian figure only)

## SECRET ORIGINS OF THE DC SUPER-HEROES
Harmony Books (DC Comics)   *See Adventure Comics*
V1  1976:   (r: ADV 256) "The Green Arrow's First Case" 7p

## SENSATIONAL SPIDER-MAN, THE
Marvel Comics Group   *See Amazing Spider-Man*
1  Apr 1989:   (r: ASM 8) "Spider-Man Tackles The Torch" 6p



## SGT. FURY (and his Howling Commandos)
Marvel Comics Group   *See Avengers, Marvel Limited: Fantastic Firsts, Marvel Masterworks, Marvel Tales Annual, Marvel Visionaries: Jack Kirby, pecial Marvel Edition, Strange Tales, War is Hell*
(Kirby is primary co-plotter by virtue of the "Marvel method"; story being pencilled first establishes story locations, flow and pacing)
1  May 1963:   Kirby/Ayers - c // "**Sgt. Fury And His Howling Commandos**" (first app. of Sgt. Nick Fury) 21p Kirby/Ayers - a
(R: MARM 58, MLFF, MTA 1 (partial), SF 167) // "**Meet The Howling Commandos**" 2p Kirby/Ayers - a
(R: MARM 58, MLFF, SFA 1) // "**Weapons Of War**" 1p Kirby/Ayers - a (R: MARM 58)
2  Jul 1963:   Kirby/Ayers - c // "**Seven Doomed Men**" 23p Kirby/Ayers - a (R: MARM 58, SF 95) //
"**The Enemy That Was**" 1p Kirby/Ayers - a (R: MARM 58) // "**Weapons Of War**" 1p Kirby/Ayers - a (R: MARM 58)
3  Sep 1963:   Kirby Roussos - c // "**Midnight On Massacre Mountain**" 22p Kirby/Ayers - a (R: MARM 58, SME 5) //
"**Shopping List**" 1p Kirby - a(p) (R: MARM 58)
4  Nov 1963:   Kirby/Roussos - c // "**Lord Ha-Ha's Last Laugh**" 22p Kirby/Roussos (Bell) (R: MARM 58, SFA 1) //
"**Weapons Of War**" 1p Kirby - a(p) (R: MARM 58) Advertisement (*Avengers* 3) 1p Kirby/Reinman - a
5  Jan 1964:   Kirby/Roussos - c // "**At The Mercy Of Baron Strucker**" 23p Kirby/Roussos (Bell) - a (R: MARM 58, SFA 1) //
"**Weapons Of War**" 1p Kirby - a(p) (R: MARM 58, SFS 5)
6  Mar 1964:   Kirby/Roussos - c // "**The Fangs Of The Desert Fox**" 23p Kirby Roussos (Bell) - a (R: MARM 58, MVJK, SFS 5)
7  May 1964:   Kirby Roussos - c // "**The Court-Martial Of Sgt. Fury**" 22p Kirby Roussos (Bell) - a (R: MARM 58, SFS 5)
8  Jul 1964:   Kirby/Ayers - c (R: MARM 58)
10  Sep 1964:   Kirby/Ayers - c (R: MARM 58)
11  Oct 1964:   Kirby/Stone - c (R: MARM 58)
12  Nov 1964:   Kirby Stone - c
13  Dec 1964:   Kirby/Stone - c // "**Captain America And Bucky**" 23p Kirby/Ayers - a (1 collage panel) (R: MVJK 2, SME 11) *(See VP)*
14  Jan 1965:   Kirby Colletta - c
15  Feb 1965:   Kirby/Ayers - c
16  Mar 1965:   Kirby/Stone - c
17  Apr 1965:   Kirby/Colletta - c
18  May 1965:   Kirby Stone - c // "**Killed In Action**" 1p (splash) Kirby Stone - a; 1p (last page) Kirby/Ayers Stone - a (R: SFS 6, WHH 8)
19  Jun 1965:   Kirby/Stone - c (R: SF 121)
20  Jul 1965:   Kirby Giacoia - c (R: SF 122)
25  Dec 1965:   Kirby - c(p) (R: SF 85,127)
85  Mar 1971:   (r: c SF 25)
95  Feb 1972:   (r: SF 2) "Seven Doomed Men" 23p
121  Sep 1974:   (r: c SF 19)
122  Oct 1974:   (r: c SF 20 with added material)
127  Jul 1975:   (r: c SF 25)
167  Dec 1981:   (r: c, SF 1) "Sgt. Fury And His Howling Commandos" 21p



| 31 Oct 1974: | (r: ST 79) "The Living Shadow" 7p |
| 32 Nov 1974: | (r: SW 1) "I Discovered The Secret Of The Flying Saucers" 7p |
| 34 Mar 1975: | (r: TOS 32) "The Man In The Beehive" 7p |
| 35 May 1975: | (r: c, ST 74) "Gorgolla, The Living Gargoyle" 7p |
| 36 Jul 1975: | (r: ST 96) "The Impossible Tunnel" 6p |
| 38 Oct 1975: | (r: ST 98) "No Human Can Beat Me" 7p |

## WHERE MONSTERS DWELL
Marvel Monsters Group   *See Tales to Astonish*
1 Dec 2005:   (r: TTA 10) "I Was Trapped By Titano, The Monster That Time Forgot" 7p

## WHO'S WHO: THE DEFINITIVE DIRECTORY OF THE DC UNIVERSE
DC Comics   *See Adventure Comics, Boy Commandos, Challengers of the Unknown, Demon, Detective Comics, Forever People, Jack Kirby's Fourth World Omnibus, Kamandi, Mister Miracle, New Gods, OMAC, Sandman, Star Spangled Comics, Superman's Pal Jimmy Olsen, World's Finest Comics*

| 2 Apr 1985: | "**Beautiful Dreamer**" 1p Kirby/Theakston - a // "**Ben Boxer**" 1p Kirby/Theakston - a // "**Big Barda**" 1p Kirby/Theakston - a // "**Big Bear**" 1p Kirby/Theakston - a |
| 3 May 1985: | "**Black Racer**" 1p Kirby/Theakston - a // "**The Boy Commandos**" 1p Kirby/Theakston - a |
| 4 Jun 1985: | "**Challengers Of The Unknown**" 1p Kirby/Kesel - a |
| 5 Jul 1985: | "**Crazy Quilt**" 1p Kirby/Theakston - a |
| 6 Aug 1985: | "**Darkseid**" 1p Kirby/Theakston - a // "**The Deep Six**" 1p Kirby/Theakston - a // "**The Demon**" 1p Kirby/Austin - a // "**DeSaad**" 1p Kirby/Theakston - a // "**Doctor Bedlam**" 1p Kirby/Machlan - a |
| 8 Oct 1985: | "**Female Furies**" 1p Kirby/Theakston - a // "**Forager**" 1p Kirby/Theakston - a // "**The Forever People**" 1p Kirby/Wray - a // "**Funky Flashman**" 1p Kirby/Wray - a |
| 9 Nov 1985: | "**Glorious Godfrey**" 1p Kirby/Bob Smith - a // "**Granny Goodness**" 1p Kirby/Theakston - a // "**The Guardian**" 1p Kirby/Theakston - a |
| 10 Dec 1985: | "**Highfather**" 1p Kirby/Theakston - a |
| 11 Jan 1986: | "**Infinity Man**" 1p Kirby/Theakston - a |
| 12 Feb 1986: | "**Kalibak**" 1p Kirby/Theakston - a // "**Kamandi**" 1p Kirby/Theakston - a |
| 13 Mar 1986: | "**Lightray**" 1p Kirby/Theakston - a |
| 14 Apr 1986: | "**Mantis**" 1p Kirby/Theakston - a // "**Mark Moonrider**" 1p Kirby/Theakston - a |
| 15 May 1986: | "**Metron**" 1p Kirby/Theakston - a // "**Mister Miracle**" 1p Kirby/Giordano - a |
| 16 Jun 1986: | "**Mother Box**" 1p Kirby/Royer - a // "**New Genesis**" 1p Kirby/Theakston - a // "**The New Gods**" 2p Kirby/Theakston - a // "**The Newsboy Legion**" 1p Kirby/Kesel - a |
| 17 Jul 1986: | "**OMAC (One Man Army Corps.)**" 1p Kirby/Theakston - a // "**Orion**" 1p Kirby/Theakston - a |
| 18 Aug 1986: | "**The Pursuer**" 1p Kirby/Theakston - a |
| 20 Oct 1986: | "**The Sandman**" 1p Kirby/Simott - a // "**Sandy, The Golden Boy**" 1p Kirby/Theakston - a // "**Serifan**" 1p Kirby/Martin - a |
| 22 Dec 1986: | "**Steppenwolf**" 1p Kirby/Austin - a |
| 25 Mar 1987: | "**Virman Vundabar**" 1p Kirby/Rude - a // "**Vykin The Black**" 1p Kirby/Kesel - a // "**Witchboy**" 1p Kirby/Theakston - a |

## WIN A PRIZE COMICS
Charlton Comics
| 1 Feb 1955: | Kirby - c(p) // **Intro** 1p Kirby/Simon - a // "**The Emissary**" 6p Kirby/Simon - a // **Pin-up** 1p Kirby Simon - a // "**That Giveaway Guy**" 3p Kirby/Simon - a |
| 2 Apr 1955: | Kirby/Simon - c // **Intro** 1p (one figure) Kirby - a(p) // "**Sir Cashby Of Moneyvault**" 4p Kirby - a(p) |

## WITCHES' WESTERN TALES
Harvey Publications   *See Boys' Ranch, Hyper-Classics   Continued as Western Tales*
| 29 Feb 1955: | (r: c, BR 4 (interior art) // (r: BR 4) Intro 1p // (r: BR 4) "The Bugle Blows At Bloody Knife" 4p // (r: BR 4) Centerfold 2p // (r: BR 4) "Fight To The Finish" 1p (splash) |
| 30 Apr 1955: | (r: c, BR 5 (splash) // (r: BR 5) Intro 1p // (r: BR 5) "Last Mail To Red Fork" 1p (splash) // (r: BR 5) "The Riders Of The Pony Express" 2p // (r: BR 5) "Bandits, Bullets And Wild, Wild Women" 1p (splash) |

## WITCHING HOUR, THE
National Periodical Publications (DC Comics)   *See Tales of the Unexpected*
18 Dec 1971:   (r: TU 13) "The Face Behind The Mask" 6p

## WIZARD ACE EDITION
Wizard // Marvel Comics Group
| nn 2002: | (r: c, FF 48) "The Coming Of Galactus" 20p (note: replica edition features new cover, additional features) |
| nn 2003: | (r: c, AV 4) "Captain America Joins The Avengers" 23p (note: replica edition features new cover, additional features) |

## WORLD AROUND US, THE
Gilberton Publications (Classics Illustrated)   *See Children's Digest, Classics Illustrated Special Issue, World Illustrated*
| 30 Feb 1961: | (Undersea Adventures: HRN 159); "**Undersea Adventures**" 1p Kirby/Ayers - a // "**The Duel**" (7 text illustrations) 5p Kirby - a // "**Blue Skies**" 1p Kirby Ayers - a |
| 31 Mar 1961: | (Hunting: HRN 161); "**Hunting**" 1p Kirby/Ayers - a // "**Early Hunters**" 6p Kirby Ayers - a // "**An End To Slaughter**" 5p Kirby Ayers - a (R: *Children's Digest* V12#116) |
| 32 Apr 1961: | (For Gold and Glory: HRN 161); "**The Mayas**" 2p Kirby Ayers - a // "**Omens Of Evil**" 5p Kirby Ayers - a // "**Desert Treasure: Part 2 - Unravelling The Mystery**" 4p Kirby - a(p) // "**A Balancing Act**" 1p Kirby - a(p) |

JM 00390

35 Aug 1961:   (Spies); "**Sky Spies**" 2p Kirby/Ayers - a // "**The Business Of Spying**" 1p Kirby/Ayers - a //
"**Tricks Of The Trade**" 2p Kirby/Ayers - a
36 Oct 1961:   (Fight for Life); "**Quacks And Quackery**" 3p Kirby/Ayers - a // "**The Branches Of Medicine**" 2p Kirby/Ayers - a //
"**The Pure Substance**" 3p Kirby/Ayers - a // "**The War On Insects**" 3p Kirby/Ayers - a //
"**The Challenge Of Space**" 2p Kirby/Ayers - a

## WORLD ILLUSTRATED
Thorpe & Porter, Ltd. (U.K.)   *See Classics Illustrated Special Issue, World Around Us*
528 1961:   (The Sea: *World Around Us* 37; unpublished in U.S.); "**The Lone Voyager**" 7p Kirby/Ayers - a //
"**Pathways Of The Sea**" 3p Kirby/Ayers - a

## WORLD OF FANTASY
Atlas Comics (Marvel Comics Group)   *See Strange Tales Annual, Tomb of Darkness*
15 Dec 1958:   Kirby/Rule - c
16 Feb 1959:   "**Prison 2000 A.D.**" 5p Kirby/Rule - a (R: STA 2)
17 Apr 1959:   Kirby/Rule - c (Guardian Stars)
18 Jun 1959:   Kirby/Rule - c (Xom) // "**To Build A Robot**" 4p Kirby/Rule - a (R: TOD 11)
19 Aug 1959:   Kirby/Rule - c (Gargoyle from the Fifth Galaxy)

## WORLD'S FINEST COMICS
National Periodical Publications (DC Comics)   *See Adventure Comics, Boy Commandos, DC Special Blue Ribbon Digest, DC Special Series, Detective Comics, Flashback, Green Arrow by Jack Kirby, House of Secrets, Microcolour, Sandman, Showcase Presents Green Arrow, Wanted*
6 Sum 1942:   "**The Adventure Of The Magic Forest**" (Sandman) 10p Kirby/Simon - a (R: MC, Wanted 9)
7 Fall 1942:   "**A Modern Arabian Nightmare**" (Sandman) 10p Kirby/Simon - a (R: MC)
8 Win 1942:   "**The Luck Of The Lepparts**" (Boy Commandos) 13p Kirby/Simon - a (R: FB 38, MC)
9 Spr 1943:   "**Battle Of The Big Top**" (Boy Commandos) 13p Kirby/Simon - a (R: MC)
10 Sum 1943:   "**Message To Murmansk**" (Boy Commandos) 12p Kirby/Simon - a (R: MC)
11 Fall 1943:   "**Sand Dunes Of Death**" (Boy Commandos) 12p Kirby/Simon - a (R: MC)
12 Win 1943:   "**Golden Victory**" (Boy Commandos) 12p Kirby/Simon - a (R: MC)
13 Spr 1944:   "**A Wreath For Sir Edgar Of Wimpledowne**" (Boy Commandos) 11p Kirby - a(l) (R: MC)
15 Fall 1944:   "**Iss Ve Not Der Supermen?**" (Boy Commandos) 12p Kirby/Simon - a (R: MC)
21 Mar 1946:   "**Brooklyn And Columbus Discover America**" (Boy Commandos) 12p Kirby/Simon - a (R: MC)
22 May 1946:   "**Boy Commandos 5,000,000 B.C.**" (Boy Commandos) 12p Kirby/Simon - a (R: MC)
32 Jan 1948:   "**Killer With The Golden Voice**" (Boy Commandos) 13p Kirby - a(l)
38 Jan 1949:   "**Rip Carter, Fugitive From A Chain Gang**" (Boy Commandos) 12p Kirby - a(l)
96 Sep 1958:   "**Five Clues To Danger**" (Green Arrow) 6p Kirby - a (R: GAJK, SPGA)
97 Oct 1958:   "**The Menace Of The Mechanical Octopus**" (Green Arrow) 5 1/2p Kirby - a (R: DCSS 23, GAJK, SPGA)
98 Dec 1958:   "**The Unmasked Archers**" (Green Arrow) 5 1/2p Kirby - a(p) (R: DCSBRD 23, GAJK, SPGA, WFC 197)
99 Feb 1959:   "**Crimes Under Glass**" (Green Arrow) 5 1/2p Kirby - a (R: GAJK, SPGA)
167 Jun 1967:   (r: HOS 3) "The Three Prophecies" 6p
187 Sep 1969:   (r: ADV 256) "The Green Arrow's First Case" 7p
197 Oct 1970:   (r: WFC 98) "The Unmasked Archers" 5 1/2p
226 Nov 1974:   (r: ADV 87) "I Hated The Sandman" 10p

## WOW COMICS
Fawcett Publications   *See Complete Jack Kirby*
BB (#1) Spr 1941:   "**Mr. Scarlet**" 7p Kirby/Simon - a (R: CJK 2)

## WYATT EARP
Atlas Comics (Marvel Comics Group)
22 Apr 1959:   Kirby/Rule - c
24 Aug 1959:   Kirby/Rule - c
25 Oct 1959:   Kirby/Ayers - c (R: WE 33)
26 Dec 1959:   Kirby/Rule - c
29 Jun 1960:   Kirby/Ayers - c
33 Apr 1973:   (r: c WE 25 with added material)



## X-MEN, THE
Marvel Comics Group   *See Amazing Adventures, Avengers, Bring Back the Bad Guys, Essential X-Men, Fantastic Four, Ka-Zar, Magneto Ascendant, Marvel Collectible Classics: X-Men, Marvel Limited: Fantastic Firsts, Marvel Masterworks, Marvel Milestone Edition, Marvel Super-Heroes, Marvel Tales Annual, Mighty Marvel Team-Up Thrillers, Marvel Visionaries: Jack Kirby, 100 Greatest Marvels of All Time, Son of Origins of Marvel Comics, X-Men: The Early Years, X-Men Masterworks*
(Kirby is primary co-plotter by virtue of the "Marvel method"; story being pencilled first establishes story locations, flow and pacing)
1 Sep 1963:   Kirby/Brodsky - c   "**X-Men**" (first app. of The X-Men, Magneto) 23p Kirby/Reinman - a
(R: AA 1,2, EXM 1, MARM 3, MCCX, MLFF, MME, MTA 2, SOO, XMEY 1, XMMW)
2 Nov 1963:   Kirby/Reinman - c   "**No One Can Stop The Vanisher**" 22p Kirby/Reinman - a
(R: AA 3,4, EXM 1, MARM 3, MCCX, MSH 21, XMEY 2, XMMW)
3 Jan 1964:   Kirby/Brodsky - c   "**Beware, The Blob**" 24p Kirby/Reinman - a (R: AA 5,6, EXM, MARM 3, MSH 22, XMEY 3, XMMW)

81
JM 00391

| | | |
|---|---|---|
| 16 (V2#10) Dec 1950: | (misnumbered as V4#4) Kirby - c(p) // "The Reformer" 8p Kirby - a(p) // "Problem Clinic" 2p Kirby - a(p) // "The Girl I Left Behind" 1p (splash) Kirby - a(p) | |
| 17 (V2#11) Jan 1951: | Kirby - c(p) // "The Quiet One" 5p Kirby - a(p) // "Will You Help Me?" 3p Kirby - a(p) | |
| 18 (V2#12) Feb 1951: | Kirby - c(p) // "Problem Clinic" 2p Kirby - a(p) // "Will You Help Me?" 3p Kirby - a(p) | |
| 19 (V3#1) Mar 1951: | Kirby/Simon - c // "Will You Help Me?" 3p Kirby - a(p) | |
| 20 (V3#2) Apr 1951: | Kirby/Simon - c // "Problem Clinic" 3p Kirby - a(p) // "My Old Flame" 5 1/2p Kirby/Simon - a | |
| 21 (V3#3) May 1951: | Kirby/Simon - c // "All Work And No Love" 11p Kirby - a(p) | |
| 22 (V3#4) Jun 1951: | Kirby/Simon - c // "Will You Help Me?" 3p Kirby - a(p) | |
| 23 (V3#5) Jul 1951: | "Problem Clinic" 2p Kirby - a(p) | |
| 25 (V3#7) Sep 1951: | "Off Limits To Love" 10p Kirby - a(p) | |
| 30 (V3#12) Feb 1952: | "Problem Clinic" 2 1/2p Kirby - a(p) | |
| 31 (V4#1) Mar 1952: | "Be My Valentine" 6p Kirby - a(p) | |
| 36 (V4#6) Aug 1952: | "Two-Faced Woman" 8p Kirby - a(p) | |
| 37 (V4#7) Sep 1952: | "Mr. Know-It-All Falls In Love" 8p Kirby - a(p) | |
| 39 (V4#9) Nov 1952: | "Will You Help Me?" 3p Kirby/Simon - a // "My Fear Of Men" 7p Kirby/Simon - a | |
| 40 (V4#10) Dec 1952: | "Fallen Idol" 9p Kirby/Simon - a | |
| 41 (V4#11) Jan 1953: | "Forget Me, Frankie" 8p Kirby/Simon - a // "Problem Clinic" 2p Kirby/Simon - a | |
| 42 (V4#12) Feb 1953: | "The Outsider" 7 1/2p Kirby/Simon - a | |
| 43 (V5#1) Mar 1953: | "Teen-Aged Widow" 12p Kirby - a(p) // "Problem Clinic" 2 1/2p Kirby - a(p) | |
| 44 (V5#2) Apr 1953: | "Unspoken For" 9p Kirby/Simon - a // "Once A Champion" 8p Kirby/Simon - a | |
| 45 (V5#3) May 1953: | "Mean Little Cupid" 2 1/2p Kirby - a(p) // "Stab In The Back" 8p Kirby - a(p) | |
| 46 (V5#4) Jun 1953: | "Ashamed To Face Him" 6p Kirby - a(p) // "Out Of The Blue" 5p Kirby - a(p) | |
| 47 (V5#5) Jul 1953: | "Too Late To Tell Him" 6p Kirby - a(p) // "Farewell Note" 4p Kirby - a(p) // "Out All Hours" 7p Kirby - a(p) | |
| 48 (V5#6) Aug 1953: | "Don't Wait For Me" 5 1/2p Kirby - a(p) // "The Marrying Kind" 3 1/2p Kirby - a(p) // "Cold Shoulder For Two" 3p Kirby - a(p) // "Problem Clinic" 1 1/2p Kirby - a(p) | |
| 49 (V5#7) Sep 1953: | "Riff-Raff" 8p Kirby - a(p) | |
| 50 (V5#8) Oct 1953: | "Wedding Present" 6p Kirby - a(p) // "Norma, Queen Of The Hot Dogs" 4p Kirby - a(p) | |
| 51 (V5#9) Nov 1953: | "To Marry For Money" 6p Kirby - a(p) | |
| 55 (V6#1) Mar 1954: | "The Baby Dolls" 7p Kirby - a(p) | |
| 69 (V7#3) Feb 1956: | Kirby - c(p) // "How's The Family?" 7p Kirby - a(p) // "The Lady In The Jaguar" 6p Kirby - a(p) // "Secrets Of The Girls Next Door" 6p Kirby - a(p) | |
| 70 (V7#4) Apr 1956: | Kirby - c(p) // "Too Late For Love" 6p Kirby - a // "Big Disappointment" 8p Kirby - a // "A Week In Frisco" 5p Kirby - a // "Lovely Little Copycat" 6p Kirby - a | |
| 71 (V7#5) Jun 1956: | Kirby - c(p) // "Easy Way Out" 6p Kirby - a | |
| 72 (V7#6) Oct 1956: | Kirby - c(p) // "And My Heart Came Tumbling Down" 7p Kirby - a(p) // "Love And War" 6p Kirby - a(p) // "Cinderella Story" 6p Kirby - a(p) // "I Dream Of Jeannie" 6p Kirby - a(p) | |
| 73 (V7#7) Dec 1956: | Kirby - c(p) // "Torch Song" 7p Kirby - a(p) // "Bust-up" 6p Kirby - a(p) | |

## YOUNG ROMANCE COMICS

Prize / Headline (Feature Publications)   *See Jack Kirby Reader, Millennium Edition, Real Love*

| | |
|---|---|
| 1 Sep 1947: | Kirby/Simon - c // "I Was A Pick-Up" 13p Kirby/Simon - a (R: ME 1) // "Misguided Heart" 7p Kirby/Simon - a (R: ME 1) // "Young Hearts Sing A Summer Song" 8p Kirby/Simon - a (R: ME 1) |
| 2 Nov 1947: | Kirby - c(p) // "Boy Crazy" 14p Kirby/Simon - a (R: JKR 2) // "Her Tragic Love" 8p Kirby/Simon - a |
| 3 Jan 1948: | Kirby/Simon - c // "Marriage Contract" 13p Kirby/Simon - a // "Her Best Friend's Sweetheart" 8p Kirby/Simon - a // "Man-Hater" 7p Kirby/Simon - a |
| 4 Mar 1948: | Kirby/Simon - c // "Blind Date" 11p Kirby/Simon - a // "Fraulein Sweetheart" 9p Kirby/Simon - a |
| 5 May 1948: | Kirby/Simon - c // "I Fell In Love With My Star Pupil" 13p Kirby/Simon - a // "Shame" 7p Kirby/Simon - a(1) // "Jealousy" 1p (splash) Kirby/Simon - a // "Gold Digger" 9p Kirby/Simon - a |
| 6 Jul 1948: | Kirby/Simon - c // "Disgrace" 14p Kirby/Simon - a |
| 7 (V2#1) Sep 1948: | Kirby/Simon - c // "War Bride" 13p Kirby/Simon - a // "I Stole For Love" 8p Kirby/Simon - a |
| 8 (V2#2) Nov 1948: | Kirby/Simon - c // "Love Or Pity" 14p Kirby/Simon - a // "My Big Sister's Beau" 1p (splash) Kirby - a(p) // "Love Can Strike So Suddenly" 9p Kirby/Simon - a |
| 9 (V2#3) Jan 1949: | Kirby/Simon - c // "Was Love To Be My Sacrifice?" 15p Kirby/Simon - a (R: RL) |
| 10 (V2#4) Mar 1949: | Kirby/Simon - c // "Mama's Boy" 13p Kirby/Simon - a (R: JKR 2, RL) // "Unwanted" 7p Kirby/Simon - a |
| 11 (V2#5) May 1949: | Kirby/Simon - c // "The Town And Toni Benson" 15p Kirby/Simon - a |
| 12 (V2#6) Jul 1949: | Kirby/Simon - c // "If You Want Me" 11p Kirby/Simon - a |
| 13 (V3#1) Sep 1949: | "Sailor's Girl" 14p Kirby/Simon - a |
| 14 (V3#2) Oct 1949: | "Runaway Bride" 12p Kirby - a (R: JKR 1) |
| 15 (V3#3) Nov 1949: | "Back Door Love" 14p Kirby - a (R: JKR 1, RL) |
| 16 (V3#4) Dec 1949: | "Dance Hall Pick-Up" 11p Kirby/Simon - a // "The Girl I Left Behind" 7p Kirby - a(p) |
| 17 (V3#5) Jan 1950: | "The Girl Who Tempted Me" 15p Kirby - a (R: JKR 1, RL) |
| 18 (V3#6) Feb 1950: | "Just No Good" 14p Kirby/Simon - a // "Flight From Love" (text illustrations) Kirby/Simon - a |
| 19 (V3#7) Mar 1950: | "That Kind Of Girl" 13p Kirby/Simon - a |
| 20 (V3#8) Apr 1950: | "Hands Off Lucy" 14p Kirby/Simon - a |
| 21 (V3#9) May 1950: | "I Want Your Man" 14p Kirby/Simon - a |
| 22 (V3#10) Jun 1950: | "The Savage In Me" 14p Kirby/Simon - a |
| 23 (V3#11) Jul 1950: | "Gang Sweetheart" 15p Kirby/Simon - a (R: RL) // "Problem Clinic" 2p Kirby/Simon - a |
| 24 (V3#12) Aug 1950: | "Buy Me That Man" 14p Kirby/Simon - a |

84

| # | Issue | Date | Contents |
|---|---|---|---|
| 25 | (V4#1) | Sep 1950: | "The Only Man Who Could Thrill Me" 12p Kirby/Simon - a // "Will You Help Me?" 3p Kirby - a(p) |
| 26 | (V4#2) | Oct 1950: | Kirby - c(p) // "Your Money Or Your Love" 12p Kirby/Simon - a |
| 27 | (V4#3) | Nov 1950: | Kirby - c(p) // "No Man Would Have Me" 12p Kirby - a(p) |
| 28 | (V4#4) | Dec 1950: | "Hot Rod Crowd" 1p (splash) Kirby - a(p); ?p Kirby - a(l) // "Will You Help Me?" 2p Kirby - a(p) // "Problem Clinic" 1p Kirby - a(p) |
| 29 | (V4#5) | Jan 1951: | "You're Not The First" 10p Kirby/Simon - a // "Will You Help Me?" 3p Kirby - a(p) // "Problem Clinic" 2p Kirby - a(p) |
| 30 | (V4#6) | Feb 1951: | "Different" 14p Kirby/Simon - a (R: RL) |
| 31 | (V4#7) | Mar 1951: | "One Way To Hold Him" 12p Kirby/Simon - a (R: RL) |
| 32 | (V4#8) | Apr 1951: | "Soldier's Girl" 12p Kirby/Simon - a // "Will You Help Me?" 3p Kirby - a(p) |
| 33 | (V4#9) | May 1951: | Kirby - c(p) // "What's In It For Me?" 10p Kirby/Simon - a |
| 34 | (V4#10) | Jun 1951: | Kirby - c(p) // "Old Fashioned Girl" 12p Kirby/Simon - a |
| 35 | (V4#11) | Jul 1951: | "Temptations Of A Car Hop" 12p Kirby/Simon - a |
| 36 | (V4#12) | Aug 1951: | "Love At Stake" 3p Kirby/Simon - a |
| 37 | (V5#1) | Sep 1951: | "I'll Never Set You Free" 10p Kirby/Simon - a // "These Foolish Things" 5 1/2p Kirby/Simon - a |
| 38 | (V5#2) | Oct 1951: | "Family Trouble" 10p Kirby/Simon - a |
| 39 | (V5#3) | Nov 1951: | "Too Sweet To Be True" 9 1/2p Kirby - a(p) |
| 40 | (V5#4) | Dec 1951: | "Nobody Owns Me" 10p Kirby/Simon - a |
| 41 | (V5#5) | Jan 1952: | "Dangerous Companion" 11 1/2p Kirby/Simon - a |
| 42 | (V5#6) | Feb 1952: | "Miracle For Nancy" 9 1/2p Kirby/Simon - a |
| 43 | (V5#7) | Mar 1952: | "Fool In Love" 9 1/2p Kirby/Simon - a |
| 44 | (V5#8) | Apr 1952: | "Forget Me Not" 8p Kirby/Simon - a |
| 45 | (V5#9) | May 1952: | "The Things I Didn't Know About Him" 9 1/2p Kirby/Simon - a |
| 46 | (V5#10) | Jun 1952: | "We Only Have Today" 8p Kirby/Simon - a |
| 47 | (V5#11) | Jul 1952: | "A Man For My Birthday" 8p Kirby/Draut - a // "Drop The Handkerchief" 6p Kirby/Simon - a |
| 52 | (V6#4) | Dec 1952: | "Soldier On The Train" 8p Kirby/Draut - a |
| 53 | (V6#5) | Jan 1953: | "The Girl In My Corner" 10p Kirby/Simon - a |
| 54 | (V6#6) | Feb 1953: | "Double Wedding" 9p Kirby/Simon - a |
| 55 | (V6#7) | Mar 1953: | "Problem Clinic" 1 1/2p Kirby - a(p) |
| 56 | (V6#8) | Apr 1953: | "On Your Honor" 9p Kirby/Simon - a |
| 57 | (V6#9) | May 1953: | "The Underdog" 8p Kirby/Roussos - a (R: RL) // "Problem Clinic" 1 1/2p Kirby - a(p) // "Peeping Tom" 6p Kirby - a(p) |
| 58 | (V6#10) | Jun 1953: | "Too Innocent To Love" 11 1/2p Kirby/Simon - a |
| 59 | (V6#11) | Jul 1953: | "Borrow A Boy Friend" 2 1/2p Kirby - a(p) // "A Family Affair" 9p Kirby - a(p) |
| 60 | (V6#12) | Aug 1953: | "So Charming, So False" 6p Kirby - a(p) |
| 61 | (V7#1) | Sep 1953: | "Let Sleeping Love Lie" 8p Kirby - a(p) // "A Very Important Love" 4p Kirby - a(p) |
| 62 | (V7#2) | Oct 1953: | "The Mystery Blonde Of Lover's Lane" 6p Kirby - a(p) |
| 63 | (V7#3) | Nov 1953: | "A Matter Of Pride" 8p Kirby/Simon - a |
| 64 | (V7#4) | Dec 1953: | "Beautiful Friendship" 6p Kirby - a(p) // "The Heartbreaker" 6p Kirby - a(p) |
| 65 | (V7#5) | Jan 1954: | "The Wrong Mr. Right" 7p Kirby - a(p) |
| 66 | (V7#6) | Feb 1954: | "Those We Love" 6p Kirby/Simon - a |
| 67 | (V7#7) | Mar 1954: | "Cute Trick" 6p Kirby - a(p) |
| 79 | (V8#7) | Oct 1955: | "Problem Clinic" 2p Kirby - a(p) |
| 80 | (V8#8) | Dec 1955: | Kirby - c(p) // "Personal Message To Ruth" 6p Kirby - a(p) // "The Gingerbread House" 6p Kirby - a(p) // "Old Enough To Marry" 5p Kirby - a(p) // "Lovesick" 8p Kirby - a(p) |
| 81 | (V9#3) | Feb 1956: | Kirby - c(p) // "The Lady And The Truck Driver" 7p Kirby - a(p) // "A Match For Linda" 5p Kirby - a(p) // "Bring The Kids" 7p Kirby - a(p) |
| 82 | (V9#4) | Apr 1956: | Kirby - c(p) // "Lost Little Lamb" 6p Kirby - a(p) // "Bundle From Heaven" 6p Kirby - a(p) // "Wild Flower" 6p Kirby - a(p) // "Repeat Performance" 6 1/2p Kirby - a(p) |
| 83 | (V9#5) | Jun 1956: | Kirby - c(p)? // "Only You" 7p Kirby/Simon - a // "The Serious Type" 6p Kirby/Simon - a // "The Lonely Heart" 5p Kirby/Simon - a // "Dancing Doll" 8p Kirby/Simon - a |
| 84 | (V9#6) | Oct 1956: | Kirby - c(p)? // "Much Ado About Love" 7p Kirby - a(p) // "Poison Ivy" 6p Kirby - a(p) // "Swept Off My Feet" 6p Kirby - a(p) // "Romeo And Judy Ann" 6p Kirby - a(p) |
| 85 | (V10#1) | Dec 1956: | Kirby - c(p)? // "Lizzie's Back In Town" 7p Kirby/Simon - a // "Lady's Choice" 6p Kirby/Simon - a // "Resort Romeo" 6p Kirby/Simon - a // "My Cousin From Milwaukee" 6p Kirby/Simon - a |
| 86 | (V10#2) | Feb 1957: | "Reject" 3 1/2p Kirby/Simon - a |
| 87 | (V10#3) | Apr 1957: | "Girl With Possibilities" 7p Kirby/Simon - a // "Rock 'n' Roll Sweetheart" 5p Kirby/Simon - a // "Made Me Beautiful" 6p Kirby/Simon - a |
| 88 | (V10#4) | Jun 1957: | "They're Only Men" 1p Kirby/Meskin - a |
| 90 | (V10#6) | Sep 1957: | Kirby - c(p)? // "Girl In The Middle" 5p Kirby - a |
| 91 | (V11#1) | Dec 1957: | "The Waiting Game" 4p Kirby - a(p) // "The Way They Met" 1p Kirby - a(p) |
| 92 | (V11#2) | Feb 1958: | "Running Mates" 5p Kirby - a(p) // "The Happy Bachelor" 5p Kirby/Simon - a |
| 93 | (V11#3) | Apr 1958: | Kirby - c // "Jealousy" 5p Kirby/Simon - a? // "Afraid Of Love" 5p Kirby/Simon - a(l)? |
| 95 | (V11#5) | Aug 1958: | Kirby - c(p) // "Listening To Love" 5p Kirby/Simon - a |
| 97 | (V12#1) | Dec 1958: | Kirby - c // "Hearts And Flowers" 5p Kirby - a // "Uninvited Guest" 5p Kirby - a |
| 98 | (V12#2) | Feb 1959: | "Secret In My Heart" 5p Kirby - a // "A Husband For My Sister" 5p Kirby - a |
| 99 | (V12#3) | Apr 1959: | "Man Wanted" 5p Kirby/Simon - a // "The Love I Lost" 5p Kirby/Simon - a |
| 102 | (V12#6) | Oct 1959: | "The Wounded Party" 5p Kirby - a |
| 103 | (V13#1) | Dec 1959: | Kirby - c // "The Man For Me" 5p Kirby - a // "Liars In Love" 5p Kirby - a |