# EXHIBIT X

# THE ART OF JACK KIRBY

MARVEL0018249

THE ART OF JACK KIRBY

WYMAN/HOHLFELD

MARVEL0018250



MARVEL0018251

For Roz Kirby

The woman behind the man.

MARVEL0018252



Written By: Ray Wyman, Jr.

Researched By: Ray Wyman, Jr., Catherine Hohlfeld
with Robert C. Crane

Foreword By: Kevin Eastman



Published by The Blue Rose Press
The Blue Rose Press, Inc.

MARVEL0018253

Text: Ray Wyman, Jr.
Research: Ray Wyman, Jr., Catherine Hohlfeld
Research Assistance: Robert C. Crane
Editing: Greg Baisden, and Catherine Hohlfeld
Technical Editing: Denise MacNeil
Design: Terry Lobel, Ray Wyman, Jr.
Cover Illustration: Jack Kirby and Kevin Eastman
Cover Design: Andy Nishimoto and Jeff Grady
Portrait Photography of Jack Kirby: Susan Skarr
Portrait Photography of Authors: Elena Ray
Art Photography: William Moritz, Ray Wyman, Jr., and Ernst Gerber
Post Production: color separations and negatives, J&L Color Service, Inc., Orange, CA; printing and binding, Color Litho, Gardena, CA, typesetting output, Orange County Typesetting, Santa Ana, CA. Ventura Publisher was used in the layout and typesetting of this publication.

Library of Congress Catalog Card Number: 92-85330
ISBN: 0-9634467-0-3 (hardcover)
ISBN: 0-9634467-1-1 (softcover)

Copyright © 1992 by Jack Kirby, Ray Wyman, Jr., and Catherine Hohlfeld. Published by **The Blue Rose Press**, a DBA of The Blue Rose Press, A California Corporation. All rights reserved.

No part of the book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

To copy or reproduce comic book covers, pages or art contained herein requires the permission from the copyright owners of each:

*Double Life of Private Strong, Adventures of the Fly*, and all titles and characters ™ & © **Archie Publications**. All rights reserved.; *The Diary of Dr. Hayward, The Count of Monte Cristo, Witton of the West*, ™ & © **Caplin - Iger Company, Ltd.** All rights reserved.; *Adventure Comics, Black Magic, Blue Beetle, Boy Commandos, Challengers of the Unknown, The Demon, Doom Patrol, Forever People, House of Mystery, House of Secrets, Hunger Dogs, Justice League of America, Kamandi, Legion of Super-Heroes, Mister Miracle, My Greatest Adventure, New Gods, OMAC, Sandman, Showcase, Star Spangled Comics, Superman's Pal Jimmy Olsen, Tales of the Unexpected, Young Love, Young Romance*, and all titles and characters ™ & © **DC Comics, Inc.** All rights reserved. Reprinted by permission of **DC Comics, Inc.**; *Mickey Mouse*, ™ & © **Walt Disney Productions, Inc.** All rights reserved.; *Last of the Viking Heroes*, and all titles and characters ™ & © **Genesis West**. All rights reserved.; "War Between the States," © **Gilberton Publications, Inc.** All rights reserved.; *Alarming Tales, Black Cat Mystic, Blast-Off, Captain 3-D, Champion Comics, Champ Comics, Fighting American, Green Hornet, Race for the Moon, Stuntman*, and all titles and characters ™ & © **Harvey Publications, Inc.** All rights reserved.; All personal sketches, all private works including "Angel," *Captain Victory and the Galactic Rangers, The Career of King Masters*, "Chaos in Balance," *Chip Hardy*, "Faces of Evil," "Galactic Head," "Incan Visitation," "Interpretation of God: Series," "Kirby Dream Machine," "Mechanoid," "Rameses," Silver Star, *Sky Masters of the Space Force*, "Space is a Busy Place: #1 and #2," *Starman Zero, Surf Hunter*, "Tribes Trilogy," and all titles and characters ™ & © **Jack Kirby**. All rights reserved.; *Thundarr the Barbarian* ™ & © **Ruby-Spears Productions**. All rights reserved.; *Boy's Ranch, Bulls-Eye, Foxhole, In Love, Inky, Night Fighter, Police Trap*, and all titles and characters ™ & © **Jack Kirby and Joe Simon**. All rights reserved.; *Amazing Adventures, Amazing Spider-Man, The Avengers, The Black Rider Rides Again, Captain America, Captain America Comics, Daring Mystery Comics, Devil Dinosaur, The Eternals, Fantastic Four, The Incredible Hulk, Infinity Gauntlet, Iron Man, Journey Into Mystery, Kid Colt Outlaw, Love Romances, Machine Man, Marvel Mystery Comics, The Mighty Thor, Rawhide Kid, Red Raven, Sgt. Fury, Sgt. Fury and His Howling Commandos, Silver Surfer, Strange Tales, Strange Worlds, Tales to Astonish, Tales of Suspense, Two-Gun Kid, 2001: A Space Odyssey, U.S.A. Comics, World of Fantasy, X-Men*, and all titles and characters ™ & © by **Marvel Entertainment Group, Inc.** All rights reserved. Reprinted by permission of **Marvel Entertainment Group, Inc.**; *Popeye*, ™ & © **Max Fleischer Studio**. All rights reserved.

Cover Art: Darkseid, Kalibak, Mister Miracle and Orion, ™ & © **DC Comics, Inc.** All rights reserved. Captain America, Dr. Doom, Galactus, Loki, Mr. Fantastic, Red Skull, Silver Surfer, and Thor, ™ & © **Marvel Entertainment Group, Inc.** All rights reserved.

The Blue Rose Press, Inc., 134 South Glassell, Orange, California 92666
Printed and bound in the U.S.A.
First edition, first printing.

MARVEL0018254



# CONTENTS

**ACKNOWLEDGEMENTS** ............................................................... 1

**FOREWORD** .................................................................................. 2
By Kevin Eastman.

**CHAPTER 1: JUST ANOTHER KID** ........................................... 4
From Kirby's childhood to his first job in cartooning.

**CHAPTER 2: WHEN TALENTS ARISE** ..................................... 16
Kirby's early strip work and the emergence of the comics industry.

**CHAPTER 3: MEANWHILE, AT THE GATES
OF THE GOLDEN AGE...** ............................................................ 30
Kirby joins Fox Features and meets Joe Simon. The new team creates Captain America, Boy Commandos, and prepare for war duty.

**CHAPTER 4: ENTER, RIFLEMAN KIRBY** ............................... 48
Kirby's war duty and his return home.

**CHAPTER 5: IT WAS A TIME OF CRIME,
ADVENTURE, LOVE AND HAPPINESS** ................................... 60
After a slow start, the Crestwood era starts. Simon and Kirby introduce the first romance titles.

**CHAPTER 6: AFTER THE MONSTERS, THE COWBOYS
AND SUPERSTITION, THE END OF ERAS** ............................. 76
Simon and Kirby's good fortunes are halted by a seduction and other events.

**CHAPTER 7: FROM THE ASHES, A SILVER AGE!** ................. 96
The Simon/Kirby partnership splits up, but Challengers of the Unknown heralds a first for the fledgling Silver Age and a new beginning for Kirby.

**CHAPTER 8: AND THEY CALLED HIM "KING"** .................. 114
Kirby and Stan Lee revitalize Marvel Comics with the creation of the Marvel Universe: Fantastic Four, The Incredible Hulk, X-Men, and many others.

**CHAPTER 9: THE FOURTH WORLD AND BEYOND** ............ 146
The Fourth World titles launches a bold experiment in comics. Kirby's animation and late comics work.

**CHAPTER 10: FOR THE LOVE OF JACK** .............................. 176
A retrospect and analysis of Kirby's career.

**GENERAL INDEX** .................................................................... 181

**APPENDIX** ................................................................................ 184

MARVEL0018255

# JACK KIRBY PUBLICATION TIMELINE

Compiled by R. Crane. This is a chronological listing of publication dates based on information taken from the *Jack Kirby Booklist*. Reprints and unverified entries in the booklist were not included. Although not noted in this list, many titles were the result of collaborative efforts with Joe Simon, Stan Lee and others. Refer to the booklist for more detail. This list is organized by year of publication, then by month or season of issue. Titles are listed alphabetically followed by the issue number. Comic strip or animation productions are not included in this list. Wherever possible, a special notation has been made for first publication, first character appearances and career milestones.

## 1938

**September**
Jumbo 1
‡ First Kirby art published in comics art form

**October**
Jumbo 2

**November**
Jumbo 3

## 1939

**August**
Famous Funnies 61
‡ First original comics art

**September**
Famous Funnies 62

**October**
Famous Funnies 63

**November**
Famous Funnies 64

**December**
Famous Funnies 65

## 1940

**May**
Crash Comics 1
‡ First Solar Legion
Mystery Men Comics 10
Science Comics 4

**June**
Champion Comics 8
‡ First Kirby Cover
Crash Comics 2

**July**
Blue Bolt 2
‡ First Simon and Kirby collaboration
Champion Comics 9
Crash Comics 3
Famous Funnies 72

**August**
Blue Bolt 3
‡ First Simon and Kirby cover
Champion Comics 10
Famous Funnies 73
Red Raven 1
‡ First work for Timely (later Marvel Comics)

**September**
Blue Bolt 4
Crash Comics 4
Daring Mystery Comics 6
Famous Funnies 74
Fantastic Comics 10

**October**
Blue Bolt 5
Famous Funnies 75
Marvel Mystery Comics 12

**November**
Blue Bolt 6
Crash Comics 5
Famous Funnies 76
Marvel Mystery Comics 13
‡ First Vision (the alien, not the Avenger)
Target Comics 10

**December**
Blue Bolt 7
Marvel Mystery Comics 14
Prize Comics 7

## 1941

Captain Marvel Comics nn (#1)

**January**
Blue Bolt 8
Marvel Mystery Comics 15
Prize Comics 8

**February**
Blue Bolt 9
Marvel Mystery Comics 16
Prize Comics 9

**March**
Blue Bolt 10
Captain America Comics 1
‡ First Captain America, Bucky, Red Skull and Tux the Cave Boy
Marvel Mystery Comics 17

**April**
Captain America Comics 2
Daring Mystery Comics 7
Marvel Mystery Comics 18

**May**
Captain America Comics 3
Marvel Mystery Comics 19

**June**
Captain America Comics 4
Champ Comics 19
Marvel Mystery Comics 20

**July**
Marvel Mystery Comics 21

**August**
Captain America Comics 5
Champ Comics 21
Green Hornet 9
Marvel Mystery Comics 22
USA Comics 1

**September**
Captain America Comics 6
Marvel Mystery Comics 23

**October**
Captain America Comics 7
Marvel Mystery Comics 24

**November**
Captain America Comics 8
Marvel Mystery Comics 25

**December**
Captain America Comics 9
Marvel Mystery Comics 26

**Spring**
Wow Comics 1

**Summer**
All-Winners Comics 1
Young Allies 1

## 1942

**January**
Captain America Comics 10
Daring Mystery Comics 8
Marvel Mystery Comics 27

**March**
Adventure Comics 72
‡ First work for National Periodicals Publications (DC Comics), ‡ First Simon and Kirby Sandman

**April**
Adventure Comics 73
‡ First Simon and Kirby Manhunter
Star-Spangled Comics 7
‡ First Newsboy Legion and Guardian

**May**
Adventure Comics 74
Star-Spangled Comics 8

**June**
Adventure Comics 75
Detective Comics 64
‡ First Boy Commandos
Mystic Comics 7
Star-Spangled Comics 9

**July**
Adventure Comics 76
Detective Comics 65
Star-Spangled Comics 10

**August**
Adventure Comics 77
Detective Comics 66
Star-Spangled Comics 11

**September**
Adventure Comics 78
Detective Comics 67
Star Spangled Comics 12

**October**
Adventure Comics 79
Champ Comics 23
Detective Comics 68

**November**
Adventure Comics 80
Detective Comics 69
Star-Spangled Comics 13

**December**
Adventure Comics 81
All-Star Comics 14
Detective Comics 70
Star-Spangled Comics 14
Star-Spangled Comics 15

**Summer**
Shield Wizard Comics 7
World's Finest 6

**Fall**
All-Winners Squad 2
World's Finest 7

**Winter**
Boy Commandos 1
World's Finest 8

## 1943

**January**
Adventure Comics 82
Detective Comics 71
Star-Spangled Comics 16

**February**
Adventure Comics 83
All-Star Comics 15
Detective Comics 72
Star-Spangled Comics 17

**March**
Adventure Comics 84
Detective Comics 73
Star-Spangled Comics 18

**April**
Adventure Comics 85
All-Star Comics 16
Detective Comics 74
Star-Spangled Comics 19

**May**
Adventure Comics 86
Detective Comics 75
Star-Spangled Comics 20

**June**
All-Star Comics 17
Detective Comics 76
Star-Spangled Comics 21

**July**
Detective Comics 77
Star-Spangled Comics 22

**August**
Adventure Comics 87
Detective Comics 78
Star-Spangled Comics 23

**September**
Detective Comics 79
Star-Spangled Comics 24

**October**
Adventure Comics 88
Detective Comics 80
Star-Spangled 25

**November**
Detective Comics 81
Star-Spangled Comics 26

**December**
Adventure Comics 89
Detective Comics 82
Star-Spangled Comics 27

**Spring**
Boy Commandos 2
World's Finest 9

**Summer**
Boy Commandos 3
World's Finest 10

**Fall**
Boy Commandos 4
World's Finest 11

**Winter**
All-Star Comics 19
Boy Commandos 5
World's Finest 12

## 1944

**January**
Detective Comics 83
Star Spangled Comics 28

**February**
Adventure Comics 90
Star Spangled Comics 29

**March**
Star-Spangled Comics 30

**April**
Adventure Comics 91
Star-Spangled Comics 31

**June**
Adventure Comics 92
Star-Spangled Comics 33

**August**
Adventure Comics 93
Star-Spangled Comics 35

**September**
Star-Spangled Comics 36

**October**
Adventure Comics 94
Star-Spangled Comics 37

**November**
Star-Spangled Comics 38

**December**
Adventure Comics 95
Star-Spangled Comics 39

MARVEL0018462

*Spring*
Boy Commandos 6
World's Finest 13

*Summer*
Boy Commandos 7

*Fall*
Boy Commandos 8

*Winter*
Boy Commandos 9

### 1945

*February*
Adventure Comics 98

*April*
Adventure Comics 97

*October*
Adventure Comics 100

*December*
Adventure Comics 101

*Summer*
Boy Commandos 11

*Fall*
Punch and Judy Comics V.1 #4

### 1946

*January*
Picture News 1

*February*
Adventure Comics 102
Star-Spangled Comics 53

*March*
Boy Commandos 14
Real Fact Comics 1
Star Spangled Comics 54

*April*
Stuntman 1

*May*
Boy Commandos 15
Boy Explorers 1
Real Fact Comics 2

*June*
Stuntman 2

*July*
All-New Comics 13
Joe Palooka 5

*September*
Boy Commandos 17
Boy Explorers 2

*December*
Treasure Comics 10

### 1947

*March*
Clue Comics V.2 #1
Headline Comics 23
Prize Comics 63

*April*
Black Cat Comics 5
Clue Comics V.2 #2
Punch and Judy Comics V.2 #9
Terry and the Pirates 3

*May*
Airboy Comics V.4 #4
Clue Comics V.2 #3
Green Hornet 39
Headline Comics 24
Punch and Judy Comics V.2 #10

*June*
Airboy Comics V.4 #5
Black Cat Comics 6
Punch and Judy Comics V.2 #11
Real Clue Crime Stories V.2 #4
Terry and the Pirates 4

*July*
Airboy Comics V.4 #6
Headline Comics 25
My Date Comics 1
Punch and Judy Comics V.2 #12
Real Clue Crime Stories V.2 #5
Real Fact Comics 9

*August*
Airboy Comics V.4 #7
Black Cat Comics 7
Real Clue Crime Stories V.2 #6

*September*
Airboy Comics V.4 #8
Boy Commandos 23
Headline Comics 26
Laugh Comics 24
My Date Comics 2
Real Clue Crime Stories V.2 #7
Young Romance 1
‡ First romance comics

*October*
Airboy Comics V.4 #9
Black Cat Comics 8
Justice Traps the Guilty 1
Punch and Judy Comics V.3 #1

*November*
Airboy Comics V.4 #10
Boy Commandos 24
Headline Comics 27
My Date Comics 3
Young Romance 2

*December*
Airboy Comics V.4 #11
Punch and Judy Comics V.3 #2

### 1948

*January*
My Date Comics 4
World's Finest 32
Young Romance 3

*February*
Headline Comics 28

*March*
Young Romance 4

*April*
Headline Comics 29
Justice Traps the Guilty 3
Western Fighters 1

*May*
Justice Traps the Guilty 4
Young Romance 5

*June*
Charlie Chan Comics 1
Headline Comics 30

*July*
Justice Traps the Guilty 5
Young Romance 6

*August*
Charlie Chan Comics 2
Headline Comics 31

*September*
Boy Commandos 29
Justice Traps the Guilty 6
Young Romance 7

*October*
Headline Comics 32

*November*
Justice Traps the Guilty 7 (V.2 #1)
Young Romance 8

*December*
Headline Comics 33

### 1949

*January*
Justice Traps the Guilty 8 (V.2 #2)
World's Finest 38
Young Romance 9

*February*
Charlie Chan 5
Headline Comics 34
Young Love 1

*March*
Boy Commandos 32
Young Romance 10

*April*
Justice Traps the Guilty 9 (V.2 #3)
Prize Comics Western 75
Young Love 2

*May*
Headline Comics 35
Young Romance 11

*June*
Justice Traps the Guilty 10 (V.2 #4)

*July*
Headline Comics 36
Western Love 1
Young Romance 12

*August*
Justice Traps the Guilty 11
Young Love 4

*September*
Headline Comics 37
Western Love 2
Young Romance 13

*October*
Charlie Chan 3
Young Romance 14

*November*
Young Romance 15

*December*
Charlie Chan 4
Young Romance 16

### 1950

*January*
Young Romance 17

*February*
Young Love 7
Young Romance 18

*March*
Western Love 5
Young Romance 19

*April*
Young Love 8
Young Romance 20

*May*
Young Love 9
Young Romance 21

*June*
Young Romance 22

*July*
Young Romance 23

*August*
Prize Comics Western 83
Young Love 12
Young Romance 24

*September*
Justice Traps the Guilty 18
Young Love 13
Young Romance 25

*October*
Black Magic V.1 #1
Boy's Ranch 1
Justice Traps the Guilty 19
Young Love 14
Young Romance 26

*November*
Young Love 15
Young Romance 27

*December*
Black Magic V.1 #2
Boy's Ranch 2
Justice Traps the Guilty 21
Real West Romances 5
Young Love 16
Young Romance 28

### 1951

*January*
Justice Traps the Guilty 22
Young Love 17
Young Romance 29

*February*
Black Magic V.1 #3
Boy's Ranch 3
Justice Traps the Guilty 23
Young Love 18
Young Romance 30

*March*
Young Love 19
Young Romance 31

*April*
Black Magic V.1 #4
Boy's Ranch 4
Young Love 20
Young Romance 32

*May*
Young Love 21
Young Romance 33

*June*
Black Magic V.1 #5
Boy's Ranch 5
Justice Traps the Guilty 27
Young Love 22
Young Romance 34

*July*
Young Love 23
Young Romance 35

*August*
Black Magic V.1 #6
Boy's Ranch 6
Young Romance 36

*September*
Young Love 25
Young Romance 37

*October*
Black Magic V.2 #1
Young Romance 38

*November*
Headline Comics 44
Young Romance 39

*December*
Black Magic V.2 #2
Young Romance 40

### 1952

*January*
Headline Comics 45
Young Romance 41

*February*
Black Magic V.2 #3
Young Love 30
Young Romance 42

*March*
Black Magic V.2 #4
Young Love 31
Young Romance 43

*April*
Black Magic V.2 #5
Young Romance 44

*May*
Black Magic V.2 #6
Young Romance 45

*June*
Black Magic V.2 #7
Young Romance 46

*July*
Black Magic V.2 #8
Young Romance 47

*August*
Black Magic V.2 #9
Strange World of Your Dreams 1
Young Love 36

*September*
Black Magic V.2 #10
Strange World of Your Dreams 2
Young Brides 1
Young Love 37

*October*
Black Magic V.2 #11

*November*
Black Magic V.2 #12
Strange World of Your Dreams 3
Young Brides 2
Young Love 39

*December*
Black Magic V.3 #1
Young Love 40
Young Romance 52

MARVEL0018463

### 1953

**January**
Black Magic V.3 #2
Strange World of Your Dreams 4
Young Brides 3
Young Love 41
Young Romance 53

**February**
Black Magic V.3 #3
Young Love 42
Young Romance 54

**March**
Black Magic V.3 #4
Young Brides 4
Young Love 43
Young Romance 55

**April**
Black Magic V.3 #5
Young Love 44
Young Romance 56

**May**
Black Magic V.3 #6
Young Love 45
Young Romance 57

**June**
Black Magic V.4 #1
Young Love 46
Young Romance 58

**July**
Young Brides 5
Young Love 47
Young Romance 59

**August**
Young Love 48
Young Romance 60

**September**
Black Magic V.4 #2
Young Brides 2 (V.2 #1)
Young Love 49
Young Romance 61

**October**
Young Brides 8 (V.2 #2)
Young Love 50
Young Romance 62

**November**
Black Magic V.4 #3
Young Brides 9 (V.2 #3)
Young Love 51
Young Romance 63

**December**
Captain 3-D 1
Young Brides 10 (V.2 #4)
Young Romance 64

### 1954

**January**
Black Magic V.4 #4
Young Brides 11 (V.2 #5)
Young Romance 65

**February**
Young Brides 12 (V.2 #6)
Young Love 54
Young Romance 66

**March**
Black Magic V.4 #5
Young Romance 67

**April**
Fighting American 1
‡ First Speedboy

**May**
Black Magic V.4 #6

**June**
Fighting American 2

**July**
Black Magic V.5 #1

**August**
Bulls-Eye 1
Fighting American 3
In Love 1

**September**
Black Magic V.5 #2
Foxhole 1
Police Trap 1

**October**
Bulls-Eye 2
Fighting American 4
In Love 2

**November**
Black Magic V.5 #3
Police Trap 2

**December**
Bulls-Eye 3
Fighting American 5
Foxhole 2
In Love 3
Police Trap 3

### 1955

**February**
Bulls-Eye 4
Fighting American 6
Foxhole 3
Police Trap 4
Win A Prize Comics V.1 #1

**March**
Bulls-Eye 5
Young Brides 21

**April**
Fighting American 7
Foxhole 4
Win A Prize Comics 2

**May**
Bulls-Eye 6
In Love 5

**June**
Charlie Chan 6

**July**
Foxhole 5
Police Trap 5

**August**
Bulls-Eye 7
From Here to Insanity 11
Young Love 60

**September**
Foxhole 6
I Love You 7
Police Trap 6

**October**
Western Tales 31

**November**
Young Brides 25

**December**
Crazy Man, Crazy V.2 #1
Young Romance 80

### 1956

**January**
Warfront 28
Young Brides 26 (V.4 #2)

**February**
Young Love 69
Young Romance 81

**March**
Love Problems and Advice Illustrated 38
Western Tales 32
Young Brides 27 (V.4 #3)

**April**
Black Cat Mystic 57
True Bride-To-Be Romances 17
Young Romance 82

**May**
Young Brides 28

**June**
Crazy Man, Crazy V.2 #2
Young Romance 83

**July**
Black Cat Mystic 58
Warfront 29
Western Tales 33
Young Brides 29 (V.4 #5)

**August**
First Love 67
First Romance Magazine 41
True Bride-To-Be Romances 19

**September**
First Love 68
Hi-School Romances 55
Love Problems and Advice Illustrated 41

**October**
First Love 69
Hi-School Romances 56
True Bride-To-Be Romances 20
Young Love 72
Young Romance 84

**November**
First Love 70
Hi-School Romances 57
Love Problems and Advice Illustrated 42

**December**
Astonishing 56
‡ First Silver Age work at Marvel
First Romance Magazine 43
Hi-School Romances 58
Strange Tales of the Unusual 7
Yellow Claw 2

### 1957

**January**
Young Love 73
Young Romance 85

**February**
Quick Trigger Western 16
Showcase 6
‡ First Challengers of the Unknown, the first Silver Age D.C. superhero team
Yellow Claw 3
Young Romance 86

**March**
House of Secrets 3

**April**
House of Mystery 61
Showcase 7
Tales of the Unexpected 12
Yellow Claw 4
Young Romance 87

**May**
House of Secrets 4
My Greatest Adventure 15
Tales of the Unexpected 13

**June**
House of Mystery 63
Young Romance 88

**July**
My Greatest Adventure 16
Tales of the Unexpected 15

**August**
House of Mystery 65
Tales of the Unexpected 16

**September**
Alarming Tales 1
Black Cat Mystic 59
Black Rider Rides Again 1
House of Mystery 66
My Greatest Adventure 17
Tales of the Unexpected 17
Two-Gun Western 12
Warfront 30

**October**
Tales of the Unexpected 18

**November**
Alarming Tales 2
Black Cat Mystic 60
Warfront 31

**December**
My Greatest Adventure 18
Showcase 11
Young Romance 91

### 1958

**January**
Alarming Tales 3
House of Mystery 70
House of Secrets 8
Showcase 12
Tales of the Unexpected 21

**February**
All-Star Western 99
Tales of the Unexpected 22
Young Romance 92

**March**
Alarming Tales 4
Hi-School Romances 73
House of Mystery 72
Race for the Moon 1
Tales of the Unexpected 23

**April**
Challengers of the Unknown 1
‡ First Silver Age D.C. team book
My Greatest Adventure 20
Tales of the Unexpected 24

**May**
Alarming Tales 5
My Greatest Adventure 21

**July**
Adventure Comics 250
Challengers of the Unknown 2
Gunsmoke Western 47
House of Mystery 75

**August**
Adventure Comics 251
Challengers of the Unknown 3
Young Romance 95

**September**
Adventure Comics 252
House of Mystery 76
House of Secrets 12
Race for the Moon 2
Warfront 34
World's Finest 96

**October**
Adventure Comics 253
Challengers of the Unknown 4
House of Mystery 79
World's Finest 97

**November**
Adventure Comics 254
Race for the Moon 3
World of Fantasy 15

**December**
Adventure Comics 255
Challengers of the Unknown 5
Strange Worlds 1
World's Finest 98
Young Romance 97

### 1959

**January**
Adventure Comics 256
Tales to Astonish 1

**February**
Challengers of the Unknown 6
My Greatest Adventure 28
Strange Tales 67
World of Fantasy 16
World's Finest 99
Young Romance 98

**March**
Gunsmoke Western 51
House of Mystery 84
Journey into Mystery 51
Kid Colt Outlaw 83
Love Romances 80
Tales of Suspense 2

**April**
House of Mystery 85
Strange Tales 68
Strange Worlds 3
World of Fantasy 17
Wyatt Earp 22
Young Romance 99

**May**
Challengers of the Unknown 7
Gunsmoke Western 52
Journey into Mystery 52
Tales of Suspense 3
Tales to Astonish 3

**June**
Battle 64
Challengers of the Unknown 8
Double Life of Pvt. Strong 1
‡ First Fly
Strange Tales 69
Strange Worlds 4
World of Fantasy 18

MARVEL0018464

*July*
Gunsmoke Western 53
Journey into Mystery 53
Kid Colt Outlaw 85
Strange Worlds 5
Tales of Suspense 4
Tales to Astonish 4

*August*
Adventures of the Fly 1
All For Love V.3 #2
Battle 65
Double Life of Pvt. Strong 2
Strange Tales 70
World of Fantasy 19
Wyatt Earp 24

*September*
Adventures of the Fly 2
Journey into Mystery 54
Love Romances 83
My Own Romance 71
Tales of Suspense 5
Tales to Astonish 5

*October*
Battle 66
Wyatt Earp 25
Young Romance 102

*November*
Journey into Mystery 55
Kid Colt Outlaw 87
Love Romances 84
Tales of Suspense 6
Tales to Astonish 6

*December*
Battle 67
Strange Tales 72
Wyatt Earp 26
Young Romance 103

**1960**

*January*
Gunsmoke Western 56
Journey Into Mystery 56
Kid Colt Outlaw 88
Love Romances 85
Tales of Suspense 7
Tales to Astonish 7

*February*
Strange Tales 73
Battle 68

*March*
Gunsmoke Western 57
Journey Into Mystery 57
Kid Colt Outlaw 89
My Own Romance 74
Tales of Suspense 8
Tales to Astonish 8

*April*
Strange Tales 74
Two-Gun Kid 52
Battle 69

*May*
Gunsmoke Western 58
Journey Into Mystery 58
Kid Colt Outlaw 90
Love Romances 87
My Own Romance 75
Tales of Suspense 9
Tales to Astonish 9

*June*
Strange Tales 75
Two-Gun Kid 54
Wyatt Earp 29
Battle 70

*July*
Gunsmoke Western 59
Journey Into Mystery 59
Kid Colt Outlaw 91
Love Romances 88
My Own Romance 76
Tales of Suspense 10
Tales to Astonish 10

*August*
Rawhide Kid 17
Strange Tales 76
Two-Gun Kid 55

*September*
Gunsmoke Western 60
Journey Into Mystery 60
Kid Colt Outlaw 92
Tales of Suspense 11
Tales to Astonish 11

*October*
Journey Into Mystery 61
Kid Colt Outlaw 93
Rawhide Kid 18
Strange Tales 77
Tales to Astonish 12
Two Gun Kid 56

*November*
Gunsmoke Western 61
Journey Into Mystery 62
Kid Colt Outlaw 94
Strange Tales 78
Tales of Suspense 12
Tales to Astonish 13

*December*
Journey Into Mystery 63
Kid Colt Outlaw 95
Rawhide Kid 19
Strange Tales 79
Tales to Astonish 14
Two-Gun Kid 57

**1961**

*January*
Classics Illustrated 160
Gunsmoke Western 62
Journey Into Mystery 64
Kid Colt Outlaw 96
Love Romances 91
Strange Tales 80
Tales of Suspense 13
Tales to Astonish 15

*February*
Journey Into Mystery 65
Rawhide Kid 20
Strange Tales 81
Tales of Suspense 14
Tales to Astonish 16
Two-Gun Kid 58
The World Around Us 30

*March*
Classics Illustrated 35 (HRN 161)
Gunsmoke Western 63
Journey Into Mystery 66
Kid Colt Outlaw 97
Strange Tales 82
Tales of Suspense 15
Tales to Astonish 17
The World Around Us 31

*April*
Journey Into Mystery 67
Rawhide Kid 21
Strange Tales 83
Tales of Suspense 16
  ‡ First Matallo (Iron Man prototype)
Tales to Astonish 16
Two-Gun Kid 59
The World Around Us 32

*May*
Gunsmoke Western 64
Journey Into Mystery 68
Kid Colt Outlaw 98
Strange Tales 84
Tales of Suspense 17
Tales to Astonish 19

*June*
Amazing Adventures 1
  ‡ First Marvel Age superhero (Dr. Droom)
Classics Illustrated 162a (HRN 161)
Journey Into Mystery 69
Rawhide Kid 22
Strange Tales 85
Tales of Suspense 18
Tales to Astonish 20

*July*
Amazing Adventures 2
Gunsmoke Western 65
Journey Into Mystery 70
Kid Colt Outlaw 99
Strange Tales 86
Tales of Suspense 19
Tales to Astonish 21

*August*
Amazing Adventures 3
Journey Into Mystery 71
Rawhide Kid 23
Strange Tales 87
Tales of Suspense 20
Tales to Astonish 22
The World Around Us 35

*September*
Amazing Adventures 4
Gunsmoke Western 66
Journey Into Mystery 72
Kid Colt Outlaw 100
Strange Tales 88
Tales of Suspense 21
Tales to Astonish 23

*October*
Amazing Adventures 5
Journey Into Mystery 73
Rawhide Kid 24
Strange Tales 89
tales of Suspense 22
Tales to Astonish 24
The World Around Us 36

*November*
Amazing Adventures 6
Fantastic Four 1
  ‡ First Silver Age Marvel team book; first appearance of Reed Richards, Sue Storm, Johnny Storm, Ben Grimm, and the Mole Man
Gunsmoke Western 67
Journey Into Mystery 74
Kid Colt Outlaw 101
Love Romances 96
Strange Tales 90
Tales of Suspense 23
Tales to Astonish 25
Teen Age Romance 84
Two-Gun Kid 60

*December*
Classics Illustrated 165a (HRN 163)
Journey Into Mystery 75
Rawhide Kid 25
Strange Tales 91
Tales of Suspense 24
Tales to Astonish 26

**1962**

*January*
Fantastic Four 2
  ‡ First Skrulls
Gunsmoke Western 68
Journey Into Mystery 76
Kid Colt Outlaw 102
Love Romances 97
Strange Tales 92
Tales of Suspense 25
Tales to Astonish 27
  ‡ First Antman
Teen Age Romance 85
Two-Gun Kid 61

*February*
Journey Into Mystery 77
Rawhide Kid 26
Strange Tales 93
Tales of Suspense 26
Tales to Astonish 28

*March*
Fantastic Four 3
Gunsmoke Western 69
Journey Into Mystery 78
Kid Colt Outlaw 103
Love Romances 98
Strange Tales 94
Tales of Suspense 27
Tales to Astonish 29
Teen Age Romance 86

*April*
Journey Into Mystery 79
Rawhide Kid 27
Strange Tales 95
Tales of Suspense 28
Tales to Astonish 30

*May*
Fantastic Four 4
  ‡ First Silver Age Appearance of Sub-Mariner
Gunsmoke Western 70
Incredible Hulk 1
  ‡ First Appearance of Hulk, Bruce Banner, Betty Ross, and Gen. Thunderbolt Ross

Journey Into Mystery 80
Kid Colt Outlaw 104
Love Romances 99
Strange Tales 96
Tales of Suspense 29
Tales to Astonish 31

*June*
Journey Into Mystery 81
Rawhide Kid 28
Strange Tales 97
Tales of Suspense 30
Tales to Astonish 32

*July*
Fantastic Four 5
  ‡ First Dr. Doom
Gunsmoke Western 71
Incredible Hulk 2
Journey Into Mystery 82
Kid Colt Outlaw 105
Love Romances 100
Strange Tales 98
Tales of Suspense 31
Tales to Astonish 33

*August*
Amazing Fantasy 15
  ‡ First Spider-Man
Journey Into Mystery 83
  ‡ First Thor
Love Romances 101
Rawhide Kid 29
Strange Tales 99
Tales of Suspense 32
  ‡ First Sazzik the Sorcerer (Dr. Strange prototype)
Tales to Astonish 34

*September*
Fantastic Four 6
  ‡ First Marvel villain team-up (Dr. Doom and Sub-Mariner)
Gunsmoke Western 72
Incredible Hulk 3
Journey Into Mystery 84
Kid Colt Outlaw 106
Strange Tales 100
Tales of Suspense 33
Tales to Astonish 35
  ‡ First Antman in costume

*October*
Fantastic Four 7
Journey Into Mystery 85
  ‡ First Loki and Heimdall
Rawhide Kid 30
Strange Tales 101
Tales of Suspense 34
Tales to Astonish 36

*November*
Fantastic Four 8
  ‡ First Puppet Master and Alicia Masters
Gunsmoke Western 73
Incredible Hulk 4
Journey Into Mystery 86
  ‡ First Odin
Kid Colt Outlaw 107
Love Romances 102
Strange Tales 102
Tales of Suspense 35
Tales to Astonish 37

*December*
Fantastic Four 9
Journey Into Mystery 87
Rawhide Kid 31
Strange Tales 103
Tales of Suspense 36
Tales to Astonish 38

**1963**
Strange Tales Annual 2

*January*
Fantastic Four 10
Gunsmoke Western 74
Incredible Hulk 5
Journey Into Mystery 88
Kid Colt Outlaw 108
Love Romances 103
Strange Tales 104
Tales of Suspense 37
Tales to Astonish 39

MARVEL0018465

*February*
Fantastic Four 11
‡ First Impossible Man
Journey Into Mystery 89
Rawhide Kid 32
Strange Tales 105
Tales of Suspense 38
Tales to Astonish 40

*March*
Amazing Spider-Man 1
Fantastic Four 12
‡ Hulk appears in first Marvel crossover
Gunsmoke Western 75
Journey Into Mystery 90
Kid Colt Outlaw 109
Love Romances 104
Strange Tales 106
Tales of Suspense 39
‡ First Iron Man
Tales to Astonish 41
Two-Gun Kid 62

*April*
Fantastic Four 13
‡ First Watcher and Red Ghost
Journey Into Mystery 91
Rawhide Kid 33
Strange Tales 107
Tales of Suspense 40
Tales to Astonish 42

*May*
Fantastic Four 14
Gunsmoke Western 76
Journey Into Mystery 92
Kid Colt Outlaw 110
Love Romances 105
Sgt. Fury 1
‡ First Nick Fury and his Howling Commandos
Strange Tales 108
Tales of Suspense 41
Tales to Astonish 43
Two-Gun Kid 63

*June*
Fantastic Four 15
Journey Into Mystery 93
Rawhide Kid 34
Strange Tales 109
Tales of Suspense 42

*July*
Fantastic Four 16
Gunsmoke Western 77
Journey Into Mystery 94
Kid Colt Outlaw 111
Love Romances 106
Sgt. Fury 2
Strange Tales 110
Tales of Suspense 43
Two-Gun Kid 64

*August*
Fantastic Four 17
Journey Into Mystery 95
Rawhide Kid 35
Strange Tales 111
Tales of Suspense 44

*September*
Avengers 1
‡ First Avengers
Fantastic Four 18
‡ First Super Skrull
Journey Into Mystery 96
Kid Colt Outlaw 112
Sgt. Fury 3
Strange Tales 112
Tales of Suspense 45
Tales to Astonish 47
Two-Gun Kid 65
X-Men 1
‡ First Prof. X, Cyclops, Beast, Angel, Marvel Girl, Iceman and Magneto

*October*
Fantastic Four 19
Journey Into Mystery 97
‡ Tales of Asgard series begins
Rawhide Kid 36
Tales of Suspense 46

*November*
Avengers 2
‡ First Space Phantom
Fantastic Four 20

Journey Into Mystery 98
Sgt. Fury 4
Strange Tales 114
Tales of Suspense 47
Tales to Astonish 49
X-Men 2

*December*
Fantastic Four 21
Journey Into Mystery 99
Rawhide Kid 37
Tales of Suspense 48
Tales to Astonish 50

*Summer*
Fantastic Four Annual 1

## 1964

*January*
Amazing Spider-Man 8
Avengers 3
Fantastic Four 22
Journey Into Mystery 100
Kid Colt Outlaw 114
Sgt. Fury 5
Strange Tales 116
Tales of Suspense 49
Tales to Astonish 51
Two-Gun Kid 67
X-Men 3
‡ First Blob

*February*
Fantastic Four 23
Journey Into Mystery 101
Rawhide Kid 38
Tales of Suspense 50
Tales to Astonish 52
‡ First Black Knight

*March*
Amazing Spider-Man 10
Avengers 4
‡ First Silver Age Captain America
Fantastic Four 24
Journey Into Mystery 102
‡ First Sif
Kid Colt Outlaw 115
Sgt. Fury 6
Strange Tales 118
Tales of Suspense 51
Tales to Astonish 53
X-Men 4
‡ First Brotherhood of Evil Mutants, Scarlet Witch and Quicksilver

*April*
Daredevil 1
‡ First Daredevil
Fantastic Four 25
Journey Into Mystery 103
Rawhide Kid 39
Strange Tales 119
Tales of Suspense 52
Tales to Astonish 54

*May*
Avengers 5
Fantastic Four 26
Journey Into Mystery 104
Kid Colt Outlaw 116
Sgt. Fury 7
Strange Tales 120
Tales of Suspense 53
Tales to Astonish 55
Two-Gun Kid 68
X-Men 5

*June*
Daredevil 2
Fantastic Four 27
Journey Into Mystery 105
Rawhide Kid 40
Strange Tales 121
Tales of Suspense 54
Tales to Astonish 56
Two-Gun Kid 69

*July*
Avengers 6
‡ First Masters of Evil
Fantastic Four 28
Journey Into Mystery 106
Kid Colt Outlaw 117
Sgt. Fury 8
Strange Tales 122

Tales of Suspense 55
Tales to Astonish 57
Two-Gun Kid 70
X-Men 6

*August*
Avengers 7
Daredevil 3
Fantastic Four 29
Journey Into Mystery 107
Rawhide Kid 41
Sgt. Fury 9
Strange Tales 123
Tales of Suspense 56
Tales to Astonish 58

*September*
Avengers 8
‡ First Kang
Fantastic Four 30
Journey Into Mystery 108
Sgt. Fury 10
Tales to Astonish 59
Two-Gun Kid 71
X-Men 7

*October*
Avengers 9
Daredevil 4
Fantastic Four 31
Journey Into Mystery 109
Sgt. Fury 11
Strange Tales 125
Tales of Suspense 58
Tales to Astonish 60

*November*
Avengers 10
Fantastic Four 32
Journey Into Mystery 110
Kid Colt Outlaw 119
Sgt. Fury 12
Strange Tales 126
Tales of Suspense 59
‡ First Jarvis the Butler
Tales to Astonish 61
Two-Gun Kid 72
X-Men 8

*December*
Avengers 11
Daredevil 5
Fantastic Four 33
Journey Into Mystery 111
Rawhide Kid 43
Sgt. Fury 13
Strange Tales 127
Tales of Suspense 60
Tales to Astonish 62

*Summer*
Fantastic Four Annual 2

## 1965

*January*
Avengers 12
Fantastic Four 34
Journey Into Mystery 112
Sgt. Fury 14
Strange Tales 128
Tales of Suspense 61
Tales to Astonish 63
X-Men 9

*February*
Avengers 13
Fantastic Four 35
Journey Into Mystery 113
Rawhide Kid 44
Sgt. Fury 15
Strange Tales 129
Tales of Suspense 62
Tales to Astonish 64

*March*
Avengers 14
Fantastic Four 36
‡ First Frightful Four, Wizard and Paste Pot Pete
Journey Into Mystery 114
Kid Colt Outlaw 121
Sgt. Fury 16
Strange Tales 130
Tales of Suspense 63
Tales to Astonish 65
Two-Gun Kid 74
X-Men 10

*April*
Avengers 15
Fantastic Four 37
Journey Into Mystery 115
Rawhide Kid 45
Sgt. Fury 17
Tales of Suspense 64
Tales to Astonish 66

*May*
Avengers 16
Fantastic Four 38
Journey Into Mystery 116
Kid Colt Outlaw 122
Sgt. Fury 18
Strange Tales 132
Tales of Suspense 65
Tales to Astonish 67
Two-Gun Kid 75
X-Men 11

*June*
Avengers 17
Fantastic Four 39
Journey Into Mystery 117
Rawhide Kid 46
Sgt. Fury 19
Strange Tales 133
Tales of Suspense 66
Tales to Astonish 68

*July*
Avengers 18
Fantastic Four 40
Journey Into Mystery 118
Kid Colt Outlaw 123
Sgt. Fury 20
Strange Tales 134
Tales of Suspense 67
Tales to Astonish 69
Two-Gun Kid 76
X-Men 12

*August*
Avengers 19
Fantastic Four 41
Journey Into Mystery 119
‡ First Warriors Three
Rawhide Kid 47
Strange Tales 135
‡ First Nick Fury, Agent of S.H.I.E.L.D.
Tales of Suspense 68
Tales to Astonish 70

*September*
Avengers 20
Fantastic Four 42
Journey Into Mystery 120
Strange Tales 136
Tales of Suspense 69
Tales to Astonish 71
X-Men 13

*October*
Avengers 21
Blast-Off 1
Fantastic Four 43
Journey Into Mystery 121
Sgt. Fury 23
Strange Tales 137
Tales of Suspense 70
Tales to Astonish 72

*November*
Avengers 22
Fantastic Four 44
Journey Into Mystery 122
Strange Tales 138
Sgt. Fury 24
Tales of Suspense 71
Tales to Astonish 73
X-Men 14
‡ First Sentinels

*December*
Avengers 23
Fantastic Four 45
‡ First Inhumans
Journey Into Mystery 123
Sgt. Fury 25
Strange Tales 139
Tales of Suspense 72
Tales to Astonish 74
X-Men 15

MARVEL0018466