# EXHIBIT Y



# THE COLLECTED JACK KIRBY COLLECTOR, VOLUME FIVE

a TwoMorrows PUBLISHING ... KIRBY ESTATE ... JOHN MORROW ... JOHN & PAMELA MORROW ... RICHARD HOWELL ... TOM ZIUKO ... MIKE GARTLAND, DAVID HAMILTON, RAND HOPER, RICHARD HOWELL, LISA KIRBY, MIKE THIBODEAU, TOM ZIUKO, THE CONTRIBUTORS ABOUT OUR PRICES ... THE KIRBY ESTATE ...

This volume reprints issues #26-29 of *The Jack Kirby Collector*, plus new material.
© 2006 TwoMorrows Publishing 10407 Bedfordtown Drive, Raleigh, NC 27614 USA 919-449-0344
First printing • Printed in Canada

## DEDICATED TO:

Hannah Rose, my youngest daughter. Thanks for
(mostly) keeping your sticky little fingers off my Kirby
comics. I hope you'll want to read a few one day.

## COPYRIGHTS:

Antimon, Bazooka Boots, Big Ugly, Bombast, Cal Cutta, Capt. Glory, Captain Victory and the Lightning Lady, Clayton March, Cybele, Darius Drumm, Dark Domain, Devil's Advocate, Eyes of March, Farrah Freeze Pellets, Friends of Fandom art, Galaxy Green, Gilda, Indestructible Jayne Davidson, Insectons, Jason Blanchard, Jet Rider, Karion, Klavus, Labor Launch, Marauder, Mekani-King, Orca, Orniz, Rahman the Invader, Roag, Robot, Schizoid Helmet, Silver Star, Sky Masters of the Space Force, Sleykana, Stand Glider, The Exploder, The Others, Thunder Foot, Thunder Hunters, Topps Villains, Warrior Woman, Whiz Kid TM & ©2006 Jack Kirby Estate

Agatha Harkness, Alicia Masters, Ant-Man, Ardina, Arnim Zola, Baron Zemo, Betty Ross, Black Bolt, Black Panther, Black Talon, Blue Diamond, Bucky, Captain America, Chili, Crystal, Destroyer, Deviants, Devil Dinosaur, Don Blake, Doris Nelson/Wilson, Dorma, Dr. Doom, Dr. Faustus, Enchantress, Eternals, Falcon, Fantastic Four, Frightful Four, Galactus, Giant-Man, Goom, Gorgon, Hela, Hercules, Hulk, Human Torch, Iceman, Ikaris, Inhumans, ITriton, Invisible Girl, Iron Man, Jane Foster, Jimmy Woo, Karnak, Karnilla, Liberty Legion, Lockjaw, Loki, Magneto, Margo Damian, Marvel Girl, Medusa, Millie the Model, Miracle Man, Miss America, Mole Man, Moonboy, Mr. Fantastic, Odin, Patriot, Pildorr, Primus, Punisher, Randac, Red Raven, Red Skull, Ringmaster, Ronan, Sagaur, Sandman, Scarlet Witch, Sentry, Sersi, Sharon Carter/Agent 13, Sif, Silver Surfer, Skrulls, Spider-Man, Steve Rogers, Sub-Mariner, Suwan, Tana Nile, Thin Man, Thing, Thor, Toro, Trapster, Ulik, Vision, Volstagg, Wasp, Watcher, Wizard, X-Men, Yellow Claw TM & ©2006 Marvel Characters Inc.

Aquaman, Beautiful Dreamer, Ben Boxer, Bernadeth, Big Barda, Black Racer, Boy Commandos, Brainiac, Count Dragorin, Crazy Quilt, Darkseid, Deep Six, Demon, Desaad, Dingbats of Danger Street, Dr. Bedlam, Dr. Canus, Emissaries, Forever People, Four-Armed Terror, Glorious Godfrey, Goody Rickels, Grandmaster, Granny Goodness, Guardian, Hairies, In The Days Of The Mob, Jimmy Olsen, Joker, Kamandi, Kanto the Assassin, Kobra, Lashina, Laura Conway, Lex Luthor, Lightray, Lupek, Mad Harriet, Manhunter, Metron, Mokkari, Morgan Edge, Mr. Bleak, Mr. Miracle, Newsboy Legion, Oberon, OMAC, Orion, Penguin, Professor Brainwave, Richard Dragon, Rip Carter, Scott Free, Simyan, Sonny Sumo, Stompa, Superman, Tigra, Toxl the World Killer, True Divorce Cases, Virmin Vundabar, Willie Walker, Wonder Woman TM & ©2006 DC Comics

"Back-Door Love", "Different", "Gang Sweetheart", "Mama's Boy", "The Girl Who Tempted Me", Amazon Women, Blue Bolt, Fighting American, Green Sorceress, Mother Delilah, Sandra Sylvan, Speedboy, Stuntman, Stuntwoman TM & ©2006 Joe Simon & Jack Kirby

Captain Nice TM NBC-TV • Hidden Harry © Ruby-Spears Productions • The Prisoner © ITV • Blackmark TM & © Gil Kane • Accompanying illustrations are © Cracked Magazine • Dark Horse Presents is TM Dark Horse Comics • Bacchus and associated characters are TM & © Eddie Campbell • Justice Machine © Bill Reinhold • Hellboy TM & © Mike Mignola • Popeye TM & ©2006 King Features • The Avenger TM & ©2006 Conde Nast Publications

All artwork is © Jack Kirby unless otherwise noted • All editorial matter is © the respective authors

## SUBMIT SOMETHING, AND GET FREE ISSUES OF THE JACK KIRBY COLLECTOR!

*The Jack Kirby Collector* is a not-for-profit publication, put together with submissions from Jack's fans around the world. We don't pay for submissions, but if we print art or articles you submit, we'll send you a free copy of that issue or extend your subscription by one issue. So get creative, and get writing! And as always, send us copies of your Kirby art!

## SUBMISSION GUIDELINES:

**Submit artwork in one of these forms:**
1) Clear color or black-&-white photocopies
2) Scanned images - 300ppi IBM or Macintosh
3) Originals (carefully packed and insured)

**Submit articles in one of these forms:**
1) Typed or laser printed pages
2) E-mail to: twomorrow@aol.com
3) An ASCII file, IBM or Macintosh format
4) Photocopies of previously printed articles OK

We'll pay return postage and insurance for originals - please write or call first!

# Table Of Contents

## The Jack Kirby Collector #20

The Jack Kirby Collector #21

## The Jack Kirby Collector #22

## Alphabetical Index Of New Kirby Art In This Volume

BOOK                                    PAGE



ILLUSTRATIONS                           PAGE

*(continued)*

# THAT WOULD BE INHUMAN!

Jack's Inhumans pretty much seemed to be one of his evolving creations. It began with one character, Medusa, eventually segueing into the Inhumans about a year later, finally leading to their origins about two years later. Although Jack did give a brief one page semi-origin in *FF* #46, he would eventually expand on this to give a more detailed origin after the creation of one of his other races—the Kree—connecting the two races through story. Jack introduced his take on the Inhumans in the back-up story section of *Thor* (although there's evidence to suggest that Jack originally did one long story for the first issue of a proposed 1960s *Inhumans* comic, and when it was shelved, the story was split up to make these *Thor* back-ups). The story printed here was originally published in *Thor* #147 and is part of Jack's multi-part Inhumans origin story.

As his margin notes bear out, Jack intended for the Inhumans to be already fully aware of their origins. They know that they are advanced humans, descended from the Kree (through technology). They knew what the Sentry was and have dealt with it before. The Kree experiment that changed humans began to go awry when the advanced race separated themselves, rather than develop along with the non-advanced races.

They also began conducting dangerous, forbidden experiments. This brings the Sentry, who comes to warn them of the risk and danger, and attempts to halt it, but he arrives too late. Upon this realization, the Sentry warns them that they will be shunned by their fellow man; in essence they are no longer human but have made themselves In-human. As far as the Sentry is concerned, this was a failed Kree experiment.

Lee, for whatever reason, changes the basics of the story. The Sentry is unknown to the Inhumans; it is he who informs them of their link to the Kree for the first time. It was the Kree who separated the race from the other races. The Sentry is there to observe for the Kree. He witnesses the results of the advanced race's experiments and is pleased; dubbing them Inhumans, he considers the Kree experiment to be successful.

Thus for the sake of drama (or vanity?), Lee turns a tale of foreboding into a success for the greater glory of the advancement of mankind. Where Kirby's Sentry warns, Lee's encourages—two takes on one story. Was it that important to change the meaning of Jack's story simply for the sake of optimistic drama? You be the judge. If anything, it clearly shows two people "collaborating" in different directions! ★

*(Next issue: Part Two of Mike's series focuses on the differences and similarities in Stan's and Jack's versions of Galactus and the Silver Surfer!)*

---



# KIRBY GETS CRACKED!

*by Mort Todd*

Humor has always been an element of his storytelling, evident in almost every comic Kirby has drawn; especially in contrast to grim or tense situations. While many are aware of his work in *Not Brand Echh* and *From Here to Insanity*, there is a 5-page job that has never been listed anywhere. The story appeared in *Cracked Magazine* #14 (June 1960), and is titled "Old Ideas for New Panel Shows." It was most likely written by Paul Laikin, who regurgitated the article many times over for *Cracked* and other second-rate humor magazines.

The surprising success of *Mad* when converted from comics format to magazine in 1955 sent many publishers scurrying to capitalize on it. One of the first, and longest lasting, is *Cracked*, which in 1998 is celebrating its 40th year. In the late 1950s, with comics sales in a major slump, most artists found themselves underemployed and were trying to get work wherever they could find it. Longtime Atlas and Marvel Comics staffer Sol Brodsky approached men's magazine publisher Robert Sproul in 1957 with an idea for a *Mad*-like magazine and *Cracked* #1 was released with a cover date of February-March 1958.

Brodsky was editor for the first two years and employed many Atlas Comics artists including Williamson, Torres, Jaffee, Wolverton, Heath, Everett, Burgos, Shores, and most notably John Severin, who is still the

featured artist. One can imagine Brodsky offering Kirby regular work at *Cracked*, but by the time he contributed his one piece to the magazine Kirby was busy drawing western, romance and monster comics for a newly reinvigorated Atlas, and just a little over a year away from creating the Fantastic Four, thereby ushering in the Marvel Age of Comics.

The "panel shows" of the title refers to the popular game shows of the era like "What's My Line" and "To Tell the Truth" which featured guest celebrities sitting on a panel. Kirby was a fine caricaturist, and in this piece he was able to work in over a dozen personalities involved in frantic Kirby action, including Rock Hudson, Jackie Gleason, Charlton Heston, Dean Martin, Ed Sullivan, Steve Allen, and even Walter Cronkite. Frank Sinatra, in his skinny days, appears in a stretchy pre-Mr. Fantastic cameo. Like his *From Here to Insanity* work, Kirby inked his own art on duo-shade paper that provides camera-ready cross-hatching tones when a chemical is applied to it.

As Editor-in-Chief of *Cracked* from 1985 to 1990, it was my extreme good fortune to work with artists like Severin, Steve Ditko, Don Martin, Gene Colan, and other comics favorites, but it was my main regret that I couldn't get Jack Kirby back into the fold. Fortunately there are plenty of Kirby pages existent that will continue to amuse and entertain us and for future generations to enjoy. ★

