# EXHIBIT Z



FULLY AUTHORIZED BY THE KIRBY ESTATE

THE COLLECTED

# Jack Kirby Collector

VOLUME THREE



A NOT-FOR-PROFIT PUBLICATION
CELEBRATING THE LIFE & CAREER OF THE KING!

176-PAGE TRADE PAPERBACK COLLECTING #13-15!

SPECIAL NEW SECTION WITH OVER THIRTY EXTRA PIECES OF NEW KIRBY ART

SPECIAL ISSUES: SUPERNATURAL, THOR, & SCIENCE FICTION THEMES!

MULTIPLE KIRBY INTERVIEWS

INTERVIEWS & CONTRIBUTIONS BY: DICK AYERS, CHIC STONE, WALT SIMONSON, AL WILLIAMSON, & MIKE THIBODEAUX
PLUS A NEW INTRODUCTION BY STEVE BISSETTE!

UNPUBLISHED ART INCLUDING PUBLISHED PAGES BEFORE THEY WERE INKED FROM: CAPTAIN AMERICA, JIMMY OLSEN, NEW GODS, PRISONER, THOR, THE DEMON
AND MUCH MORE!!

1999 EISNER AWARDS NOMINEE FOR BEST COMICS RELATED PUBLICATION



Thor TM and © Marvel Characters, Inc. • Artwork © Jack Kirby

K 00978



# The Collected Jack Kirby Collector

**VOLUME THREE**

CELEBRATING THE LIFE AND CAREER OF *THE KING!*



*I*

K 00979

# THE COLLECTED JACK KIRBY COLLECTOR, VOLUME THREE

A TWOMORROWS PUBLISHING PRODUCTION IN ASSOCIATION WITH THE KIRBY ESTATE   EDITED BY JOHN MORROW
DESIGN & LAYOUT BY JOHN & PAMELA MORROW   PROOFREADING BY RICHARD HOWELL   COVER COLOR BY TOM ZIUKO
CONTRIBUTORS   JIM AMASH   D. BRUCE BERRY   STEVE BISSETTE   DAVID HAMILTON   RICHARD KOLKMAN
BRIAN PEARCE   STEVE ROBERTSON   STEVE RUDE   MIKE THIBODEAUX   SPECIAL THANKS TO:   MARK EVANIER
RANDY HOPPE   RICHARD HOWELL   ROBERT KATZ   MARTY LASICK   MARK PACELLA   MIKE THIBODEAUX   TOM ZIUKO
THE CONTRIBUTORS FROM TJKC #13-15   & OF COURSE THE KIRBY ESTATE FOR THEIR CONTINUING SUPPORT OF OUR EFFORTS

This volume reprints issues #13-15 of *The Jack Kirby Collector*, plus new material
© 1999 TwoMorrows Publishing, 1812 Park Drive, Raleigh, NC 27605, USA. 919-833-8092
First printing • Printed in Canada

## DEDICATED TO:

The thousands of *devoted Kirby fans*, whose support and encouragement turned *The Jack Kirby Collector* from its humble beginnings into a magazine worthy of Jack's memory. We couldn't do it without you!

## COPYRIGHTS:

Absorbing Man, Ajak, Arishem, Balder, Barney Bates, Boomerang, Captain America, Celestials, Colossus, Crystal, Deviants, Devil Dinosaur, Diablo, Don Blake, Dr. Damian, Dr. Doom, Elektro, Enchantress, Eternals, Fandral, Galactus, Giant-Man, Googam, Goom, Green Thing, Haag, Heimdall, Henry Pym, Him, Hogan, Hulk, Ikaris, Iron Man, Jane Foster, Karnilla, Kro, Laufey, Loki, Mangog, Margo Damian, Monolith, Monster in the Iron Mask, Mr. Machine/Machine Man/X-51, Mr. Porgia, Mummy, New Seed, Odin, Pandora, Plunderer, Rawhide Kid, Recorder, Red Skull, Replicus, Sazzik the Sorcerer, Sentry, Sharon Carter, Sif, Silver Surfer, Spider-Man, Sporr, Sserpo, Stone Men From Saturn, Surtur, Tagar, Ten-For, The Leader, The Monster, The Spider, Thermal Man, Thing, Thor, Thorr, 2001: A Space Odyssey, Ulik, Vision, Volstagg, Wasp, Watcher, Wrecker, Xemnu the Titan, Zarko The Tomorrow Man, Zuras TM & © Marvel Characters, Inc.

Asmodon, Batman, Brooklyn, Count Dragorin, Darkseid, DC Thor, Demon, Desaad, Dr. Fate, Farley Fairfax, Four-Armed Terror, Glenda Mark, Goody Rickels, Green Lantern, Guardian, Harry Matthews, Hunger Dogs, Infinity Man, Jason Blood, Jimmy Olsen, Kobra, Lonar, Losers, Lupek, Merlin, Mr. Miracle, New Gods, Newsboy Legion, Orion, Pisces, Randu Singh, Reincarnators, Richard Dragon, Kung-Fu Fighter, Sandman, Sandy, Soul Love, Stone Sentinels of Giant Island, Superman, Toxl, Wonder Woman TM & © DC Comics Inc.

Black Magic, Starman Zero, Strange World of Your Dreams and all associated characters are © Joe Simon & Jack Kirby

Bat-Guy, Blackmass, Bloody Marrien, Captain Victory, Danny Martin, Dr. Royer, Future Mom, General Hascomb, Genie, Holly Martin, Klavus, Leader Guy, Ronin Rocketeers, Silver Star, Sky Masters, Solar Legion, SPQR, Tarin © Jack Kirby

Race For The Moon © Harvey Comics • Honeycomb Kids © General Mills • Rincon and all associated characters © Genesis West • The Prisoner is TM ITV • Thundarr TM & © Ruby-Spears, Inc. • Thunderground is a trademark of SEGA • Dr. Wonder is © Old Town Publishing • Prince Valiant is © King Features Syndicate

All artwork is © Jack Kirby unless otherwise noted • All editorial matter is © the respective authors

## SUBMIT SOMETHING, AND GET FREE ISSUES OF THE JACK KIRBY COLLECTOR!

*The Jack Kirby Collector* is a not-for-profit publication, put together with submissions from Jack's fans around the world. We don't pay for submissions, but if we print art or articles you submit, we'll send you a free copy of that issue or extend your subscription by one issue. So get creative, and get writing! And as always, send us copies of your Kirby art!

### SUBMISSION GUIDELINES:

**Submit artwork in one of these forms:**
1) Clear color or black-&-white photocopies.
2) Scanned images - 300ppi IBM or Macintosh.
3) Originals (carefully packed and insured).

**Submit articles in one of these forms:**
1) Typed or laser printed pages.
2) E-mail to: twomorrow@aol.com
3) An ASCII file, IBM or Macintosh format.
4) Photocopies of previously printed articles OK.

We'll pay return postage and insurance for originals – please write or call first.

K 00980

# TABLE OF CONTENTS

Introduction *by Steve Bissette* .............. 4
Foreword *by Jim Amash* ................. 7
New Portfolio Section ................... 8
Late-Breaking Kirby News! ............. 26

## THE JACK KIRBY COLLECTOR #13
(Supernatural issue) ..................... 28
The Kirby Files ........................ 30
   *(an overview of Jack's occult themes)*
The Golden Age Vision ................. 33
   *(a look at S&K's supernatural hero)*
Monsters from *Tales of Suspense* .......... 37
   *(relive Jack's greatest Monster yarns)*
Were They Prototypes? .................. 41
   *(one collector's concerns about dealers)*
Dick Ayers Interview ................... 42
   *(the veteran Kirby inker speaks)*
The Demon ............................ 46
   *(Jack's DC horror book explored)*
The Monster of Moraggia .............. 50
   *(an unpublished 1969 Kirby horror story from Chamber of Darkness #4)*
Speak of the Devil ..................... 55
   *(the oft-maligned Devil Dinosaur)*
Young Werewolves In Love! .............. 56
   *(delve into that old Black Magic)*
Kirby & Gibson Interview ............... 60
   *(Jack meets the creator of The Shadow)*
The Secret Origin of the Hulk? .......... 65
   *(Scott Shaw! gives us his theory)*
Spirit World .......................... 66
   *(secrets of Jack's b&w DC magazine)*
Kirby's Monster Mash .................. 69
   *(a review of Jimmy Olsen #142-143)*
Spotlight on: Kirby Costumes ............ 70
   *(here's a few we bet you've never seen)*
An Audience With The King ............. 72
   *(a fan's dual encounters with Jack)*
Jack's Back? .......................... 74
   *(do you believe in reincarnation?)*
Contest Winners! ...................... 74
Collector Comments ................... 75

## THE JACK KIRBY COLLECTOR #14
(Thor issue) .......................... 78
The Journey Cosmic ................... 80
   *(an overview of Jack's Thor)*
"Real" Tales of Asgard ................. 84
   *(a look at the ancient Norse legends)*
Evolution of Thor & the Stone Men ...... 86
   *(they didn't start in 1962)*
Chic Stone Speaks ..................... 89
   *(the classic Marvel inker interviewed)*
A Provenance of *JIM* Art ............... 92
   *(which pages still exist?)*
A Lesson In Kirby Magic ............... 93
   *(Jack and the NYPD)*
Jack Kirby: Prisoner of Gravity .......... 94
   *(a '92 Kirby TV interview transcribed)*

Some Observations on Thor ............. 96
   *(Marvel's answer to Superman?)*
Journey Into Mystery #101 Pencils ....... 98
   *(a key issue, before inks!)*
Ominous Prophesies .................. 103
   *(how Thor connects to New Gods)*
Pros & Cons of Vince Colletta .......... 104
   *(fans' views of a much-maligned inker)*
Kirby As Artistic Craftsman ............ 106
   *(a study of Kirby's Thor energy)*
The Gods & Jack Kirby ................ 109
   *(a Christian's religious view of Thor)*
Walt Simonson Interviewed ............ 111
New Gods For Old .................... 116
   *(Jack learned from Thor's mistakes)*
End Of An Era ........................ 118
   *(the original version of Thor #169)*
Now You've Done It, Kirby! ............ 123
   *(how JIM #117 affected a fan's life)*
Collector Comments .................. 124

## THE JACK KIRBY COLLECTOR #15
(Sci-Fi issue) ......................... 127
The Great Kirby Sci-Fi Concepts ........ 130
   *(an overview of Jack's 1960s-'70s ideas)*
Let's Visit! By Shel Dorf ............... 136
   *(Shel speaks to Jack in this obscure 1975 interview)*
Starman Zero & Tiger 21 .............. 138
   *(how good was Jack's unused comic strip proposal of the late 1940s?)*
Solar Legion ......................... 140
   *(Kirby's forgotten heroes of the 1940s)*
Kirby, Physics & Harvey Comics ........ 141
   *(how Hugo Gernsback started Jack on a Race For The Moon)*
Interview with Al Williamson .......... 142
   *(the EC Comics legend discusses Jack, Wally Wood, and sci-fi)*
Silver Surfer Graphic Novel ............ 146
   *(the ultimate cosmic disappointment?)*
The Story Behind Sky Masters .......... 147
   *(Jack's behind-the-scenes legal battle examined in-depth)*
Two-page spread: *Eternals* #4 Pencils .... 152
Kirby's New History Of The World ...... 154
   *(the Eternals explored)*
The Man Beyond The Machine .......... 160
   *(a critical look at Machine Man)*
Kirby's Space Oddity .................. 163
   *(Houston, we've got a problem...)*
Jack Kirby's Infinite & Beyond .......... 164
   *(an examination of the 2001 comic)*
Interview With Mike Thibodeaux ....... 166
   *(Jack's friend and inker speaks)*
Captain Victory & Pacific Comics ....... 173
   *(Steve Schanes tells how they both came to be)*
Collector Comments .................. 174

# ALPHABETICAL INDEX OF NEW KIRBY ART IN THIS VOLUME

**BOOK**      **PAGE**

*Amazing Adventures*
#6 splash page ........................ 5

*Captain America*
#103, page 9 pencils ................... 8
#103, page 10 pencils .................. 9
#210, page 16 pencils ................. 16
#210, page 17 pencils ................. 16

*Demon*
#1, page 5 pencils ..................... 4

*Eternals*
#4, page 5 pencils .................... 18
#4, page 6 pencils .................... 19

*Kobra*
#1 unused (inked by Jim Amash) ....... 7

*Machine Man*
#6, page 6 pencils .................... 17
#6, page 7 pencils .................... 17

*New Gods* Reprint Series
#6, page 6 pencils .................... 25
#6, page 8 pencils .................... 25

*Our Fighting Forces*
#159, page 10 pencils ................. 15
#159, page 11 pencils ................. 15

*The Prisoner*
page 13 pencils ....................... 21
page 14 pencils ....................... 21

*Richard Dragon, Kung-Fu Fighter*
#3, page 3 pencils .................... 14
#3, page 5 pencils .................... 14

*Soul Love* ("Diary of the Disappointed Doll")
page 2 (inked by Tony DeZuniga) ...... 11
page 3 (inked by Tony DeZuniga) ...... 11
page 4 (inked by Tony DeZuniga) ...... 12
page 5 (inked by Tony DeZuniga) ...... 12

*Superman's Pal, Jimmy Olsen*
#139, page 3 pencils .................. 13
#139, page 16 pencils ................. 13

*Tales To Astonish*
#31 splash page ....................... 1

*Thor*
#166, page 12 pencils ................. 10

*2001: A Space Odyssey*
page 46 pencils ....................... 20

**ILLUSTRATIONS**      **PAGE**

*Future Mom* animation concept ........ 24
*Leader* animation concept ............. 24
*Thundarr* Newspaper Strip pencils ... 22-23

Front cover inks: Jack Kirby
(originally done for the Marvelmania Thor poster)

Back cover inks: Steve Bissette

Cover color: Tom Ziuko

K 00981

# THE MONSTER OF MORAGGIA

*Examining Marvel's revisions to Jack's story for* Chamber of Darkness #4, *by Jon B. Cooke*

*(Editor's Note: I suggest you read the penciled story on the following pages BEFORE you read this article, to keep from spoiling Jack's surprise ending!)*

In what set out to be a standard article — a sidebar, really — on Jack Kirby's pair of stories for *Chamber of Darkness* #4 and #5, an interesting mystery unravelled. During an interview that mostly concerned *Spirit World*, I asked Mark Evanier, longtime Kirby associate, what he knew about those tales. Here the article really begins.

Evanier told a story (one he will elaborate on in his forthcoming biography of the King) that related one of several events that might have led Jack to quit Marvel Comics in 1970. When Evanier and Steve Sherman visited Jack in Irvine, California during the summer of '69, Jack told his guests that "he wrote a story that he was in love with," Evanier said, "that Roz thought was the best story that he had ever done, and he sent this thing off, and he was very proud of it. He got back a call from some editorial assistant, whose name to this day is unknown, that was very rude, telling him how he felt he should rewrite his story. 'We don't like it this way... change this, change this...' and Jack took the eraser and just destroyed this story he loved, and turned it into the version that they wanted."

That version was "The Monster," a seven-page horror short from *Chamber Of Darkness* #4, April, 1970. As printed, it is an unremarkable tale of ugly, misunderstood Andreas Flec (the "Monster"), an arrogant Eastern European nobleman, whose mysterious ways and contemptuous treatment of neighboring villagers provoke the lethal wrath of the townsfolk seeking justice for a perceived abomination.

Kirby historian Greg Theakston was contacted in hopes of tracking down photocopies of the unaltered story, and while they couldn't be found, he remembered seeing copies in the '70s. "This was one of the best horror jobs I had ever seen him do," Theakston said, "and yet completely corrupted in print." In comparing photocopies to the published version, Theakston opined, "It seems remarkable to me that [Marvel] put so much effort into changing what amounted to a perfectly fine story — there's no reason why it couldn't have run as it was." He suggested contacting Marie Severin who worked in the production department at Marvel during the affair, and was cover artist for *COD* #4.

A serendipitous chain of events then took rapid succession: Severin discovered original photocopies, along with her cover designs, and very kindly shared them with *TJKC*, adding pragmatically that "I was and am in awe of Jack Kirby, but even he was subject to changes and re-writes." It was then discovered that Mike Thibodeaux was in possession of four pages from the published story and he graciously loaned the originals to *TJKC* for examination. The differences in the stories were devastating. The sheer inventiveness was diluted out of Jack's original, its grandiose action reduced to parlor room gunplay, and the finale seemed half-hearted. There was evidence of major revisions, and the final boards showed it. Entire pages were discarded, panels cut and rearranged, and remnants of original pencils could be detected under redrawn panels.

Jack's original submission confirms that Stan Lee was intended to dialogue the story, hopefully with "a touch of less standard pontifical oration" as Jack's margin note requests. (Jack apparently plotted the initial story since he had to explain to Stan that *they* were the witches). After being rejected, Jack got the art back and made changes, erasing most panels and rearranging others, even cutting up his art boards. Stan apparently was responsible for the replotting, since the final art's original — but pasted over — credit box lists Stan Lee as "plotter." But curiously, Jack did do the dialogue on this version, as proven by his handwriting in the balloons, and his erasing the original margin notes.

But the meddling didn't end there; someone at Marvel redrew the faces of the Monster and the mannequin. The revised pencils were then inked by John Verpoorten, and lettered with Jack's dialogue. This begs the question: Why were the faces redrawn? According to one of Severin's initial (but rejected) cover designs, the Monster's face is shown as Jack's "Hunchy" version but depicts a scene from the Lee-plotted story of the character walking through the village. (Could the face change have come about in fear of a Comics Code Authority rejection—or was the Monster's face too similar to another Marvel hunchback character, the CCA-approved villain from the *Fantastic Four Annuals*, Quasimodo?)

With the final revision, someone changed Jack's already-lettered dialogue in places, and whited out details on the Monster's face. Changes are not rare in the comics industry. (Severin mentioned one *X-Men* cover that was recolored *five* times.) But what ultimately concerns us, as Evanier said, is that Marvel transformed "a story that Jack was very proud of... into something he thought was lousy." Subjectively, many might agree that Jack's original *was* better and this chain of events may indicate more about a strained relationship between collaborators, rather than a substandard comics story.

Our investigation, as gratifying as it is to uncover past mysteries of Jack's career, was not without poignancy. In the original's final panel, the narrating "witches" (reminiscent of the EC horror comics

*(continued on page 28)*

*Here are Marie Severin's two attempts at a Chamber of Darkness #4 cover layout based on Jack's story, and her final cover inked by Bill Everett. Marie comments, "There are many stories that have been redrawn, replotted, etc. We made time for these things and Stan was the boss, and he must have been doing something right. So many people have no idea how much there is to produce a comic, and it was possible then for the editor (in this case Stan) to control his product from plot to coloring— and he also was and is a pro."*

  




*(Editor's Note: I obscured Jack's bottom margin notes on this page, so they wouldn't spoil the surprise ending. The notes are shown on page 28.)*

K 01029



K 01030



K 01031



hosts and the then-current trend to have artists narrate tales of terror — all the rage in *COD* and its sister comic, *Tower of Shadows*, are unhooded to reveal — *surprise!* — a cigar-chomping Kirby and his partner, Stan Lee. The team's appearance hearkens back to happier days of their visits in the pages of *Fantastic Four*, etc. and shows equal collaborators sharing a story of inspired horror. Obliterated from the final version, what remains in the final panel is an empty, steaming pot on a barren hill.

And, after all, wasn't the true essence of Jack's original story about a creator, however misshapen, who reveled in his art and simply wanted to be left alone, to create things "to keep my life from being empty," but who tragically would not be left in solitude by outside, ignorant forces?

There is little doubt it took more than Marvel's gerrymandering of this single story to force Jack to quit the House of Ideas. "It was," Evanier said, "an example of one of the many fights he had." Combined with his reluctance to share new characters, and evidence of similar, arbitrary interference with other Marvel stories, there appears a pattern that might prompt anyone, at the peak of their artistic abilities, to seek another outlet that just might be more appreciative. ❶ ❷

(top) The left panel shows published dialogue, and the right shows Jack's original wording, which was whited-out and relettered.

(middle) Jack's margin notes from page 1 which were obscured.

(bottom) The original art for page 5 of the published version contained a surprise: Two of Jack's original pencil panels were preserved under the bottom, pasted-down panel!

54

K 01032