# EXHIBIT AA

From the Desk of . . .

• BARRY KAPLAN

Stu —

    1974 → 1975 Freelance Cards + copies of checks attached.

    One check could not be found + two were not stamped. All others are attached + in proper order.

*Barry*

RECEIVED
KENYON & KENYON
REILLY CARR & CHAPIN
59 MAIDEN LANE
NEW YORK, N.Y.
APR 12 8 42 AM '76

CONFIDENTIAL

MARVEL0014596

B

NAME _Richard L. Ayers_  ACCT. NO. _____

ADDRESS _64 Beck St_  PHONE _____

CITY _White Plains, N.J. 10604_

| DATE | INVOICE OR CHECK NO. | ACCOUNTS PAYABLE | | OTHER DEDUCTIONS | % DISC. | DISCOUNT | NET CHECK | OLD BALANCE | BALANCE DUE |
|------|------|------|------|------|------|------|------|------|------|
| | | DEBIT | CREDIT | | | | | | |
| 1/18/74 | 4310 | Could not locate | | | | | 510 — | | |
| 2/1/74 | 4436 | | | | | | 340 — | | |
| 3/8/74 | 4752 | | | | | | 420 — | | |
| 3/29/74 | 4953 | | | | | | 420 — | | |
| 4/19/74 | 5149 | | | | | | 240 — | | |
| 5/17/74 | 5452 | Not Stamped | | | | | 300 00 | | |
| 6/4/74 | 5843 | | | | | | 510 00 | | |
| 7/23/74 | 6398 | | | | | | 100 — | | |
| 8/16/74 | 6752 | | | | | | 300 — | | |
| 9/27/74 | 7326 | | | | | | 330 — | | |
| 11/8/74 | 7975 | | | | | | 165 00 | | |
| 11/22 | 8141 | | | | | | 330 — | | |
| 11/27/74 | 8237 | | | | 39% | | 330 — | | |
| 12/6/74 | 8323 | | | | | | 165 00 | | |
| 12/13/74 | 8436 | Not Stamped | | | | | 330 00 | | |
| 12/20/74 | 8544 | Endorsement not stamped. This was a Christmas bonus given to freelance artist. | | | | | 50 — | | |
| | | | | | | | 4540 — | | |

Burroughs  Form N571  PRINTED IN AMERICA  ACCOUNTS PAYABLE LEDGER

CONFIDENTIAL

MARVEL COMICS GROUP
DIVISION OF CADENCE INDUSTRIES CORP.
575 MADISON AVE.  NEW YORK, N.Y.  10022

FEB 1 '74    4436    5-39 / 110

THE FIRST NATIONAL BANK
OF BOSTON
BOSTON, MASS.

PAY

TO
THE
ORDER
OF

EXACTLY E2388 **$340**

$340

Richard B. Ayers
64 Buch St.
White Plains, N.Y. 10604

⑈0110⑈0039⑈509⑈7141⑈    ⑈0000034000⑈

By endorsement of this
check, I, the payee, ack-
nowledge full payment for
my services to the Magazine
Management Co. and for my
assignment to it of any
copyright, trademark and
any other rights it or re-
lated to the material,
and including my assign-
ment of any rights to re-
newal copyright or to re-

Richard B. Ayers
544

CONFIDENTIAL



**MARVEL COMICS GROUP**
DIVISION OF CADENCE INDUSTRIES CORP.
575 MADISON AVE.   NEW YORK, N.Y.   10022

4752   5-39/110

MAR 8 74

THE FIRST NATIONAL BANK
OF BOSTON
BOSTON, MASS.

PAY

TO THE ORDER OF

EXACTLY $120

$ 130 00/74

Richard B Ayers
64 Beech Street 10604
White Plains, NY

MARVEL0014599

**MARVEL COMICS GROUP**
DIVISION OF CADENCE INDUSTRIES CORP.
575 MADISON AVE.  NEW YORK, N.Y.  10022

4953

5-39
110

MAR 28 74

THE FIRST NATIONAL BANK
OF BOSTON
BOSTON, MASS.

PAY

EXACTLY $420

$420 ??

TO
THE
ORDER
OF

Richard B. Ayers
64 Buck St.
White Plains, N.Y. 10604

⑈0110⑈0039⑈509⑈7141⑈         ⑈000004 2000⑈

By endorsement of this
check I, the payee, ac-
knowledge full payment for
my employment to procure
Management Co. and for my
assignment to it of any
copyright, trademark and
any other rights or re-
lated to the material,
and inclusion by assign-
ment of any rights to re-
newal copyright.

Richard B. Ayers

CONFIDENTIAL

## MARVEL COMICS GROUP

DIVISION OF CADENCE INDUSTRIES CORP.
575 MADISON AVE., NEW YORK, N.Y.  10022

5149  APR 19 74

5-39
110

16

THE FIRST NATIONAL BANK
OF BOSTON
BOSTON, MASS.

PAY

TO
THE
ORDER
OF

EXACTLY $240.00

$240.00

Richard B. Ayers
64 Beech Street
White Plains New York 10604

1:0110m0039:509m1441"

"00000 24000"

PAY ANY BANK
FRB BOSTON

24
APR

24
APR

PAY ANY BANK
FRB BOSTON

By endorsement of this check, I, the undersigned acknowledge the receipt of payment in full of all amounts due me from Marvel Comics Group for my work and services on the material described on the face hereof, including any copyright therein and any rights of renewal copyright, and any and all other rights therein. This material was done as work made for hire.

CONFIDENTIAL

MARVEL0014601

# MARVEL COMICS GROUP
### DIVISION OF CADENCE INDUSTRIES CORP.
575 MADISON AVE., NEW YORK, N.Y. 10022

THE FIRST NATIONAL BANK
OF BOSTON
BOSTON, MASS.

MAY 17 74

No. 5482

**PAY**
TO
THE
ORDER
OF

EXACTLY $300

$300

Richard B. Ayers
64 Beech Street
White Plains, N.Y. 10604

⑆0110⑈0039⑉509⑈7141⑈   ⑆000003000⑈

CONFIDENTIAL

MARVEL0014602



CONFIDENTIAL

E 21

**MARVEL COMICS GROUP**
DIVISION OF CADENCE INDUSTRIES CORP.
575 MADISON AVE., NEW YORK, N.Y. 10022

5-39

THE FIRST NATIONAL BANK
OF BOSTON
BOSTON, MASS.

JUL 23 74

No. 6398

PAY

TO
THE
ORDER
OF

EXACTLY $100

$100.00

Richard Ayers
64 Beech Street
White Plains, NY 10601

⑈0110⑈0039⑈509⑈7141⑈        ⑈00000100001⑈

Richard Ayers

By endorsement of this
check, I, the payee, ack-
nowledge full payment for
my employment by the
Management Co. and for my
assignment to it of any
copyright, trademark and
any other rights in or re-
lated to the material,
and including my assign-
ment of any rights to re-
newal copyright.



MARVEL0014605

**MARVEL COMICS GROUP**
DIVISION OF CADENCE INDUSTRIES CORP.
575 MADISON AVE., NEW YORK, N.Y. 10022

5-39
110

-2  SEP 27 74

No. 7326

THE FIRST NATIONAL BANK
OF BOSTON
BOSTON, MASS.

PAY

EXACTLY E2388 E:330 00 CTS

$330

TO
THE
ORDER
OF

Richard Ayers
64 Beech Street
White Plains, NY 10604

Mr. F

⑈0110⑈0039⑈509⑈7161⑈          ⑈0000033000⑈

PAY ANY BANK
FRB BOSTON   1974   OCT

PAY ANY BANK
FRB BOSTON

CONFIDENTIAL

MARVEL0014606

**MARVEL COMICS GROUP**
DIVISION OF CADENCE INDUSTRIES CORP.
575 MADISON AVE., NEW YORK, N.Y.  10022

NOV. 8 74

No. 7975

5-39
110

THE FIRST NATIONAL BANK
OF BOSTON
BOSTON, MASS.

PAY

EXACTLY
E2388  $165  CTS

$165 00

TO
THE
ORDER
OF

Richard B. Ayers
64 Beech St.
White Plains N.Y. 10604

⑆0 110⑆0039⑆509⑆ 7141⑆          ⑈00000 16500⑈

PAY ANY BANK
F B BOSTON

NOV

By endorsement of this
check, I, the payee, ac-
knowledge full payment for
my employment or en-
gagement by the
Marvel Comics Group
as an employee for
hire, and confirm
that all my work
will be considered
as work made for hire
and shall belong to
Marvel and subject to re-
newal copyright.

Richard B. Ayers
NOV 11

CONFIDENTIAL

MARVEL0014607



CONFIDENTIAL

MARVEL0014608

**MARVEL COMICS GROUP**
DIVISION OF CADENCE INDUSTRIES CORP.
575 MADISON AVE.  NEW YORK, N.Y.  10022

00237

$\frac{5-39}{110}$

NOV. 27 74

$330 $\frac{00}{xp}$

THE FIRST NATIONAL BANK
OF BOSTON
BOSTON, MASS.

PAY

TO
THE
ORDER
OF

EXACTLY E2388 E 330

Richard Ayers
64 Beach Street
White Plains, N.Y. 10606

⑊0110⑊0039⑊509⑊7141⑊

⑊0000033000⑊

$330.00
200.00
$130.00
31.55
$161.55

DEC 3 74  9189

Richard Ayers

By endorsement of this
check I acknowledge
receipt of this pay-
ment in full to re-
move...

CONFIDENTIAL

MARVEL0014609

MARVEL COMICS GROUP
DIVISION OF CADENCE INDUSTRIES CORP.
575 MADISON AVE.  NEW YORK, N.Y.  10022

DEC 06 '73

5-39
110

THE FIRST NATIONAL BANK
OF BOSTON
BOSTON, MASS.

EXACTLY E3I65

PAY

$165 50/100

TO
THE
ORDER
OF

Richard Ayers
67 Beech Street
White Plains, N.Y. 10604

⑆0⑈10⑆0039⑆509⑆7141⑆       ⑆00000 16500⑆

PAY ANY BANK
F R B BOSTON

1974

PAY ANY BANK
F R B BOSTON

CONFIDENTIAL

MARVEL0014610



CONFIDENTIAL



CONFIDENTIAL

MARVEL0014612

1975                     SS - 121 - 16 - 7581

NAME  Richard B. Ayers                    ACCT. NO

ADDRESS  64 Beech St                      PHONE

CITY  White Plains, N.Y. 10604

| | DATE | INVOICE OR CHECK NO. | ACCOUNTS PAYABLE | | V | OTHER DEDUCTIONS | % DISC | DISCOUNT | NET CHECK | OLD BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DEBIT | CREDIT | | | | | | |
| | 1/3/75 | 8754 | | | | | | | 396 | |
| | 1/15/75 | 8927 | | | | | | | 330 | |
| | 2/5/75 | 9289 | | | | | | | 220 | |
| | 2/19/75 | 9555 | | | | | | | 495 | |
| | 2/19/75 | 9556 | | | | | | | 340 | |
| | 2/26/75 | 9679 | | | | | | | 231 | |
| | 3/23/75 | 10505 | | | | | | | 220 | |
| | 6/4/75 | 11114 | | | | | | | 330 | |
| | | | | | | | | | 2067 | |

Burroughs   Form N571   PRINTED IN U.S. AMERICA   ACCOUNTS PAYABLE LEDGER

CONFIDENTIAL

MARVEL0014613



CONFIDENTIAL

MARVEL0014614



**MARVEL COMICS GROUP**
DIVISION OF CADENCE INDUSTRIES CORP.
575 MADISON AVE.  NEW YORK, N.Y.  10022

5–39
110

09679

FEB 26 75

THE FIRST NATIONAL BANK
OF BOSTON
BOSTON, MASS.

PAY

TO
THE
ORDER
OF

EXACTLY E2300 E $231 00 CTS

$231.00

Richard B Ayers
64 Beech Street
White Plains, NJ 10604

⑈0110⑈0039⑈509⑈7141⑈          ⑈00000 23100⑈

Richard B Ayers

THE HOME SAVINGS BANK
WHITE PLAINS  NEW YORK  50-233

50-233 PAY TO THE ORDER OF

FEB 26 1975

                                    MARVEL0014616

**MARVEL COMICS GROUP**
DIVISION OF CADENCE INDUSTRIES CORP.
575 MADISON AVE.  NEW YORK, N.Y.  10022

5-39/110

09556

THE FIRST NATIONAL BANK
OF BOSTON
BOSTON, MASS.

FEB. 19 75

PAY

$340.00/1X

EXACTLY E2398 $$3400 CTS

TO THE ORDER OF

*Richard Ayers*
*64 Beech Street*
*White Plains, N.Y. 10604*

⑈0110⑈0039⑈509⑈7141⑈          ⑈0000034000⑈

*Richard Ayers*

BANK
BOSTON 51    24         FRB BOSTON    24

1243

CONFIDENTIAL

MARVEL0014617

MARVEL COMICS GROUP
DIVISION OF CADENCE INDUSTRIES CORP.
575 MADISON AVE.  NEW YORK, N.Y.  10022

09289

5-39
110

FEB  5 75

THE FIRST NATIONAL BANK
OF BOSTON
BOSTON, MASS.

PAY
TO
THE
ORDER
OF

EXACTLY $22000 CTS

$ 220.00

Richard B Ayers
64 Beech St
White Plains NY 10604

⑈0110⑈0039⑈509⑈7141⑈          ⑈00000220000⑈

PAY ANY BANK
F R B BOSTON

PRIOR ENDORSEMENTS GUARANTEED

THE HOME SAVINGS BANK
WHITE PLAINS
50 233   NEW YORK   50 233

Richard B Ayers

CONFIDENTIAL

MARVEL0014618



CONFIDENTIAL

MARVEL0014619

**MARVEL COMICS GROUP**
DIVISION OF CADENCE INDUSTRIES CORP.
575 MADISON AVE.  NEW YORK, N.Y.  10022

4

08754

5-39
110

THE FIRST NATIONAL BANK
OF BOSTON
BOSTON, MASS.

JAN  3 75

PAY
TO
THE
ORDER
OF

EXACTLY E33 96

$392 00/14

E2388

*Richard B. Ayers*
*64 Beech St*
*White Plains, N.Y. 10604*

⑉0110⑉0039⑉509⑉7141⑉          ⑉0000039600⑉

PAY ANY BANK
FRB BOSTON

CONFIDENTIAL

MARVEL0014620