# EXHIBIT BB

MARVEL COMICS GROUP
387 PARK AVE SOUTH
FREELANCE REIMBURSEMENT   6
NEW YORK NY        10016

00224029

224029

NINETY DOLLARS NO CENTS

JACK KIRBY
25-90 SAPRA ST
THOUSAND OAKS CA   91360

86-05-05   ********90.00

/8   "000224029"  :021000128:  610"014587"

MARVEL COMICS GROUP
387 PARK AVE SOUTH

86-05-05   00224029
07 12 0000006807

| 860424 | 84586 | 52 860429 | 9000 | | 9000 |
| | | | | | |
| | | | 9000 | | 9000 |

CONFIDENTIAL                                                                                       MARVEL0013791

"By acceptance and endorsement of this check, payee acknowledges, a) full payment for payee's employment by Magazine Management Co., Inc. and/or Marvel Comics Group, b) that all payee's work has been within the scope of that employment, and c) that all payee's works are and shall be considered as works made for hire, the property of Magazine Management Co., Inc. and/or Marvel Comics Group."



CONFIDENTIAL

MARVEL0013792