# EXHIBIT 2

Confidential Pursuant to Protective Order

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3

4    MARVEL WORLDWIDE, INC.,     )
     MARVEL CHARACTERS, INC.,    )
5    and MVL RIGHTS, LLC,        )
                                 )
6         Plaintiffs,            )
                                 )
7     vs.                        ) Case No. 10-141-CMKF
                                 )
8    LISA R. KIRBY, BARBARA J.   )
     KIRBY, NEAL L. KIRBY and    )
9    SUSAN N. KIRBY,             )
                                 )
10        Defendants.            )
     _____ )
11

12

13

14

15         CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

16                       VOLUME II

17                 DEPOSITION OF STAN LEE

18                LOS ANGELES, CALIFORNIA

19             WEDNESDAY, DECEMBER 8, 2010

20

21

22

23

     REPORTED BY:
24   Alejandria E. Kate
     CSR NO. 11897, HI 448, RPR, CLR
25   JOB NO.:  35197

Confidential Pursuant to Protective Order

Page 151

1

2

3

4

5                    DECEMBER 8, 2010

6                      9:11 A.M.

7

8

9       Deposition of STAN LEE, held at the offices

10      of VENABLE LLP, 2049 Century Park East, Suite

11      2100, Los Angeles, California, pursuant to

12      agreement before Alejandria E. Kate, a

13      Registered Professional Reporter and

14      Certified Shorthand Reporter of the State of

15      California.

16

17

18

19

20

21

22

23

24

25

Confidential Pursuant to Protective Order

Page 152

1   A P P E A R A N C E S:
2

3       ATTORNEY FOR THE PLAINTIFFS:
4           WEIL, GOTSHAL & MANGES
            BY:  JAMES W. QUINN, ESQ.
5                RANDI W. SINGER, ESQ.
            767 Fifth Avenue
6           New York, New York  10153
7           -AND-
8           HAYNES AND BOONE
            BY:  DAVID FLEISCHER, ESQ.
9           1221 Avenue of the Americas
            26th Floor
10          New York, New York  10020
11

12      ATTORNEY FOR THE DEFENDANTS:
13          TOBEROFF & ASSOCIATES
            BY:  MARC TOBEROFF, ESQ.
14               NICHOLAS C. WILLIAMSON, ESQ.
                 JEFFREY R. RHOADS, ESQ. (Page 200)
15          2049 Century Park East
            Suite 2720
16          Los Angeles, California  90067
17

18      FOR THE WITNESS:
19          GANFER & SHORE
            BY:  ARTHUR LIEBERMAN, ESQ.
20               (APPEARANCE VIA VIDEO CONFERENCE)
            360 Lexington Avenue
21          14th Floor
            New York, NY  10017
22

23      ALSO PRESENT:
24          ELI BARD, Marvel Entertainment
25

Confidential Pursuant to Protective Order

1    Martin was in a pretty gloomy mood that day, and he

2    said to me, 'You know, what they don't realize, they

3    don't realize the risk that I'm taking.  Because if the

4    books don't sell, it costs.  I lose a lot of money, and

5    I have no guarantee the books will sell.  And we have

6    periods for months after month after month where I'm

7    losing money, where the books don't sell.  But I don't

8    cut their rate.  I don't fire them.  I try to keep

9    going as much as possible.'  And he gave me this whole

10   thing from the publisher's point of view."

11        This is you speaking.

12        Do you remember saying that at your

13   deposition?

14        A.   Yes.  Now, I do, yes.

15        Q.   I'd like to read you an excerpt from the book

16   "Excelsior:  The Amazing Life of Stan Lee," by Stan Lee

17   and George Mair.  M-A-I-R.

18        A.   Mair, I think.

19        Q.   This book was published in 2002.

20        MR. TOBEROFF:  And please mark it as

21   Exhibit 48.

22        (Whereupon, Defendants' Exhibit Number

23        LEE 48 was marked for identification.)

24        THE WITNESS:  We're only up to 48?  It feels

25   like we've done a thousand.

Confidential Pursuant to Protective Order

Page 368

1    BY MR. TOBEROFF:

2        Q.    Did you write this book, Mr. Lee?

3        A.    I wrote the part that wasn't in italics.

4        Q.    And the part in italics was written by

5    George Mair?

6        A.    Yeah.  George Mair wrote the italics part.

7        Q.    Okay.  So if you could turn to Page 80, I'd

8    just like to read from the last full paragraph on

9    Page 80.

10       A.    Okay.

11       Q.    I'll read.

12            "So when a slump would hit, I kept paying our

13   best people to continue doing strips that we really

14   didn't need at the time, knowing we'd eventually have

15   use for them.  I simply stored the strips in a large

16   office closet after they were done.  To me it was an

17   investment both in people and in inventory.

18            "When Martin one day learned of all the

19   material I had been accumulating for later use, he took

20   an extremely dim view of what I had done.  In fact, a

21   dim view is putting it mildly.  For starters, he told

22   me that he was running a business and not a charitable

23   institution.  Then as he kept warming to the subject, a

24   light suddenly went on inside his head.  Martin

25   realized that he had an expensive bullpen being paid

Confidential Pursuant to Protective Order

Page 369

1    every week and a closet full of complete unpublished

2    strips.

3         "He instantly decided he didn't need both.  I

4    suppose from a business point of view, it was a

5    rational decision.  But I hated it.  The bullpen was

6    immediately disbanded.  Most of the salaried creative

7    people were let go, while I was ordered to use up all

8    the inventory material.

9         "Martin decided that we would only work with

10   artists and writers on a freelance basis from that day

11   forward, not assigning any strips unless they were

12   definitely scheduled to be used."

13        Do you recall writing that?

14   A.   Oh, yes.

15   Q.   Is that accurate?

16   A.   Yes.

17   Q.   And previously you mentioned that in some

18   publicity you would refer to the Marvel bullpen when

19   there wasn't a bullpen.

20        The time when there was not a bullpen refers

21   to the time shortly after all of these Marvel employees

22   were let go; is that right?

23   A.   Say that again.

24   Q.   Previously, you said that in publicity --

25   A.   Yes.

Confidential Pursuant to Protective Order

Page 370

1     Q.    -- you issued, you would refer to the Marvel

2  bullpen.

3     A.    Oh, yeah.

4     Q.    And you said at that time there wasn't a

5  bullpen.

6     A.    Right.

7     Q.    Does that refer to the period when people were

8  working on freelance?

9     A.    It referred to all the period.  We never had a

10  big bullpen.  The kind of bullpen people thought we

11  had.

12     Q.    But before all these people were let go --

13     A.    Right.

14     Q.    -- that you refer to in the passage I just

15  quoted, you did have more employees; correct?

16     A.    We had a lot of artists, freelance, that we

17  were keeping busy.  And we had -- we had a production

18  person on staff.  We had a colorist or so.  We had a

19  few people, yeah.

20     Q.    But I'm referring to the passage I just read.

21     A.    To the what?

22          MR. QUINN:  The passage.

23  BY MR. TOBEROFF:

24     Q.    This particular passage that I just read.

25     A.    Right.

Confidential Pursuant to Protective Order

Page 371

1    Q.   I'm not just speaking in general.

2    A.   Right.

3    Q.   In the passage I just read, you speak about

4    how, because you had stockpiled an inventory of

5    material, Mr. Goodman felt, Why do we have to keep

6    people on salary, and they were fired -- and I'm

7    paraphrasing -- and he said, From now on we're going to

8    work freelance; correct?

9    A.   Well, we had very few artists on salary.  I

10   think what it might have meant was he had given some

11   artists guarantees.  They would get so much work to do

12   each month.  Whether we could -- we always used it, but

13   whether we could use it or not.

14       And I think what he meant when he said to me

15   we're just going to go freelance, we would only buy

16   what we needed, and it wouldn't -- I would never have

17   an opportunity to build up an inventory of unused stuff

18   again.

19   Q.   And -- but you did have certain artists and

20   writers who were on staff at Marvel before you

21   converted to a complete freelance model; correct?

22   A.   Maybe John Romita was on staff, and

23   Marie Severin was on -- I think as a colorist then, or

24   maybe an artist.  But that's about all as far as

25   artists go.

Confidential Pursuant to Protective Order

Page 372

1    Q.   And then they were let go --

2    A.   Yes.

3    Q.   -- after this edict?

4    A.   Yeah.  Well, they were no longer -- well, see,

5    again, I don't remember.  Romita might have been kept

6    on as art director because we needed somebody to do

7    covers and to do whatever had to be done.

8         But we didn't any longer have guarantees to

9    anybody.  And I wasn't just buying things that maybe

10   we'd use and maybe we didn't use.

11        He was just -- he just got very strict with me

12   because I -- I had built up that inventory, which there

13   were strips I liked and I thought we would use them,

14   not realizing the business would be bad and we couldn't

15   publish as many books as we wanted to.

16   Q.   I'd like to go to another, Page 94, which is

17   part of this Exhibit 48.

18   A.   Got it.

19   Q.   You write, "Naturally, as a result of

20   Wertham's War, the market for comic books

21   disintegrated, with artists and writers being fired by

22   the baleful.  I was amazed that Martin kept me on, but

23   then he had to have somebody to fire all those other

24   people for him.

25        "Again, it was indescribably difficult for me.

Confidential Pursuant to Protective Order

Page 373

1   For a second time I was forced to lay off talented,

2   hardworking people who were more than just fellow

3   employees to me.  I remember the dark day when Martin

4   told me, 'Stan, we have to let the whole staff go.  I

5   want you to fire everybody.'

6           "I said, 'I can't do that.'

7           "He replied, 'You have to.  I'm going to

8   Florida on vacation, and someone's got to do it.'  And

9   that was that."

10          Do you remember writing that?

11      A.   Yes.

12      Q.   Is that accurate?

13      A.   Yes.

14          MR. TOBEROFF:  All right.  I have no further

15   questions, but I reserve the right to ask questions

16   following your redirect, if you have any.

17          MR. LIEBERMAN:  Let us take up a conversation

18   because there's something you wanted that I want to

19   talk to Jim about.  So it's a good time for a break.

20   Let me talk to Jim, see if we can accommodate you

21   during the break, during a five-minute break.

22          MR. QUINN:  Just let me talk to Arthur.

23          MR. LIEBERMAN:  Off the record, Counsel?

24          THE WITNESS:  Should I sit here?

25          MR. QUINN:  You can.