# EXHIBIT A

1                          JOHN MORROW                    1

2                   UNITED STATES DISTRICT COURT

3                   SOUTHERN DISTRICT OF NEW YORK

4     -----------------------------x

5     MARVEL WORLDWIDE, INC.,

      MARVEL CHARACTERS, INC.,

6     and MLV RIGHTS, LLC,

7                    Plaintiffs,

8          v.                          Case No. 10-141-CMKF

9     LISA R. KIRBY, BARBARA J.

      KIRBY, NEAL L. KIRBY and

10    SUSAN N. KIRBY,

11                   Defendants.

12    -----------------------------x

13

14          Video Deposition of JOHN MORROW

15              (Taken by Plaintiffs)

16            Raleigh, North Carolina

17              January 10, 2011

18

19

20

21

22

23    Reported by:    Marisa Munoz-Vourakis -

                      RMR, CRR and Notary Public

24

25    TSG JOB NO. 35702

```
 1                      JOHN MORROW                    2

 2   APPEARANCE OF COUNSEL:

 3   For the Plaintiffs:

 4           DAVID FLEISCHER, ESQ.

 5           Haynes and Boone, LLP

 6           1221 Avenue of the Americas

 7           New York, NY 10020

 8

 9

10

11   Also Present:  ELI BARD,

                 VP - Deputy General Counsel, Marvel

12

13

14   For the Defendants:

15           MARC TOBEROFF, ESQ.

16           Toberoff & Associates

17           2049 Century Park East

18           Los Angeles, CA 90067

19

20

21

22   Also Present:  DeANDRAE M. SHIVERS, Videographer

23

24

25
```

1                          JOHN MORROW                          3

2

3              Video Deposition of JOHN MORROW, taken by

4      the Plaintiffs, at Smith Anderson, 2500 Wachovia

5      Capital Center, 150 Fayetteville Street, Raleigh, North

6      Carolina, on the 10th day of January, 2011 at 8:43

7      a.m., before Marisa Munoz-Vourakis, Registered Merit

8      Reporter, Certified Realtime Reporter

9      and Notary Public.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JOHN MORROW                                    91

1

2   Marvel paid for them, Jack wouldn't have had the

3   opportunity to throw them in the garbage.  Marvel would

4   have done something with them.

5       Q.    Am I correct that you don't have any

6   firsthand knowledge about whether or not Jack was paid

7   for the pages you're referring to in this sentence?

8       A.    Well, by firsthand knowledge, was I there,

9   for instance?  No, of course not.  I was much too young

10  to be there.  You know, I'm not privy to Marvel's

11  books, so, no, I can't say definitively that it was on

12  the books that he was paid.

13          I know when we did -- Marvel wanted to do a

14  book called Fantastic Four Lost, which was -- I

15  assembled an unused Fantastic Four story from various

16  collector's collections.  They had scattered pieces of

17  this story that Marvel -- Jack had drawn in, I guess,

18  1969 but Marvel never published.

19          Marvel read my article in the Kirby

20  Collector and said oh, we should get that together and

21  finish it and publish it.

22          So when they contacted me about doing all

23  of that, I told them that, you know, unless there's

24  some reason to believe that they paid for that

25  originally that, you know, no, they're not going to get

JOHN MORROW                          92

1   the article for free.  They are going to have to pay

2   the Kirbys for that and finally pay for the page use,

3   which they did, and that's what this was.  They finally

4   paid the $325 per page to use that unpublished story.

5       Q.     Are you aware of testimony given by Stan

6   Lee in this case to the effect that whether pages were

7   rejected or not, if he had asked Jack to draw a story,

8   he would pay for it?  Do you have any reason to

9   contradict a statement to that effect by Stan Lee?

10          MR. TOBEROFF:  Asked and answered.

11      A.     Yeah, I do, I mean, there's a lot of

12  historical references to artists saying when their work

13  got rejected, they didn't pay for it.  I think I

14  included one in here from John Romita talking about

15  when Stan canceled a story on him, he didn't get paid

16  for those.

17          But there's a lot of other instances

18  throughout all the stuff I've read and published over

19  the years, where people say things got rejected, we

20  didn't get paid for it, or, you know, Stan was always

21  asking me to make changes on things, and I didn't get

22  paid for it.

23          So, yeah, I've got a major reason to

24  dispute that.

JOHN MORROW                              137

Q.     What I'm getting to is this, if you had

written a scientific paper, where you set forth, take a

wild example, the proof of Fermat's last theorem.

A.     Whatever that is.

Q.     Which is A to the end, plus B to the end

equals C to the end, has no whole number solution

greater than two, and you published that paper, the

scientific mathematical community would be in a

position to test that by looking at your calculations.

And I'm trying to get to is there any way the reader of

your report could apply some methodology to testing the

reliability of your conclusions?

A.     A methodology to test reliability?  By, I

assume, by reading the rest of the testimony in this

case, other people's depositions, that could, you know,

support or reject some of the things I say in my

opinions.  But, again, I'm not -- I don't really know

how to answer that question.

Q.     Let me direct your attention to page three

of your report, not the final report, that's the one --

Exhibit 9, and specifically to the sentence appears to

be the third sentence in the second full paragraph,

which I'll read for the record, "Prior to my 1996

article, the unused Fantastic Four story was unknown to

1                        JOHN MORROW                    138

2    the public at large and to the then current Marvel

3    Comics editorial department."

4            What is the factual basis -- well, first of

5    all, let me ask you, is it intended by you to be a

6    statement of fact that the then current Marvel

7    editorial board was unaware of the unused story?

8         A.    Yes.

9         Q.    And that's a statement of fact?

10        A.    Yes.

11        Q.    And how -- what is the basis for that

12   statement of fact?

13        A.    The main basis for that is Tom Brevoort,

14   who is an editor, or still is an editor up at Marvel,

15   when he contacted me about reassembling that story, the

16   sense I got from our discussion was that prior to my

17   doing an article in 1996, they didn't even know about

18   that story.

19            As far as the public at large, same thing,

20   all of these letters of comment that we got to our

21   publication, after we published that article or

22   actually after I published that article, we said wow,

23   we had no idea there was an unused Fantastic Four story

24   out there.  The fact that Marvel billed this

25   publication as this lost Fantastic Four story further

Page 139

JOHN MORROW                                    139

1   leads me to conclude that no one knew about this thing.

2            So, yes, I intend that as a statement of

3   fact.

4        Q.    Now, apart from Tom Brevoort, do you know

5   who the other members of Marvel Comics were part of the

6   editorial department at the time?

7        A.    I'm sure I was familiar with a few of them,

8   but Tom was one of the key people there and certainly

9   if they knew what was going on, Tom would have known.

10       Q.    That's a presumption on your part?

11       A.    You could say that, sure.

12       Q.    You don't know whether or not --

13       A.    I did not speak to every member of Marvel's

14  editorial department and get a sense from them whether

15  they knew about this story.  But Tom is the editor up

16  there who has the most thorough knowledge of, you know,

17  Marvel's history and comics history and what they

18  published in the past, and I don't think it's any

19  stretch to think that if Tom wasn't aware of this, that

20  anyone else up there, who is much younger and less

21  knowledgeable about it, would have.

22            MR. TOBEROFF:  How do you spell his

23        name?

24            THE WITNESS:  Brevoort,

Page 184

JOHN MORROW                                        184

1

2    mentioned it earlier.

3         Q.     From that, don't you conclude, at least as

4    far as Mr. Goodman was concerned, Simon and Kirby were

5    not at that time free to submit work to others as

6    full-time workers of Marvel?

7         A.     Well, you could.  You could also consider

8    that as not that they weren't necessarily free, but he

9    just took that as a major sign of disloyalty, that they

10   were doing it behind his back, and that he wasn't happy

11   with their unhappiness over the financial arrangements

12   of Captain America, so to make things easier for him,

13   he just got rid of them.

14        Q.     Are you familiar with the Challengers of

15   the Unknown story?

16        A.     Yes.

17        Q.     Who created Challengers of the Unknown?

18        A.     To my knowledge, Jack Kirby created

19   Challengers of the Unknown.

20        Q.     Is he the sole creator of it?

21        A.     There's some dispute on that.  Joe Simon

22   might have been involved in some respect, but I've yet

23   to see evidence to prove that.

24               We know that Kirby went to DC and did

25   Challengers of the Unknown.  Simon wasn't involved at

1                       JOHN MORROW                       185

2    that point.

3             So you could ask Joe Simon on that, but to

4    my knowledge, Kirby was the creator of that.

5         Q.    When was the first issue of Challengers of

6    the Unknown published?

7         A.    Oh, I am going to have to ask your

8    forgiveness on that.  I don't remember the exact date.

9    It was sometime in the mid-'50s, but I don't remember

10   the specific cover date.  It was actually in Showcase

11   number -- it wasn't in Challengers of the Unknown, it

12   was in Showcase Comics number -- what number was that?

13   I don't recall, but DC had a tryout comic, where they'd

14   try out new ideas first, and it was called Showcase,

15   and it started in there, had about three or four

16   appearances there before it got its own comic.

17        Q.    Do you know if Challengers of the Unknown

18   was created pursuant to an assignment by some editor at

19   DC?

20        A.    No, I don't believe that was.  I believe

21   that was something -- my understanding is that that

22   strip was probably created while Simon and Kirby were

23   doing their Mainline publishing company.  And then when

24   things went bad with that, that was a left over

25   creation that they had done on their own at Mainline

1             JOHN MORROW                186

2  and brought over to DC.

3       Q.      Do you know what arrangements with regard

4  to the copyright ownership of the work done on that

5  strip at DC were made between Mr. Kirby and/or

6  Mr. Simon and DC?

7       A.      No, I'm not, sorry.

8       Q.      Returning to the development of the Marvel

9  method, do you know what circumstances gave rise to the

10  development of the Marvel method by Mr. Lee?

11      A.      Well, Mr. Lee has gone on the record saying

12  that it was a very expedient way to do things so that

13  he could keep more artists working at the same time to

14  produce more work.

15             So whereas prior to that, he had sat at his

16  typewriter all day, supposedly on yellow legal paper,

17  and typed out script after script after script, and

18  artists, whenever they walked in, would take whatever

19  script was on top of the stack and go home and draw it.

20  For expediency sake, so he can keep his entire staff of

21  artists -- I'm not going to say staff -- all of his

22  freelancers working, he developed that method, where

23  you had a big story conference, you go on your way and

24  start working, you're a good story teller, so you can

25  plot out the pages and all that, as you see fit, and

1                           JOHN MORROW                    243

2        A.     I believe I saw the one for Captain

3   America.  It's been a number of years though.  I don't

4   remember -- I don't remember any terminology -- the

5   terminology work-for-hire in anything prior to -- I

6   know the first time I even heard that term was, as I

7   mentioned earlier, Neal Adams was mentioning getting

8   the original art back and stuff, that was in the late

9   '70s, is the first time I even heard the term

10  work-for-hire, so.

11       Q.     So it's your testimony that when you

12  reviewed the copyright registration applications for

13  Captain America one through ten, there's no reference

14  to work-for-hire?

15       A.     I don't recall any in there, no.

16       Q.     And if it was Marvel's practice on all of

17  its copyright applications to identify the work as a

18  work made-for-hire, would that change the opinion that

19  you rendered here, to the effect that Marvel itself

20  understood that the freelance work was not work

21  made-for-hire?

22            MR. TOBEROFF:  Lacks foundation,

23       assumes evidence, assumes facts.

24       A.     Well, I think that's -- no, that's

25  irrelevant, because the creators involved, I don't

Page 249

JOHN MORROW                                        249

1   no, I don't believe I relied on this for the report.

3        Q.     I place before you Exhibit 19, which bears

4   production numbers JM282 through 285.

5                    (The document referred to was marked

6             Plaintiff's Morrow Exhibit Number 19 for

7             identification.)

8        Q.     Is this a document that you prepared?

9        A.     Yes.

10       Q.     And it's headed list of research materials

11  in possession of John Morrow.

12              What was the purpose for your preparation

13  of this document?

14       A.     You had sent a request for documentation

15  from the expert report, people who were doing expert

16  reports, which Mr. Toberoff's office forwarded to me,

17  and if I'm remembering correct, I believe part of that

18  request was you guys were asking for this.

19       Q.     Where are the documents that are identified

20  in Exhibit 19?

21       A.     The items listed are all in my home about

22  20 miles from here.

23              MR. FLEISCHER:  Let me make a request

24         for the record for copies of the Birnbaum

25         interview identified under item five.  These

Page 250

JOHN MORROW                                    250

1

2      are not questions.  I just want to identify

3      things for the record that we would like to

4      have.

5              MR. TOBEROFF:  Could I make a

6      suggestion that we had asked a long time ago

7      if there's anything on this list you want,

8      please let us know, and you didn't.  The

9      best thing to do is just send me a letter.

10             MR. FLEISCHER:  This is more for me,

11     Marc.  I made note of them in preparation.

12             So the other ones on this document

13     that I'd like to see are the documents

14     under -- identified in number seven on

15     Exhibit 19, number 10 and number 11.

16             We'll take a break now.  The tape

17     needs to be --

18             THE VIDEOGRAPHER:  The time is

19     4:05 p.m.  This is the end of tape number 6.

20     We're off the record.

21             (Recess.)

22             THE VIDEOGRAPHER:  The time is

23     4:13 p.m.  This is the beginning of tape

24     number seven.  We're back on the record.

25

Page 256

|  | JOHN MORROW | 256 |
|---|---|---|

1

2    A.    No, I have no reason to think they would be

3    inaccurate.

4    Q.    By any chance were you at the San Diego

5    Comic-Con in 1975?

6    A.    No, I wish I were, but no, I was 13 then.

7    That would have been a lot of fun.

8    Q.    I've placed before you a document

9    consisting of two pages.  It appears to be an article

10   entitled Leave Them Wanting More, by John Morrow.

11              (The document referred to was marked

12          Plaintiff's Morrow Exhibit Number 23 for

13          identification.)

14   Q.    Can you identify this document?

15   A.    I believe I wrote this for a collection of

16   Marvel's Nick Fury Agent of S.H.I.E.L.D. series.

17   Q.    The bottom of the first page there's a

18   sentence that begins:  Legend has it, and runs over to

19   the next page that Jim was running late with the final

20   installment of the Tale and as an assurance against

21   missing the deadline, Stan called up Kirby and asked

22   him to pencil an issue that'd fill -- that's that,

23   apostrophe D -- 20 pages without actually advancing the

24   plot.

25              Well, first of all, let me ask you if you

JOHN MORROW                                257

1   have any information with regard to whether these

2   fill-in pages were pages for which Kirby was paid?

3   

4        A.      Oh, I would assume, yes, they were actually

5   pages that were published.

6        Q.      And they were intended as an assurance

7   against Jim Steranko not turning in his pages on time?

8        A.      Not assurance exactly, they thought

9   Mr. Steranko wasn't going to turn in his pages in time

10  and had to get the issue out on time, so they turned to

11  Jack Kirby, knowing he could turn a story around in a

12  weekend.  And said Jack, we need an issue of Captain

13  America and we need it by Monday, and you can't tell a

14  story with it.  You just have to keep the story where

15  it is, because then the next issue we are going to

16  publish Steranko's conclusion to the story.

17           Jack drew the story, turned it in, it was

18  published, and then the following issue they ran part

19  three of Steranko's story.

20       Q.      Was that the last one or the penultimate

21  one?

22       A.      Which one?

23       Q.      You said that Kirby's fill in was to -- was

24  restricted to the story line that was in the preceding

25  issue.  And so that the final issue -- I thought I

JOHN MORROW                                          258

1   understood you to say so that the final issue would

2   also be consistent.  Was the pages that Steranko was

3   doing was the issue -- same issue that Kirby did, same

4   story, right?

5        A.    Well, Steranko had a three-part story in

6   the works.  He got in the first issue on time.  He got

7   in the second issue on time and they were published.

8   But it was obvious to the people of Marvel that he was

9   going to miss his deadline for part three of that

10  story.  They still had to keep the printing presses

11  running and get an issue out on time.  So they had to

12  come up with something to fill that until Steranko got

13  his story finished so that it could be in -- the third

14  part could be in the fourth issue.

15            So they just had an empty hole there, and

16  they had to fill it with something.

17            So they called in Jack Kirby, asked him to

18  create a story over the weekend, to print it in, that

19  was issue 112, I believe, of Captain America.

20  Otherwise they wouldn't have had an issue to ship that

21  month.

22       Q.    And then they ultimately did publish the

23  third installment that Steranko did?

24       A.    They did, but a month late, because they

1                          JOHN MORROW                    259

2    went ahead and published Kirby's fill-in story.

3         Q.    And the idea was that Kirby's story

4    couldn't advance the plot at all, because that might

5    affect what was already in the works with Steranko?

6         A.    Right.

7         Q.    I've placed before you what I have marked

8    as Exhibit 24, and it appears to be a two-page document

9    and it's entitled:  Introduction by John Morrow.

10                   (The document referred to was marked

11              Plaintiff's Morrow Exhibit Number 24 for

12              identification.)

13        Q.    Is this a document that you wrote?

14        A.    It is.  With all these introductions,

15   Marvel editorial staff had the ability to change

16   things.  I don't recall any major changes on any of

17   them.

18              MR. TOBEROFF:  I just want to note for

19         the record it's a bit hard to read.  It's

20         very dark, at least for me.

21              MR. FLEISCHER:  I agree that it's

22         dark, but I also would submit that it's

23         entirely legible.

24        Q.    There's a statement in the third paragraph:

25   As usual, for most new issues in the 1960s, Kirby was

1                          JOHN MORROW                          262

2    interchangeably, or at least our company does.

3        Q.    Is it interchangeably anywhere else, other

4    than your company?

5        A.    A lot of scholarly comics publications do.

6        Q.    Is there such a thing as a scholarly comic

7    publication?

8        A.    Well, ours are scholarly publications.  I

9    consider them that.

10       Q.    I've placed before you Exhibit 25, which

11   bears production numbers PHP3278 through -- oh, no,

12   right, it's an internal number.  They are all labeled

13   PH3278.

14             In any event, it's a document entitled Joe

15   Sinnott Interview, Interviewed by John Morrow on

16   December 18, 1995.

17                  (The document referred to was marked

18             Plaintiff's Exhibit Number 25 for

19             identification.)

20       Q.    Is this document an interview that was

21   published that you did of Joe Sinnott?

22       A.    Yeah, I believe it was published in Jack

23   Kirby Collection number nine, if I remember correctly.

24       Q.    And is the transcription of the interview

25   set forth here an accurate transcription?

JOHN MORROW                                    263

1

2     A.     Yes, I was doing all my own transcribing in

3     those days.  I would do some editing as I transcribed,

4     so this is an edited version.

5     Q.     I've placed before you Exhibit 26, which is

6     a document entitled:  Journey into Mysteries Avenger.

7     Can you tell me what this is?

8     A.     It's actually Avenger Reassembled, it's a

9     piece -- hang on a second.

10                    (The document referred to was marked

11            Plaintiff's Morrow Exhibit Number 26 for

12            identification.)

13    Q.     Oh, I see, the title goes over into the

14    next page?

15    A.     Across.  This is a, much like we did with

16    that Fantastic Four story that was not published, there

17    were a lot of these unused store pages that are all

18    from the same sequence.  And we tried to put those back

19    together into the, what we perceived to have been

20    Mr. Kirby's original version of the story and tried to

21    from that deduce, you know, what happened, why the

22    pages got rejected and what the original story would

23    have been.

24    Q.     And the article begins, I'm sorry, and

25    you're the author of this?