# EXHIBIT H





# THE COLLECTED JACK KIRBY COLLECTOR

**VOLUME FIVE**



CELEBRATING THE
LIFE AND CAREER
OF *THE KING!*

GLENDALE PUBLIC LIBRARY, CA

3 9010 03454 4530

741.5092
Kirby, J
COL
v.5

## THE COLLECTED JACK KIRBY COLLECTOR, VOLUME FIVE

A TWOMORROWS PUBLISHING PRODUCTION IN ASSOCIATION WITH THE KIRBY ESTATE · EDITED BY JOHN MORROW · DESIGN & LAYOUT BY JOHN & PAMELA MORROW · PROOFREADING BY RICHARD HOWELL · COVER COLOR BY TOM ZIUKO · SPECIAL THANKS TO MIKE GARTLAND · DAVID HAMILTON · RAND HOPPE · RICHARD HOWELL · LISA KIRBY · MIKE THIBODEAUX · TOM ZIUKO · THE CONTRIBUTORS FROM TJKC #20-22 · & OF COURSE THE KIRBY ESTATE FOR THEIR CONTINUING SUPPORT OF OUR EFFORTS

This volume reprints issues #20-22 of *The Jack Kirby Collector*, plus new material.
© 2006 TwoMorrows Publishing, 10407 Bedfordtown Drive, Raleigh, NC 27614, USA. 919-449-0344
First printing • Printed in Canada

### DEDICATED TO:

Hannah Rose, my youngest daughter. Thanks for (mostly) keeping your sticky little fingers off my Kirby comics; I hope you'll want to read a few one day.

### COPYRIGHTS:

Antimon, Bazooka Boots, Big Ugly, Bombast, Cal Cutta, Capt. Glory, Captain Victory and the Lightning Lady, Clayton March, Cybele, Darius Drumm, Dark Domain, Devil's Advocate, Eyes of March, Farrah, Freeze Pellets, Friends of Fandom art, Galaxy Green, Glida, Indestructible Jayne Davidson, Insectons, Jason Blanchard, Jet Rider, Karion, Klavus, Labor Launch, Marauder, Mekani-King, Orca, Ordiz, Rahmin the Invader, Roag, Robot, Schizoid Helmet, Silver Star, Sky Masters of the Space Force, Sleykaria, Stand Glider, The Exploder, The Others, Thunder Foot, Thunder Hunters, Topps Villains, Warrior Woman, Whiz Kid TM & ©2006 Jack Kirby Estate.

Agatha Harkness, Alicia Masters, Ant-Man, Ardina, Arnim Zola, Baron Zemo, Betty Ross, Black Bolt, Black Panther, Black Talon, Blue Diamond, Bucky, Captain America, Chili, Crystal, Destroyer, Deviants, Devil Dinosaur, Don Blake, Doris Nelson/Wilson, Dorma, Dr. Doom, Dr. Faustus, Enchantress, Eternals, Falcon, Fantastic Four, Frightful Four, Galactus, Giant-Man, Goom, Gorgon, Hela, Hercules, Hulk, Human Torch, Iceman, Ikaris, Inhumans (Triton, Invisible Girl, Iron Man, Jane Foster, Jimmy Woo, Karnak, Karnilla, Liberty Legion, Lockjaw), Loki, Magneto, Margo Damian, Marvel Girl, Medusa, Millie the Model, Miracle Man, Miss America, Mole Man, Moonboy, Mr. Fantastic, Odin, Patriot, Pildorr, Primus, Punisher, Randac, Red Raven, Red Skull, Ringmaster, Ronan, Saguur, Sandman, Scarlet Witch, Sentry, Sersi, Sharon Carter/Agent 13, Sif, Silver Surfer, Skrulls, Spider-Man, Steve Rogers, Sub-Mariner, Suwan, Tana Nile, Thin Man, Thing, Thor, Toro, Trapster, Ulik, Vision, Volstagg, Wasp, Watcher, Wizard, X-Men, Yellow Claw TM & ©2006 Marvel Characters, Inc.

Aquaman, Beautiful Dreamer, Ben Boxer, Bernadeth, Big Barda, Black Racer, Boy Commandos, Brainiac, Count Dragorin, Crazy Quilt, Darkseid, Deep Six, Demon, Desaad, Dingbats of Danger Street, Dr. Bedlam, Dr. Canus, Emissaries, Forever People, Four-Armed Terror, Glorious Godfrey, Goody Rickels, Grandmaster, Granny Goodness, Guardian, Haines, In The Days Of The Mob, Jimmy Olsen, Joker, Kamandi, Kanto the Assassin, Kobra, Lashina, Laura Conway, Lex Luthor, Lightray, Lupek, Mad Harriet, Manhunter, Metron, Mokkari, Morgan Edge, Mr. Bleak, Mr. Miracle, Newsboy Legion, Oberon, OMAC, Orion, Penguin, Professor Brainwave, Richard Dragon, Rip Carter, Scott Free, Simyan, Sonny Sumo, Stompa, Superman, Tigra, Toxl the World Killer, True Divorce Cases, Virmin Vundabar, Willie Walker, Wonder Woman TM & ©2006 DC Comics.

"Back-Door Love", "Different", "Gang Sweetheart", "Mama's Boy", "The Girl Who Tempted Me", Amazon Women, Blue Bolt, Fighting American, Green Sorceress, Mother Delilah, Sandra Sylvan, Speedboy, Stuntman, Stuntwoman TM & ©2006 Joe Simon & Jack Kirby.

Captain Nice TM NBC-TV • Hidden Harry © Ruby-Spears Productions. • The Prisoner © ITV. • Blackmark TM & © Gil Kane • Accompanying illustrations are © Cracked Magazine • Dark Horse Presents is TM Dark Horse Comics • Bacchus and associated characters are TM & © Eddie Campbell • Justice Machine © Bill Reinhold • Hellboy TM & © Mike Mignola • Popeye TM & ©2006 King Features • The Avenger TM & ©2006 Condé Nast Publications

All artwork is © Jack Kirby unless otherwise noted • All editorial matter is © the respective authors

### SUBMIT SOMETHING, AND GET FREE ISSUES OF THE JACK KIRBY COLLECTOR!

*The Jack Kirby Collector* is a not-for-profit publication, put together with submissions from Jack's fans around the world. We don't pay for submissions, but if we print art or articles you submit, we'll send you a free copy of that issue or extend your subscription by one issue. So get creative and get writing! And as always, send us copies of your Kirby art!

### SUBMISSION GUIDELINES:

**Submit artwork in one of these forms:**
1) Clear color or black-&-white photocopies
2) Scanned images - 300ppi IBM or Macintosh
3) Originals (carefully packed and insured)

**Submit articles in one of these forms:**
1) Typed or laser printed pages
2) E-mail to twomorrow@aol.com
3) An ASCII file, IBM or Macintosh format.
4) Photocopies of previously printed articles OK.

We'll pay return postage and insurance for originals -- please write or call first.

# TABLE OF CONTENTS

Introduction by John Morrow ...............................5
Foreword by David Hamilton ...............................5
New Portfolio Section .....................................7

## THE JACK KIRBY COLLECTOR #20

Lisa Kirby Interview ......................32
Soiled & Sweet & Sometimes Green! ......37
Those Marvel-Ous Kirby Women .........41
SUE's 'DOs Contest .....................42
Gender Relations In The Kirby Pantheon ...46
An Oddball Kirby Comic .................51
Dave Stevens Interview .................52
Romantic Worlds of Sci-Fi ..............58
Uncle Carmine's Fat City Comix .........59
Double Centerfold: Galaxy Green .........60
Kirby's Romance Women .................64
An Exercise In Realism .................66
"True Life Divorce" ....................68
Jack Kirby Interview ...................79
Captain Victory & the Lightning Lady .....85
The Newer Gods ........................90
Flowers for Miss Conway ...............91
Collector Comments ...................92

## THE JACK KIRBY COLLECTOR #21

The Wacky DC Years ....................96
Jurassic Spark ........................98
Mondo Kirby ..........................99
Are You Ready for OMAC? ..............106
The World That's Coming? .............107
Oh, Goody! ...........................108
Bruce Timm Interviewed ...............109
How I Caught The Mythology Bug .......115
"Fixing" Kirby's Art ..................118
Jack Meets Millie .....................120
Black Men Can Ski .....................121
Jack's Wackiest Dialogue ..............122
Audio Meets Visual/A.W.O.L. ...........123
Centerfold: FF Annual #5 pencils .......124
A Failure To Communicate Part 1 ........126
Kirby Gets Cracked ...................129
Gil Kane on Jack Kirby ................130
Kirby Fans' Wackiest Causes? ..........138
Silver Star Screenplay .................139
Art As Therapy .......................148
Twilight At Topps .....................149
Top Ten Kirby Bloopers ...............154
Collector Comments ..................155

## THE JACK KIRBY COLLECTOR #22

Morals and Means .....................160
Fascism In The Fourth World ...........161
So Glad To Be Sooo Baaadd! ...........165
At The Mercy Of The Yellow Claw! .......170
Jack Kirby Interview ..................173
What Truth Lay Beneath The Mask? .....178
Madame Medusa .......................180
Mike Mignola Interview ...............181
Saguur ...............................186
Atlas Monster Showcase ...............187
Galactus, Pillager of the Planets! .......189
Centerfold: FF #49 Pencils! ............190
A Failure To Communicate Part 2 .......192
A Kirby Riddle .......................200
Steve Rude Interview .................202
A Really Interesting Change ...........209
The Three Faces Of Darkseid ..........210
Introducing: The Others! ..............213
The Creation of King Kobra ...........214
Collector Comments ..................219

Front cover inks: Dave Stevens
Cover color: Tom Ziuko



(left) Jack Kirby in the early 1970s.

*3*

## ALPHABETICAL INDEX OF NEW KIRBY ART IN THIS VOLUME

| BOOK | PAGE |
|---|---|
| **Black Panther** | |
| #3, page 3 pencils | 22 |
| #3, page 5 pencils | 22 |
| #3, page 9 pencils | 23 |
| **Captain America** | |
| #193, page 5 pencils | 28 |
| #193, page 6 pencils | 28 |
| #193, page 7 pencils | 29 |
| **Demon** | |
| #12, page 1 pencils | 18 |
| #12, page 4 pencils | 19 |
| #12, page 14 pencils | 19 |
| **Devil Dinosaur** | |
| #4, page 1 pencils | 24 |
| #4, page 5 pencils | 25 |
| #4, page 6 pencils | 25 |
| **Dingbats of Danger Street** | |
| #1, page 7 pencils | 16 |
| #2, page 14 inks (Royer) | 17 |
| #3, page 15 pencils | 17 |
| **Eternals** | |
| #9, page 1 pencils | 26 |
| #9, page 4 pencils | 27 |
| #9, page 5 pencils | 27 |
| **Fantastic Four Animated Series** | |
| Storyboard pencils | 7 |
| **Forever People** | |
| #6, page 5 pencils | 10 |
| #6, page 6 pencils | 11 |
| #6, page 7 pencils | 11 |
| **In The Days Of The Mob** | |
| #2, page 30 inks (Royer) | 8 |
| #2, page 41 inks (Royer) | 9 |
| #2, page 42 inks (Royer) | 9 |
| **Justice, Inc.** | |
| #4, page 1 pencils | 14 |
| #4, page 2 pencils | 14 |
| #4, page 8 pencils | 15 |
| **Kamandi** | |
| #2, page 7 pencils | 20 |
| #2, page 17 pencils | 20 |
| #2, page 22 pencils | 21 |
| **Superman's Pal, Jimmy Olsen** | |
| #144, page 3 pencils | 12 |
| #144, page 4 pencils | 13 |
| #144, page 5 pencils | 13 |

| ILLUSTRATIONS | PAGE |
|---|---|
| 1983 San Diego Comicon illustration | 6 |