# EXHIBIT I





# THE COLLECTED JACK KIRBY COLLECTOR, VOLUME SIX

A TWOMORROWS PUBLISHING PRODUCTION IN ASSOCIATION WITH THE KIRBY ESTATE
EDITED BY JOHN MORROW   DESIGN & LAYOUT BY JOHN & PAMELA MORROW
PROOFREADING BY RICHARD HOWELL   COVER COLOR BY TOM ZIUKO
SPECIAL THANKS TO: MIKE GARTLAND   DAVID HAMILTON   RAND HOPPE
RICHARD HOWELL   LISA KIRBY   MIKE THIBODEAUX   TOM ZIUKO
THE CONTRIBUTORS FROM TJKC #23-26
& OF COURSE THE KIRBY ESTATE FOR THEIR CONTINUING SUPPORT OF OUR EFFORTS

This volume reprints issues #23-26 of *The Jack Kirby Collector*, plus new material.
© 2008 TwoMorrows Publishing, 10407 Bedfordtown Drive, Raleigh, NC 27614, USA
Phone 919-449-0344 • e-mail: twomorrow@aol.com • www.twomorrows.com
ISBN 978-1-60549-003-8 • First printing • Printed in Canada

## DEDICATED TO:

MIKE ROYER and JOE SINNOTT, the inkers who labored so diligently, for so many years, to keep Kirby's art looking so beautiful for so many fans.

## COPYRIGHTS:

Alfy, Andre, Apokolips Skimmer, Atlas, Avia, Bat Lash, Batman, Beautiful Dreamer, Ben Boxer, Big Barda, Big Bear, Big Words, Blue Beetle, Boy Commandos, Brainiac, Bruno Borman, Brute, Captain Marvel, Chagra, Creeper, Darkseid, Deadman, Demon, Desaad, Enemy Ace, Esak, Farley Sheridan, Flash, Flippa Dippa, Forager, Forever People, Funky Flashman, Gabby, Glob, Glorious Godfrey, Gole, Granny Goodness, Green Lantern, Guardian, Hawkman, Henry Jones, Highfather, Himon, In The Days Of The Mob, Infinity Man, Izaya, Jaffar, Jan, Jed, Jim Harper, Jimmy Olsen, Joker, Kalibak, Kid Flash, Lashina, Lex Luthor, Lightray, Losers, Lump, Lynn Sheridan, Mantis, Mark Moonrider, Metamorpho, Metron, Mister Miracle, Mother Box, Mr. Scarlet, New Gods, Newsboy Legion, Orion, Parademons, Penguin, Percy, Richard Dragon, Richard Sheridan, Robin, Sandman, Sandy, Scott Free, Scrapper, Serifan, Shaligo, Slig, Sonny Sumo, Soul Love, Spirit World, Starman, Super-Cycle, Supergirl, Superman, Terrible Turpin, Tex, The Deep Six, The Glory Boat, The Mist, The Source, Tommy, Tommy, Trok, True Divorce Cases, Vykin, Warden Frye, Whiz Wagon, Wonder Woman, Young Scott Free TM & © DC Comics.

"Man From the Wrong Time Track", "Speed Will Be My Bride", Alicia Masters, Amphibian, Android, Angel, Annihilus, Ant-Man, Arishem, Atlas Monsters, Balder, Baron Von Strucker, Beast, Black Bolt, Black Panther, Bucky, Captain America, Cobra, Crystal, Cyclops, Cylla, Daredevil, Devil Dinosaur, Dino Manelli, Don Blake, Dr. Doom, Dr. Strange, Dum-Dum Dugan, Ego, Enforcers, Eternals, Falcon, Fandral, Fantastic Four, Fiery Mask, Franklin, Gabriel Jones, Galactus, George Stonewell, Giant-Man, Gorgilla, Gorgon, Hawkeye, Hela, Hercules, High Evolutionary, Him, Hogun, Hulk, Human Torch, Iceman, Ikaris, Impossible Man, Inhumans, Invisible Girl, Iron Man, Izzy Cohen, Jane Foster, Juggernaut, Junior Juniper, Karnak, Kro, Living Talisman, Lockjaw, Loki, Machine Man, Mad Thinker, Magnir, Makkarri, Mangog, Man-Thing, Margo Damian, Marvel Girl, Medusa, Men in Black splash, Mercury, Mole Man, Molecule Man, Moonboy, Moose Morgan, Mr. Fantastic, Mr. Hyde, Nick Fury, Odin, Pamela Hawley, Pepper, Percival Pinkerton, Pluto, Professor X, Punisher, Puppet Master, Quicksilver, Rawhide Kid, Rebel Ralston, Red Ghost, Red Skull, Reed Richards, Replicus, Sandman, Scarlet Witch, Sersi, Sgt. Fury and His Howling Commandos, Sif, Silver Surfer, Sis-Neg, Sleepy Eyes, Spider-Man, Spragg panel, Sub-Mariner, Surtur, Thing, Thor, Trapster, Triton, Two-Gun Kid, Typhon, Vision, Volstagg, Wasp, Watcher, Wizard, Woodgod, X-Men, Yellow Claw TM & © Marvel Characters, Inc.

Alien, All the 1930s and '40s early drawings, Captain Victory, Circe, Devil, Heroism drawing, Humanoid, Inspector, Klavus, Mr. Mind, Odyssey Art, Portraits of God, Ramses, Robot Defender, Sky Masters, Space Guardian, Spaceship, The Cyclops, Ulyses TM & © Jack Kirby Estate.

Destroyer Duck and all associated characters TM & © Jack Kirby and Steve Gerber.

Angel, Boy Explorers, Boys' Ranch, Bullseye, Captain 3-D, Don Daring, Fighting American, Foxhole, In Love, Inky, Invisible Irving, Jack McGregor's Bluff, Mr. Zero, Nancy Hale, Night Fighter, Panda, Police Trap, Round Robin, Smiley, Speedboy, Stuntman, Tigra, Uncle Giveaway, Vagabond Prince, Wabash, Young Brides, Young Love, Young Romance © Joe Simon & Jack Kirby.

Captain Nice and all associated characters TM & © NBC-TV • Black Hole and all associated characters TM & © Walt Disney Productions • "The Unexplained Phenomenon of the UFO" © Tracy Kirby • Alf Joe Simon solo drawings, Private Strong, Silver Spider, The Fly, TM & © Joe Simon. • Headline Comics, Justice Traps the Guilty © Prize Publications. • Champ Comics, Champion Comics, Front-Page Comics, Speed Comics © Harvey Publications. • Crime SuspenStories © EC Comics. • Popeye © King Features. • The Duel © Gilberton Publications • Cockeyed © Whitestone Publications. • Real Clue Crime Stories © Hillman Periodicals. • Green Hornet © The Green Hornet. • Sick Magazine © Headline Publications • Blue Bolt, Green Sorceress © Novelty Press • Crazy Man Crazy, From Here To Insanity, I Love You © Charlton Publications. • Iako © Fox Features Syndicate.

All artwork is © Jack Kirby unless otherwise noted • All editorial matter is © the respective authors

---

### SUBMIT SOMETHING, AND GET FREE ISSUES OF THE JACK KIRBY COLLECTOR!

*The Jack Kirby Collector* is a not-for-profit publication, put together with submissions from Jack's fans around the world. We don't pay for submissions, but if we print art or articles you submit, we'll send you a free copy of that issue or extend your subscription by one issue. So get creative, and get writing! And as always, send us copies of your Kirby art!

### SUBMISSION GUIDELINES:

**Submit artwork in one of these forms:**
1) Clear color or black-&-white photocopies.
2) Scanned images - 300ppi IBM or Macintosh.
3) Originals (carefully packed and insured).

**Submit articles in one of these forms:**
1) Typed or laser printed pages.
2) E-mail to: twomorrow@aol.com
3) An ASCII file, IBM or Macintosh format.
4) Photocopies of previously printed articles OK.

We'll pay return postage and insurance for originals – please write or call first.

# Table Of Contents

Introduction *by John Morrow* .................................................. 4
Foreword *by Mike Gartland* .................................................... 4
New Portfolio Section ............................................................ 6

## The Jack Kirby Collector #23

Tracy Kirby remembers her grandpa ....... 38
Behind the scenes with Captain Nice ....... 40
Car & Driver ............................................. 42
Jack Kirby Interview ................................. 43
*Fantastic Four* #49 Pencils! ..................... 58
A Failure To Communicate, Part 3 ........... 60
The Kirby Kronicles .................................. 66
Two Letters To Jack .................................. 67
A Kirby Memory ....................................... 67
Talking With Jack Kirby ............................ 67
Denny O'Neil On Kirby ............................. 68
True Divorce Cases and Soul Love ........... 72
"The Teacher" ........................................... 78
The "What If?" Kirby Never Did .............. 88
Collector Comments .................................. 89

## The Jack Kirby Collector #24

Kirby's Greatest Battle? ............................ 95
Our Gods At War ....................................... 96
Kirby On The New Gods .......................... 98
Battle Royal .............................................. 101
A Failure To Communicate, Part 4 ......... 104
And In This Corner... ............................... 110
A Look At Sgt. Fury ................................. 112
Shellhead, Subby, & Me ........................... 116
Two-Fisted Tales ....................................... 118
A Tank Knows No Mercy ........................ 119
Art vs. Commerce ..................................... 120
Odyssey Pencils! ....................................... 124
A examination of *New Gods* #6 .............. 126
Collector Comments .................................. 142

## The Jack Kirby Collector #25

Jack Kirby in the Golden Age ................. 146
Sandman in All-Star Comics .................... 154
The Mystery of Jon Henri ........................ 157
Prof. Reinstein, I Presume? ..................... 158
The Best of S&K's Golden Age ............... 161
Classic Kirby Text Illustrations ............... 167
Simon & Kirby's Swipe File ..................... 168
John Severin Interview ............................ 170
Joe Simon Interview ................................. 173
Captain America Golden Age art ............. 190
Sid Jacobson on Simon & Kirby .............. 192
Simon & Kirby and the Kid Gang ........... 194
Re-Examining the Boy Explorers ............ 201
The Mainline Comics Story ...................... 212
Collector Comments ................................. 222

## The Jack Kirby Collector #26

Kirby On Man, God, and Nazis ............... 226
Judaism .................................................... 231
Jack Kirby's Hercules ............................... 235
A Failure To Communicate, Part 5 ......... 237
Kirby's Golden Age Gods ........................ 240
Myth-ing Pieces ........................................ 242
Theology of the New Gods ...................... 244
Fountain of Youth .................................... 250
Jack Kirby: Mythmaker ........................... 251
Stan Lee Presents: The Fourth World ..... 254
*Thor* #144 pencils! ................................... 256
Just For Laughs ........................................ 258
Walt Simonson Interview ......................... 259
The Church of Stan & Jack ..................... 265
Speak of the Devil .................................... 269
Kirby's Ockhamistic Twist: Galactus ....... 270
The Wisdom of the Watcher .................... 274
Kirby's Trinity ......................................... 276
The Inheritance of Highfather ................. 277
Forever Questioning ................................ 280
Life As Heroism ....................................... 282
Collector Comments ................................. 284
New Gods concept drawings .............. 28-35

*Front cover inks: Jack Kirby*
*Cover color: Tom Ziuko*

# Alphabetical Index Of New Kirby Art In This Volume

| BOOK | PAGE |
|---|---|

**Black Panther**
#4, cover pencils ............................................. 22
#4, page 2 pencils ........................................... 23
#4, page 3 pencils ........................................... 23

**Captain America**
#199, page 5 pencils ....................................... 18
#199, page 10 pencils ..................................... 18
#199, page 11 pencils ..................................... 19

**Demon**
#2, page 20 pencils ......................................... 14
#2, page 21 pencils ......................................... 15
#2, page 22 pencils ......................................... 15

**Devil Dinosaur**
#1, cover pencils ............................................. 24
#1, page 4 pencils ........................................... 25
#1, page 5 pencils ........................................... 25

**Eternals**
#11, page 4 pencils ......................................... 20
#11, page 5 pencils ......................................... 20
#11, page 8 pencils ......................................... 21

**Fantastic Four Animated Series**
Storyboard pencils .......................................... 91

**Forever People**
#8, page 16 pencils ........................................... 8
#8, page 17 pencils ........................................... 9
#8, page 18 pencils ........................................... 9

**Kamandi**
#10, page 9 pencils ......................................... 16
#10, page 10 pencils ....................................... 17
#10, page 11 pencils ....................................... 17

**Machine Man**
#2, page 1 pencils ........................................... 26
#2, page 3 pencils ........................................... 26
#2, cover pencils ............................................. 27

**Mister Miracle**
#6, page 18 pencils ......................................... 10
#6, page 19 pencils ......................................... 11
#6, page 20 pencils ......................................... 11

**New Gods**
#10, page 11 pencils ......................................... 6
#10, page 12 pencils ......................................... 7
#10, page 13 pencils ......................................... 7

**Superman's Pal, Jimmy Olsen**
#143, page 20 pencils ..................................... 12
#143, page 21 pencils ..................................... 12
#143, page 22 pencils ..................................... 13

**Who's Who**
#2, Big Barda pencils ....................................... 5

| ILLUSTRATIONS | PAGE |
|---|---|

Angel fan sketch ................................................ 1
1975 New York Comic Art Convention book ... 4
Apokolips Street Skimmer design .................... 5