# EXHIBIT J

LIST OF RESEARCH MATERIALS IN POSSESSION OF JOHN MORROW

1) Extensive comic book collection, including nearly every 1960s Marvel comic by Jack Kirby (in either original form or reprint)

2) Extensive collection of comic book-related magazines, fanzines, or trade publications, including:
- Amazing Heroes
- Comic Art Showcase
- Comic Book Artist (Volume 2, published by Top Shelf)
- Comic Book Marketplace
- Comic Book Profiles
- Comic Source
- Comics Buyer's Guide
- Comics Feature
- Comics Interview
- Comics Scene
- Ditkomania
- Fawcett Collectors of America
- Filmfax/Outre
- Hogan's Alley
- Jack Kirby Quarterly
- Mediascene/Prevue
- Rocket's Blast Comic Collector
- The Comics Journal
- Will Eisner's Spirit Magazine
- Program books from numerous comic book conventions, include most years of Comic-Con International: San Diego
- Numerous magazines and fanzines from countries other than the United States

3) Complete runs of TwoMorrows Publishing's magazines, including:
- Alter Ego
- Back Issue
- Comic Book Artist
- Comicology
- Draw
- Jack Kirby Collector
- Rough Stuff
- Write Now

4) Complete collection of TwoMorrows Publishing's books, including:
- All-Star Companion, Volumes 1-4 (by Roy Thomas)
- Alter Ego Collection, Volume 1
- Alter Ego: Best of the Legendary Comics Fanzine

- Alter Ego: The Comic Book Artist Collection
- Brush Strokes with Greatness: The Life & Art of Joe Sinnott
- Collected Jack Kirby Collector, Volumes 1-7
- Comic Book Artist Collection, Volumes 1-3
- John Romita…And All That Jazz
- Mark Evanier's "POV" column collections (three volumes)
- Marvel Comics in the 1960s
- Secrets in the Shadows: The Art & Life of Gene Colan
- The Art of George Tuska

5) Typed transcripts of interviews
- Stan Lee interviewed by Tom Bierbaum (unedited, circa 1975, use unknown)
- Jim Shooter interviewed by Jon B. Cooke (unedited, used for article in Jack Kirby Collector #24, April 1999; includes supplemental materials/memos sent by Shooter to support the interview)
- Yesterdayland interview (dated 2000) wherein Stan Lee says he "co-created these strips" with the artists.

6) Materials from the Stan Lee Archives at the University of Wyoming (acquired for TwoMorrows' upcoming book The Stan Lee Universe):
- January 24, 1977 letter from Jack Kirby to Stan Lee, sent with artwork, detailing Kirby's plot and direction for first section of the Silver Surfer Graphic Novel.
- March 14, 1977 letter from Jack Kirby to Stan Lee, sent with additional artwork, detailing Kirby's plot and direction for second section of the Silver Surfer Graphic Novel.
- Script pages, and art pages with Stan Lee's notations added, for the Silver Surfer Graphic Novel.
- 1969 Stan Lee interview from Cartoonist PROfiles #4 (Nov. 1969), where Stan discusses the different way he works with different artists, using Gene Colan and Jack Kirby as examples. Stan also discusses the "Marvel Method" of creating a comic book.
- March 29, 1966 article from the Daily Californian Weekly Magazine, where Stan Lee says, "Jack frequently has as many ideas for a story as I do. If I'm really short on time he even writes the stories sometimes."
- March 13, 1966 from the Trenton Sunday Times Advertiser newspaper, where Stan Lee repeatedly uses the term "we" in discussing the creation of the Marvel superheroes.
- December 18, 1966 article by Roger Ebert from the Chicago Sun-Times magazine Midwest, where Stan Lee repeatedly uses the term "we" in discussing the creation of the Marvel superheroes.
- Transcript of March 3, 1967 WBAI radio (New York) interview with Stan Lee and Jack Kirby, conducted by Mike O'Dell.
- Transcript of 1968 WRSU radio interview with Stan Lee.
- Transcript of August 12, 1968 WBAI radio interview with Stan Lee, conducted by Neil Conan.

JM 00283

7) Photocopies of Jack Kirby's preliminary pencil art (drawn without a supplied script, and showing Kirby's margin notes for Stan Lee and other writers to dialogue from) from numerous comic books from the 1960s to 1970s; see attached PDF file for listing. These are on loan to me from Jack Kirby's collection, for use in the Jack Kirby Collector magazine. Photocopies from 1960s stories were generally supplied to Kirby by Marvel Comics after he submitted his pages, so he could keep up with issue-to-issue continuity.

8) Photocopies and production stats of completed stories for numerous 1960s Marvel comic books, provided to Jack Kirby by Marvel Comics. (Whenever Kirby would take over a book from another artist, Marvel would send Kirby these finished stats of the previous issue, so he could make his stories consistent with prior issues.) These are on loan to me from Jack Kirby's collection, for use in the Jack Kirby Collector magazine.

9) Books about comics history:
- Excelsior! The Amazing Life of Stan Lee (by Stan Lee and George Mair)
- Kirby Unleashed
- Kirby: King of Comics (by Mark Evanier)
- Marvel: Five Fabulous Decades of the World's Greatest Comics (by Les Daniels)
- Masters of Imagination (by Mike Benton)
- Stan Lee and the Rise and Fall of the American Comic Book (by Jordan Raphael and Tom Spurgeon)
- Stan Lee's Amazing Marvel Universe
- Tales to Astonish (by Ronin Ro)
- The Art of Jack Kirby (by Ray Wyman)
- The Comic Book Heroes (by Jones and Jacobs)
- The Comics Journal Library: Jack Kirby
- The Great Comic Book Heroes (by Jules Feiffer)
- The Jack Kirby Treasury, Volumes 1 and 2
- The Marvel Encyclopedia (published by DK Books)
- The Steranko History of Comics, Volumes 1 and 2
- The Steve Ditko Index, Volumes 1 and 2

10) Audio and Video interviews:
- 1966 New York Comic Convention speech by Kirby
- 1969 Comic-Con (San Diego) Q&A between Kirby and fans
- 1975 Comic-Con (San Diego) panel discussion with Stan Lee, Jack Kirby, and Jim Steranko
- 1976 Baycon (San Francisco) Kirby panel discussion excerpts
- 1994 Kirby tribute program from Moondog's Pop Culture Hour radio program
- 1995-2010 Comic-Con (San Diego) annual Jack Kirby tribute panels, featuring various guest speakers discussing Jack Kirby and his influence on comics
- 2008 New York Comic-Con Kirby tribute panel
- Gil Kane interview on National Public Radio (2-7-94) on Kirby's death
- Hour 25 radio program: Jack Kirby interview (circa 1985)

- Jack Kirby: Storyteller documentary (appeared on the DVD release of the recent Fantastic Four theatrical film)
- Masters of Comic Book Art video (featuring Kirby and other artists)
- Unknown date: Jack Kirby discussing his career
- A&E Network documentary on Stan Lee
- 1998 video of Stan Lee appearance at Library Con

11) Audio tapes of unedited interviews for the Jack Kirby Collector magazine:
- Al Williamson
- Barry Ira Geller
- David Schwartz
- Greg Theakston
- Jim Steranko
- Joe Simon
- Joe Sinnott
- John Romita Sr.
- Keith Giffen
- Lisa Kirby
- Mark Evanier
- Mark Hamill
- Michael Zuccaro
- Mike Royer
- Mike Thibodeaux
- Neal Kirby
- Rich Buckler
- Robert Katz
- Rosalind Kirby
- Roy Thomas
- Sid Jacobson
- Stan Lee
- Steve and Gary Sherman
- Steve Gerber
- Steve Rude
- Tracy Kirby

JM 00285