# EXHIBIT K

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 2720
LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

* ALSO ADMITTED IN NEW YORK

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

October 6, 2010

<u>By E-Mail</u>

Randi W. Singer, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Re:   <u>Marvel Worldwide, Inc., et al. v. Lisa R. Kirby, et al.</u>, Case No. 10-141 (CM) (KF)

Dear Randi:

As requested, please find a list of the books Mark Evanier has made available in response to your subpoena. Please let us know which books you would like to copy.

*The Alter Ego Collection*, Volume 1. 2006.

DeFalco, Tom, ed. *Fantastic Firsts*. 1994.

Evanier, Mark. *Kirby: King of Comics*. 2008.

George, Milo, ed. *The Comics Journal Library, Volume One: Jack Kirby*. 2002.

Morrow, John. *Kirby Five-Oh!: Celebrating 50 Years of the "King" of Comics*. 2008.
Morrow, John, ed. *The Collected Jack Kirby Collector*, Volume 1. 1997.
Morrow, John, ed. *The Collected Jack Kirby Collector*, Volume 2. 2004 (2d printing).
Morrow, John, ed. *The Collected Jack Kirby Collector*, Volume 3. 1999.
Morrow, John, ed. *The Collected Jack Kirby Collector*, Volume 4. 2004.

Raphael, Jordan & Tom Spurgeon. *Stan Lee and the Rise and Fall of the American Comic Book*.
        2003.

Ro, Ronin. *Tales to Astonish*. 2004.

Sanderson, Peter. *Marvel Universe*. 1996.

In addition to the works listed above, Mr. Evanier also has the following:

**TOBEROFF & ASSOCIATES, P.C.**

Randi Singer, Esq.
October 6, 2010
Page 2

*Alter Ego* Nos. 1-96 (Vol. 3) (complete collection).

*The Jack Kirby Collector* Nos. 1–54 (complete collection).

*Comic Book Marketplace* Nos. 1–121 (nearly complete collection).

*The Comics Journal* Nos. 1–300 (nearly complete collection).

*David Anthony Kraft's Comics Interview* Nos. 1–150 (nearly complete collection).

Very truly yours,

Marc Toberoff

cc: David Fleischer